UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| | § | |
| JEAN LEA, | § | Civil Action No. 1:03-cv-1339 |
| | § | |
| Plaintiff, | § | Judge Marcia A. Crone |
| | § | |
| vs. | § | |
| | § | |
| WYETH LLC, PFIZER, INC., | § | |
| PHARMACIA & UPJOHN COMPANY | § | |
| LLC, AND PHARMACIA | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY ROMERO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:03-cv-1367 |
| | § | |
| WYETH PHARMACEUTICALS, INC., | § | Judge Marcia A. Crone |
| and WYETH, INC., | § | |
| | § | |
| Defendants. | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARIA CONTRERAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:04-CV-418 |
| | § | |
| WYETH, WYETH | § | |
| PHARMACEUTICALS INC., | § | Judge Marcia A. Crone |
| GREENSTONE LTD., PHARMACIA | § | |
| & UPJOHN COMPANY, and | § | |
| PFIZER, INC. | § | |
| | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED AGENDA FOR EDUCATIONAL HEARING (AND SUPPORTING MEMORANDUM)**

Defendants submit the following documents in support of their Response to Plaintiffs' Proposed Agenda for Educational Hearing (and Supporting Memorandum).

Exhibit 1 Affidavit of Laura E. De Santos

Exhibit 2 Copy of Order, *Zahn v. Wyeth Pharmaceuticals Inc., et al.*, No. G-10-51 (S.D. Tex. March 24, 2011).

Exhibit 3 Excerpts from the Deposition of Dr. Donald Austin, *LaFerrara v. Wyeth* (July 1, 2010).

Exhibit 4 Excerpts from National Cancer Institute website- http://www.cancer.gov/cancertopics/wyntk/breast/page4 (last visited 03/18/11).

Exhibit 5 Excerpts from American Cancer Society website- http://www.cancer.org/Cancer/BreastCancer/OverviewGuide/breast-cancer-overview-what-causes (last visited 03/18/11).

Exhibit 6 Excerpts from Cleveland Clinic website- http://my.clevelandclinic.org/disorders/Breast_Cancer/hic_Breast_Cancer_Am_I_at_Risk.aspx (last visited 03/18/11).

Exhibit 7 Excerpts from the Komen Foundation website- http://ww5.komen.org/uploadedFiles/Content_Binaries/806-370.pdf (last visited 03/18/11).

Exhibit 8 Excerpts from the Komen Foundation website- http://ww5.komen.org/AboutUs/MessageFromOurFounder.html (last visited 03/18/11).

Exhibit 9 Excerpts from Mayo Clinic website- http://www.mayoclinic.com/health/breastcancer/DS00328/DSECTION=causes at 2 (last visited 03/18/11)

Exhibit 10 Excerpts from Physician Assistant Cancer Education, Baylor College of Medicine (2009).

Exhibit 11 Excerpts from NIEHS website- http://www.niehs.nih.gov/about/materials/cancer-enviro.pdf (last visited 03/18/11).

Exhibit 12 Rowan T. Chlebowski, et al., *Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Health Postmenopausal Women*, 289 JAMA 3243, 3252 (2003).

Exhibit 13 Excerpts from Michael D. Green et al., *Reference Guide on Epidemiology*, *in* Reference Manual on Scientific Evidence (2d ed. 2000).

Exhibit 14 Excerpts from the Deposition of Dr. Graham Colditz, *In re: Prempro Prod. Liab. Litig*., (Dec. 18, 2006).

Exhibit 15 Order, *In re: Prempro Prod. Liab. Litig*., MDL Docket No. 4:03-CV-1507-WRW, at 10 (E.D. Ark. Jan. 19, 2011).

Exhibit 16 Opinion, *In re: Prempro Prod. Liab. Litig*., MDL Docket No. 4:03-CV-1507-WRW, 2010 U.S. Dist. LEXIS 100112 (Aug. 30, 2010).

Exhibit 17 Charles H. Hennekens, *The Need for Large-Scale Randomized Evidence Without Undue Emphasis on Small Trials, Meta-analyses, or Subgroup Analyses*, 302 JAMA 2361, 2362 (2009).

Exhibit 18 Expert Report of Dr. Donald Austin (August, 2007).

Exhibit 19 Robert A. Weinberg, *The Biology of Cancer* 440–41, 452 (Table 11.3) (2007) (PX 8080).

Exhibit 20 Excerpts from Memorial Sloan-Kettering Cancer Center website- http://www.mskcc.org/mskcc/htm1/87995.cfm (last visited 03/18/10).

Respectfully submitted,

*<u>/s/ Kenneth J. Ferguson</u>*
Kenneth J. Ferguson
Attorney-in-Charge
Texas Bar No. 06918100
**Gordon & Rees LLP**
816 Congress Avenue
Suite 1510
Austin, Texas 78701
(512) 391-0197 (Tel)
(512) 391-0183 (Fax)

**<u>Of Counsel:</u>**
Michael R. Klatt
Texas Bar No. 11554200
**Gordon & Rees LLP**
816 Congress Avenue
Suite 1510
Austin, Texas 78701
(512) 391-0197 (Tel)
(512) 391-0183 (Fax)

Laura E. De Santos
Texas Bar No. 00793612
**Gordon & Rees LLP**
3D/International Tower
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Tel)
(713) 961-3938 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document was served by electronic filing and/or first class mail on the following counsel of record on this the 9th day of May, 2011:

Natasha D. Hanberry
Zoe Littlepage
LITTLEPAGE BOOTH
2043A W. Main Street
Houston, Texas 77098

Bryan F. Aylstock
Renee Baggett
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLLC
17 East Main St., Ste. 200
Pensacola, FL 32502

Christopher T. Kirchmer
Provost Umphrey
490 Park St.
P. O. Box 4905
Beaumont, TX 77704-4905

**Counsel for Plaintiffs**

*/s/ Kenneth J. Ferguson*