UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY ROMERO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-01367-MAC |
| | § | |
| vs. | § | |
| | § | |
| WYETH LLC, | § | Honorable Marcia A. Crone |
| | § | |
| Defendant. | § | |

**WYETH'S APPENDIX IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF RANDALL PATTEN, M.D. AND BRIEF IN SUPPORT**

Defendant Wyeth LLC f/k/a Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. ("Wyeth") files this Appendix in Support of their Motion to Exclude the Testimony of Randall Patten, M.D. and Brief in Support:

| Exhibit No. | Description |
|---|---|
| 1 | Boyd, Norman et al., *Mammographic Density as a Surrogate Marker for the Effects of Hormone Therapy on Risk of Breast Cancer*, 15 CANCER EPEIDEMIOL. BIOMARKERS PREV. 961, 965 (May 2006) ("Boyd 2006") |
| 2 | Becker, Susan & Kaaks, Rudolf, *Exogenous and Endogenous Hormones, Mammographic Density and Breast Cancer Risk: Can Mammographic Density be Considered an Intermediate Marker of Risk?*, 181 RECENT RESULTS IN CANCER RESEARCH 135, 149-50 (2009) ("Becker 2009") |
| 3 | Martin, Lisa et al., *Hormone Therapy, Mammographic Density, and Breast Cancer Risk*, 64 MATURITAS 20, 24-25 (Sept. 2009) ("Martin 2009") |
| 4 | Drs. Giske Ursin & Malcolm Pike, *Letter to the Editor: Mammographic Density, Hormone Therapy, and the Risk of Breast Cancer*, 15 CANCER EPIDEMIOL. BIOMARKERS PREV. 9 (Sept. 2006) |
| 5 | Sterns, Ernest, & Zee, Benny, *Mammographic Density Changes in Perimenopausal and Postmenopausal Women: Is the Effect of Hormone Replacement Therapy Predictable?*, 59 BREAST CANCER RES. & TRTMT. 125, 130 (2000) |

| Exhibit No. | Description |
| --- | --- |
| 6 | Affidavit of Susan P. Weinstein, M.D., *Mill v. Wyeth Pharmaceuticals*, Inc., No. 3631 (Pa. Ct. Comm. Pleas) (Sept. 13, 2007) ("Weinstein Affidavit") |
| 7 | Excerpts from Oral Deposition of Randall Patten, M.D., *Esposito v. Wyeth, Inc.* (Nov. 21, 2009) ("Patten *Esposito* Dep.") |
| 8 | Excerpts from Oral Deposition of Randall Patten, M.D., *Zahn v. Wyeth Pharms., Inc.* (Jan. 17, 2011) ("Patten *Zahn* Dep.") |
| 9 | Excerpts from Oral Deposition of Randall Patten, M.D., *Cross v. Wyeth, Inc.* (Jan. 17, 2011) ("Patten *Cross* Dep.") |
| 10 | Excerpts from Oral Deposition of Randall Patten, M.D., *Torkie-Tork v. Wyeth* (July 13, 2010) |
| 11 | Excerpts from Hearing Transcript, *Torkie-Tork v. Wyeth* (Nov. 15, 2010) |
| 12 | Report of Randall M. Patten, M.D., P.S., *Barton v. Wyeth* (June 2009) |
| 13 | Report of Randall M. Patten, M.D., P.S., *Buxton v. Wyeth* (Nov. 2009) |
| 14 | Excerpts from Oral Deposition of Randall M. Patten, M.D., *Ashlock v. Wyeth* (Nov. 21, 2011) |
| 15 | Report of Randall M. Patten, M.D., P.S. (Aug. 31, 2011) ("Patten Report") |
| 16 | Dr. Patten's CV and Testimonial History (Jan. 1, 2011) |
| 17 | Excerpts from Oral Deposition of Randall M. Patten, M.D. (May 24, 2011) ("Patten Dep.") |
| 18 | Excerpts from Plaintiff's Medical Records |
| 19 | Excerpts from Oral Deposition of Judy Romero (May 22, 2009) ("Romero Dep.") |
| 20 | Excerpts from Plaintiff's MDL Fact Sheet (May 22, 2010) ("Plaintiff Fact Sheet") |

Dated: February 24, 2012

Respectfully Submitted,

By: /s/ *Gregory S. Meece w/ permission JHM*

Gregory S. Meece, *Attorney-in-Charge*
Texas State Bar No. 13898350
Gregory.Meece@tklaw.com

**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 1500
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

— ***AND*** —

John H. Martin
Texas State Bar No. 13086500
John.Martin@tklaw.com
Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012 a true and correct copy of the foregoing was filed with the Court and served via electronic notification on all counsel of record.

*/s/ Janelle L. Davis*
Janelle L. Davis

064500 000019 DALLAS 2839330.1