**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:03-cv-1367** |
| | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **and WYETH, INC.,** | § | **Judge Marcia A. Crone** |
| | § | |
| **Defendants.** | § | |

# APPENDIX

Plaintiff submits the following documents in support of Plaintiff's *Daubert* Motion to Exclude Expert Opinions of Treating Physician.

| | | |
|---|---|---|
| Exhibit 1 | Order, *Schutter v. Wyeth*, 9/28/11 | 2 |
| Exhibit 2 | Deposition of Dr. Scott McKenney, *Romero v. Wyeth*, 4/7/11 | 2, 3, 4, 7, 8, 9, 13, 14, 15 |
| Exhibit 3 | Order, *Reeves v. Wyeth*, 8/21/06 | 5 |
| Exhibit 4 | Order, *Rush v. Wyeth*, 9/13/06 | 5 |
| Exhibit 5 | Order, *Scroggin v. Wyeth*, 11/15/07 | 5 |
| Exhibit 6 | Order, *Hill v. Wyeth*, 8/7/08 | 5 |
| Exhibit 7 | Order, *LaFerrara v. Wyeth*, 6/30/10 | 5 |
| Exhibit 8 | Order, *LaFerrara v. Wyeth*, 7/9/10 | 5 |
| Exhibit 9 | Order, *Wilson v. Wyeth*, 9/17/10 | 5 |
| Exhibit 10 | Order, *Curtis v. Wyeth*, 1/19/11 | 5 |
| Exhibit 11 | Transcript of Order, *Torkie-Tork v. Wyeth*, 11/15/10 | 5 |
| Exhibit 12 | Transcript of Order, *Torkie-Tork v. Wyeth*, 11/23/10 | 5 |
| Exhibit 13 | Order, *Rivera-Adams v. Wyeth*, 12/3/10 | 5 |

| | | |
|---|---|---|
| Exhibit 14 | Order, *Hansen v. Wyeth*, 6/24/11 | 5 |
| Exhibit 15 | Order, *Lea v. Wyeth*, 9/16/11 | 5 |
| Exhibit 16 | Order, *Zahn v. Wyeth*, 8/19/11 | 5 |
| Exhibit 17 | Order, *Hines v. Wyeth*, 7/8/11 | 5 |
| Exhibit 18 | Order, *Choueifati v. Wyeth*, 2/17/11 | 5 |
| Exhibit 19 | Order, *Nelson v. Wyeth*, 8/16/06 | 5 |
| Exhibit 20 | Order, *Nelson v. Wyeth*, 8/16/06 | 5 |
| Exhibit 21 | Order, *Simon v. Wyeth*, 4/16/07 | 5 |
| Exhibit 22 | Order, *Barton v. Wyeth*, 9/8/09 | 5 |
| Exhibit 23 | Orders, *Kendall v. Wyeth*, 10/15/09 | 5 |
| Exhibit 24 | Order, *Singleton v. Wyeth*, 1/20/10 | 5 |
| Exhibit 25 | Order, *Esposito v. Wyeth*, 4/14/10 | 5 |
| Exhibit 26 | Order, *McCreary v. Wyeth*, 9/27/06 | 5 |
| Exhibit 27 | Transcript of Order, *Woods / Woodhouse v. Wyeth*, 6/12/08 | 5 |
| Exhibit 28 | PX ML 6075 | 6 |
| Exhibit 29 | Presentation by Dr. Elizabeth Naftalis at 2011 ASBD Convention | 6 |
| Exhibit 30 | Defendant's Disclosure of Expert Testimony in *Romero v. Wyeth*, 6/20/11 | 8 |
| Exhibit 31 | *Schutter v. Wyeth, Inc.*, 2011 WL 4501380 | 8, 10, 14 |
| Exhibit 32 | *Moore v. P & G-Clairol, Inc.*, 2011 WL 1002958 | 9 |
| Exhibit 33 | *Lee v. Valdez*, 2008 WL 4287730 | 11, 12 |
| Exhibit 34 | *Lowery v. SPA Crafters, Inc.*, 2004 WL 1824380 | 12 |

Dated this 24th day of February, 2012.

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Daniel J. Thornburgh
Nathan C. Bess
Debra Renee Baggett
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
dthornburgh@awkolaw.com
nbess@awkolaw.com
rbaggett@awkolaw.com

Zoe B. Littlepage
Natasha D. Hanberry
LITTLEPAGE BOOTH
2043A W. Main St.
Houston, TX 77098
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile
zoe@littlepagebooth.com
natasha@littlepagebooth.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of February, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification was sent to the parties below:

Laura E. De Santos
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
713-961-3366
Fax: 713-961-3938
ldesantos@gordonrees.com

Michael Klatt
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
512-391-0197
Fax: 512-391-0183
mklatt@gordonrees.com

Bryon J Benevento
Snell & Wilmer LLP
15 West South Temple, 1200
Salt Lake City, UT 84101
801/257-1902
18012571800 (fax)
bbenevento@swlaw.com

Kathy Ann Cochran
Wilson Smith Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161
206/623-4100
206/623-9273 (fax)
cochran@wscd.com

Janelle Lauren Davis
John Martin
Thompson & Knight - Dallas
1722 Routh Street, Ste. 1500
Dallas, TX 75201-2533
214-969-1677
214-999-1657 (fax)
janelle.davis@tklaw.com
John.martin@tklaw.com

Gregory S Meece
Thompson & Knight
333 Clay St., Suite 3300
Houston, TX 77002
713/654-8111
17136541871 (fax)
gregory.meece@tklaw.com

Caryl Lyn Pruitt
Mitchell Williams Selig Gates & Woodyard
425 W Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
501/688-8869
501/688-8807 (fax)
lpruitt@mwlaw.com

Jay Joseph Schuttert
Snell & Wilmer LLP - Las Vegas
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
702/784-5200
702/784-5252 (fax)
jschuttert@swlaw.com

/s/ Bryan F. Aylstock
Bryan F. Aylstock