UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY ROMERO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-01367-MAC |
| | § | |
| vs. | § | |
| | § | |
| WYETH LLC, | § | Honorable Marcia A. Crone |
| | § | |
| Defendant. | § | |

**WYETH'S APPENDIX IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DRS. AUSTIN AND TILLEY AND BRIEF IN SUPPORT**

Defendants offer the following evidence in support of their Motion to Exclude the Testimony of Drs. Austin and Tilley:

| Exhibit No. | Description |
|---|---|
| 1 | Expert Report, Stephen N. Birrell M.D., Ph.D. and Wayne D. Tilley, Ph.D., April 1, 2008 |
| 2 | Charles E. Wood et al., *Effects of Estradiol with Micronized Progesterone or Medroxyprogesterone Acetate on Risk Markers for Breast Cancers in Postmenopausal Monkeys*, 101 Breast Cancer Res. Treat. 125 (2007) |
| 3 | Marc Espié et al., *Breast Cancer Incidence and Hormone Replacement Therapy: Results from the MISSION Study, Prospective Phase,* 23 Gynecological Endocrinology 391 (2007) |
| 4 | Agnés Fournier et al., *Breast Cancer Risk in Relation to Different Types of Hormone Replacement Therapy in the E3N-EPIC cohort*, 114 Int'l J. Cancer 448 (2005) |
| 5 | August 2007 Updated Causality Report of Donald F. Austin, MD, MPH |
| 6 | Order Granting in Part and Denying in Part Defendants' Motion to Exclude the Testimony of Drs. Tilley and Austin (Sept. 16, 2011), *Lea v. Wyeth LLC, et al.*, No. 1:03-cv-01339-mac |
| 7 | ILC SEER Trend Analysis, Austin/Buckley, 12/06 |
| 8 | Excerpts from the Oral Deposition of Dr. Donald Austin (March 31, 2006) |
| 9 | Excerpts from the Oral Deposition of David Buckley (March 27, 2006) |
| 10 | Excerpts from the Oral Deposition of Dr. Wayne Tilley (June 19, 2009) |

| Exhibit No. | Description |
|---|---|
| 11 | Deposition of Peter H. Gann, M.D., Sc.D. (Oct. 28, 2011) Ex. 38 (Menopause and Hormones information For Women from FDA website). |
| 12 | Deposition of Peter H. Gann, M.D., Sc.D. (Oct. 28, 2011) Ex. 39 (Prometrium patient brochure) |
| 13 | *Combined Estrogen-Progestogen Menopausal Therapy*, 100A IARC MONOGRAPHS 263 |
| 14 | Deposition of Donald F. Austin, M.D., M.P.H. (Nov. 7, 2011) Ex. 21 (*Estrogen and progestin use in postmenopausal women: 2010 position statement of The North American Menopause Society*, 17(2) MENOPAUSE: THE J. OF THE N. AM. MENOPAUSE SOCIETY 242 (2010)). |
| 15 | Deposition of Donald F. Austin, M.D., M.P.H. (Nov. 7, 2011) Ex. 22 (Pines et al., *IMS Updated Recommendations on postmenopausal hormone therapy*, 10 CLIMACTERIC 181 (2007)). |
| 16 | Excerpts from the Deposition of Donald F. Austin (Nov. 7, 2011) ("Austin Nov. 7 Dep.") |
| 17 | American Cancer Society, "Menopause, symptoms, and hormone therapy: Types of hormone therapy," *available at* http://www.cancer.org/Cancer/CancerCauses/OtherCarcinogens/MedicalTreatments/menopausal-hormone-replacement-therapy-and-cancer-risk (last accessed Feb. 22, 2012). |
| 18 | Excerpts from the Deposition of Wayne D. Tilley (Nov. 10, 2011) ("Tilley Nov. 10 Dep.") |
| 19 | Supplemental Report of Rogerio A. Lobo, M.D. |
| 20 | Expert Report of Barbara S. Levy, M.D., P.S. |
| 21 | Joint Mem. Order, *In re: Prempro Prod. Liab. Litig.*, No. 03-01507 (E.D. Ark. August. 30, 2010) |
| 22 | B. de Lignières et al., *Combined Hormone Replacement Therapy and Risk of Breast Cancer in a French Cohort of 3175 women*, 5 Climacteric 332, 336 (2002) |
| 23 | July 8, 2011 Memorandum Opinion and Order, *Royce Hines v. Wyeth, et al.*, No. 2:04-0690 |
| 24 | Agnés Fournier et al., *Unequal Risks for Breast Cancer Associated with Different Hormone Replacement Therapies: Results from the E3N Cohort Study*, 106-107 Breast Cancer Res. Treat. 103, Table 2 (2008) |
| 25 | Excerpts from the Oral Deposition of Dr. Donald F. Austin, M.D., M.P.H. (March 12, 2009) |
| 26 | Excerpts from the Oral Deposition of Dr. Donald F. Austin, M.D., M.P.H. (October 31, 2007) |
| 27 | *Effects of Estrogen or Estrogen/Progestin Regimens on Heart Disease Risk Factors in* |

| Exhibit No. | Description |
|---|---|
| | *Postmenopausal Women*, 273 J. Am. Med. Ass'n 199 (1995) |
| 28 | WHI HRT Ad-Hoc Working Group, Proposed Modifications to the Hormone Replacement Therapy protocol, January 10, 1995 |
| 29 | Diana B. Petitti, Animal Models of Sex Steroid Hormone and Mammary Cancer: Lessons for Understanding Studies in Humans, in ORAL CONTRACEPTIVES & BREAST CANCER 152 (Institute of Medicine, 1991) |
| 30 | Breast Cancer and the Environment: A Life Course Approach at p. 6-11 ("IOM Report") (excerpts only) |
| 31 | The Endocrine Society, "Position Statement: Bioidentical Hormones, October 2006," *available at* http://www.menopause.org/bioidenticalHT_Endosoc.pdf (last accessed Feb. 22, 2012). |
| 32 | Report on Carcinogens (Twelfth Edition, 2011) at p. 362, *available at*, http://ntp.niehs.nih.gov/ntp/roc/twelfth/roc12.pdf (last accessed Feb. 22, 2012). |

Dated: February 24, 2012

Respectfully Submitted,

By: /s/ *Gregory S. Meece w/ permission JHM*
Gregory S. Meece, *Attorney-in-Charge*
Texas State Bar No. 13898350
Gregory.Meece@tklaw.com

**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 1500
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

— ***AND*** —

John H. Martin
Texas State Bar No. 13086500
John.Martin@tklaw.com
Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012 a true and correct copy of the foregoing was filed with the Court and served via electronic notification on all counsel of record.

*/s/ Janelle L. Davis*
Janelle L. Davis

064500 000019 DALLAS 2840324.1