UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY ROMERO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-01367-MAC |
| | § | |
| vs. | § | |
| | § | |
| WYETH LLC, | § | Honorable Marcia A. Crone |
| | § | |
| Defendant. | § | |

**WYETH'S APPENDIX IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DRS. PARISIAN, BLUME, AND PATSNER AND BRIEF IN SUPPORT**

Wyeth files the following Appendix in Support of their Motion to Exclude the Testimony of Drs. Blume, Parisian, and Patsner and Brief in Support:

| Exhibit No. | Description |
|---|---|
| 1 | Report of Dr. Parisian (July 2, 2007) |
| 2 | Report of Dr. Blume (Dec. 15, 2006) |
| 3 | Report of Dr. Patsner (Mar. 13, 2011) |
| 4 | Order Granting in Part and Denying in Part Defendants' Motion to Exclude the Testimony of Drs. Parisian, Blume, and Austin, *Lea v. Wyeth LLC et al.*, No. 1:03-cv-01339-mac (E.D. Tex. Oct. 6, 2011) |
| 5 | Order Partially Granting Motion to Exclude Certain Testimony, *Allen v. Wyeth*, No. 4:04-CV-507-Y (N.D. Tex. Jan. 12, 2012) (Means, J.) ("*Allen* Order") |
| 6 | Order, *Wilson v. Wyeth* (E.D. Ark. Sept 16, 2010) ("*Wilson* Order") |
| 7 | Order, *Wilson v. Wyeth* (E.D. Ark. Sept. 23, 2010) |
| 8 | Order, *LaFerrara v. Wyeth* (E.D. Ark. June 29, 2010) ("*LaFerrara* Order") |
| 9 | Order, *Curtis v. Wyeth* (E.D. Ark. Sept. 16, 2010) ("*Curtis* Order") |

| Exhibit No. | Description |
|---|---|
| 10 | Order on Motion to Exclude the Testimony of Drs. Suzanne Parisian and Donald Austin, *Kaufman v. Pfizer Pharms., Inc.*, No. 1:02-CV-22692 (S.D. Fla. Aug. 3, 2011) ("*Kaufman* Order") |
| 11 | Order on Motion to Reconsider, *Kaufman v. Pfizer Pharms., Inc.*, No. 1:02-CV-22692 (S.D. Fla. Aug. 10, 2011) ("*Kaufman* Reconsideration Order") |
| 12 | Memorandum Opinion and Order, *Hines v. Wyeth*, No. 2:04-CV-0690 (S.D. W. Va. July 8, 2011) ("*Hines* Order") |
| 13 | Order Granting Defs.' Mot. in Limine to Bar the "Reasonable Company" Testimony of Drs. Cheryl Blume, Suzanne Parisian, and Donald Austin, and Dr. Blume's Labeling Opinions, *Esposito v. Wyeth, Inc.*, No. 05-1606-CI-13 (Fla. Cir. Ct. Pinellas Co. Apr. 14, 2010) |
| 14 | Chlebowski et al., *Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women*, 289 J. AM. MED. ASS'N 3243 (2003) |
| 15 | *Hulley et al.*, DESIGNING CLINICAL RESEARCH (3d ed. 2007) |
| 16 | Piantadosi et al., *Larger Lessons from Women's Health Initiative*, 14 EPIDEMIOLOGY 6 (2003) |
| 17 | Herrington & Howard, *From Presumed Benefit to Potential Harm – Hormone Therapy and Heart Disease*, 349 N. ENGL. J. MED. 519 (2003) |
| 18 | FDA Approved Prempro Labeling (Feb. 2010) |
| 19 | FDA Approved Premphase Labeling (Nov. 15, 1995) |
| 20 | 1994 FDA Medical Officer's Review |
| 21 | 1998 FDA Medical Officer's Review |
| 22 | Code of Pharmaceutical Marketing Practices |
| 23 | Excerpts from Oral Deposition of Bruce Patsner (July 12, 2011) |
| 24 | Excerpts from Oral Deposition of Dr. Suzanne Parisian (July 20, 2007) |
| 25 | Excerpts from Oral Deposition of Dr. Donald Austin (March 13, 2007) |

| Exhibit No. | Description |
|---|---|
| 26 | Excerpts from Plaintiff's Medical Records |
| 27 | Excerpts from Oral Deposition of Judy Romero (May 22, 2009) ("Romero Dep.") |
| 28 | Excerpts from Oral Deposition of Radha J. Lal, M.D. (Apr. 27, 2011) ("Lal Dep.") |
| 29 | Excerpts from Oral Deposition of Eberhard C. Lotze, M.D. (Apr. 16, 2011) ("Lotze Dep.") |

Dated: February 24, 2012

Respectfully Submitted,

By: */s/ Gregory S. Meece w/ permission JHM*
Gregory S. Meece, *Attorney-in-Charge*
Texas State Bar No. 13898350
Gregory.Meece@tklaw.com

**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 1500
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

— ***AND*** —

John H. Martin
Texas State Bar No. 13086500
John.Martin@tklaw.com
Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012 a true and correct copy of the foregoing was filed with the Court and served via electronic notification on all counsel of record.

*/s/ Janelle L. Davis*
Janelle L. Davis

064500 000019 DALLAS 2839030.1