UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY ROMERO, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:03-CV-01367-MAC |
| | § | |
| vs. | § | |
| | § | |
| WYETH LLC, | § | Honorable Marcia A. Crone |
| | § | |
| Defendant. | § | |

**WYETH'S APPENDIX IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF ELIZABETH NAFTALIS, M.D. AND JAMES WALDRON, M.D. AND BRIEF IN SUPPORT**

Wyeth files the following Appendix in Support of Its Motion to Exclude the Testimony of Elizabeth Naftalis, M.D. and James Waldron, M.D. and Brief in Support:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from Oral Deposition of Elizabeth Naftalis, M.D. (June 6, 2011), *Briggs v. Wyeth, et al.* ("Naftalis *Briggs* Dep.") |
| 2 | Excerpts from Trial Transcript (Oct. 7, 2011), *Curtis v. Wyeth* (E.D. Ark.) |
| 3 | Excerpts from Oral Deposition of Elizabeth Z. Naftalis, M.D. (June 18, 2010), *Finn v. Wyeth, et al.* (D. Minn.) ("Naftalis *Finn* Dep.") |
| 4 | Excerpts from Hearing Transcript (Jan. 19, 2010), *Singleton v. Wyeth et al.* (Pa. Ct. Comm. Pleas) ("*Singleton* Hearing Transcript") |
| 5 | Excerpts from Oral Deposition of Elizabeth Naftalis, M.D., *LaFerrara v. Wyeth, Inc.* (W.D. Ark.) (May 21, 2010) |
| 6 | STEPHEN B. HULLEY, ET AL., DESIGNING CLINICAL RESEARCH (3d ed. 2007) |
| 7 | Steven Piantadosi et al., *Larger Lessons from the Women's Health Initiative*, 14 EPIDEMIOLOGY 6–7 (2003) |
| 8 | David M. Herrington & Timothy D. Howard, *From Presumed Benefit to Potential Harm–Hormone Therapy and Heart Disease*, 349 NEW ENG. J. MED. 519–21 (2003) |
| 9 | Joint Mem. Order, *In re Prempro Prods. Liab. Litig.*, MDL No. 4:03-CV-1507 (Aug. |

| Exhibit No. | Description |
|---|---|
| | 30, 2010) ("E-Only Op.") |
| 10 | Order, *In re Prempro Prods. Liab. Litig.*, MDL No. 4:03-CV-1507 (Jan. 19, 2011) ("Short-Term Use Op.") |
| 11 | Rowan T. Chlebowski, *Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women*, 289 J. AM. MED. ASS'N 3243 (2003) |
| 12 | FDA Approved Prempro PDR (Feb. 2010) |
| 13 | Writing Group for the WHI Investigators, *Risks and Benefits of Estrogen Plus Progestin in Healthy Menopausal Women*, 288 J. Am. Med. Ass'n 321 (July 17, 2002) |
| 14 | Affidavit of Raquel D. Arias (Aug. 20, 2009) |
| 15 | Declaration of Frank W. Ling (Aug. 1, 2007) |
| 16 | Affidavit of Kent Westbrook, M.D. (May 31, 2006) |
| 17 | Affidavit of Todd M. Tuttle (Aug. 14, 2009) |
| 18 | Affidavit of Courtney M. Townsend, Jr. (Aug. 19, 2009) |
| 19 | Excerpts from Oral Deposition of Elizabeth Z. Naftalis, M.D. (July 9, 2007), *Mill v. Wyeth et al.* (Pa. Ct. Comm. Pleas) |
| 20 | Excerpts from Trial Transcript (Feb. 11, 2008), *Scroggin v. Wyeth et al.* (Pa. Ct. Comm. Pleas) ("*Scroggin* Trial Transcript") |
| 21 | Excerpts from Trial Transcript (Feb. 1, 2010), *Singleton v. Wyeth* (Pa. Ct. Comm. Pleas) ("*Singleton* Trial Transcript") |
| 22 | Excerpts from Hearing Transcript (Nov. 13, 2009), *Gonzalez v. Wyeth*, (Pa. Ct. Comm. Pleas) |
| 23 | Excerpts from Oral Deposition of Elizabeth Z. Naftalis, M.D., *Ashlock v. Wyeth et al.* (Nov. 4, 2011) ("Naftalis *Ashlock* Dep.") |
| 24 | Boyd, N. et al., *Heritability of Mammographic Density, A Risk Factor for Breast Cancer*, 347 NEW ENGLAND J. OF MEDICINE 886 (2002) |
| 25 | Declaration and Expert Report of Elizabeth Z. Naftalis, M.D. (Apr. 4, 2011) |

| Exhibit No. | Description |
|---|---|
| | |
| 26 | Report of James Waldron, M.D., Ph.D. (Mar. 29, 2011) |
| 27 | Excerpts from Oral Deposition of Elizabeth Z. Naftalis, M.D. (June 24, 2011) (“Naftalis Dep.”) |
| 28 | Excerpts from Oral Deposition of James Waldron, M.D. (June 15, 2011) (“Waldron Dep.”) |
| 29 | Excerpts from Oral Deposition of Judy Romero (May 22, 2009) (“Romero Dep.”) |
| 30 | Excerpts from Oral Deposition of Radha J. Lal, M.D. (Apr. 27, 2011) |
| 31 | Excerpts from Oral Deposition of Eberhard C. Lotze, M.D. (Apr. 16, 2011) (“Lotze Dep.”) |
| 32 | Excerpts from Oral Deposition of Karl E. Tomm, M.D. (Mar. 16, 2011) (“Tomm Dep.”) |

Dated: February 24, 2012

Respectfully Submitted,

By: /s/ *Gregory S. Meece w/ permission JHM*
Gregory S. Meece, *Attorney-in-Charge*
Texas State Bar No. 13898350
Gregory.Meece@tklaw.com

**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 1500
Houston, Texas 77002
Telephone: (713) 654-8111
Facsimile: (713) 654-1871

***— AND —***

John H. Martin
Texas State Bar No. 13086500
John.Martin@tklaw.com
Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2012 a true and correct copy of the foregoing was filed with the Court and served via electronic notification on all counsel of record.

*/s/ Janelle L. Davis*
Janelle L. Davis

064500 000019 AUSTIN 272890.1