**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:03-cv-1367** |
| | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **and WYETH, INC.,** | § | **Judge Marcia A. Crone** |
| | § | |
| **Defendants.** | § | |

**APPENDIX**

Plaintiff submits the following documents in support of Plaintiff's Opposition to Defendants' Motion to Exclude the Testimony of Drs. Parisian, Blume and Patsner.

| | | |
|---|---|---|
| Exhibit 1 | Order, *Lea v. Wyeth*, 10/6/11 | 2, 7, 14, 15 |
| Exhibit 2 | Deposition of Judy Romero, 5/22/09 | 3 |
| Exhibit 3 | Order, *Chouefati v. Wyeth*, 3/11/11 | 4, 9 |
| Exhibit 4 | Order, *Zahn v. Wyeth*, 4/21/11 | 4, 9 |
| Exhibit 5 | Expert Report of Bruce Patsner, M.D., J.D. | 5, 14, 17, 19 |
| Exhibit 6 | Trial transcript, *Daniel v. Wyeth*, 1/9/07 | 5 |
| Exhibit 7 | Trial transcript, *Reeves v. Wyeth*, 8/24/06 | 5 |
| Exhibit 8 | Trial transcript, *Scroggin v. Wyeth*, 2/15/08AM | 6 |
| Exhibit 9 | Trial transcript, *Scroggin v. Wyeth*, 2/6/08AM | 6 |
| Exhibit 10 | Trial transcript, *Scroggin v. Wyeth*, 2/20/08AM | 6 |
| Exhibit 11 | Expert Report of Suzanne Parisian, M.D. | 7, 17 |
| Exhibit 12 | Opinion, *Barton v. Wyeth*, 1/29/10 | 9 |
| Exhibit 13 | Trial transcript, *Barton v. Wyeth*, 10/9/09 | 12 |

| | | |
|---|---|---|
| Exhibit 14 | Trial transcript, *Rowatt v. Wyeth*, 9/18/07 | 12 |
| Exhibit 15 | Deposition transcript, Cheryl Blume, Ph.D., 4/7/06 | 12 |
| Exhibit 16 | Trial transcript of Dr. Suzanne Parisian in *Singleton v. Wyeth*, 1/27/10PM | 12, 17 |
| Exhibit 17 | Deposition of Bruce Patsner, M.D., J.D., 7/12/11 | 13, 16 |
| Exhibit 18 | Order, *Loewen v. Wyeth*, 11/14/11 | 14 |
| Exhibit 19 | PX 6493 | 18 |
| Exhibit 20 | PX 8638 | 18 |
| Exhibit 21 | PX 830B | 18 |
| Exhibit 22 | 20941 | 18 |
| Exhibit 23 | 20878 | |

Dated this 9th day of March, 2012.

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Daniel J. Thornburgh
Nathan C. Bess
Debra Renee Baggett
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
dthornburgh@awkolaw.com
nbess@awkolaw.com
rbaggett@awkolaw.com

Zoe B. Littlepage
Natasha D. Hanberry
LITTLEPAGE BOOTH
2043A W. Main St.
Houston, TX 77098
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile
zoe@littlepagebooth.com
natasha@littlepagebooth.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of March, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification was sent to the parties below:

Laura E. De Santos
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
713-961-3366
Fax: 713-961-3938
ldesantos@gordonrees.com

Michael Klatt
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
512-391-0197
Fax: 512-391-0183
mklatt@gordonrees.com

Bryon J Benevento
Snell & Wilmer LLP
15 West South Temple, 1200
Salt Lake City, UT 84101
801/257-1902
18012571800 (fax)
bbenevento@swlaw.com

Kathy Ann Cochran
Wilson Smith Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161
206/623-4100
206/623-9273 (fax)
cochran@wscd.com

Janelle Lauren Davis
John Martin
Thompson & Knight - Dallas
1722 Routh Street, Ste. 1500
Dallas, TX 75201-2533
214-969-1677
214-999-1657 (fax)
janelle.davis@tklaw.com
John.martin@tklaw.com

Gregory S Meece
Thompson & Knight
333 Clay St., Suite 3300
Houston, TX 77002
713/654-8111
17136541871 (fax)
gregory.meece@tklaw.com

Caryl Lyn Pruitt
Mitchell Williams Selig Gates & Woodyard
425 W Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
501/688-8869
501/688-8807 (fax)
lpruitt@mwlaw.com

Jay Joseph Schuttert
Snell & Wilmer LLP - Las Vegas
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
702/784-5200
702/784-5252 (fax)
jschuttert@swlaw.com

/s/ Bryan F. Aylstock
Bryan F. Aylstock