**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:03-cv-1367** |
| | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **and WYETH, INC.,** | § | **Judge Marcia A. Crone** |
| | § | |
| **Defendants.** | § | |

**APPENDIX**

Plaintiff submits the following documents in support of Plaintiff's Opposition to Defendants' Motion to Exclude the Testimony of Drs. Elizabeth Naftalis and James Waldron.

| | | |
|---|---|---|
| Exhibit 1 | Order, *Lea v. Wyeth*, 9/16/11 | 1, 4, 13, 15 |
| Exhibit 2 | Order denying expert challenges in *Reeves v. Wyeth*, 8/21/06 | 2 |
| Exhibit 3 | Order denying Wyeth's challenges in *Rush v. Wyeth*, 9/13/06 | 2 |
| Exhibit 4 | Order denying expert challenges in *Scroggin v. Wyeth*, 11/15/07 | 2 |
| Exhibit 5 | Order denying expert challenges in *Hill v. Wyeth*, 8/7/08 | 2 |
| Exhibit 6 | Order denying expert challenges in *LaFerrara v. Wyeth*, 6/30/10 | 2 |
| Exhibit 7 | Order denying Wyeth's Motion to Reconsider in *LaFerrara v. Wyeth*, 7/9/10 | 2 |
| Exhibit 8 | Order denying Wyeth's challenges in *Wilson v. Wyeth*, 9/17/10 | 2 |
| Exhibit 9 | Order denying expert challenges in *Curtis v. Wyeth*, 1/19/11 | 2 |
| Exhibit 10 | Transcript of order denying Wyeth's challenges to plaintiff's oncology expert in *Torkie-Tork v. Wyeth*, 11/15/10 | 2 |
| Exhibit 11 | Transcript of order denying Wyeth's challenges to plaintiff's pathology expert in *Torkie-Tork v. Wyeth*, 11/23/10 | 2 |
| Exhibit 12 | Order denying expert challenges in *Rivera-Adams v. Wyeth*, 12/3/10 | 2 |
| Exhibit 13 | Order denying expert challenges in *Hansen v. Wyeth*, 6/24/11 | 2 |

| | | |
|---|---|---|
| Exhibit 14 | Order denying expert challenges in *Hines v. Wyeth*, 7/8/11 | 2 |
| Exhibit 15 | Order denying expert challenges in *Choueifati v. Wyeth*, 2/17/11 | 2 |
| Exhibit 16 | Order denying expert challenges in *Nelson v. Wyeth*, 8/16/06 | 2 |
| Exhibit 17 | Order denying Wyeth's challenges to plaintiff's pathology experts in *Nelson v. Wyeth*, 8/16/06 | 2 |
| Exhibit 18 | Order denying expert challenges in *Simon v. Wyeth*, 4/16/07 | 2 |
| Exhibit 19 | Order denying expert challenges in *Barton v. Wyeth*, 9/8/09 | 2 |
| Exhibit 20 | Orders denying Wyeth's challenges to plaintiff's experts in *Kendall v. Wyeth*, 10/15/09 | 2 |
| Exhibit 21 | Order denying expert challenges in *Singleton v. Wyeth*, 1/20/10 | 2 |
| Exhibit 22 | Order denying expert challenges in *Esposito v. Wyeth*, 4/14/10 | 2 |
| Exhibit 23 | Order denying expert challenges in *McCreary v. Wyeth*, 9/27/06 | 2 |
| Exhibit 24 | Transcript of order denying Wyeth's challenges to plaintiff's expert in *Woods / Woodhouse v. Wyeth*, 6/12/08 | 2 |
| Exhibit 25 | Deposition of Dr. Copeland in *Cross v. Wyeth*, 3/4/11 | 3, 20 |
| Exhibit 26 | PX 20260C | 3 |
| Exhibit 27 | PX 19 | 4 |
| Exhibit 28 | Romero mammogram report from 6/27/96 and 8/5/97 | 5, 25 |
| Exhibit 29 | PX ML 2488 | 5 |
| Exhibit 30 | Expert report of Dr. Naftalis, *Romero v. Wyeth* | 5, 10, 14, 19, 21, 24, 25 |
| Exhibit 31 | Pfizer Oncology website, "Understanding Cancer: Test, Terms, and Tumor Markers" | 8 |
| Exhibit 32 | PX ML 4775 | 8 |
| Exhibit 33 | PX ML 1085 | 8 |
| Exhibit 34 | PX ML 0275 | 8 |
| Exhibit 35 | PX ML 6008 | 8 |
| Exhibit 36 | PX ML 2238 | 8 |
| Exhibit 37 | PX ML 6102 | 8, 12 |
| Exhibit 38 | PX 8078 | 8 |

| | | |
|---|---|---|
| Exhibit 39 | PX ML 4820 | 9 |
| Exhibit 40 | PX 8426B | 9 |
| Exhibit 41 | PX 8426A | 9, 19 |
| Exhibit 42 | PX 10555 | 9, 19 |
| Exhibit 43 | Povoski, *In Situ Carcinomas of the Breast: Ductal Carcinoma in Situ and Lobular Carcinoma in Situ*, Sect. IV – Pathology of Malignant Lesions, in THE BREAST, 4TH EDITION, BLAND AND COPELAND, EDS. 2009 | 9 |
| Exhibit 44 | Deposition testimony of Dr. Geza Acs, 9/27/10 | 9 |
| Exhibit 45 | Deposition of Dr. Juan Palazzo, *Lea v. Wyeth*, 5/27/11 | 10 |
| Exhibit 46 | PX ML 5656 | 10, 24 |
| Exhibit 47 | Expert report of Dr. Austin, 2/8/11 | 10, 12 |
| Exhibit 48 | PX ML 4580 | 11 |
| Exhibit 49 | PX ML 5211 | 11 |
| Exhibit 50 | PX ML 5358 | 11 |
| Exhibit 51 | PX ML 1099 | 11 |
| Exhibit 52 | PX ML 1241 | 11 |
| Exhibit 53 | DX 8473 | 11 |
| Exhibit 54 | PX ML 3 | 11 |
| Exhibit 55 | PX ML 671 | 11 |
| Exhibit 56 | PX ML 6016B | 12 |
| Exhibit 57 | PX ML 2 | 12 |
| Exhibit 58 | Curriculum vitae of Dr. Elizabeth Naftalis | 13, 19 |
| Exhibit 59 | Trial transcript of Dr. Elizabeth Naftalis in *Singleton v. Wyeth*, 2/1/10AM | 13 |
| Exhibit 60 | Curriculum Vitae of Dr. James Waldron | 14 |
| Exhibit 61 | Deposition of Dr. Alison Laidley in *Zahn v. Wyeth*, 2/24/11 | 16, 17 |
| Exhibit 62 | Deposition of Dr. Alison Laidley, *Lea v. Wyeth*, 6/17/11 | 16 |

| | | |
|---|---|---|
| Exhibit 63 | Deposition of Dr. Edward Copeland, 2/15/11 | 17, 20 |
| Exhibit 64 | Naftalis Trial Testimony in *Scroggin v. Wyeth*, 2/11/08 | 17 |
| Exhibit 65 | Deposition of Dr. Naftalis, 7/10/07 | 17 |
| Exhibit 66 | Deposition Testimony of Sami Diab, *Tamatsu v. Wyeth*, 8/13/10 | 17 |
| Exhibit 67 | PX 20949A-C | 18 |
| Exhibit 68 | Affidavit of James Waldron, M.D. | 18 |
| Exhibit 69 | PX ML 6075 | 18 |
| Exhibit 70 | Expert Report of Dr. James Waldron | 19 |
| Exhibit 71 | Deposition of Graham Colditz, 12/18/06 | 19 |
| Exhibit 72 | Pickar Trial Testimony, *Henry / Buxton v. Wyeth* | 20 |
| Exhibit 73 | PX 8080 | 20, 22 |
| Exhibit 74 | Trial testimony of Dr. Lewis Chodosh in *Daniel v. Wyeth*, 1/19/07 | 20 |
| Exhibit 75 | Trial Transcript, *Reeves v. Wyeth*, 8/29/06 and 8/30/06 | 20 |
| Exhibit 76 | PX 1206 | 21 |
| Exhibit 77 | PX 293B | 21 |
| Exhibit 78 | PX ML 6010 | 21 |
| Exhibit 79 | PX ML 6077 | 21 |
| Exhibit 80 | PX ML 6001 | 21, 23 |
| Exhibit 81 | PX ML 3567 | 21 |
| Exhibit 82 | PX 8426C | 21 |
| Exhibit 83 | PX ML 6000 | 21, 23 |
| Exhibit 84 | PX ML 4697 | 21 |
| Exhibit 85 | PX MA 3937 | 21 |
| Exhibit 86 | Naftalis expert report in *Scharff v. Wyeth* | 22 |
| Exhibit 87 | PX 497 | 22 |

| | | |
|---|---|---|
| Exhibit 88 | PX 378 | 22 |
| Exhibit 89 | PX 20258C | 22 |
| Exhibit 90 | PX 20258A | 22 |
| Exhibit 91 | Expert report of Dr. Wertheimer in *Torkie-Tork v. Wyeth* | 22 |
| Exhibit 92 | PX ML 3867 | 23 |
| Exhibit 93 | PX ML 2849 | 23 |
| Exhibit 94 | PX 10079 | 24 |

Dated this 9th day of March, 2012.

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Daniel J. Thornburgh
Nathan C. Bess
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
dthornburgh@awkolaw.com
nbess@awkolaw.com

Zoe B. Littlepage
Natasha D. Hanberry
LITTLEPAGE BOOTH
2043A W. Main St.
Houston, TX 77098
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile
zoe@littlepagebooth.com
natasha@littlepagebooth.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of March, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification was sent to the parties below:

Laura E. De Santos
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
713-961-3366
Fax: 713-961-3938
ldesantos@gordonrees.com

Michael Klatt
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
512-391-0197
Fax: 512-391-0183
mklatt@gordonrees.com

Bryon J Benevento
Snell & Wilmer LLP
15 West South Temple, 1200
Salt Lake City, UT 84101
801/257-1902
18012571800 (fax)
bbenevento@swlaw.com

Kathy Ann Cochran
Wilson Smith Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161
206/623-4100
206/623-9273 (fax)
cochran@wscd.com

Janelle Lauren Davis
John Martin
Thompson & Knight - Dallas
1722 Routh Street, Ste. 1500
Dallas, TX 75201-2533
214-969-1677
214-999-1657 (fax)
janelle.davis@tklaw.com
John.martin@tklaw.com

Gregory S Meece
Thompson & Knight
333 Clay St., Suite 3300
Houston, TX 77002
713/654-8111
17136541871 (fax)
gregory.meece@tklaw.com

Caryl Lyn Pruitt
Mitchell Williams Selig Gates & Woodyard
425 W Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
501/688-8869
501/688-8807 (fax)
lpruitt@mwlaw.com

Jay Joseph Schuttert
Snell & Wilmer LLP - Las Vegas
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
702/784-5200
702/784-5252 (fax)
jschuttert@swlaw.com

/s/ Bryan F. Aylstock
Bryan F. Aylstock