**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:03-cv-1367** |
| | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **and WYETH, INC.,** | § | **Judge Marcia A. Crone** |
| | § | |
| **Defendants.** | § | |

**APPENDIX**

Plaintiff submits the following documents in support of Plaintiff's Opposition to Defendants' Motion to Exclude the Testimony of Drs. Donald Austin and Wayne Tilley.

| | | |
|---|---|---|
| Exhibit 1 | Curriculum vitae of Donald Austin | 1 |
| Exhibit 2 | Order denying Wyeth's challenges to Dr. Austin in *Reeves v. Wyeth*, 8/21/06; | 2 |
| Exhibit 3 | Order denying Wyeth's challenges to Dr. Austin in *Scroggin v. Wyeth*, 11/15/07 | 2 |
| Exhibit 4 | Order denying Wyeth's challenges to Dr. Austin in *Deutsch v. Wyeth*, 6/19/07 | 2, 9 |
| Exhibit 5 | Order denying Wyeth's challenges to Dr. Austin in *Nelson v. Wyeth*, 8/30/06 | 2 |
| Exhibit 6 | Order denying Wyeth's challenges to Dr. Austin in *Barton v. Wyeth*, 9/8/09 | 2 |
| Exhibit 7 | Order denying Wyeth's challenges to Dr. Austin in *McCreeary v. Wyeth*, 9/27/06 | 2, 9 |
| Exhibit 8 | Curriculum vitae of Dr. Wayne Tilley | 2 |
| Exhibit 9 | WHERS 171-00971-972, Pickar Project 17B Estradiol Progesterone SR (11/9/92) | 3 |
| Exhibit 10 | PX 10663 | 4 |
| Exhibit 11 | Donald Austin 2007 Updated Causality Report (8/30/2007) | 4 |
| Exhibit 12 | Report - *cHRT and Breast Cancer*, Steven Birrell (M.D., Ph.D.) and Wayne D. Tilley, Ph.D. (March 2008) | 4, 5, 12 |
| Exhibit 13 | Deposition of Dr. Donald Austin, 10/31/07 | 4 |

| | | |
|---|---|---|
| Exhibit 14 | IARC Monograph No. 2, *Combined Estrogen-Progestin Menopausal Therapy*, 3d draft rev. 3 | 5 |
| Exhibit 15 | Schottenfeld and Fraumeni (eds.), *Cancer Epidemiology and Prevention* | 5 |
| Exhibit 16 | MacMahon, *Epidemiology and the causes of breast cancer* (2006) | 5 |
| Exhibit 17 | Parisian Report July 2007 | 5 |
| Exhibit 18 | Deposition of Dr. Suzanne Parisian, 12/20/07 | 5 |
| Exhibit 19 | Order, *Torkie-Tork v. Wyeth, et al.*, Eastern District of Virginia (10/4/10) | 8 |
| Exhibit 20 | Li *et al.*, *Relationship Between Long Durations and Different Regimens of Hormone Therapy and Risk of Breast Cancer*, JAMA, Vol. 289, No. 24, pgs. 3254-62 (June 25, 2003) | 9 |
| Exhibit 21 | Setiawan *et al.*, *Breast Cancer Risk Factors Defined by Estrogen and Progesterone Receptor Status*, Am. J. Epidemiol., Vol. 169, No. 10 | 9 |
| Exhibit 22 | Fournier, et al., *Use of Different Postmenopausal Hormone Therapies and Risk of Histology – and Hormone Receptor-Defined Invasive Breast Cancer*; Journal of Clinical Oncology, Vol. 26, No. 8, March 10, 2008 | 9 |
| Exhibit 23 | Gadducci, et al., *Progestagen Component in Combined Hormone Replacement Therapy in Postmenopausal Women and Breast Cancer Risk: A Debated Clinical Issue.* Gynecological Endocrinology, December 2009; 25(12): 807-815 | 10 |
| Exhibit 24 | Mueck, et al., *Use of Dydrogesterone in Hormone Replacement Therapy*. Maturitas, 2009 | 10 |
| Exhibit 25 | *Reference Manual on Scientific Evidence* | 10, 11, 12, 13 |
| Exhibit 26 | A4968 | 15 |
| Exhibit 27 | M0389 | 16 |
| Exhibit 28 | M0444 | 16, 18 |
| Exhibit 29 | M4621 | 16 |
| Exhibit 30 | MA4324 | 16 |
| Exhibit 31 | M4602 | 17 |
| Exhibit 32 | MA4319 | 17, 18 |
| Exhibit 33 | M1806 | 17 |
| Exhibit 34 | M0174 | 17 |
| Exhibit 35 | M0155 | 18 |
| Exhibit 36 | M0165 | 18 |

| | | |
|---|---|---|
| Exhibit 37 | Prometrium advertisement | 19 |
| Exhibit 38 | Order, *Choueifati v. Wyeth*, Cause No. 2003-49357A (Dist. Ct. Harris Cnty., 151st Jud. Dist. Apr. 12, 2011) | 21 |
| Exhibit 39 | Austin Report, 2011 | 21, 25 |
| Exhibit 40 | Tilley Report, 2011 | 21, 26 |
| Exhibit 41 | Charles H. Hennekens, M.D., Dr. PH, Julie E. Buring, Sc.D., EPIDEMIOLOGY IN MEDICINE, *Ch. 3, Statistical Association and Cause-Effect Relationships* (Little Brown & Co., 1987) | 23 |
| Exhibit 42 | Order Denying Wyeth's and Barr's *Daubert/Wilt* Motions to Exclude the Opinions of Dr. Wayne Tilley, *Vance v. Rite Aid*, *et al*., Case No. 06-C-351P (Logan Cnty Cir. Ct., W. Va. Aug. 13, 2010) | 24 |
| Exhibit 43 | Orders in *Meisenzahl v. Wyeth et al.*, Cause No. 22042-09651 (22d Jud. Cir., Mo. Cir. Ct. Oct. 13, 2011 and Oct. 31, 2011) | 25 |
| Exhibit 44 | PX1573 | 26 |
| Exhibit 45 | REFERENCE MANUAL ON SCIENTIFIC EVIDENCE, 3d Ed. (Federal Judicial Center 2011) | 26 |

Dated this 9th day of March, 2012.

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Daniel J. Thornburgh
Nathan C. Bess
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
dthornburgh@awkolaw.com
nbess@awkolaw.com

Zoe B. Littlepage
Natasha D. Hanberry
LITTLEPAGE BOOTH
2043A W. Main St.
Houston, TX 77098
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile
zoe@littlepagebooth.com
natasha@littlepagebooth.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of March, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification was sent to the parties below:

Laura E. De Santos
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
713-961-3366
Fax: 713-961-3938
ldesantos@gordonrees.com

Michael Klatt
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
512-391-0197
Fax: 512-391-0183
mklatt@gordonrees.com

Bryon J Benevento
Snell & Wilmer LLP
15 West South Temple, 1200
Salt Lake City, UT 84101
801/257-1902
18012571800 (fax)
bbenevento@swlaw.com

Kathy Ann Cochran
Wilson Smith Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161
206/623-4100
206/623-9273 (fax)
cochran@wscd.com

Janelle Lauren Davis
John Martin
Thompson & Knight - Dallas
1722 Routh Street, Ste. 1500
Dallas, TX 75201-2533
214-969-1677
214-999-1657 (fax)
janelle.davis@tklaw.com
John.martin@tklaw.com

Gregory S Meece
Thompson & Knight
333 Clay St., Suite 3300
Houston, TX 77002
713/654-8111
17136541871 (fax)
gregory.meece@tklaw.com

Caryl Lyn Pruitt
Mitchell Williams Selig Gates & Woodyard
425 W Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
501/688-8869
501/688-8807 (fax)
lpruitt@mwlaw.com

Jay Joseph Schuttert
Snell & Wilmer LLP - Las Vegas
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
702/784-5200
702/784-5252 (fax)
jschuttert@swlaw.com

/s/ Bryan F. Aylstock
Bryan F. Aylstock