**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:03-cv-1367** |
| | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **and WYETH, INC.,** | § | **Judge Marcia A. Crone** |
| | § | |
| **Defendants.** | § | |

**APPENDIX**

Plaintiff submits the following documents in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

| | | |
|---|---|---|
| Exhibit 1 | Order, *Lea v. Wyeth*, 10/28/11 | 1, 33, 36-41 |
| Exhibit 2 | PX 213 | 2 |
| Exhibit 3 | PX 135 | 2 |
| Exhibit 4 | Expert Report of Suzanne Parisian, 7/2/07 | 2 |
| Exhibit 5 | Expert Report of Cheryl Blume, 2/15/06 | 2 |
| Exhibit 6 | PX 188 | 3 |
| Exhibit 7 | PXML 2 | 3 |
| Exhibit 8 | Expert Report of Donald Austin, 2/8/11 | 3 |
| Exhibit 9 | PXML 6016B | 3 |
| Exhibit 10 | Expert Report of Elizabeth Naftalis, *Romero v. Wyeth*, 4/2/11 | 4 |
| Exhibit 11 | Deposition of Judy Romero, 5/22/09 | 4 |
| Exhibit 12 | Deposition of Dr. Radha Lal, Romero v. Wyeth, 4/27/11 | 5, 25, 26, 32 |

| | | |
|---|---|---|
| Exhibit 13 | Exhibit 3 to Dr. Radha Lal Deposition | 5 |
| Exhibit 14 | Trial transcript from *Barton v. Wyeth*, 10/16/09PM | 6 |
| Exhibit 15 | PX 20820 | 7 |
| Exhibit 16 | PX 20821 | 7 |
| Exhibit 17 | PX 20822 | 7 |
| Exhibit 18 | PX 20824 | 7 |
| Exhibit 19 | Deposition testimony, Pamela Cobb, 6/23/06 | 7 |
| Exhibit 20 | Deposition testimony, Joseph Mahady, 11/16/05 | 7 |
| Exhibit 21 | Trial testimony, Dr. Ginger Constantine, *Reeves v. Wyeth*, 9/9/06 | 8 |
| Exhibit 22 | Trial testimony, Dr. Marc Deitch, *Nelson II v. Wyeth*, 1/22/07PM | 8 |
| Exhibit 23 | PX 219 | 8 |
| Exhibit 24 | PX 341 | 8, 22 |
| Exhibit 25 | PX 8638 | 8 |
| Exhibit 26 | PXML 600 | 9, 14 |
| Exhibit 27 | PX 1428 | 9 |
| Exhibit 28 | PX 114 | 9 |
| Exhibit 29 | PX ML 3 | 9 |
| Exhibit 30 | Trial testimony, Dr. Chodosh, *Reeves v. Wyeth*, 9/7/06 | 9 |
| Exhibit 31 | Trial testimony, Dr. Chodosh, *Rowatt v. Wyeth*, 10/3/07 | 9 |
| Exhibit 32 | Trial testimony, Dr. Chodosh, *Daniel v. Wyeth*, 1/19/07 | 9 |
| Exhibit 33 | Trial testimony, Dr. Deborah Lyon, *Singleton v. Wyeth*, 2/16/10 | 9 |
| Exhibit 34 | PX 1585 | 10 |
| Exhibit 35 | PX 890E | 10 |

| | | |
|---|---|---|
| Exhibit 36 | PX 20991 | 10 |
| Exhibit 37 | PX 8744A | 10 |
| Exhibit 38 | PX 1579 | 10 |
| Exhibit 39 | PXML 22 | 11 |
| Exhibit 40 | PX 20957 | 11 |
| Exhibit 41 | Deposition testimony, Steve Strickland, 9/9/05 | 11 |
| Exhibit 42 | PX 8306 | 11 |
| Exhibit 43 | PX 7422A | 11 |
| Exhibit 44 | PX 5677 | 11 |
| Exhibit 45 | PX 427 | 12 |
| Exhibit 46 | PXML 3862 | 12 |
| Exhibit 47 | PXML 98 | 12 |
| Exhibit 48 | PXML 63 | 12 |
| Exhibit 49 | Trial testimony of Brett Hendricks, *Singleton v. Wyeth*, 1/22/10AM | 12 |
| Exhibit 50 | PX 519 | 12, 13 |
| Exhibit 51 | PX 5775 | 13, 14 |
| Exhibit 52 | PX 470 | 14 |
| Exhibit 53 | List of 45 studies showing increased breast cancer risk with E+P | 15 |
| Exhibit 54 | PX 8155B | 15 |
| Exhibit 55 | PX 20963 | 16 |
| Exhibit 56 | PX 288 | 16 |
| Exhibit 57 | PX 285 | 16 |
| Exhibit 58 | PX 830 | 16, 34 |

| | | |
|---|---|---|
| Exhibit 59 | PX 8014A | 16 |
| Exhibit 60 | PX 8014B | 16 |
| Exhibit 61 | PX 20941 | 17 |
| Exhibit 62 | Trial testimony, Dr. Suzanne Parisian, *Torkie-Tork v. Wyeth*, 11/22/10 | 17, 38 |
| Exhibit 63 | PX 811 | 17 |
| Exhibit 64 | Trial testimony, Dr. Blume in *Daniel v. Wyeth*, 1/10/07PM | 17 |
| Exhibit 65 | PX 20878 | 18, 34 |
| Exhibit 66 | PX 20876 | 18 |
| Exhibit 67 | PX 560 | 18 |
| Exhibit 68 | PX ML 866 | 18 |
| Exhibit 69 | PX 1659A | 18 |
| Exhibit 70 | PX 830 | 19 |
| Exhibit 71 | PX 8022A | 19 |
| Exhibit 72 | Trial testimony, Justin Victoria, *Reeves v. Wyeth*, 9/6/06 | 19 |
| Exhibit 73 | PX 20879 | 19 |
| Exhibit 74 | PX 10425 | 19 |
| Exhibit 75 | PX 6766 | 19 |
| Exhibit 76 | PX 21109 | 19 |
| Exhibit 77 | PX 21 | 20 |
| Exhibit 78 | PX 24 | 20 |
| Exhibit 79 | PX 22 | 20 |
| Exhibit 80 | PX 1265 | 21 |
| Exhibit 81 | PX 346 | 21 |

| | | |
|---|---|---|
| Exhibit 82 | PX 348 | 21 |
| Exhibit 83 | PX 349 | 22 |
| Exhibit 84 | PX 347 | 22 |
| Exhibit 85 | PXML 8000 | 22 |
| Exhibit 86 | PX 506 | 22 |
| Exhibit 87 | PX 950W | 22 |
| Exhibit 88 | PX8155G | 23 |
| Exhibit 89 | PX954 | 23 |
| Exhibit 90 | PX21016 | 23 |
| Exhibit 91 | PX20258 | 23 |
| Exhibit 92 | Deposition, Dr. Eberhard Lotze, *Romero v. Wyeth*, 4/26/11 | 23, 27 |
| Exhibit 93 | Deposition, Donald C. Williams II, 8/4/11 | 26 |
| Exhibit 94 | IMS prescription data for Dr. Lotze's Prempro prescriptions and IMS prescription data for Dr. Lal's Premphase prescriptions | 28 |
| Exhibit 95 | Orders, *Choueifati v. Wyeth*, 4/12/11 | 30 |
| Exhibit 96 | Order, *Reeves v. Wyeth*, 8/23/06 | 36 |
| Exhibit 97 | Order, *Hines v. Wyeth*, 5/23/11 | 36 |
| Exhibit 98 | Order, *Torkie-Tork v. Wyeth*, 10/4/10 | 36 |
| Exhibit 99 | Trial transcript, *Singleton v. Wyeth*, 3/5/10 | 36 |
| Exhibit 100 | Trial testimony, Suzanne Parisian, *Scroggin v. Wyeth*, 2/12/08 | 38 |
| Exhibit 101 | Trial testimony, Suzanne Parisian, *Singleton v. Wyeth*, 1/27/10 | 38 |
| Exhibit 102 | PXMA 2216 | 38 |
| Exhibit 103 | PXMA 3 | 38 |

Dated this 16th day of March, 2012.

Respectfully Submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Daniel J. Thornburgh
Nathan C. Bess
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
dthornburgh@awkolaw.com
nbess@awkolaw.com

Zoe B. Littlepage
Natasha D. Hanberry
LITTLEPAGE BOOTH
2043A W. Main St.
Houston, TX 77098
(713) 529-8000 – Telephone
(713) 529-8044 – Facsimile
zoe@littlepagebooth.com
natasha@littlepagebooth.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of March, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and notification was sent to the parties below:

Laura E. De Santos
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
713-961-3366
Fax: 713-961-3938
ldesantos@gordonrees.com

Michael Klatt
Gordon & Rees LLP
816 Congress Avenue, Suite 1510
Austin, TX 78701
512-391-0197
Fax: 512-391-0183
mklatt@gordonrees.com

Bryon J Benevento
Snell & Wilmer LLP
15 West South Temple, 1200
Salt Lake City, UT 84101
801/257-1902
18012571800 (fax)
bbenevento@swlaw.com

Kathy Ann Cochran
Wilson Smith Cochran & Dickerson
1215 4th Avenue
Suite 1700
Seattle, WA 98161
206/623-4100
206/623-9273 (fax)
cochran@wscd.com

Janelle Lauren Davis
John Martin
Thompson & Knight - Dallas
1722 Routh Street, Ste. 1500
Dallas, TX 75201-2533
214-969-1677
214-999-1657 (fax)
janelle.davis@tklaw.com
John.martin@tklaw.com

Gregory S Meece
Thompson & Knight
333 Clay St., Suite 3300
Houston, TX 77002
713/654-8111
17136541871 (fax)
gregory.meece@tklaw.com

Caryl Lyn Pruitt
Mitchell Williams Selig Gates & Woodyard
425 W Capitol Ave., Suite 1800
Little Rock, AR 72201-3525
501/688-8869
501/688-8807 (fax)
lpruitt@mwlaw.com

Jay Joseph Schuttert
Snell & Wilmer LLP - Las Vegas
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
702/784-5200
702/784-5252 (fax)
jschuttert@swlaw.com

/s/ Bryan F. Aylstock
Bryan F. Aylstock