# EXHIBIT 2

INTERNAL CORRESPONDENCE

WYETH AYERST

| | | | |
|---|---|---|---|
| to | Dr. Joseph L. Morrison | from | Joan E. Barton |
| company | W-AR located 145/C-2 | company | W-AR located 145/C-2 |
| subject | FDA Letters Regarding Premarin® Promotional Materials | date | August 14, 1992 |

From January 1, 1990 to date, the following summarizes the letters Wyeth-Ayerst has received from the FDA regarding alleged misleading promotional materials for Premarin® Tablets:

- August 2, 1991: FDA finds a Premarin journal advertisement to be misleading in that it overemphasizes the impact of osteoporosis and fails to adequately address the risk of estrogen replacement therapy.

  Wyeth-Ayerst advised FDA that osteoporosis is a serious and potentially debilitating condition resulting in excess of 1.3 million fractures per year. However, we agreed to discontinue the use of the wheelchair graphic and include the phrase "For women at risk" in future promotional pieces. We also requested a meeting with the Agency to discuss these issues in greater detail. At this point in time, FDA has accepted our response and does not believe a meeting is necessary.

- April 14, 1992: In several physician-directed promotional pieces, FDA finds misleading (a) the presentation of effects of the climacteric including skin atrophy and atherosclerosis since it implies Premarin is useful in treating these conditions; (b) the implication that the specific dosing recommendations for estrogen/progestin therapy is proven safe and effective; (c) the tabular graphic listing cholesterol changes with symptoms for which estrogen is indicated since this implies that estrogen treats cholesterol changes, and (d) the statement that Premarin is the only estrogen proven effective in helping to prevent osteoporosis and related fractures. As presented, FDA also finds that the artist's rendition of Premarin's chemical composition implies clinical superiority.

  In response to FDA's letter, Wyeth-Ayerst agrees to (a) prominently identify any condition for which ERT is not indicated for treatment at the next printing, (b) not

make any specific dosing recommendations for estrogen/progestin therapy; (c) delete cholesterol changes from the tabular graphic; (d) cease use of statements that Premarin is the only estrogen proven effective in preventing osteoporosis; and finally, Wyeth-Ayerst agrees in future to not list the 10 components of Premarin in pieces featuring clinical information. FDA has accepted our response.

- July 21, 1992: FDA concludes that information on cholesterol and estrogens may misleadingly imply that there is a proven benefit of Premarin in regard to risk of coronary heart disease. FDA further questions whether or not this brochure is a DTC piece and notes that it is not in conformance with the DTC guidance.

In response to FDA's letter, Wyeth-Ayerst agrees to delete all text and graphic material relating to estrogens and cholesterol in PRM:400 and other Premarin promotional materials. PRM:400 will be quarantined and destroyed.

Joan

Joan E. Barton

:crms/M8337