# EXHIBIT 3

INTERNAL CORRESPONDENCE

WYETH AYERST

RECEIVED
FEB 20 1990
JUSTIN R. VICTORIA
REGULATORY AFFAIRS

| | | | |
|---|---|---|---|
| to | Attendees | from | Dr. Stephen Sasson |
| company | located | company W-AR | located 145/C-2 |
| subject | Fertility and Maternal Health Advisory Committee Meeting February 1, 1990 | date | February 15, 1990 |

On February 1, 1990 the Fertility and Maternal Health Advisory Committee met to discuss the association of breast and endometrial cancer with Hormone Replacement Therapy (HRT). In attendance for Wyeth-Ayerst were:

| | | |
|---|---|---|
| Ms. Amorese | Mr. Essner | Dr. Pickar |
| Ms. Ashby | Ms. Hertel | Mr. Pines |
| Mr. Bathish | Dr. Hurley | Mr. Rachelli |
| Dr. Corrado | Dr. Litwin | Mr. Ross |
| Dr. Deitch | Mr. Meaney | Dr. Sasson |
| Dr. Dey | Ms. Nadelmann | Dr. Weber |

The following is a brief summary of presentations and discussions. A full transcript and FDA minutes have been requested. The meeting agenda, questions, and a list of committee members and invited speakers is attached.

Dr. Philip Corfman (Executive Secretary of the Committee) updated the committee regarding recent activities. REDACTED [redacted]
REDACTED [redacted]

Dr. Barbara Hulka (Committee Chairperson) clarified that the committee was not convened to determine whether or not HRT should be used nor are they to discuss the risk vs. benefit. They are confined to determine the possible association between breast and endometrial cancer and HRT.

During the one hour open session the following individuals spoke:

Dr. Harold Kaminetsky (Assoc. Dir. American College of Obstetrics and Gynecologist) emphasized that their organization is particularly concerned that the committee properly characterize any risks and emphasized that they should avoid "scaring" women by giving credence to unsubstantiated data.

Sidney Wolfe made three points: 1) Increases in bone fracture rates are not seen until women are 70 years of age. However, women can be treated with HRT for greater than 20 years before there would possibly be any beneficial effect. 2) Animal studies and epidemiological data have demonstrated that there is a relationship between the duration of estrogen therapy and breast cancer. 3) He feels that the physician and patient labeling is misleading where it is stated that with usual doses there is no association with cancer. He requested that the FDA and committee update the labeling frequently as new data become available. He also stated that he does not feel that the addition of a progesterone such as MPA decreases the risk of breast cancer as it may with endometrial cancer.

Dr. Edward Slotnick (American College of Osteopathic OB-GYN (ACOOG)) indicated that he and his organization 1) does not believe that there is a proven relationship between HRT and breast cancer, 2) feel that the Bergkvist article is flawed, and 3) it would be wrong to deny women HRT which has proven benefit for osteoporosis and cardiovascular disease.

Cindy Pearson (National Women's Health Network) requested that the committee consider changing the labeling such that it included more specific information about risks so that women could make a more informed decision when considering HRT.

Dr. James Simon (Barr consultant) attempted to make several points in support of generics and their bioequivalence to Premarin. He pointed out that since duration of use may be associated with cancer then Premarin, which has been around for 40 years, and not generics, is responsible for such a relationship. The association between the newer generics and cancer has yet to be proven. [This argument, however, supports the fact that generics therefore are not equivalent to Premarin. ~~If this is an example of his thoughtful arguments we should be paying him to continue to work for Barr.~~] His comments were inappropriate to the subject being considered by the committee and Dr. Corfman eventually requested that he stop talking and return to his seat.

Dr. Charles Chesnut delivered a brief summary of the benefits associated with HRT and how they convincingly outweigh any potential, yet to be proven, risks.

Dr. David Archer (American Fertility Society) indicated that based on the current published literature there was insufficient data to support any change in the current labeling. He further indicated that the addition of a progesterone to ERT protects against endometrial cancer.

This concluded the open session. Dr. Linda Golden (FDA Medical Reviewer) next "introduced" the topic to the committee. She presented evidence which demonstrated the correlation between endogenous estrogen and breast cancer as well as animal evidence suggesting that exogenous estrogens as well as progestogens ~~can produce breast cancer.~~ The Warnings and Precaution Sections of the Premarin labeling as it related to endometrial and breast cancer was reviewed since 1942. Dr. Golden showed a draft revision to the labeling however it was noted that she was not working from the current Premarin labeling. Dr. Dianne Kennedy (FDA, epidemiologist) presented data on the extent of use of HRT.

Dr. Benjamin Hankey (National Cancer Institute) showed data which indicated that the incidence of breast cancer has been accelerating since 1980. However, there are a number of

issues that need to be considered before interpreting this increase. For example, the number of mammography machines and the number of tests performed has increased dramatically over the same time period. It is highly probable that the increase in diagnosis is a result of screening and subsequently identifying small tumors that previously had gone undetected. This is supported by the observation that survival subsequent to diagnosis has increase during the same time period. Another potential problem with interpreting the data, particularly with respect to a causal effect to HRT, is that the denominator includes all women and really should factor out women who have had a hysterectomy since the number of women having this operation has been changing.

Dr. Robert Hoover (National Cancer Institute) presented the Bergkvist paper. There was some discussion and concern with respect to the interpretation of the results because of the small number of patients as well as its applicability to the U.S. population since estradiol and not conjugated estrogens are predominantly used in Sweden. Dr. Hoover indicated that he does not believe that there is any appreciable difference between estrogens.

Dr. Janet Daling (Fred Hutchinson Cancer Research Center) presented an epidemiological and statistical review of evidence linking HRT to breast cancer. She noted that 18% of those studied were taking a progestogen as well. Dr. Daling does not believe that there are any data to suggest that there is an appreciable differences between estrogens or progestogens.

Dr. Barnett Zumoff (Beth Israel Medical Center) reviewed animal evidence suggesting that estrogens have a "promoting effect" for cancer. He pointed out that Premarin was unnatural in that the sulfate conjugates are not normally found in women. He indicated that there is some evidence suggesting that breast cancer is clinically more benign in women who have taken ERT. Dr. Zumoff was in favor of ERT in that the risk, if any, is small.

Dr. Herbert B. Peterson (Centers for Disease Control) presented the CASH data. He pointed out that this study was designed to determine effects in O.C. users and included women between 20 and 54 years of age and that this needs to be considered when interpreting the results. The data suggest that the risk of developing endometrial cancer is two times more likely to occur in women if they have been taking ERT for at least 2 - 5 years and three times more likely if they have been exposed for at least 6 years. His data suggest that the risk is associated with dose and that the risk persists after discontinuation. Also, this increased risk appears to be associated with an increased occurrence of localized and extrauterine cancer.

Dr. Noel S. Weiss (Univ. Washington School of Public Health and Community Medicine) emphasized that there is no evidence suggesting that a decreased duration of exposure, lower doses, or cycling attenuates the risk of developing endometrial cancer. He feels that the addition of a progesterone would be the best therapy.

Committee discussions, questions and responses:

There was some discussion about the difference, if any, between estrogens but most committee members felt that although there may be differences between receptor affinity and intrinsic activity all estrogenic substances bind to the estrogen receptor and there is probably no appreciable clinical difference between them. Dr. Schlesselman (committee member until 6/90 who appeared to be both articulate and influential) indicated that the risks are duration

Confidential Pursuant to Confidentiality Order VICTJ005-001702

dependent (over 10 years) and that there may be less risk with conjugated estrogens. Dr. Hulka wanted to emphasize that the risk, if any, was "slight." Dr. Corfman told the committee that the risk assessments decided at this committee meeting will be useful in the future when weighing the potential cardiovascular benefits associated with ERT.

The first question posed to the committee was: "Is there sufficient evidence to conclude that unopposed ERT is associated with an increased risk of breast cancer in postmenopausal women?"

The committee agreed to recommend the following statement for the labeling: "While the evidence is not conclusive, some studies report an increased risk of breast cancer with long-term use of ERT. Other studies have not shown this relationship."

The committee felt that there was inadequate data to make a distinction between different estrogens or if the addition of a progestogen would alter the risk of breast cancer. However, the committee believed that the concomitant use of a progestogen will decrease the risk of endometrial cancer.

With respect to future studies, the committee agreed that with appropriate design and monitoring that it would be ethical to include an estrogen-only group.

---

In summary, the outcome of the meeting was favorable to Wyeth-Ayerst in that it was a relatively benign meeting which received no media attention. The committee's opinion that the risks are, if anything, associated with duration of use rather than dose may impede our efforts against generic competition.

cc:

| | |
|---|---|
| Dr. Agersborg | Dr. Korba |
| Ms. Bissinger | Mr. Leone |
| Dr. Corbin | Dr. Lippman |
| Dr. Freeland | Dr. Pittelli |
| Mr. Hassan | Mr. Victoria |
| Ms. Joyner | Reg. Routing |