# EXHIBIT 6

Breast ca file

**INTERNAL CORRESPONDENCE**
U.S. REGULATORY AFFAIRS

WYETH AYERST

| | | | |
|---|---|---|---|
| to | Stephen Sasson | from | Mark J. Mariani *Mark J Mariani* |
| company | W-AR located 145/C-2 | company | W-AR located 145/C-2 |
| subject | February 14 Fertility and Maternal Health Drugs Advisory Committee Meeting | date | March 17, 1992 |

On February 14, 1992 the Fertility and Maternal Health Drugs Advisory Committee met to discuss the use of estrogen (ERT) or hormone replacement (HRT) therapy in women who have previously been treated for breast cancer (agenda attached). The following is summary of the Committee proceedings. A full transcript has been requested and will be made available to those interested upon receipt.

During the Open Hearing portion of the proceedings representatives of several groups, including My Image after Breast Cancer, the Breast Cancer Coalition, and the National Women's Health Network, as well as the American Fertility Society, spoke about ERT/HRT and the risk of breast cancer. The women's groups emphasized that the symptoms of menopause, such as hot flashes, sleep disturbances, mental depression, and deterioration in sexual function, are often debilitating and can seriously reduce the quality of life of affected women. Superimposed on the severe discomforts of menopause are the increased risks of osteoporosis and cardiovascular disease. The consensus between the Breast Cancer Coalition and My Image After Breast Cancer was that the improvement in the quality of life and the reduction in the risk of osteoporosis and cardiovascular disease with HRT/ERT outweighed the risk of breast cancer recurrence. It was further suggested that HRT/ERT should not be discontinued or withheld from breast cancer patients who were either naturally menopausal or who were estrogen-deficient due to chemotherapy. The National Women's Health Network, however, believes that the risk of breast cancer recurrence with HRT/ERT exceeds any benefit gained by the treatment of estrogen deficiency. Dr. Robert Vischer of the American Fertility Society urged FDA to support a prospective study investigating HRT/ERT in former breast cancer patients. He cited a determination by FDA in 1984 that there was no increased risk of breast cancer in users of oral contraceptives, and a 1989 epidemiologic study showing no increased risk with the use of oral contraceptives or HRT. Dr. Vischer also indicated that some evidence associating HRT/ERT with an increased risk of breast cancer was indirect and circumstantial, citing studies showing no effect of pregnancy or bilateral oophorectomy on the outcome of breast cancer. Several Committee members, however, commented that a recently published (Lancet: January 4 and 8, 1992) meta analysis demonstrated a survival benefit of prophylactic bilateral oophorectomy in breast cancer patients which was comparable to the benefit observed with chemotherapy.

Dr. Ridgley Bennett, FDA Medical Officer, presented an introduction and summary of literature on the association between HRT/ERT and the risk of breast cancer. Based on eight studies published between 1974 and 1979 examining ERT and breast cancer, the relative risk with the use of estrogen ranged from 0.80 to 1.6 (one study showed a relative risk of 3.1, but had a small sample size). In a series of practice-based followup studies between 1976 and 1979, the relative risk with ERT ranged from 1.1 to 1.4. A hospital-based study in Connecticut found no increased risk of breast cancer with HRT. A 1986 study by Brinton demonstrated an association between the duration of ERT and relative risk of breast cancer as follows:

| ERT Duration (Years) | Relative Risk |
|---|---|
| 5-9 | 1.1 |
| 10-14 | 1.3 |
| 15-19 | 1.3 |
| 20+ | 1.5 |

It was evident from Dr. Bennett's review of the literature that the actual risk of developing breast cancer with the use of HRT/ERT has not been clearly defined. However, he noted that there appears to be a trend towards an increased risk of breast cancer with long-term (>10 years) HRT/ERT.

A representative of the American College of Obstetricians and Gynecologists gave a statement to the effect that there was little direct evidence supporting an increased risk of breast cancer with HRT/ERT use in menopausal women. He echoed the previous point that pregnancy and bilateral oophorectomy has not been shown to affect survival in breast cancer patients, although he did acknowledge the preceding discussion of the recent meta analysis indicating a survival benefit of bilateral oophorectomy in these patients.

The biology of breast cancer was briefly described by Drs. Sandy Swain and Robert Dickson of George Washington University. In 1992, 180,000 women are expected to be diagnosed with breast cancer, of which 46,000 are expected to die. There is currently debate concerning whether there may be a difference between HRT and ERT in the risk of breast cancer. In animal models, both estrogen and progesterone stimulate growth and metastasis of ductile epithelial cells, the same cells that give rise to breast tumors in humans. However, the involvement of estrogen and progesterone in the transition from normal cellular proliferation to cancer in humans is less clearly defined. The dearth of in vitro data in this area is largely due to difficulties in maintaining hormone-responsive human mammary cells in culture. Dr. Linda Golden, FDA, commented that she was aware of an unpublished, ongoing case control study of breast cancer patients which indicates that estrogen treatment slightly increases the risk of breast cancer, while the addition of a progestogen to the regimen greatly increases this risk. Several questions were posed regarding this study, but she replied that she could not elaborate any further.

FDA discussed statistical issues pertaining to the design of clinical trials investigating the relationship between HRT and the recurrence of breast cancer (the term "HRT" was used in reference to both HRT and ERT). It was pointed out that several questions should be kept in mind while designing these trials. These included "What is the risk of recurrence in the no-treatment group?"; "What should the accrual and followup times be?"; and "How many study groups will there be?". For the purposes of the presentation it was assumed that the respective accrual and followup times to be two and five years, and that there would be two study groups, HRT and placebo. Several important design features of a prospective trial were highlighted. Equivalence criteria had to be established in order to determine if the recurrence rate with HRT was greater than placebo, and it was suggested that the smallest clinically important difference be established at 6%. It was emphasized that there must be an ethically appropriate interim analysis plan incorporating both a sufficient number of interim "looks" and a well-defined stopping rule to determine if and when treatment should cease (i.e. should HRT be stopped if it is "worse" than placebo?; equal to placebo?).

Dr. Ruth Macklin, Professor of Bioethics at Albert Einstein College of Medicine, spoke about the risks and benefits of HRT/ERT from an ethical perspective. She stated that while menopausal symptoms are discomforting, they are not life-threatening and there exists alternate therapies to HRT. She posed the question "Is the risk of a potentially fatal occurrence (i.e. breast cancer) worth the relief of menopausal symptoms that are ultimately transient?" Even if HRT only slightly increases the risk of the recurrence of breast cancer, the potential level of harm is great. It appeared that Dr. Macklin was not directly opposed to investigating the association between HRT/ERT and breast cancer recurrence, but, rather, she was concerned with certain ethical aspects of this type of clinical trial. She believed that any alternatives to HRT for menopausal symptoms should be clearly enumerated in the Informed Consent document. She stressed that a woman's right to decide must be respected by informing her of any trends observed at the interim looks, even if that may result in increased dropout given adverse findings.

Dr. Diana Petitti, Epidemiologist at UCal San Francisco, presented a theoretical model describing the risks faced by menopausal women with and without HRT or ERT. The following is a summary of her model:

| | | Relative Risk | |
|---|---|---|---|
| Condition | No Treatment | ERT | HRT |
| Coronary Heart Disease | 4.6 | 0.65 | 0.80 |
| Hip Fracture | 1.5 | 0.75 | 0.75 |
| Breast Cancer | 1.0 | 1.25 | 2.0 |
| Endometrial Cancer | 2.6 | 8.2 | 1.0 |

The estimate of the relative risk of breast cancer with HRT was arbitrarily chosen because of the lack of available data. Dr. Petitti concluded that the even slight increase in risk with HRT/ERT results in a large increase in lifetime risk (hazard), and suggested that a clinical study should enroll only women that are already receiving HRT/ERT.

The Committee then considered a series of questions posed to it by FDA (attached). Questions #1 and #2 attempted to determine the actual risk of breast cancer recurrence with HRT and ERT, and whether this risk is balanced by the recognized benefits of replacement therapy in menopause. Committee member Dr. Arthur Haney expressed the views of nearly all members when he stated that Questions 1 and 2 were essentially asking for the results of clinical trials that have yet to be performed, and that the trials would have to be conducted before these answers could be provided. The Committee concurred with Dr. Haney's belief that despite the lack of quality data on the association between HRT/ERT and breast cancer, the risk of recurrence appeared to be small enough and the potential benefits great enough to justify a clinical trial. The only dissenting member, Dr. James Schlesselman, believed that because preliminary data concerning this issue had been presented during the proceedings, informed speculation as to the possible outcome of the proposed trials should be able to be provided. He went on to voice his belief that HRT/ERT would increase the risk of breast cancer recurrence.

On the question of the ethics of this type of clinical trial (Question #3), the Committee agreed, with the exception of Dr. Schlesselman, that it would be ethical to conduct a trial provided that the patients were well-informed with regard to the risks and alternative therapies.

Question #4 was aimed at determining optimal design features of the types of clinical trials being proposed. However, there was little discussion concerning the specific design of these clinical studies during the proceedings, and it was generally agreed that the specific details of study design be left to the sponsors of these trials. The Committee did, however, recommend that a minimum number of outcome events able to discern a treatment effect be established, and that a multi-center trial, if chosen, adhere to a common protocol so that data from all centers could be considered together. It was also observed that if women at low risk of breast cancer recurrence (i.e. those with minimal disease) were enrolled, the patient size would have to be on the order of 6,000-8,000, whereas if women at high risk (those with advanced disease) were used, a patient size of only 500-600 would be needed to detect a treatment effect. Because many perspective patients would be receiving some type of cancer therapy (e.g. tamoxifen or chemotherapy), it was urged that women be allowed to enroll in the clinical trial irrespective of existing therapeutic management. With respect to establishing significant clinical outcomes in the trials, it was recommended that both breast cancer recurrence and quality of life be primary outcomes for these studies.

When asked (Question #5) whether the contraindication for the use of estrogens and/or progestins in women previously treated for breast cancer be removed from the labeling, the Committee voted 7 to 2 that the labeling should remain unchanged until the results of clinical trials are available.

cc:
Mr. Bathish
Ms. Becker
Dr. Corbin
Dr. Deitch
Dr. Dey
Mr. Essner
Mr. Humphreys
Dr. Klein
Dr. Korba
Ms. Kriegsmann
Dr. Levy
Mr. Marmontello
Dr. Neil
Mr. Pernock
Dr. Pickar
Dr. Pittelli
Dr. Rofsky
Ms. Smith-Cox
Dr. Weber
Mr. Victoria
Regulatory Routing

MJM/lm:066