# EXHIBIT 8

**DECLARATION OF DONALD F. AUSTIN, MD, MPH, RE:**
**EXPOSURE TO E+P AND THE RISK OF *IN SITU* BREAST CANCER**

I have been asked to opine whether women who have been exposed to conjugated equine estrogens plus medroxyprogesterone acetate (CEE+MPA, E+P, PremPro) have an elevated risk of *in situ* breast cancer, specifically ductal carcinoma *in situ* (DCIS). DCIS constitutes the large majority of *in situ* cancers, similar to the situation with invasive breast cancers in which ductal carcinomas form the large majority.

To address this question, I searched the medical literature for studies that analyzed *in situ* breast cancer or DCIS in relation to E+P. Most studies of breast cancer risk and exposure to exogenous postmenopausal hormones did not include *in situ* breast cancers. Some studies did include *in situ* carcinomas but did not differentiate them from invasive cancers in their analysis, though some analyzed invasive cancers and total cancers (invasive + *in situ*) separately and did not present both analyses in their report, but stated there was no difference between them, and presented the combined group with larger numbers. A small number of studies did analyze *in situ* cancers separately. In addition, a few studies analyzed DCIS separately from other *in situ* cancers. These studies provide an important source of information.

The basic requirement for a causal relationship to exist between E+P exposure and subsequent *in situ* breast cancer is that there be a demonstrable association between them.

**Is there an association between E+P exposure and *in situ* breast cancer?**

In 2010, Kerlikowske[1] summarized the epidemiology of DCIS, noting that E+P was significant among other risk factors, as it is for invasive cancers. She pointed out that in addition to sharing risk factors with invasive cancer, DCIS has also been associated with high mammographic breast density, one of the strongest risk factors for invasive breast cancer. She further presents data for DCIS trends in women age 50-69 from the NCI's SEER data (1975-2005), illustrating that the annual incidence rate of DCIS nearly plateaued in 1997-2001, then significantly decreased in 2002 through 2005, paralleling the national decline in invasive breast cancer associated with the fall in E+P use.

In 2010, Marshall et al[2] examined the data from the California Teacher Study and reported that in this cohort in which 565 *in situ* and 2,668 invasive breast cancers were diagnosed, *in situ* breast cancer incidence rates changed as did invasive cancers over three time periods, from 95.2 in 1996-99 to 113.7 in 2000-02, and back down to 98.2 in 2003-05. The decrease in all women was not statistically significant, as it was for all invasive cancers and for ER+ invasive cancers. Importantly, however, there was a decline in *in situ* cancers (-45.8%, p=.008) among women who were currently using E+P when enrolled and not among women who were never users, past users or users of E only at enrollment.

In 2010, Farhat et al[3] reported on DCIS in their multi-cohort prospective study of women receiving mammograms. They reported "…DCIS showed an increase from 1997 to 2002 (P for trend = .008) in women 50-69 years. However, after 2002, the incidence of DCIS followed a similar pattern to that of invasive cancer, exhibiting a significantly decreasing trend from 13 cancers per

10,000 mammograms to nine cancers per 10,000 mammograms in 2005 (P for trend <.001)…" In this cohort, the investigators were able to rule out the effect of mammograms on the rate of breast cancers (invasive or *in situ*) and were able to monitor the use of E+P among the screenees.

In 2008 Brinton et al[4] reported on the NIH-AARP cohort containing over 125,000 postmenopausal women and over 670,000 person-years of risk. They examined separately *in situ* and invasive cases and found that for *in situ* cancers, women using E+P only had a significantly elevated RR of 1.94 (1.51-2.48) which for current users was 2.04 (1.59-2.65) and which demonstrated an increased risk with increasing duration of exposure: 1.56 (1.13-2.16) for < 5yrs and over 2.0 for 5 and over years.

Kerlikowske et al (2003)[5] reported a comparison of the rate of DCIS among the users of E+P to nonusers in their multicenter mammography cohort. They found a statistically significant incidence rate ratio of 1.41 (1.24-1.60) for DCIS among E+P users for 5 or more years, compared to non-users.

In 2002 Trentham-Deitz et al[6] published their case-control study of 3789 invasive cases, 301 *in situ* cases, and 3999 controls in which they examined risk factors for invasive and *in situ* cases separately. In general, the risk factors were the same for both, and for the use of hormone replacement therapy, both showed statistically significant increased risk from use of postmenopausal hormone therapy. Unfortunately, they did not separately examine current use as opposed to ever use, so all measures of exposure are depressed. They did, however, establish that the risk of both outcomes increased with increasing exposure duration, such that continuous use per year increased the RR of *in situ* cancers by 1.02 (1.00-1.02) and invasive breast cancer by 1.01 (1.00-1.05).

In 2002, Porch et al[7], reported on the Women's Health Study of health professionals, a randomized trial of vitamin E and aspirin, in which exposure to E+P was treated as an observational variable for a cohort study of breast cancer among 17,835 women. After adjusting for some 18 variables in a multivariate risk model, and using "ever use" as the measure of exposure, they found a significant relative risk for all breast cancer (RR = 1.37) with overall exposure, increasing to 1.76 for exposures over five years (p for trend = 0.0004). Exclusion of the 73 cases with breast cancer *in situ*, of whom 51 had never used HRT from the 411 total cases did not alter the associations between E+P and the risk of breast cancer. This is another indirect determination that the risks imparted to all breast cancer apply approximately the same to invasive and *in situ* outcomes.

In 2002, the investigators for the Women's Health Initiative prematurely stopped the clinical trial of E+P use compared to placebo because the harm caused by E+P had reached a predetermined unacceptable threshold.[8] They separately analyzed *in situ* cases and the E+P cohort evidenced a mean hazard ratio for *in situ* cancers of 1.18 (p< .09) for the duration of the project.[9] In their analysis of invasive cancers only and for all cancers combined, there was no difference in the mean hazard ratio, showing that including the *in situ* cancers did not dilute the estimate of the hazard ratio in the total cancers group. This is another suggestion that the hazard ratio for *in situ* cancers was similar to that for invasive cancers. At termination, the cumulative number of *in situ* cases among the E+P cohort was 49% more than in the placebo cohort.

The WHI was a randomized controlled trial. For testing the primary hypothesis and endpoint regarding E+P (e.g., reduction of heart disease risk) it was designed to recruit and follow 22,500 women, ages 50-79, for approximately 9 years, though an extra 5 years of follow-up was planned for the E+P component to obtain adequate sample size for the breast cancer endpoint. For heart disease, with that number of subjects, observed for that length, and with the drop-out rates expected, it was adequately powered to detect the anticipated reduction, provided E+P had that effect. For breast cancer, however, even with 30,000 women followed for 14 years, for the anticipated excess of breast cancer of 15%, the power only reached 59%, though for a 22% excess the power reached a more traditional 83% with only 25,000 subjects.[10]

Unfortunately, a number of problems combined to create a significant problem for arriving at a point estimate for one of the secondary endpoints, excess risk of breast cancer. First, recruitment lagged and instead of 22,500 women randomized into two groups, only slightly over 16,000 were recruited, leaving just over 8000 in each group. Over 80% of those approached declined to participate.[11] Second, the dropout rate was grossly underestimated. Instead of the slightly over 6% dropout rates projected, there was over a 40% drop-out rate by the 5th year in the E+P group. These two problems jointly contributed to a serious lowering of the power for the excess of breast cancer anticipated (4-8 extra cases of breast cancer per 1000 women per 10 yrs).[12]

Third, it was not recognized at the time of the drafting the WHI protocol, that the risk of breast cancer arising from E+P exposure falls with the number of years after menopause. Heart disease is uncommon in women in their 50's, so to obtain appropriate women for testing the primary (cardiac) hypothesis, older women were recruited, resulting in the average subject being about 10 years past menopause. Worse, insofar as accurate risk projections are concerned, the WHI excluded women who would find their menopausal symptoms unacceptable if put on the placebo[12] and it is women with less severe or no menopausal symptoms who are at low risk for breast cancer.[13] While fortunate for those women participating, since the carcinogenic effect of E+P was less for them (both because of their time past menopause and they were heavier than average, and the effect of E+P is less among those with higher body mass index), the study lost its applicability for women in the population who normally start taking E+P at menopause. The result is that the projected risk from E+P exposure is far lower than that experienced by women in the general population because it was conducted in women resistant to the carcinogenic effects of E+P. (This partial protection from the risk of combined estrogen/progestagen exposure was quantified in the Million Women Study.[14] They found that women who waited 5 or more years after menopause to begin combined hormone therapy had only three-fourths of the excess risk of women who began at menopause.)

It is a marvel that with all these situations working against them the investigators were able to demonstrate a causal effect for invasive breast cancer, but they did. These same factors also worked against demonstrating an effect for in situ breast cancer, but since these numbers were much fewer, it failed to reach statistical significance. Even so, the RR is in the same direction as the WHI invasive cancer findings, and the results from observational studies.

The corollary to the findings of the WHI PremPro trial is that one cannot judge the reliability of the results strictly on the basis of the study design. Rather, one must take into consideration how applicable the study procedures and results are to the specific question of interest, a position also

now adopted by most groups developing guidelines and assessing literature for evidence-based recommendations.

At least one cohort large study that examined *in situ* risks separately was the prospective Million Women Study, a large observational study of over a million British women in which hormone exposures were recorded and subsequent breast cancers monitored, including over 1900 *in situ* cancers. In this study, all formulations and routes of administration of postmenopausal hormones commonly used were included in analyses. CEE + MPA was one of those less often used and so was included in a category of other similar formulations, so that this analysis is not purely of CEE + MPA. Among the 142,870 women who used an estrogen and progestagen combination, 48,386 used CEE. Among 56,899 women using a progestagen with an estrogen, MPA was used by 11,280 women, or about a fifth of the women. All three progestagen constituents had similar relative risks for invasive breast cancer from use whether less or greater than 5 yrs.[15] Reeves et al (2006)[16] reported further on the relationship of combined hormone replacement therapy (CHRT) and breast cancer, both invasive and *in situ*. For current use of any HRT (E alone or E+P), they reported a RR of 1.55 (1.40-1.72) for all *in situ* cancers, though the point estimate was much higher for *in situ* lobular cancers (2.82, 2.72-4.63). For DCIS the point estimate was 1.57 (1.38-1.75). These were similar to, but slightly less than RRs for invasive breast cancers. In this study, E+P was not examined by itself, but was included in a pool of other hormone preparations. However, based on the earlier MWS report of MPA, and for CEE, the grouped hormone preparations consisted of individual preparations with very similar RR for breast cancer. The pertinence of this study is that the increased RR for *in situ* cancers (RR = 1.55, 1.40-1.72) mirrored that for invasive cancers, (RR= 1.74, 1.67-1.81). This provides support for the position that the increased RR for CEE+MPA combination was adequately represented with respect to RR, when measured with other similar preparations.

Population Studies

In addition to studies of individual patients and their exposures, ecologic studies on the general topic of hormone therapy and breast cancer incidence have been published. In addition, national and regional rate trends of invasive and of *in situ* breast cancer have been published.

Ecologic studies are quite important in determining whether the findings from epidemiologic studies of individuals can also be detected in population studies. If an association found in studies of individuals is replicated in population studies, this provides a confirmation of the individual study findings, as well as providing an assessment of the public health importance of the findings. On the other hand, when the findings in individual studies are not found in studies of populations, then the possibility is raised that the individual level studies may be subject to some unrecognized source of bias, or other cause for an observed but noncausal association. When the evidence from an ecologic study is considered only by itself it is best used as hypothesis-generating or for estimating effect sizes for power calculations in studies of individuals.

The following relevant ecologic studies apply to the association found in individual level studies between E+P and *in situ* breast cancer.

In 2005, Li et al[17] reported on the trends of DCIS incidence from SEER data for the period 1980 to 2001. They determined that although the rates of DCIS increased steadily over that time, the increase for these lesions in women ages 50 and over were substantially more than those among

women 30-49 years. For example, the increase for women 30-39 was 3.7-fold, while for women 50-59 the increase was 9.2-fold. No information on HRT usage was analyzed in conjunction with this trend analysis, but it is noted that this period of increase ended with the peak of HRT use in the U.S. and the peak of invasive breast cancer incidence before the abrupt decline in 2002-03.

In 2007, Li and Daling[18] published an analysis of SEER data that addressed the hypothesis that the drop in incidence of both invasive and *in situ* breast cancer between 1999 and 2004 was related to HRT use and its decline. Li and Daling's paper argued that the decline in breast cancer incidence rates, most marked after 2001, actually began prior to that date and therefore could not be entirely due to women stopping the use of E+P following the publication of the WHI findings in 2002. This, however, was premised on their understanding that use of postmenopausal hormones did not decline until after July 2002. That belief is incorrect, however, since several studies demonstrate that the use of postmenopausal hormones either stopped it steady rise, or even fell several years earlier, following the publication of the negative results of the HERS randomized clinical trial in late 1998.[19],[20] Even so, their analysis of SEER incidence rates for invasive and *in situ* breast cancer is useful for assessing population trends.

Li and Daling reported that whereas all invasive breast cancer age-adjusted rates peaked in incidence in 1999 and experienced a drop of 2.82% annually between 1999 and 2004, the incidence rates of all *in situ* cases which also peaked in 1999 decreased only .94% annually between 1999 and 2004. Similarly, for age-adjusted invasive ductal cancer rates vs. DCIS rates, the annual declines from the peaks in 1999 averaged 3.07% and 0.38% respectively. Likewise, the declines in invasive ductal carcinomas in the 50-79 age group from 1999-2004 was 4.17% annually while for DCIS it was 1.34% annually. When the comparison of rate changes between invasive ductal and DCIS were compared by age group, all but the age group 80+ years had annual average changes in the same direction (see table). Because they used the SEER JoinPoint program to determine changes in trends, not all the trend changes occurred in the same year, but the overall consistency is apparent, i.e., the changes in the incidence of invasive and *in situ* diagnoses were in the same direction at the same time, although the changes for *in situ* diagnoses were smaller.

**Comparison of invasive ductal and ductal *in situ* carcinoma trends (Ref 18)**

| | | **Average Annual Change** | | |
|---|---|---|---|---|
| **Age Group** | **Trend Years** | **Invasive Ductal Ca** | **Ductal *In Situ* Ca** | **DCIS Years** |
| 30-39 | 1995-2004 | 0.65% | 0.76% | Same |
| 40-49 | 1998-2004 | -1.81% | -1.13% | 1998-2002 |
| 50-59 | 1999-2004 | -4.48% | -1.65% | Same |
| 60-69 | 2000-2004 | -4.62% | -1.38% | Same |
| 70-79 | 1998-2004 | -3.98% | -1.15% | 1999-2004 |
| 80+ | 1998-2004 | -4.15% | 4.79% | 1995-2004 |

Also in 2007, the CDC's weekly MMWR[21] devoted its content to the decline in breast cancer incidence in the U.S. between 1999 and 2003. This analysis used data from the CDC's National Program of Cancer Registries (NPCR) combined with the NCI SEER program, resulting in about 86% of the U.S. population being included. They noted that the "..rates of *in situ* (i.e., noninvasive) breast cancer increased each year during 1999--2002 and then decreased from 2002 to 2003; women aged 50--79 years experienced a significant decrease during this period)." They commented: "For *in situ* cancers, rates increased each year from 1999 to 2002 and then decreased from 2002 to 2003, although the percentage decrease (2.7%) was smaller than that for invasive

cancers (6.1%). Women aged 50--79 years experienced a significant decrease in incidence rates of *in situ* breast cancer from 2002 to 2003." Thus, within the surveillance system representing 86% of the US population, *in situ* breast cancers in the postmenopausal age groups were also seen to increase with the invasive cancers, and decrease in synchrony with invasive cancers, albeit at a smaller percent change.

The following graph from the National Cancer Institute's most recent Cancer Statistics Review[22] shows the trend of *in situ* and invasive cancers of the breast. The cessation of the long increase in the rate of invasive cancer followed by the marked decline in 2002-20003 has been related to the increased in sales from 1975 to 1999, then slowing of sales, then the rapid decline in sales of E+P nationally in that period. One can see that the invasive and *in situ* breast cancers follow similar patterns, even though the *in situ* decline is substantially less.

**Figure 1. Cancer of Female Breast Incidence Rates, 1975-2007,**
***In situ*** **vs Malignant, by Age, All Races, Females**




From: SEER Cancer Statistics Review, 1975-2007, National Cancer Institute. Bethesda, Md. http://seer.cancer.gov/csr/1975_2007/

Data Source:
SEER 9 areas. Rates are per 100,000 and age-adjusted to the 2000 US Std Population (19 age groups - Census P25-1103).

**Conclusion**: There is a body of evidence that leaves no doubt that a repeatable association exists between E+P and *in situ* breast cancer. The association is apparent in both individual level and population level studies and is smaller than the association between E+P and invasive cancer.

It is useful to assess whether this observed association could be the result of chance, reverse causation, bias or confounding.

<u>Chance</u>

In the Kerlikowske, Marshall and Farhat studies of individuals, the association of *in situ* carcinoma with E+P exposure reached statistical significance, two of which were specifically regarding DCIS. In the remaining studies of individuals, though the measures were less specific, they were similar in effect. In the population studies (US population, several SEER population analyses, a multi-state cohort of mammogram patients, and a cohort of California Teachers) the evidence was uniform in that the *in situ* cancer incidence roughly paralleled the invasive cancer and declined

when the E+P use decline cause the invasive cancer decline. It is beyond plausibility for all these to be the result of chance, and I exclude chance as a possible explanation.

<u>Reverse causation</u>
For reverse causation to explain the association, in the studies of individuals the excess risk of *in situ* cancer associated with E+P, the existence of the *in situ* carcinoma would need to be responsible for the individual to become exposed to E+P. However, this is impossible for two reasons: 1) the exposure occurred first, and 2) the individual did not know of the *in situ* diagnosis until it was diagnosed. Likewise for the population studies, it is implausible for the decline in breast cancers (*in situ* and invasive) to have caused the decline in E+P exposure. Therefore I exclude reverse causation as a possible explanation

<u>Bias</u>
Bias is a concern for observational studies of individuals, but less so for randomized clinical trials. Recognizing that the same association was noted in a case-control study, several cohort studies and the WHI clinical trial, it is implausible for an error to be responsible for the observed association in all those studies. If one posits that the association in the case-control study is due to a selection bias, this would not explain the cohort or clinical trial findings. If one posits that the association in the cohort studies is due to a bias in assessing the exposure, one then must explain why, when exposure status is established prior to the outcome (and therefore is equivalent to the assessment in noncases and invasive cases), such a bias could occur. If one posits that the association in the cohort studies is due to a bias in assessing the outcome, one must explain why, in the face of high quality verification of outcome status, there would be a bias overstating *in situ* case status only in the instance of a person who is exposed, when the assessment is made without knowledge of the status of exposure. Further, these sources of bias are not plausible in the two clinical trials. The explanation that bias is the explanation for the observed association seen in different types of studies is not plausible and I exclude it as a possibility.

<u>Confounding</u>
Confounding is the situation where another causal agent is responsible for the observed association because it is also associated with the exposure of interest (e.g., E+P). For the observed association to be explained by a confounder, the confounder must have the following characteristics. It must be associated with E+P in all types of studies, including randomized clinical trials and cohort studies. It must be more strongly associated with the outcome with increased duration of E+P use (>5 yrs). These requirements could possibly be met if the E+P were delivered in a vehicle that was itself a causal agent for *in situ* cancer. However, the inactive ingredients of most of the formulations of E+P are likely used in the placebo in the WHI and if that were the causal agent, one would not expect differential risks according to treatment arm. It is not tenable to explain the observed association by confounding.

**Summary of possible alternative causes of the observed association**
It is not difficult to exclude alternative explanations for the observed association as being implausible. This leaves as the sole remaining explanation for the association, causality. However, it is imprudent to conclude causation for an association merely on the basis of the exclusion of other alternatives. Therefore, the positive criteria for causality as suggested by Sir Austin Bradford Hill will be used to assess whether there exists any positive evidence for causation.

Strength

The strength of an association is primarily judged by the effect size (e.g., the size of the relative risk measure) but the statistical significance also contributes. In this case, relative risk estimates are approximately 1.5 (but ranging from about 1.2 to 2.2), which are not large, though the significance of many of the point estimates, or for the trend, range from <0.01 to 0.0004. Thus the available evidence is supportive of causality, though modestly so.

Specificity

The specificity of the outcome ranges from quite specific (DCIS) to moderately specific (*in situ* carcinoma, while the specificity of the exposure is quite specific in some of the studies of individuals and not very specific in the case of the Million Women Study. Taken together, the evidence is again supportive of causality, though modestly so.

Consistency, external and internal

There is a remarkable external consistency in the findings from case-control, cohort and clinical trial results. Even the WHI which reported an elevated but nonsignificant RR for *in situ* cancers is consistent in direction and magnitude with the other individual level studies. The range of RR estimates for the Porch, Farhat, Reeves and Kerlikowske was from 1.41 to 1.76. For the WHI, the nonsignificant hazard ratio for *in situ* cancers was 1.18, also close to the significant WHI mean hazard ratio for invasive cancers (1.24). There were no internally inconsistent results obvious in the studies of individuals. There is external consistency from the ecologic studies and though not all of the age groups showed exactly the same trends in the Li and Daling results, they were not inconsistent. Taken together, this criterion contributes definite and moderately strong support for a causal interpretation.

Biologic plausibility

The question above is posed in light of the basic biologic understanding that *in situ* carcinoma of the breast is a precursor to invasive breast cancer, and while it is accepted that not all *in situ* breast cancers become invasive cancers within the lifetime of the host, it is also accepted that it is an obligatory intermediary step. In other words, all invasive breast cancers are believed to arise from *in situ* lesions and must pass through this stage, however brief, before becoming an invasive cancer. Other biologic knowledge that colors this opinion is that E+P is an accepted cause of invasive breast cancer of most types, including ductal carcinoma. In the categorization of types of causal relationships (necessary and sufficient, necessary but not sufficient, not necessary but sufficient, not necessary and not sufficient) the E+P and invasive breast cancer causal association is of the latter category. In other words, not all breast cancers stem from this cause, and not all users of E+P inevitably develop breast cancer within the lifetime of the user, but E+P is one of the stronger causal factors for invasive breast cancer.

There is also considerable epidemiologic and biologic evidence that atypical hyperplasia is a precursor to both *in situ* and invasive breast cancer.[23],[24],[25],[26],[27] Importantly, in the WHI, which confirmed the causal nature of E+P for invasive cancer, that exposure was found to increase "benign proliferative epithelial disorders" including both typical and atypical hyperplasia, the latter which is an accepted precursor to *in situ* and invasive breast cancer.[28] In addition to the

epidemiologic evidence of an association between E+P exposure and *in situ* breast cancer, there is evidence that E+P exposure is related to atypical hyperplasia.[29],[30],[31] Thus, it is biologically plausible that E+P increases the risk of an entire spectrum of histologic abnormalities ranging from the precursor for *in situ* carcinoma, through *in situ* carcinoma, to invasive cancer itself. There is evidence that E+P contributes to the risk of each of these conditions constituting the histologic stepwise progression from a benign cell abnormality to frank invasive malignancy.

Additional biological evidence comes from studies of proliferation in human breast tissue. Hofseth et al[32] conducted in humans in which breast biopsies that turned out to be benign were examined microscopically and with antigenic markers of cell proliferation to compare the degree of proliferation, and the histologic location of such, with the hormone therapy (none, estrogen alone, or E+P) they were receiving. They found that compared to those women receiving no hormones, the ductal epithelium of women receiving estrogen or E+P had significantly higher proliferation indices, but of the three indices determined, indices of women receiving E+P were higher for two of them. Further, with E+P, the proliferation was localized to the epithelial cells of the duct-lobular unit, the site of development of most breast cancers. These studies were followed by similar studies of women with diagnosed invasive breast cancer or DCIS. Prasad et al[33] examined the effect of stopping hormone therapy (E+P was used in 46 of the 140 hormone users) between the time of needle biopsy of invasive cancer and the time of surgery for the cancer, an average of 17 days later. They found that for ER+ cancers, those women who stopped hormone therapy had a marked reduction in the proliferation within the epithelial cells, while for those women who continued, or who never used HRT, there was no such reduction. Similarly, Boland et al[34] examined the effect of stopping hormone therapy (59% of which was combined estrogen and progesterone) in ER+ DCIS and found an identical response. Neither Prasad nor Boland analyzed PremPro separately from other combined preparations, but in both cases the PremPro formulation constituted a large fraction of the hormone therapy studied for proliferation effects. Thus, it is established that E+P increases proliferation of those cells from which most breast cancers arise, and both invasive ER+ cancers and ER+ DCIS have a reduction in cell proliferation when combined hormone therapy is withdrawn.

The weight of the evidence from biologic plausibility therefore constitutes a logical progression based on our current biologic knowledge. Even though an epidemiologic opinion should be based on epidemiologic evidence rather than a biologically plausible inference, this inference is bolstered by epidemiologic evidence in humans.

The criterion of biologic plausibility provides moderately strong support for a causal conclusion.

Dose-response

There are several ways to consider dose response, including daily dose and duration of exposure. It is clear from the several studies that did examine exposure, that exposure greater than 5 years conferred a higher relative risk than exposure of shorter periods. This provides moderately strong support for a causal interpretation.

Intervention effect

There were no studies of individuals found reporting the results of E+P cessation on the risk of *in situ* cancers. That lack of evidence does not detract from or contribute to a causal conclusion. The evidence of incidence trends from the US population, several studies of the SEER population, and

the California Teachers Study cohort all strongly suggest a cessation effect similar to but weaker than the decline in invasive breast cancer following the fall in E+P use. This contributes modest support for a causal conclusion.

**Summary**

Through this review and analysis I conclude that there is a demonstrable and repeatable association between E+P exposure and elevated risk of *in situ* cancer and that there is no viable mechanism to explain the observed association by noncausal mechanisms. The positive criteria for a causal association all provide evidence in support of causation, ranging from modest support, to moderately strong support, with no criterion casting doubt on a causal mechanism. Therefore, in my opinion, sufficient support for causality exists to conclude that E+P is a cause of *in situ* breast cancer. I hold this opinion to a reasonable degree of scientific certainty.

Donald F. Austin, MD, MPH
February 8, 2011

---

[1] Kerlikowske K. Epidemiology of ductal carcinoma in situ. J Natl Cancer lnst Monogr 2010;41:139 -141

[2] Marshall SF, Clarke CA, Deapen D, et al. Recent breast cancer incidence trends according to hormone therapy use: the California Teachers Study cohort. Breast Cancer Research 2010, 12:R4 doi:10.1186/bcr2467

[3] Farhat GN, Walker R, Buist DSM, et al. Changes in invasive breast cancer and ductal carcinoma in situ rates in relation to the decline in hormone therapy use. 2010 J Clin Oncol 28:5140-5146

[4] Brinton LA, Richesson D, Leitzmann MF, et al, Menopausal hormone therapy and breast cancer risk in the NIH-AARP Diet and Health Study cohort. Cancer Epidemiol B iomarkers Prev 2008 Nov; 17(11):3150-60 doi:10.1158/1055-9965.EPI-08-0435.

[5] Kerlikowske K, Miglioretti DL, Ballard-Barbash R, et al. Prognostic characteristics of breast cancer among postmenopausal hormone users in a screened population. J Clin Oncol 2003, 21:4314-21

[6] Trentham-Deitz A, Newcomb PA, Storer BE, Remington PL. Risk factors for carcinoma *in situ* of the breast. Cancer Epidemiol Biomarkers Prev 2000 9:697-703

[7] Porch JV, Lee IM, Cook NR, Rexrode KM, Burin JE. Estrogen-progestin replacement therapy and breast cancer risk: the Women's Health Study (United States). Cancer Causes Control. 2002 Nov;13(9):847-54.

[8] Writing Group WHI, Writing Groups for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002 Jul 17 288(3):321-33.

[9] Chlebowski Rt, Hendrix SL, Langer RD, et al. Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. JAMA 289:3243-2353

[10] Writing group for the WHI. Design of the Women's Health Initiative Clinical Trial and Observational Study. Controlled Clinical Trials 19:61–109 (1998)

[11] Hays J, Hunt JR, Hubble FA, et al. The Women's Health Initiative Recruitment Methods and Results. *Ann Epidemiol* 2003;13:S18–S77.

[12] Initial consent to take part in the Women's Health Initiative (WHI), WHI Manuals: Vol 1, Study Protocol and Policies, Section 2, I:\MOP\VOL1|INITIAL.DOC WHI Coordinating Center, Fred Hutchinson Cancer Research Center, Seattle, Washington

[13] Huang Y, Malone KE, Cushing-Haugen KL, et al. Relationship between menopausal symptoms and risk of postmenopausal breast cancer *Cancer Epidemiol Biomarkers Prev* Published OnlineFirst January 6, 2011.

[14] Beral V, Reeves G, Bull D, et al. Breast cancer risk in relation to the interval between menopause and starting hormone therapy. J Natl Cancer Inst 2011;103:1–10

[15] MWS Collaborators. Breast cancer and hormone-replacement therapy in the Million Women Study. The Lancet 2003: 362:419-27

[16] Reeves GK, Beral V, Green J, Gathani T, Bull D; for the Million Women Study Collaborators. Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and metaanalysis. Lancet Oncol. 2006 Nov;7(11):910-8.

[17] Li CI, Daling JR, Malone KE. Age-specific incidence rates of in situ breast carcinomas by histologic type, 1980 to 2001. Cancer Epidemiol Biomarkers Prev 2005;14(4):1008-11

[18] Li CI, Daling JR. Changes in breast cancer incidence rates in the United States by histologic subtype and race/ethnicity, 1995 to 2004. Cancer Epidemiol Biomarkers Prev 2007:16(12)2773-80

[19] Hass JS, Kaplan CP, Gerstenberger EP, & Kerlikowske K.b Changes in the use of postmenopausal hormone therapy after the publication of clinical trial results. Ann Intern Med 2004;140:184-88

[20] Hersh AL, Stefanick ML, & Stafford RS. National use of postmenopausal hormone therapy: Annual trends and response to recent evidence JAMA 2004, 291:47-53

[21] MMWR *Weekly* June 8, 2007 / 56(22);549-553

[22] Altekruse SF, Kosary CL, Krapcho M, Neyman N, Aminou R, Waldron W, Ruhl J, Howlader N, Tatalovich Z, Cho H, Mariotto A, Eisner MP, Lewis DR, Cronin K, Chen HS, Feuer EJ, Stinchcomb DG, Edwards BK (eds). SEER Cancer Statistics Review, 1975-2007, National Cancer Institute. Bethesda, MD,

[23] Dupont WD, Page DL. Risk factors for breast cancer in women with proliferative breast disease. N ENgl J Med 1985: 312:146-51

[24] Dupont WD, Parl FF, Hartmann WH, et al. Breast cancer risk associated with proliferative breast disease and atypical hyperplasia. Cancer 1993; 71:1258-85

[25] Allred DC, Mohsin SK, Fuqua SAW. Histological and biological evolution of human premalignant breast disease. Endocrine-related Cancer. 2001 8 47-61

---

[26] Hartmann LC, Sellers TA, Frost MH, et al. Benign breast disease and the risk of breast cancer. N Engl J Med 2005: 353:229-37

[27] Abdel-Fatah TMA, Powe DG, Hodi Z, et al. High frequency of coexistence of columnar cell lesions, lobular neoplasia, and low grade ductal carcinoma in situ with invasive tubular and invasive lobular carcinoma. Am J Surg Pathol 2007;31:417-426

[28] Cui Y, Page DL, Lane DS, Rohan TE. Menstrual and reproductive history, postmenopausal hormone use. And risk of benign proliferative epithelial disorders of the breast: a cohort study. Breast Cancer Res Treat (2009) 114:113–120

[29] Gayet A, Esteve J, Seradour B, et al. Does hormone replacement therapy increase the frequency of breast atypical hyperplasia in postmenopausal women? Results from the Bouches du Rhone district screening campaign. European Journal of Cancer 39 (2003 ) 1738-1745

[30] Rohan TE, Negassa A, Chlebowski RT, et al. Estrogen plus progestin and risk of benign proliferative breast disease. Cancer Epidemiol Biomarkers Prev 2008: 17(9)234-43

[31] Menes TS, Kerlikowske K, Jaffer S, et al. Rates of Atypical Ductal Hyperplasia Have Declined with Less use of Postmenopausal Hormone Treatment: Findings from the Breast Cancer Surveillance Consortium. Cancer Epidemiol Biomarkers Prev 2009;18(71):2822-8

[32] Hofseth LJ, Raafat AM, Osuch JR, Pathak DR, Slomski CA, Haslam SZ. (1999) Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J Clin Endocrinol Metab 84: 4559–4565

[33] Prasad R, Boland GP, Cramer A, et al. Short-term biologic response to withdrawal of hormone replacement therapy in patients with invasive breast carcinoma. Cancer 2003;98:2539-46

[34] Boland GP, Mckeown A, Chan KC et al. Biological response to hormonal manipulation in oestrogen receptor positive ductal carcinoma in situ of the breast. British Journal of Cancer (2003) 89, 277 – 283