# EXHIBIT 9

THE JOURNAL OF CLINICAL ENDOCRINOLOGY & METABOLISM
JULY 2010 • VOLUME 95 • SUPPLEMENT 1 • NUMBER 07

# Postmenopausal Hormone Therapy

## An Endocrine Society Scientific Statement

Richard J. Santen, D. Craig Allred, Stacy P. Ardoin, David F. Archer, Norman Boyd, Glenn D. Braunstein, Henry G. Burger, Graham A. Colditz, Susan R. Davis, Marco Gambacciani, Barbara A. Gower, Victor W. Henderson, Wael N. Jarjour, Richard H. Karas, Michael Kleerekoper, Roger A. Lobo, JoAnn E. Manson, Jo Marsden, Kathryn A. Martin, Lisa Martin, JoAnn V. Pinkerton, David R. Rubinow, Helena Teede, Diane M. Thiboutot, and Wulf H. Utian

THE ENDOCRINE SOCIETY®

# Guide to Use of Scientific Statement

This Statement is designed as a comprehensive, rigorously documented, objective, scientific analysis of existing data evaluating the benefits and risks of hormone therapy for menopausal women. Individual readers may choose to delve into this document to a greater or lesser degree. The bullet points below provide guidance into the various layers of depth of each component of the Statement, the rationale for reading specific sections, and the location in the document of each section.

- **Executive summary:** describes the background and most important conclusions, ranked according to level of evidence and listed as benefits and risks. Pages S1–S5
- **Conclusions and grading of evidence:** provides a topic oriented, comprehensive listing of conclusions and grading of evidence, which follows the order of presentation in the text. Readers interested in a particular topic can find all of the conclusions regarding that topic in this section. Table 14 defines the grading categories and their definitions. Readers interested in a particular topic can find all of the conclusions regarding that topic in this section. Pages S46–S51
- **Text of the Scientific Statement:** discusses each topic in depth, citing existing evidence from a variety of sources and providing a comprehensive listing of references. Pages S7–S44
- **Future Directions:** points out key areas that require new studies or additional action in the future. Pages S44–S46
- **Tables:** provide highly detailed data in areas which are particularly controversial, important or require specific comparison among studies. Data presented here allow experts in the field to draw conclusions based from a detailed examination of published data. Pages S10, S14, S18–S20, S22–S28, S38, S39, S42, S44

# Executive Summary: Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement

Richard J. Santen, D. Craig Allred, Stacy P. Ardoin, David F. Archer, Norman Boyd, Glenn D. Braunstein, Henry G. Burger, Graham A. Colditz, Susan R. Davis, Marco Gambacciani, Barbara A. Gower, Victor W. Henderson, Wael N. Jarjour, Richard H. Karas, Michael Kleerekoper, Roger A. Lobo, JoAnn E. Manson, Jo Marsden, Kathryn A. Martin, Lisa Martin, JoAnn V. Pinkerton, David R. Rubinow, Helena Teede, Diane M. Thiboutot, and Wulf H. Utian

Division of Endocrinology and Metabolism (R.J.S.), Department of Obstetrics and Gynecology (J.V.P.), University of Virginia, Charlottesville, Virginia 22908; Tufts University School of Medicine (R.H.K.), Molecular Cardiology Research Institute, Tufts Medical Center, Boston, Massachusetts 02111; Jean Hailes Research Centre (H.T.), School of Public Health, Melbourne, Australia 3168; Prince Henry's Institute of Medical Research (H.G.B.), Monash Medical Centre, Melbourne, Australia 3168; Department of Medicine/Women's Health Program (S.R.D.), Monash University, Melbourne, Australia 3181; Departments of Health Research and Policy (Epidemiology) and of Neurology and Neurological Sciences (V.W.H.), Stanford University, Stanford, California 94305; Departments of Pathology and Immunology (D.C.A.) and Surgery (G.A.C.), Washington University School of Medicine, St. Louis, Missouri 63110; Department of Nutrition Sciences (B.A.G.), University of Alabama at Birmingham, Birmingham, Alabama 35294; St. Joseph Hospital (M.K.), Internal Medicine, Reichert Health Center, Ypsilanti, Michigan 48197; Division of Immunology and Rheumatology, Ohio State University School of Medicine (W.N.J., S.P.A.), Columbus, Ohio 43219; University of Pisa (M.G.), Department of Obstetrics and Gynecology, Pisa I-56100, Italy; University of Toronto (N.B., L.M.), Department of Nutritional Sciences, Department of Medicine, Toronto, Ontario, Canada M5G 2C1; Cedars-Sinai Medical Center (G.D.B.), Department of Medicine, Los Angeles, California 90048; Columbia University Medical Center (R.A.L.), Department of Obstetrics and Gynecology, New York, New York 10037; Eastern Virginia Medical School (D.F.A.), Clinical Research Center, Norfolk, Virginia 23507; North American Menopause Society (W.H.U.), Mayfield Heights, Ohio 44124; Massachusetts General Hospital (K.A.M.), UptoDate, Waltham, Massachusetts 02453; University of North Carolina at Chapel Hill (D.R.R.), Chapel Hill, North Carolina 27516; Section of Dermatology (D.M.T.), Hershey Medical Center, Pennsylvania State University School of Medicine, Hershey, Pennsylvania 17033; King's Breast Care (J.M.), King's College Hospital, London SE5 9RS, United Kingdom; and Harvard Medical School (J.E.M.), Brigham and Women's Hospital, Boston, Massachusetts 02215

A sound understanding of the actual benefits and risks of menopausal hormone therapy (MHT) requires interpretation of a complex body of existing data. The Endocrine Society commissioned a Scientific Statement designed to provide a comprehensive, objective evaluation of all available information and to judge the level of evidence with a validated method, the GRADE system. Because women might be expected to take MHT for approximately 5 yr, calculations framed that time period. Data were uniformly expressed as the number of women benefitted or harmed by MHT in excess of the expected number of women not using MHT. The precise term for this statistical measure is excess (or attributable) benefit and risk.

The Women's Health Initiative (WHI) Study provided a major source of data for this analysis. During the 1990s, MHT was being used increasingly to reduce heart disease risks, in addition to treating menopausal symptoms. This was based on evidence from large observational studies

ISSN Print 0021-972X ISSN Online 1945-7197
Printed in U.S.A.
Copyright © 2010 by The Endocrine Society
doi: 10.1210/jc.2009-2509 Received November 24, 2009. Accepted April 21, 2010.

that MHT provided cardioprotection. It was not clear whether MHT increased breast cancer risk. The WHI study was undertaken to determine, under the conditions of a randomized controlled trial, whether MHT truly protected against heart disease and whether or not it increased breast cancer risk. Funded by the National Institutes of Health in the United States, two large, randomized, placebo-controlled trials were undertaken: one trial of estrogen alone compared with placebo, and the second trial of estrogen plus a progestogen vs. placebo. The first results were published in 2002. This study exerted a large impact on decision-making by women and their health care providers and led to a marked reduction in MHT usage. Subsequent to its publication, controversy arose with respect to WHI's applicability to women just entering menopause. The average age of participants was 63, and only 3.5% of the women were 50–54 yr old, the age when women usually make a decision regarding initiation of MHT. In addition, the WHI did not address the major indication for MHT use, relief of symptoms. After publication of the WHI findings, a number of studies have examined the effects of MHT in 50- to 55-yr-old women more likely to consider starting MHT. This Scientific Statement was designed to integrate information from the WHI and subsequent studies in order to draw conclusions from the available data.

Conclusions are divided into those most likely to remain unchanged over time (level of evidence A), those likely to remain unchanged but with a lesser level of certainty (level of evidence B), and those that are tentative (levels of evidence C and D). Major conclusions are listed according to these categories, with benefits presented before risks.

## Conclusions with Level of Evidence A

### *Hot flashes*

- "Standard-dose" estrogen with or without a progestogen markedly lowers the frequency and severity of hot flashes, and lower doses of estrogen are also effective in many women.
- Tibolone (a hormonal alternative widely available worldwide but not in the United States) alleviates postmenopausal vasomotor symptoms.

### *Urogenital system*

- Very low doses of vaginal estradiol relieve symptoms and normalize vaginal atrophy.
- Estrogen used vaginally or systemically reduces the symptoms of overactive bladder.
- Vaginal estrogen reduces the incidence of recurrent urinary tract infections.
- Tibolone improves urogenital atrophy.

### *Bone*

- Estrogen with or without a progestogen prevents early postmenopausal bone loss and augments bone mass in late postmenopause as effectively as the bisphosphonates.
- Estrogen alone and estrogen plus a progestogen prevent hip and vertebral fractures.
- Tibolone significantly reduces vertebral and nonvertebral fractures in osteoporotic women over the age of 60 yr.
- Raloxifene, a selective estrogen receptor modulator, improves bone mineral density and reduces vertebral but not hip fractures.

### *Colon cancer*

- MHT with estrogen plus a progestogen decreases colon cancer risk.

### *Breast*

- Raloxifene decreases breast cancer risk.
- Estrogen and estrogen plus a progestogen increase mammographic density.
- Tibolone increases risk of breast cancer recurrence.

### *Sexual function*

- Physiological amounts of transdermal testosterone increase the number of self-reported, sexually satisfying events per month as well as desire, arousal, responsiveness, and orgasm.
- DHEA does not significantly improve sexual function.

### *Venothrombotic episodes*

- MHT increases the risk of venothrombotic episodes approximately 2-fold and is multiplicative with baseline risk factors including age, higher body mass index, thrombophilias, surgery, and immobilization.
- Raloxifene increases the incidence of venothrombotic episodes.

### *Stroke*

- Tibolone increases risk of stroke in older but not in younger women.
- No increase in stroke occurs with raloxifene.
- Hormone use does not reduce stroke incidence in older women with preexisting vascular disease.

### *Endometrium*

- Estrogen alone without a progestogen causes an increase in endometrial cancer.
- Continuous estrogen plus a progestogen does not cause endometrial cancer.

- Tibolone does not induce endometrial hyperplasia or carcinoma.

### Gallbladder

- Estrogen alone and estrogen plus a progestogen increase the risk of gallbladder disease.

### Cognition

- MHT initiated after age 60 yr does not improve memory.

## Selected Conclusions with Level of Evidence B

### Metabolism

- Use of estrogen alone and estrogen plus a progestogen in the WHI was associated with a decrease in the risk for type 2 diabetes.
- Initiation of MHT is associated with lesser accumulation of weight, fat mass, and/or centrally located fat mass.

### Joints

- Estrogen exerts a protective effect on osteoarthritis.
- Estrogen alone reduces total arthroplasty rate.
- Addition of a progestogen to estrogen appears to counteract the beneficial effects of estrogen on arthroplasty rate.

### Quality of life

- MHT produces an improvement in health-related quality of life through decreased symptoms, sleep enhancement, and, possibly, mood enhancement.

### Sexual function

- Tibolone improves sexual well-being in postmenopausal women presenting with low libido, with greater improvements in desire, arousal, satisfaction, and receptiveness than seen with transdermal estrogen-progestogen therapy.

### Endometrium

- Sequential estrogen plus a progestogen reduces the risk of endometrial carcinoma compared to estrogen but not as effectively as continuous estrogen plus a progestogen.
- Vaginal estrogen in doses of 7.5 to 25 μg twice weekly does not stimulate the endometrium.
- Raloxifene reduces the incidence of endometrial carcinoma.

### Premature menopause

- Women with bilateral oophorectomy prior to age 45 are at increased risk of negative effects on the cardiovascular system, bone, cognition, mood, and sexuality.

### Overall mortality

- MHT was associated with a 40% reduction in mortality in women in trials in which participants had a mean age below 60 yr or were within 10 yr of menopause onset.

### Coronary heart disease (CHD)

- Basic science, animal models, and observational studies support the hypothesis that MHT may prevent atherosclerosis and reduce CHD events.
- Subgroup analyses suggest that the lack of benefit or increase in CHD risk observed in the overall analysis of the WHI resulted from harmful effects of MHT in older women starting therapy many years after onset of menopause.
- Tibolone does not increase the risk of CHD events.

### Breast

- Use of estrogen alone for less than 5 yr may reduce the risk of breast cancer in patients starting therapy many years after the onset of menopause.
- Tibolone reduces the risk of developing breast cancer.
- Estrogens increase the risk of breast cancer after more than 5 yr of use, particularly in recently menopausal women.
- Combined estrogen and progestogen therapy increases the risk of invasive breast cancer, which may occur within 3 to 5 yr of initiation and rises progressively beyond that time.
- For the subgroup of first-time hormone users of estrogen plus a progestogen, the overall WHI data indicate no increased risk after 5.2 yr, particularly in those starting MHT several years after the onset of menopause.
- The risk of breast cancer in association with estrogens alone and estrogens plus a progestogen returns to approximately that of nonusers within 3–5 yr of cessation.
- Data suggest a rapid decline in incidence of estrogen receptor-positive breast cancer, which was temporally associated with a decline in use of MHT after the first reports of the WHI in 2002.
- Autopsy studies indicate that women between ages 50 and 80 yr have a 7% prevalence of undiagnosed breast cancer (6% in situ and 1% invasive).

### Colorectal cancer

- Tibolone is associated with a reduction of colon cancer.

- Colorectal cancers diagnosed in women receiving estrogen plus a progestogen in the WHI tended to exhibit a higher percentage of local and metastatic spread.

### *Mood changes and cognition*

- Estrogen therapy initiated at the time of surgical menopause benefits verbal memory over the short term.
- After menopause, MHT probably has no important effect on midlife cognitive function.
- MHT initiated after about age 65 yr increases risk of dementia.

### *Stroke*

- Standard-dose oral MHT may increase stroke risk by about one third in generally healthy postmenopausal women.

### *Ovarian cancer*

- Long-term therapy with estrogen alone is associated with a small risk of ovarian cancer.

### *Quality of evidence*

- Evidence from the WHI trial is weighted less than that of a randomized controlled trial according to the GRADE system criteria because of mitigating factors: large dropout rate; lack of adequate representation of applicable group of women (i.e. those initiating therapy at the time of menopause); and modifying influence from prior hormone use. For this reason, many of the conclusions from the WHI are judged as level B evidence.

## Selected Conclusions with Level of Evidence C

### *Gallbladder*

- Observational studies report lower risks of gallbladder disease with transdermal and low-dose oral estrogen than with standard oral doses.

### *Venothrombotic episodes*

- Transdermal estrogen does not increase venothrombotic episode risk.

### *Stroke*

- Low-dose estrogen therapy does not increase stroke risk.

### *Breast*

- Linear models suggest a 3% relative increase in breast cancer per year of exposure in thin women and a lesser risk in obese women.
- Emerging data, so far from two independent studies only, report that progesterone (and perhaps dydrogesterone) in combination with estrogen does not increase breast cancer risk if given for 5 yr or less.
- No single estimate of absolute risk can be provided for an individual woman because risk varies with time of initiation relative to final menses, duration of use, and body mass index and, possibly, with type of progestogen and family history of breast cancer.
- Women closer to menopause are emerging as the group at highest risk associated with some forms of MHT.

### *Mood and cognition*

- Beneficial effects of estrogen or estrogen plus a progestogen on mood in postmenopausal women are minimal, and beneficial effects may be more likely in women with concurrent menopausal symptoms.

## Selected Conclusions with Level of Evidence D

### *Breast*

- Calculations from the placebo groups in the WHI study and from autopsy data regarding breast cancer prevalence suggest that only 30% of occult tumors progress to a size allowing clinical diagnosis in 5 to 6 yr.
- The decrease in breast cancer associated with use of estrogen alone in the overall WHI analysis could reflect a proapoptotic effect of estrogen in women starting therapy many years after the onset of menopause.
- The increase in breast cancer from estrogen plus a progestogen in the WHI could occur through an effect on occult undiagnosed breast cancer, rather than by the de novo development of new cancer.
- An effect of progestogens in combination with estrogens to increase the risk of breast cancer could be explained by an effect of estrogen plus a progestogen on existing occult tumor cells to enhance reprogramming into stem cells or to stimulate proliferation.
- Women receiving estrogen plus a progestogen exhibited a nonsignificant trend toward a higher incidence of lung cancer in the WHI, but this effect was limited to women more than 60 yr old.

- Whether standard MHT increases the recurrence risk in breast cancer survivors is unclear.

## Benefits and Risks of MHT in Women Recently Menopausal (*i.e.* ages 50–59 or <10 yr postmenopausal)

Reanalyses of the WHI indicated the important influences of age and time since initiation of MHT on benefits and risks. Because most women start MHT shortly after menopause, available data regarding these women were specifically analyzed. Results are summarized as the excess number of women experiencing benefit or risk per 1000 women using MHT for 5 yr of more. Because no randomized controlled trials were available to determine these estimates, conclusions are tentative.

## Benefits of Estrogen Alone (excess number of women per 1000 per 5 yr of use who experienced event attributable to use of MHT)

| Excess number | |
|---|---|
| 0–1 | None |
| 1.1–5 | Reduction in breast cancer, coronary heart disease |
| 5.1–10 | Reduction in fractures, overall mortality |
| >10 | Reduction in type 2 diabetes |

## Benefits of Estrogen Plus a Progestogen

| Excess number | |
|---|---|
| 0–1 | Reduction in coronary heart disease (subgroup <10 yr postmenopausal), endometrial cancer |
| 1.1–5 | Reduction in fractures, colorectal cancer |
| 5.1–10 | Reduction in overall mortality |
| >10 | Reduction in type 2 diabetes |

## Harm from Standard Oral Estrogen Alone

| Excess number | |
|---|---|
| 0–1 | Increase in colorectal cancer , ovarian cancer |
| 1.1–5 | Increase in venothrombotic episodes, stroke |
| 5.1–10 | None |
| >10 | Increase in cholecystitis |

## Harm from Oral Estrogen Plus a Progestogen

| Excess number | |
|---|---|
| 0–1 | Increase in stroke |
| 1.1–5 | Increase in coronary heart disease (subgroup ages, 50–59 yr) |
| 5.1–10 | Increase in breast cancer, venothrombotic episodes, cholecystitis |
| >10 | None |

## Issues Deemed Critical for the Future

- Disseminate literature to practitioners and postmenopausal women regarding the levels of benefit and risk associated with MHT as prescribed in currently used doses, in women close to menopause, and for periods of less than 3–5 yr.
- Continue research on lowest doses, optimal administration routes, and optimal products.
- Conduct research to identify women who may specifically benefit or be at risk from MHT.
- Develop new approaches to maximize benefit and minimize risk.
- Conduct randomized trials to examine rate of cardiovascular events, stroke, breast cancer, and carbohydrate intolerance as primary endpoints in women starting MHT for the first time between the ages of 50 and 55 yr.

# Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement

**Objective:** Our objective was to provide a scholarly review of the published literature on menopausal hormonal therapy (MHT), make scientifically valid assessments of the available data, and grade the level of evidence available for each clinically important endpoint.

**Participants in Development of Scientific Statement:** The 12-member Scientific Statement Task Force of The Endocrine Society selected the leader of the statement development group (R.J.S.) and suggested experts with expertise in specific areas. In conjunction with the Task Force, lead authors (n = 25) and peer reviewers (n = 14) for each specific topic were selected. All discussions regarding content and grading of evidence occurred via teleconference or electronic and written correspondence. No funding was provided to any expert or peer reviewer, and all participants volunteered their time to prepare this Scientific Statement.

**Evidence:** Each expert conducted extensive literature searches of case control, cohort, and randomized controlled trials as well as meta-analyses, Cochrane reviews, and Position Statements from other professional societies in order to compile and evaluate available evidence. No unpublished data were used to draw conclusions from the evidence.

**Consensus Process:** A consensus was reached after several iterations. Each topic was considered separately, and a consensus was achieved as to content to be included and conclusions reached between the primary author and the peer reviewer specific to that topic. In a separate iteration, the quality of evidence was judged using the GRADE (Grading of Recommendations, Assessment, Development, and Evaluation) system in common use by The Endocrine Society for preparing clinical guidelines. The final iteration involved responses to four levels of additional review: 1) general comments offered by each of the 25 authors; 2) comments of the individual Task Force members; 3) critiques by the reviewers of the Journal of Clinical Endocrinology & Metabolism; and 4) suggestions offered by the Council and members of The Endocrine Society. The lead author compiled each individual topic into a coherent document and finalized the content for the final Statement. The writing process was analogous to preparation of a multiauthored textbook with input from individual authors and the textbook editors.

**Conclusions:** The major conclusions related to the overall benefits and risks of MHT expressed as the number of women per 1000 taking MHT for 5 yr who would experience benefit or harm. Primary areas of benefit included relief of hot flashes and symptoms of urogenital atrophy and prevention of fractures and diabetes. Risks included venothrombotic episodes, stroke, and cholecystitis. In the subgroup of women starting MHT between ages 50 and 59 or less than 10 yr after onset of menopause, congruent trends suggested additional benefit including reduction of overall mortality and coronary artery disease. In this subgroup, estrogen plus some progestogens increased the risk of breast cancer, whereas estrogen alone did not. Beneficial effects on colorectal and endometrial cancer and harmful effects on ovarian cancer occurred but affected only a small number of women. Data from the various Women's Health Initiative studies, which involved women of average age 63, cannot be appropriately applied to calculate risks and benefits of MHT in women starting shortly after menopause. At the present time, assessments of benefit and risk in these younger women are based on lower levels of evidence. (*J Clin Endocrinol Metab* 95: S7–S66, 2010)

Abbreviations: AMD, Age-related macular degeneration, BMD, bone mineral density; BMI, body mass index; CEE, conjugated equine estrogen; CHD, coronary heart disease; CI, 95% confidence interval; CVD, cardiovascular disease; DCIS, ductal carcinoma *in situ*; DHEA, dehydroepiandrosterone; DXA, dual-energy x-ray absorptiometry; EC, endometrial cancer; ER, estrogen receptor; FVL, factor V Leiden; GQOL, global QOL; HRQOL, health-related QOL; HSDD, hypoactive sexual desire disorder; HT, hormone therapy; IBC, invasive breast cancer; LNG-IUS, levonorgestrel-releasing intrauterine system; MHT, menopausal HT; MPA, medroxyprogesterone acetate; NETA, norethindrone acetate; OAB, overactive bladder, OR, odds ratio; PMD, percentage mammographic density; QOL, quality of life; RA, rheumatoid arthritis; RCT, randomized clinical trial; RR, relative risk; RUTI, recurrent urinary tract infection, SERM, selective ER modulator; SLE, systemic lupus erythematosus, SNP, single nucleotide polymorphism; SUI, stress urinary incontinence, T2D, type 2 diabetes; VTE, venothromboembolism.