# EXHIBIT 10

# DECLARATION & EXPERT REPORT OF ELIZABETH Z. NAFTALIS, M.D.

## General Opinions & Case Specific Opinions for Judy Romero

**Judy Romero**
**DOB:** [redacted]

## Background

***Education*** – I received my undergraduate degree from Tulane University with a B.S. in biology (1982). I received my medical degree from the University of Texas Health Science Center in Houston (1986). I completed a surgical internship and residency (1991) at the University of Alabama at Birmingham where during my last year I was an administrative Chief Resident.

***Certifications*** - I am a medical doctor who specializes in the surgical evaluation and treatment of breast disease and breast cancer. I became licensed to practice medicine in 1988. I am certified by the American Board of Surgery and have recertified once. I am a member of the American College of Surgeons, American Society of Breast Disease, The Society of Surgical Oncology and the American Society of Breast Surgeons. For further detail see the attached curriculum vitae.

***Employment History*** – Initially, I was in private practice and an Associate Professor at Presbyterian Hospital in Dallas. Following that position, I became an Assistant Professor in the Department of Surgery, Division of Surgical Oncology at University of Texas Southwestern from April 1, 2000 until August 31, 2004. In that capacity, I taught medical students, residents and breast fellows as well as treated patients in both the private and public setting.

I examined more than 2,000 patients per year for breast evaluations. I provided surgical evaluation to approximately 100 breast cancer patients per year. Follow-up evaluation and treatment of my breast cancer patients, after the immediate post-operative period, consisted of appointments every six months for five years, and then annually.

At UT Southwestern, I was Director of Operations at the Surgical Breast Clinic, Director of the Komen /UT Southwestern Breast Fellowship, Medical Director of the Volunteer Program, and holder of the Charles and Jackie Solomon Breast Chair.

From 2002 to 2004, I was the Program Director for the Komen/UTSW Breast Fellowship Program. Under my leadership, this program became the first breast fellowship program in the country to receive accreditation from a consortium of breast cancer organizations. The program received unanimous approval.

I left the active practice of medicine in 2004 to be a full-time parent. I maintain my licensure and continue my medical education requirements. I intend to return to the practice of medicine.

***Committees*** -Nationally, from 2003 to 2004, I was the Chairwoman of the American Society of Breast Disease ad hoc "Breast Specialty Training Committee. "I was also on the Programming Committee of the Society of Surgical Oncology.

***Investigator*** - I have worked as an investigator and researcher on various topics involving breast cancer as well as a co-investigator in larger research groups. I received funding as a co- investigator for the Department of Defense and was an active participant in the ACOSOG Z10 and Z11 projects both the NSABP-PI trial and the STAR trial. I had funding from five private donors for studies involving research on the cause of breast cancers.

In 2003, I received private funding as the Principal Investigator for the Natalie Ornish Project. This study was done through UT Southwestern Center for Breast Care. For this study, we looked at environmental effects on the development of Breast Cancer. We used the Texas Cancer Registry to look for environmental causes or associations to explain breast cancer clusters in certain areas of Texas.

In 2001, I received funding from the Solomon Research Project for a study entitled, “Association of hydrocarbons and DNA damage in benign and malignant breast disease.” I was the Principal Investigator and the study was conducted through UT Southwestern Center for Breast Care in Dallas. It was sponsored by Austin Industries, Inc., this was a gene susceptibility study which looked at environmental carcinogens and the ability for such carcinogens to cause gene changes in breast cells leading to breast cancer.

***Speaker*** - I have acted as a speaker for the AstraZeneca Speaker's Bureau. As such, I have training and experience working with pharmaceutical companies as a spokesperson.

***Basis for Opinions***

I have based my opinions on my years of clinical experience, multiple references, many of which I have included here, some of which are part of my general fund of knowledge, as well as my background, education and training.

Based on my education, training, research and teaching experience, and an extensive review of the relevant literature, I offer my opinions in this report to a reasonable degree of medical certainty. This means that I believe them all to be probably true based on all available data and reasonable scientific and medical principles. I have used the same type of scientific rigor in analysis and reasoning here that I use in my professional work. The list of references contained in this report, is to the best of my knowledge, the most relevant scientific evidence upon which I specifically rely in giving my opinions. I also rely on all the things I have learned during my education, training and research activities in epidemiology and from reading general references pertaining to my and other fields of interest. Thus, I cannot possibly list all the scientific / medical literature that informs these opinions. I reserve the right to supplement my opinions as new scientific literature appears, as data are brought to my attention that I have not seen before, and in response to the statements and opinions of defense experts.

In forming my opinion in this case I reviewed the patient's medical records and case specific materials as well as the following:

- Plaintiffs' generic breast cancer causation expert reports and amended reports
- Testimony and expert reports of Plaintiff's experts
- Testimony and expert reports of Wyeth's experts
- Published medical literature
- Wyeth internal documents

## Case Specific Analysis

**Case Specific Materials Reviewed**

In preparation for my case specific evaluation of this matter, I reviewed:

1. Medical records of Judy Romero
2. Plaintiff's fact sheet
3. Expert report of Dr. James Waldron
4. Expert report of Dr. Randall Patten
5. Deposition transcript of Judy Romero

**Medical History**

Judy Romero is a 62-year-old white female who, at age 48 was being seen by her gynecologist Dr. Radha J. Lahl. She was not at a high-risk for breast cancer according to her Gail model score of 0.7 at 5 years and lifetime of 7.6%. Her medical records reveal that she has no history of being overweight with a BMI of 19.6 and occasional alcohol use.

Ms. Romero had mammograms on 07/19/88 and 08/10/93 which noted severe density and severe dysplastic changes. She was seen by Dr. Lahl on 06/11/96 with irregular periods the last year and she had skipped the last 2 months. She was noted to have heavy flow with clots as well as hot flashes. She was noted to have a negative mammogram on 06/27/96 and a negative pelvic ultrasound on the same day.

Ms. Romero was seen by Dr. Lahl on 12/12/96 with symptoms of hot flashes, menopausal bleeding with her LMP noted to be 10/24/96. Her D & C was noted to be negative and "ERT was discussed."[1] On 12/31/96, Ms. Romero was complaining of hot flashes and menopausal symptoms. Dr. Lahl initiated Premphase.[2]

Ms. Romero was seen by Dr. Lahl on 07/14/97 who noted her exam was negative and her Pap was consistent with history and age. He also noted she was on Premphase. Mammogram of 08/05/97 revealed dense fibrocystic changes.[3]

---

1 Romero Med. Records; JRomero-O&GA-Houston-000178; JRomero-SEH-MD-000035; Romero, Judy_0123.

2 Romero Med. Records; JRomero-O&GA-Houston-000179

3 Romero Med. Records; JRomero-HDCtrBeau-RD-000001.

Ms. Romero was seen by Dr. Andrew Loetze on 02/10/98. Her exam and mammogram were noted to be negative and she was noted to continue on Premphase.[4]

Ms. Romero was seen on 06/08/98 with complaints of heart irregularities, hot flashes and difficulty sleeping. These symptoms were similar to the ones she had before Premphase. She was on Premphase and had an FSH and estradiol level drawn. Her FSH was menopausal at 45 and her estradiol was above that level at 152.[5]

Ms. Romero was seen on 02/02/99 and her exam and Pap were noted to be negative. She was noted to be on Premphase and to have vaginitis. She had a mammogram which revealed dense tissue but was noted to be negative.[6]

Ms. Romero's 2/22/00 mammogram was also dense negative.[7] She had an estimated t score performed that same day and it was recommended that she take calcium and return in one year.[8] On 2/22/00, Ms. Romero was switched from Premphase to Prempro 2.5.[9]

Ms. Romero's mammograms of 02/27/01 revealed a new area of calcifications in the left breast in the central lower to central outer area. It also revealed a questionable speculated mass in the right breast.[10] Follow up spot magnification views revealed the right breast to be negative and the left breast to be suspicious.[11]

Ms. Romero saw Dr. Loetze for her annual exam. He noted the change from Premphase to Prempro, and also referred her to a surgeon.[12]

Ms. Romero was seen in consultation by Dr. Karl Tomm on 3/8/01 who noted a right breast mass and recommended a right breast biopsy and a left breast biopsy after needle localization. He also recommended that she "temporarily halt" Prempro.[13]

---

4 Romero Med. Records; JRomero-O&GA-Houston-000027; JRomero-O&GA-Houston-000028.

5 Romero Med. Records; JRomero-O&GA-Houston-000026, JRomero-SEH-MD-000087-88.

6 Romero Med. Records; JRomero-O&GA-Houston-000024, JRomero-ThBrCtr-000014.

7 Romero Med. Records; JRomero-O&GA-Houston-000133.

8 Romero Med. Records; Romero, Judy_0078.

9 Romero Med. Records; JRomero-O&GA-Houston-000022.

10 Romero Med. Records; JRomero-KETomm-000058.

11 Romero Med. Records; JRomero-KETomm-000057.

12 Romero Med. Records; Romero, Judy_0013.

13 Romero Med. Records; JRomero-WHT-000007-8.

Ms. Romero underwent a left breast biopsy after needle localization and a right breast biopsy on 03/09/01 by Dr. Karl Tomm.[14]

Ms. Romero's pathology revealed fibrocystic changes in the right breast and high grade ductal carcinoma in the left breast with clear margins. Expert report of Dr. James Waldron revealed that the tumor was Strongly ER positive greater than 90% and PR positive 1-5% as well as probably Her2Neu positive.[15]

Ms. Romero was told to stop her Prempro on 03/08/01 and again on 03/14/01.[16] She was noted to be "having hot flashes now" and "off Prempro."[17] It was also noted she was prescribed Effexor for hot flashes.[18]

Ms. Romero was seen in consultation by Dr. Scott McKenney on 04/10/01 who recommended radiation to the left breast and to begin Tamoxifen.[19]

Ms. Romero underwent radiation therapy to her left breast by Dr. Henry Williams which was completed on 06/05/01.[20]

Ms. Romero was taken off of Tamoxifen in April of 2006 by Dr. Scott McKenney after five years on the drug. He also told her "not to take estrogen."[21]

Ms. Romero was found to have continued osteopenia and osteoporosis.[22]

Ms. Romero has no evidence of recurrence and has had yearly negative mammography. She was also noted to have atrophy on her Pap smear of 03/13/08 and was treated topically with Vagifem.[23]

Ms. Romero had a small risk that her breast cancer could recur at 10 years. Based on commonly accepted survival curves, Ms. Romero has a Stage 0 breast cancer with a 10 year survival rate of 95%. This number was improved by her treatment to 97%.[24]

---

14 Romero Med. Records; JRomero-KETomm-000031-32.

15 Romero Med. Records; JRomero-WHT-000020-21 and expert report of Dr. James Waldron

16 Romero Med. Records; JRomero-WHT-000007; Romero, Judy_0064.

17 Romero Med. Records; Romero, Judy_0011.

18 Romero Med. Records; Romero, Judy_0063.

19 Romero Med. Records; JRomero-KETomm-000016, 46-48.

20 Romero Med. Records; JRomero-TexasOnc-000039-40.

21 Romero Med. Records; JRomero-TexasOnc-000124-125.

22 Romero Med. Records; JRomero-O&GA-Houston-000006, 42-49, 29-36.

23 Romero Med. Records; JRomero-O&GA-Houston-000138.

24 Exhibit 14- Singletary, E., Breast Cancer Staging, Working with the Sixth Edition of the AJCC Cancer Staging Manual, CA Cancer J Clinical 2006:56:37-47

## Opinions

***Introduction***

The main focus of this report is to discuss the causal relationship between combination hormone therapy and breast cancer, both as to menopausal women generally and specifically as to Ms. Romero in this particular case. As used in this report, combination hormone therapy refers to the combination of an estrogen and a synthetic progestin like MPA (E+P).

It is my opinion that E+P, when used by menopausal women, is a cause of breast cancer generally.[25] The type of breast cancer E+P causes is hormone dependent cancer, that is, cancer that, at least initially, needed hormones to develop and grow.[26] The way E+P causes cancer is by promotion through increased cellular proliferation and stimulation.[27] There is a higher breast cancer mortality rate in E+P users.[28] This same mechanism of

---

25 Mattar, *Short-term anastrozole therapy reduces Ki-67 and progesterone receptor expression in invasive breast cancer: a prospective, placebo-controlled, double-blind trial*, J Cancer Res Clin Oncol (Oct. 1 2010) – PX ML 6079; Katalinic, *Trends in Hormone Therapy and Breast Cancer Incidence - Results from the German Network of Cancer Registries*, Pathobiology, Vol. 76, p.90 (2009) – PX ML 5142; Stovall, *MF-101, an estrogen receptor beta agonist for the treatment of vasomotor symptoms in peri- and postmenopausal women*, Curr. Opin Investig Drugs, Vol. 10(4): 365-71 (2009)- PX ML 6076; Fournier, *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer*, J. Clinical Oncology, 26(8): 1260-68 (March 2008) – PX ML 5087; Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4989; International Agency for Research on Cancer. IARC monographs on the evaluation of carcinogenic risk to humans: Vol 91: Combined Estrogen-Progestin Contraceptives and Combined Estrogen Progestogen Menopausal Therapy (2007) - PX 866B; Clarke, *Declines in breast cancer after the WHI: apparent impact of hormone therapy*, Cancer Causes Control (2007)- PX ML 4771; MacMahon, *Epidemiology and the causes of breast cancer*, Int. J. Cancer, 118, 2373-2378 (2006) – PX ML 4196 Li, *Postmenopausal Hormone Therapy and the risk of breast cancer: the view of an epidemiologist*, Maturitas 49, 44-50 (2004) – PX ML 2980; Gann, *Combined Hormone Therapy and Breast Cancer: A Single Edged Sword*, JAMA, Vol. 289, No. 24 (2003) – PX ML 6; Speech by Dr. Clifford Hudis of Sloan Kettering, PX 8078A; Speech by Dr. Norton of Sloan Kettering, PX 8078B; National Cancer Institute, PX 8426C at p. 4 **(**Decreased incidence of breast cancer after WHI provides additional support for the causal association between combined HT and the risk of breast cancer).

26 Oncolink (the presence of estrogen and progesterone receptors means that the cancer requires estrogen for its growth)- PX 8426B; National Cancer Institute Website (cancers with these hormone receptors need hormones to grow) - PX 8426A; Wyeth's website-PX 10555 (This type of cancer requires estrogen to grow).

27 Lanfranchi, *Breast Cancer Risks and Prevention (*Fourth Edition) (2007) – PX ML 6093; Trial testimony of Dr. James Pickar, Wyeth executive in Clinical Research & Development, in *Henry v. Wyeth* - PX 20260C; Testimony of Dr. Michael Dey, President of Wyeth – PX 20260B.

28 Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) – PX ML 6082 at p. 5

causation was documented in a real world example during the 1970's when it was determined that Premarin (estrogen only) was causing an epidemic of hormone dependent endometrial cancer in menopausal women.[29]

It is also my opinion that E+P was a substantial contributing factor in causing Ms. Romero's breast cancer in this case. By that I mean, but for her taking E+P, it is more likely than not she would never have developed clinical breast cancer. In forming my opinion regarding specific causation in this case I have used the generally accepted methodology that is referred to both as a causality assessment and a differential diagnosis.[30]

In performing this causality assessment, I have considered the specific facts of Ms. Romero's case, including her personal and family medical history, radiographic and biopsy findings, her breast cancer risk factors, and information regarding her E+P use. I also have researched issues regarding hormone therapy and its causal relation to breast cancer as well as information regarding breast cancer generally. I have also relied on my skill, training, education and years of experience in diagnosing, treating and counseling women with breast cancer. The following is an outline of the information I consider important and relevant to understanding the opinions I will offer in this case.

---

(More women died of breast cancer in the combined hormone therapy group compared with the placebo group, HR=1.96 (95% CI, 1.00-4.04)); Wyeth's website, PX 10556 at p. 8 (According to the most recent studies, long-term use (5 years or more) of combination HRT increases the risk of developing and dying from breast cancer).

[29] Austin & Roe, *The decreasing incidence of endometrial cancer: public health implications*, Am J. Pub. Health, Vol 72: 65-68 (1982) – PX ML 133; Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol. 9, No. 108 (2007) – PX ML A4681.

[30] Wyeth's guidelines for causality assessments- PX 1680; FDA Guidance for Industry- PX 8031: Good Pharmacovigilance; Naranjo, Lanctot, *Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events*, Clinical Pharmacology and Therapeutics, Vol. 58: 692-8 (1995)- PX ML 6004; Causality Assessments done by Wyeth safety physicians, PX 20267; Affidavits and testimony of Drs. Hirschman (PX 20263A), Goldfarb (PX 20263B), Klimberg (PX 20263C), Rubin (PX 20263D), MacIntosh (PX 20263E), Waldron (PX 20263F); Simon, *Reduced vaginal bleeding in postmenopausal women who receive combined norethindrone acetate and low-dose ethinyl estradiol therapy versus conjugated equine estrogens and medroxyprogesterone acetate therapy*, Am. J. Obstet. Gynecol, Vol. 188:92-9 (2003)- PX ML 6075 at p. 5 (One patient in CEE /MPA group experienced a serious adverse event that the investigator judged to be possible related to the study treatment. This adverse event was breast cancer); PX 11291.

***Hormones over the Life of a Woman***

Hormones are chemicals formed in one part of the body that circulate through the body and attach to particular receptors on or within certain other parts of the body. Each hormone delivers its message by attaching to its receptor and can alter the structure and or function of the organ. The main female hormones are estrogen and progesterone. Over a woman's life, the levels of these hormones fluctuate based on her age and clinical situation. They also fluctuate during pregnancy and monthly cyclical activity.

From puberty through a woman's child-bearing years, estrogen and progesterone levels fluctuate through a woman's body in a delicate balance that is known as the normal menstrual cycle. These levels of estrogen and progesterone fluctuate monthly in a regular cycle to prepare the woman's body for the possibility of conception.

Early in the month, the estrogen levels rise followed by a mid-cycle in which the levels of progesterone rise, leading to the phase when both estrogen and progesterone levels are high, the luteal phase which prepares the uterus to accept a fertilized egg. If there is no fertilized egg, the influence of progesterone causes the uterus to shed its extra lining, which leads to bleeding, and the cycle begins all over again.

During the luteal phase, when estrogen and progesterone levels are both at their highest, a woman has the most cellular proliferation in her breast tissue. A woman may feel heaviness or pain in her breast during this phase of her menstrual cycle and her breast density may increase as well.[31]

This monthly hormonal cycling begins at menarche and continues throughout a woman's reproductive years until around an average age of 52 (average age range is 45-55). At this point in a woman's life, her ovaries begin to shut down and produce less and eventually no estrogen and progesterone. This ovarian shut down affects every woman differently. The one constant is that women in menopause no longer have monthly cycles, no longer menstruate and, in general, are no longer able to reproduce. As a woman's ovaries shut down and no longer produce estrogen and progesterone, these hormones, primarily estrogen, are produced in peripheral tissues like fatty tissue, breast, bone, brain, muscle etc.[32]

---

[31] Cline, *Effects of conjugated estrogens, medroxyprogesterone acetate, and Tamoxifen on the mammary glands of macaques,* Breast Cancer Res Treat. Vol. 48(3):221-9 (1998) – PX ML 722.

[32] Notelovitz, *Clinical Opinion: The Biologic and Pharmacologic Principles of Estrogen Therapy for Symptomatic Menopause*, Medscape Gen. Med., 8(1):85 (2006)-PX ML 5471.

The result of this shift to the peripheral production of hormones is a significant reduction in a woman's systemic levels of these hormones relative to her pre-menopausal levels. An accepted method to objectively determine menopause is by measuring an FSH level.

I have reviewed and assisted in production of an animation that demonstrates the relationship between hormones and the breast and breast cancer.

***Menopause and Hormone Deficiency***

Menopause is an event that all women experience if they live an expected life span. Naturally occurring menopause is a consequence of ovarian shutdown and the resulting loss of an ovarian source of estrogen and progesterone.

Women in menopause are in a state of what has been described as a "relative estrogen deficiency," as compared to pre-menopausal women. All menopausal women have decreased levels of estrogen and progesterone as compared to the time in their lives between menarche and menopause. The degree of this reduction after menopause is highly variable.[33] Postmenopausal hormone synthesis continues to target organs all through the body. The extent to which this occurs differs between individuals.

The terms "estrogen deficiency" or, more broadly, "hormone deficiency," in the context of postmenopausal women, are terms that refer to a subset of menopausal women who have such low levels of estrogen and progesterone that they experience symptoms.[34]

---

[33] Erlik, *Estrogen Levels in Post-Menopausal Women with Hot Flashes*, Obstetrics and Gynecology, Vol. 59 (1982)- PX ML 4797.

[34] *See* PX 6093 (Wyeth's Sales Training Manual); PX 293B at p. 4 (symptoms of menopause are caused by the reduction in estrogen levels); PX 378 at p. 6-7 (menopause and its associated conditions); PX 497 at p. 2 (effects of estrogen loss after menopause); PX 19 at p. 3 (most common conditions related to continued estrogen deficiency center around atrophy of the urogenital tissues and generalized thinning of the bones); Randolph, *The Relationship of Longitudinal Change in Reproductive Hormones and Vasomotor Symptoms during the Menopausal Transition*, J. of Clin. Endocrin & Metabolism, Vol. 90(11): 6106-6112 (2005)- PX ML 4713; Guthrie, *Hot Flushes, Menstrual Status, and Hormone Levels in a Population-Based Sample of Midlife Women*, Obstetrics & Gynecology, Vol. 88, No. 3 (1996)- PX ML 4711; Huang, *Persistent Hot Flushes in Older Postmenopausal women*, Arch Intern Med., Vol. 168, No. 8 (2008)- PX ML 6004; Thurston, *Hot Flashes and Subclinical Cardiovascular Disease Findings From the Study of Women's Health Across the Nation Heart Study (SWAN)*, Circulation, 1234-1240 (2009)- PX ML 6011; Thurston, *Abdominal adiposity and hot flashes among midlife women* (SWAN), Menopause, Vol. 15, No. 3 (2008)- PX ML 6009; Leiblum, *Vaginal atrophy in the postmenopausal woman. The importance of sexual activity and hormones*, JAMA, Vol: 249(16):2195-8 (1983)- PX ML 6015; Randolph, *The Relationship of Longitudinal Change in Reproductive Hormones and Vasomotor Symptoms during the Menopausal Transition*, J. of Clin. Endocrin & Metabolism, Vol. 90(11): 6106-6112 (2005) - PX ML 4713.

The predominant symptoms of hormone deficiency are vasomotor symptoms,[35] and urogenital symptoms (including vaginal dryness, irritation and atrophy),[36] and bone depletion (osteoporosis issues).[37] "Hormonally deficient" women represent a minority of menopausal women.[38]

---

[35] Yasui, *Serum estrogen level after hormone replacement therapy and body mass index in postmenopausal and bilaterally ovariectomized women,* Maturitas, Vol. 10;50(1):19-29 (2005) - PX ML 3567; Notelovitz, *Clinical Opinion: The Biologic and Pharmacologic Principles of Estrogen Therapy for Symptomatic Menopause*, Medscape Gen. Med., 8(1):85 (2006)- PX ML 5471; Erlik, *Estrogen Levels in Post-Menopausal Women with Hot Flashes*, Obstetrics and Gynecology, Vol. 59 (1982)- PX ML 4797; Kuller, *Sex Steroid Hormones, Bone Mineral Density, and Risk of Breast Cancer*, Environmental Health Perspectives, Vol. 105, Supp 3 (1997)- PX ML 2474; Deposition of Dr. William Creasman (Wyeth's expert): Gynecological Oncology, Date of Depo: 5/1/06, p. 208 (PX 20258A); Trial Testimony of Dr. Robert Langer from *Rowatt v. Wyeth*, Date of Testimony: 10/1/07, p. 3805 (PX 20258B), Wyeth's expert: Dr. Robert Langer Date of Depo: 5/10/06, p. 61-64 (PX 20258C), PX 293B; PX 497; PX 20260A.

[36] Notelovitz, *Clinical Opinion: The Biologic and Pharmacologic Principles of Estrogen Therapy for Symptomatic Menopause*, Medscape Gen. Med., 8(1):85 (2006)- PX ML 5471; Castelo-Bronco, Management of post-menopausal vaginal atrophy and atrophic vaginitis, Maturitas 52S, S46-S56 (2005) – PX ML 4775; NAMS Position Statement, The role of local vaginal estrogen for treatment of vaginal atrophy in postmenopausal women : 2007 position statement of the North American Menopause Society, Jnl of the N. Am. Menopause Society, Vol. 14 (2007) – PX ML 6012; Kao, Dyspareunia in postmenopausal women: a critical review, Pain Res. Manag, Vol. 13(3):243-54 (2008)- PX ML 6014; Panjari, *DHEA for postmenopausal women: a review of the evidence*, Maturitas, Vol. 66(2):172-9 (2010)- PX ML 6013; Trial Testimony of Dr. Suzanne Klimberg from Rush v. Wyeth., Date of Testimony: 2/8/07, p. 2280,2283 (PX 20257A), Deposition of Dr. William Creasman (Wyeth's expert): Gynecological Oncology, Date of Depo: 5/1/06, p. 207, 209 (PX 20257B), Deposition testimony from Dr. Stovall: Wyeth's expert, Date: 5/27/10, p. 9-10 (PX 20257C), Trial Testimony of Dr. Ginger Constantine, Vice President of Women's Health, Trial: Rowatt v. Wyeth, Date: 9/27/07, p. 3314 (PX 20257D), Trial Testimony of Dr. Lewis Chodosh from *Reeves v. Wyeth*, Date of Testimony: 9/6/06 and 9/7/06, p. 269 (PX 20257E).

[37] PX 20255; PX 19; PX 378; Colditz, *Relationship between Estrogen Levels, Use of Hormone Replacement Therapy and Breast Cancer*, Journal of the National Cancer Institute, Vol. 90, No. 11 (1998) – PX ML 3862 at p. 2 (Low bone density reflects lower levels of estrogen. The prospective study of osteoporotic fractures indicated that bone density in the wrist, hip, and spine has a strong and statistically significant direct relationship with the risk of breast cancer. Bone density, used as a marker of postmenopausal estrogen exposure (and perhaps longer exposure), is directly related to the risk of breast cancer); Yasui, *Serum estrogen level after hormone replacement therapy and body mass index in postmenopausal and bilaterally ovariectomized women*, Maturitas, Vol. 50:19-29 (2005) – PX ML 3567; Cuzick, *Treatment-emergent endocrine symptoms and the risk of breast cancer recurrence: a retrospective analysis of the ATAC trial*, The Lancet, Vol. 9, Issue 12 (2008)- PX ML 6000; Ettinger, *Associations between Low Levels of Serum Estradiol, Bone Density, and Fractures among Elderly Women: The Study of Osteoporotic Fractures*, J. of Clinical Endocrinology & Metabolism, Vol. 83 (7): 2239 (1998)- PX ML 6002; Deposition of Dr. James Pickar, Asst VP of Women's Health for Wyeth, Date of Depo: 9/21/05, p. 484 (PX 20259A), Deposition of Dr. William Creasman (Wyeth's expert): Gynecological Oncology, Date of Depo: 5/1/06, p. 208 (PX 20259B).

[38] PX 1206 (17.5% of women experience menopausal symptoms); PX 304 (Not all women experience uncomfortable symptoms. Many women have mild or no symptoms); PX 269; PX 6483A (Premarin Label: Most women have no or only mild menopausal symptoms and do not need

The majority of menopausal women have sufficient estrogen levels (though they have very low levels of progesterone) such that they do not experience significant menopausal symptoms. Hormone deficiency plays a central role in the occurrence of vasomotor symptoms after menopause, although other factors may influence these symptoms as well.[39] In terms of vaginal atrophy, the pathogenesis of this condition is directly, and in most cases solely, related to the decrease in availability of estrogen.[40] Many women use vaginal cream to "restore vaginal tissues" as described in Premarin cream ads. Ms. Romero had vaginal atrophy as reported in her medical records and used topical estrogen cream.[41]

Furthermore, it is generally accepted that in menopause, symptoms are the primary clinical sign that a woman is "hormone deficient" and is therefore a candidate for hormone therapy. Women who have vasomotor symptoms, and especially women with urogenital issues like vaginal atrophy or dryness, have been shown to have consistently lower levels of endogenous estrogen. This correlation between symptoms and low menopausal levels of estrogen is generally accepted and in fact is the basis for the promotion and marketing of hormone therapy drugs for menopausal women.[42]

The recognition of which menopausal women are hormone deficient is important because there is a significant difference between deficient and sufficient menopausal women in terms of their risks of developing breast cancer, especially hormone dependent breast cancer.[43]

Studies show there is as much as a 6.8-fold difference in risk between postmenopausal women who are hormone deficient versus those that have higher hormone

---

estrogens); NAMS Position Statement, *The role of local vaginal estrogen for treatment of vaginal atrophy in postmenopausal women : 2007 position statement of the North American Menopause Society,* Jnl of the N. Am. Menopause Society, Vol. 14 (2007)- PX ML 6012.

39 See citations above.

40 See citations above; Castelo-Bronco, *Management of post-menopausal vaginal atrophy and atrophic vaginitis*, Maturitas 52S, S46-S56 (2005)- PX ML 4775; NAMS Position Statement, *The role of local vaginal estrogen for treatment of vaginal atrophy in postmenopausal women : 2007 position statement of the North American Menopause Society,* Jnl of the N. Am. Menopause Society, Vol. 14 (2007)-PX ML 6012.

41 Romero Med. Records; JRomero-O&GA-Houston-000024; JRomero-O&GA-Houston-000003

42 See citations above.

**43** Huang, *Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer*, Cancer Epi, Biomarkers & Prevention (Jan. 2011) – PX ML 6104 (Women who ever experienced menopausal symptoms have a substantially reduced risk of breast cancer, and that severity of hot flashes is also inversely associated with risk).

levels. Hormone deficient menopausal women, who do not take hormone therapy, have a significantly lower risk of breast cancer compared to hormone sufficient menopausal women.[44] The risk of breast cancer in hormone deficient women is so low that treatment with Raloxifene, an anti-estrogenic drug, did not further reduce that risk of breast cancer.[45]

Progesterone levels also drop dramatically after menopause. Generally speaking, menopausal women have little or no progesterone after menopause.[46] In fact the standard lab values ranges for serum progesterone for a menopausal woman is less than that of a man.

It has been established that the combination of an oral estrogen, specifically Premarin, and a synthetic progestin, MPA, creates in a menopausal woman, an unnatural state.[47] Women taking this combination have high levels of these two potent hormones every day of the month. Even if they are taken in a cyclic form, the risk for breast cancer is elevated. Not only are these hormones (MPA especially) much more potent and

---

44 Cummings, *Serum Estradiol Level and Risk of Breast Cancer During Treatment With Raloxifene*, JAMA, Vol. 287, No. 2, (2002) – PX ML 2849; Cummings, *The Effect of Raloxifene on Risk of Breast Cancer in Postmenopausal Women: Results From the MORE Randomized Trial*, JAMA, Vol. 281, No 23 (1999)- PX ML 177; Deposition of Dr. Cummings, Date: 6/11/10, p. 67, 154-156, Hankinson, *Endogenous estrogen, testosterone and progesterone levels in relation to breast cancer risk*, J. of Steroid Biochemistry & Molecular Biology, (2007) – PX ML A4697; Hankinson, *Plasma Sex Steroid Hormone Levels and Risk of Breast Cancer in Post Menopausal Women*, N Engl J Med. 1975 Dec 4;293(23):1164-7 – PX ML 334. *See also* Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) (Figure 1 – showing lower background cancer rate for estrogen deficient women on placebo, i.e. women who took HRT prior to WHI participation) – PX ML 3406; Yasui*, Serum estrogen level after hormone replacement therapy and body mass index in postmenopausal and bilaterally ovariectomized women*, Maturitas, Vol. 50:19-29 (2005) – PX ML 3567; Crandall, *New-Onset Breast Tenderness after Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk*, Arch. Intern. Med.,Vol. 169(18):1684-1691 (2009)- PX ML 5219; Adly, *Serum concentrations of estrogens, sex hormone-binding globulin, and androgens and risk of breast cancer in postmenopausal women*, Int. J of Cancer, Vol. 119: 2402-2407 (2006) – PX ML 3937; Weinberg, *The Biology of Cancer*, Textbook (2007)- PX 1766; Cuzick*, Treatment-emergent endocrine symptoms and the risk of breast cancer recurrence: a retrospective analysis of the ATAC trial*, The Lancet, Vol. 9, Issue 12 (2008)- PX ML 6000; Mortimer, *Tamoxifen, Hot Flashes & Recurrence in Breast Cancer*, WHEL study, Breast Cancer Res Treat, Vol. 108, 421-426 (2008) – PX ML 6001; Beth Israel Website, PX 21105 at p. 1 (Researchers at the Moore's Cancer Center at the University of California, San Diego found that women who reported having hot flashes were less likely (12.9 percent) to develop recurrent breast cancer than those who did not report hot flashes (21 percent)).

45 See citations above.

46 Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J. Clin. Endocrinology & Metabolism 90(3):1686-1691 (2005) – PX ML 2488.

47 Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J. Clin. Endocrinology & Metabolism 90(3):1686-1691 (2005) – PX ML 2488.

carcinogenic than their natural counterparts,[48] but they are delivered in such a way that the serum and tissue levels are constantly high.[49] Consequently, women taking the combination of E+P had a significantly increased risk of breast cancer, even with short-term use.

A very similar phenomenon occurred in the 1960's and 70's when menopausal women taking Premarin began to develop endometrial cancer at an alarming rate. These were hormone deficient women who took unopposed estrogen therapy and developed hormone dependent endometrial cancer. The cancers arose over a relatively short time period of months to a few years and ended abruptly as prescriptions for Premarin dropped dramatically, once its connection to the cancer epidemic was uncovered.[50] This same ecological evidence is now apparent for E+P and breast cancer as when, sales of E+P fell after the publication of the WHI study, so too did the breast cancer rates.[51] Wyeth now admits that breast cancer is a side effect of E+P use.[52]

---

[48] PX 10132; Li, *Relationship Between Long Durations and Different Regimens of Hormone Therapy and Risk of Breast Cancer*, JAMA, Vol. 289, No. 24 (2003). – PX ML 0018; Li, *Relationship between Menopausal Hormone Therapy and Risk of Ductal, Lobular, and Ductal-Lobular Breast Carcinomas,* Cancer Epi Biomarkers Prev., Vol. 17(1) (2008) - PX ML 4857.

[49] See prior citations; Stute, *Effects of hormone therapy on estrogen synthesis from E1S in the mammary gland of postmenopausal women*. Maturitas (2008).

[50] Austin & Roe, *The decreasing incidence of endometrial cancer: public health implications*, Am J. Pub. Health, Vol 72: 65-68 (1982) – PX ML 133; Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol. 9, No. 108 (2007) – PX ML A4681.

[51] Banks, Canfell, *Recent declines in breast cancer incidence*: *Mounting evidence that reduced use of menopausal hormones is largely responsible*, Breast Cancer Research, Vol. 12: 103 (2010) – PX ML 5500; Marshall, *Recent Breast Cancer Incidence Trends According to Hormone Therapy use: The California Teacher's Study Cohort*, Breast Cancer Research, (2010) – PX ML 5838; Cheblowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol. 360:6 (Feb. 2009)- PX ML 4881; Clarke. *The Decline in Breast Cancer Incidence: Real or Imaginary?* Current Oncology Reports 2009, 11:21-28; Hausauser, *Recent trends in breast cancer incidence in US white women by county-level urban/rural and poverty status*. BMC Med., Vol. 7:31 (2009) – PX M 5103; Cronin, Ravdin, *Sustained Lower Rates of Breast Cancer in the United States*, Breast Cancer Res Treat (2008) – PX ML 5017; Kerlikowske, *Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population*, JNCI, Vol. 99, Issue 17 (2007)- PX ML 4854 at p. 5; Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin,* Breast Cancer Research 2007: Vol. 9, No. 108 (2007) – PX ML A4681; Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007) – PX ML 4743; Clarke, *Declines in breast cancer after the WHI: apparent impact of hormone therapy*, Cancer Causes Control (2007); Robbins and Clarke, *Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004*, J. of Clinical Oncology, Vol. 25, No. 23 (2007) - PX ML 4770.

[52] Wyeth's 2010 Prempro label, PX 862C; Stovall, *MF-101, an estrogen receptor beta agonist for the treatment of vasomotor symptoms in peri- and postmenopausal women*, Curr. Opin Investig. – PX ML 6076.

***Breast Cancer***

The term "cancer" refers to a class of diseases that occurs when cells in a part of the body begin to grow out of control. Normal cells divide and grow in an orderly fashion, but cancer cells do not. They continue to grow and crowd out normal cells. Although there are many kinds of cancer, they all have in common this out-of-control growth of cells.

The term "breast cancer" refers to a class of diseases in which a malignant tumor starts from cells in the tissue of the breast. A woman's breast is made up of glands that make breast milk called lobules. There are ducts, which are the small tubes that carry milk from the lobules to the nipple. There are also fatty and connective tissue, blood vessels, and lymph vessels. Most breast cancers begin in the cells that line the ducts, some begin in the lobules, and a small number start in other tissues.

Both men and women can get breast cancer, although breast cancer in men is very rare. In men, the three main causes/risk factors of breast cancer are radiation exposure, family history (BRCA gene) and high levels of estrogen.

Breast cancer is a multi-step process that begins when the normal and orderly process of cell division and controlled cell death goes wrong. New cells form even though the body does not need them and old cells do not die even though they should. These extra cells can form collections or mass of cells that we call tumors. Tumors can be benign or malignant.[53] Malignant tumors are different and more dangerous in that they can invade the surrounding tissue and even spread distantly to invade tissues in other parts of the body.

Most if not all breast cancers progress through a series of mutations or changes at the cellular level as the tumor changes from benign to malignant. Not all tumors become malignant. Malignant breast tumors can also progress through additional mutations which can alter their features and even cause them to metastasize.

Breast cancers can be divided into different subsets by histology (e.g. lobular or ductal) and by their receptor status (ER+ or ER-). Hormone dependent cancers are those that are hormone receptor positive. There are also accepted risk factors and causes of breast cancer. The term "risk factor" generally applies to those things that make the occurrence of cancer more likely in any given individual. Since it is very difficult to predict with certainty

[53] National Cancer Institute Website.

who will develop cancer, we rely on risk factors as our best guide for counseling women on how best to avoid getting the disease.

Some risk factors are also identified as causes of cancer, either by initiation or by promotion. While the term "cause" is generally used in reference to an after-the-fact assessment of why a particular woman or group of women developed breast cancer, it also is used to identify those things which are known to directly lead to the development of breast cancer. Examples of known breast cancer causes are E+P therapy, excessive alcohol abuse and exposure to high levels of radiation.[54]

There is some overlap between risk factors and causes in the context of breast cancer. For example, E+P therapy is a risk factor for getting breast cancer in a woman who does not have cancer. It may also be the cause of the breast cancer if that woman develops breast cancer after taking the drugs. Risk factors are things we consider and discuss with patients who do not have cancer, especially if we see an opportunity to do something to lessen or prevent a breast cancer risk. We identify most probable causes once the patient is diagnosed with cancer and if we see a need to try to understand the reasons why her cancer developed. Studies by Anderson and Chen reveal that breast cancers which develop due to E+P are larger, more aggressive and diagnosed at a more advanced stage.

One tool we use to assess a woman's five-year and lifetime risk of developing breast cancer is the Gail Model. This is a general risk assessment model that gives us a simple calculation that helps identify a woman's risk of developing breast cancer. This can be important as we try to determine which women have such a high risk that they should not expose themselves to breast cancer causes like E+P therapy. It is an important tool to counsel women and can be used to identify women at high risk and to try to reduce their risk.

While it is very difficult to predict with certainty which women will actually be diagnosed with breast cancer, it is possible to determine what were the most likely and significant contributing causes for many breast cancers once diagnosed. The best example of this occurs with hormone deficient menopausal women who take E+P therapy and then develop a hormone dependent cancer. These women, who are at low or negligible risk for breast cancer, ingest a drug that saturates their breast tissue with hormones constantly, then

---

[54] MacMahon, *Epidemiology and the causes of breast cancer*, Int. J. Cancer, 118, 2373-2378 (2006) - PX ML 4196.

develop a hormone positive cancer which requires hormones to develop and grow. Whatever other factors may have played a role in cancer development, the cancer would not have developed to clinical significance in the absence of hormones.

There are a variety of treatments for breast cancer depending on the type, location, stage, nodal involvement and receptor status of the disease. Common treatments include surgical removal of the cancerous tumor which may be by lumpectomy or by mastectomy, radiation and chemotherapy, and if the cancer is hormone receptor positive, a drug therapy designed to block estrogen from reaching any remaining cancer or precancerous cells either by blocking production or by blocking hormone receptors. Obviously, in any woman who develops breast cancer, all E+P therapy is immediately stopped. For hormone deficient women, stopping E+P is probably enough to prevent reoccurrence of their cancer. We recommend all available means to prevent reoccurrence.

Once the cancer is removed and all treatments are given, there will be still be a continuing risk of re-occurrence of the disease that we assess and discuss with the patient. Regardless of the how small the continuing risk may seem to be on paper, women who receive a diagnosis of breast cancer experience both physical and emotional pain and distress. This is a disease that affects not only a woman's life expectancy and physical appearance, both of which are significant issues, but also has a dramatic effect on her sexuality and in fact her entire sense of being a woman.

I have experience in counseling women with breast cancer and in talking to family members of women who had been diagnosed with cancer. The physical pain and disfigurement is only one part of the damage these women and their families suffer as a result of a breast cancer diagnosis.

### *Hormone Sensitive Tumors*

Historically, the removal of hormones from breast cancer cells has been shown to be an effective therapy in the breast cancer arsenal. It is generally accepted that hormone sensitive tumors require hormones to grow.[55] This medical and scientific fact is the basis of

[55] Oncolink (the presence of estrogen and progesterone receptors means that the cancer requires estrogen for its growth)- PX 8426B; National Cancer Institute Website (cancers with these hormone receptors need hormones to grow) - PX 8426A; Wyeth's website-PX 10555 (This type of cancer requires estrogen to grow).

the treatment protocols for such cancers which includes stopping all HRT and taking anti-estrogenic treatment like Tamoxifen or an aromatase inhibitor.[56] These anti-estrogenic treatments are intended to create tissue-specific hormone deficiency. Treatment of patients with Tamoxifen or Raloxifene results in a more than a 70% reduction in all breast cancer occurrences and a more than 80% reduction in hormone sensitive tumors. Clinical experience with Tamoxifen shows that hormone sensitive tumors will stop growing and even shrink when the patient is treated with Tamoxifen.

Drugs like Tamoxifen and Raloxifene block the estrogen receptor, preventing any available estrogen from binding to that receptor and producing an estrogenic effect. This is important because when estrogen binds to its receptor, it sets in motion a number of growth mechanisms, the best example being the progesterone receptor. The progesterone receptor is created when estrogen binds to the estrogen receptor. This is why the presence of progesterone receptors is a good indication that the estrogen receptor is currently functioning. By the same token, the withdrawal of estrogen from the tumor usually results in a reduction of progesterone receptors.[57] Studies by Miller, Miller and Kurosami show that with the removal of hormones from a hormone sensitive tumor, either by receptor blockade or by blocking production, estrogen receptor levels are reduced and progesterone receptors decline to zero in some cases. Most importantly, SERM therapy reduces the PR much less than blockade again proving how sensitive hormone positive tumors are to hormones.

The predominant effect we see when E+P therapy is withdrawn is a reduction in the size and growth rate of an individual's ER+ breast cancer and at the population level, the decline in the rate of breast cancer. We saw this reduction in the rate of breast cancer beginning in 2002, after publication of the initial WHI Prempro Trial results. The decline was caused by decreased usage of E+P. The decline in breast cancer was basically in

---

[56] Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States,* N. England J Med Vol. 356;16, (2007) – PX ML 4743; Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775*;* Krieger, *Hormone Therapy and the Rise and Perhaps Fall of US Breast Cancer Incidence Rates: Critical Reflections*, Intl. J. of Epidemiology, 1-11 (2008) – PX ML 5085; Krieger, *Decline in US Breast Cancer Rates After the Women's Health Initiative: Socioeconomic and Racial/Ethnic Differentials,* Am J Public Health, (2010); Marshall, *Recent Breast Cancer Incidence Trends According to Hormone Therapy use: The California Teacher's Study Cohort*, Breast Cancer Research, Vol. 12: R4 (2010) – PX ML 5838.

[57] Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) - PX ML 1085.

hormone sensitive tumors in women aged 50-59. Researchers did not find a decline in the rate of hormone negative tumors, nor any change in the breast cancer rate in women under 50 years of age (premenopausal women).

Again, the endometrial cancer crisis of the 1970's is particularly analogous. Once scientists determined that the dramatic rise in endometrial cancers, specifically hormone dependent cancers, had tracked the rise in Premarin prescriptions, and that the occurrence of endometrial cancer was related to the use of Premarin in two different case control studies, the use of Premarin fell off dramatically. Within a few months, the rate of hormone dependent endometrial cancers dropped dramatically as well. This was confirmation of the causal link between unopposed estrogen use and hormone dependent endometrial cancer.

It is generally accepted that most breast cancers begin as estrogen receptor positive but that some change to a more estrogen independent type as time goes by and more mutations occur.[58] It is better for the patient if the cancer is detected before the cancer becomes more estrogen independent and obviously before the cancer metastasizes.

***Menopause and the Risk of Breast Cancer***

For many women, menopause acts like a natural barrier to their risk of getting breast cancer. Women who are hormone deficient after menopause are at a substantially reduced risk of breast cancer, especially hormone dependent breast cancer. Other women, specifically those who maintain higher levels of hormones even after menopause, continue to be at risk for breast cancer, and in fact their risk continues to increase as they age.

Whether a woman ultimately develops breast cancer depends, at least in part, on her susceptibility. Many women enter menopause with abnormal or pre-malignant cells or lesions in their breasts. These pre-malignant lesions are not cancer and may never become cancer, much less clinical cancer. Women may also enter menopause with very small, even microscopic, sub- clinical cancers. Autopsy studies have confirmed that menopausal women

[58] Dahlman-Wright, Fuqua, International Union of Pharmacology. LXIV. Estrogen receptors. Pharmacol Rev. Vol. 58(4):773-81 (2006) – PX MA 5469; Allred & Fuqua, *Histological and biological evolution of human premalignant breast disease*, Endocrine-Related Cancer, Vol. 8, 47-6 1 (2001)- PX ML 4372.

can have many pre- malignant or malignant lesions that never have clinical significance and therefore do not affect the woman's life.[59]

Most of these microscopic lesions are hormonally sensitive so that their growth and development is under the influence of hormones. These hormone sensitive/dependent lesions will grow and have the potential to move towards a clinical malignancy in the presence of hormones and will stop growing and in some cases regress as these hormones are removed.[60]

In women who become hormone deficient as they enter menopause and who do not take combination hormone therapy, any hormone sensitive lesions in the breasts would be expected to stop growing and even regress as the available hormone source was removed. In women who maintain higher levels of hormones as they enter menopause (hormone sufficient women), these preclinical lesions would continue to have a source of fuel to grow and develop their cancers. This effect was documented in a study involving the estrogen receptor blocking drug Raloxifene.[61] Taking E+P stops this impact and causes pre-existing conditions or disease to be aggravated and to grow bigger and worse.

---

[59] Ringberg, *Bilateral and multifocal breast carcinoma. A clinical and autopsy study with special emphasis on carcinoma in situ*. Eur J Surg Oncol., Vol. 17(1):20-9 (1991) – PX ML 4411.

[60] Dahlman-Wright, Fuqua, International Union of Pharmacology. LXIV. Estrogen receptors. Pharmacol Rev. Vol. 58(4):773-81 (2006); Zahl, *The natural history of invasive breast cancers detected by screening mammography*, Arch Intern Med., Vol. 168(21):2311-6 (2008); Weinberg, *The Biology of Cancer*, 2007 – PX 1766; Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007)- PX ML 4775 (E+P is the fuel that is promoting the growth and without this fuel, the growth may slow or stop entirely or the tumors may even regress); Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) - PX ML 1085 (marked reduction in proliferation rate of cancer following Prempro cessation); Harvey, *Short-term Cessation of Hormone Replacement Therapy and Improvement of Mammographic Specificity, Journal of National Cancer Institute*, Vol. 89, No. 21 (1997) – PX ML 0275; Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (2009) – PX ML 4881; Jena, *Complete Resolution of Metastatic Breast Cancer by Withdrawal of Hormone Replacement Therapy*, Clinical Oncology, Vol. 13: 200-201 (2001)- PX ML 6008; Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy*, AJR, Vol. 167:394-5 (1996)- PX ML 2238; Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28 (2010) at p. 7 (Withdrawal of HT may halt the progression of pre-existing tumors or even cause them to regress completely) – PX ML 6102; Sloan Kettering website by Dr. Clifford Hudis – PX 8078 (Hormones fuel cancers and without this fuel "they might immediately stop growing and shrink").

[61] Cummings, *Serum Estradiol Level and Risk of Breast Cancer During Treatment With Raloxifene*, JAMA, Vol. 287, No. 2, (2002) – PX ML 2849; Cummings, *Multiple Outcomes of Raloxifene Evaluation (MORE) Trial. Serum estradiol level and risk of breast cancer during*

There are menopausal women who never take E+P but they still get breast cancer. Hormone sufficient women are at a substantially higher risk of breast cancer, especially as they get older. This was also true in the 1970's during the endometrial cancer epidemic. There were menopausal women who were diagnosed with endometrial cancer who never took Premarin. The women who did take Premarin were the hormone deficient women who would have been at little or no risk of getting cancer but for taking the drug.

One indication of a woman's changing levels of hormones and her risk of breast cancer is her breast density. In many women, changes in breast density are directly related to her tissue levels of hormones. As a woman approaches menopause, her breast tissue would normally go through a process called involution as her breast cells die off and her breast density decreases. Even women with high endogenous levels of estrogen after menopause will show signs of involution and a reduction in breast density. The combination of E+P however has been shown to prevent normal involution and either maintain, or in many cases increase, breast density in menopausal women. This effect results in not only an increased risk of breast cancer but also an increased risk that the cancer will be masked by the dense tissue around it and not found as quickly on mammogram.[62]

***Hormone Levels***

There is some degree of variability in endogenous hormone levels in menopausal women. Generally, circulating estrogen levels (either serum or plasma) after menopause are from 1% to 30% of premenopausal levels. After menopause, most endogenous estradiol is made in the peripheral tissues, i.e., fat, bone, brain, muscle, etc. The amount of circulating estradiol measured in the blood after menopause is thought to be less than what is present in the estrogen producing tissues. There is also some variation in progesterone levels although generally all menopausal women have very low progesterone levels.

---

*treatment with Raloxifene*, JAMA, Vol. 287(2):216-20 (2002); Cummings, *The Effect of Raloxifene on Risk of Breast Cancer in Postmenopausal Women: Results From the MORE Randomized Trial*, JAMA, Vol. 281, No 23 (1999) - PX ML 177.

[62] Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008). - PX MA 5167.

The Chatterton paper[63] compared the impact of E+P therapy and the use of oral contraceptives on hormone levels in pre- and postmenopausal women, in both serum and in nipple aspirate fluid. The mean serum levels of estradiol are set out below for premenopausal women on and off oral contraceptives as well as postmenopausal women on and off HRT.

| Premenopausal | Oral contraceptives | Postmenopausal | Hormone therapy |
|---|---|---|---|
| 328 (304-352) | 94.7 (74.9-120.1) | 52.5 (46.3-59.5) | 131 (86.6-198.3) |

The mean concentrations of estradiol in the nipple aspirate fluid for the same groups shows the dramatic impact of taking combination HRT on the estradiol concentration in the woman's actual breast tissue.

| Premenopausal | Oral Contraceptives | Postmenopausal | Hormone Therapy |
|---|---|---|---|
| 316 (271-368) | 108 (64-179) | 120 (11-179) | 2181 (1660-2868) |
| | | | |

This paper documents an 18X higher level of estradiol in the breast tissue of combination E+P users as compared to that of non-E+P users. The paper also documents a 7X higher level of estradiol in the postmenopausal breast of E+P users as compared to that in the breast tissue of premenopausal women. Whatever endogenous estradiol levels a postmenopausal woman might naturally have, combination E+P saturates her postmenopausal breast tissue with dramatically higher levels of estradiol than she has ever had, even during her premenopausal years. This increase in breast tissue levels of estradiol would be even more dramatic in a population of hormone deficient women.

These findings are consistent with other papers that show that E+P therapy increases the synthesis of estradiol in the normal female breast far beyond what occurs in control subjects not taking E+P and in those subjects taking estrogen alone.

Chatterton et al also measured progesterone levels as set forth below. In serum first;

| Premenopausal | Oral contraceptives | Postmenopausal | On HRT |
|---|---|---|---|
| 44.8 (42.0-48.3) | 1.6 (1.4-5.0) | 1.2 (0.3-4.6) | |

63 Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J.Clin.Endocrinology & Metabolism 90(3):1686-1691 (2005) – PX ML 2488.

In nipple aspirate fluid;

| Premenopausal | Oral Contraceptives | Postmenopausal | On HRT |
|---|---|---|---|
| 132 (111-158) | 2.2 (-3.2-5.1) | 6.7 (3.8-12.4) | 4.4 (2.2-8.6) |

The measurements confirm that menopausal women have very low levels of progesterone, even in the breast tissue. The addition of E+P brings not only a dramatic increase in serum and tissue levels of estrogen, but also of the synthetic progestin (medroxyprogesterone acetate (MPA). MPA is a chemical similar in structure to natural progesterone but very different in its effect on the breast. MPA is 36 times more potent than progesterone and it also has additional androgenic properties that increase its carcinogenic potential in the breast.[64]

The addition of MPA provides high levels of a very potent synthetic progestin constant and continuously. It is the combination of estrogen with this synthetic progestin that creates this unnatural hormonal state for as many as 31 days per month. E+P causes hormone-related effects in the breast, including increased or maintained density, increased cellular proliferation, increased estradiol synthesis and increased breast cancer risk that increases with duration of E+P use.

***E+P Causes Breast Cancer***

It is now generally accepted by the medical and scientific communities that E+P is a cause of breast cancer in menopausal women. It is also generally accepted that E+P causes breast cancer by promotion. This causal effect can be seen in women taking E+P for as short a time as six months. The risk that E+P will cause breast cancer increases the longer a woman uses the drugs. Finally, as seen from the SEER data, the causal effect of E+P on breast cancer diminishes rapidly once the woman stops taking the drugs.

The WHI Prempro Trial was stopped early due to an increased incidence of invasive breast cancer. The cancers were found at a significantly higher rate, much earlier than expected and at a much more advanced stage as compared to the placebo group. Even though the WHI Prempro Trial was not designed to quantify the true breast cancer risk caused by E+P therapy, it was designed to detect the presence of such a risk. Because the study was a Randomized Controlled Clinical Trial using human volunteers, the WHI

Prempro Trial was designed to be stopped if the investigators detected a significant risk of harm, specifically breast cancer. We will never know exactly how high the risk would have been had they continued the study to the end. Based on the level of harm being caused in the study, it would have been unethical to continue to give women in the study breast cancer.

Since the WHI Prempro Trial results were published, a number of studies of all different types have now been done that specifically looked at whether there was a causal connection between E+P and breast cancer. Those studies, plus the continued analysis of the WHI, its observational arm, the Million Women Study, and the continued assessment of the SEER data matched with E+P prescriptions, have provided confirmation that E+P is a cause of breast cancer.

There are currently more than 44 epidemiological studies that show more than a doubling of the risk for E+P use and breast cancer in menopausal women. These studies have been done in different populations of women, in different countries, using all different types of E+P therapies. These studies have had different designs, controlled for different risks and variables, had a variety of different endpoints, looked at different breast cancer types and were done by different investigators. The consistent end result was that E+P increases the risk of breast cancer. It is the totality of the evidence, which at this point is overwhelming, that establishes this cause and effect relationship between E+P and breast cancer.

Leading breast cancer researchers from around the world have published their opinion that E+P is a cause of breast cancer. Drs. Graham Colditz and Brian MacMahon have both published their opinions that E+P causes breast cancer in women.[65] Dr. Christopher Li of the Fred Hutchinson Breast Cancer Research Center has written that the relationship between E+P and breast cancer is causal.[66] The IARC (International Agency for Research on Cancer) has published that E+P is a carcinogen in the breast.[67] Also, WHI investigators have made a series of public statements clearly stating that E+P is a cause of

---

64 PX 6093.

65 Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) -PX ML 4681; MacMahon, *Epidemiology and the causes of breast cancer*, Int. J. Cancer, 118, 2373-2378 (2006) – PX ML 4196.

66 Li, *Postmenopausal Hormone Therapy and the risk of breast cancer: the view of an epidemiologist,* Maturitas 49, 44-50 (2004) –PX ML 2980.

67 PX 866B (IARC Monograph).

breast cancer. Multiple epidemiological studies confirm that E+P does cause breast cancer[68], and has caused more than 200,000 additional breast cancer cases in the USA alone over a 10 year period.[69]

Rowan Chlebowski, a medical oncologist at Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center, and lead author of the new WHI study, told the press the following:

> *"In the last decade in which it was still widely used (1992--2002), long-term hormone therapy probably caused breast cancer in 200,000 women.*

---

[68] Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4989; MacMahon, *Epidemiology and the causes of breast cancer*, Int. J. Cancer, 118, 2373-2378 (2006) – PX ML 4196; International Agency for Research on Cancer. IARC monographs on the evaluation of carcinogenic risk to humans: Vol 91: Combined Estrogen-Progestin Contraceptives and Combined Estrogen Progestogen Menopausal Therapy (2007) - PX 866B; Li, *Postmenopausal Hormone Therapy and the risk of breast cancer: the view of an epidemiologist*, Maturitas 49, 44-50 (2004) – PX ML 2980; Fournier, *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer*, J. Clinical Oncology, 26(8): 1260-68 (March 2008) – PX ML 5087; Katalinic, *Trends in Hormone Therapy and Breast Cancer Incidence - Results from the German Network of Cancer Registries*, Pathobiology, Vol. 76, p.90 (2009) – PX ML 5142; Gann, *Combined Hormone Therapy and Breast Cancer: A Single Edged Sword*, JAMA, Vol. 289, No. 24 (2003) – PX ML 6; Speech by Dr. Clifford Hudis of Sloan Kettering, PX 8078A; Speech by Dr. Norton of Sloan Kettering, PX 8078B; National Cancer Institute, PX 8426C at p. 4 (Decreased incidence of breast cancer after WHI provides additional support for the causal association between combined HT and the risk of breast cancer).

[69] Banks, Canfell, *Recent declines in breast cancer incidence: Mounting evidence that reduced use of menopausal hormones is largely responsible*, Breast Cancer Research, Vol 12: 103 (2010) – PX ML 5500; Marshall, *Recent Breast Cancer Incidence Trends According to Hormone Therapy use: The California Teacher's Study Cohort*, Breast Cancer Research, (2010) – PX ML 5838; Cheblowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (Feb. 2009)- PX ML 4881; Kerlikowske, *Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population*, JNCI, Vol. 99, Issue 17 (2007)- PX ML 4854 at p. 5; Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin,* Breast Cancer Research 2007: Vol. 9, No. 108 (2007) – PX ML A4681; Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007) – PX ML 4743; Clarke, *Declines in breast cancer after the WHI: apparent impact of hormone therapy*, Cancer Causes Control (2007); Robbins and Clarke, *Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004*, J. of Clinical Oncology, Vol. 25, No. 23 (2007) - PX ML 4770; Cronin, Ravdin, *Sustained Lower Rates of Breast Cancer in the United States*, Breast Cancer Res Treat (2008) – PX ML 5017;Clarke. *The Decline in Breast Cancer Incidence: Real or Imaginary?* Current Oncology Reports 2009, 11:21-28; Hausauser, *Recent trends in breast cancer incidence in US white women by county-level urban/rural and poverty status*. BMC Med., Vol. 7:31 (2009) – PX M 5103; PX 21094.

*Estrogen-progestin appears to act as a growth factor in the body, stimulating cancer cells. But the effect seems to dissipate quickly once hormones are withdrawn.*

*The findings should help allay lingering skepticism among some physicians about hormone therapy's role in triggering breast cancer."*

Marcia Stefanick, co-author of the study, and a breast cancer epidemiologist and professor of medicine at Stanford, told the press:

*"For both groups, the risk of cancer was much more pronounced than suggested by previous data. This is very strong evidence that estrogen plus progestin causes breast cancer.*

*The good news is that if you discontinue hormones, your risk drops pretty quickly. You start women on hormones and within five years, their risk for breast cancer is clearly elevated. You stop the hormones and within one year, their risk is essentially back to normal. It's reasonably convincing cause-and-effect data."*

Probably the most compelling evidence that E+P causes breast cancer comes from the SEER database. When the rate of breast cancer was compared to the rate of E+P prescriptions, investigators found that the dramatic decrease in the rate of breast cancer that began in the latter part of 2002 and then continued into 2003 coincided directly with the reduction in prescriptions of E+P during that same time frame. Numerous researchers have published on this topic and the overwhelming consensus is that the reduction in breast cancer was caused by women not taking E+P once the initial WHI Prempro Trial findings were released in July 2002.

The suggestion that the drop in breast cancer was somehow related to a drop in screening mammograms has been discounted and is no longer seen as scientifically valid. As Dr. Chlebowski said in a public statement,

*"If you stop hormones, the risk of breast cancer [associated with hormone use] rapidly declines. The risk decreased rapidly in both groups after they stopped the pills, even though both groups had mammograms with similar frequency. That fact weakens the argument that the drop in breast cancer cases was due to fewer women getting mammograms. There was a rapid decline in breast*

> *cancer incidence after stopping hormones, while mammography use didn't change between the groups.*
>
> *The rapid decline in cancer rates was due not only to an overall drop in breast-cancer risk, but also to the withdrawal of excess estrogen, which may actually have served as a treatment for tiny, preclinical breast cancers. When you change from a high- to a low-estrogen environment, it's like giving breast cancer treatment. These are preclinical cancers that are below the level of detection, and that accounts for why biologically we can see such a quick effect in stopping hormone therapy*."

Marcia Stefanick said recently:

> *"We know nationwide, breast cancer rates dropped within a year of the initial publication. We now have good evidence that, yes, this happened absolutely in association with the drop of the hormones*."

Joanne Manson, another co-author of the new WHI study, and a professor at Harvard Medical School, said:

> *"After disagreements emerged over the cause of the decline, the WHI researchers scrutinized women in two groups. In both study populations, the risk decreased rapidly after stopping hormone therapy, and in neither case was it explained by changes in mammogram screening."*

Based on this drop in the rate of cancer and the other epidemiological evidence, one researcher estimated that E+P caused 17,500 additional breast cancers in this country per year.[70] Dr. Chlebowski estimated 200,000 breast cancers were caused by the use of E+P therapy during a 10 year period in the 1980's and 1990's in this country alone.[71] The decline did not represent just a delay in the detection of breast cancers but cancers were prevented when women stopped E+P drug therapy. The drop was seen even in the rates of *in situ* cancers.[72]

---

70 Kerlikowske, *Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population*, JNCI, Vol. 99, Issue 17 (2007) - PX ML 4854; Kerlikowske, *Breast Cancer Risk by Breast Density, Menopause and Postmenopausal Hormone Therapy Use,* J. of Clinical Oncology, (July 19, 2010) – PX ML 5656.

71 PX 21094.

72 Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28(35): 5140-5146 (2010) – PX

Again, this correlation between a drop in cancer rate and a drop in drug prescriptions is directly analogous to the endometrial cancer crisis of the 1970's. The dramatic drop in hormone dependent endometrial cancers that followed, almost immediately, the drop in prescriptions of Premarin was the final confirmation that Premarin (unopposed estrogen) was a cause of endometrial cancer in women.

***E+P Causes Breast Cancer by Promotion***

There are two recognized types of cancer causation, initiation and promotion. Cancer causation by initiation refers to the process whereby the carcinogen damages the cell DNA directly, leading to a series of mutations which may eventually result in the development of cancer decades later. An example of a carcinogen that is an initiator of breast cancer is radiation. There is insufficient evidence at this time that E+P is an initiator of breast cancer in women. In using the term "cause" in this report, I am not referring to E+P as being an initiator of breast cancer.

E+P causes breast cancer by promotion. Promotion refers to a process by which the carcinogen causes an increase in cell division and proliferation so that abnormal and even premalignant cells in the breast grow and divide more rapidly. This rapid cell division leads to an increased opportunity for additional mutations or mistakes in those cells, thereby pushing those abnormalities down the path towards cancer. Once the cells become cancerous, this same proliferative effect will stimulate the cancer to grow larger and continue to evolve and mutate, potentially towards metastatic disease.

The most important and relevant historical example of cancer by promotion is the endometrial cancer epidemic caused by the use of unopposed estrogen therapy (E alone) in the late 1960s and early 1970s.

There are a number of important parallels between the endometrial cancer crisis discovered in 1975 and the dramatic rise and fall of breast cancers in this country which tracked the use of E+P. In both circumstances, estrogen deficient menopausal women took hormone therapy for relief of menopausal symptoms and developed hormone dependent cancer in a hormone sensitive organ. The cancer causation in both circumstances occurred

---

ML 6102 (DCIS rates significantly decreased in women age 50 to 69 years after 2002 while rates of DCIS in women younger than 49 remained stable).

over a short term of drug use -- months to a couple of years. In both instances, the causal effect increased with duration of use of the drug therapy. In both circumstances, the causal effect of the drug therapy diminished after short time off drug -- a few months to a couple of years.

The endometrial cancer crisis story is critical to understanding what has happened with E+P and the breast cancer epidemic that has occurred in this country between the early 1980's until the 2000-2002 timeframe.

***E+P's Impact***

Using E+P for even short periods of time can increase a woman's risk of developing breast cancer. E+P's effect on hormone sensitive tissue is rapid.[73] Similarly, after the WHI study results were released and there was a decline in the use of E+P use, a corresponding decline in hormone dependent breast cancers occurred within months.[74] E+P moves breast abnormalities (whether hyperplasias, benign lesions or occult cancers) down the pathway to clinically significant cancer. E+P can aggravate breast cancer in that it can cause occult cancers to grow "bigger" and "worse" requiring treatment.[75] Wyeth and its experts confirm that E+P can make breast cancer worse.[76]

***Assessing Causality in a Specific Case***

In looking at a particular woman's case, I have been asked to determine if, in my opinion, it is more likely than not E+P was a substantial contributing cause of her breast cancer. In other words, but for the woman's use of E+P, she would not have been diagnosed with breast cancer. The methodology I employ to make such an assessment is called either differential diagnosis or causality assessment (the method is the same). This is a process by which doctors assess the cause of a particular symptom, set of symptoms or illness based on the patient's particular clinical history. This process allows for the physician to look at the possible explanations or causes for the patient's condition and then to assess which are more likely the cause and which are less likely or unlikely to be the cause.

---

[73] PX 862B, Prempro label (Impact of Prempro on vaginal tissue and alleviation of hot flashes occurs in 4-12 weeks).

[74] See citations above.

[75] Testimony of Dr. James Pickar – PX 20260C.

In reviewing Wyeth and Pharmacia documents as well as "Guidances" from the FDA, this same methodology is commonly used by these drug companies, clinical investigators and employees of the FDA and is actually referred to as a "causality assessment." The methodology I have used in assessing causality in this case is the same basic methodology outlined in those documents and referred to as a "causality assessment."

***Consideration of Risk Factors***

In performing a differential diagnosis/causality assessment, I have considered certain risk factors for breast cancer generally but I have focused on risk factors for hormone dependent breast cancer specifically. I use the term "risk factor" to describe those things which have an association with the occurrence of the disease, in this case hormone dependent breast cancer. Some risk factors for breast cancer are also considered "causes", the best example of these being E+P use. Other risk factors, while not causes, do make a woman susceptible to developing breast cancer if she uses E+P. Examples of these would be female gender, advancing age and dense breasts.

In assessing causality in a particular case, I first look at the patient's breast cancer risk profile, including her Gail Model, score to assess her overall risk for developing breast cancer generally. In doing this I assess whether the woman was at high risk of getting breast cancer irrespective of her use of E+P.

I then look at her risk factors for developing her particular hormone dependent breast cancer. The first and most important issue I consider involves identifying the source(s) of the hormones that were necessary for the growth and development of her tumor. Hormone dependent tumors will not grow and develop into clinical cancer in the absence of hormones. In identifying the most probable source of the hormones fueling the cancer, I look at whether the woman is hormone deficient (symptomatic) or hormone sufficient (asymptomatic). Women who are hormone deficient would be at a very low risk of ever getting a hormone dependent breast cancer unless they take E+P.

I then assess to see whether there is an alternative explanation for the woman developing breast cancer that does not involve her use of E+P as a substantial contributing factor. I look at the timing of her use of E+P and timing of the development of her cancer to

---

[76] Testimony of Dr. Geza Acs; Testimony of Dr. Edward Copeland.

see if there was sufficient use of E+P to have caused the clinical presentation of breast cancer. I also look at the mammographic evidence and the pathological evidence to see if that is consistent with E+P being a cause of the cancer.

Finally, I look at what other risk factors might have made her susceptible to developing breast cancer as a result of her use of E+P.

***Risk Factors Associated with Lifetime Estrogen/Hormone Exposure***

There are a number of recognized risk factors that address a woman's lifetime exposure to hormones that I consider in assessing her susceptibility to getting breast cancer. Ms. Romero has no history of alcohol abuse and is a thin woman, being neither overweight nor obese. Ms. Romero's Gail model reveals she is not at high risk. Therefore, based upon the above, prior to starting E+P, Ms. Romero had minimal susceptibility for developing breast cancer.

***Age of Menarche/Age of Menopause***

The lower the age of menarche and/or the higher the age of menopause, the higher the woman's risk of breast cancer. These risk factors speak to the length of time a woman was exposed to high pre-menopausal levels of her own endogenous hormones. These risk factors are important for assessing a woman's susceptibility to getting breast cancer but do not address a menopausal woman's current hormone levels and so cannot explain where her hormone dependent cancer is getting the hormones (the fuel) necessary for its growth and development. This is one of the factors taken into account by the Gail model.

Ms. Romero was age 15 at menarche. She was menopausal at age 48, when E+P was initiated. Incorporating these facts into her Gail model, she was not at high risk for the development of breast cancer at the time she was first prescribed E+P.

Regardless of the years of exposure a particular woman has had to her endogenous hormones prior to menopause, if she has symptoms of hormone deficiency, she currently has very low levels of endogenous hormones.

Ms. Romero exhibited symptoms of hormone deficiency prior to E+P therapy. According to her medical records and fact sheet, Ms. Romero had hot flashes and irregular bleeding. Absent E+P therapy, her risk of breast cancer, especially hormone dependent

breast cancer, would be very low. Any hormone dependent lesions would stop growing and probably shrink and regress once she becomes hormone deficient.

***Age at First Live Birth***

It has been shown that the earlier a woman gives birth, the earlier certain hormonal changes occur in her breast that may be protective against cellular mutations that could eventually lead to breast cancer. A woman who has not had children or who had children late in life may be at increased risk of being susceptible to getting breast cancer if exposed to a carcinogen like E+P therapy. This is another factor taken into account by the Gail model.

However, regardless of whether or when a woman had children, if she has hormone deficiency symptoms, she has very low current levels of hormones. Any susceptible hormone dependent cells or lesions need hormones to grow and develop. Absent E+P therapy, a hormone deficient woman would not be expected to develop those lesions into hormone dependent cancer.

Ms. Romero had her first live birth at age 25. Incorporated into the Gail model, this fact provides further evidence that Ms. Romero was at low risk for the development of breast cancer before she started E+P therapy.

***History of Breast Feeding***

Similarly, breast feeding has been shown to lead to a maturation of breast tissue cells that may be protective against the future development of mutations that could lead to breast cancer, given the necessary hormonal stimulation. A lack of breast feeding some years ago however would not create a current source of the hormones necessary to fuel the growth and development of a hormone dependent breast cancer.

If the woman has hormone deficiency symptoms, whether she breast fed or not would not affect her current levels of hormones. She would still need a current hormone source to fuel the growth and development of her cancer. For a hormone deficient woman, that source will be E+P.

Ms. Romero did not breast feed.

***Oral Contraceptive Use***

Oral contraceptives have not been shown to increase a woman's risk of menopausal breast cancer. At least one study shows that oral contraceptive use actually decreases the measurable levels of both estradiol and progesterone in the serum and in nipple aspirate fluid.[77]

Oral contraceptives are hormones given to pre-menopausal women, for the purpose of manipulating hormone levels to prevent pregnancy. The effect of oral contraceptive hormones in a pre-menopausal woman is in no way indicative of the effect of menopausal E+P therapy on the risk of developing breast cancer.

Ms. Romero did use oral contraceptives from 1971 to 1983.

***Non-Estrogenic Risk Factors***

***Family History***

Family history, defined as a first degree relative with breast cancer, is an important risk factor for breast cancer generally; however, it is not a strong risk factor for hormone dependent breast cancer in menopausal women.[78] Generally, breast cancers where family history is thought to play a causative role are hormone negative cancers and generally they are diagnosed prior to menopause.[79] Once again, this is factored into the Gail model.

In E+P induced breast cancer, family history may play a role in explaining the woman's susceptibility to getting cancer form the drug therapy. I have seen and am aware of cases where there was a family history of breast cancer in a first degree relative who developed breast cancer after taking E+P therapy. Again, family history would not be an alternative causation explanation in a woman who developed a hormone dependent cancer because a family history of breast cancer does not explain how the woman has the hormones

---

[77] Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J.Clin.Endocrinology & Metabolism 90(3):1686-1691 (2005) – PX ML 2488.

[78] Huang, *Hormone-related Factors and Risk of Breast Cancer in Relation to Estrogen Receptor and Progesterone Receptor Status*, Am. J. of Epidemiology, Vol. 151, No. 7 (2000)- PX ML 892; Welsh, *Population-based estimates of the relation between breast cancer risk, tumor subtype, and family history*, Breast Cancer Res Treat, (2008)- ML 5164.

necessary to fuel the hormone dependent tumor. Hormones necessary to fuel the growth of these tumors must come from an endogenous source or from a drug therapy (exogenous source). If she is hormone deficient, then it must come from the drugs.

I have reviewed the family medical history information supplied by Ms. Romero. According to her Gail model, Ms. Romero had no family history of breast cancer.

***Dense Breasts***

Breast density is also an important risk factor for breast cancer in women. Breast cancer arises in the dense fibroglandular tissue, not the fatty tissue, of the breast. The denser the breast, the more fibroglandular tissue there is and the more opportunity/susceptibility there is for breast cancer to develop. Dense breasts make a woman susceptible to developing cancer when exposed to a carcinogen like E+P.[80] In fact, some very prominent authors have recommended that women with dense breasts not take E+P because of the increased risk of getting an E+P induced breast cancer.[81]

Ms. Romero had dense breasts. Thus her breasts were susceptible to developing breast cancer.

***Age***

Age is a risk factor for breast cancer generally, and in fact is a risk factor for most cancers generally. It is accepted that as women age, they have more opportunity to have cellular abnormalities or "cellular mistakes" that can develop into cancer. These mistakes, or by analogy cancer "seeds," can accumulate and then be promoted to grow and turn into cancer by hormonal stimulation, another feature of the Gail model.

In women taking E+P, this hormonal stimulation would come almost exclusively from the E+P therapy. This would be especially true for hormone deficient women, who, but

---

[79] Huang, *Hormone-related Factors and Risk of Breast Cancer in Relation to Estrogen Receptor and Progesterone Receptor Status*, Am. J. of Epidemiology, Vol. 151, No. 7 (2000) – PX ML 892.

[80] Boyd, *Mammographic breast density as an intermediate phenotype for breast cancer*, The Lancet, Vol. 6:798-808 (2005) - PX ML 6020 / PX ML 3847.

[81] Yaffe, *Is mammographic density, as currently measured, a robust surrogate marker for breast cancer?* Gynecological Epidemiology, Vol. 21 (Supp 1): 17-21 (2005) - PX ML 3422.

for E+P therapy, would not have sufficient hormones to fuel the growth and development of the cancer.

***Benign Breast Disease***

Benign breast disease with atypia is a recognized risk factor for breast cancer. The genetic or cellular "mistakes" that lead to the formation of these benign lesions are the same type of mistake that could eventually develop into breast cancer. A woman with cellular mistakes or benign lesions may be susceptible to developing breast cancer from the use of a hormonal carcinogen like E+P. As I assess causality, I assess whether the presence of atypical benign breast disease is indicative of a woman's susceptibility to getting a breast cancer caused by E+P. In other words, whether E+P promoted existing cellular abnormalities or mistakes into clinical cancer. Once again this factors into her Gail model.

In a woman who is hormone deficient and who does not take E+P, hormone dependent cellular abnormalities will not develop into clinical cancer because there is nothing to fuel such development.

Ms. Romero has no evidence of benign breast disease with atypia.

***Obesity***

Obesity has been linked to higher breast cancer risk in non-E+P users. But there are two important issues to consider when evaluating an overweight woman: first, was she experiencing symptoms of hormone deficiency which would confirm that she did not have higher levels of hormones and (b) studies have shown that the level of hormones from E+P make the body's natural hormones inconsequential and negligible.[82]

Ms. Romero was neither overweight nor obese.

---

[82] National Cancer Institute Website: Summary- PX 20256 (Obesity is associated with an increased risk of breast cancer only in those women who have not used hormone therapy); Feigelson, *Weight Gain, Body Mass Index, Hormone Replacement Therapy, and Postmenopausal Breast Cancer in a Large Prospective Stud*y, Cancer Epidemiology, Biomarkers & Prevention, Vol. 13: 220-224 (2004)- PX ML 151; Modugno, *Obesity, hormone therapy, estrogen metabolism and risk of postmenopausal breast cancer*, Int. J. Cancer, Vol. 118:1292-1301 (2006) – PX ML 391; Li, *Interactions between Body Mass Index and Hormone Therapy and Postmenopausal Breast Cancer Risk* (United States), Cancer Causes Control, Vol. 17(5):695-703 (2006)- PX ML 4463.

***Alcohol use***

Excessive alcohol use may impact estrogen levels in some menopausal women.[83] Ms. Romero had occasional alcohol use.

***Further Evidence of Case Specific Causation***

***Changes in Breast Density***

In assessing causality I look at whether there is any evidence of an E+P drug effect on the breast tissue of the woman.[84] In the normal menopausal breast, especially in a hormone deficient menopausal woman, the breast will involute and become less dense. E+P has been shown to increase density in some women, maintain density in some women and slow involution in other women.[85]

There are a number of reasons why an individual woman may not have direct evidence of a breast density effect from E+P. For example, in some cases the woman undergoes a mastectomy so that follow up mammograms are not available. In other cases the woman's breasts are so dense that a drug effect can not be detected. Also, a woman whose breast is very fatty may not show visible effects of E+P on the scarce fibroglandular tissue.

Ms. Romero's medical records and mammograms reveal that an evaluation of her mammograms before, during and post- combination hormonal therapy use reveal dense breasts. Accordingly, she had an increased susceptibility to proliferative breast changes prior to E + P use. Also, at menopause, because cellular proliferation decreases with the absence

[83] National Cancer Institute Website: Summary- PX 20256; Nielsen, *Interactions between intakes of alcohol and postmenopausal hormones on risk of breast cancer*, Int. J. Cancer, Vol. 122: 1109-1113 (2008)- PX ML 4914; Chen, *Use of Postmenopausal Hormones, Alcohol, and Risk for Invasive Breast Cancer*, Ann Intern Med, Vol. 137: 798-804 (2002) – DUROJO46-005662- PX ML 1647; Li, Y, *Wine, liquor, beer and risk of breast cancer in a large population*, European Journal of Cancer (2009)- PX ML 6007; Boyle, Bofetta, *Alcohol Consumption & Breast Cancer Risk*, Breast Cancer Research, Vol. 11, Supp. 3 (2009)- PX ML 6006.

[84] Kerlikowske, *Breast Cancer Risk by Breast Density, Menopause and Postmenopausal Hormone Therapy Use,* J. of Clinical Oncology, (July 19, 2010) – PX ML 5656; Milanese, *Age-Related Lobular Involution and Risk of Breast Cancer*, J. of National Cancer Institute, Vol. 98, No. 22 (2006) – PX ML 4250.

[85] Harvey, *Quantitative Assessment of Mammographic Breast Density: Relationship with Breast Cancer Risk,* Radiology, Vol. 230:29-41 (2004); van Duijnhoven, *Postmenopausal hormone therapy and changes in mammographic density*, J Clin Oncol 25(11):1323-8 (2007).

of the cyclic effects of estrogen and progesterone, the breasts of menopausal women ordinarily appear more lucent than dense. Ms. Romero's breasts remained dense during her use of E+P and developed a hormone dependent breast cancer.

***Pathology Evidence***

The pathology reports from Ms. Romero's breast surgery provide further support for the causal relationship of her E+P use developing intraductal breast cancer. Ms. Romero was a hormone deficient woman who developed a strongly estrogen positive intraductal carcinoma after over four years of E+P use. E+P has been associated with this exact type of breast cancer.[86] Her pathology findings underscore the influence of E+P use promoting the development of an estrogen positive cancer. E+P, in this case, aggravated and promoted the growth of Ms. Romero's underlying and pre-existing abnormalities or occult cancer and caused a malignancy that required treatment.

***Type of Breast Cancer***

E+P increases the risk of atypical lesions, *in situ*[87] and invasive breast cancers. [88] E+P causes hormone sensitive tumors, whether in the ducts or lobules or of mixed histology.

---

86 Borgquist, *Breast tumours following combined hormone replacement therapy express favourable prognostic factors*, Int. J. Cancer. 120; 2202-07 (2007) – PX ML 4729; Tjonneland, *Hormone replacement therapy in relation to breast carcinoma incidence rate ratios*, Cancer, Vol. 100(11):2328-2337 (2004)- PX ML 1098; Rosenberg, *Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study*, Breast Cancer Research, Vol. 8:R11 (2006)- PX ML 6018; Slanger, *Menopausal Hormone Therapy and Risk of Clinical Breast Cancer Subtypes*, Cancer Epidemiol Biomarkers Prev, Vol. 18(4): 1188-1196 (2009)- PX ML 6017; Stahlberg, *Breast cancer with different prognostic characteristics developing in Danish women using hormone replacement therapy*, Br J Cancer. Vol. 91(4):644-50 (2004) – PX ML 1464; Jick, *Postmenopausal Estrogen-Containing Hormone Therapy and the Risk of Breast Cancer*, Obstetrics & Gynecology, Vol. 113, No. 1 (2009) – PX ML 4977; Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011; American Cancer Society Website – PX 980B.

87 I have reviewed studies that did not show an increased risk for *in situ* cancers but many of these studies have design flaws that impact the results including not differentiating between E only and E+P use, not assessing current use, sample sizes that are so small that even the authors of the article comment on that fact or the study showed an elevated risk for DCIS or in situ cancer but the risk did not rise to statistically significance. Examples of such studies are (Stanford 1995, Henrich 1998, Gapstur 1999, Schaier 2000, Manjer 2001 ,Claus 2001, and Phillips 2009).

88 Kerlikowske, *Epidemiology of Ductal Carcinoma In Situ*, J. of National Cancer Institute Monographs, No. 41 (2010)-PX ML 6101 at p. 1 (long term use of estrogen-progestin therapy" are a

Because lobular and tubular cancer are predominantly hormone receptor positive, the causal connection is seen most clearly in those cancers. A positive estrogen receptor shows that a cancer is hormone dependent. While E+P has been associated with an increased risk of ER+/PR- breast cancers in the literature,[89] it is also possible for the progesterone receptor to burn out or stop working for various reasons.

---

risk factor for DCIS); Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28(35): 5140-5146 (2010) – PX ML 6102 (DCIS rates significantly decreased in women age 50 to 69 years after 2002 while rates of DCIS in women younger than 49 remained stable); Marshall, *Recent Breast Cancer Incidence Trends According to Hormone Therapy use: The California Teacher's Study Cohort*, Breast Cancer Research, Vol. 12: R4 (2010) – PX ML 5838 (Women who reported currently taking EP had higher rates of invasive and in situ cancers); Menes, *Rates of Atypical Ductal Hyperplasia Have Declined with Less Use of Postmenopausal Hormone Treatment: Findings from the Breast Cancer Surveillance Consortium (BCSC)*, Cancer Epidemiol Biomarkers Prev 2009;18(11) (2009) – PX ML 6090 at p. 1 (Postmenopausal HT is associated with an increased risk of atypical ductal hyperplasia; Rohan TE, *Estrogen plus progestin and risk of benign proliferative breast disease*, Cancer Epidemiol Biomarkers Prev., Vol. 17:2337–43 (2008) – DX 9305 (higher rate of benign proliferative breast disease in E+P users in WHI study); Collins, *Magnitude and Laterality of Breast Cancer Risk According to Histologic Type of Atypical Hyperplasia: Results from the Nurses' Health Study*, Cancer, Vol. 109, Nol. 2 (2007) – DX ML 8832 at p. 3 (Women with ADH (Atypical ductal hyperplasia) were slightly more likely to have used postmenopausal hormones for >5 years than women in the groups); Reeves et al for the Million Women Study Collaborators, *Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis, Lancet Oncol*, Vol. 7, p. 910(2006) – PX ML 4580 at p. 1 (Increased relative risk for LCIS and DCIS); Kerlikowske K, *Prognostic characteristics of breast cancer among postmenopausal hormone users in a screened population*, J Clin Oncol 21 :4314-4321 (2003) – PX ML 1099 (Increased risk for DCIS); Manjer, *Increased Incidence of Small and Well-Differentiated Breast Tumors in Post-Menopausal Women following Hormone Replacement Therapy*, Int. J. of Cancer, Vol. 92, 919-922 (2001) – PX ML 1241 at p, 3 (incidence of cancer in situ among users of HRT was increased); Colditz, *The Use of Estrogens and Progestins and the Risk of Breast Cancer in Postmenopausal Women*, NEJM, Vol. 332, No. 24 (1995) – PX ML 33 at p. 4 (current use of hormones was more strongly associated with *in situ* disease) Schairer, *Menopausal Estrogen and Estrogen-Progestins Replacement Therapy and Risk of Breast Cancer,* Cancer Causes Control, Vol, 5: 491-500 (1994) – PX ML 671 (E+P associated with increased risk of *in situ* tumors);

[89] Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011(E+P associated with mixed receptor tumors); Fournier, *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer*, J. Clinical Oncology, 26(8): 1260-68 (2008)- PX ML 5087 (E+P associated with significant increases in risk of ER+/PR- cancers (RR=3.5)); Li, *Interactions between Body Mass Index and Hormone Therapy and Postmenopausal Breast Cancer Risk* (United States), Cancer Causes Control, Vol. 17(5):695-703 (2006) – PX ML 4463 (Increased risk of ER+ PR- breast cancer for current users of E+P); Chen and Colditz, *Risk factors and hormone-receptor status: epidemiology, risk-prediction models and treatment implications for breast cancer*, Nature Clinical Practice: Oncology, Vol. 4, No. 7 (2007) – PX ML 4820 (Overall, the large studies that categorized women with E+P use separately from those with unopposed estrogen use, and also evaluated duration of current use, observed stronger associations with ER+ tumors than with ER– tumors, regardless of PR status); Chen, *Association of Hormone*

Ms. Romero was diagnosed with an intraductal breast cancer that was estrogen positive.

***Her2Neu***

For hormone dependent cancers, Her2Neu can have a late stage impact that will cause the cancer to be more aggressive.[90] Estrogen can activate the Her2Neu pathway in hormone dependent cancers.[91] Studies show an increased risk of E+P and hormone receptor positive and Her2Neu amplified cancers.[92] Hormone deprivation treatment has a positive impact on hormone dependent and Her2Neu amplified cancers, confirming that growth and development is still impacted by hormones.[93]

Ms. Romero's cancer was Her2Neu positive.

---

*Replacement Therapy to Estrogen and Progesterone Receptor Status in Invasive Breast Carcinoma*, Cancer, Vol. 101, No. 7 (2004) - PX ML 2486 (Nurse's Health Study showed statistically significant increased risk for mixed ER/PR status breast cancers).

[90] Lopez-Garcia, *Breast cancer precursors revisited: molecular features and progression pathways*, Histopathology, (2010)- PX ML 6065.

[91] Gutierrez, *Molecular changes in Tamoxifen-Resistant Breast Cancer: Relationship between Estrogen-Receptor, Her2Neu, and p38 Mitogen-Activated Protein Kinase*, J. of Clinical Oncology, Vol. 23:2469-2476 (2005) – PX ML 2453 (Estrogen activates Her2 via the membrane functions of ER (estrogen receptor)); Come, *Proceedings of the Fourth International Conference on Recent Advances and Future Directions in Endocrine Manipulation of Breast Cancer: Conference Summary Statement*, July 21-22, 2004- PX ML 5210.

[92] Saxena, *Menopausal hormone therapy and subsequent risk of specific invasive breast cancer subtypes in the California Teachers Study*, Cancer Epidemiol Biomarkers Prev., 19(9):2366-78 (2010) – PX ML 6062 (Increased risk in E+P users for ER+/PR+/Her2Neu+ cancers)**;** Phipps, *Reproductive and hormonal risk factors for postmenopausal luminal, HER2-overexpressing, and triple-negative breast cancer*, *Cancer*. Vol. 113(7): 1521–1526 (2008) (Risk of luminal breast cancer was higher among women who were current users of estrogen and progestin hormone therapy (OR=1.7, 95% CI: 1.3-2.1)); Borgquist, *Breast tumours following combined hormone replacement therapy express favourable prognostic factors*, Int. J. Cancer. 120; 2202-07 (2007) – PX ML 4729 (increase observed for Her2Neu amplified cancers).

[93] Smith et al., *Neoadjuvant treatment of postmenopausal breast cancer with anastrozole, tamoxifen or both in combination: the immediate preoperative anastrazole, tamoxifen, or combined with tamoxifen (IMPACT) Multicenter Double Blind Randomized Trial*, J. Clin Oncology, Vol. 23:5108-5116 (2005) – PX ML 5782 (ER+/HER+ tumors shrunk when deprived of estrogen); Ellis et al., *Letrozole is More Effective Neoadjuvant Endocrine Therapy than Tamoxifen for erbB-1 and/or ErbB-2-Positive, Estrogen Receptor-Positive Primary Breast Cancer: Evidence from a Phase III Randomized Trial*, J. Clinical Oncology, 19:3808-3816 (2001) (estrogen deprivation of tumors that were ER+ HER 2+ caused clinical response); Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) - PX ML 1085 (proliferation reduced after HRT withdrawal); Berry, *HER-2/neu and p53 Expression Versus Tamoxifen Resistance in Estrogen Receptor–Positive, Node-Positive Breast Cancer*, J. of Clinical Oncology, Vol 18, No 20: 3471-3479 (2000).

***Length of Use***

I have reviewed the expert reports and testimony of plaintiff's generic causation experts on the issue of duration of use (Drs. Austin, Gann and Colditz). I agree with these experts that E+P impacts hormone sensitive tissue quickly.[94] Certainly, E+P can the growth of abnormalities or occult cancers within months to years. Just looking at average doubling times would confirm an impact within that time frame, depending on where a woman is on the progression of cancer path. Epidemiological studies and major cancer organizations confirm a short duration impact from E+P.[95] Since the Million Women's Study has confirmed that the risks for all E+P regiments is not dramatically different, studies from

---

94 PX 862B (2010 Prempro Label: benefits seen on hormone sensitive tissue within 4-12 weeks)

95 American Cancer Society - PX 980B (Increase in risk can be seen with as little as 2 years of use); Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) – PX ML 6082 (from a breast cancer perspective, a safe interval for combined hormone therapy use cannot be reliably defined); Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009)- PX ML 5011 (Risk increased within 2 to 3 years of use and doubling of the risk for lobular cancer with 3 years of use); Bernstein, *Combined Hormone Therapy at Menopause and Breast Cancer: A Warning—Short-Term Use Increases Risk*, J Clin Oncol, Vol. 27 (2009) – PX ML 6092 (women who initiated HT close to menopause had, approximately, a 50% increased breast cancer risk relative to nonusers, even when they had used use this regimen for 2 years or less. An immediate 50 % increase in breast cancer risk observed within the first 2 years of use is alarming); Fournier, *Estrogen-Progestagen Menopausal Hormone Therapy and Breast Cancer: Does Delay From Menopause Onset to Treatment Initiation Influence Risks?,* J. Clin. Oncol., Vol. 27 (2009) – PX ML 5147; Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol 360:6 (2009) – PX ML 4881; Li, *Relationship between Menopausal Hormone Therapy and Risk of Ductal, Lobular, and Ductal-Lobular Breast Carcinomas,* Cancer Epi Biomarkers Prev., Vol. 17(1) (2008) - PX ML 4857; Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (March 2008) - PX MA 5167 (Risk in the WHI trial began to increase after about 2 years of E+P use for women who started rugs immediately following menopause (gap time of zero)); Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol 9, No. 108 (2007) – PX ML 4681 (WHI and HERS confirm in the initial 2 years of use); . Daling, *Relation of Regimens of Combined Hormone Replacement Therapy to Lobular, Ductal, and Other Histologic Types of Breast Carcinoma*, Cancer, Vol. 95, No. 12 (2002) – PX ML 47; Chen, *Hormone Replacement Therapy in Relation to Breast Cancer*, JAMA, Vol. 287 No. 6 (2002) – PX ML 53; Li, (American Association of Clinical Endocrinologists), *Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women*, Cancer. Vol. 88(11):2570-7 (2000) – PX ML 49; Collaborative Group on Hormonal Factors in Breast Cancer, *Breast cancer and hormone replacement therapy: Collaborative Reanalysis of data from 51 Epidemiological Studies of 52,705 women with Breast Cancer and 108,411 Women without Breast Cancer*, Lancet, Vol. 350 (1997) – PX ML 384 / PX ML 22.

foreign countries provide further support. [96] In addition, the rapid decline in hormone dependent breast cancers after E+P use plummeted in 2002 is further strong evidence on the timing of E+P's impact.[97]

Ms. Romero used E+P for over four years.

## SUMMARY

I have gone through certain risk factors in this report based on my review of the medical records and historical information I have seen regarding Ms. Romero. In general, though, whatever other "risk factors" there might be, the critical issue involves identifying possible sources of the hormones necessary to fuel the growth and development of her breast cancer. Here, Ms. Romero's use of E+P is by far the most significant, if not the only real source, of hormonal stimulation for this cancer. As a hormone deficient woman, no other risk factor would account for any current source of hormones. Her deficiency symptoms were present for several years before she took E+P and they improved after she took E+P. No other risk factor changed. There is no other risk factor that could act as an alternative explanation for the hormonal changes that would have been necessary to cause the growth and development of this cancer. Thus, absent ingestion of E+P, it is more likely than not that Ms. Romero would not have developed the breast cancer at issue.

Ms. Romero's medical records reveal that an evaluation of her mammograms pre- and post- combination hormonal therapy use reveal dense breasts.[98] She is in a class of women with dense tissue. Accordingly, she had an increased susceptibility to proliferative

---

96 Million Women Study Collaborators, Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet, Vol. 362, p. 419 (2003) - PX ML 79; Bakken, *Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study,* Int J Cancer, Vol. 112(1):130-4 (2004) – PX ML 1623; Jernstorm, *A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: the women's health in the Lund area (WHILA) study (Sweden)*, Cancer Causes and Control, Vol. 14: 673-680 (2003) – PX ML 182;

97 See citations above.

98 Romero Med. Records; JRomero-SEH-MD-000116, JRomero-SEH-MD-000140, JRomero-O&GA-Houston-000185, JRomero-HDCtrBeau-RD-000001, JRomero-ThBrCtr-000014, JRomero-O&GA-Houston-000133, JRomero-KETomm-000057-58, JRomero-ThBrCtr-000008-9, JRomero-TexasOnc-000074, JRomero-TRobinson-000012, JRomero-TexasOnc-000140, JRomero-O&GA-Houston-000041, JRomero-O&GA-Houston-000039, JRomero-O&GA-Houston-000227, JRomero-O&GA-Houston-000207.

breast changes prior to E + P use. Ms. Romero's breasts were dense prior to and during and after her use of E + P.

I have attached to this report a list of the literature considered and relied upon which demonstrates both the epidemiological support for the causal association between hormone use and breast cancer, as well as other literature regarding breast density and biological plausibility for hormonal associated breast cancer.

To summarize, Judy Romero was placed on E+P for menopausal symptoms at the age of 48. In performing a differential diagnosis I considered the following: I performed a Gail model calculation which revealed that she was not at high-risk for developing breast cancer when placed on E+P. Furthermore, she has no history of being overweight, not obese and a history of rare alcohol consumption. Prior to E+P, her mammograms revealed dense breasts which would have increased her subsequent risk for breast cancer. After over four years of E+P use she was found to have an estrogen positive tumor.

Ms. Romero was menopausal and mammographically had dense breasts; and therefore, had greater amounts of cells which were susceptible to carcinogens. The development of breast cancer in a symptomatic hormone deficient woman without risk factors (Gail model score), without significant alcohol use and not overweight nor obese, with susceptible cell type on E+P shows a direct cause and effect when reviewing the literature, and the patient's medical records. It is clear that combination hormone use promotes the development of breast cancer and aggravated or promoted the development of a hormone positive breast cancer in Ms. Romero.

I have also reviewed her medical bills following the diagnosis of her cancer, and find them to be customary, fair and reasonable for the services provided.

It is therefore my professional opinion, within a reasonable degree of medical certainty, that Judy Romero's ingestion of E+P was a substantial contributing factor in her development of hormone dependent breast cancer. Were it not for her use of combination hormone therapy, it is my opinion, to a reasonable degree of medical certainty, that Ms. Romero would not have suffered hormone positive in situ breast cancer.

It is my further opinion that her subsequent cancer treatment, including but not limited to left breast biopsy and lumpectomy after needle localization, left breast radiation

therapy, and hormonal therapy was a proximate result of her use of combination E+P hormone therapy.

I affirm based on personal knowledge and under the penalty of perjury that the foregoing statements contained in this declaration are true and correct. I am over the age of 21 years, am of sound mind and body, have never been convicted of a crime and am capable of making this declaration. I have personal knowledge of the matters stated herein and these matters and by general and case specific opinions are all true and correct.

Dated this 4th day of April, 2011.

Elizabeth Z. Naftalis, M.D.

Elizabeth Z. Naftalis, M.D.

# LIST OF REFERENCES

Adly, *Serum concentrations of estrogens, sex hormone-binding globulin, and androgens and risk of breast cancer in postmenopausal women*, Int. J of Cancer, Vol. 119: 2402-2407 (2006) – PX MA 3937

Ahn, *Adiposity, adult weight change, and postmenopausal breast cancer risk*. Arch Intern Med, 167(19):2091-102 (2007).

Albert Einstein website– PX 20266

Allred & Fuqua, *Histological and biological evolution of human premalignant breast disease*, Endocrine-Related Cancer, Vol. 8, 47-6 1 (2001)- PX ML 4372

American Cancer Society Website – PX 980C

Anderson, *Prior Hormone Therapy and Breast Cancer Risk in the Women's Health Initiative Randomized Trial of Estrogen Plus Progestin*, Maturitas (2006) – PX ML A3406

Austin, Donald - Trial Testimony in *Daniel v. Wyeth* (01/16/07 AM and PM)

Banks, Canfell, Recent declines in breast cancer incidence: *Mounting evidence that reduced use of menopausal hormones is largely responsible*, Breast Cancer Research, Vol 12: 103 (2010) – PX MA 5500

Beral, *Breast Cancer Risk in Relation to the Interval Between Menopause and Starting Hormone Therapy*, J Nat Cancer Inst, Vol. 103:296-305 (2011)- PX ML 5207

Berry and Ravdin, *Breast Cancer Trends: A Marriage between Clinical Trial Evidence and Epidemiology*, JNCI, Vol. 99, Issue 15 (2007) - PX ML 4775

Beth Israel website printout – PX 21105

Borgquist, *Breast tumours following combined hormone replacement therapy express favourable prognostic factors*, Int. J. Cancer. 120; 2202-07 (2007) – PX ML 4729

Boyd, *Mammographic breast density as an intermediate phenotype for breast cancer*, The Lancet, Vol. 6:798-808 (2005) – PX M 3847

Boyle, Bofetta, *Alcohol Consumption & Breast Cancer Risk*, Breast Cancer Research, Vol. 11, Supp. 3 (2009) – PX ML 6006

Calle, *Postmenopausal Hormone Use and Breast Cancer Associations Differ by Hormone Regimen and Histologic Subtype*, Cancer, p. 936 (March 2009) – PX ML 5011

Castelo-Bronco, *Management of post-menopausal vaginal atrophy and atrophic vaginitis*, Maturitas 52S, S46-S56 (2005) - 4775

Chatterton, *Comparison of Hormone Levels in Nipple Aspirate Fluid of Pre- and Postmenopausal Women: Effect of Oral Contraceptives and Hormone Replacement*, J.Clin.Endocrinology & Metabolism 90(3):1686-1691 (2005) – PX M 2488

Chen, *Association of Hormone Replacement Therapy to Estrogen and Progesterone Receptor Status in Invasive Breast Carcinoma*, Cancer, Vol. 101, No. 7 (2004) - PX ML 2486

Chen, *Use of Postmenopausal Hormones, Alcohol, and Risk for Invasive Breast Cancer*, Ann Intern Med, Vol. 137: 798-804 (2002) – PX ML 1647

Chlebowski, Anderson, *The Influence of Time from Menopause and Mammmography on Hormone Therapy Related Risk Assessment*, JNCI, Vol. 103, Issue 4 (2011) - PX ML 5206

Chlebowksi, *Estrogen Plus Progestin and Breast Cancer Incidence and Mortality in Postmenopausal Women*, JAMA, Vol. 304, No. 15: 1684-1692 (Oct. 20, 2010) – PX ML 6802

Chlebowski, *Breast Cancer after Use of Estrogen plus Progestin in Postmenopausal Women*, NEJM, Vol.  360:6 (Feb. 2009) – PX ML 4881

Chodosh, Lewis – Trial Testimony in *Reeves v. Wyeth* (09/06/06-09/07/06) – PX 20257E

Clarke, *Declines in breast cancer after the WHI:  apparent impact of hormone therapy*, Cancer Causes Control (2007) – PX ML 4771

Colditz, *Decline in breast cancer incidence due to removal of promoter: combination estrogen plus progestin*, Breast Cancer Research 2007: Vol. 9, No. 108 (2007) – PX ML 4989

Colditz, Graham - Deposition (12/06)

Colditz,  *Relationship between Estrogen Levels, Use of Hormone Replacement Therapy and Breast Cancer*, Journal of the National Cancer Institute, Vol. 90, No. 11 (1998) – PX ML 3862

Collins, *Magnitude and Laterality of Breast Cancer Risk According to Histologic Type of Atypical Hyperplasia: Results from the Nurses' Health Study*, Cancer, Vol. 109, Nol. 2 (2007) – DX ML 8832

Come, *Proceedings of the Fourth International Conference on Recent Advances and Future Directions in Endocrine Manipulation of Breast Cancer: Conference Summary Statement*, July 21-22, 2004- PX ML 5210

Fournier, *Use of different postmenopausal hormone therapies and risk of histology- and hormone receptor-defined invasive breast cancer*, J. Clinical Oncology, 26(8): 1260-68 (March 2008) – PX ML 5087

Constantine, Ginger – Trial Testimony in *Rowatt v. Wyeth* (09/27/07) – PX 20257D

Constantine, Ginger – Trial Testimony in *Singleton v. Wyeth* (02/09/10 PM) – PX 20260A

Crandall, *New-Onset Breast Tenderness after Initiation of Estrogen Plus Progestin Therapy and Breast Cancer Risk*, Arch. Intern. Med.,Vol. 169(18):1684-1691 (2009) – PX ML 5219

Creasman, William – Deposition (05/01/06) – PX 20257B, PX 20258A, PX 20259B

Cummings, *Serum Estradiol Level and Risk of Breast Cancer During Treatment With Raloxifene*, JAMA, Vol. 287, No. 2, (2002) – PX ML 2849

Cummings, *Multiple Outcomes of Raloxifene Evaluation (MORE) Trial. Serum estradiol level and risk of breast cancer during treatment with Raloxifene*, JAMA, Vol. 287(2):216-20 (2002).

Cummings, *The Effect of Raloxifene on Risk of Breast Cancer in Postmenopausal Women: Results From the MORE Randomized Trial*, JAMA, Vol. 281, No 23 (1999) – PX ML 177

Cummings, Steven - Deposition (06/11/10) – PX 20262

Cuzick, *Treatment-emergent endocrine symptoms and the risk of breast cancer recurrence: a retrospective analysis of the ATAC trial*, The Lancet, Vol. 9, Issue 12 (2008) – PX ML 6000

Daling, *Relationship between Menopausal Hormone Therapy and Risk of Ductal, Lobular, and Ductal-Lobular Breast Carcinomas*. Cancer Epidemiol Biomarkers Prev., 17(1):43-50 (2008).

Dey. Michael - Deposition (11/03/05-11/04/05) – PX 20260B

Erlik, *Estrogen Levels in Post-Menopausal Women with Hot Flashes*, Obstetrics and Gynecology, Vol. 59 (1982) – PX MA 4797

Ernster, *Benign and Malignant Breast Disease: Initial Study Results of Serum and Breast Fluid Analyses of Endogenous Estrogens*, JNCI, Vol. 79, No. 5 (1987) – DX 2783

Estrogen Replacement Therapy / Hormone Replacement Therapy - 1995 Sales Training Manual – PX 293B

Ettinger, *Associations between Low Levels of Serum Estradiol, Bone Density, and Fractures among Elderly Women: The Study of Osteoporotic Fractures*, J. of Clinical Endocrinology & Metabolism, Vol. 83 (7): 2239 (1998) – PX ML 6002.

Farhat, *Changes in Invasive Breast Cancer and Ductal Carcinoma In Situ Rates in Relation to the Decline in Hormone Therapy Use*, J. of Clinical Oncology, 28 (2010)

FDA Letter to Wyeth re: Premarin (DDMAC) – PX 269

FDA Manual for Causality Assessments – PX 8031

FDA's DDMAC Letter – PX 304

Feigelson, *Weight Gain, Body Mass Index, Hormone Replacement Therapy, and Postmenopausal Breast Cancer in a Large Prospective Stud*y, Cancer Epidemiology, Biomarkers & Prevention, Vol. 13: 220-224 (2004) – PX ML 151

Fisher, *Tamoxifen for Prevention of Breast Cancer: Report of the National Surgical Adjuvant Breast and Bowel Project P-1 Study*, J. of National Cancer Inst., Vol 90., No. 18, (1998) – PX ML 3867

Gann, *Combined Hormone Therapy and Breast Cancer: A Single Edged Sword*, JAMA, Vol. 289, No. 24 (2003) – PX ML 6

Gast, *Vasomotor symptoms, estradiol levels and cardiovascular risk profile in women*, Maturitas, Vol. 66(3):285-90 (2010) – PX ML 6077

Gayet, *Does hormone replacement therapy increase the frequency of breast atypical hyperplasia in postmenopausal women? Results from the Bouches du Rhone district screening campaign*, European J. of Cancer, Vol. 39: 1738-1745 (2003) – PX ML 3084

Goldfarb, Paul (Affidavit) – PX 20263B

Guthrie, *Hot Flushes, Menstrual Status, and Hormone Levels in a Population-Based Sample of Midlife Women*, Obstetrics & Gynecology, Vol. 88, No. 3 (1996) – PX ML 4711

Hankinson, *Endogenous estrogen, testosterone and progesterone levels in relation to breast cancer risk*, J. of Steroid Biochemistry & Molecular Biology, (2007) – PX MA 4697

Harvey, *Marked Regression of a Nonpalpable Breast Cancer after Cessation of Hormone Replacement Therapy*, AJR, Vol. 167:394-5 (1996) – PX ML 2238

Harvey, *Short-term Cessation of Hormone Replacement Therapy and Improvement of Mammographic Specificity,* Journal of National Cancer Institute, Vol. 89, No. 21 (1997) – PX ML 275

Hirschman, Richard (Affidavit) – PX 20263A

Huang, *Relationship between Menopausal Symptoms and Risk of Postmenopausal Breast Cancer*, Cancer Epi, Biomarkers & Prevention (Jan. 2011) – PX ML 6104

Huang, *Persistent Hot Flushes in Older Postmenopausal women*, Arch Intern Med., Vol. 168, No. 8 (2008) – PX ML 6004

Huang, *Hormone-related Factors and Risk of Breast Cancer in Relation to Estrogen Receptor and Progesterone Receptor Status*, Am. J. of Epidemiology, Vol. 151, No. 7 (2000) – PX ML 0892

Hwang, *Risk factors for estrogen receptor-positive breast cancer*, Arch Surg, Vol. 140(1):58-62 (2005) – PX ML 1918

IARC Monograph – PX 866B

Kao, *Dyspareunia in postmenopausal women: a critical review*, Pain Res. Manag, Vol. 13(3):243-54 (2008) – PX ML 6014

Katalinic, *Trends in Hormone Therapy and Breast Cancer Incidence - Results from the German Network of Cancer Registries*, Pathobiology, Vol. 76, p.90 (2009) – PX ML 5142

Kerlikowske, *Breast Cancer Risk by Breast Density, Menopause and Postmenopausal Hormone Therapy Use,* J. of Clinical Oncology, (July 19, 2010) – PX ML 5656

Kerlikowske, *Declines in Invasive Breast Cancer and Use of Postmenopausal Hormone Therapy in a Screening Mammography Population*, JNCI, Vol. 99, Issue 17 (2007) – PX ML 4854

Klimberg, Suzanne – Trial Testimony in *Reeves v. Wyeth* (02/08/07) – PX 20263C, PX 20257A

Krieger, *Decline in US Breast Cancer Rates After the Women's Health Initiative: Socioeconomic and Racial/Ethnic Differentials,* Am J Public Health (2010).

Kuller, *Sex Steroid Hormones, Bone Mineral Density, and Risk of Breast Cancer*, Environmental Health Perspectives, Vol. 105, Supp 3 (1997) – PX ML 2474

Langer, Robert – Deposition (05/10/06) – PX 20258C

Langer, Robert – Trial Testimony in *Rowatt v. Wyeth* (10/01/07) – PX 20258B

Leiblum, *Vaginal atrophy in the postmenopausal woman. The importance of sexual activity and hormones*, JAMA, Vol: 249(16):2195-8 (1983) – PX ML 6015

Li, *Changing incidence of lobular carcinoma in situ of the breast*, Breast Cancer Res Treat., Vol. 75(3); 259-68 (2002) – PX ML 46

Li, *Interactions between Body Mass Index and Hormone Therapy and Postmenopausal Breast Cancer Risk* (United States), Cancer Causes Control, Vol. 17(5):695-703 (2006) – PX ML 4463

Li, *Relationship between established breast cancer risk factors and risk of seven different histologic types of invasive breast cancer*. Cancer Epidemiol Biomarkers Prev., 15(5):946-54 (2006).

Li, *Postmenopausal Hormone Therapy and the risk of breast cancer: the view of an epidemiologist,* Maturitas 49, 44-50 (2004) – PX ML 2980.

Li, *Relationship Between Long Durations and Different Regimens of Hormone Therapy and Risk of Breast Cancer*, JAMA, Vol. 289, No. 24 (2003) – PX ML 18

Li, Y, *Wine, liquor, beer and risk of breast cancer in a large population*, European Journal of Cancer (2009) – PX ML 6007

Ling, *Differential Diagnosis of Seizure Associated With Topical Lidocaine in a Patient With Vestibulodynia*, J of Lower Genital Tract Disease, Vol. 13, No. 1 (2009) – PX ML 6019

Ling, Frank - *Frye* Hearing Testimony in *Barton v. Wyeth* (09/08/09) – PX 20264

Lopez-Garcia, *Breast cancer precursors revisited: molecular features and progression pathways*, Histopathology, (2010)- PX ML 6065.
MacIntosh, Roy – Trial Testimony (PX 20263E)

MacMahon, *Epidemiology and the causes of breast cancer*, Int. J. Cancer, 118, 2373-2378 (2006) – PX ML 4196

Mango, *Plasma androstenedione and oestrone levels in the climacteric syndrome*, Maturitas, Vol. 5, 245-350 (1984) - PX ML 6078

Manjer, *Increased Incidence of Small and Well-Differentiated Breast Tumors in Post-Menopausal Women following Hormone Replacement Therapy*, Int. J. of Cancer, Vol. 92, 919-922 (2001) – PX ML 1241

Marshall, *Recent Breast Cancer Incidence Trends According to Hormone Therapy use: The California Teacher's Study Cohort*, Breast Cancer Research, (2010) – PX ML 5838

Mattar, *Short-term anastrozole therapy reduces Ki-67 and progesterone receptor expression in invasive breast cancer: a prospective, placebo-controlled, double-blind trial*, J Cancer Res Clin Oncol (Oct. 1 2010) – PX ML 6079

Milanese, *Age-Related Lobular Involution and Risk of Breast Cancer*, J. of National Cancer Institute, Vol. 98, No. 22 (2006) – PX ML 4250

Million Women Study Collaborators, Beral, *Breast cancer and hormone-replacement therapy in the Million Women Study*, Lancet, Vol. 362, p. 419 (2003) – PX ML 79

Minkin, Mary Jane's website– PX 21104

Modugno, *Obesity, hormone therapy, estrogen metabolism and risk of postmenopausal breast cancer*, Int. J. Cancer, Vol. 118:1292-1301 (2006) – PX MA 0391

Montgomery Rice, Valerie website – PX 20201

Morimoto, *Obesity, body size, and risk of postmenopausal breast cancer: the Women's Health Initiative (United States)*. Cancer Causes Control, 13(8):741-51 (2002).

Mortimer, *Tamoxifen, Hot Flashes & Recurrence in Breast Cancer*, WHEL study, Breast Cancer Res Treat, Vol. 108, 421-426 (2008) – PX ML 6001

Naftalis, Elizabeth - *Frye* hearing in *Esposito v. Wyeth* (04/08/10) – PX 20260D

NAMS Position Statement, *The role of local vaginal estrogen for treatment of vaginal atrophy in postmenopausal women : 2007 position statement of the North American Menopause Society,* Jnl of the N. Am. Menopause Society, Vol. 14 (2007) – PX ML 6012

Naranjo, Lanctot, *Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events*, Clinical Pharmacology and Therapeutics, Vol. 58: 692-8 (1995) – PX ML 6004

National Cancer Institute website – PX 8426A, PX 20256

Nielsen, *Interactions between intakes of alcohol and postmenopausal hormones on risk of breast cancer*, Int. J. Cancer, Vol. 122: 1109-1113 (2008) – PX ML 4914

Notelovitz, *Clinical Opinion: The Biologic and Pharmacologic Principles of Estrogen Therapy for Symptomatic Menopause*, Medscape Gen. Med., 8(1):85 (2006) – PX ML 5471

Oncolink website printout – PX 8426B

Panjari, *DHEA for postmenopausal women: a review of the evidence*, Maturitas, Vol. 66(2):172-9 (2010) – PX ML 6013

Phipps, *Reproductive and hormonal risk factors for postmenopausal luminal, HER2-overexpressing, and triple-negative breast cancer*, *Cancer*. Vol. 113(7): 1521–1526 (2008)

Pickar, James – Deposition (09/21/05) – PX 20259A

Pickar, James - Trial Testimony in *Henry/Buxton* (08/03/10 PM) – PX 20260C

Prasad, *Short-Term Biologic Response to Withdrawal of Hormone Replacement Therapy in Patients with Invasive Breast Carcinoma*, Cancer, 98(2), p. 2539 (2003) - PX ML 1085.

Prentice, *Estrogen Plus Progestin Therapy and Breast Cancer in Recently Postmenopausal Women*, Am. J. of Epidemiology (2008) - PX ML 5167

Randolph, *The Relationship of Longitudinal Change in Reproductive Hormones and Vasomotor Symptoms during the Menopausal Transition*, J. of Clin. Endocrin & Metabolism, Vol. 90(11): 6106-6112 (2005) – PX ML 4713

Ravdin, *The Decrease in Breast-Cancer Incidence in 2003 in the United States*, N. England J Med Vol. 356;16, (2007) – PX ML 4743

Reeves et al for the Million Women Study Collaborators, *Hormonal therapy for menopause and breast-cancer risk by histological type: a cohort study and meta-analysis*, Lancet Oncol, Vol. 7, p. 910(2006) – PX ML 4580

Robbins and Clarke, *Regional Changes in Hormone Therapy Use and Breast Cancer Incidence in California From 2001 to 2004*, J. of Clinical Oncology, Vol. 25, No. 23 (2007) – PX M 4770

Rosenberg, *Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study*, Breast Cancer Research, Vol. 8:R11 (2006) – PX M 4200

Rosenberg, *Risk Factors for Hormone Receptor-Defined Breast Cancer in Postmenopausal Women*, Cancer Epidemiol Biomarkers Prev., Vol.15 (12) (2006) – PX ML 4587

Santen, Colditz, *Postmenopausal Hormone Therapy: An Endocrine Society Scientific Statement*, J. of Clinical Endo & Met, 95, Supplement 1:S1-S66 (2010) – PX ML 6016B

Saxena, *Menopausal hormone therapy and subsequent risk of specific invasive breast cancer subtypes in the California Teachers Study*, Cancer Epidemiol Biomarkers Prev., 19(9):2366-78 (2010) – PX ML 6062

Simon, *Reduced vaginal bleeding in postmenopausal women who receive combined norethindrone acetate and low-dose ethinyl estradiol therapy versus conjugated equine estrogens and medroxyprogesterone acetate therapy*, Am. J. Obstet. Gynecol, Vol. 188:92-9 (2003)- PX ML 6075

Slanger, *Menopausal Hormone Therapy and Risk of Clinical Breast Cancer Subtypes*, Cancer Epidemiol Biomarkers Prev, Vol. 18(4): 1188-1196 (2009) – PX ML 6017

Sloan Kettering - Dr. Hudis Transcript – PX 8078A

Sloan Kettering – Dr. Norton Transcript – PX 8078B

Sloan Kettering website printout: Dr. Clifford Hudis – PX 8078

Sloan Kettering website printout showing qualifications of Dr. Hudis – PX 8078D

Sloan Kettering website printout showing qualifications of Dr. Norton – PX 8078C

Stahlberg, *Breast cancer with different prognostic characteristics developing in Danish women using hormone replacement therapy*, Br J Cancer. Vol. 91(4):644-50 (2004) – PX ML 1464

Stovall, *MF-101, an estrogen receptor beta agonist for the treatment of vasomotor symptoms in peri- and postmenopausal women*, Curr. Opin Investig Drugs, Vol. 10(4): 365-71 (2009) - PX ML 6076

Stovall, Thomas G. - Deposition (05/24/10) – PX 20257C

Thurston, *Abdominal adiposity and hot flashes among midlife women* (SWAN), Menopause, Vol. 15, No. 3 (2008) – PX ML 6009

Thurston, *Gains in body fat and vasomotor symptom reporting over the menopausal transition: The study of women's health across the nation* (SWAN), Am. J. Epidemiol, Vol. 170(6):766-74 (2009) – PX ML 6010

Thurston, *Hot Flashes and Subclinical Cardiovascular Disease Findings From the Study of Women's Health Across the Nation Heart Study (SWAN)*, Circulation, 1234-1240 (2009) – PX ML 6011

Tjonneland, *Hormone replacement therapy in relation to breast carcinoma incidence rate ratios*, Cancer, Vol. 100(11):2328-2337 (2004) – PX ML 1098

van Duijnhoven, *Postmenopausal hormone therapy and changes in mammographic density*, J Clin Oncol 25(11):1323-8.

Waldron, James (Declaration) – PX 20263F

Weinberg, *The Biology of Cancer*, Textbook (2007) – PX 1766

Welsh, *Population-based estimates of the relation between breast cancer risk, tumor subtype, and family history*, Breast Cancer Res Treat, (2008) – PX MA 5164

Wenner, William F. (Upjohn Company) New Provera effective in 95% of amenorrhea- PX 10132

Wyeth document: Administrative Policy 405 – PX 1680

Wyeth document: 1998 Premarin Label – PX 6483A

Wyeth document: 2010 Prempro Patient Insert – PX 862B

Wyeth document: Marketing material: For Four Decades – PX 378

Wyeth document: Marketing material: "*Past her prime – Not on your life*" – PX 497

Wyeth document: Marketing material: Re-Examining the value of long-term estrogen treatment – PX 19

Wyeth document: Causality Assessments – PX 20267

Wyeth Document re: NFO Consumer Survey – PX 1677

Wyeth Document re: Fibrocystic changes in breast – PX 20261

Wyeth document: 1976 memo - PX 28

Wyeth document: Memo to Medical Affiliates – PX 20255

Wyeth website – PX 10555; PX 10556

Yaffe, *Is mammographic density, as currently measured, a robust surrogate marker for breast cancer?* Gynecological Epidemiology, Vol. 21 (Supp 1): 17-21 (2005) – PX ML 3422

Yasui, *Serum estrogen level after hormone replacement therapy and body mass index in postmenopausal and bilaterally ovariectomized women*, Maturitas, Vol. 50:19-29 (2005) – PX MA 3567

Zahl, *The natural history of invasive breast cancers detected by screening mammography*. Arch Intern Med., 168(21):2311-6 (2008).

Zera, *Atypical Hyperplasia, Proliferative Fibrocystic change, and Exogenous Hormone use*, Surgery, Vol. 130, No. 4 – PX ML 6003

44 Epidemiological Studies that show a doubling of the risk