# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PREMPRO PRODUCTS | ) | MDL CASE NO: |
| LIABILITY LITIGATION | ) | 4:03-CV-1507 WRW |
| | ) | |
| ____________________ | ) | ____________________ |
| NEAL, et al., | ) | |
| | ) | |
| V. | ) | 4:04-CV-00909-WRW |
| | ) | |
| WYETH | ) | |
| PHARMACEUTICAL, | ) | |
| et al. | ) | |

\- - -

FRIDAY, MAY 22, 2009

\- - -

Oral and video deposition of JUDY ROMERO, held at the offices of Germer & Gertz, LLP, 550 Fannin Street, Suite 700, Beaumont, Texas 77704, commencing at 10:18 p.m. on the above date, before Minnie Cadena-Meche, Certified LiveNote™ Reporter, Registered Merit Reporter.

\- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

APPEARANCES:

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, LLP
BY: D. RENEE BAGGETT, ESQUIRE
rbaggett@awkolaw.com
803 North Palafox Street
Pensacola, Florida 32501
(850) 202-1010
Counsel for Plaintiff

WILLIAMS & CONNOLLY, LLP
BY: NEELUM J. WADHWANI, ESQUIRE
nwadhwani@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5148
Counsel for Defendant Wyeth Pharmaceutical

VIDEOGRAPHER:
KAYLA BARNES,
Golkow Technologies, Inc.

---



INDEX
JUDY ROMERO
MAY 22, 2009


APPEARANCES 2

EXAMINATION OF JUDY ROMERO:
BY MS. WADHWANI: 6
BY MS. BAGGETT: 263
BY MS. WADHWANI: 269

CERTIFICATE 272
ACKNOWLEDGEMENT OF DEPONENT 273
ERRATA 274
LAWYER'S NOTES 275




DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | MARKED |
| --- | --- | --- |
| Romero-1 | Second Amended Notice to Take Videotaped Discovery Deposition of Judy Romero | 19 |
| Romero-2 | Plaintiff's Fact Sheet | 120 |



PROCEEDINGS

(May 22, 2009 at 10:19 a.m.)

THE COURT REPORTER: Will the witness read and sign or waive signature?

MS. BAGGETT: She would like to read and sign it.

THE COURT REPORTER: This is pursuant to the Federal Rules?

MS. WADHWANI: Correct.

THE VIDEOGRAPHER: On the record at 10:18 a.m., beginning Tape 1.

(Witness sworn.)

MS. WADHWANI: Neelum Wadhwani on behalf of Williams & Connolly for Wyeth.

MS. BAGGETT: Renee Baggett on behalf of the plaintiff, Judy Romero.

///
///
///
///
///

Page 6

JUDY ROMERO,
having been first duly sworn,
testified as follows:
EXAMINATION
BY MS. WADHWANI:
Q. Good morning, Ms. Romero.
A. Good morning.
Q. You and I have never met before today, have we?
A. No, ma'am.
Q. Have you ever been a party to a lawsuit before?
A. No.
Q. Have you ever been a witness in a trial?
A. No.
Q. Have you ever given a deposition before?
A. No.
Q. I just want to go over a few of the ground rules for the way that today will proceed.
For the sake of Minnie and to make sure that we have a clear and clean

Page 7

record, you have to let me finish my questions before you answer. We're going to be talking a lot today. That is very natural that you might feel that you know where I'm going to go with a question and want to jump in, but she cannot record two people speaking at the same time. So, if you can, let me finish before you answer.
You, also, because we'll be talking a lot today might want to do normal things like shake your head or nod your head or say "uh-huh" or "huh-uh." But again, Minnie can't record that. If all or part of your answer to one of my questions is a "yes" or "no," you have to use the words "yes" or "no." If I notice you starting to not do that, which happens all the time, I'll just remind you. I'll say: Is that a "yes"; is that a "no," to make sure that we have a clear record.
I try to take breaks about once an hour, but we can take breaks as often or as irregularly as you prefer. You just have to let me know.

Page 8

As you know, you were just sworn to tell the truth, which is an oath that has the same effect as if you had just taken that oath in a court. Please, feel free to tell me if you don't understand one of my questions and I'll rephrase them as artfully as I would like; and I'm happy to rephrase any question for you. If you answer my questions, I will assume that you've understood what I'm asking you and that you're answering on the basis of that understanding. Is that fair?
A. That's fair.
Q. I will ask you several questions today regarding what you may have seen, what you may have heard, what you may have read and by seeing, what you might have seen on TV. I may not always say every time, did you read, did you see, did you hear each time, but that is what I mean. So, if, for example, I say, did you read, I also mean did you see on TV or did you hear; and you should answer accordingly.
Do you understand what I'm

Page 9

saying?
A. Yes.
Q. I'm going to be asking you several questions today that are going to be very personal and seem invasive. It's the nature of the lawsuit that you have brought that we are discussing about female issues, about menopause and hormone therapy. I'm not asking you to be nosey. I'm just asking you because that's why we're here today.
How do you feel today?
A. I'm fine.
Q. Did you sleep okay last night?
A. Okay.
Q. Is there any reason that you can't give me accurate and complete answers to my questions today?
A. No.
Q. Have you taken any medications in the last 24 hours?
A. Let me try to think what I take at night and what I take in the morning. Let me go down my list of what I take. It's mostly vitamins. That's what I take.

Page 10

Q. So, you've taken vitamins in the last 24 hours?
A. Yes.
Q. What kind of vitamins did you take?
A. Multivitamin, Vitamin E, Vitamin B6, calcium, baby aspirin, Citrucel. That's it.
Q. Those are all the medications you've taken in the last 24 hours?
A. Yes.
Q. What is Citrucel?
A. It's a fiber.
Q. What do you take Citrucel for?
A. For constipation. I'm going to be blunt, I guess.
Q. We just want the truth here.
A. That's what that is, yeah. Citrucel, it's fiber.
Q. Have you consumed any alcohol in the last 24 hours?
A. No.
Q. Is Renee your lawyer?
A. Yes, she is.

Page 11

Q. As part of the way that today proceeds, it's Renee's job in representing you here today to object to questions that she thinks are objectionable that I ask. Unless she directs you not to answer, you should answer my question after Renee makes her objection. She's just preserving her record for later on down the road.
When did you first meet Renee?
A. Today.
Q. How were you referred to Renee?
A. Her law firm referred me to her.
Q. And how were you referred to Renee's law firm?
A. Well, I guess I could say from the beginning, I saw an ad on TV; and at that time, it was Littlepage & Booth attorneys. And I contacted them about this hormone therapy that I felt was harmful and contacted them and they sent someone over, I guess an attorney is what he is, to discuss it and wanted to know how this all came about, the medications.

Page 12

And then that law firm turned over the case to Renee's law firm. I can't pronounce the law firm's name, I'm sorry. And then her law firm contacted me. Kept me up to date on how the case was going and finally sent me a -- well, first of all, Littlepage Booth sent me a fax sheet to fill out. I filled that out in writing, sent that back to them; and like I said, then they turned my case over to Renee's firm and recently got a fact sheet that was typed and asked me to go over it and make sure everything was correct.
And there were some changes. I made those changes and Renee's law firm contacted me and we discussed those changes over the phone and then they told me that Renee would be meeting me today for my deposition. And we met this morning and discussed a few things on the fact sheet, off the fact sheet.
Q. Thank you. When you saw this advertisement for Littlepage & Booth, do you remember approximately when you saw it?

Page 13

A. I couldn't say a year. I couldn't say the year that I saw it, but I don't -- I mean, I don't recall how long after I was taken -- how long after my surgery. It would have been after my surgery when I saw that. I don't recall. It wasn't recent. It's been some time. I'm trying to think. I really don't know. I can't -- I can't recall the time.
Q. That's okay.
Do you recall the content of this advertisement?
A. Not -- I don't recall. I know for sure that they indicated that Prempro was -- could cause cancer, breast cancer. And I knew I had taken it, and that's what made me contact them. But that's all I can recall about the advertisement. I don't remember any details about it.
Q. Do you recall for how many years Littlepage & Booth was your lawyer?
A. No, I don't recall. I don't remember when it was turned over to Renee's law firm. Sorry.

Page 14

Q. That's okay.
A. I wish I could remember those things, but I don't.
Q. You said that an attorney was sent over. Did you meet an attorney from Littlepage & Booth face-to-face?
A. Yes.
Q. Please, don't tell me the content of any conversations. I just want to establish that.
How many one-on-one meetings with attorneys from Littlepage Booth did you have?
A. One.
Q. Was it that one?
A. That one.
Q. And you also filled out a plaintiff's fact sheet that Littlepage Booth sent to you?
A. Yes.
Q. And you returned to them?
A. Yes.
Q. Did you have any other correspondence with Littlepage Booth?

Page 15

A. They kept me informed. Before they turned it over to Renee's law firm, they kept me informed. Every year they would send me a letter just saying we haven't forgotten you. We're still working on the case.
Q. Besides the advertisement that prompted you to call Littlepage Booth, had you seen any other advertisements for lawyers on the basis of use of Prempro for hormone therapy?
A. No.
Q. Besides the attorneys for Littlepage Booth and Renee's law firm, have you dealt with any other lawyers in connection with this case?
A. No.
Q. What did you do to prepare for your deposition today?
A. Well, Renee and I met this morning; and we discussed some of the items on the fact sheet. That's what we did today -- how we prepared today.
Well, she did call me last night when she got in; and we discussed some

Page 16

questions then, and then we met this morning.
Q. Besides your fact sheet, did you review any other documents or written materials to help you prepare for this deposition?
A. I'm trying to remember if we discussed anything on the preparation sheet. I think most of our conversation was on the items on the fact sheet.
Q. Did you review your medical records in preparation for your deposition?
A. No.
Q. Have you ever seen your medical records?
A. I want to say I have at one time seen Eckerd's. I believe I saw Eckerd's because I had to get them and mail them to Littlepage, yeah.
Q. By "Eckerd's" do you mean the pharmacy records?
A. Yeah, where I picked up my prescriptions.
Q. Did you review any advertisements for hormone therapy?

Page 17

A. Did I what?
Q. Did you review any advertisements for hormone therapy in preparation for this deposition?
A. I'm sorry. Repeat that, please. My brain is like -- I'm trying to think.
Q. That's okay. Did you review any advertisements for hormone therapy in preparation for your deposition?
A. She just asked me what -- if I had ever seen any advertisements; and I told her the TV advertisement, that's all. But we didn't discuss any more about that.
Q. By the TV advertisement, are you referring to the advertisement by Littlepage Booth that prompted you to call Littlepage Booth?
A. Yes.
Q. Were you given a binder of documents to review?
A. Today?
Q. In preparation for today.
A. Well, the fact sheet is the -- that

Page 18

document; and I don't know what it's called. There was another thing, like, a questionnaire kind of, like, what questions you might ask or might be asked here.
Q. Did you look at any videotapes or films in preparation for your deposition?
A. No.
Q. Did you review any other depositions in preparation for this deposition?
A. No.
Q. You just said to me that you had seen a document that suggested questions that I may ask you today.
MS. BAGGETT: Objection.
BY MS. WADHWANI:
Q. Is that correct? You can answer.
THE WITNESS: I can answer?
MS. BAGGETT: Yes, ma'am.
THE WITNESS: Okay. Say that again, please.
MS. BAGGETT: What I'm objecting to is the client-attorney

Page 19

confidentiality that we have. You do not have to discuss any communications between us and them. You can tell them basically what you understood the material to be.
THE WITNESS: The material -- okay.
A. Could you repeat your question?
BY MS. WADHWANI:
Q. Of course. You had said a few minutes ago that you looked through a document that contained questions that I might ask you today; is that correct?
A. That's correct.
Q. Did you review all those questions on that document?
A. I did.
MS. WADHWANI: I'm going to mark as Exhibit 1 the Second Amended Notice to Take Videotaped Discovery Deposition.
(Whereupon, Deposition Exhibit Romero-1, Second Amended Notice to Take Videotaped Discovery Deposition

Page 20

of Judy Romero, was marked for identification.)
BY MS. WADHWANI:
Q. I should have given you my usual warning that my voice tends to be light, especially as the day goes on. So, if you have trouble hearing me, please tell me; and I will speak up. I know it's a problem, and I try; but I'm always not so good at it.
Have you seen this document before, Ms. Romero?
A. No.
Q. This is a document that brought us all here today. If you could, please, look at the last page --
A. (Witness complies.)
Q. -- it's entitled Exhibit A.
A. (Witness complies.)
Q. This document asked if you had any documents or other items in your possession relevant to these requests. So, I'm just going to go through these and ask you if you have either brought such documents with you today -- or such other items with

Page 21

you today or if you have any of these items at home.
Have you brought with you today any photographs, drawings, videotapes, DVDs or slides that you contend are relevant to your lawsuit?
A. No.
Q. Do you have any such items at home?
A. No.
Q. Have you brought with you today any diaries, journals, calendars, notes, letters or other written documentation kept by you which evidences your physical, mental and emotional condition, or any evidence of conversations with your health-care providers for a period of five years before filing this lawsuit to the present?
A. No.
Q. Do you have any such items at home?
A. No.
Q. Have you brought with you today any correspondence or other communication

Page 22

between you or someone on your behalf and any other person or entity regarding claims underlying this lawsuit, other than any communications between you and your attorneys?
A. I don't have any correspondence.
Now, communication between you and any other person, I mean, my family. I communicate with my family.
Q. Right. Do you have any written documentation --
A. No.
Q. -- of that?
A. No, I'm sorry.
Q. That's okay.
Have you brought with you today any documents regarding or evidencing any comments or statements made by you at any time to any representative or employee of Wyeth?
A. No.
Q. Do you have any at home?
A. No.

Page 23

Q. Have you brought with you today any newspaper articles, magazine articles, advertisements, TV recordings or radio interviews relating to your allegations or damage claims in this lawsuit?
A. No.
Q. Do you have any such items at home?
A. No.
Q. Have you brought with you today any documents that you rely upon to support your claim for damages other than medical records and expenses?
A. No.
Q. Do you have any such documents at home?
A. No.
Q. Have you brought with you any brochures, leaflets, package inserts, pharmacy handouts, package labels, packaging or other written or printed information regarding hormone therapy in your possession?
A. No.
Q. Do you have any such

Page 24

information at home?
A. No.
Q. Have you brought with you today any literature in your possession that you received from Wyeth?
A. No.
Q. Do you have any such literature at home?
A. No.
Q. Have you brought with you today any literature in your possession as a result of research or Internet research based on issues involved in this lawsuit?
A. No.
Q. Do you have any such documents at home?
A. No.
Q. Thank you.
Before coming here, I was provided with copies of some of your medical records from various doctors over the years. Were you aware of that?
A. No.
Q. Do you have any reason to

Page 25

believe that the records from Drs. Lal, McKenney, Williams or any of the other doctors that you have seen are inaccurate in any way?
A. Say that again, please.
Q. Do you have any reason to believe that the records from Dr. Lal, Dr. McKenney, Dr. Williams or any other of the doctors that you've seen over the years are inaccurate in any way?
A. I have no reason to believe that.
Q. I don't have all your medical records; however, so, I need you to try and recall things to the best of your recollection.
A. Okay.
Q. I would like to speak with you right now a little bit about some doctors' names that I see and just make sure we can put names with specialties and dates that you saw them and in what capacity you saw them.
A. Okay.
Q. Who is Dr. Lal?

Page 26

A. Lotze, but that's okay. L-O-T-Z-E, is that how it's spelled? Or Lal, L-A-L? She was a gynecologist that I saw. I think she's a gynecologist, yeah, I saw at -- and she started -- she started me on Premphase.
Q. How long did you see Dr. Lal?
A. I don't recall. I don't recall how long.
Q. And you're not sure if she was a gynecologist?
A. I don't -- it's been so long. I know I did my physical checkups with her. So, I'm not -- I can't say for sure.
Q. And by "physical checkups," do you mean your annual gynecological exams?
A. Uh-huh.
Q. So, in any case, you saw her for your gynecological needs?
A. Yes.
Q. And now onto Dr. Lotze.
A. Yes.
Q. Who is Dr. Lotze?
A. He was my gynecologist.

Page 27

Q. How long was he your gynecologist for?
A. I don't recall how many years. He is the doctor who prescribed me the Prempro because of some concerns that I had.
Q. Is -- I'm sorry.
A. Go ahead.
Q. Do you know where he currently practices?
A. He's retired now.
Q. Do you know when he retired?
A. No, I don't.
Q. Do you know where Dr. Lal practices, currently?
A. No. Dr. Lal, L-A-L, no, I don't.
Q. Do you know if she's still with the same office?
A. I do not know.
Q. What city did you see Dr. Lal in?
A. Beaumont.
Q. And did you see Dr. Lotze, also, in Beaumont?

Page 28

A. No, he's in Houston.
Q. Who is Dr. Dick Barlow?
A. Oh, he's my -- he is a head specialist for my ears. I have to have wax washed out every so often. I didn't know his name was on there. I guess when they ask you about all your doctors, I put all my doctors down that I've seen.
Q. How long have you been seeing Dr. Barlow?
A. Years. I don't recall when I first started seeing him, years.
Q. What city does he practice in?
A. Port Arthur.
Q. Are you still seeing him?
A. I do.
Q. Is he with a medical group out in Port Arthur?
A. I don't think so. I think he's by himself.
Q. Who is Dr. Edgar Sarrafian?
A. He is the doctor who delivered my child.
Q. Was he your gynecologist at the

Page 29

time?
A. I saw him while I was pregnant. Yes, I was seeing him when I was pregnant. I guess that's -- is that what they are called? I don't know their medical title. I just know that's who -- he was -- that's who I was seeing.
Q. Had you seen him for your gynecological needs prior to your pregnancy?
A. No.
Q. Did you see him for your gynecological needs after your pregnancy?
A. No.
Q. So, he was your pregnancy doctor, so to speak?
A. Yes, yes. That's what I recall.
Q. That's fine. Who is Dr. Dennis Black?
A. He was a gynecologist.
Q. Do you remember what years you saw him?
A. No, I don't. I do not recall that.

Page 30

Q. Do you recall what city you saw him in?
A. Beaumont.
Q. Who is Dr. Theresa Robinson?
A. Gynecologist in Houston.
Q. Do you recall what years you saw her?
A. I do not. I do not recall the years.
Q. Do you recall how long you saw her?
A. I'm trying, but I don't recall.
Q. Who is Dr. Karl Tomm?
A. A surgeon, breast cancer surgeon.
Q. Where does he practice now, if you know?
A. Houston.
Q. Was he in Houston when you had your breast cancer surgery?
A. Yes.
Q. Who is Dr. Scott McKenney?
A. Oncologist.
Q. Did you see him in relation to

Page 31

your breast cancer as well?
A. Yes.
Q. Where does he practice?
A. Beaumont.
Q. Do you still see him?
A. No.
Q. Do you recall when the last time you saw him was?
A. I hate to guess. I want to say two years. It's really close, if it's not exactly -- it's really close.
Q. Who is Dr. Henry Williams?
A. He was a radiation doctor.
Q. When you received radiation from him, where was he practicing?
A. Beaumont.
Q. Do you know if he still practices in Beaumont?
A. I do not, no.
Q. Who is Dr. Keith Wied?
A. He is my colonoscopy doctor, Dr. Wied, colonoscopy doctor.
Q. Where does he practice?
A. Beaumont.

Page 32

Q. Do you still see him?
A. Yes.
Q. Who is Dr. Christopher Bell?
A. Oh, Bell, he is my general practitioner.
Q. Is he currently your general practitioner?
A. Yes, he is my current.
Q. How long have you been seeing him?
A. I don't recall how long.
Q. Were you seeing him while you were taking Premphase and Prempro?
A. No.
Q. Did you have a general practitioner at that time?
A. No.
Q. Where does Dr. Bell practice?
A. Nederland.
Q. Who is Dr. Carolyn Malmberg?
A. She was a general practitioner. Yeah, I guess I was seeing -- not -- could you repeat that question you asked about was I seeing Dr. Bell while during -- what was

Page 33

that question again?
Q. Was Dr. Bell your general practitioner, or were you seeing him while you were taking Premphase and Prempro?
A. Okay. She was just a general practitioner that I had at one time.
What was your other question that you asked me?
Q. Just to make sure that I'm clear, did you ask me to reask the question about Dr. Bell and --
A. Yes.
Q. And then you applied it to Dr. Malmberg. Were you thinking of whether or not you were seeing her while you were taking Premphase?
A. No, I definitely was not seeing her then; but she was a general practitioner that I did see at one time. I don't know -- I don't recall how long or when.
Q. Did you see her before you started seeing Dr. Bell?
A. Yes.
Q. At the time that you were

Page 34

seeing Dr. Malmberg --
MS. WADHWANI: And for your benefit, it's M-A-L-M-B-E-R-G.
BY MS. WADHWANI:
Q. Where was she practicing when you saw her?
A. That's Nederland.
Q. Do you know if she's still there?
A. I do not know.
Q. Who is Dr. Ronald Talbert, T-A-L-B-E-R-T?
A. He's a bone specialist.
Q. What specifically do you see him for?
A. I don't see him now. I had an inflamed shoulder, and I had to seek therapy for it.
Q. Do you recall when you had the inflamed shoulder?
A. I can tell you probably the year, estimate in 2001.
Q. When you saw him in 2001, what city was he practicing in?

Page 35

A. Beaumont.
Q. Do you know if he is still in Beaumont?
A. I don't know.
Q. Who is Dr. Barry Miller?
A. He removed my appendix, appendix surgeon.
Q. Do you remember when he removed your appendix?
A. Yes, the year 2000.
Q. When you had your appendix removed, where did you have that procedure performed?
A. In Nederland.
Q. Do you recall the name of the hospital?
A. Jefferson County Hospital.
Q. Do you know if Dr. Miller still practices at that hospital?
A. That hospital no longer exists.
Q. Do you know when the hospital went down?
A. No, I don't.
Q. Do you know where Dr. Miller is

Page 36

now?
A. No, I don't.
Q. Who is Dr. Pickron, P-I-C-K-R-O-N?
A. He was my colon surgery doctor.
Q. When did you have your colon surgery?
A. 2007.
Q. Where did you have that surgery performed?
A. In Houston.
Q. Have you seen Dr. Pickron since then?
A. Since the surgery -- I had to go back for follow-up, but not since that, no.
Q. Who is Dr. Erwin?
A. He is my gynecologist, present gynecologist.
Q. When did you start seeing him?
A. When Dr. Lotze retired. I don't recall the date.
Q. Where does Dr. Erwin practice?
A. Houston.

Page 37

Q. Do you know where in Houston?
A. Yes, it's 7900 Fannin. I think that's the address.
Q. Who is Dr. Horton, H-O-R-T-O-N?
A. I hate to do this. I had a hernia surgery. I think that's who took care of that. I think he did my hernia surgery.
Q. When did you have the hernia surgery?
A. I don't recall.
Q. Do you recall what city you had the hernia surgery in?
A. Beaumont.
Q. Have you seen Dr. Horton since that surgery?
A. No.
Q. You told me just now that the gynecologists of the people that I listed include Dr. Erwin, Dr. Lal, Dr. Lotze, Dr. Black and Dr. Robinson; is that correct?
A. Correct.
Q. Have you, since you started seeing the gynecologist, seen any other gynecologists whose names I've not listed?

Page 38

A. No.
Q. Thank you.
What's your date of birth, Ms. Romero?
A. 8-25-1948.
Q. Where were you born?
A. New Iberia, Louisiana.
Q. What's your current address?
A. 2270 Pearl Street, Port Neches, Texas 77651.
Q. How long have you lived there?
A. Three and a half years.
Q. Before you lived there, where did you live?
A. 143 8th Avenue, Apartment No. 8, Nederland, Texas. I'm trying to remember the ZIP. I think it's 77 -- 77627, I think is the ZIP.
Q. How long did you live at that address?
A. 10 years.
Q. And do you recall the address that you lived in prior to that address in Nederland?

Page 39

A. It was in Port Neches. I don't recall the address.
Q. Did you attend college?
A. Yes, some, some college.
Q. When did you attend college?
A. I don't recall the year.
Q. What college did you attend?
A. Chenier Business College.
Q. Did you get a degree at Chenier?
A. I got a certificate.
Q. What did you get a certificate in?
A. Office machines and filing, that type, administration, I guess -- I don't remember what the title was called. I just know it was mostly office machines.
Q. What kind of courses had you taken at Chenier?
A. You're going so far back. What kind of courses -- math, filing. I don't recall all of them. I would be guessing, if I had to -- I know there was a lot of equipment that I worked on; but I don't

Page 40

remember all the courses.
Q. Did you attend any other colleges?
A. No.
Q. Did you receive any vocational training?
A. I did go to Faris Computer Training.
Q. What did you learn at Faris?
A. How to use a computer like Word.
Q. Have you taken any other courses or training?
A. No.
Q. Do you have any medical training?
A. No.
Q. Do you have any nursing training?
A. No.
Q. Does anyone in your family have any medical training?
A. No.
Q. Does anyone in your family have

Page 41

any nursing training?
A. No.
Q. Do you have any friends with medical training?
A. No.
Q. Do you have any friends with nursing training?
A. No.
Q. Do you currently work?
A. Yes.
Q. What do you do?
A. I pay invoices -- my title is accounting associate.
Q. And where are you an accounting associate?
A. Lamar University.
Q. How long have you been at Lamar University?
A. Seven years.
Q. Did you start there in 2002?
A. Yes.
Q. Did you have a job prior to that job?
A. Yes.

Q. What job did you have prior to the job at Lamar University?
A. I worked for a law firm, Mehaffy & Weber.
Q. I'm sorry. What was the name?
A. Mehaffy & Weber.
Q. Could you spell "Mehaffy"?
A. I think it's M-A-F-F-E-Y.
Q. And where is Mehaffy & Weber?
A. Beaumont.
Q. How long did you work there?
A. That's a year and a half or two years --
THE COURT REPORTER: You're going to have to speak up for me.
THE WITNESS: I'm thinking. I'm thinking out loud.
BY MS. WADHWANI:
Q. We'll capture that on the record.
A. I can't tell you the exact dates.
Q. Do you know approximately how long?



A. Approximately, November, 2000 until May 2002.
Q. Do you recall approximately how many attorneys worked at this law firm?
A. No, I do not.
Q. Do you recall the type of law that this law firm used to practice?
A. Different types. I know different types.
Q. What types?
A. The lawyer that I did filing for was a silicosis attorney.
Q. What's that?
A. I'm not sure. I would have to guess. I knew then, but I don't recall now what it consists of. That's the only attorney I worked for; and other attorneys did other things. I don't know.
Q. What were your job responsibilities with this attorney?
A. Filing.
Q. About how many hours a week did you work?
A. Eight. A week you said? I'm



sorry. 40 hours a week.
Q. Had you filed your lawsuit in this case before or after you stopped working at the law firm?
A. I don't recall.
Q. Did you discuss your lawsuit with any attorneys at that law firm?
A. No.
Q. Did you have a job prior to your job at the law firm?
A. Yes.
Q. What was that job?
A. Ford Motor Credit.
Q. What were you doing at Ford Motor Credit?
A. I was in the administration department.
Q. What were your job responsibilities?
A. Taking payments from customers, entering payments, answering the phone.
Q. Where was Ford Motor Credit located?
A. In Beaumont.



Q. How long had you worked there?
A. 13 years.
Q. Did you have a job before then?
A. Yes.
Q. What did you do?
A. So many jobs.
Q. This will be the last one I ask you about.
A. I'm trying to remember which one -- oh, yeah, I know where I was working. Warren Refrigerators.
Q. What were you doing at Warren Refrigerators?
A. Administrative work, helping get credit reports for the customers.
Q. I won't ask you about the specifics of your other job, as I just promised you; but have you held any jobs that haven't involved administrative work?
A. That haven't involved?
Q. Correct.
A. All the way back? I worked at Gibson's as a clerk.
Q. What's Gibson's?

Page 46

A. It was a discount store that was not administration, sales clerk. That was my very first job in 1967.
Q. See. You're doing very well. Any other jobs that you held that haven't involved administrative work?
A. No.
Q. Are you currently married?
A. No.
Q. Have you ever been married?
A. Yes.
Q. How many times have you been married?
A. Twice.
Q. What is the name of your first husband?
A. Phil.
Q. And is his last name Romero?
A. No.
Q. What's his last name?
A. Wistner.
Q. How do you spell his last name?
A. W-I-S-T-N-E-R.
Q. What date did you marry Mr. Wistner?

Page 47

A. 1971.
Q. Do you remember his date of birth?
A. I know it's June.
Q. Do you know approximately how old he is today?
A. He must be, like -- I guess he is 58 now.
Q. When did you and Mr. Wistner get divorced?
A. In 1975.
Q. Was he employed while you were married to him?
A. Yes.
Q. What did he do?
A. He was an operator at a refinery. Do you want me to tell you all of his jobs?
Q. No. Do you recall the name of the refinery?
A. It is -- it was called FINA at that time. I think now it's total -- I'm not sure if it's Total or if that facility -- there is a couple of them there. I don't know. Do you want to know what it was called at that -- well, it was FINA, FINA Petroleum.

Page 48

Q. When you were married to him, how was his health?
A. Good.
Q. Did he smoke?
A. No.
Q. Did he drink alcohol?
A. Occasionally.
Q. What was the name of your second husband?
A. Ronnie Arledge.
Q. How do you spell his last name?
A. A-R-L-E-D-G-E.
Q. When did you marry Mr. Arledge?
A. In 1990.
Q. When did you and Mr. Arledge get divorced?
A. 1992.
Q. Do you know how old he is today?
A. I always know except for when you're asking me. I have to think.

Page 49

Q. It's hard to be on the spot.
A. Yes. 54.
Q. Was he employed during your marriage?
A. Yes.
Q. What did he do?
A. He worked for a trucking company.
Q. Do you know what he did at the trucking company?
A. He did the administration part mostly, paperwork, managed the truckers.
Q. When you were married to him, how was his health?
A. Good.
Q. Did he smoke?
A. No.
Q. Did he drink alcohol?
A. Occasionally.
Q. How many children do you have?
A. One.
Q. What's your child's name?
A. Shannon Marie. Present last name, Klutts, K-L-U-T-T-S.

Page 50

Q. What is her date of birth?
A. April 11th, 1975. You see how bad that is? I can't remember her birth date. I'm just like --
Q. Where does she live?
A. Port Neches.
Q. How is her health?
A. Good.
Q. Has she ever experienced any menstrual irregularities?
A. Not that I know of.
Q. Does she suffer from any diseases?
A. No.
Q. Does she have -- has she ever experienced any medical conditions?
A. No.
Q. How often do you see your daughter?
A. Daily.
Q. Does she smoke?
A. No.
Q. Does she have asthma?
A. No.

Page 51

Q. Does she have cancer?
A. No.
Q. Has she ever had any melanomas?
A. No.
Q. Does she have lupus?
A. No.
Q. Does she have diabetes?
A. No.
Q. Is she obese?
A. No.
Q. Does she suffer from any heart disease?
A. No.
Q. Any blood clotting problems?
A. No.
Q. What is her occupation, if she works?
A. Yes, she's a secretary.
Q. Is she married?
A. Yes.
Q. What is her husband's occupation?
A. He works for the City of Port Neches.

Page 52

Q. What does he do for the city?
A. Water department.
Q. Do you know what he does at the water department?
A. No, I don't know the details on that.
Q. You said your daughter was a secretary?
A. Uh-huh.
Q. Do you know where she is a secretary?
A. Lamar University.
Q. Does she have any children?
A. Yes.
Q. How many?
A. One.
Q. What is your grand --
A. Son.
Q. -- grandson's age?
A. He's three.
Q. Do you know if your daughter had any problems getting pregnant?
A. I don't know that.
Q. Do you know if she experienced

Page 53

any serious problems during her pregnancy?
A. She did not.
Q. Do you know if she had any problems or complications with the delivery of her child?
A. She did not.
Q. How is the health of your grandson?
A. Good.
Q. Have you lived with anyone over the past 10 years?
A. I lived with my mother -- the past 10 years, my mother.
Q. How long did you live with your mother?
A. I'm presently living with my mother, three and a half years.
Q. Did she move into your house three and a half years ago?
A. I moved in with her.
Q. Why did you move in with your mother?
A. My dad passed away. She would not stay by herself.

Page 54

Q. How old was your dad when he passed away?
A. 84.
Q. Do you recall the year he passed away?
A. Yes, '05, July of '05.
Q. Do you know what the cause of his death was?
A. He had several complications for a couple of years, but heart failure.
Q. Were these complications related to his heart?
A. No.
Q. What complications did he suffer?
A. It began with a ruptured appendix. You want to know the whole story?
Q. Yes, please.
A. Okay. This is a fun one. His family doctor diagnosed him of -- my dad was having back pains, and he just said it's just your back. You are just having back pains. Your just have to wait it out. Just walk a lot, and it will clear up. It did not.

Page 55

They did blood work. This doctor did blood work. That hospital that is no longer a hospital did blood work. They did not detect that he had an appendicitis. He went like this for a couple of weeks thinking that it was just his backache.
We took him -- my family and I took him to Houston to an emergency room at Methodist Hospital. They immediately, as soon as they did the blood work, knew exactly what it was, bad ruptured appendix.
They had to remove part of his colon. And --
Q. Do you need to take a break?
A. I'll be okay. Just give me a minute.
THE VIDEOGRAPHER: Actually, it probably will be a good time because the tape is going to be running out shortly.
Off the record at 11:12 a.m., ending Tape 1.
(Recess taken from 11:13 a.m. to 11:22 a.m.)

Page 56

THE VIDEOGRAPHER: On the record at 11:22 a.m., beginning Tape 2.
BY MS. WADHWANI:
Q. You were telling us about being at the hospital when your father was diagnosed with a ruptured appendix.
A. Yes. And they had to remove part of his colon. At his age, he just went downhill from there, ended up having to have his gallbladder removed; and he never could recover from all of it, and his heart just failed on him.
Q. Do you know why he had to have his gallbladder removed?
A. He had stones.
Q. Did your father suffer from any diseases in his lifetime?
A. He had prostate cancer.
Q. Do you remember when that was diagnosed?
A. No, I don't recall the date.
Q. Do you recall the year?
A. No, I do not recall the year.

Page 57

Q. Do you recall how old he was?
A. No, I don't recall.
Q. Do you know what kind of treatment he had for his prostate cancer?
A. He had radiation. Of course, he had surgery, had the cancer removed and had radiation.
Q. Did he have any recurrence of his cancer?
A. No.
Q. Did he develop cancer at any other part of his body?
A. No.
Q. Did he suffer from any other diseases besides cancer in his lifetime?
A. No.
Q. Was his heart always in good shape --
A. Yes.
Q. -- when he was alive?
A. Yes.
Q. Did he have any other serious health problems?
A. No -- I'm sorry. Yes. I just

Page 58

recall. He had asbestosos.
Q. When you say he had asbestosos, what do you mean? Are you saying he had mesothelioma?
A. I guess. I don't know what it's called. I just know that he had a spot on his lung that they said was from asbestosos.
Q. Did your father work at a job where he was exposed to asbestosos?
A. Yes.
Q. What was your father's job?
A. He worked at several refineries. He was a carpenter.
Q. Do you know if he was exposed to asbestos at all in his jobs?
A. I don't know. I don't know where -- I don't know the details on that or where. I don't know where, which refineries. Like I said, he worked at several refineries.
Q. And how do you know that he had a spot on his lungs that was related to asbestos exposure?
A. He was x-rayed, and that's what

Page 59

was told to him.
Q. Did he tell you that, or did his doctors tell you that?
A. He told us, his children.
Q. Did your father work in refineries while you were a child?
A. Yes.
Q. Did your father work in refineries while you were an adult?
A. Yes.
Q. Did he ever have any other job that wasn't in a refinery?
A. Yes, he built homes.
Q. How long would you say that your father built homes, ballpark figure?
A. Let's see. I'm going to say 30 years, estimate.
Q. Do you know how long he worked in refineries?
A. I do not.
Q. Did he suffer from any other diseases in his lifetime?
A. No, not that I can recall.
Q. Was he ever diagnosed with

Page 60

diabetes?
A. No, he was not.
Q. Was he obese?
A. No.
Q. Did he have any blood clotting problems?
A. No.
Q. Did he ever have a stroke?
A. No.
Q. Did he ever have heart disease?
A. He had a heart valve abnormality. He developed that, found that out during all of that -- all of the illness time that -- after the appendix surgery, that's when all of that was shown.
Q. What is your understanding of what heart valve abnormality means?
A. From my understanding, it's that -- it's like a flap that doesn't quite close properly all the time. That's the understanding I've gotten.
Q. Did your father ever suffer from asthma?
A. No.

Page 61

Q. Did he ever suffer from depression?
A. No.
Q. Did he ever suffer from dementia or Alzheimer's?
A. No.
Q. Did he have any other health issues that we haven't discussed?
A. No.
Q. You said that your mother is currently alive and you live with her?
A. Yes.
Q. Are you close with your mother?
A. Yes.
Q. Have you always been close with your mother?
A. Yes.
Q. Do you know if your mother suffered any menopausal symptoms?
A. I do not know. I don't know that. I don't know.
Q. Do you know if your mother ever took hormone therapy?
A. I don't know.

Q. Did she ever recommend hormone therapy to you?
A. No.
Q. Did you ever discuss your use of hormone therapy with her?
A. Not that I can recall.
Q. Has your mother ever been diagnosed with breast cancer?
A. No.
Q. Is she aware of your lawsuit?
A. No.
Q. Why haven't you told your mother about your lawsuit?
A. When I first filed, I just did not feel that I should worry her about that. And now, she has dementia. So, I don't worry her about it now. She wouldn't understand.
Q. When was the onset of your mother's dementia?
A. I'm sorry?
Q. When was the onset? When did your mother's dementia start?
A. Approximately -- it's been -- it's been approximately six years.



Q. Around 2003, would you say?
A. That's an estimate.
Q. Was her dementia diagnosed by a doctor?
A. Yes.
Q. Have you spoken with that doctor about her dementia?
A. Oh, yes.
Q. Did you ask him what caused her dementia?
A. I don't recall.
Q. Has her doctor ever suggested any causes of her dementia to you?
A. I don't recall.
Q. Do you know if her dementia is hereditary?
A. I do not know that.
Q. Did your mother experience -- has she experienced any other diseases in her lifetime?
A. She did have a kidney removed. It was a malignant tumor in one of her kidneys, and they just removed her kidney.
Q. Do you remember when her kidney



was removed?
A. It's been an estimate of 10 years.
Q. Do you know what treatment she received besides the removal of her kidney?
A. None. She is still kicking. Lucky her.
Q. Had she -- did she have any recurrence in her other kidney of her cancer?
A. No.
Q. Is she diagnosed with cancer in any other part of her body?
A. No.
Q. Did her doctors ever speak with you about what they thought the cause of her cancer was?
A. Not that I can recall.
Q. Did she ever speak with you about what she thought the cause of her cancer was?
A. Not that I recall.
Q. Did you ever ask her doctors what the cause of her cancer was?
A. I don't recall.



Q. With regard to your father's prostate cancer, did you ever speak with his doctors about his cancer?
A. I did not.
Q. Did he -- "he" meaning your father, did he ever tell you what he thought the cause of his cancer was?
A. I don't recall.
Q. Did he ever tell you what the doctors told him, if anything, was the cause of his cancer?
A. I don't recall.
Q. Did your mother have any other diseases besides the kidney cancer and the dementia in her lifetime?
A. I know she's had a hysterectomy.
Q. When did she have her hysterectomy?
A. I don't recall.
Q. Do you know why she had a hysterectomy?
A. No, I do not.
Q. Did she suffer any menopausal

symptoms after her hysterectomy?
A. I do not know.
Q. Do you know if she experienced any hot flashes after her hysterectomy?
A. I do not know.
Q. Did she have any other serious health issues or diseases?
A. No.
Q. Did either of your parents ever smoke?
A. No.
Q. Do you know if your mother took DES while she was pregnant with you?
A. I do not know.
Q. Did your mother ever have asthma?
A. No.
Q. Has your mother ever been obese?
A. No.
Q. Has she ever experienced any hypertension?
A. Not that I know of.
Q. Has she ever suffered any



osteoporosis?
A. No.
Q. Has she ever had any blood clotting problems?
A. Not that I know of.
Q. Has she ever suffered any depression?
A. Not that I know of, although, she is on a medication for it; but she does take a depression medication. I mean, it's been since my dad died that she's been put on that; and I don't know if it's because she's got dementia and, you know, some days she might look like she's down. The doctors have prescribed that for her. That's all I know of the reason that she's taking it.
She's never -- I've never seen her get real depressed that I know of. That's all I know. I wasn't living with her until just three and a half years ago, but I never did see her as being real depressed. I don't know of any other reasons for it.
Q. Okay. Are there any other health issues that you can think of with



regard to your mother that we haven't discussed?
A. No.
Q. Do you have any siblings?
A. Yes.
Q. How many siblings do you have?
A. Three sisters and a brother.
Q. What are the names of your sisters?
A. Mary Ann.
Q. What's her last name?
A. Borel, B-O-R-E-L.
My sister's, you say. Jolene Nelson; Rosalind Dunkleberger, D-U-N-K-L-E-B-E-R-G-E-R.
Q. And what's the name of your brother?
A. Kelly Romero.
Q. Is it K-E-L-L --
A. K-E-L-L-Y.
Q. What is Mary Ann's date of birth?
A. March 20th -- gosh, you're testing my memory. 44, 1944.



Q. Is she still alive?
A. Yes.
Q. Where does she live?
A. Mobile, Alabama.
Q. Is she married?
A. Yes.
Q. What is the name of her spouse?
A. Vernon.
Q. Does your sister work?
A. No.
Q. Has she ever worked?
A. A very short time.
Q. What did she do?
A. I would say she was a clerk at the Port Arthur News.
Q. Do you know, approximately, when she was a clerk at the Port Arthur News?
A. Wow, let's see. I'm estimating the year somewhere around 1963, '64. I'm not sure. Somewhere in there. And she also -- one other job, she worked as a sales clerk at a jewelry store.
Q. Is her husband, Vernon, employed?

Page 70

A. He's retired now.
Q. What did he do when he was working?
A. Paper mill, he is an engineer at a paper mill.
Q. Are you close with Mary Ann?
A. Yes.
Q. How often do you speak with her?
A. Once a week.
Q. What is her current health?
A. Good.
Q. Has she ever suffered from any diseases?
A. I know she's had her -- I'm thinking. I don't recall all of her -- I don't recall -- she has osteopenia, you call it. That's all I know.
Q. Has she ever been diagnosed with cancer?
A. No.
Q. Has she ever had diabetes?
A. No.
Q. Any blood clotting problems?

Page 71

A. No.
Q. Has she ever had a stroke?
A. No.
Q. Is she obese?
A. No.
Q. Has she had a hysterectomy?
A. That, I don't remember. I don't recall.
Q. You think it's possible that she had a hysterectomy?
A. I just don't recall.
Q. Has your sister experienced menopause?
A. Yes.
Q. Do you know when she experienced menopause?
A. No, I do not.
Q. Did she suffer any symptoms?
A. Not that I know of.
Q. Do you know if she took any medications while she was experiencing menopause?
A. Not that I know of.
Q. Do you know if she took any

Page 72

hormone therapy?
A. Not that I know of.
Q. Is she aware of your lawsuit?
A. Yes.
Q. Did you tell her about your lawsuit?
A. Yes.
Q. When did you tell her?
A. I don't remember the year that I began this. So, right up front, at the beginning.
Q. Did you tell her before you filed your lawsuit or afterwards?
A. Afterwards.
Q. How did she respond when you told her?
A. I don't recall.
Q. Was she surprised?
A. I don't recall the response. I just don't.
Q. Does she know you're here today?
A. Yes.
Q. What did you tell her about

Page 73

today?
A. I told her I was going to be doing a deposition today.
Q. Does Mary Ann have any children?
A. Yes.
Q. How many?
A. Two.
Q. What are their names?
A. Dina and David.
Q. What are their ages?
A. Dina is 44, and David is 40.
Q. Have they experienced any serious health issues in their lifetime?
A. Not that I know of.
Q. Any diseases?
A. Not that I know of.
Q. Is Dina employed?
A. Yes.
Q. What does she do?
A. She's a director at an exercise company. It's called SportsPlex.
Q. Is David employed?
A. Yes.
Q. What does he do?

A. He's self-employed. Kind of, like, a headhunter, I think, company, I think.
Q. What kind of -- what does he do head hunting for?
A. I don't know.
Q. What is your sister Jolene's date of birth?
A. The older one, I can remember because she's four years older than me. Jolene is seven years younger than me. And her birth date is September 17th. So, what is seven years younger than 1948? Do you have a calculator?
Q. 1955, does that sound correct to you?
A. Yeah, that's an estimate, yeah.
Q. Is she still alive?
A. Yes.
Q. Where does she live?
A. In Fannett.
Q. How do you spell "Fannett"?
A. F-A-N-N-E-T -- one "T" or two "Ts." I'm not sure if it's one "T" or two "Ts."



Q. What state is Fannett in?
A. It's here. It's in Texas. It's not far. It's just a small town.
Q. Is she married?
A. Yes.
Q. What is the name of her spouse?
A. Gerald.
Q. Did you say "Gerald"?
A. G-E-R-A-L-D.
Q. Is Jolene employed?
A. Yes.
Q. What does she do?
A. She's a loan officer at a credit union.
Q. And what does Gerald do?
A. He works at Lamar. He is an IT analyst at Lamar.
Q. By "Lamar," you mean Lamar University?
A. University.
Q. Are you close with Jolene?
A. Yes.
Q. How often do you speak with her?



A. About once a week.
Q. Have you always been close with her?
A. Yes.
Q. What is her current health?
A. Good.
Q. Does she suffer from any diseases?
A. I think she has that osteopenia also. She's had her gallbladder removed, due to gallstones. That's all that I know of. That's all that I know of.
Q. Has she ever had a hysterectomy?
A. Not that I recall.
Q. Has she ever been diagnosed with diabetes?
A. No.
Q. Has she ever had any blood clotting problems?
A. Not that I know of.
Q. A stroke?
A. No.



Q. Has she ever been diagnosed with any cancers?
A. No.
Q. Any melanomas?
A. No.
Q. Has she experienced menopause yet?
A. I don't know.
Q. When you were experiencing menopausal symptoms, did you ever speak with your sister, Jolene, about those symptoms?
A. No.
Q. Did you ever speak with your sister, Mary Ann?
A. No.
Q. Did you ever speak with Rosalind about those symptoms?
A. No.
Q. Do any of your sisters know that you took hormone therapy?
A. Yes.
Q. Do all three know that you took hormone therapy?
A. Yes.

Page 78

Q. How do they know that?
A. I told them.
Q. What made you tell them?
A. They were told. When they discovered the cancer is when they were told about the hormone therapy I was taking.
Q. Did they know that you were taking hormone therapy while you were taking hormone therapy?
A. Not that I recall.
Q. Did you ever recommend to any of your sisters that they take hormone therapy?
A. Could you repeat that one, again?
Q. Did you ever recommend to any of your sisters that they take hormone therapy?
A. No.
Q. Has Jolene ever been diagnosed with breast cancer?
A. No.
Q. Is she aware of your lawsuit?
A. Yes.

Page 79

Q. When did you tell her?
A. When I saw the ad on TV of the law firm, Littlepage Booth; and she was present at my home when the attorney came to visit me.
Q. Was she present when you saw the advertisement?
A. No.
Q. Did you ask her to be present for the attorney's visit?
A. Yes.
Q. What did you tell your sister about your lawsuit?
A. She agreed with me that the pharmaceuticals should have done more testings and better warnings before putting it out on the market and we felt like the public should be made more aware of it and it's the reason I'm doing this.
Q. And did she tell you what informed her agreement with you?
A. Say that again.
Q. Do you know why she agreed with you, why your sister, Jolene, agreed that the

Page 80

pharmaceuticals should have done more testing and put out better warnings?
A. Why did she agree? She didn't comment more. She just agreed they should do more of that.
Q. So, I just want to make sure I understand correctly.
A. Sure.
Q. So, you told her about your lawsuit and why you were filing a lawsuit.
A. Uh-huh.
Q. And Jolene said I agree. Does that sum up --
A. She agreed with me wanting to file suit in hopes that pharmaceuticals can do more testings and get better warnings out there for the public.
Q. What did you tell her about your lawsuit?
A. Nothing more except that she was there and we just discussed the whole reason for me doing it.
Q. Does Jolene have any children?
A. Yes.

Page 81

Q. How many?
A. Two.
Q. What are their names?
A. Wendy and Jamie.
Q. Is Jamie a boy or girl?
A. Girl.
Q. What are Wendy and Jamie's ages?
A. An estimate, Wendy 25; an estimate, Jamie 23.
Q. How are Wendy and Jamie's health?
A. Good.
Q. Have any of them ever had any medical conditions?
A. Not that I know of.
Q. Have any of them ever been diagnosed with any diseases?
A. Not that I know of.
Q. Is Wendy employed?
A. Yes.
Q. What does she do?
A. She's an accountant.
Q. Where does she live?

A. League City.
Q. Is that in Texas as well?
A. Near Houston, uh-huh.
Q. Is she married?
A. Yes.
Q. Do you know the name of her spouse?
A. Brad.
Q. Is brad employed?
A. Yes.
Q. Do you know what he does?
A. He works for an insurance company. I don't know what he does for them.
Q. Is Jamie married?
A. Yes.
Q. And what is the name of her spouse?
A. Damon.
Q. Are they both employed?
A. Yes.
Q. What do they do?
A. He is a lawyer.
Q. Where is he a lawyer?
A. At SFA, Stephen F. Austin, for



the school.
Q. And where is Stephen F. Austin's school located?
A. In Nacogdoches, Texas.
Q. Does he work in a private law firm?
A. He works for the university is all I know.
Q. Do you know what kind of work he does for the university?
A. I just know that he's their attorney there.
Q. Have you ever spoken with him about your lawsuit?
A. No.
Q. What does Jamie do?
A. She also works at Stephen F. Austin in -- I believe she's in the human resources department at Stephen F. Austin.
Q. Where is Stephen F. Austin?
A. In Nacogdoches, Texas.
Q. I'm sorry. You said that. You see, I can't remember even five minutes ago.
Jamie and her husband, Brad,



are aware of your lawsuit, to your knowledge?
A. Jamie and Damon.
Q. I'm sorry. Jamie and Damon.
A. Not to my knowledge.
Q. How is Jamie's health?
A. Good.
Q. Your sister, Rosalind, what is her date of birth?
A. 8-23 -- what's 11 years younger than me? I remember their birthdays because of the amount of years they are away from me. 1959.
Q. Is she still alive?
A. Yes.
Q. Where does she live?
A. Port Neches.
Q. Is she married?
A. Yes.
Q. What's the name of her spouse?
A. Blain, B-L-A-I-N.
Q. Does Rosalind work?
A. Yes.
Q. What does she do?
A. She works for AT&T, office



work. I have no idea what she does there.
Q. Does her husband work?
A. Yes.
Q. What does he do?
A. He works for a stockbroker.
Q. Are you close with Rosalind?
A. Yes.
Q. Have you always been close with her?
A. Yes.
Q. How often do you speak with her?
A. Several times a week.
Q. What is her current health?
A. Good.
Q. Does she suffer from any diseases?
A. No.
Q. Does she have any serious health issues?
A. No.
Q. Has she ever had any serious health issues?
A. No.

Q. Has she ever had any medical complications?
A. No.
Q. Conditions?
A. No.
Q. Has she experienced menopause yet?
A. I don't know.
Q. Is Rosalind aware of your lawsuit?
A. Yes.
Q. When did you tell her?
A. At the beginning. I don't recall the conversation. I just know she's known ever since I filed.
Q. Do you recall how she responded to you telling her?
A. I do not.
Q. Does she have any children?
A. Yes.
Q. How many?
A. Two.
Q. What are their names?
A. Two step and two -- two



stepchildren and two of her own.
Q. Well, we'll start with the stepchildren. What are their names?
A. Oh, Lordy. Chase Dunkleberger and Heather are her stepchildren.
Q. Do either of them or both of them work?
A. Chase works. I don't know where.
Q. Do you know what he does?
A. I do not.
Q. What are the names of your daughter's -- sister's biological children?
A. Brittany and Lindsey.
Q. How old are Brittany and Lindsey?
A. Brittany, estimate, 30; and Lindsey, estimate 22.
Q. How are Brittany and Lindsey's health?
A. Good.
Q. Have they experienced any health issues?
A. Well, Brittany wears a



prosthesis. I don't know if that's considered a health issue or not. She was born with one arm, no hand; but as far as -- other than that, they are fine. I don't know if that meant I needed to point that out or not; but as far as health, health, no.
Q. Neither is suffering from any diseases?
A. No.
Q. Is Brittany married?
A. No.
Q. Is Lindsey married?
A. She's divorced.
Q. Does Brittany work?
A. Yes.
Q. What does she do?
A. She works for the post office.
Q. And what about Lindsey?
A. Lindsey works for the dentist.
Q. And your brother, Kelly, what is his date of birth?
A. Let's see. I always get his date confused. January 8th -- I'm going to estimate 1950. I think that's right. That's



an estimate.
Q. Is he still alive?
A. Yes.
Q. Where does he live?
A. Port Neches.
Q. Is he married?
A. Yes.
Q. What is the name of his spouse?
A. Debbie.
Q. Does your brother, Kelly, work?
A. Yes.
Q. Where does he work?
A. He's semiretired.
Q. What did he do before?
A. Carpenter.
Q. And what about his wife, Debbie? Does she work?
A. She works.
Q. What does she do?
A. She's an office manager at a dentist.
Q. Do they have any children?
A. Yes.
Q. How many?

Page 90

A. Two.
Q. What are their names?
A. Casey and Nicholas, two boys.
Q. How are Casey and Nicholas' health?
A. Good.
Q. Have they suffered any health issues?
A. Not that I know of.
Q. Have they been diagnosed with any diseases?
A. Not that I know of.
Q. How old are they?
A. Casey, approximately, 31; and Nicholas, approximately, 22.
Q. Do they work?
A. Yes.
Q. What do they do?
A. Casey works at Ameripol-Synpol. I think it's a refinery. And Nick, I'm not sure because he switched jobs recently; and I'm not sure of the name.
Q. Do you know what he does at his new job?

Page 91

A. It's in the office. I'm not sure of everything he does.
Q. Do you know what kind of company he works for?
A. No, I don't.
Q. Do you know what his job was before he switched to his new job?
A. I think it was a pipe-and-valve type of job.
Q. Is Casey married?
A. Yes.
Q. What's the name of his wife?
A. Rachel.
Q. Does Rachel work?
A. Yes.
Q. What does she do?
A. She's an engineer. Did I tell you what -- I said Casey works at a refinery. I don't know what he does there. Rachel is an engineer at DuPont.
Q. Is Nicholas married?
A. No.
Q. Have any of your sisters ever had any cancer screening tests?

Page 92

A. Yes, they do mammograms every year.
Q. Have they had any other type of cancer screening tests?
A. Not that I know of.
Q. Not any since your diagnosis?
A. No.
Q. Has your brother ever had any cancer screening tests?
A. I'm sure -- I know he's done prostate testing. That's all I know.
Q. Have any of your siblings ever been tested to see if they carry any cancer genes?
A. Not that I know of.
Q. I want to talk to you right now about members of your extended family who have had any type of cancer.
First, do you know the cause of death of your paternal grandparents?
A. My father told me his mother died of diabetes.
Q. Did he say how old she was when she died?

Page 93

A. I don't recall.
Q. Do you remember how old you were when your grandmother died?
A. I was a little girl is all I remember.
Q. What about your paternal grandfather?
A. On my father's side, he died when my father was very young. I don't know what he died of.
Q. Your father never told you?
A. I don't know if he ever knew.
Q. Do you know the cause of death of your maternal grandparents, your mom's parents?
A. My mother told me lung cancer.
Q. For both of them?
A. For her mother. Now, her father died of a heart attack.
Q. Were you alive when your maternal grandparents died?
A. Yes.
Q. Do you remember how old you were when your grandmother died?

Page 94

A. Let's see. Estimate, 1920, estimate.
Q. Do you know how old your grandmother was when she died?
A. I do not recall.
Q. Do you know how old your grandfather was when he died, your mom's father?
A. Estimate, 68.
Q. Did your mother ever tell you what she thought caused her mother's lung cancer?
A. I remember her comment to me was that her second husband smoked and felt, like, maybe that was part of the cause of her having lung cancer.
Q. Your grandmother's second husband smoked?
A. Yes.
Q. I'm sorry. Did I ask you already if either of your parents smoked?
A. Yes, you have asked me. They don't -- no, they didn't smoke.
Q. How many brothers and sisters

Page 95

did your father have?
A. One sister; estimate, five brothers.
Q. How many of them are still living?
A. One sister, that's all. No brothers are living, just the one sister.
Q. Do you know if any of them were ever diagnosed with cancer, the brothers?
A. Not that I know of. Not that I know of.
Q. If I represent to you that in one of Dr. Horton's 1988 records there is a note that one of your father's brothers had lung cancer, does that refresh your recollection?
A. Yes, yes, yes, yes. Freddie, yes, you're right.
Q. What was his name?
A. Freddie.
Q. Do you -- did Freddie die of lung cancer, to your knowledge?
A. Yeah, because I was trying to think of all their names; and his didn't even

Page 96

come to mind. I was trying to think, who else? Who else? Say that again.
Q. Do you recall how old Freddie was when he died?
A. No, I don't.
Q. Do you know if he died of the lung cancer?
A. You know, I know he smoked and I knew he had that. I can't say for sure if that was the cause of his death.
Q. Do you know if he had any treatment for his cancer?
A. I don't know.
Q. Did any of your father's other brothers ever have cancer?
A. I don't know.
Q. And your father's sister, how is her health?
A. She is in bed. I'm trying to think of how -- what put her there, but I just know that she has -- is bedridden.
Q. Has she ever developed any type of cancer, to your knowledge?
A. Not that I know of.

Page 97

Q. How many of your father's brothers and sisters had children?
A. Okay. I would say all of them had children.
Q. And have any of these children, your cousins, to your knowledge, been diagnosed with any type of cancer?
A. Not to my knowledge.
Q. How many brothers and sisters did your mom have?
A. She has two sisters and a brother.
Q. How many of them are still living?
A. Two sisters are still living.
Q. Do you know what the cause of death of your uncle was?
A. Heart. He had a heart valve replacement and did not make it through.
Q. Do you know if any of your mother's sisters or brother have ever developed cancer?
A. Not that I know of.
Q. Have you told me about all of

Page 98

your aunts, uncles, cousins, brothers, sisters, grandparents, nieces and nephews who have had cancer of any type?
A. To my knowledge.
Q. So, as far as you know, you have no family history of breast cancer; is that correct?
A. That is correct.
Q. And as far as you know, you have no family history of ovarian cancer; is that correct?
A. That is correct.
Q. And as far as you know, you have no family history of cervical cancer; is that correct?
A. That's correct.
Q. But you do have cancer in your family, correct?
A. They have passed away. Is that what --
Q. There is cancer in your family history, correct?
A. Oh, family history, yeah. Okay, now, I understand.

Page 99

Q. Have you ever had any test performed to see if you carry any cancer genes?
A. No.
Q. Have you ever had your personal risk for cancer assessed?
A. Say that again.
Q. Have you ever had your personal risk for cancer assessed?
A. No.
Q. Have you ever been told that you are high risk for cancer, given your family history?
A. No.
Q. After your parents were each diagnosed with cancer, did you ask any of your doctors if this increased your chances of developing cancer?
A. No.
Q. Besides mammograms, have you ever had any cancer screening tests?
A. No.
Q. Do you have any family members, to your knowledge, who have ever used hormone

Page 100

therapy?
A. Repeat it, please.
Q. Do you have any family members, to your knowledge, who have ever used hormone therapy?
A. Yes.
Q. Who has used hormone therapy?
A. My sister Jolene; my sister-in-law, Debbie. I know they are on the patch. That's hormone therapy, right? Yeah.
Q. What kind of patch are they on?
A. I don't know. I just know --
Q. Is your sister, Jolene, currently on a patch?
A. To my knowledge, yes.
Q. Do you know how long she's been on the patch?
A. I do not know.
Q. Do you know if your sister-in-law, Debbie, is currently on the patch?
A. To my knowledge, yes.
Q. Do you know how long she's been

Page 101

on a patch?
A. No, I do not.
Q. Do you know what hormones are on this patch?
A. No, I do not.
Q. Did you ever suggest to them that they should not take hormone therapy?
A. Not to my knowledge, I don't recall.
Q. Did you ever recommend to them before they started using this patch that they should take hormone therapy?
A. No, I never have.
Q. Do you know why Jolene is using a patch?
A. She would not be pleasant to live with, from what I understand.
Q. What would make her unpleasant if we were to remove her patch? How would she be unpleasant?
A. She's -- I'm not around her a lot when that happens, but her husband is. And I just -- you know, you just get in these moods, moods.

Page 102

Q. Does she, to your knowledge, suffer from any hot flashes?
A. I don't know.
Q. Any night sweats?
A. I don't know.
Q. So, as far as you know, she experiences moodiness?
A. Moods, yes.
Q. Do you know if she experiences any other symptoms for which she is on the patch?
A. Not that I know of.
Q. And what about your sister-in-law, Debbie, do you know why she's using a patch?
A. Mood swings, yes.
Q. Is your sister-in-law, Debbie, aware of your lawsuit?
A. I'm not sure.
Q. Do you have any hobbies?
A. Not anything serious. I like to cross-stitch. I like to cross-stitch. I like to read.
Q. What kind of things do you like

Page 103

to read?
A. Easygoing stories, some romance.
Q. Do you generally read fiction?
A. Yes, fiction.
Q. Are you a member in any local organizations?
A. No.
Q. Have you ever been a member in a local organization?
A. No.
Q. Do you belong to any clubs?
A. No.
Q. Do you attend a church?
A. Yes.
Q. What church do you attend?
A. St. Elizabeth's Catholic Church.
Q. Do you do any activities in connection with your church membership?
A. No.
Q. Do you do any work for any civic organizations?
A. No.

Page 104

Q. Have you ever ran for a political office?
A. No.
Q. Have you ever held a political office?
A. No.
Q. Have you traveled for any reason in the last 10 years beyond between Houston and your home?
A. And Mobile, Alabama?
Q. You went to go see your sister?
A. Oh, yes, yes.
Q. Any other travel beyond that?
A. You said within the past 10 years?
Q. Correct.
A. No.
Q. Do you ever use a computer?
A. Yes.
Q. Do you have a personal computer?
A. No.
Q. Do you use a computer at work?
A. Yes.

Page 105

Q. On your computer at work, do you ever use the Internet?
A. Very seldom.
Q. Do you send and receive nonwork-related e-mails at work?
A. Yes.
Q. Have you ever sent any e-mails about hormone therapy?
A. No.
Q. Have you ever received any e-mails about hormone therapy?
A. No.
Q. Have you ever searched the Internet for any information about this litigation?
A. No.
Q. Have you ever visited any chat rooms about hormone therapy?
A. No.
Q. Have you ever searched the Internet in general about hormone therapy?
A. No.
Q. Have you posted any messages on any websites about hormone therapy?

A. No.
Q. Do you read magazines?
A. Yes, occasionally.
Q. Which magazines do you like to read?
A. If I'm at a doctor's office or a dentist's office, you know, that's just maybe Housekeeping or Circle or --
Q. Have you ever had a subscription to a magazine?
A. Yes.
Q. Which magazine?
A. I don't recall it. I don't recall. It's been so long ago.
Q. Do you recall when you had your subscriptions?
A. Approximately, eight years ago.
Q. Would these have been women's magazines?
A. Yes.
Q. What makes you think that?
A. Because that's what I would pick up.
Q. Do you pick up magazines at the



grocery store or the drugstore, as you're walking out the door?
A. To purchase, no.
Q. Do you regularly read any other types of magazines?
A. No.
Q. Do you subscribe to a newspaper?
A. Yes.
Q. Which newspaper?
A. Port Arthur News. Let me put it this way, my mother does; and I live with her. I read it.
Q. Before you moved in with your mother, had you subscribed to a newspaper?
A. No.
THE VIDEOGRAPHER: You have three minutes remaining. And, actually, the DVD has stopped. Probably should go off the record.
Off the record at 12:19 p.m., ending Tape 2.
(Recess taken from 12:20 p.m. to 12:31 p.m.)



THE VIDEOGRAPHER: On the record at 12:29 p.m., beginning Tape 3.
BY MS. WADHWANI:
Q. Before you moved in with your mother, did you subscribe to any newspapers?
A. No.
Q. Did you read any newspapers on a regular basis?
A. Prior to moving in with my mother? No.
Q. Did you read any newspapers at all?
A. Not that I can recall.
Q. Do you watch national news programs on the television?
A. Yes.
Q. Which ones do you watch?
A. It varies. I watch Good Morning America. ABC Nightly News and CBS Nightly News.
Q. How long have you been watching Good Morning America?
A. Well, I say good morning -- I



haven't been watching it since I moved in with my mother. She watches something else, but I did before. Before I would go to work, I would have it on, you know, I just -- while I'm getting dressed, I would have it on, that kind of watching.
Q. And how long would you say you've been watching the evening news?
A. And it's not every day that I watch that, but years. I would estimate 30 years, I guess.
Q. Do you watch the local news?
A. I do. I watch local news.
Q. Do you watch that in the evenings or in the mornings?
A. Both, depends, getting dressed in the morning, I would catch a little bit of it; and in the evenings, I watch 6:00 o'clock news, 10:00 o'clock news.
Q. Do you watch any Sunday morning news shows?
A. I used to watch, when I lived by myself, on Sunday the one on ABC. What's his name? The one with Cokie and whatever

Page 110

that one is called.
Q. George Stephanopoulos?
A. Yeah.
Q. You watched it before George came on the scene as well?
A. Yes, with Cokie and Sam. Yeah, I watched it then. I haven't watched it with George too much, seems like, not a lot since he's been doing it, George Stephanopoulos.
Q. Do you watch the Oprah Winfrey Show?
A. I do. I have watched her show.
Q. Do you watch it regularly?
A. No, I don't record it. Some people do. If I'm on vacation or something and it happens to be on, I watch it.
Q. Have you ever spoken with your doctors about any health issues you've seen addressed on the news?
A. Say that again, please.
Q. Have you ever spoken with any of your doctors about any health issues that have been addressed on the news?
A. No.

Page 111

Q. Do you read articles or reports on health issues?
A. I have in some doctors' offices, some pamphlets.
Q. Do you recall what these pamphlets were about?
A. No, I don't recall. I don't recall.
Q. Do you recall what doctors' offices you read those pamphlets in?
A. No. I just picked one up and read whatever is on it, but I don't recall what they were about or which doctor's office. I don't recall that.
Q. Have you ever heard of the Women's Health Initiative study?
A. No.
Q. Did you ever learn of the termination of the Women's Health Initiative study?
A. No.
Q. When did you first believe that your use of hormone therapy was related to your breast cancer?

Page 112

A. When I saw the TV ad and the attorneys talking about it.
Q. What about the ad caused you to believe that your use of hormone therapy was related to your breast cancer?
A. You said --
Q. What about the advertisement caused you to believe --
A. When they just said that it could -- it could cause breast cancer, and I knew I had taken it. That's what made me decide to file suit.
Q. Did you ever speak with any of your gynecologists about this theory that your hormone therapy use was related to your breast cancer?
A. I asked my surgeon if he -- well, I just asked if he -- what he thought -- if he thought -- what he thought it could have caused or could have caused. They -- he didn't know what could have caused it.
Q. When you say "he," to whom are you referring?

Page 113

A. Dr. Tomm, the surgeon. Dr. Tomm.
Q. When did you ask Dr. Tomm what caused your breast cancer?
A. When he was looking at the x-rays of the mammogram, showed me the x-rays of the mammogram; and I said, what do you think could have caused it. And he doesn't know. He didn't say, can't pinpoint what could have caused it.
Q. Was this discussion with Dr. Tomm before or after you filed the lawsuit?
A. Before.
Q. Did you call up Dr. Tomm after you had seen this advertisement asking if he thought that hormone therapy caused your breast cancer?
A. No.
Q. Have you spoken with any of your other doctors about your belief of what caused your breast cancer?
A. No.
Q. Why not?

Page 114

A. Just didn't discuss it.
Q. Have you ever asked Dr. Lal whether your use of Premphase, which you said she prescribed to you, may be related to your breast cancer?
A. No.
Q. Has she ever told you that your use of hormone therapy may be related to your breast cancer?
A. No.
Q. Did you have any conversations with Dr. Lal at all after you were diagnosed with breast cancer?
A. No.
Q. Did you have any conversations with Dr. Lotze after you were diagnosed with breast cancer?
A. Not that I can recall.
Q. Was Dr. Lotze still your gynecologist when you were diagnosed with breast cancer?
A. Yes, he was my gynecologist at the time.
Q. Did you ever ask Dr. Lotze

Page 115

whether your use of hormone therapy may be related to your breast cancer?
A. I don't recall asking him about that.
Q. Has he ever told you that your use of hormone therapy may be related to your breast cancer?
A. Not that I recall.
Q. Did you start seeing Dr. Robinson directly after Dr. Lotze?
A. Yes, yes, I believe I -- I believe that's when I started seeing her was after Lotze, then I started -- then I went to Erwin.
Q. Do you remember when you started seeing Dr. Robinson?
A. I don't recall. I don't recall. He retired. I don't recall how -- how I started seeing Dr. Robinson. I don't recall how -- how I got in to seeing her and then seeing Erwin. I know that Dr. Lotze retired and I -- I saw both of these doctors. I'm presently seeing Dr. Erwin. And I don't recall how I went about seeing Dr. Robinson.

Page 116

Q. Okay. Did you ever, at any point, ask Dr. Lotze whether hormone therapy caused your breast cancer?
A. I don't recall.
Q. Has he ever told you that hormone therapy caused your breast cancer?
A. I don't recall.
Q. Have you, at any point, ever asked any of your other doctors whether your use of hormone therapy may be related to your breast cancer?
A. I don't recall except for -- well -- well, with Dr. Tomm I just asked him if he knew what could have caused it. I didn't use the words "hormone therapy," right, I didn't.
Q. Have any of your doctors ever told you that hormone therapy may be related to your breast cancer?
A. I don't recall.
Q. Have any of your doctors ever told you that hormone therapy caused your breast cancer?
A. Not that I recall.

Page 117

Q. Has any doctor ever told you that your breast cancer was caused by something other than hormone therapy?
A. Not that I recall.
Q. Has any doctor ever told you that your breast cancer was not caused by hormone therapy?
A. Not that I recall.
Q. Has any doctor ever told you that the cause of breast cancer is unknown?
A. Say that again, please.
Q. Has any doctor ever told you that the cause of breast cancer is unknown?
A. No, no one's said that to me.
Q. Has any doctor told you, like Dr. Tomm has, that they don't know what caused your breast cancer?
A. Repeat that, please.
Q. Has any other doctor besides Dr. Tomm told you that they don't know what caused your breast cancer?
A. Not that I recall.
Q. When you were diagnosed with cancer, did any doctor ever tell you to stop

Page 118

using hormone therapy?
A. Yes.
Q. Who told you that?
A. Dr. Lotze and Dr. Tomm.
Q. Do you recall what Dr. Lotze said to you?
A. No, I do not. I just know he said get off. And Dr. Tomm the same, do not take that anymore.
Q. Do you remember when they told you this?
A. The day that my mammogram showed breast cancer.
Q. When your doctors, Dr. Lotze and Dr. Tomm, told you that, did you ask why they were telling you to stop taking hormone therapy?
A. I don't recall.
Q. Did you ever ask any other doctor why you were told to stop taking hormone therapy?
A. No, I don't recall.
Q. In your mind at the time when Dr. Lotze and Dr. Tomm told you to stop

Page 119

taking hormone therapy, what did you understand was the reason for that?
MS. BAGGETT: Objection.
A. I just didn't take -- I just said, okay. I didn't just -- just didn't -- just didn't take it anymore.
BY MS. WADHWANI:
Q. Did you experience any side effects after you stopped taking hormone therapy?
A. I'm sorry?
Q. You experience any side effects after you stopped taking hormone therapy?
A. Well, the hot flashes were starting to come back, unable to sleep.
Q. How soon after you stopped taking hormone therapy did your hot flashes and your sleeping issues return?
A. I don't recall. I don't recall.
Q. How did you treat those symptoms?
A. I took Tamoxifen and another medication, I don't recall the name; but I

Page 120

had to call -- this other medication that I don't recall the name of was making me nauseous. So, I called Dr. Lotze and told him about it. He recommended Bellamine to take its place. It was much better. It helped.
Q. If I tell you that your medical records indicate that you were prescribed Effexor first and this is what made you nauseated, does that refresh your recollection?
A. No, it does not.
Q. But in any event, you eventually took Bellamine and you found that that helped your symptoms; is that correct?
A. Yes.
Q. After you took Effexor and found that it didn't agree with you, did you ask if you could be put back on hormone therapy?
A. I don't think I -- I don't recall.
Q. Do you still experience hot flashes?

Page 121

A. Minimal, at bedtime.
Q. I'm sorry. I didn't hear that.
A. Minimal, at bedtime.
Q. Do you take anything for those?
A. No.
Q. Do you still experience sleeping problems?
A. I do occasionally.
Q. Do you take anything for that?
A. No.
MS. WADHWANI: I'm marking as Exhibit 2 Plaintiff's Fact Sheet.
(Whereupon, Deposition Exhibit Romero-2, Plaintiff's Fact Sheet, was marked for identification.)
BY MS. WADHWANI:
Q. Have you seen this document before, Ms. Romero?
A. Yes.
Q. Do you remember when you last saw this document?
A. Last night. Oh, this is the written one, huh? This one. This is the written one. Yes, this is the written one.

Page 122

This written one, shortly after I filed suit is when I filled this out and mailed it to the law firm. I haven't seen it since.
Q. Can you, please, turn to Page 38?
A. (Witness complies.)
Q. Is that your signature?
A. Yes.
Q. Is the date in your handwriting?
A. Yes.
Q. When you signed this verification form, did you understand that you were swearing under oath that everything in this document is true?
A. Yes.
Q. Did you review this document before you signed the verification?
A. Yes.
Q. Were all the questions answered when you signed it?
A. To my knowledge, yes, yes.
Q. Did you provide all the information in this sheet?

Page 123

A. Yes. I mean, I would have to look at this to see if anything has been changed; but, yes, that looks like all of my writing.
Q. You mentioned just a minute ago and earlier this morning that you looked at a different fact sheet that was typed.
A. Yes.
Q. Is that correct?
And you had mentioned earlier that there were changes between this fact sheet in front of you and that typewritten fact sheet; is that correct?
A. It's been changed. There were changes made with the typed one.
Q. What were the changes?
A. Mostly addresses, people's addresses, my address and some of the doctors' addresses that I knew that had moved into -- well, I looked it up in the phone book to see if they were still at that same location or not. So, I just notified them that they had moved. I think they had the same phone numbers, but they had moved. And

Page 124

my addresses -- I think I added a doctor, a heart doctor, cardiologist. I added that.
Q. What is the name of doctor you added?
A. Amin is his last name, A-M-I-N. I can't pronounce his last name, and I couldn't spell it for you. I know it's with an "M," but I don't have that with me.
Q. We can go with Dr. Amin.
A. Yes. Amin.
Q. And you said he's a heart doctor?
A. Yes, he's a cardiologist.
Q. What do you see him for?
A. Well, when I had to have any colonoscopy surgery done, I had to have all of these heart tests before you could go through the surgery. So, I went to him because that's who my father saw; and he noticed that I have a heart valve abnormality. So, I have continued to see him. He monitors -- I'm not on any medication; but he is monitoring to make sure that, you know, if it gets worse, we can

Page 125

catch it right away.
Q. What is your understanding of what that means, "If it gets worse"?
A. Well, if that valve starts like a leaking thing, I think that's what it does. It's a valve that doesn't close properly, it gives you kind of a fast-heart palpitation feeling. I don't have it a lot, but he noticed that I do have that. And he says if it gets bad, you know, to where, I guess, that leaks a lot, there is medication you can take for it to control it is my assumption of that.
Q. Did he tell you if he thinks that your heart has always had this valve issue?
A. Well, my dad has it. I don't know if he felt like it's hereditary or what. He commented, Just like your Dad's.
Q. Did you ask him if he thought it was hereditary?
A. I don't recall.
Q. When did you start seeing Dr. Amin?

A. Was that in '07 when I had my colon surgery.
Q. How regularly do you see him?
A. Every six months.
Q. Where is he located?
A. In Nederland.
Q. I may go through a few of the things in this fact sheet that I've given to you in Exhibit 2. Before I do, let me ask you: Besides the addition of Dr. Amin's name and the changes of some addresses, were there any other changes between the typed fact sheet and this first fact sheet?
A. I did notice that they had Dr. Bell who is my current general practitioner, his name was not down as my current. So, she corrected -- supposed to have corrected that. I forgot who was the doctor they had as current. I don't remember who that was, but I know I mentioned that to her. Dr. Bell was my current one. I don't recall if there were others.
Q. Okay. Could you please turn to Page 4 in this document?



A. (Witness complies.)
Q. "Romero" is your maiden name, correct?
A. Maiden name, yes.
Q. And you went by Judy Arledge when you were married to Mr. Arledge; is that correct?
A. Yes.
Q. And you went by Judy Wistner when you were married to Mr. Wistner; is that correct?
A. Yes.
Q. Have you gone by any other names?
A. No.
Q. If you could, turn to Page 8, please.
A. (Witness complies.)
Q. And I gave you Page 8 because it has a number at the bottom, but what I really would like you to turn to is the page after Page 8.
A. (Witness complies.)
Q. Did you type this page?



A. Page 8?
Q. Or the page after Page 8, the unnumbered page.
A. No, I wouldn't have typed it.
Q. Do you know who did?
A. No, I do not.
Q. Did you provide this information here?
A. I got his date wrong or something. I don't recall.
Q. Did you just say that there was a date that was wrong on here?
A. Well, I said -- I don't know. This is probably right. I think -- did I say Wistner was -- when did I -- I didn't say his year, did I? I said his age earlier. I was thinking of my brother. My brother, I said 1950. So, maybe he was born in '49. That's not him.
Q. Okay. Could you turn to the next page, Page 9?
A. I get to talking out loud what my thoughts are.
Q. That's all right.



Which handwriting on this page is your handwriting?
A. The names and relationships and date of birth.
Q. Is the handwriting indicating your maternal grandparents and paternal grandparents your handwriting?
A. That does not look like my handwriting.
Q. Do you know whose it is?
A. I don't know anyone else's handwriting. I do not recognize it.
Q. Did you provide this information in this handwriting that's not your handwriting?
A. I don't recall. I do know these names, but I don't recall giving the information or whose handwriting it is.
Q. Okay. At the bottom of Page 9, Section 5, here, it asks you some questions about your pregnancy history. Was the pregnancy with your daughter the only time you've ever been pregnant?
A. Yes.

Page 130

Q. You've never had an ectopic pregnancy?
A. Ectopic?
Q. Ectopic.
A. I've only had just one pregnancy. Whatever those others are called, I don't know.
Q. And so, you've never had an abortion?
A. No.
Q. And you've never miscarried?
A. No.
Q. How old were you when you were pregnant with your daughter when you first got pregnant with her?
A. Estimate, 24 -- 23, 24.
Q. Did you breastfeed your daughter?
A. No.
Q. And I think you told me earlier that Dr. Sarrafian delivered your daughter --
A. Yes.
Q. -- and treated you during your pregnancy with your daughter?

Page 131

A. Correct.
Q. Did you have any problems getting pregnant when you were trying to get pregnant?
A. No.
Q. Did you experience any complications with your pregnancy with your daughter?
A. No.
Q. Did you experience any complications in the delivery of your daughter?
A. No.
Q. Did you have a C-section?
A. No.
Q. Can you turn to Page 15, please?
A. (Witness complies.)
Q. Is this handwriting your handwriting?
A. That does not look like my handwriting.
Q. The section that I'd like you to turn to is Section G where we asked you

Page 132

about pharmacies where you've had your prescriptions filled, and the first one you listed is Walgreen's. Do you recall how long you've been going to the Walgreen's?
A. I don't recall how long.
Q. Is Walgreen's your current pharmacy?
A. Yes.
Q. When you pick up your medications at Walgreen's, does it ever provide you with information from the pharmacy about your prescriptions?
A. Yes.
Q. How is that information provided?
A. Just a printout of information about the prescription.
Q. What kind of information about your prescriptions does Walgreen's typically provide?
A. It says how to take your medication, they talk about what the medication is, what's in it. It has a smaller area, side effects, dosage. That's all I can recall.

Page 133

Q. Do you read this information?
A. Briefly.
Q. Do you read it every time you pick up your prescriptions?
A. I can't say 100 percent, but I read the -- I read them.
Q. Do you --
A. Like I said just briefly, I don't read it completely; but I briefly read it.
Q. When you say you don't read it completely, are you saying that there is some sections that you don't read?
A. Yes. I scan it. There are sections I don't read.
Q. What sections do you typically not read?
A. I don't remember all of that. I read the dosage and --
Q. And we can phrase the question that way. That might be easier than proving a negative.
What sections do you typically read?

Page 134

A. Sometimes I'll scan through the side effects just to be curious if it's going to tell me, you know, you may have vomiting or dizziness or stuff like that to make sure when I'm driving or something, I want to make sure not to be taking it when I'm driving. That kind -- that's what I've noticed.
Q. Any other sections that you read?
A. No, I don't think so, not that I can recall.
Q. At Walgreen's, does the pharmacist there ever have a discussion with you about the medications?
A. No.
Q. Has any pharmacist at Walgreen's ever discussed a medication with you?
A. No.
Q. Not even the first time you've ever filled a prescription there?
A. Not that I recall.
Q. You also have listed down here on Page 15 as a pharmacy that you have used

Page 135

Medco Mail. Do you still use Medco Mail?
A. Yes, I do.
Q. Are there specific prescriptions that you get filled at Medco Mail that you don't get filled at Walgreen's?
A. Yes.
Q. Which ones?
A. Fosamax plus D and Vagifem.
Q. And why do you go through Medco Mail rather than Walgreen's for those two?
A. It's a cheaper way to get your medication. You can get three months at a time.
Q. What is Vagifem?
A. It's for dryness, vagina.
Q. Who prescribed that for you?
A. Dr. Erwin.
Q. How long -- I'm sorry. Are you currently taking Vagifem?
A. Yes.
Q. And how long have you been taking it?
A. Approximately, a year.
Q. When you receive your

Page 136

prescriptions from Medco Mail, does that company ever provide you with information regarding your prescription medications?
A. Yes.
Q. And how is this information provided?
A. There is, like, a little paper stuck to the box.
Q. The prescription box?
A. The prescription box. I think, also, Fosamax, also, is on the prescription box. There is a paper glued to it.
Q. What kinds of information does Medco Mail provide?
A. Does Medco?
Q. Uh-huh.
A. The same things, the dosage or the side effects. I mean, it seems like that's the only thing I kind of looked at. I don't know. I don't look at much more than that, scan through it.
Q. Does Medco Mail have a customer service telephone number?
A. Yes.

Page 137

Q. Have you ever spoken with someone at Medco regarding your prescriptions?
A. As far as payment, but not as far as the medication itself, no.
Q. And if you could, turn the page, please, to 16.
A. (Witness complies.)
Q. You listed here that you also went to Eckerd's pharmacy when you were getting your hormone therapy medication; is that correct?
A. Correct.
Q. When you went to Eckerd's, did the pharmacy there also provide you with information about your medications?
A. Yes. They would have a pamphlet or whatever they -- it's been so long ago. I don't remember what it looked like.
Q. How was this information provided?
A. I don't recall. It would just be stapled to the bag from what I recall.

Q. Did you read about the dosage from this information with your medications from Eckerd's?
A. I scanned through, just briefly read it.
Q. Did you read anything more than the dosage and the side effects?
A. No, I don't normally read anything more than that. I know that they are not very bold and, like, I'm squinching my eyes to read anything of that stuff. It's not bold, for sure, where you can read it clearly and you don't catch any, I guess, risky information because I wouldn't intentionally take something that I could see, you know, clearly that would cause a big risk.
Q. What do you define as a "big risk"?
A. If it definitely says: Do not take this, could cause cancer to every person taking this, I would back away that kind of information.
Q. Did a pharmacist at Eckerd's ever have a discussion with you about the



medications you filled out at Eckerd's?
A. No.
Q. Not even the first time you picked up a new medication at Eckerd's?
A. No, not that I recall.
Q. If you could, look at the bottom of Page 16 here under Roman Numeral VII where there are conditions about current medical condition and you see the first set of handwriting it says March, and it's not clear to me what that last number is. Do you know what year that is?
A. No, I do not. What does it say? I know my surgery was March of '01.
Q. I am noticing that there is a skip in the lines here between handwriting and, as we just discussed, it's unclear what that final numeral is in the year. Has something been whited out, to your knowledge?
MS. BAGGETT: Objection.
A. Not to my knowledge.
BY MS. WADHWANI:
Q. Did you white out anything on this information sheet?



A. Not that I recall.
Q. Do you know if anything was whited out, if there was information here previously?
A. Say that again, please.
Q. Do you know if there was information here previously on these -- this line that was whited out?
A. Not that I recall.
Q. Can you turn to Page 22, please?
A. (Witness complies.)
Q. At the top of this chart, it's noted that you took birth control from 1971 to 1983; is that true?
A. I don't recall the exact dates.
Q. Did you take birth control?
A. Yes.
Q. Did you take birth control for approximately 12 years?
A. Did you say 12 years?
Q. Correct. That's what's listed on this chart.
A. That's probably a good --



that's probably a close estimate.
Q. Did Dr. Black prescribe birth control to you?
A. Yes.
Q. Is he the only doctor who's ever prescribed birth control to you?
A. I don't recall if he is the only one. I don't recall.
Q. To your recollection, did you use birth control in the years listed here, 1971 to 1983?
A. I know 1971. I don't -- I can't say until '83. I don't recall the exact length.
Q. Do you know if you used birth control before 1971?
A. I did not, not that I can recall.
Q. By "birth control," I meant birth control pills before 1971.
A. Yes.
Q. Did you use birth control pills after 1983?
A. I don't recall.

Page 142

Q. Do you remember
what your birth control pills looked
like?
A. No, I do not.
Q. Do you know if they were all
one color?
A. I don't recall.
Q. Do you recall if you took
28-pill cycles?
A. I don't recall.
Q. Do you recall if your pills
were all the same dosage?
A. I don't recall.
Q. Did you ask to be put on the
pill, or did your doctor suggest it?
A. I don't recall.
Q. Did your doctor discuss the
pros and cons of the pill over other
contraceptive methods?
A. I don't recall.
Q. Did your doctor discuss the
risks of taking the pill with you?
A. I don't recall.
Q. At the time, what did you

Page 143

understand the risks of the birth control pill
to be?
A. I didn't know of any risk.
Q. What did you understand the
side effects of the birth control pill to be?
A. I didn't understand of any.
Q. Did you ever read the piece of
paper that came folded up with your monthly
prescriptions?
A. I don't recall. It's so long
ago.
Q. Did you have any concerns about
using birth control pills while you were
taking them?
A. No, I did not.
Q. Did you experience any side
effects that you attributed to your use of
the pill when you were taking it?
A. No.
Q. What made you decide to stop
taking the birth control pill?
A. I ended up getting my tubes
tied. I didn't want to take that anymore --
just to get my tubes tied, quit using it,

Page 144

quit taking it.
Q. Still on Page 22, we're going
to stay there for a moment.
You noted in Section F here
that you don't smoke; is that correct?
A. Correct.
Q. Have you ever smoked?
A. No.
Q. Can you turn the page, please?
A. (Witness complies.)
Q. Section G says that you do not
currently drink alcohol; is that correct?
A. That could have been possible
at the time that I wrote this, but I do
occasionally and socially have a drink.
Q. What do you like to drink when
you have a drink?
A. Sometimes wine, hard liquor.
Sometimes hard liquor.
Q. What kind of hard liquor do you
like?
A. Disaronno.
Q. The Amaretto?
A. Yeah, but it's not -- I don't

Page 145

do it very often at all. It's very
occasionally.
Q. How often do you have a drink,
would you say?
A. Oh, it's hard to say. Maybe
five or six times a year. That's just an
estimate.
Q. Before you started drinking the
wine and Amaretto socially that you've told me
about, had you ever drank alcohol before this
time?
A. Years ago, I would go out,
maybe, once a week and have a couple of
drinks. That's it.
Q. If you could look at the bottom
here under "Caffeine History," you indicate
that you drink Coke. Now, is that Coca-Cola?
A. Yes, Coca-Cola.
Q. I always want to make sure
because I know in the south, people refer to
all sodas as Coke.
A. I don't think that direction.
Coca-Cola.
Q. Do you any other caffeinated

beverages?
A. I do drink tea sometimes. I added to my Coke. You know, it could be Coke sometimes. It could be tea sometimes.
Q. Do you still drink about one to three drinks of caffeine per day?
A. Half a Coke per day, or a glass of tea per day. That's the extent.
Q. You never drink coffee?
A. No.
Q. Could you, please, turn to the next page, Page 24?
A. (Witness complies.)
Q. Please take a moment to review your answers to these questions about your prior medical problems.
A. (Witness complies.)
Q. Are all the checks in the correct places?
A. Yes.
Q. Do you have any changes since you signed this document?
A. No.
Q. And I ask you to look at



Page 25 and do the same thing.
A. (Witness complies.) We're at No. 34, heart disease or condition. Now, I know I have that valve abnormality. So, that was not the same.
Q. So, because of changes in your medical condition, you would check "yes" now whereas when you signed this sheet, the answer was "no"?
A. Correct. Well, here it is. No. 36, further down, heart valve disease or abnormality. The heart valve abnormality is what I have now.
Q. And that's the one for which Dr. Amin treats you, correct?
A. Correct.
Q. Any other changes?
A. No.
Q. And just to make sure the record is clear, you would still leave 34 a "no"; and 36 has been changed to a "yes"?
A. That is correct.
Q. Thank you.
Turn the page, and with this



last set of questions, the same, make sure the checks are all still reflective of your current health.
A. That's correct.
Q. Thank you.
If you could turn the page, then, and as you may recall just as you had gone through and checked your health history on Page 27, you were asked about your family medical history. So, I would like you to go through and, again, review the checks and let me know if anything has changed since you signed it.
A. (Witness complies.) Okay. Correct.
Q. And if you could, go past this insert page to Page 28; and, again, if you would, let me know if any checks have changed?
A. (Witness complies.)
THE COURT REPORTER: You're going to have to speak up for me.
A. I'm looking at that diabetes area. That's not talking -- well, it does



say grandparents, doesn't it? Well, I mean, I don't know. That's just what my father told me that my grandmother died of.
BY MS. WADHWANI:
Q. So, under your family medical history right now on Page 28, Question 10, you think that the answer might be "yes" based on information you have from your father --
A. Right.
Q. -- regarding his mother's diabetes --
A. Death.
Q. -- and death?
A. Yes.
Q. Okay.
A. My mother now on the arthritis, she suffers from arthritis.
Q. When did your mother first start suffering from arthritis?
A. I don't recall.
Q. What parts of her body does her arthritis afflict?
A. Okay. I know her neck has been

diagnosed, arthritis in her neck. I know it's been at least a year. That's an estimate. She has arthritis in her fingers, but it's not -- she's not complaining about that. I can see it.

Q. Okay.

A. So, I think that's -- I think that's all.

Q. Okay.

A. Now, my mother suffered with high cholesterol at one time; but she no longer has the high cholesterol.

Q. Okay. Are you referring to Question 16 then?

A. Yes.

Q. When you checked "yes," you had had your mother in mind?

A. Yes.

Q. And now, you would change it to "no" because she no longer has it; but because we've asked about history, "yes" would still be an appropriate answer; is that correct? It's in her history of having high cholesterol.



A. Oh, well, she had it. She no longer has it.

Q. Okay. Thank you.

A. No. 21, I don't recall. Yes, I do recall, now. This is my father.

Q. Your father had osteoporosis?

A. Yes.

Q. Do you remember when he was diagnosed with osteoporosis?

A. No, I do not.

THE VIDEOGRAPHER: You have three minutes left on the tape.

BY MS. WADHWANI:

Q. Do you recall if he took any medications for his osteoporosis?

A. He did not.

Q. How did you know that he had osteoporosis?

A. It was mentioned to me by my father or one of my siblings, I don't remember; but it was mentioned just talk -- just conversational.

Q. Okay. Is that the extent of your knowledge about your father's



osteoporosis?

A. Yes.

Q. Do you know anything else about it?

A. No.

THE VIDEOGRAPHER: Off the record at 1:27 p.m., ending Tape 3.

(Recess taken from 1:27 p.m. to 2:29 p.m.)

THE VIDEOGRAPHER: On the record at 2:29 p.m., beginning Tape 4.

BY MS. WADHWANI:

Q. Could you please turn to Page 31 of your fact sheet?

A. (Witness complies.)

Q. Under Section K, you indicated that you are claiming an emotional injury as a result of your hormone therapy use or as a consequence of your breast cancer; is that correct?

A. That's correct.

Q. Would you, please, describe for me the emotional injury you are claiming?

A. I have -- I'm claiming



suffering, pain, discomfort, some anxiety on a continuous basis, not only from the beginning when I was told I have breast cancer, but until now; and I feel it will always be an ongoing thing. I also had to leave my work to tend to surgeries, radiations.

Q. But as far as your emotional injury, are you claiming that you suffer anxiety?

A. Nervousness, scared, just the nervousness and the worries about it.

Q. And what are you nervous and scared about?

A. That it will return.

Q. And by "it," you mean the breast cancer?

A. The breast cancer will return. Pain, I know my breast has some numbness in some areas; and there is pain. When I have to do my mammogram, it's very painful.

Q. Right now, we're focused on your emotional claims, Ms. Romero. So, I'm just trying to get at those, specifically

Page 154

what you're claiming your emotional injury is; and you said to me that you have anxiety about a recurrence of breast cancer?
A. Uh-huh.
Q. Do you have any other feelings that you associate with your emotional injury?
A. Mentally?
Q. Emotionally. I'm just trying to tease out exactly what you're claiming as your emotional injury. Now, if it's anxiety, then that's your answer. I'm wondering if there is any other aspect of your emotional injury as you're sitting here today.
A. There is another word, and I can't remember what it was right now. I can't think of that word. I can't think of that word. I know you can't hear me.
I guess depressed to some degree. I guess that's all I can think of right now.
Q. You indicated here on your sheet that the person who has treated you for your emotional claims is Dr. Scott McKenney?

Page 155

A. Yes.
Q. And you indicated to me earlier this morning that Dr. McKenney is an oncologist here in Beaumont; is that correct?
A. Correct.
Q. How has Dr. McKenney treated your emotional injury?
A. Well, he's my oncologist; and he's cared for me by giving me Tamoxifen. And he has kind of kept me informed that I'm doing fine each time I would go to visit. So, that would help emotionally. Every time I did visit him, my reports were good or as good as it could be expected, and that helped for him to just listen to me. When I had questions about the Tamoxifen, I did ask him about that. He said everything's going on good.
Q. Have you had any therapeutic counseling sessions with Dr. McKenney?
A. No.
Q. Has he prescribed for you any antianxiety medications?
A. No.

Page 156

Q. Do you know if he is certified or otherwise has a degree in psychiatry?
A. I do not know.
Q. In psychology?
A. I do not know.
Q. In social work?
A. I don't know.
Q. Have you sought counseling, excuse me, with anyone else?
A. No.
Q. Did you ever experience emotional distress prior to your breast cancer diagnosis?
A. No.
Q. Did you ever seek counseling for emotional issues prior to your breast cancer diagnosis?
A. No.
Q. Could you turn to Page 33, please?
A. (Witness complies.)
Q. I'd like to look at this chart here in the middle of the page which relates to the -- your use of hormone therapy.

Page 157

According to this chart, you took Premphase from 1997 to 2000. Is it correct that those are the years you took Premphase?
A. I don't recall the exact dates. You did say Premphase?
Q. Correct. That's what's written down here.
A. I can't -- I don't know. I don't know the dates.
Q. Okay. Were you first prescribed hormone therapy by Dr. Lal?
A. Yes.
Q. And then by Dr. Lotze?
A. Yes.
Q. Did you get prescribed Prempro from Dr. Lotze?
A. Say that again, please.
Q. Were you prescribed Prempro by Dr. Lotze?
A. Yes.
Q. Do you recall if you took Prempro between 2000 to 2001?
A. I don't recall the dates.
Q. Underneath the listing of

Page 158

Premphase and Prempro, it reads the following: I took generic hormone therapy medications. I am working on getting complete pharmacy records to confirm which company manufactured those generic drugs.
Did you enter that information?
A. That does not look like my writing, but I know I gave that information. This may have been given to someone at Littlepage. It's very possible that I did that because I recall having to contact Eckerd's to get records of all the prescriptions I purchased there. So, I know that I did do that.
Q. So, you took generic hormone therapy medications?
A. Is that not the Prempro/Premphase? Is that something different?
Q. Prempro/Premphase are hormone therapy medications manufactured by my client, Wyeth Pharmaceuticals.
A. Okay.
Q. It's been indicated here that

Page 159

you took generic medications. Do you know what a generic medication is?
A. Yes, but the only hormone therapy that I took was Prempro/Premphase and I guess my birth control pills; but now that you brought that to my attention about it being generic, if those three items are not generic, then I did not take generic.
Q. Okay. So, it's your understanding that you never took generic hormone therapy medications?
A. Correct.
Q. That for treatment of your menopausal symptoms, you took Premphase and Prempro; is that correct?
A. That is correct.
Q. And insofar as you have taken other medications that are hormone medications, you believe the only other medication is a birth control pill; is that correct?
A. Yes. To my knowledge, I did not know that they were generic. To my knowledge, I don't recall taking any other

Page 160

hormone therapy that I recall. I only recall the Premphase, the Prempro and birth control pills.
Q. Have you ever taken any other hormone-based medication?
A. Not that I can recall.
Q. You mentioned earlier that you're taking Vagifem for vaginal dryness. Does that have any hormones in it, to your knowledge?
A. To my knowledge, I believe it does.
Q. Do you know what hormones they are?
A. I do not.
Q. When you were first --
THE WITNESS: I'm sorry. Repeat that question, again, please.
MS. WADHWANI: Could you please read back my question?
(The requested material was read.)
A. Okay. I'm sorry. You did use the word "hormones." Okay. I know that

Page 161

there is estrogen; and if that means the same, well, then, yes. But it seemed like I recall reading "estrogen."
Q. Do you know what the dosage of estrogen in your Vagifem is?
A. I'm going to estimate a 0.25 milligram.
Q. When were you first prescribed Vagifem?
A. Last year.
Q. Did the doctor tell you that there is estrogens in Vagifem?
A. I don't recall us -- I don't recall us talking about that. I did ask him -- he knows my record of my breast cancer. And I --
Q. By "he" just to make sure --
A. Dr. Erwin.
Q. Thank you.
A. Dr. Erwin knows my medical history of my breast cancer; and I did ask him if that -- this Vagifem could cause me any -- I don't know if I said it exactly that way, cancer, period. And he felt like that I

Page 162

would be fine with this. This should not, as far as his knowledge is, as far as he knows, that I should be safe with this.
Q. And so, as far as Vagifem, you and Dr. Erwin had a discussion about the potential for cancer with this medication; is that correct?
A. From what I can recall.
Q. And you and he decided that this was the best treatment for you, correct?
A. Yes.
Q. And I just want to confirm earlier today you said that you had gone to Eckerd's. Did you fill all these prescriptions for Premphase and Prempro at Eckerd's?
A. To my knowledge, yes.
Q. Can you turn to Page 35, please?
A. (Witness complies.)
Q. I think you discussed this a little bit earlier when we were talking about your emotional injury that one of the claims you're making is because you missed some

Page 163

work; is that correct?
A. That is correct.
Q. And here on Page 35 is a little bit of discussion about your claim for lost wages, and it says here that you lost approximately $7,000 of income; is that correct?
A. I don't recall at this time the amount. I do recall absence of work.
Q. You have listed here that you were absent for approximately four months. Sitting here today, do you agree with that figure right now?
A. It was not four months straight. Part of that was during the surgery, and part of that was during my radiation. So, it's a split of time out.
Q. But you feel that it was about four months in whatever way it was taken?
A. Yes, approximately.
Q. Could you turn to Page 36, please? Up here at the top you've indicated that you have paid medical expenses and then it asks you to state the total amount. I'm

Page 164

not sure what this figure is.
A. That looks like 70,000, approximately. I do not recall what the approximate amount of the cost -- I don't recall.
Q. Okay. Besides the things that we have discussed today that you've indicated you wanted to change your answers to, is there anything in this information sheet that you believe is inaccurate?
A. The addresses.
Q. For your doctors?
A. Are you talking about this page?
Q. I'm talking about this whole fact sheet in general. So, you think that some of these addresses are inaccurate?
A. Yes.
Q. Okay.
A. Yes.
Q. And is there anything else in this fact sheet besides addresses that you believe is inaccurate?
A. Like I explained earlier that I

Page 165

did add one doctor and changed my current, the current name of doctor for my general practitioner, my present one. Nothing different than what I can recall, other than what we talked about earlier, as far as the changes.
Q. So, besides what we talked about earlier with regard to the changes in your new fact sheet and the things that we talked about today specifically in regard to this fact sheet, is there any information that you need to add to the information provided here?
A. To this fact sheet?
Q. But not including what you told me you changed, new fact sheet.
A. No.
Q. Okay. Thank you. You can set that aside.
A. (Witness complies.) You did say anything else, because we did do some changes.
Q. Yes.
A. I want to make sure I heard you

right.
Q. I just want to make sure that nothing else had caught your eye besides the things that we already discussed.
Have you ever used illegal drugs?
A. No.
Q. Do you agree that all drugs potentially have side effects, prescription medications and over-the-counter medications?
A. Yes, as far as I know.
Q. Do you think that as a consumer, you have a responsibility to read the warnings that come with the medications you use?
A. Yes.
Q. Do you agree that you have some responsibility, as a consumer, to educate yourself about the medications you use?
MS. BAGGETT: Objection.
A. I want to say nowadays, I guess more so since I know what happened to me; and those warnings, to me, were not noticeable enough. But now, I'm more cautious about



reading the side effects.
Q. Do you have any allergies?
A. No, not that I know of. Not that I'm aware of.
Q. You have no allergies to any medications?
A. Not that I'm aware of, no.
Q. No allergies to any peanuts?
A. To any What?
Q. Peanuts.
A. No, no, no, not that I know of.
Q. Any allergies to any foods?
A. Not that I know of, no.
Q. Have you ever had any accidents that required medical attention?
A. Yes, I was taken to the hospital once because somebody hit me on the side; and my head went to the windshield. I kind of bumped my head. So, they wanted to check it out. Everything was fine.
Q. Do you recall how old you were when this accident happened?
A. Probably in my 30s. I do know that when I was a young girl, my dad got in a



wreck; and my brother and I kind of flew out of the car, but I had no injuries, per se, just bruises. I had an accident at a grocery store. I broke my arm.
Q. What happened at the grocery store?
A. They had just wet mopped the floor, and I came around the corner and went down. They took care of that, my medical. They took care of my medical expenses for my broken arm.
Q. The grocery store paid for your medical expenses?
A. Yes, yes.
Q. Did they volunteer to do that?
A. Yes.
Q. You did not file a lawsuit against them?
A. I did because the guy did not have any wet signs up at all. I did.
Q. When did you file this lawsuit? Do you remember what year it was?
A. Approximately, 25 years ago.
Q. Were you deposed for this



lawsuit?
A. No.
Q. Did this lawsuit go to trial?
A. No.
Q. Did it settle?
A. Yes.
Q. How long after you filed the lawsuit did the lawsuit settle?
A. My estimate was -- it's just an estimate. I would say within that same year that I can recall. No more than two years that I can recall.
Q. Do you know if the terms of the settlement are confidential?
A. I don't know.
Q. Have you ever had any other accidents besides the car accidents and the grocery store accident that you've told me about?
A. I don't think so, no. Not that I can recall.
Q. Do you remember the name of the grocery store?
A. Market Basket.

Page 170

Q. Where is this grocery store located?
A. In Port Neches.
Q. Did you file in State Court, do you know?
A. I don't know.
Q. Okay. Did you have an attorney representing you?
A. I did contact an attorney.
Q. Do you remember the name of this attorney?
A. Yes, James DeLee -- James DeLee, D-E-L-E-E.
Q. Do you have your cholesterol checked?
A. Yes.
Q. How often?
A. Once a year.
Q. Do you know what level your cholesterol is at right now?
A. I don't need to drink Cokes. It's on the borderline. It's not -- I don't take any medication. It's right on the borderline of the 200 mark.

Page 171

Q. Have you ever taken medication for your cholesterol?
A. No.
Q. Have you ever had your blood sugar checked for diabetes?
A. No, not that I know of.
Q. Have you ever had your skin checked for skin cancer?
A. I never -- well, yes, I have a couple of moles that I recently had scraped off because I was concerned; and I have not received any report on that. This was in March of this year, of '09. One removed and one scraped, and I haven't gotten a reply on that at all. She said -- the -- whatever that doctor is called, she said they didn't look cancerous; and I haven't gotten any reports back.
Q. Okay. You've indicated to me earlier that you've had colonoscopies; is that correct?
A. That's correct.
Q. How many colonoscopies have you had?

Page 172

A. I've been doing that for a while. I'm going to estimate since I turned 50.
Q. Do you do it on an annual basis?
A. No, the very first time I did it, he found polyps. So, I had to -- I continued to do one every two years until this year, he said I could wait three years. He said everything looked good.
Q. How many times have polyps been found?
A. I can't say every time. I don't know -- I don't recall every time, but I do know the time in '07 there was a precancerous poly.
Q. And this is the one that you had surgery for; is that correct?
A. That's correct.
Q. And do you remember what that procedure involved?
A. Laparoscopic and he removed a small portion of my colon, told me a small portion, but that it was very close to being

Page 173

cancer. So, for me to keep a close watch on it; and when I went this year, it was all good.
Q. You mentioned earlier to me that you use, at least in the last 24 hours, baby aspirin?
A. Yes.
Q. How long have you been taking baby aspirin?
A. Approximately, a couple -- two years.
Q. Do you take it on a daily basis?
A. Yes.
Q. Was it recommended to you?
A. No. I believe my heart specialist, Dr. Amin, recommends it. I can't recall if I was already taking them before I started seeing him. I don't recall.
Q. What caused to you start taking baby aspirin?
A. I guess I just -- from family members. That's a good thing to do, and I hear it all the time. I just heard it word

Page 174

of mouth, people, just coworkers or whatever, family members.
Q. And what do you take it for?
A. To keep your blood at a good level, not to be too thick or cholesterol. Just, you know, that it should be good for you to keep your blood from getting too thick. I do know all of these -- my doctors know I take that; and they've never said, Don't take it. Take it. They just know that I do.
Now, I feel certain -- almost certain that Dr. Amin has said that, Yeah, you keep taking that.
Q. Okay. Do you use other over-the-counter drugs?
A. No, all the other -- it's vitamins that I take and that fiber. That's it. As far as I know, that's not medication, medication.
Q. The fiber is something you pick up over the counter as well?
A. Yes, it's over the counter.
Q. Did a doctor recommend to you

Page 175

that you start using the fiber?
A. Yes, Dr. Wied, my colonoscopy doctor.
Q. How long have you been taking the fiber?
A. I think I've been taking that approximately two years.
Q. Do you take any herbal remedies?
A. No.
Q. No soy?
A. No.
Q. No Flaxseed?
A. No.
Q. No Ginseng?
A. No.
Q. Can you please tell me what prescription drugs you've used in the last 10 years?
A. Prescription drugs. Fosamax Plus D.
Q. Did you say Fosamax --
A. Plus D.
Q. What is Fosamax Plus D?

Page 176

A. D is a vitamin, and it helps your bones. Fosamax is to build up your bones. And since, I found out that there is a shot that can build up your bones, Ferteo; but since I've taken radiation, I can't take it. So, I have to keep taking Fosamax Plus D; and it's more expensive than just the Fosamax.
The Fosamax builds your bones but the D really helps it better, and I've been taking that for a pretty long time because -- ever since they diagnosed me with osteoporosis.
Q. When were you diagnosed with osteoporosis?
A. That was with Dr. Erwin when I was seeing -- I'm sorry. Dr. Lotze. So, that's --
Q. Do you recall when you started seeing Dr. Lotze?
A. No, I don't recall. It would have been way before 2001. 2008. I would say approximately 10 years.
Q. And just so I'm clear, because

Page 177

I'm not sure I am, I want to make sure the Fosamax Plus D is a single pill.
A. Yes, it is a single pill. I am having problems right now with my insurance company paying for that. I might have to go to a separate pill, two separate pills is what it's looking like recently.
Q. How many bone scan tests have you had since you started taking Fosamax?
A. Every year -- every year, I guess, I would say ten.
Q. Have your doctors indicated whether or not they think the Fosamax is working?
A. Yes, yes, it's keeping it stable; and they are satisfied. Dr. Erwin, my current one, is satisfied because I asked him about that. If stable means what -- to me "stable" is not good enough, as far as I was thinking.
He said, no. He said stable is good. So, I have to keep taking it.
Q. Okay. What else besides Fosamax?

Page 178

A. Okay. My Vagifem, it's a prescription, Vagifem.
Q. Is it a topical medication?
A. It's an insert. It's a tablet that's inserted in your vagina.
Q. Okay. And you said Dr. Erwin prescribed it?
A. Yes.
Q. And do you find that it works for you?
A. Yes.
Q. And you said to me earlier that you had some concerns because it contains estrogens that you spoke about with Dr. Erwin about cancer?
A. I did question him about it.
Q. When you received your first prescription for Vagifem, did you read the patient-information sheet that accompanied that prescription?
A. I did.
Q. Did you see where the Vagifem patient-information sheet warned about risks?
A. I read the side effects. I

Page 179

read -- well, I read that it had estrogen. That right there. I mean, I did notice that and -- but I didn't -- I didn't think any further. I know that I'm depending on his recommendation because I didn't see anything in bold, big bold, very, very risky, you know, as far as breast cancer is concerned. I don't recall anything like that sticking out. I just recall it did say there is estrogen.
Q. What are the side effects of Vagifem?
A. You know, I -- I don't recall what -- I can't recall what that said.
Q. Have you experienced any side effects --
A. No.
Q. -- from Vagifem?
A. No, I have not.
Q. What other prescription drugs?
A. In the past 10 years, huh. Okay.
I had to take -- I can't remember what it was called for my shoulder.

Page 180

It was inflamed. I thought I read it in here, Celebrex, I think. I think that's an inflammatory. I think that was prescribed to me for that.
Q. Who prescribed that for you?
A. Dr. Thornton. It started with a "T."
Q. Dr. Talbert?
A. Talbert, there you go. That's who it was. He prescribed it.
Q. How long did you take Celebrex for?
A. One prescription, probably 30 days.
Q. Did it help with your shoulder discomfort?
A. Yes.
Q. Did you experience any side effects?
A. No.
Q. You had mentioned earlier to me, I think, that you had also taken Bellamine for your hot flashes; is that correct?
A. Yes.

Page 181

Q. So, right now, I have listed Fosamax Plus D, Bellamine, Celebrex, Vagifem as your prescription medications for the last 10 years. Did you take any others?
A. Tamoxifen. That's all I can recall.
Q. How would you describe the condition of your health today?
A. It's good.
Q. Do you have any handicaps?
A. No.
Q. Any illnesses besides the common cold?
A. No.
Q. How are your sleeping habits?
A. About once a week, it's like I can't sleep. I can't fall asleep. Once I fall asleep, I'm okay. It hits me about once a week, a night where I can't fall asleep, maybe two nights that week, one to two nights. And every week, it seems like I can't seem to fall asleep.
Now, the hot flashes, it's right at bedtime; and then I'm okay the rest

of the night. During the day, I don't -- I don't notice that it's there, if it's there.
Q. And just because I'm not clear on what you just said: Are you saying that you can't sleep some nights because of your hot flashes, or are the two not related?
A. I don't think -- I don't know that they are related. I don't know. I just know it happens. I don't know if they are related or not.
Q. So, you have hot flashes at night sometimes?
A. That's every night.
Q. Every night you have hot flashes?
A. Every night it's -- I have a hot flash, every night at bedtime.
Q. And how would you describe this hot flash?
A. As soon as I lay down, it's like I get so hot. I don't have this sweat -- you know, I don't have -- my clothes don't get wet; but it's just a wave of heat. And then after a while, I throw off the



blanket. And after a while, it's like I'm cooling off; and then I'm good for the night.
Q. And how long does this hot flash last?
A. I'm going to guess between 5 and 10 minutes. That's an approximate.
Q. Do you have more than one a night?
A. Not that I can recall. It's usually that one time right when I go to bed, right at first.
Q. Do you go to bed about the same time every night?
A. Approximately.
Q. What time is that?
A. Between 10:00 and 10:30.
Q. Do you get the same number of hours of sleep per night, approximately?
A. Yes. Now, on the weekends, it's later and later in the morning; but approximately 8 to 10 hours. I mean, the weekend is 8 to 10 hours. The weekdays is 7 to 8 hours.
Q. But once a week, approximately,



you have problems going to sleep; is that correct?
A. Yes, that is correct, once or twice a week.
Q. Okay. Do you take anything on those nights when you can't get to sleep to help you get to sleep?
A. No, I do not.
Q. When you were in your 40s, what were your sleeping habits like? How many hours per night would you sleep on average?
A. Approximately seven to eight hours.
Q. Would you go to bed at the same time every night?
A. During the week -- maybe there would be one night during the week that I did not go to bed at 10:00. It would be later. The weekends, it could be later nights.
Q. Would you ever experience some of the same difficulties falling asleep?
A. When I was 40?
Q. In your 40s, correct.
A. In my 40s. Okay. In my 40s,



yes. I don't recall, but I would wake up. It seemed like it was different. It seemed like I got more hot flashes not just, like, right when I went to bed; and it was during the day. It was at night. It was a lot during the day. At night. Tossing and turning all night some nights.
Q. Do you remember how old you were when you first started experiencing hot flashes?
A. In my mid 40s.
Q. And would you take anything to help you get to sleep?
A. No.
Q. Did you ever wake up in the middle of the night and have problems getting back to sleep?
A. Yes, yes, not every night; but yes, I did.
Q. And what would wake you up, if you know --
A. Hot.
Q. -- in the middle of the night?
So, you would have hot flashes that would

Page 186

wake you up?
A. Yes.
Q. And how would you describe the hot flashes that you experienced in your 40s?
A. The same, it's like a wave of heat coming on; and in those days, I would -- it would last longer than -- and like I said, more often but --
Q. How long would it last?
A. I should have said it was more often as far as the length of time it went on. I don't recall. I would estimate five to 10 minutes, but I don't recall exactly. I know it happened a lot more often.
Q. Did you ever have to change your clothes in your 40s because of your hot flashes?
A. I don't recall.
Q. And what about in your 50s, did you have hot flashes then?
A. Yes, yes.
Q. Did they feel the same way that your hot flashes in your 40s felt?
A. No, because I was on Prempro.

Page 187

Q. And so, how did they feel different?
A. I didn't have -- when I was on Prempro, I didn't have as much, like, during the day. I know that was gone. I mean, not 100 percent, but a lot, lot better. My sleep habits were a lot better. And then now it's what I already explained.
Q. Were your hot flashes also better when you were taking Premphase?
A. Yes, Premphase and Prempro. My hot flashes were a whole lot better, and my sleep habits were a whole lot better.
Q. What is your present weight?
A. 125.
Q. What's the average weight that you've had in your adulthood?
A. Between -- average, I would say about, approximately, 117, 120, in that area.
Q. Since puberty, what is the most you've ever weighed?
A. Now, you're not talking about when I was pregnant, right?
Q. Besides being pregnant. Thank

Page 188

you.
A. Okay. 125.
Q. And what is the least you've weighed since puberty?
A. 115.
Q. How much weight did you gain with your pregnancy?
A. Between 25 and 30 pounds.
Q. What is your current height?
A. Approximately 5'5 and a half.
Q. Has that changed at all in the last 10 years?
A. I think since they diagnosed me with osteoporosis 5'5 and a half was always my measurement. And now that they are measuring me to see if I've lost bone, lost -- it's -- I think I have shortened a little but not -- you know, I might be between 5'5, 5'5 and a half, somewhere in there. It's not a lot.
Q. How much did you weigh when you were experiencing menopause?
A. Somewhere between 117 and 120.
Q. Has a doctor ever told you to

Page 189

lose weight?
A. No.
Q. Have you ever been on a diet?
A. No.
Q. Have you ever taken medication for weight loss?
A. No.
Q. Do you exercise?
A. Occasionally.
Q. By "occasionally," what do you mean?
A. At one time, I was going to Curves for about a year; and then I lost interest.
Q. What year was that?
A. I want to say approximately 2007. It wasn't that long ago, but it has been a while since I've gone back.
Q. And when you exercise occasionally now, what do you do?
A. I have a treadmill at home that I use occasionally.
Q. Do you walk on it? Do you run on it?

Page 190

A. I walk.
Q. How long do you walk?
A. 30 minutes.
Q. Has any doctor ever recommended to you that you change your lifestyle?
A. No.
Q. Would you describe your diet as well balanced and healthy?
A. As far as I know.
Q. Have you ever had to go to the emergency room?
A. Yes, for my appendix.
Q. When did you have to go to the emergency room for you're appendix?
A. July, 2000.
Q. So, what happened, if you can tell me the story?
A. Okay. I think this was the 4th of July, and my daughter and her husband were at her friends. And I kept saying, I've got this pain around my side, naval, around the area. I said, I don't know what it is.
Anyway, I called her because it was kind of more on the right side; and they

Page 191

always say your appendix is on the right side. So, you know, I said, don't worry. We'll just see what happens.
Well, later that evening around 11:00 o'clock, I called her; and I said, I don't know. It's just really hurting me really bad.
And she said, look, we'll just take you to that horrible hospital that's no longer there. And so, we go; and this emergency doctor tells me you're -- you have a bowel problem. Okay.
He said, I'm going to give you a laxative.
So, then, my daughter takes me home; and the next day -- I don't recall if -- I think -- I think he told me the next day to contact my family doctor, which was Dr. Malmberg. Okay. Everything is coming back now.
Dr. Malmberg. And she said, oh, go to the hospital; and let's x-ray this good and do the ultrasound and all that. Anyway, she found -- she -- it was an

Page 192

appendicitis. That hospital doesn't understand appendicitis.
So, then, I had the surgery.
Q. You had the surgery immediately after they diagnosed the appendicitis?
A. That night, yes.
Q. Do you remember the surgeon's name?
A. Dr. Barry Miller.
Q. Is that the only time in your life you've had to go to the emergency room?
A. Yes, that I can recall.
Q. We'll talk in a little bit about the treatment of your breast cancer. But right now, what I'd like to talk about is any other surgeries you've had in your life. So, let's start with some female surgical procedures.
You mentioned earlier that you had a tubal ligation; is that correct?
A. Yes, that's correct.
Q. Do you recall when you had a tubal ligation?
A. I know it was Dr. Black. I

Page 193

don't recall the year.
Q. Why did you have a tubal ligation?
A. Just to get off the birth control pills, just because I didn't want to deal with them any longer. This was just an easier -- didn't have to worry about them, about taking them.
Q. And what was it that you didn't want to have to deal with? Was it just the daily pill?
A. Yes, the daily not -- worried about forget and all of that.
Q. And what other female surgical procedures have you had?
A. I have had a D&C, if that's what you want to call that.
Q. When did you have a D&C?
A. That was with Dr. Lal, whatever years that I saw her. I don't recall the year.
Q. Do you recall why you had the D&C?
A. I think I had some blood clots.

Page 194

She felt like it needed to be cleared up.
Q. Is that the only D&C you've ever had?
A. Yes.
Q. Have you ever had surgery for any fibroids or cysts in your uterus?
A. No.
Q. Have you ever had a hysterectomy?
A. No.
Q. We talked earlier that you had a hernia surgery, correct?
A. Yes.
Q. You don't recall the year that that was?
A. It was approximately 1989, approximately in that time.
Q. And do you recall the doctor?
A. I think it was that doctor that I -- it had to be because that's the only doctor. His name just is not ringing a bell, but I know I had that surgery. So, it must have been him. It starts with an "H."
Q. Dr. Horton?

Page 195

A. Yeah, Horton.
Q. So, which doctors do you currently see on an annual basis?
A. Dr. Erwin.
Q. He is your gynecologist?
A. He is my gynecologist. On a yearly basis, he is the only doctor -- Dr. Amin, every six months. He's in that year. Dr. Amin, Dr. Erwin on a yearly basis.
Q. How old were you when you had your first Pap smear?
A. Approximately in my mid-20s.
Q. How often do you have them?
A. Every year.
Q. When was your last Pap smear?
A. March, 2009.
Q. Have you ever had any abnormal results?
A. No.
Q. Do you do a monthly self-breast exam?
A. Yes.
Q. How long have you been doing them on a monthly basis?

Page 196

A. Probably ever since my mid-20s.
Q. Every month since your mid-20s?
A. I'm not going to say exactly every month, but I do approximately -- I can't say for sure every month but very frequent.
Q. Okay. Did anyone ever show you how to do monthly self-breast exams?
A. Yes.
Q. Who?
A. Dr. Erwin, all of my gynecologists have, even Dr. McKenney, the oncologist.
Q. Have you ever read any pamphlets that show you how to do or perform self-breast exams?
A. I don't recall.
Q. Does your physician perform an annual breast exam?
A. Does my --
Q. Your physician, your gynecologist?
A. Yes.
Q. Have you ever been told that

Page 197

you have fibrocystic disease in your breasts?
A. No.
Q. Have you ever been told you have lumpy breasts?
A. No.
Q. Have you ever been told that you have nodules or nodes in your breasts?
A. No.
Q. Have you ever been told you have dense breasts?
A. No.
Q. How old were you when you had your first mammogram?
A. Approximately, my early 40s. That's my estimate.
Q. Did someone tell you to get one, or did you ask your doctor about them?
A. I know I did not ask about them. I don't think I would have. I think I believe one of my gynecologists recommended just what you should do.
Q. What makes you believe you would not have asked about them?
A. Because I probably wasn't

Page 198

reading a whole lot about cancer. I don't think I would have brought that up. That's just knowing me.
Q. When your doctor first suggested that you get a mammogram, did the doctor say why?
A. I don't recall.
Q. After you had your first mammogram, did you have annual mammograms?
A. Yes.
Q. Why did you go annually?
A. Just to make sure I didn't have breast cancer or to make sure or to catch it if I -- you know, if they saw it, it would be caught at an early stage.
Q. Before a doctor recommended to you in your early 40s that you start having mammograms, had any other doctor ever recommended to you that you start having mammograms?
A. Not that I recall.
Q. Did you ask why in your 40s you needed to start having mammograms?
A. I did not ask.

Page 199

Q. Did any doctor ever tell you why you need to start having annual mammograms?
A. I don't recall.
Q. Have you ever had a mammogram followed up by an ultrasound?
A. I don't recall when I had that surgery exactly what all they were doing.
Q. By "that surgery," do you mean your breast cancer surgery?
A. My breast. I know they did mammograms. Ultrasounds, I don't recall. Are you talking about the breast cancer? You're saying ultrasound of my breast. What was your question again?
Q. Have you ever had a mammogram followed up by an ultrasound?
A. A mammogram followed up by an ultrasound. Okay. Like I said, I don't -- I can't recall.
THE VIDEOGRAPHER: You have three minutes left on the tape.
BY MS. WADHWANI:
Q. Where have you had your

Page 200

mammograms done?
A. Most of my mammograms have been done at the breast center in Houston, but I have had some done at the imaging center at St. Elizabeth's Hospital.
Q. Have you ever had an abnormal mammogram?
A. No.
THE VIDEOGRAPHER: Off the record at 3:27 p.m.
THE WITNESS: Abnormal?
MS. WADHWANI: We'll go back to it after the break.
THE VIDEOGRAPHER: Off the record at 3:27 p.m., ending Tape 4.
(Recess taken from 3:27 until 3:39 p.m.)
THE VIDEOGRAPHER: On the record at 3:39 p.m., beginning Tape 5.
BY MS. WADHWANI:
Q. Before we had to change the tape, you indicated that you might want to change your answer. So, I'll go ahead and ask you my question again.

Page 201

A. Thank you.
Q. And you can re-answer it.
My question was: Have you ever had an abnormal mammogram?
A. Yes.
Q. When did you have that abnormal mammogram?
A. I'm not sure if it was February or March of 2001.
Q. And where did you have this mammogram performed?
A. At the breast center in Houston.
Q. How were you alerted that it was abnormal?
A. The mammogram was taken. The records were sent to Dr. Lotze's office. He told me that same day while I was still there that it was abnormal and he, that same day, scheduled me an appointment to see Dr. Tomm, the surgeon, the breast surgeon.
Q. And this was when you were diagnosed with breast cancer?
A. Yes.

Page 202

Q. How long after you had that abnormal mammogram were you diagnosed with breast cancer?
A. I'm sorry. Repeat that.
Q. You had an abnormal mammogram in February or March of 2001.
A. Right.
Q. Is that correct?
And then eventually you were diagnosed with breast cancer. I'm wondering how long between the discovery on the mammogram and the diagnosis of breast cancer.
A. It was the same day. Well, okay. I understand what you're saying now.
I can't recall if I did the surgery the following week. It was -- from what I can recall, it was in March of 2001. And while he was doing the biopsy --
Q. And who is "he"?
A. Dr. Tomm. While Dr. Tomm was doing the biopsy, he found that it was cancer and removed the tumor.
Q. Do you remember what kind of cancer you were diagnosed with?

Page 203

A. He indicated in situ, an in situ. I just know that he called it an in situ, I guess, tumor.
Q. Did you ask him what that meant?
A. It was all intact. I mean, he explained to me that it was intact, and he just removed it and to do radiation for precautionary. That was it. That's all I recall.
Q. You told me earlier that when you got your breast cancer, you asked Dr. Tomm what had caused it; is that correct?
A. That I asked him if he knew if he -- if he could -- if he knew what could have caused it.
Q. Did you ask him anything else?
A. I don't recall asking him anything else.
Q. When he told you that your biopsy had led to a discovery of breast cancer, was anyone with you when he conveyed that information to you?
A. Yes, my sister, Jolene, was

Page 204

with me at that time.
Q. Did she ask the doctor anything?
A. I don't recall.
Q. When he told you that day that you had breast cancer, did he also discuss with you treatment options?
A. As I recall, yes. I don't recall if it was that same day, but he's the one who recommended it.
Q. And he recommended what?
A. Radiation.
Q. And did you, in fact, have radiation?
A. Yes.
Q. How many courses of radiation did you have?
A. Approximately six weeks. I don't recall if it was every day. It wasn't the weekend. I don't recall if it was five days a week or three days a week. I don't recall. I just know it was for six straight weeks.
Q. And did that start right away

Page 205

after your surgery?
A. Shortly after.
Q. And do you recall who administered the radiation to you?
A. Yes, Dr. Williams. I don't remember his initial. Was it H. Williams, H.R. Williams?
Q. Dr. Henry Williams?
A. Williams, yes.
Q. Did you experience any symptoms that you associated with your breast cancer before the mammogram -- before you had that abnormal mammogram?
A. Was there any what now?
Q. Did you experience any symptoms that you came to associate as being related to your breast cancer?
A. And did you say before my mammogram?
Q. Before your mammogram.
A. No.
Q. Besides the biopsy that removed your breast cancer and the radiation, did you have any other treatment for your cancer?

Page 206

A. No.
Q. When you were presented with your treatment options, what were you offered as an option?
A. I don't recall any -- I don't recall any options but to do the radiation treatment.
Q. Was it Dr. Tomm who presented you with the option of radiation?
A. Dr. Tomm, yes, recommended me to do the radiation.
Q. And then Dr. Williams did the radiation and earlier today you told me about Dr. McKenney also being involved in your cancer treatment. How is he involved?
A. He is the oncologist that I saw. I can't remember at first if it was every six months and then it became once a year. I want to think at first it was pretty frequent, maybe three months, six months, something like that and then a year; and then I didn't have to go anymore.
Q. So, were you seeing Dr. McKenney as your follow-up?

Page 207

A. Yes, as my follow-up; and they were checking my cells. They did blood work, sometimes on every visit, and they were checking the blood cells to see if they were normal or becoming normal.
Q. And that was through Dr. McKenney?
A. Yes.
Q. Did you see Dr. Williams for any other reason but radiation treatment?
A. No.
Q. And after Dr. Tomm removed your breast cancer and presented you with treatment options, did you ever have any further visits with him?
A. Could you just repeat it, please?
Q. Sure.
You said earlier that Dr. Tomm performed the surgery on you and removed the breast cancer from your breast and that he also discussed treatment options with you, the radiation. After you saw him in regards to those events, did you see him again?
A. I had to do follow-up after the

Page 208

biopsy surgery. I did do follow-up. I did visit him, a follow-up visit. I don't recall how many times. I don't recall. I don't recall after the surgery how long I waited to go back to see him and -- but I almost feel certain that I went more than once, maybe twice. I'm not sure.
Q. And when you did a follow-up with Dr. Tomm, what kind of things would he do as part of his follow-up treatment?
A. A breast exam. That's all that I recall.
Q. When you were diagnosed with breast cancer, did you do any research into breast cancer?
A. No, not that I recall, no.
Q. When Dr. Tomm told you about radiation treatment and recommended it, did you seek out a second opinion?
A. Did he recommend me to see -- did I --
Q. Did you seek a second opinion for treatment --
A. No, I did not.

Page 209

Q. -- options?
And you did not have a mastectomy; is that correct?
A. No.
Q. And you did not have chemotherapy; is that correct?
A. That's correct.
Q. And you did not have, then, any reconstructive surgery; is that correct?
A. That's correct.
Q. Have you been told what your prognosis is?
Has any doctor told you what your chances are of developing breast cancer again?
A. No, but there is always that chance. I don't recall any doctor saying anything like that to me.
Q. Is there anything that you can't do today that you could do before your breast cancer that is a result of having been diagnosed with breast cancer?
A. I have problems sleeping on my chest. There is a bone area that hurts when

Page 210

I press too hard.
Q. Where is that bone area? I know you're indicating, but for the purposes of the record --
A. Oh.
Q. In between the two breasts?
A. Right in between my two breasts and more on my left breast side that it hurts. There is numbness that sometimes if I have an itch, I can't tell if I'm scratching it or not. It's numb.
Q. Has your breast cancer had any other effect on your daily life?
A. I want to say that -- y'all are all women. It does affect your sex life in a way.
Q. How so?
A. Well, it's numb, you know, and tender. So, I prefer not to be touched in, you know, some areas. It has affected that. It's not -- it's not good to me. It's not.
Q. Has your breast cancer affected your relationship with your friends?
A. Well, in my relationship in

Page 211

that area.
Q. With your male friends, then?
A. Friend.
Q. I wasn't trying to imply anything. I apologize.
A. Oh, that's okay. I wasn't taking you in the wrong way. I just wanted to explain that's the situation.
Q. Okay. How about your female friends? Has your breast cancer diagnosis affected it in any way your relationship with them?
A. No.
Q. How about with your coworkers?
A. No.
Q. How about your children?
A. No.
Q. With your grandchildren?
A. No.
Q. Has your doctor given you any other instructions about what you need to do for follow-up for your breast cancer?
A. To continue doing my mammograms, and that's all I can recall right now.

Page 212

Q. Have you regularly had a mammogram since your diagnosis?
A. Yes.
Q. How regularly?
A. Once a year.
Q. And have you regularly had a doctor perform a breast exam since your diagnosis?
A. Yes.
Q. How often?
A. Once a year.
Q. You mentioned earlier to me that one of the --
A. Let me take that back. It's once a year now; but when I first, when I was seeing an oncologist and a gynecologist, it was more than once a year they were doing breast exams.
Q. Was it twice a year?
A. Yes, yes, twice a year.
Q. You discussed earlier how you had taken Tamoxifen as part of your treatment for your breast cancer; is that correct?
A. That's correct.

Page 213

Q. And according to your records, Dr. McKenney, did he prescribe Tamoxifen for you?
A. I don't remember if it was Dr. Lotze or Dr. McKenney.
Q. In Dr. McKenney's records, he indicates that he had, in his words, full and frank discussion about the risks and benefits of Tamoxifen with you. Do you recall that conversation with Dr. McKenney?
A. Could you repeat that again?
Q. In Dr. McKenney's records, he notes that he had a full and frank discussion with you about the risks and benefits of Tamoxifen.
A. Okay.
Q. And that after that conversation, you eventually decided to take Tamoxifen. And my question to you is: Do you remember having that conversation with Dr. McKenney?
A. I don't recall.
Q. Do you recall what you thought at the time would be the benefits of

Page 214

Tamoxifen?
A. All I -- well, I guess we did discuss it to some extent; but the Tamoxifen would help with the cells.
Q. How would it help?
A. I don't know the medical reasons. I just know that I was to take it and it would -- from what I think I recall, it has to do with the cells.
Q. In your layperson's understanding, what did you understand was the reason you were being prescribed Tamoxifen?
A. To help the cells, I guess, become more normal.
Q. Do you know what cells?
A. No, I don't. White, red or something. I don't know. I mean, that's my understanding; but I could be way off. That's just what I -- seems like I remember. That's all that I recall about it.
Q. Do you recall what at the time you understood the risks of Tamoxifen to be?
A. The risks? I don't recall

Page 215

there being any.
Q. Sitting here today, do you know what the risks of Tamoxifen are?
A. No, I do not.
Q. Did you opt to take Tamoxifen?
A. I trusted my doctor, and they prescribed it to me.
Q. How long did you take Tamoxifen for?
A. At least five years. I don't recall if it's five years or seven years. It seems like it's five years, but that's an estimate.
Q. Did you take anything after Tamoxifen as a follow-up to Tamoxifen?
A. No.
Q. How long was it after your breast surgery before you returned to work?
A. I don't recall. I really don't recall.
Q. When you first started to believe that your breast cancer was caused by your use of Premphase and Prempro, did you do any personal investigation into this theory?

Page 216

A. No, I don't -- I don't recall doing any.
Q. What do you understand the average risk of breast cancer to be for a woman your age?
A. Could you repeat that?
Q. Yes, what do you understand the average risk of breast cancer to be for a woman your age?
A. The average risk of cancer. I don't understand that question.
Q. How likely do you think it is for a women your age to get breast cancer?
A. I wouldn't know. Every woman is different.
Q. Is it your understanding that older woman are at a higher risk for breast cancer than younger women?
A. I think in the past, yes. Now, they talk about it all -- at different ages. I don't think age matters. I don't think that's -- I don't think there is a more risk than older. I just -- that's my own opinion.
Q. And when you say "they talk

Page 217

about it," who is the "they"?
A. Just people in general. I guess, you hear on TV different ages. This one, that one had breast cancer; but then I guess there's advertisements about -- I hear advertisements of younger people. I read it in the paper where younger people died of breast cancer. You hear it, you know, just in the public.
Q. What do you think puts a woman at higher risk for breast cancer? What's your understanding of what risk factors exist for breast cancer?
A. Well, I think if there is a medication put out there that doesn't give you a big enough warning, it can put you in a real big risk. Hormone --
Q. So, you think certain medications?
A. Yeah, hormone therapy, to me, is a big risk. That's what happened -- I feel that's what happened to me. But if I had been given a big warning and I think should have been given a big warning, then I

Page 218

would not have taken that.
Q. When you say "big warning," what do you mean?
A. Big bold writing on all of those labels. Small print, you just glance at it and go on. I can't talk for everyone, but I think most people read those labels like that.
Q. So, when you say the warnings, do you think that you have seen the warnings for Premphase --
A. It seemed like from what I recall, it's -- you know, I don't recall it being bold in big letters because if I had, I would have asked my doctor, Do you really think I should be taking this. This is what this says.
Q. Have you seen the warnings for Premphase?
A. Not in a long time.
Q. Have you seen the warnings for Prempro?
A. Not in a long time.
Q. You believe you have seen them

Page 219

at some point, however?
A. They are with the medications when you buy them from the pharmacy. I've always -- there's always been labels with prescriptions but --
Q. Would you have read the label that came with your prescription for Premphase?
A. I don't recall if I did or not.
Q. Did you read the label that came with your prescriptions for Prempro?
A. I don't recall.
Q. Besides hormone therapy, what else do you think is a risk factor for breast cancer?
A. You hear about smoking.
Q. How did you hear about smoking?
A. You hear smoke is not good. It causes lung cancer. When you do mammograms, Do you smoke. Do you smoke. I think that must be a risk -- maybe it's the combination. I don't know, but they do ask that question. If you smoke, well, you really should be doing more mammograms. I don't know. Like I

Page 220

said, I don't know if it's a combination with other things or not.
Q. Are there any other risk factors for breast cancer?
A. I don't know of any.
Q. Have you heard that a personal history having already had breast cancer puts a women at an increased risk for breast cancer?
A. Have I ever read, is that what you asked me? Have I ever heard?
Q. Have you ever heard or read? See, this is coming back to the thing I told you many hours ago, when I said if I --
A. Have I heard?
Q. Is there any source of information, whatever that might be, from which you have heard or learned that having a personal history of breast cancer increases a woman's chances of getting breast cancer?
A. I had to have heard it. I feel like I had to have heard it somewhere for me to believe that, but I couldn't tell you where.

Page 221

Q. So, you believe a personal history of breast cancer is a risk factor for breast cancer?
A. I do.
Q. Have you heard that a family history of breast cancer is a risk factor for breast cancer?
A. Yes, I have.
Q. Do you recall where you've heard or seen it?
A. I don't recall.
Q. Have you heard that consuming two or more drinks a day puts a woman at increased risk for developing breast cancer?
A. I don't recall hearing that.
Q. Have you heard that pregnancy, if it occurs in a woman's late teenage years or early 20s, can be protective against breast cancer?
A. I never heard that.
Q. Have you heard that radiation exposure puts a woman at an increased risk for breast cancer?
A. I never heard that.

Q. Have you heard that obesity puts a woman at an increased risk for breast cancer?
A. I have not heard that.
Q. Do you recall how old you were when you first started experiencing menopause?
A. In my mid-40s.
Q. Did anyone ever tell you that you were menopausal?
A. I don't recall.
Q. We talked a little bit earlier today how you said that you experienced symptoms of hot flashes and inability to sleep. Did you associate those as being menopausal symptoms?
MS. BAGGETT: Objection, form.
A. I was not very intelligent in those areas when I -- in that age like I am now. Menopausal is like, what is that to me.
I just didn't pay attention to that, I guess. What was your question already?
Q. Your hot flashes and your



inability to sleep, did you associate that as being menopausal?
A. I've learned -- not at that time, I didn't.
Q. Okay. Did you experience any other symptoms when you were experiencing hot flashes and inability to sleep?
A. Any other symptoms? My heart palpitations were more frequent.
Q. Can you describe your heart palpitations?
A. It's just like it beats fast and then take a deep breath and it would slow it down -- back down to normal.
Q. Did you feel unusually tired at the same time that you were having hot flashes?
A. I don't recall that.
Q. Did you experience anything like you told me your sister and sister-in-law experienced, any mood swings?
A. No, luckily, I did not.
Q. Did you suffer from any memory loss?



A. Like now? Then?
Q. Then.
A. Not that I recall.
Q. Did you feel bloated at all?
A. I don't recall that.
Q. Did you feel irritable at all? Unusually irritable?
A. When you have a hot flash, yeah, you know, no. I don't recall that.
Q. So, beyond your ability to associate it with hot flashes, did you experience any other irritability?
A. No, I don't recall that.
Q. Did you experience any problems with vaginal dryness at that time?
A. I don't recall, no.
Q. Was there a time that your periods became irregular?
A. I could say that some were heavier than other times, but I've always -- I have one every month.
Q. When did you stop having your periods?
A. When I started taking Prempro.



Q. Let me just make sure. When you say "Prempro," are you also including Premphase, because you started taking Premphase first? And I just want to find out if your periods stopped when you were actually taking Prempro in 2000 or before that when you were taking Premphase?
A. From what I can recall, it was Prempro.
Q. Thank you.
You were experiencing your menstrual cycle while you were taking Premphase, then?
A. Yes.
Q. And what age were you, then, when you stopped having your periods?
A. When did I start taking Prempro?
Q. According to your fact sheet that we looked at earlier, it was in 2000.
A. In 2000.
Q. How old were you in 2000?
A. That's eight years ago.
Q. Nine.

Page 226

A. What was your question? How old was I?
Q. How old were you when you stopped having your periods?
A. Approximately 50.
Q. Besides Premphase and Prempro, did anything help relieve your hot flashes?
A. Not while I was taking Prempro or Premphase. I wasn't taking anything else.
Q. How long had you been experiencing hot flashes before you started taking hormone therapy?
A. I was in my mid-40s. So, I think five -- I think when it got really bad it was, like, 48. It seems, like, I was 48 when it was getting really bad.
Q. And by "really bad," what do you mean?
A. To where I had to -- I think that's when I went to see Dr. Lal; and, approximately, then is when she gave me the Premphase.
Q. Had you tried to take anything to relieve your hot flashes before you

Page 227

started taking Premphase?
A. No.
Q. And once you were on Premphase, your hot flashes were relieved?
A. To some extent.
Q. And were your hot flashes relieved when you took Prempro?
A. Yes, a lot.
Q. Did Prempro relieve your hot flashes more than Premphase?
A. Yes.
Q. Is that the reason you switched to Prempro in 2000?
A. I don't recall the reason. I just know that he -- Dr. Lotze put me on Prempro because I had concerns about -- I talked to him about my hot flashes and unable to sleep good and my heart palpitations.
Q. You were still experiencing those three things while you were taking Premphase?
A. I don't recall how much.
Q. At the same time that you were experiencing your hot flashes and inability to sleep, did you notice any changes in your

Page 228

sex drive?
A. I don't recall any changes.
Q. Did you notice any changes in your skin?
A. No, I don't recall.
Q. Did you notice any changes in your hair?
A. I don't recall.
Q. Is there anything else that you experienced while going through menopause that you associate with going through menopause?
A. Just the hot flashes and the sleeping and the heart thing. That's all I recall having.
Q. How were you first referred to Dr. Lal?
A. A friend. I was looking for a gynecologist and she -- I'm not real positive she's a gynecologist, but I'm going to assume because I did do my Pap smears there. They may have been -- well, she could have just been a regular general practitioner. I'm not sure what her title was, but I was referred

Page 229

to her.
I don't remember who I was seeing before her. For some reason, I think it was Dr. Black. And I did not want to go to him any longer. I don't recall the reason. But then I was referred to her by a friend, a coworker.
Q. How long had you been seeing Dr. Lal before she started prescribing Premphase to you?
A. I don't recall.
Q. Did you see her in order to get relief from your symptoms? Is that the first time you saw her?
A. I don't recall.
Q. While you were Dr. Lal's patient, did you develop a good relationship with her?
A. Not real good.
Q. Why do you say that?
A. I wasn't extremely pleased with her. I don't want to say real cold, but not real -- I just -- distant, I guess I could call it, distant. I just -- I don't know,

Page 230

just didn't care for her personality, maybe, or something.
Q. How long did you see her?
A. I don't recall.
Q. Do you recall why you stopped seeing her?
A. No, I don't recall.
Q. Did you -- despite her personality, nevertheless trust her judgment as a doctor?
A. Yes.
Q. Would she have discussions with you before prescribing new medications to you?
A. I don't recall.
Q. When you visited Dr. Lal for your examinations, did you have any interactions with her nurses or other assistants?
A. Yes, they took my blood pressure. That's about the only interaction I had with them.
Q. Were they in the room during your exams?

Page 231

A. I don't recall.
Q. Would they ever discuss your health care with you?
A. I don't recall.
Q. Would they ever discuss medications with you?
A. I don't recall.
Q. Were there any other doctors that practiced in Dr. Lal's office?
A. Not that I know of.
Q. Did she have any physicians assistants?
A. Not that I know of.
Q. Did you ever see someone else for a visit because Dr. Lal was not available when you showed up for an appointment?
A. No.
Q. Did anyone else in Dr. Lal's office ever prescribe a medication for you or re-prescribe a medication for you?
A. Anyone else besides her?
Q. Yes.
A. No.
Q. Did anyone in Dr. Lal's office

Page 232

ever prescribe Premphase to you?
A. No.
Q. Did any of Dr. Lal's colleagues ever prescribe Premphase to you?
A. No.
Q. Did you ever discuss the benefits of Premphase with any of Dr. Lal's nurses?
A. I don't recall.
Q. Was it your habit and custom to ask Dr. Lal about the risks associated with drugs she prescribed to you?
A. I'm sorry. Say that again.
Q. Was it your habit to ask Dr. Lal about the risks associated with drugs she was prescribing to you?
A. No, it would not be my habit.
Q. In general, did you feel comfortable asking her questions?
A. Oh, yes. I'm never shy about asking questions to any doctor.
Q. Was she willing to speak with you, if you had questions?
A. As far as I knew.

Page 233

Q. Do you criticize Dr. Lal for any aspect of her treatment of you over the years?
A. I'm sorry?
Q. Do you criticize Dr. Lal for any aspect of her treatment of you over the years?
A. No.
Q. Do you criticize her for prescribing Premphase to you?
A. No.
Q. When you would go to Dr. Lal's office for your visits, were there any posters about Premarin, Premphase or Prempro on the walls?
A. Not that I recall.
Q. Were there any posters about menopause on the walls?
A. Not that I recall.
Q. Were there any posters about hormone therapy on the walls?
A. Not that I recall.
Q. Were there any pamphlets or booklets available at Dr. Lal's office about

Page 234

Premarin?
A. Not that I recall.
Q. About Premphase?
A. Not that I recall.
Q. About Prempro?
A. Not that I recall.
Q. About menopause?
A. Not that I recall.
Q. How about hormone therapy, in general?
A. Not that I recall.
Q. Did any posters, pamphlets or booklets play any role in your decision to start using Premphase?
MS. BAGGETT: Objection.
A. Not that I recall.
BY MS. WADHWANI:
Q. Before you started using Premphase, had you seen any advertisements for Premphase?
A. Before I started taking what?
Q. Premphase.
A. Not that I recall.
Q. Had you seen any ads for any

Page 235

other hormone therapy medications?
A. Not that I recall.
Q. While you were taking Premphase, did you see any advertisements for it?
A. Not that I recall.
Q. Is it fair to say that your decision to start taking Premphase was based on your discussions with Dr. Lal?
MS. BAGGETT: Objection.
A. I don't recall how we got to her prescribing it to me. I don't recall if we had a discussion. I don't recall if we had -- I'm sure we would talk about it some, but I don't recall what was said at all.
BY MS. WADHWANI:
Q. Would it be fair to say, then, that your decision to start taking Premphase was based on Dr. Lal's prescription of it?
A. Yes.
Q. Would it be fair to say that your decision to continue using Premphase was based on Dr. Lal's continuing to prescribe it to you?

Page 236

A. Yes.
Q. Did you ask to be put on hormones, or did Dr. Lal suggest that to you?
A. Dr. Lal.
Q. Do you remember what she said when she suggested them to you?
A. No, I do not.
Q. Did she say why she was suggesting them to you?
A. I don't recall.
Q. What was your understanding when she first prescribed Premphase to you? How long you would be taking it?
A. What was my understanding on how long?
Q. Yes.
A. I didn't have any idea how long.
Q. Before that first visit, when Dr. Lal prescribed Premphase to you, what did you know about hormone therapy, if anything?
A. I don't think anything.
Q. Do you recall any aspect of the conversation you had with Dr. Lal the first

Page 237

time she prescribed Premphase to you?
A. I don't recall.
Q. So, you don't recall if she told you all the benefits you may receive from taking Premphase?
A. I don't recall our conversation.
Q. At the time, in your mind, what did you understand the benefits to be?
A. At the time, I don't recall what -- what I thought my benefits would be. I mean, I don't recall it now what -- I'm sure I knew then; but I don't recall it now.
Q. Did Dr. Lal offer you any other options for your symptoms?
A. I don't recall.
Q. Did Dr. Lal explain to you the risks of Premphase?
A. I don't recall.
Q. At the time that Dr. Lal prescribed Premphase to you, what, in your mind, did you understand the risks of Premphase to be?
A. I don't recall.

Page 238

Q. Did you ask what the risks of Premphase were?
A. I don't recall.
Q. Did you understand that all medications have potential risks?
A. Those days, I really didn't know.
Q. Did you think that medications didn't carry risks?
A. I don't recall. I guess the first time I really paid -- started paying attention was when I started taking Prempro -- I mean, not started, but when I found out that Prempro could possibly be the cause of breast cancer. Then I kind of started paying attention.
Before that, I did not. I was not that type of person to look. I didn't -- never heard anything. So, I just don't recall looking for that.
Q. Looking at what?
A. At labels until all this came about and I started really paying attention more now.

Page 239

Q. So, at the time that you decided to take Premphase, it was because of your belief that it would relieve your symptoms?
A. That's correct.
Q. Did Dr. Lal provide you with any written materials about Premphase?
A. No, not that I recall.
Q. Did she provide you with any written materials about hormone therapy?
A. I don't recall.
Q. Did any written materials play any role in your decision to take Premphase?
A. I don't recall.
Q. Did any written materials play a decision in your role to continue taking Premphase?
A. I don't recall.
Q. Do you remember the color of the Premphase pill?
A. I do not.
Q. Do you remember the shape?
A. I do not.
Q. Do you remember the size?

Page 240

A. I do not.
Q. Do you remember the packaging that the Premphase came in?
A. I do not.
Q. Do you remember seeing a patient-information sheet that came with each month's Premphase prescription?
A. I don't recall seeing one. I don't recall seeing one.
Q. So, you don't know if you read it or not?
A. I don't know.
Q. When you picked up your first prescription for Premphase at the pharmacy, did the pharmacy provide you with any written information about that medication?
A. I don't recall; but, you know, my, you know, my own thoughts of all prescriptions, they all come with instructions and -- what medicine has in it and things like that. They all do that. I don't recall if I read them, scanned them. I don't recall.
Q. So, you don't know if you would have looked at the dosage and side effects?

Page 241

A. I don't recall if I did.
Q. When you were taking Premphase, did you ever experience any side effects that, in your mind, were possibly associated with Premphase?
A. I'm sorry?
Q. When you were taking Premphase, did you experience any side effects that you felt might be associated with taking Premphase?
A. I don't recall.
Q. Do you recall calling your doctor in 1998 to complain that you were experiencing hot flashes, poor sleeping, heart palpitations and that you were concerned that your Premphase wasn't strong enough?
A. I would not have indicated that my Premphase was not strong enough. I would not know. I would have never indicated that, that me saying my Premphase is not strong enough. I need something stronger. I would never that because I wouldn't know.

Page 242

I wouldn't know if that's affecting me in that way.
Q. So, if there is a notation in your doctor's records that said that you were concerned about not being strong enough, you're not sure why that would be there?
A. I don't recall. If I said that, I don't recall it.
Q. You were also prescribed Premphase by Dr. Lotze; is that correct?
A. I don't recall if he -- I know he did the Prempro. I don't recall which -- I know Dr. Lal did Premphase, but I don't recall if maybe I went from Lal to Lotze and he continued it. I don't recall that.
Q. How were you first referred to Dr. Lotze?
A. My sister was going to him, and we just decided to go together every year. She just referred me to him.
Q. Which sister?
A. Jolene.
Q. When did you stop seeing Dr. Lotze?

Page 243

A. When he retired, and I don't remember what year that was.
Q. That's okay. While you were with -- Dr. Lotze's patient, did you develop a good relationship with him?
A. Yes.
Q. Did you trust his judgment?
A. Yes.
Q. Did Dr. Lotze have discussions with you before prescribing new medications to you?
A. I don't recall.
Q. Would he discuss the reasons he was prescribing a drug to you?
A. I mean, I don't recall a conversation; but, yes, I would think he would because of what I explained to him what my concerns were. I'm sure he told me -- we can give this Prempro and you can -- you would feel much better.
Q. And what were your concerns?
A. My hot flashes and sleeping habits and my heart palpitation.
Q. Did he discuss the risks of

Page 244

Prempro with you?
A. I don't recall our conversations about it. I don't recall.
Q. Do you recall if he discussed the risks of Premphase with you?
A. I don't recall.
Q. Do you remember why he said he was switching you from Premphase to Prempro?
A. Just that it would help my hot flashes and sleeping habits and my heart palpitation in a better way.
Q. In a better way than Premphase?
A. It should help it better.
Q. And by "better," what did you understand that to mean?
A. Not having hot flashes and being able to sleep.
Q. During your visits with Dr. Lotze, did you have any interactions with his nurses or other assistants?
A. There was always one there doing a Pap smear. There was always a nurse in there.
Q. Would they ever discuss your

Page 245

treatment with you?
A. Not that I recall.
Q. Were they able to tell you Dr. Lotze is going to come in, and this is what he's going to do today?
A. Not that I recall.
Q. Would they ever discuss medications with you?
A. Not that I recall.
Q. Were there any other doctors or physicians assistants that practice in Dr. Lotze's office?
A. I don't know.
Q. Did you ever see someone else for a visit because Dr. Lotze wasn't available when you showed up for an appointment?
A. No.
Q. Did anyone in Dr. Lotze's office ever prescribe or re-prescribe a medication for you?
A. No.
Q. Did anyone else in Dr. Lotze's office ever prescribe Premphase to you?

A. No.
Q. How about Prempro?
A. No.
Q. Did you ever discuss your use of Premphase or Prempro with Dr. Lotze's staff?
A. No.
Q. Was it your habit to ask Dr. Lotze about the risks associated with drugs that he prescribed to you?
A. I don't recall.
Q. In general, did you feel comfortable asking Dr. Lotze questions?
A. In general.
Q. Were things that you didn't feel comfortable asking Dr. Lotze about?
A. I didn't feel any need to ask him anything but what pertained to my physical -- my health with him, I mean, that part of my health with him. And that's why I brought up the fact that I was having hot flashes and sleeping problems and the heart palpitation; but anything else, I didn't have any reason to discuss anything else with him.



Q. Do you criticize Dr. Lotze for prescribing Prempro to you?
A. No.
Q. Do you criticize him for prescribing Premphase to you?
A. No. And I can't say for sure if he did on that Premphase. I don't know where it started and where it ended.
Q. Okay. I'm just going off your plaintiff's fact sheet that we looked at earlier. You had Dr. Lotze down as one of your prescribers for Premphase.
A. Okay. I didn't recall.
Q. And that's fine. I just wanted you to know where I was getting that information from, and we can look at it again if you would like.
A. That's okay.
Q. Were there posters about Premarin, Premphase or Prempro on the wall of Dr. Lotze's office?
A. I don't recall.
Q. Were there posters about menopause?



A. I don't recall.
Q. Were there posters about hormone therapy in general?
A. I don't recall.
Q. Were there pamphlets or booklets available at his office about Premarin, Premphase or Prempro?
A. I don't recall.
Q. How about menopause?
A. I don't recall.
Q. Any pamphlets or booklets available about hormone therapy?
A. I don't recall.
Q. When you saw Dr. Lotze as a new patient, did you tell him you were taking Premphase?
A. That I was taking Premphase at the time? Yes, I was taking Premphase. I don't know if we discussed it. I know I wrote it down on the records that you have to fill out. It asks what medications are you on. So, he had it on record; but I don't recall discussing it.
Q. Do you know if he asked you,



when you first started being his patient, if you would like to continue taking Premphase?
A. I don't recall.
Q. Did he tell you anything about Premphase that you didn't already know?
A. I don't recall.
Q. Did he tell you anything about Prempro that you didn't already know?
A. I don't recall.
Q. What do you understand the difference between Premphase and Prempro to be?
A. That Prempro is -- that's just my own thinking. No one -- I don't recall anyone telling me any of this; but that's just my thing that Prempro had to be a little stronger, maybe, than Premphase or maybe it had different kind of estrogen, maybe it was different estrogen stuff in it, but I don't know.
Q. But you understood there to be a difference?
A. Yes, it worked better. It helped my issues I was having. It helped

Page 250

them better, helped control it better.
Q. Before you started using Prempro, had you ever heard of it?
A. No.
Q. Had you seen any ads for Prempro?
A. No.
Q. Did Dr. Lotze offer you any other treatment for your symptoms besides Prempro?
A. I don't recall.
Q. Did he offer you any other brands of hormone therapy when you made the switch to Prempro?
A. I don't recall.
Q. When you were first prescribed Prempro by Dr. Lotze, what was your understanding of how long you would be taking Prempro?
A. I don't recall. I mean, personally, I didn't know. I had no idea.
Q. Did you ever ask him, Hey, how long do I need to take this medication?
A. I don't think I would have. I

Page 251

don't recall asking him that.
Q. Would you have continued taking it as long as he prescribed it?
A. As long as it was helping me, I wouldn't see any reason not to until what happened to me.
Q. While you were taking Prempro, did your understanding of the risks change at all?
A. Did I understand the risks changed?
Q. Did your understanding of the risks of Prempro -- what was your understanding of the risks of Prempro when you first started taking Prempro?
A. I didn't know there were any risks.
Q. Did that understanding change at all while you were taking Prempro?
A. No.
Q. Did Dr. Lotze provide you with any written materials about Prempro?
A. I don't recall.
Q. Did he provide you with any

Page 252

written materials about Premphase?
A. I don't recall.
Q. Did he provide you with any written materials about hormone therapy?
A. I don't recall.
Q. Did any written materials play any role in your decision to take Prempro?
A. I don't recall.
Q. Would it be fair to say that your decision to start taking Prempro was based on your discussions with Dr. Lotze?
A. Repeat that one, please.
Q. Would to be fair to say that your decision to start taking Prempro was based on your discussions with Dr. Lotze?
A. The discussion was that I told him my concerns, and he recommended me Prempro. That's all I recall about our discussion.
Q. And Dr. Lotze's recommendation is the reason you started taking Prempro; is that correct?
A. That's correct.
Q. And is it fair to say that your

Page 253

decision to continue using Prempro was based on the fact that Dr. Lotze prescribed it to you?
A. That's correct.
Q. Do you remember the color of the Prempro pill?
A. Do not.
Q. Do you remember the shape?
A. Do not.
Q. Do you remember the size?
A. Do not.
Q. Do you remember the packaging that Prempro came in?
A. No, I do not.
Q. Do you remember if the packaging was different than the Premphase prescriptions?
A. I don't recall.
Q. Do you remember if the pills looked different from the Premphase pills?
A. I don't recall.
Q. Do you remember seeing the patient-information sheet that came in the package with each month's Prempro?

Page 254

A. All I can ever remember is, you know, small writing. That's all I remember about --
Q. So, you remember seeing a patient-information sheet; is that correct?
A. Yeah, it seems like I remember it being stapled to the package. And I'm sure Premphase probably had the same thing. It's just the writing is so small.
You know, at that time, I had no concerns. So, I didn't -- I didn't look at it real hard. I possibly could have glanced at it. I don't recall what it said.
THE VIDEOGRAPHER: You have three minutes left.
MS. WADHWANI: Thank you.
BY MS. WADHWANI:
Q. Would you have taken Prempro and Premphase if you knew they carried a risk of blood clots?
A. It depend on the risk.
Q. What risk would be acceptable to you of a risk of blood clots?

Page 255

A. I guess I don't know the medical -- the blood clots, I don't know how serious they are. I don't know. To me, what I know about blood clots, I don't know a lot about it. Maybe it could be a little small thing. I don't know.
Q. Would you accept a low risk of blood clots?
A. I don't know.
Q. Would you accept a moderate risk of blood clots?
A. I say you shouldn't risk any, I guess; but I don't know.
Q. Would you accept a high risk of blood clots?
A. No.
THE VIDEOGRAPHER: Off the record at 4:37 p.m., ending Tape 5.
(Recess taken from 4:37 p.m. to 4:44 p.m.)
THE VIDEOGRAPHER: On the record at 4:44 p.m., beginning Tape 6.
BY MS. WADHWANI:
Q. Would you have taken Premphase

Page 256

and Prempro, if you knew they carried a risk of stroke?
A. No.
Q. Would you have taken Premphase and Prempro if you knew they carried a risk of heart attack?
A. No.
Q. Would you taken Premphase and Prempro if you knew they carried a risk of deep-vein thrombosis?
A. I don't know what that means, but I'm going to say no.
Q. Would you have taken Premphase and Prempro if you knew they carried a low risk of breast cancer?
A. I don't know how to answer that.
Q. Would have you taken Premphase and Prempro if you knew they carried a moderate risk of breast cancer?
A. No.
Q. Was there written information provided to you by the pharmacy with your Prempro prescriptions?

Page 257

A. Was there a written?
Q. Written information provided to you by the pharmacy with your Prempro prescriptions?
A. Written from the pharmacy?
Q. Correct.
A. I don't recall.
Q. Did any other doctor ever prescribe Premphase to you?
A. Besides Dr. Lal and Dr. Lotze?
Q. That's correct.
A. No.
Q. Did any other doctor besides Dr. Lal and Lotze ever prescribe Prempro to you?
A. No.
Q. Did you discuss your use of hormone therapy with your friends?
A. I don't recall.
Q. Did you discuss your use of hormone therapy with your sisters?
A. I'm going to say yes.
Q. Do you recall what you discussed with them?

A. I don't recall. I can imagine. I can't recall for sure. I probably told them I'm taking Prempro now. I don't have hot flashes. It's helping with my hot flashes.
Q. While you were taking the medication, did you ever recommend to your sisters that they consider taking those medications, if they experienced menopausal symptoms?
A. I don't recall.
Q. Did you ever discuss your use of hormone therapy with your coworkers?
A. I don't recall.
Q. How often were you performing breast self exams while on hormone therapy?
A. Frequent.
Q. What do you mean by "frequent"?
A. I don't think I did them once a month; but I could say maybe every month or, you know, maybe at the month I would forget and miss. But if I didn't do it, it was because I forgot and just did it the next month.



Q. How regularly were you getting mammograms during the time you were taking hormone therapy?
A. Once a year.
Q. What would have caused you not to take Premphase and Prempro at all?
MS. BAGGETT: Objection.
A. What would have caused me not to? If I had seen on the instruction sheet that comes with the medicine in big, bold letters saying, This could cause breast cancer, big bold warning.
BY MS. WADHWANI:
Q. How big would the letters had to have been?
A. Big enough -- I can't say. I don't know what size. I just know it would have to be dark and big for me to have, you know, been really aware of it.
Q. Did you ever talk with anyone about the possible effects of Premphase or Prempro on your health?
A. I'm sorry?
Q. Did you ever talk with anyone



about the possible effects of Premphase and Prempro on your health?
A. I don't recall.
Q. Did you ever experience any side effects from Prempro?
A. Except that I have breast cancer. I mean, I don't recall what the side effects were. I don't recall any side effects, no. I don't recall any side effects.
Q. Do you have, to your knowledge, any friends who have used Premphase, Premarin or Prempro?
A. Not to my knowledge.
Q. Do you, to your knowledge, have any family members who have used Premphase, Premarin or Prempro?
A. I know to my knowledge that they never have.
Q. What did you like about hormone therapy?
A. That it kept me from having bad hot flashes, being able to sleep and my heart palpitation being a whole lot better.



Q. Did you discuss once a year with your doctors whether or not you should continue taking hormone therapy?
A. Prempro, I didn't get that chance because it was an exact year when it happened. No, I didn't discuss that.
Q. Other than this lawsuit, have you ever made a complaint about Premphase or Prempro to Wyeth?
A. No.
Q. Have you ever made a complaint about these medications to the FDA?
A. No.
Q. Have you ever made a complaint about these medications to any governmental agency?
A. No.
Q. Have you ever made an official complaint, besides this lawsuit, to anyone about these medications?
A. No.
Q. Apart from your attorneys and your sisters that you told me about earlier, who have you discussed your lawsuit with?

Page 262

A. No one that I can recall.
Q. Have you met any other plaintiffs in this litigation?
A. No.
Q. Have you ever attended any public meetings discussing this litigation?
A. Now, I don't know -- are we talking about the one that came to the house?
Q. No. A public meeting, meaning not someone coming to your house. There would be an announcement, We're meeting tonight in the public?
A. No.
Q. We discussed this morning that you're seeking recovery of your medical bills as a result of your hormone therapy and your diagnosis of cancer. Have you made an insurance claim for these expenses?
A. Yes. I had insurance. I would have insurance.
Q. What companies have you had insurance with?
A. Blue Cross and Blue Shield.
Q. Were those the insurance

Page 263

company -- was that the insurance company you had when you were taking hormone therapy?
A. Yes, I believe so. It was Blue Cross and Blue Shield. To my knowledge, I think that's who it was.
Q. Were you reimbursed for your medical expenses from Blue Cross Blue Shield?
A. Not 100 percent.
Q. What percent were you reimbursed?
A. I don't recall. I know I had to pay a difference of what they don't cover. I don't recall the percent.
Q. Do you have any records of these -- what you paid?
A. Not to my knowledge.
MS. WADHWANI: I'm going to allow Renee to ask you any questions she has right now.
EXAMINATION
BY MS. BAGGETT:
Q. I'll try to make it brief. I know you're tired.
Ms. Romero, I think you

Page 264

testified earlier that you're not a medical doctor. You haven't had any medical training of any kind.
A. That's correct.
Q. And you're not a scientist in any way. You don't have a science background?
A. That is correct.
Q. And you don't have a background in pharmacology.
A. No.
Q. I think you also testified earlier that you trust your doctors to discuss with you the risks and the benefits of any treatment they plan for you; is that correct?
A. That is correct. That's correct. I felt like if there were any risks, they -- I -- they wouldn't -- I don't feel like they would prescribe something like that to me if there was a risk. I trust in them.
Q. Do you feel like if it was a serious enough risk that your doctor would

Page 265

have mentioned it to you?
MS. WADHWANI: Objection.
A. Yes.
BY MS. BAGGETT:
Q. What is your understanding of how doctors learn about the drugs that they use?
MS. WADHWANI: Objection.
A. I'm sorry. Repeat.
BY MS. BAGGETT:
Q. Do you have an understanding of any kind as to how doctors find out about the medications that they use?
A. I do not.
Q. Do you understand how they learn about any risks associated with a particular treatment?
A. I do not.
MS. WADHWANI: Objection.
BY MR. BAGGETT:
Q. Now, you were asked earlier if you felt that it was a patient's duty or a consumer's duty to find out about the products that they are taking and understand

Page 266

the risks associated with it. And you also mentioned that -- I'm a little confused. So, I'm trying to clear it up.
Earlier in the testimony, you mentioned that you would briefly scan through the package material that might come with your medications; but then later on, you said that you don't recall whether or not you even got them. Just to be clear, would you receive package information with every prescription drug that you received?
A. I feel sure that every prescription comes with a packet slip of some kind giving you side effects and probably talk about what's in the medication. I cannot imagine any medication not coming with that. But trying to read them, it's difficult because they are so faint, small, that, you know, sometimes I glance through them and never saw. I would glance and never saw anything to tell me that there was a risk of breast cancer by taking that medication of Prempro or Premphase.
Q. So, it would be fair to say

Page 267

that at any time that you received a new medication, that you would at least initially glance at the information that was provided to you at least upon the first prescription?
A. That's correct.
Q. And I noted that you don't remember what it was that you read when you were first prescribed the Premphase or the Prempro, but did you glance over that material as well? Would that have been your normal routine?
A. Yes, yes. It would be something I would glance at because I do like to know the side effects because if I'm vomiting or, you know, having headaches or dizziness, I would want to know that to get off of whatever that's causing that.
Q. And if something were to draw your attention to a specific side effect that you were -- you would want to avoid, would that be something you would discuss with your doctor?
A. Definitely.
Q. And you would take an active

Page 268

part in discussing that with your doctor in order to decide whether or not to continue taking that medication?
A. That is correct.
Q. You were also asked earlier what level of risk would be an acceptable risk for you to continue taking a medication.
Do you understand what a risk is?
A. I'm sure there's different levels of risk.
Q. Is there a risk associated with driving a car?
A. Yeah.
Q. Is that risk the same for everyone?
A. No. I mean, different levels of risk. I guess you're right. Everyone can get in a wreck, but I feel that risks are different for everyone in whatever you do.
Q. And do you feel like there are some people that are more susceptible for certain risks than other people --
A. Yes.

Page 269

Q. -- based on their background?
A. Yes.
Q. And due to the fact that you did not have a family history of breast cancer and the fact that no one had ever made you aware of any other risk factors that you carried for breast cancer, if a warning or a risk were presented to you as being normal for the population, would that alert you or concern you in any way to make you afraid to take that medication?
MS. WADHWANI: Objection.
A. That would not alert me at all.
MR. BAGGETT: I think that's all I have for you. Thank you.
MS. WADHWANI: I just have a couple of follow-up questions.
THE WITNESS: Okay.
FURTHER EXAMINATION
BY MS. WADHWANI:
Q. You said just a few minutes ago in response to one of Renee's questions that you trust your doctors to tell you about the risks and benefits of a medication, correct?

A. Yes, yes.
Q. And you had said to me earlier today that you don't recall if you had such a discussion with Drs. Lal and Lotze about hormone therapy?
A. That is correct.
Q. So, you don't know, sitting here today, if they did, in fact, tell you about the risks of hormone therapy?
A. That is correct. I don't recall. I trust them that they would, but I don't recall that they did.
Q. Did you ever ask any of your doctors with any of your prescriptions not to be put on a medication for fear of the risks?
A. I'm sorry?
Q. Have you ever asked any of your doctors with regard to any of your prescription medications not to be put on a medication for fear of the risks?
A. I have not.
Q. Have you ever asked any of your doctors with regard to any of your prescription medications not to be put on



that medication for fear of the side effects?
A. Not that I recall.
MS. WADHWANI: I have no further questions for you. Thank you very much for your time today.
THE WITNESS: You're welcome. Thank you.
THE VIDEOGRAPHER: Ending deposition at 5:00 o'clock p.m., Tape 6.
(Deposition concluded at 5:00 p.m.)
— — — — — —



CERTIFICATE

I, MINNIE CADENA-MECHE, Certified Shorthand Reporter, Registered Merit Reporter, do hereby certify that prior to the commencement of the examination, JUDY ROMERO was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

________________________
Minnie Cadena-Meche, CSR, RMR
NCRA Registered Merit Reporter
TX Certified Shorthand Reporter #5849
Expiration Date: 12-31-10
Dated: May 29, 2009



ACKNOWLEDGMENT OF DEPONENT

I,______________________, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______________________________
JUDY ROMERO May 22, 2009

Subscribed and sworn to before me this _______ day of _______________, 20 _____.
My commission expires: _______________

Notary Public