# EXHIBIT 13

CAL 4/27/11
Exhibit 3
Michael E. Miller, RDR, CRR

# Hormone Replacement Therapy



# And Your Health

PREMPRO™
(conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP)

PREMPHASE™
(conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP)

# *How to use this booklet*

## Step 1:

Your doctor or health care provider has prescribed PREMPRO™ (conjugated estrogens tablets / medroxyprogesterone acetate tablets, USP) or PREMPHASE™ (conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP) for you. Reading the information listed under "MENOPAUSE AND YOU" should help you understand your body's need for hormone replacement therapy.

Pages 5 to 11

## Step 2:

Then refer to the pages in this booklet that pertain to the medication your doctor has prescribed.

PREMPRO™
Pages 12 to 17

PREMPHASE™
Pages 18 to 22

# *Contents*

## *MENOPAUSE AND YOU*

INTRODUCTION .... 5

UNDERSTANDING MENOPAUSE .... 6
- Symptoms of menopause .... 6
- Menopause and osteoporosis .... 6
- Are you at risk? .... 7

ESTROGEN REPLACEMENT THERAPY .... 8
- The most prescribed estrogen product .... 8
- Proven to relieve symptoms of menopause .... 9
- Proven to prevent osteoporosis .... 9

HORMONE REPLACEMENT THERAPY: THE PROVEN BENEFITS OF PREMARIN® (conjugated estrogens tablets, USP) WITH THE ADDED PROTECTION OF PROGESTIN .... 10
- HRT is not for every woman .... 11
- Two different ways to take HRT:
- 1) The cyclic HRT regimen: PREMPHASE .... 11
- 2) The continuous HRT regimen: PREMPRO .... 11

## *PREMPRO™ (conjugated estrogens tablets/ medroxyprogesterone acetate tablets, USP)*

A CONVENIENT WAY TO TAKE CONTINUOUS HRT .... 12
- Easy-to-use instructions .... 12

WHAT TO EXPECT FROM THERAPY .... 14
- From the start .... 14
- Bleeding patterns .... 14
- Side effects .... 14
- PREMPRO™ may save you money .... 15

HOW LONG TO USE PREMPRO .... 16
- A commitment to your future .... 17

## *PREMPHASE™ (conjugated estrogens tablets/ medroxyprogesterone acetate tablets,USP)*

A CONVENIENT WAY TO TAKE CYCLIC HRT .... 18
- Easy-to-use instructions .... 18

WHAT TO EXPECT FROM THERAPY .... 20
- From the start .... 20
- Bleeding patterns .... 20
- Side effects .... 21
- PREMPHASE™ may save you money .... 21

HOW LONG TO USE PREMPHASE .... 22
- A commitment to your future .... 22

*It's been said that in life, the one constant is change. And a woman going through menopause knows that better than anyone.*

*Menopause brings with it some of the most significant changes a woman faces in her lifetime. Some of these changes may be perplexing, some may be difficult. But the important thing to remember is that for many women, menopause can be a change for the better. In fact, many report that these years are among the happiest and most productive of their lives.*

*A key to making these years rewarding is making the right decisions where your own health is concerned. Because you're going through menopause, you now face several important choices. One of the most significant is whether or not to begin hormone replacement therapy.*

*This brochure has been created to help you, together with your health care provider, make that important decision. Be sure to ask any questions you may still have so that you fully understand your options.*



# Understanding menopause

Menopause is the ending of a woman's menstruation. Prior to this time, your ovaries begin to produce less and less of the hormone estrogen, and your periods become more and more irregular. After menopause, your ovaries produce little or no estrogen and your periods stop completely. Additionally, you cannot become pregnant.

When does this occur? It varies from woman to woman, but for most, it happens between the ages of 45 and 55. The average age is 52.

If a woman goes through menopause naturally, she will lose estrogen gradually. However, with a surgical menopause (when the ovaries are removed), there will be a sudden loss of estrogen, and a woman may immediately begin to notice symptoms associated with that loss.

### SYMPTOMS OF MENOPAUSE

As your estrogen levels decline, the loss of estrogen may cause uncomfortable symptoms, such as hot flashes and night sweats, which can interfere with sleep. Sexual intercourse may become painful because estrogen loss can make the lining of your vagina dry and thin.

These symptoms are common. Most women have at least some (hot flashes, for example, are experienced by 25% to 85% of women). How mild or severe these symptoms are, and how long they last, varies from woman to woman.

These symptoms may continue from several months to several years, and for most women will eventually go away. Other problems related to estrogen loss may not be felt at first, and these problems do not go away. They can last for years and have serious complications.

### MENOPAUSE AND OSTEOPOROSIS

The brittle bone disease known as osteoporosis affects one out of every four women over 50. It usually begins after menopause, when a woman's body produces very little estrogen. Without estrogen, bones can become fragile, more likely to break.

Although you can't feel yourself losing bone mass, half the bone mass a woman will lose in her lifetime she'll lose in the first 3 to 6 years after menopause begins. And once bone is lost, it cannot be replaced.

What's more, the fractures that can result from this silent disease might not happen for many years. Osteoporosis will affect 25% of women over 50...at great cost to their families, the health care system and, most importantly, their own lives.

While not all women are at risk for osteoporosis, every year, there are 1.3 million osteoporosis-related fractures in people over 45. And statistics show that 15% of all Caucasian and Asian women will fracture a hip during their lifetime.

Estrogen replacement therapy is clinically proven to help prevent osteoporosis. It is often prescribed as part of a program that includes a calcium-rich diet and exercise.

### ARE YOU AT RISK?

The following questions will help identify your own potential risk for developing osteoporosis. The more "yes" answers, the greater your risk for developing osteoporosis.

| QUESTION | YES | NO |
|---|---|---|
| 1. Do you have a small, thin frame? | ☐ | ☐ |
| 2. Are you Caucasian or Asian? | ☐ | ☐ |
| 3. Do you have a family history of osteoporosis? | ☐ | ☐ |
| 4. Are you a postmenopausal woman? | ☐ | ☐ |
| 5. Have you had early or surgically induced menopause? | ☐ | ☐ |
| 6. Have you been taking excessive thyroid medication or high doses of cortisone-like drugs for asthma, arthritis, or cancer? | ☐ | ☐ |
| 7. Is your diet low in dairy products and other sources of calcium? | ☐ | ☐ |
| 8. Are you physically inactive? | ☐ | ☐ |
| 9. Do you smoke cigarettes or drink alcohol in excess? | ☐ | ☐ |

Case 1:03-cv-01367-MAC Document 110-15 Filed 03/16/12 Page 6 of 14 PageID #: 8991



# Estrogen replacement therapy

Today, women live longer than ever before. A century ago, few women expected to reach age 50. Today, the life expectancy for women is nearly 80 years. This means that the average woman may be living more than a third of her life after menopause.

The estrogen that your body has stopped producing after menopause can be replaced by taking estrogen tablets. This is the most widely used form of estrogen replacement therapy (ERT). Estrogen replacement therapy has helped millions of women relieve the symptoms of menopause and prevent osteoporosis.

**THE MOST PRESCRIBED ESTROGEN PRODUCT**

Of all estrogen replacement products, the one that is prescribed most is PREMARIN® (conjugated estrogens tablets, USP), taken by more than 8 million women in the U.S. PREMARIN® is the #1 most prescribed medication in America today, and is the most extensively researched estrogen replacement product in America. Wyeth-Ayerst Laboratories has been making PREMARIN for more than 50 years. Very few pharmaceutical products can match that experience.



**PROVEN TO RELIEVE SYMPTOMS OF MENOPAUSE**

*PREMARIN has been proven to relieve moderate to severe hot flashes, night sweats, and vaginal dryness in most women.* Because PREMARIN relieves night sweats, it may help relieve the irritability that comes from the lack of sleep resulting from these symptoms.

**PROVEN TO PREVENT OSTEOPOROSIS**

*PREMARIN is proven to help prevent the bone loss of osteoporosis.*

Studies have shown that women who began taking estrogen within a few years of menopause had approximately 60% fewer hip and wrist fractures than the women who had not taken estrogen.

Together with calcium, a proper diet, and weight-bearing exercise, PREMARIN can play an important role in keeping your bones strong.



*Hormone replacement therapy:*

# *The proven benefits of PREMARIN®*
***(conjugated estrogens tablets, USP)***
# *with the added protection of progestin*

When estrogen is given alone, it can sometimes cause an overgrowth of the lining of the uterus (a condition known as endometrial hyperplasia). In some instances, this could lead to a type of cancer of the uterus. To help protect against this risk, a second hormone, progestin, is often prescribed with estrogen. By adding progestin, the risk of overgrowth is *greatly decreased.* This risk does not affect women who no longer have a uterus. PREMPRO™ (conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP) and PREMPHASE™ (conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP) are not intended for women who have had a hysterectomy.

When estrogen is combined with a progestin, doctors refer to this treatment as Hormone Replacement Therapy (HRT), which may be prescribed in different ways or regimens.



**HRT IS NOT FOR EVERY WOMAN**

Some women should not take HRT. Make sure your doctor or health care provider is aware of your personal and family health history. Your personal history should include any instances of breast cancer, breast lumps, abnormal vaginal bleeding, abnormal blood clotting, severe headache, or dizziness. Women who are pregnant should not take HRT.

It is also important for all women to have a regular breast examination by a doctor or health care provider. Most studies have not shown a higher risk of breast cancer in women who have ever used estrogens. Some studies have reported that breast cancer developed more often in women who used estrogens for long periods of time, or who used high doses for shorter time periods. The effects of added progestins on the risk of breast cancer are unknown. Some studies have reported a moderately increased risk in those taking combination estrogen/progestin therapy, even higher than the possible risk of taking estrogens alone. Keep in mind, however, that other studies have not shown this relationship.

It is recommended that you have a baseline mammogram taken before the age of 40. Women between the ages of 40 to 49 should have mammograms every 1 to 2 years. Women over 50 should have a mammogram each year, even if they have no symptoms of breast disease.

The addition of progestin may have unfavorable effects on blood sugars which might make a diabetic condition worse.

**TWO DIFFERENT WAYS TO TAKE HRT:**

**1) THE CYCLIC HRT REGIMEN: PREMPHASE**

In the cyclic HRT regimen, estrogen is taken every day of the month without interruption, while progestin is taken approximately 2 weeks per month. The cycle repeats for as long as you stay on therapy. Because the progestin is taken only in cycles, this is known as a *cyclic HRT regimen.*

With this regimen, many women will get regular monthly bleeding, like a period, which will last from 3 to 5 days.

**2) THE CONTINUOUS HRT REGIMEN: PREMPRO**

Another way of prescribing HRT is with a *continuous regimen.* With this regimen you take one estrogen tablet and one progestin tablet each day, 365 days a year.

With the continuous regimen, many women may experience some irregular bleeding, which may eventually stop.

Either regimen provides the benefits of estrogen while providing the protection of progestin. *However, more and more women, after talking with their health care providers, are taking the continuous HRT regimen (estrogen and progestin taken every day). You should talk to your health care provider about which regimen is best for you.*

PREMPRO™
(conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP)

# *A convenient way to take continuous HRT*

Previously, doctors had to give women two separate prescriptions for hormone replacement therapy: one for estrogen and one for progestin. Today, your doctor can give you just one convenient prescription—called PREMPRO—that contains PREMARIN® (conjugated estrogens tablets, USP) and progestin packaged together.

Each package of PREMPRO contains 28 days of therapy in two blister cards labeled Card 1 and Card 2.

PREMARIN® (conjugated estrogens tablets, USP) 0.625 mg
medroxyprogesterone acetate tablets, USP, 2.5 mg




Each card contains a 14-day supply of PREMARIN and a 14-day supply of progestin (the same progestin you may know as Provera®*).

### EASY-TO-USE INSTRUCTIONS

You'll see that the cards are marked with the different days of the week to help keep track of the pills you are taking. Begin Card 1 with tablets labeled for the day you're starting Card 1. (For example, if you're starting on a Sunday, begin with the tablets labeled "Sunday.") Then, take one PREMARIN tablet and one progestin tablet each day until you have taken all the tablets on Card 1.

After completing Card 1, begin Card 2 the very next day, starting with the tablets labeled for that day and continuing until you have taken all the tablets on Card 2. Then immediately begin Card 1 of your next PREMPRO package, and so on. *You will be taking one PREMARIN tablet and one progestin tablet each day, 365 days a year.*

### SIMPLE AND CONVENIENT

Because of today's busy lifestyles, many women enjoy the convenience of continuous HRT.




**BEGIN CARD 1 WITH TABLETS LABELED FOR DAY OF THE WEEK YOU START PREMPRO**

**CONTINUE UNTIL CARD 1 IS COMPLETE**

**BEGIN CARD 2 THE VERY NEXT DAY (AGAIN, WITH TABLETS LABELED FOR THE DAY OF THE WEEK YOU START)**

**CONTINUE UNTIL CARD 2 IS COMPLETE**

**IMMEDIATELY BEGIN CARD 1 OF YOUR NEXT PREMPRO PACKAGE**

*Provera (medroxyprogesterone acetate) is a registered trademark of The Upjohn Company

# *What to expect from therapy*

**FROM THE START**

*You should experience relief from hot flashes and night sweats almost immediately.* Relief from vaginal dryness may take somewhat longer.

Protection from the bone loss that leads to osteoporosis is provided throughout therapy, helping to maintain your bones as they are today, and keeping them from becoming brittle and fragile.

**BLEEDING PATTERNS**

With PREMPRO therapy, several menstrual-like bleeding patterns may occur. For the first several months taking PREMPRO, you will probably experience some irregular bleeding or spotting at different times during the month. Research has shown that many women who stay on PREMPRO stop bleeding after about one year of use. If you have vaginal bleeding or concerns about bleeding, discuss your bleeding pattern with your doctor or health care provider.

**SIDE EFFECTS**

The three most common side effects are breast tenderness, headache, and abdominal pain; rarely, however, are these serious enough to cause women to stop therapy. If you experience breast or nipple tenderness or soreness, or are concerned about side effects, speak with your doctor or health care provider so that he or she can advise you.

**PREMPRO™ MAY SAVE YOU MONEY**

Because you need only one prescription, PREMPRO is also more economical. One PREMPRO prescription usually costs less than buying separate prescriptions for PREMARIN® (conjugated estrogens tablets, USP) and Provera®. However, savings may vary depending upon prices paid by individual pharmacies. And for women on a prescription plan, there is an additional savings: with PREMPRO, there's only one copayment instead of two.



Case 1:03-cv-01367-MAC Document 110-15 Filed 03/16/12 Page 10 of 14 PageID #: 8995



# How long to use PREMPRO

You should discuss the possible risks and benefits of long-term treatment with PREMPRO with your health care provider. PREMPRO should be taken for as long as your doctor or health care provider prescribes.

*Once you begin therapy, the short-term symptoms of menopause may rapidly disappear. But they may return if you stop taking PREMPRO abruptly.*

Bone protection continues only as long as you take PREMPRO. If PREMPRO is prescribed for osteoporosis prevention, you should follow your health care provider's recommendation about length of treatment. PREMPRO is generally recommended for an extended period to help prevent bone loss. So, follow your health care provider's recommendations carefully.

Remember, hot flashes and night sweats may be the reason you started with PREMPRO, but prevention of osteoporosis may be the reason you continue. So follow your doctor's recommendations carefully, and be sure to speak with him or her before you consider stopping therapy.



## A COMMITMENT TO YOUR FUTURE

Your health will be a prime factor in determining the quality of this stage of your life. If hormone replacement therapy is right for you, it can provide important health benefits.

**PREMPHASE™**
(conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP)

# *A convenient way to take cyclic HRT*

For several reasons, your doctor may decide that taking estrogen and progestin in a cyclic regimen is appropriate for you. PREMPHASE™ now makes that regimen more convenient than ever before.

A package of PREMPHASE provides a 4-week supply (28 days) of PREMARIN® (conjugated estrogens tablets, USP) and a 2-week supply (14 days) of progestin.

The PREMARIN tablets are taken every day. The progestin tablets are taken only on days 15-28.




EASY-TO-USE INSTRUCTIONS

You'll notice that each PREMPHASE package contains two blister cards. The cards are marked with the different days of the week to help keep track of the pills you are taking. Begin Card 1 with the tablet labeled for the day you start. (For example, if you're starting on a Sunday, begin with the tablet labeled "Sunday.") Then, take one tablet each day until you have taken all the tablets on Card 1.

After completing Card 1, begin Card 2 *the very next day.* You will now be taking *two* tablets each day, for the next 14 days. Remember, start with the tablets labeled for the day you start Card 2, and continue until you have taken all the tablets. Then immediately begin Card 1 of your next PREMPHASE package, and so on.

START WITH CARD 1. (BEGIN WITH THE TABLET LABELED FOR DAY OF THE WEEK YOU START.)

TAKE ONE TABLET EVERY DAY UNTIL CARD 1 IS COMPLETE

BEGIN CARD 2 THE VERY NEXT DAY. (AGAIN, BEGIN WITH THE TABLETS LABELED FOR THE DAY YOU START.)

YOU WILL NOW BE TAKING TWO TABLETS PER DAY: 1 PREMARIN AND 1 PROGESTIN

CONTINUE UNTIL CARD 2 IS COMPLETE

IMMEDIATELY BEGIN CARD 1 OF YOUR NEXT PREMPHASE PACKAGE



# What to expect from therapy

### FROM THE START

*You should experience relief from hot flashes and night sweats almost immediately.* Relief from vaginal dryness may take somewhat longer.

Protection from the bone loss that leads to osteoporosis is provided throughout therapy, helping to maintain your bones as they are today, and keeping them from becoming brittle and fragile.

### BLEEDING PATTERNS

With PREMPHASE therapy many women experience predictable monthly bleeding which is similar to a period. This will occur approximately at the time when you complete Card 2 of PREMPHASE and begin again with Card 1. Bleeding may range from light spotting to moderate menstrual-like bleeding. Some women may experience irregular, unscheduled bleeding.

Of course, if you have any questions or concerns about bleeding, you should speak with your doctor to determine whether cyclic PREMPHASE or continuous PREMPRO™ (conjugated estrogens tablets/medroxyprogesterone acetate tablets, USP) is a preferable choice for you.



### SIDE EFFECTS

The three most common side effects are breast tenderness, headache, and abdominal pain; rarely, however, are these serious enough to cause women to stop therapy. If you experience breast or nipple tenderness or soreness or are concerned about side effects, speak with your doctor or health care provider so that he or she can advise you.

### PREMPHASE™ MAY SAVE YOU MONEY

Because you need only one prescription, PREMPHASE is also more economical. One PREMPHASE prescription usually costs less than buying separate prescriptions for PREMARIN® (conjugated estrogens tablets, USP) and Provera®. However, savings may vary depending upon prices paid by individual pharmacies. And for women on a prescription plan, there is an additional savings: with PREMPHASE, there's only one copayment instead of two.



# How long to use PREMPHASE

You should discuss the possible risks and benefits of long-term treatment with PREMPHASE with your health care provider. PREMPHASE should be taken for as long as your doctor or health care provider prescribes.

*Once you begin therapy, the short-term symptoms of menopause may rapidly disappear. But they may return if you stop taking PREMPHASE abruptly.*

Bone protection continues only as long as your take PREMPHASE. If PREMPHASE is prescribed for osteoporosis prevention, you should follow your health care provider's recommendation about length of treatment. PREMPHASE is generally recommended for an extended period to help prevent bone loss. So, follow your health care provider's recommendations carefully.

Remember, hot flashes and night sweats may be the reason you started with PREMPHASE, but prevention of osteoporosis may be the reason you continue. So follow your doctor's recommendations carefully, and be sure to speak with him or her before you consider stopping therapy.

### A COMMITMENT TO YOUR FUTURE

Your health will be a prime factor in determining the quality of this stage of your life. If hormone replacement therapy is right for you, it can provide important health benefits.

*World Leadership in Women's Health Care®*

WYETH-AYERST LABORATORIES
Philadelphia, PA 19101

©1995, Wyeth-Ayerst Laboratories PPR:3 Printed in U.S.A. March 1995 Printed on recycled paper