# EXHIBIT 15

| | | |
|---|---|---|
| CONNIE BARTON, | : | APRIL TERM 2004 |
| Plaintiff, | : | |
| | : | NO. 006301 |
| v. | : | |
| | : | HORMONE THERAPY CASE |
| WYETH PHARMACEUTICALS, INC., et al, | : | |
| Defendants. | : | |

**PLAINTIFF'S DEPOSITION EXCERPTS FOR USE DURING TRIAL OF**

**DR. PAMELA COBB**
**(FINAL)**

**Deposition Date: 6/23/06**

p. 306

Q. Good morning, Dr. Cobb.
A. Good morning.
Q. Could you please state your full name for the jury, please.
A. My name is Pamela Griffin Cobb.
Q. Dr. Cobb, are you a medical doctor?
A. I am.

p. 307

Q. And what kind of medical doctor are you?
A. I am an obstetrician and a gynecologist.

p. 310

Q. Where did you go to medical school?
A. University of Pennsylvania.

p. 319

Q. And what years did you work at Wyeth?
A. I believe I started sometime in June of 2000 and I finished in August of 2003.

p. 323

Q. And when you first joined Wyeth in

2000, what was your title or what was your position?

A. It was the same position the entire time I was there, and it was director of global medical affairs in the women's health division.

Q. And what type of products did you work on when you were at Wyeth?

A. I worked on mostly hormone replacement therapy, very minimally on their oral con -- oral contraceptive lines, and I -- one of the things that I was hired to do was to pretty much focus on, at the time, their new low-dose formulations that were getting ready to come on the market, 2000, 2001.

Q. What specific product names within the hormone replacement therapy family did you work -- work on when you were at Wyeth?

A. Premarin, Prempro in all of its doses, and Premarin vaginal cream.

p. 380

Q. ~~Number one, it is true that Wyeth -- I'm sorry.~~ It is true that Wyeth has never performed a long-term clinical trial to determine the risk of breast cancer for women who used its combination therapy, correct; isn't that true?

A. To my knowledge, that is true.

378

Q. Could you tell the jury all of the studies that Wyeth has sponsored that had as an end result -- as an endpoint the risk of breast cancer to women using combination therapy manufactured by Wyeth?

A. I have -- I have little to no knowledge of that. What I would say is that there have been very, very few published, randomized prospective trials looking at breast cancer as an outcome; however, there have been many, many observational trials looking at that outcome. And the difference is: One is a retrospective result and one is a prospective randomized fashion. So I would -- I would submit that probably the WHI is the longest prospective randomized trial that has breast cancer

p. 379

as its safety endpoint, and --

Q. And as we dis -- I'm sorry.
A. That's okay.
Q. Please continue.
A. And -- and Wyeth support -- supported that trial in the sense that it provided drug, but it was not the sponsor of that trial, no.
Q. Thank you. Actually, there really has never been a study that Wyeth has ever sponsored to determine as an endpoint the risk of breast cancer for women who use Wyeth combination therapy; isn't that correct?
A. Well, I think what -- what you're asking -- I think what your statement -- your -- your statement suggests that if there were going to be a large randomized trial that Wyeth perhaps should have done it, but with regard to the occurrence of breast cancer in the population, that would require many, many, many patients and many, many, many, many years of follow-up. The -- the -- the average trials that Wyeth performed for the approval of its drugs were generally of much shorter time frame. You're talking about three,

p. 380

four years. That really would be an insufficient time to do a randomized prospective breast cancer study.

p. 384

Q. But the point, Dr. Cobb, is that Wyeth never performed that test, correct?
A. That Wyeth never did a breast cancer trial per se, no.