# EXHIBIT 16

| | | |
|---|---|---|
| CONNIE BARTON,<br>Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC., et al,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | APRIL TERM 2004<br><br>NO. 006301<br><br>HORMONE THERAPY CASE |

**PLAINTIFF'S DEPOSITION EXCERPTS FOR USE DURING TRIAL OF**

**<u>DR. MARC DEITCH</u>**
**<u>(Final)</u>**

***Deposition Date: 9-2-04***

p. 17
Q. Doctor, would you just tell me your full name, please?
A. Marc Deitch.

p. 18
Q. What is your current occupation?
A. I'm retired.

p. 18
Q. When did you retire?
A. June of 1999.
Q. You have not worked or been gainfully employed since June of 1999; is that right?
A. That's correct.

402
Q. Are you fully retired?
A. Well, from Wyeth, yes.
Q. And what -- what do you do that's work now?
A. Well, I'm on the board of a small pharmaceutical start-up company in North Carolina. I'm involved with a foundation called The World Walk Foundation. I've been working with a

group called Volunteers in English in Chester County helping some -- a family

p. 403

from Kosovo to learn English and navigate the social welfare system. I put a morning and sometimes a full day in once a week at what's called Community Volunteers in Medicine, a free clinic for uninsured individuals in Chester County.

Q. In the one day a week are you treating patients in that community in a voluntary capacity?

A. Yes, volunteer.

Q. And are you treating children or anybody?

A. Both. Children and adults.

p. 21

Q. How long did you work for Wyeth?

A. About 22 years.

p. 18

Q. You have not worked or been gainfully employed since June of 1999; is that right?

A. That's correct.

Q. As of June 1999, what job did you retire from?

A. I was a senior adviser to medical affairs and to Wyeth at the time I retired.

p. 20

Q. And prior to January 1st, 1999, what was your occupation?

A. I was senior vice president for medical affairs and medical director for Wyeth Laboratories. I believe at the time we were calling the company Wyeth -- Wyeth Global Pharmaceuticals, something like that. I don't recall exactly.

Q. Okay.

Senior vice president, medical affairs and medical director?

A. Yes.

p. 24

Q. When was the first time at Wyeth you had any contact from a working standpoint with hormone therapy drugs of any kind?
Q. Any hormone therapy drugs. Any type of hormonal therapy drugs.
A. I understand. That would have been later that year, I believe, 1987/1988.

620

Q. ~~Okay. Answer my question~~ ~~then.~~ Before January of 1990, to your knowledge, had Wyeth done a study specifically looking at breast cancer and estrogen to identify exactly what that risk was?
THE WITNESS: I don't know.

p. 662

Q. Have you ever seen a single study, single study, done by Wyeth that would answer the question about the connection between hormone replacement therapy and breast cancer?
THE WITNESS: Again, I don't recall.

694

Q. Now, this is 1991. Between 1991 and 1999, do you recall Wyeth ever doing any studies to answer the questions about combined therapy, long duration and dose/response issues?
A. I don't specifically recall any particular study, but I know that during the entire time I was at Wyeth, there always were studies ongoing that either we were aware of or supported or involved with in one way or another. But I don't recall anything specific.

p. 695

Q. Okay. And do you recall a single study done between 1991 and 1999 in combination therapy that looked at long duration or dose/response in connection with breast cancer?
A. Again, I don't recall.