# EXHIBIT 17

| | | |
|---|---|---|
| CONNIE BARTON,<br>Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC., et al,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | APRIL TERM 2004<br><br>NO. 006301<br><br>HORMONE THERAPY CASE |

**PLAINTIFF'S DEPOSITION EXCERPTS FOR USE DURING TRIAL OF**

**<u>DR. GERALD FISHER</u>**
**<u>(FINAL)</u>**

***Deposition Date: 11-22-04***

p. 22
6 Q. Good morning, Dr. Fisher.
7 A. Good morning.

p. 22
10 Can you restate your name
11 for the record.
12 A. Gerald Fisher.
13 Q. Your business address?
14 A. 500 Arcola Road,
15 Collegeville, Pennsylvania.
16 Q. Your present employment?
17 A. Wyeth.

p. 24
12 Q. When did you start working
13 at Wyeth?
14 A. August '92, 1992.

p. 24
24 What was your first position
p. 25 1 at Wyeth?
2 A. It was vice president of
3 drug safety and metabolism.
4 Q. Your actual job title today
5 is?
6 A. Senior vice president of
7 drug safety and metabolism.

Q. Basically, what's the difference between those two positions?
A. Just a promotion in grade.

p. 31
Q. What are your present job responsibilities as senior vice president of drug safety and metabolism?
A. I have responsibility, line responsibility for a group of almost 500 people, 480 people who are involved in safety assessment of our drugs ranging
p. 32
from pharmacological assessment to toxicological and pathological assessment. Also have responsibility for pharmacokinetics and metabolism, developing assays and actually doing the work, and we do have a small experimental pathology/toxicology group as well.
p. 33
Q. Have you worked on Wyeth's hormone therapy drugs throughout your entire employment with Wyeth?
A. My group has worked on them, yes. Personally, I haven't, but my group has.
Q. When you make that distinction, personally, you haven't, can you explain to me what you mean?
A. Well, in terms of the actual execution of the studies, I currently am not responsible for the execution. I do take a role in helping to design the studies and in helping to interpret unexpected findings.

p. 60
Q. Does the drug safety and metabolism -- is it called a division? I just want to refer to it properly.
A. Department.
Q. -- department utilize outside consultants in the area of animal studies to determine the efficacy or the

safety of hormone therapy products?

A. Typically, for any unexpected finding, if we don't have the specific expertise in-house to evaluate and assess its implication relative to the clinic, then we would certainly bring in world experts to help us understand

p. 61

these findings. Toxicology is a very complex science, and it deals with multiple animals, but all organ systems, and so there's no one individual who could be an expert in all of toxicology. And just as one would expect with a clinician, when one has a finding, one brings in a specialist, and typically we try to bring in the best in the world to help us understand these findings.

337

Q. As of July 8th, 2002, there were no long-term human studies on Prempro?

A. No, that's not correct.

In order to register Prempro, we had to do, I believe, two-year safety assessments

p. 338

Q. So, as of July 8th of 2002, Wyeth had performed no long-term, five years or greater studies, human studies on Prempro?

THE WITNESS: That's not quite accurate. Wyeth worked with the NIH in developing the protocols for WHI. In particular, we provided drug and drug substance to them as a way of meeting our Phase IV commitments for long-term assessment. So, this was actually, although we

p. 339

weren't -- we didn't have primary access to the data, Wyeth collaborated with the NIH in the

WHI study.

Q. I'll come back to that in a second. I'm asking you a very specific question. Wyeth, itself, did not perform any long-term, five years or greater, human studies on Prempro as of July 8th of 2002; is that correct?

THE WITNESS: What I tried to explain, and maybe I didn't

p. 339

Q. ~~That's not my question~~. I want to know if Wyeth independently sponsored, supported, developed and did their own testing, not NIH, not government funded, not outside, did Wyeth do their own independent testing

p. 340

long-term, five years or greater, on human subjects for Prempro?

THE WITNESS: Not that I'm aware of.

p.341

So, on July 8th of 2002 then, we've established there were no independent studies performed by Wyeth on either humans or animals on Prempro five years or greater. Is that true?

A. No. To my knowledge -- I can't say that there were no long-term studies. To my knowledge, I don't know of any studies that were five years of duration or longer that Wyeth independently executed in animals or people.