# EXHIBIT 18

| | | |
|---|---|---|
| CONNIE BARTON,<br>Plaintiff,<br><br>v.<br><br>WYETH PHARMACEUTICALS, INC., et al,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | APRIL TERM 2004<br><br>NO. 006301<br><br>HORMONE THERAPY CASE |

**PLAINTIFF'S DEPOSITION EXCERPTS FOR USE DURING TRIAL OF**

**<u>DR. HAROLD MARDER</u>**
**<u>(FINAL)</u>**

***Date: 1/17/06***

P. 13
8 Q. Please state your full name
9 for the record.
10 A. Harold K. Marder.

P. 19
6 Q. All right. And you say that
7 you joined Wyeth in 1983.
8 Did you actually join the
9 Wyeth company, Wyeth Pharmaceuticals?
10 A. Yes.
11 Q. What was your first position
12 with Wyeth when you joined?
13 A. I was an Associate Director
14 in the Department of Clinical Research
15 and Development

P. 13
11 Q. Dr. Marder, what is your
12 profession?
13 A. Currently I am retired.
14 Q. When did you retire?
15 A. February 6th, 2004.

p. 79
22 Q. All right. And at the time 11:14:03
23 that you retired from Wyeth, what was 11:14:06

your position? 11:14:09
p. 80
A. I was the senior 11:14:10
vice-president and head of Global Medical 11:14:12
Affairs and global medical director for 11:14:14
the company. 11:14:16

p. 19
Q. And what were your job 09:56:40
duties initially? 09:56:47
A. I was originally assigned to 09:56:48
work on an antihypertensive drug, the 09:56:50
brand name of which was Wytensin. It had 09:56:54
just been approved for the marketplace, 09:56:58
and I was doing some work to support it 09:57:00
on the market really. 09:57:05
Q. What do you mean by that, 09:57:06
p. 20
work to support it on the market? 09:57:09
A. There were a lot of ongoing 09:57:10
studies that still needed to be monitored 09:57:12
and closed out. This was an initial 09:57:14
entry level job where one designed 09:57:17
trials, made sure that they were 09:57:21
implemented correctly, supervised their 09:57:23
report preparation at the conclusion of 09:57:26
studies. 09:57:28
Q. And in terms of those 09:57:32
trials, were those trials that were being 09:57:33
performed internally at Wyeth? 09:57:36
A. No. Wyeth didn't, to my 09:57:38
knowledge, perform any studies inside the 09:57:43
company. We designed studies and then 09:57:46
found either academic or practitioner 09:57:48
investigators, physicians, to conduct the 09:57:53
trials. It was our responsibility to 09:57:55
make sure that those investigators were 09:57:57
qualified to do the work. And it was our 09:57:59
responsibility as a company to make sure 09:58:01
that the work was conducted according to 09:58:03
the stipulations in the study and all 09:58:06
documents were prepared correctly, 09:58:10
p. 21
etcetera.

p. 18

Q. For the benefit of those 09:55:38
that aren't familiar with pediatric 09:55:39
nephrology, can you explain what your 09:55:42
practice focused on when you were in that 09:55:45
subspecialty? 09:55:48
A. We took care of kids with 09:55:50
acute and chronic kidney disease, all the 09:55:51
way through dialysis and transplant. We 09:55:57
didn't actually -- I was not a surgeon. 09:56:01
I didn't actually put the kidneys in, but 09:56:02
we did all the post transplant work as 09:56:04
well to maintain the patients and follow 09:56:07
them up. 09:56:08
Also kids with congenital 09:56:09

p. 19

abnormalities that they were born with 09:56:11
that affected their genitourinary system. 09:56:13
Again, I wasn't a urologist, but we dealt 09:56:16
with all the renal manifestations of 09:56:19
those illnesses

p. 72

Q. All right. In terms of your
years of employment and involvement at
Wyeth, are you aware of any study that
was ever conducted internally to
determine whether or not the combination
of estrogen and progestin could cause
cancer elsewhere in the body?
A. I'm not specifically aware,
no.