# EXHIBIT 19

**PLAINTIFF'S DEPOSITION EXCERPTS FOR USE DURING TRIAL OF <u>DR. PAMELA COBB</u>**

**Deposition Date: 6/23/06**

p. 306

Q. Could you please state your full name for the jury, please.
A. My name is Pamela Griffin Cobb.
Q. Dr. Cobb, are you a medical doctor?
A. I am.

p. 307

Q. And what kind of medical doctor are you?
A. I am an obstetrician and a gynecologist.

p. 319

Q. And what years did you work at Wyeth?
A. I believe I started sometime in June of 2000 and I finished in August of 2003.

p. 323

Q. And when you first joined Wyeth in 2000, what was your title or what was your position?
A. It was the same position the entire time I was there, and it was director of global medical affairs in the women's health division.
Q. And what type of products did you work on when you were at Wyeth?
A. I worked on mostly hormone replacement therapy, very minimally on their oral con -- oral contraceptive lines, and I -- one of the things that I was hired to do was to pretty much focus on, at the time, their new low-dose formulations that were getting ready to come on the market, 2000, 2001.
Q. What specific product names within the hormone replacement therapy family did you work -- work on when you were at Wyeth?
A. Premarin, Prempro in all of its doses, and Premarin vaginal cream.

p. 380

Q. ~~Number one, it is true that Wyeth -- I'm sorry.~~ It is true that Wyeth has never performed a long-term clinical trial to determine the risk of breast cancer for women who used its combination therapy, correct; isn't that true?

A. To my knowledge, that is true.

p. 384

Q. But the point, Dr. Cobb, is that Wyeth never performed that test, correct?

A. That Wyeth never did a breast cancer trial per se, no.

Q. Yes, that's correct.

A. That's -- that -- I would agree.