# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION
IN RE:
PREMPRO PRODUCTS : MDL DOCKET NO.
LIABILITY LITIGATION : 4:03CV1507 WRW
----------------------------------------
IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

IN RE: HORMONE : NOVEMBER TERM
THERAPY LITIGATION : 2003
: NO. 0001
----------------------------------------
CROSS NOTICED IN VARIOUS OTHER ACTIONS
----------------------------------------
\- - -
C O N F I D E N T I A L
SUBJECT TO PROTECTIVE ORDER
\- - -
November 16, 2005
\- - -

Videotape deposition of JOSEPH M. MAHADY, held in the offices of Reed Smith, 1650 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:40 a.m., on the above date, before Linda L. Golkow and Ann Marie Mitchell, Registered Diplomate Reporters and Certified Shorthand Reporters.

\- - -

it says, "Other studies have not shown this relationship."

Now, who drafted that, Wyeth or the FDA?

A. I believe this whole section was -- certainly it's always drafted originally by Wyeth, but this particular section was written by a specific FDA initiative, this particular section. I can't tell you every single word, but this particular definition was right from FDA.

Q. Will you agree with me that it would be a reasonable interpretation of a physician to read those two sentences and conclude that even though it's been reported, there are other studies that have not shown this relationship?

A. Well, I certainly would expect they would conclude that that's

specifically what's stated in the piece, that some studies have shown, some studies have not.

Q. And a physician could walk away from reading that section and say, this is still a matter of debate.

Will you agree with that?

A. No, I don't. I think they'd have to go back and pertain to the first sentence after the warning, which says all the warnings below pertain to the use of the combination product. That's there for a purpose, and that's to tell them, while there may be some uncertainties, while there may be some unanswered questions, every single element of warning in here, whether it's described for estrogen alone or estrogen in combination, should be pertained to the use of the combination product. I think that's extremely clear.

MR. HENDERSON: Objection, nonresponsive.

BY MR. MORRIS:

Q. If you're telling me as a
physician that there are studies that
don't show a relationship and that the