# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE: PREMPRO PRODUCTS LIABILITY MDL Docket No. 4:03CV01507 WRW

* * * * * * * * * *

LINDA REEVES,
Plaintiff, Individual Case No. 4:05CV00163 WRW
v.
WYETH INC.,
Defendant.

* * * * * * * * * *

Saturday, September 9, 2006 - Little Rock, Arkansas - 8:45 a.m.

TRANSCRIPT OF JURY TRIAL - VOLUME 15
BEFORE THE HONORABLE WILLIAM R. WILSON, JR.,
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

On Behalf of the Plaintiff:

MS. ZOE LITTLEPAGE
MR. RAINEY C. BOOTH
Littlepage Booth
408 Westheimer Street
Houston, Texas 77006

MS. LESLIE W. O'LEARY
Williams, Love, O'Leary, Craine & Powers, P.C.
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681

MR. ERIK WALKER
Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive, Suite 130
Houston, Texas 77060

[CONTINUED]



[APPEARANCES CONTINUED:]

them. But it's in the packet of their pills.
Q. So when you go to the pharmacy, how is this attached to the -- is it attached to the bottle?
A. It's a packet. It is shoved -- I shouldn't use the word "shoved." It is in the packet. It is stored in there.
Q. So tell us --
A. In a sealed packet.
Q. What does it say? Does it have information about the dangers of estrogens as it relates to cancer of the breasts?
A. Again, very similar warnings, hopefully in a little bit plainer English. We spend a lot of time making sure -- we do testing on these labels to make sure the patients can understand it, that when they get something, they will understand what they are reading. And it has the same -- instead of malignant

3318

neoplasms here, it will say cancer of the breast. It is just a little plainer English. And it has things that you should look for. You should see your doctor regularly. You should have follow-up with mammograms, physical exams, information that would be important to a patient who was taking the agent.
Q. And does it also have information about blood clots?
A. Yes.
Q. And read that to us. Abnormal blood clotting. Read that paragraph for us.
A. Abnormal bloods clots. Taking estrogens may increase the risk of blood clots. These clots can cause a stroke, heart attack, or pulmonary embolus, any of which may be fatal.
Q. Why is it that you want a patient who is taking this product to be alert for something such as breast lumps?
A. Well, it could be a sign, as it says here, be alert for signs of trouble. It could be something that you would want the patient to know about. If this is a product that in some studies have shown an increase and some have shown a decrease, we need to let patients know that should they see something, they need to go see their doctor.
Q. Thank you, Doctor.
I want to turn our attention now to the Prempro label and talk a little bit about Prempro. Did we also have the Prempro physician information blown up as demonstratives, Defense Demonstratives 31, 31-A, 31-B, and 31-C?

3319

A. Okay. Yes, we did.
MR. CHRISTIAN: We offer those into evidence, Your Honor.
MS. LITTLEPAGE: No objection.
THE COURT: Admitted.

(Defendant Demonstrative Exhibits 31, 31-A, 31-B, and 31-C received in evidence.)

BY MR. CHRISTIAN:

Q. And this one is a little longer. It has four pages. But I guess I will have you come back down here again, if that's okay. Maybe you should just stay down here.

A. You just like to see me walk back and forth.

Q. So this is with respect to the drug Prempro. Correct?

A. Yes.

Q. And let's get the date down so we know what we're talking about here. This was the Prempro label that was issued November 17th of 1995.

A. Yes.

Q. And if Mrs. Reeves started taking Prempro in 1996, would this have been the one that was given to doctors during that time period?

A. Yes.

Q. Tell us -- let's go straight to the warnings section. And the jury has seen the formation of this language with respect to the breast cancer warnings, kind of the history behind it. But



would you take us through it as a doctor might see this information?

A. Sure. Again, the wording itself is similar to what we saw in the Premarin label. Here it says that all warnings below pertain to the use of this combination product. So this is stating that the combination, including the Prempro. You need to read this with respect to the Prempro.

Q. Let me ask you a question about that. So when it says down here this risk of 1.3 to 2.0 in those women on estrogen replacement therapy taking higher doses than those taking lower doses for prolonged periods of time, especially in excess of ten years, that sentence, as a doctor, would you then apply that to Prempro because of this language up here that the warnings below pertain to Prempro?

A. Well, sure. And, obviously, it's in the Prempro label. So the information that's here relates to the product that you are prescribing. So this information is in the Prempro label. And later on it talks about progestin in and of itself in breast cancer.

Q. Let's go down to that section here where they talk about the effect of added progestins. Could you read that first sentence, please?

A. The effect of added progestins on the risk of breast cancer is unknown, although a moderately increased risk in taking combination estrogen-progestin therapy has been reported.