# EXHIBIT 22

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

- - -

| | |
|---|---|
| JENNIE B. NELSON and LAWRENCE NELSON, w/h | : JANUARY TERM, 2004 |
| - vs - | : |
| WYETH PHARMACEUTICALS, INC., et al | : NO. 1670 |

- - -

JURY TRIAL - MORNING SESSION

- - -

City Hall
Courtroom 630
Philadelphia, Pennsylvania
Monday, January 22, 2007

- - -

BEFORE: THE HONORABLE RICARDO C. JACKSON, and Jury

APPEARANCES:

TOBIAS MILLROOD, ESQUIRE
KENNETH M. SUGGS, ESQUIRE
ROBERT K. JENNER, ESQUIRE
Counsel for Plaintiffs

MICHAEL T. SCOTT, ESQUIRE
BARBARA BINIS, ESQUIRE
CAROLYN WILLIAMS, ESQUIRE
ROBIN JACOBSOHN, ESQUIRE
ERIC A. KUHL, ESQUIRE
Counsel for Defendants

LOUISE M. MASCUILLI, RMR
OFFICIAL COURT REPORTER

through -- let me get my pointer.
That's perfect.
BY MR. MILLROOD:
Q. Combined hormone therapy, 1.49 dealing with the combined estrogen with the addition of a progestin, right?
A. Yes.
Q. It's your testimony that that is referenced in the label, correct, for Prempro; that that falls within the range of risk, of relative risk on the Prempro label? Didn't you tell Mr. Scott that?
A. Yes, I believe so.
MR. MILLROOD: Let's see. Can we look at what did we mark the 1996 Prempro label? P-59. Can we bring up P-59.
BY MR. MILLROOD:
Q. Do you remember on Thursday we looked at the Prempro label together?
A. I'm not sure which one we looked at.
Q. The warnings section for breast cancer. Do you remember looking at that with me?
A. Yes.
MR. MILLROOD: Let's turn to that, please. Go to page -- go from there, the warnings section down to this right there,

population.

BY MR. MILLROOD:

Q. In this breast cancer warnings section that we looked at, again, on this paragraph right here, the effect of added progestins; do you see that there, sir?

A. Yes, I do.

Q. Is there any quantification of risk whatsoever in that paragraph for a relative risk range?

A. Everything in that paragraph refers up above under the warnings saying that all warnings below pertain to the use of this combination product. So all that information pertains to combination product.

Q. Let me ask my question again and make sure you heard it, Dr. Deitch. I'd like to address your sentence of "to the effect of added progestins," that paragraph. Okay?

A. Yes.

Q. You would agree with me that that paragraph now starts talking about the E plus P, the effect of added progestins, right?

A. Yes.

Q. In this paragraph talking about the effects of added progestins, is there any quantification of

relative risk appearing in that paragraph?
A. Not in that paragraph, no. But everything in this paragraph refers to combination therapy according to the labeling.
Q. Let me ask you, again, because I'm not sure you heard my question, Dr. Deitch.
In the paragraph on the effect of added progestins, is there any quantification of relative risk in that paragraph for a physician to read?
A. No. The only place numbers appear are in the first sentence, yes.
Q. Now, in this paragraph, the effect of added progestins, there is no mention of Dr. Ross' 1.49 number, correct?
A. No.
Q. There is no mention in the effect of added progestins that it could be a risk between 1.3 to 2.0, correct?
A. Not in that sentence, but, again, you can't take that one sentence out of the label. That's not in the proper perspective.
Q. Let's put things in the proper perspective. You have just given Mr. Scott your opinion on the label. If a doctor were to read this label and first inform themselves of the risk involved with