# EXHIBIT 23

WYETH AYERST

**INTERNAL CORRESPONDENCE**
U.S. REGULATORY AFFAIRS

| | | | |
|---|---|---|---|
| | Attendees | from | Dr. Stephen Sasson |
| company | W-AR located | company | W-AR located 145/C-2 |
| subject | **Premarin / Cardiovascular Labeling** | date | September 9, 1992 |

Attendees: Dr. Acri, Ms. Barton, Ms. Connor, Ms. Smith Cox, Dr. Deitch, Dr. Morrison, Mr. Peskoe, Dr. Sasson, Mr. Victoria

On September 3, 1992, an internal meeting was held to discuss FDA's August 25, 1992 response to our NDA supplement which provided for revisions to the Premarin labeling describing the cardiovascular benefits of estrogen replacement therapy.

We agreed that FDA's alternative language was unacceptable. Our strategy for responding included two scenarios: (1) indicate to the Reviewing Division the clear unacceptability of their proposed labeling and insist upon a high-level meeting within the Agency and a hearing with the Fertility and Maternal Health Drugs Advisory Committee, (2) we would consider FDA's proposed labeling (and their underlying concerns), incorporate any reasonable changes into our proposed labeling, and request a meeting with the Division.

The attendees concurred that this latter approach could circumvent the Division assuming a defensive posture and hopefully facilitate fruitful negotiations. Also, considering Wyeth-Ayerst's investment in the female health care franchise, it would be advantageous to avoid an adversarial relationship with this Division. This issue can still be escalated to the appropriate level relatively quickly in incremental steps if needed.

The proposed FDA meeting would address: (a) why it is not justifiable to relegate information with respect to the cardiovascular benefits of estrogen replacement therapy solely to the Precautions section of the insert, (b) mechanisms we may wish to jointly consider for presubmission and/or preclearance of our promotional materials which reference cardiovascular benefits to help alleviate FDA concerns in this regard, and (c) revised balanced labeling which appropriately describes the cardiovascular benefit, as well as some of the limitations of the data including the addition of statements in the Precautions section where appropriate. If, during this meeting, FDA were to steadfastly maintain that including this information in the Precautions section of the labeling is the only permissible approach, we would then request that this be discussed with others in the Agency and/or the Advisory Committee.

Medical and Regulatory Affairs will revise our proposed labeling by the end of September 1992. Dr. Trudy Bush, and potentially others, will be consulted in this rewrite. This draft document will be circulated to executive management for concurrence prior to submission.

SS/eb:1044

cc:

| | | | |
|---|---|---|---|
| Mr. Bathish | Mr. Hassan | Dr. Levy | Dr. Pickar |
| Dr. Colasante | Dr. Korba | Mr. Mariani | Dr. Pittelli |
| Dr. Dey | Mr. Krieg | Mr. Marmontello | Dr. Rofsky |
| Mr. Essner | Ms. Kriegsmann | Mr. Pernock | Mr. Ross |