# EXHIBIT 24

**Breast Cancer**
**Task Force Meeting**
**1/31/96**

Action Steps:

| | |
|---|---|
| ▸ Visit Cummings | J. Buchalter / R. Klein |
| ▸ Assess feasibility of re-analyzing Dupont | R. Klein |
| ▸ Convert updated Dupont into whitepaper | R. Klein |
| ▸ "Tap" advocates as potential speakers for media<br>-Dupont<br>-Bush<br>-Nachtigall<br>-Ravnikar | Timing and responsibility to be determined |
| ▸ "Tap" 3rd party sources for support<br>-ACOG<br>-NIH<br>-AMWA<br>-NOF | Timing and responsibility to be determined |
| ▸ Satellite symposium at Amsterdam ("bundle of benefits" to provide balance: | S. Joyner / J. Buchalter |
| ▸ Investigate use of a "coalition of women" | Burson Marsteller |
| ▸ <u>Advocate interaction</u><br>-Mailing to VIPP list<br>-Teleconference with "top tier" physicians | Marketing |
| ▸ <u>Field force communication - need timeline by next mtg</u> | N. Wolf / J. Meaney |

-Analysis of data (Cummings)
-Message points
-Backgrounder on breast cancer
    --Sales training primer re putting breast cancer into perspective
    --Dupont whitepaper
    --Women's Health Digest article on breast cancer
    (Consider video with workbook)
    --guidelines from ACOG
    --NIH position paper
    --NEJM editorial

▸ Potential key message points
-Shift attention to other cancers (colon cancer)
-"This is just one more paper" (WHI doing definitive, prospective trial)
-Highlight flaws in Cummings methodology
-Re-analyze data to contemporary doses
-Emphasize results from PEPI