# EXHIBIT 25

WYETH-AYERST INTERNATIONAL INC.

INTERNAL CORRESPONDENCE

TO John Leone

COMPANY WAII LOCATED St. Davids

SUBJECT Premarin MPA

FROM Suzanne Joyner

COMPANY WAII LOCATED St. Davids

DATE October 17, 1994

Dear John,

I had a telephone conference with Dr. Trudy Bush regarding breast cancer risks associated with Premarin MPA. We discussed the product positioning for Premelle Cycle 5 and 10. The positioning recommends starting with Premelle Cycle 5 and titrating to Premelle Cycle 10 if needed. Premelle Cycle 10 would be used to control heavy, profuse bleeding or in women where endometrial hyperplasia has been a problem.

Dr. Bush reported that data from Katherine Fletcher at the National Cancer Institute, in a retrospective study conducted in the 70's saw an increased risk of breast cancer in women on HRT any dose, as compared to ERT. This data is not sufficient to rule out the use of estrogen/progestogen cyclic or combined therapy. Dr. Bush stated that some women would need a 10mg dose of MPA for short or long-term duration. Trudy stated that she saw the need to provide physicians with the option to titrate the progestin dose. Dr. Bush would be available for a conference on the subject after her return from Dallas (American Heart Association Meeting, November 21, 1994). Please let me know if you would like me to schedule a meeting for us with Dr. Bush. Perhaps Carrie Smith Cox would also attend.

Sincerely,

Suzanne

Suzanne Joyner

SJ/sz

cc: C.S. Cox

JOHN R. LEONE
OCT 18 1994

76?-A (?/83)