# EXHIBIT 27

FOR BREAST CA

INTERNAL CORRESPONDENCE

WYETH AYERST

RECEIVED AUG 2 1989

| | | | |
|---|---|---|---|
| to | Earl Lewis, M.D. | from | JSL Joel Lippman, M.D. |
| company | W-AL located A-2 | company | W-AL located A-2 |
| subject | NEJM Study | date | August 1, 1989 |

I have just completed reviewing the study entitled, "The Risk of Breast Cancer After Estrogen and Estrogen-Progestin Replacement" by Bergkvist, Adami, Perrson et al. It is to be published in the New England Journal of Medicine on August 3, 1989.

The study is a combined effort between investigators at the University Hospital in Uppsala, Sweden and the NIH. It involves a prospective analysis of 23,244 women 35 years of age or older who had estrogen prescriptions filled in the Uppsala region of Sweden.

Methodologically, the study involves a mixed cohort-case control design. Well accepted methods of statistical analysis and techniques for controlling for bias and confounders are employed. If requested, I can perform a more in-depth epidemiological review of the study.

The study shows that compared with other women in the same region, the women in the estrogen cohort had an overall relative risk of breast cancer of 1.1 (95% CI, 1.0 to 1.3). This is obviously a very small increased risk (10%) which reaches statistical significance due to the large size of the cohort.

Estradiol was the drug used most commonly by the women in the cohort, accounting for 56 percent of all treatment episodes. The relative risk of breast cancer for estradiol users was increased in a statistically significant manner, R.R. = 1.2 (95% CI, 1.0 to 1.4). Also, the risk estimates with estradiol increased significantly with duration of therapy. For conjugated estrogens, which were used by 22% of the patients, the risk was not elevated and no trend was found with duration. For patients on combined estrogen-progestin therapy, the relative risk was increased to 4.4 with very wide confidence intervals (0.9 to 22.4). This was due to the very small number of patients in this group.

In effect, I believe that this is a positive study for Premarin® therapy. The epidemiological literature has clearly documented the cardiovascular benefits to be derived from Premarin, and this present study provides evidence that it is not causally related to breast

cancer. On the other hand, products such as Estraderm® (17B - Estradiol) do not have documented cardiovascular benefits, and now the possibility of a relationship to breast cancer is raised. Combined therapy (estrogen and progestin) will probably not convey the degree of cardioprotection afforded by estrogen alone, and this study suggests that the progestin may have some carcinogenic potential in the breasts.

In summary, as noted by several investigators at our recent symposium in Portugal, as stated by myself in the past, and as supported by the literature, unopposed Premarin therapy at a dose of 0.625 mg/day is quite possibly the safest and most efficacious approach to hormonal replacement.

JSL:md

cc: Mr. J. Carrado
Dr. M. Deitch
Ms. D. Hertel
Dr. J. Hurley
Mr. J. Rachelli
Ms. D. Rothman ✓