# EXHIBIT 28

# PREMARIN®

There's never been a better time...

TO: The Wyeth Sales Force
The Ayerst Sales Force
The Wyeth-Ayerst Hospital Sales Force

FROM: Donna Rothman

DATE: August 4, 1989

SUBJECT: The New England Journal of Medicine article entitled: "The Risk of Breast Cancer After Estrogen and Estrogen-Progestin Replacement"

Dear Ladies and Gentlemen,

Enclosed please find a packet of information related to the study appearing in the August 3, 1989 issue of The New England Journal of Medicine entitled "The Risk of Breast Cancer After Estrogen and Estrogen-Progestin Replacement" by Bergkvist, Adami, Persson et. al.

Take the time to read the study, review and understand the study overview and the physician letter included with this material.

Under no circumstances should you initiate discussions concerning this study. If questioned about this issue, your response should be factual. Not all physicians will be interested in the study or they may have already reacted to it.

As a representative of Wyeth-Ayerst Laboratories, you should continue to present the benefits of estrogen replacement therapy and discuss pertinent information about conjugated estrogens (PREMARIN®).

Remember, this study was conducted in Uppsala, Sweden and may not accurately reflect the medical environment in the U.S.

If a physician in your territory requests additional data, please refer them to our Medical Department, c/o Dr. Joel Lippman.

Sincerely,

Donna

Donna Rothman
Product Manager

DR:db