# EXHIBIT 30

page 2686

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE: PREMPRO PRODUCTS LIABILITY MDL Docket No. 4:03CV01507 WRW

* * * * * * * * * *

LINDA REEVES,
Plaintiff, Individual Case
v. No. 4:05CV00163 WRW
WYETH INC.,
Defendant.

* * * * * * * * * *

Thursday, September 7, 2006 - Little Rock, Arkansas - 8:22 a.m.

TRANSCRIPT OF JURY TRIAL - VOLUME 13
BEFORE THE HONORABLE WILLIAM R. WILSON, JR.,
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

On Behalf of the Plaintiff:

MS. ZOE LITTLEPAGE
MR. RAINEY C. BOOTH
Littlepage Booth
408 Westheimer Street
Houston, Texas 77006

MR. MICHAEL L. WILLIAMS
MS. LESLIE W. O'LEARY
Williams, Love, O'Leary, Craine & Powers, P.C.
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681

MR. ERIK WALKER
Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive, Suite 130
Houston, Texas 77060

[CONTINUED]

page 2687

[APPEARANCES CONTINUED:]

On Behalf of the Defendant:

MR. F. LANE HEARD, III
MR. STEPHEN L. URBANCZYK

know that?
A. Do I know those two things, or that he talked about them?
Q. That he talked about them.
A. Yes, I'm told that was the topic of his testimony.
Q. Have you read his testimony from this trial?
A. I read his deposition.
Q. Well, you commented to the jury about the testimony he gave in this trial. I was wondering if you had read it.
A. I actually read the data that he used to support his contentions.
Q. You didn't read his actual words to the jury from the transcript of this trial, did you?
A. If you could hand it to me, I would refresh my memory a

page 2817

lot because I read a lot in the last few days. If you showed me a copy of it, I would be able to tell you if I read it or not.
Q. You can't tell us whether you read Dr. Colditz' trial testimony in this particular trial where he testified?
A. If you show it to me, I'll be able to recognize it, but if you don't, I can tell you that I recognize the pieces of -- the data he used to support his contention.
Q. All right. Let's start with --
MR. BOOTH: Jane, what did you do with the risk/benefit chart?
BY MR. BOOTH:
Q. This chart, Doctor, can you see this? If I put it here, can you see it?
A. I can.
Q. Now, there was some discussion about the fact that Dr. Colditz did this chart, but he's never prescribed Prempro. He's not a clinician, right?
A. He is not a clinician. You're right.
Q. That's right. But he is unique in some ways because Dr. Colditz is, in fact, the only person to come into this courtroom who has ever done a long-term risk/benefit study on these drugs, isn't he?
A. Dr. Colditz is one of many people who supervised the conduct of the Nurse's Health Study, which is one of the best

page 2818

prospective studies, longitudinal studies available.
Q. He's the lead investigator of that study, isn't he?
A. Dr. Stanford and he. It depends, but he's certainly one of the principal investigators.
Q. If he told the jury he was the principal investigator for this study, you would have no reason to doubt that, would you?
A. I would have no reason to doubt that.
Q. So all of the people in this courtroom, you included, Wyeth included, the only person who has been in this room who has done a long-term risk and benefit study on these particular drugs in postmenopausal women is Dr. Graham Colditz, right? True?

A. He is the PI -- is one of the major PIs of the Women's Health Study.
Q. And, in fact, this study was one that Wyeth stood up in opening statement and said they had a lot to do with this study. Did you know that?
A. I don't work for Wyeth and I was not here when that was discussed.
Q. He even told the jury how much money they contributed to this study. Did you know that? Did you hear that?
A. I was not here for that part of the trial.
Q. So in terms of when you sit down and you talk to a patient in your -- in your room, I guess, and you talk about risk and benefit, you are relying, to some extent at least, on work done



by people like Dr. Colditz and these types of studies, right?
A. Yes, absolutely.
Q. So he does the study and reports it, and then you read it, rely on it, and talk to the patient about it? Kind of the way it works, right?
A. That's -- this is one of the pieces of information that fits into the constellation of the world literature, absolutely. Do I pay attention to the Nurse's Health Study? I do.
MR. BOOTH: All right. And can you go to the next one, April?
BY MR. BOOTH:
Q. Now, Dr. Colditz has published 700 articles of original research. Did you know that?
A. Yes, I did know that.
Q. And those articles include his -- what is his passion, which is the study of the causes of breast cancer. Did you know that?
A. I don't know much about Dr. Colditz' passions, I'm afraid.
Q. Well, he told this jury that he was passionate about the study of the causes of breast cancer.
A. I have no reason to disbelieve him.
Q. You haven't published 700 articles on the issue of breast cancer, have you?
A. I have -- in contrast -- no. In contrast, my expertise is



in the care of living humans. His is in the publishing of epidemiologic data. You are right.
Q. That's right. So let's put you in perspective of the different aspects that have come into this courtroom. We've got Dr. Colditz, who sort of studies the causes, he researches and he writes about breast cancer. If we put breast cancer here sort of our main topic -- he studies, he researches, and he writes about the issues of breast cancer, about hormones, and other things that influence the causes of breast cancer? True?
A. Yes, that's true.
Q. Dr. Suzanne Klimberg, who you had an opinion about also,