# EXHIBIT 31

page 4191

Code: 4185

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE
BEFORE THE HONORABLE ROBERT H. PERRY, DISTRICT JUDGE
-oOo-

ARLENE ROWATT, PAMELA FORRESTER, and
JERALDINE SCOFIELD,

Plaintiffs, Case No. CV04-01699

vs. Dept. No. 9

WYETH,

Defendant. /

VOLUME XVII, PAGES 4191 THROUGH 4423

TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

Wednesday, October 3, 2007

RENO, NEVADA

Reported By: CECILIA VOHL, NV CCR #246, RPR, CRR, CCP
DIANNE M. BRUMLEY, NV CCR #205
JANET MENGES, NV CCR #206

page 4192

A P P E A R A N C E S

For the Plaintiffs:

LITTLEPAGE BOOTH
BY: RAINEY C. BOOTH, ESQUIRE
And ZOE LITTLEPAGE, ESQUIRE
327 E. Romana Street
Pensacola, FL 32502

WHITE, MEANY & WETHERALL LLP
BY: PETER WETHERALL, ESQ.
3185 Lakeside Drive
Reno, Nevada 89509

~*~

For the Defendant
Wyeth Pharmaceuticals,
Inc.:

LEWIS AND ROCA, LLP
BY: LEIF REID, ESQUIRE
5355 Kietzke lane
Suite 200
Reno, NV 89511

that is what she is saying?
A. That is what she is referring to. I think that is fair.
Q. Cell division is an essential component for carcinogenesis; right?
A. I think this is what we said before, if you have no proliferation you can't get cancer. It doesn't mean that if you do get proliferation it promotes cancers. Those are two very different statements.
Q. So I did a drawing, cancer by promotion. What she is talking about here is E plus P increases cell proliferation; right?
A. That is what she is saying, yes.
Q. That leads to more cells, an increased number of cells, an increased opportunity for mistakes, which results in an increased number of cells with mistakes; right?
A. That is the model that she is proposing, that's correct.
page 4392

Q. By mistakes you use the word mutations; right?
A. That is what she means by that.
Q. As a result of that we get down and we say that this cell proliferation, this cell rebirth is an essential component of cancer formation; right? It's an essential component; right?
A. Meaning if -- If you what you mean by that is if you don't have it, if you don't have any proliferation you don't get cancer, I agree with that. If what you mean is that if you do have it it promotes cancer, I don't agree with that.
Q. She says cell division is an essential component for the formation of cancer; right?
A. When she says essential what means without you don't get cancer.
Q. In fact, if you don't have it the cancer stops, wherever the tumor is, wherever the abnormal cell is it just stops; right?
A. If you have zero proliferation you can't have cancers.
Q. Because increased cell proliferation results in larger pools of cells that are susceptible to defective D N A repair; right?
A. It can do that. It doesn't necessarily do that.
Q. What she says is that it does; right?
A. That is what she says.
page 4393

Q. That is what she wrote?
A. That is what she wrote.
Q. All right, let's talk about other people.
Now, you have said you do not believe that E plus P causes breast cancer; right?
A. That's correct.
Q. Now, other people have commented on this, though; right? Other authors, other researchers have commented on this

issue; true?
A. Certainly.
Q. Now Dr. Colditz, you know Dr. Colditz; right?
A. Yes, I do.
Q. Have a lot of respect for him, don't you?
A. I do.
Q. One of the renown epidemiologists especially in cancer in the world; correct?
A. Graham is a very well-known epidemiologist.
Q. And you mentioned an article, a letter that he wrote and was published in a journal that you're actually editorial editor for; right?
A. Yes.
Q. You know that long before he was ever hired in this litigation he wrote a paper, 2005, on this very topic; right?
A. I don't know when he was hired by your attorneys,
page 4394

but --
Q. This is Dr. Colditz. The overall association between the use of postmenopausal hormones and the risk of breast cancer is unequivocal. That is what he has published; right?
A. That is what his opinion is, yes.
Q. And in 2007, July 26th in a magazine in a peer review journal that you're actually the editorial editor for he published another paper, didn't he?
A. I'm not just -- Just to be clear, I'm not the editorial editor. I was not the person who ever saw this prior to its publication. I want to be clear about that.
Q. What he said is the combination estrogen plus progestin causes breast cancer; right?
A. Yes, and what is disappointing is he doesn't cite any evidence for it.
Q. He cites all kinds of things, doesn't he?
A. Nothing that shows that the combination of estrogen plus progestin causes breast cancer. So he can say it and he can even put it in print. That doesn't mean it's true. You need evidence for it and he doesn't cite any evidence for it.
MR. BOOTH: Sorry, Judge.
I move into evidence Plaintiff's Exhibit 4989, which is his paper.
MS. COCHRAN: No objection, your Honor.
page 4395

THE COURT: It's admitted.
(Plaintiff's Exhibit 4989 was admitted into evidence.)
BY MR. BOOTH:
Q. He cites a lot of evidence. The jury will have it.
One of the main things he talks about is he talks about the SEER data, right, the decline in breast cancers once the promoter is taken away, that is the title; right?
A. He is talking about the SEER data, yes.
Q. Decline in breast cancer incidence due to the removal of promoter; right?