# EXHIBIT 32

page 1

IN THE COURT OF COMMON PLEAS.
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

\- - -

MARY and THOMAS DANIEL : JUNE TERM, 2004
Plaintiffs, :
:
VS. :
:
WYETH PHARMACEUTICALS, :
et al., :
Defendants. : NO. 2368

\- - -

DAY VII
P.M. SESSION

\- - -

January 19, 2007
Courtroom 643, City Hall
Philadelphia, Pennsylvania

\- - -

BEFORE: THE HONORABLE MYRNA FIELD, J.

\- - -

page 2

APPEARANCES:

LITTLEPAGE BOOTH
BY: ZOE LITTLEPAGE, ESQUIRE
RAINEY BOOTH, ESQUIRE
APRIL COWGILL, ESQUIRE
1012 W. Alabama Street
Houston, Texas 77006
713-529-8000 - Office
713-529-8044 - Fax
and
WILLIAMS CUKER BEREZOFSKY
BY: SAMUEL ABLOESER, ESQUIRE
ESTHER BEREZOFSKY, ESQUIRE
One Penn Center, Suburban Station
1617 J.F.K. Boulevard, Suite 800
Philadelphia, PA 19103-1819
215-557-0099 - Office
215-557-0673 - Fax
Attorneys for Plaintiffs

ARNOLD & PORTER, LLP
BY: PETER T. GROSSI, ESQUIRE
DAPHNE O'CONNOR, ESQUIRE
KERI L. ARNOLD, ESQUIRE
555 Twelfth Street, NW
Washington, D.C. 20004-1206
202-942-5670 - Office
202-942-5999 - Fax

activated within minutes. Right? True?
A. True.
Q. You agree -- I forgot to ask you, sir. Do you agree that the word tumor does not necessarily mean cancer?
A. Correct.
Q. So the word tumor can mean cancer. Right?
A. Yes.
Q. It can also mean a benign lesion?
A. Yes, it can.
Q. Let me go through this last. I want to talk to you about three different groups, sort of groups. One is Dr. Colditz. You know Dr. Colditz. True?
page 51

L. CHODOSH, M.D. - cross
A. Yes.
Q. Do you know Dr. MacMahon?
A. I do not know Dr. MacMahon. I know of Dr. MacMahon.
Q. And you know about the IARC, right?
A. Yes.
Q. The International Agency for Research Cancer, right?
A. I know it as a consequence of these trials. Yes.
Q. Never heard of it before?
A. Very few people in the world of cancer biology pay a lot of attention to IARC.
Q. They're just silly?
A. Are you talking about the researchers or are you talking about IARC?
Q. Let's start with Dr. Colditz. Now, Dr. Colditz highly respected epidemiologist. Isn't he?
A. Yes, he is.
Q. He was the principal investigator of the nurse's health study up until just a couple of months ago, right?
A. Yes.
Q. So for 30 years he worked in the nurse's
page 52

L. CHODOSH, M.D. - cross
health studies studying diseases in women. True?
A. Yes.
Q. With a special focus on human female breast cancer. True?
A. That was one of his major focuses. Yes.
Q. He has written hundreds and hundreds of papers on the topic. Right?
A. His name is on lots of papers. Absolutely.
Q. Dr. Colditz actually wrote a paper dated January 15, 2005. Have you looked at this paper for any purpose?