# EXHIBIT 33

page 1

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

- - -

AUDREY SINGLETON and : JANUARY TERM, 2005
CHARLES SINGLETON, w/h, :
Plaintiffs, :
:
VS. :
:
:
WYETH, et al., :
Defendants. : NO. 02885

- - -

JURY TRIAL
DAY FIFTEEN
P.M. SESSION

- - -

TUESDAY, FEBRUARY 16, 2010
COURTROOM 246, CITY HALL
PHILADELPHIA, PENNSYLVANIA

- - -

BEFORE: THE HONORABLE MARK I. BERNSTEIN, J.
AND A JURY

- - -

Reported By:
Cynthia Touni, Registered Merit Reporter,
Official Court Reporter
(215) 683-8014

- - -

page 2

APPEARANCES:

LITTLEPAGE BOOTH
BY:
ZOE LITTLEPAGE, ESQUIRE
RAINEY C. BOOTH, ESQUIRE
2043 A WEST MAIN STREET
HOUSTON, TX 77098
AND
WILLIAMS CUKER BEREZOFSKY
BY:
SAMUEL ABLOESER, ESQUIRE
1515 MARKET STREET, SUITE 1300
PHILADELPHIA, PA 19102
COUNSEL FOR THE PLAINTIFFS

NELSON MULLINS
BY:
DAVID E. DUKES, ESQUIRE
MICHAEL HOGUE, ESQUIRE
1320 MAIN STREET, 17TH FLOOR

Are you aware of that?
A. I'm aware of the date that the breast cancer rate began decrease around 1998 or 1999, yes.
Q. You are aware that that was about the time the HERS results were published; right?
A. Yes.
Q. And you are certainly aware that following the release of information about the WHI, the prescriptions fell off fairly dramatically in many parts of the country; correct?
A. Yes, I am familiar with that.
Q. And the breast cancer rate fell off fairly dramatically in many parts of the country -- well, all over the country; right?
A. Correct.
Q. Doctor, you mentioned you had some discussion with counsel about the heart benefit, potential heart benefit from E plus P.
Do you recall those conversations?





A. Yes.
Q. Those questions, I should say.
And you agree with me there is no evidence today to suggest that E plus P is beneficial to the heart of women in menopause; correct?
A. I do not agree with that statement, no.
Q. You'll agree that it has not been proven that there is any beneficial relationship between E plus P and heart benefit; right?
A. No, I will not agree with that.
Q. And you also mentioned Dr. Colditz and I think you said that the heart benefits were not touted by friends of Wyeth. And you mentioned Dr. Colditz's name, as I heard it, as not being a friend of Wyeth.
Was that your testimony?
A. Yes.
Q. What makes you think Dr. Colditz was not a friend of Wyeth?
A. The fact that he's a plaintiff's expert in these matters.
Q. Oh, okay. And does that mean you are a friend of Wyeth?
A. No, sir.





Q. Well, have you seen the documents tracking Dr. Colditz's involvement with Wyeth since the early 90's?
A. No, I have not.
Q. Counsel didn't show you those documents before

you were asked if whether Dr. Colditz was a friend or not a friend of Wyeth, I suppose.
A. No.
Q. In fact, if the evidence were to show that Dr. Colditz was actually a consultant for Wyeth back in the 90's, do you know that?
A. No, I did not.
Q. Do you understand that Dr. Colditz was one of the people that Wyeth went to to get his opinion on the issue of breast cancer? Do you know that?
A. It wouldn't surprise me. He was a thought leader.
THE COURT: The question is whether you knew it.
THE WITNESS: No, I did not know it.
BY MR. BOOTH:
Q. Do you know for many years, in fact, Mr. Colditz in the Nurses' Health Study was one of the primary studies that Wyeth cited to support a





heart benefit? Do you know that?
A. I have seen those studies cited.
Q. Did you know that Dr. Colditz for some years was a proponent that these drugs actually could have, may have a heart benefit? Did you know that?
A. Yes, I did know that.
Q. He always said, though, didn't he, as far as you know, that that heart benefit needed to be proven in a study before women should be just given the drug; correct?
A. Correct.
Q. You agree that a heart benefit should be proven in a study before women should just be given the drug; correct?
A. I cannot agree with that.
Q. You do not agree?
A. I do not agree with that.
Q. All right. One of the -- let me ask you, have you seen the documents? Let me ask you to assume that documents indicate that at some point Dr. Colditz began to tell Wyeth that there was a breast cancer risk? Do you know that that is true?
A. No, I do not.
Q. At that point Dr. Colditz was no longer





treated as a friend by Wyeth. Did you know that?
A. No, I did not.
Q. If a doctor who spends his life studying the disease comes to the conclusion that a drug company's drug is causing that disease, should he