# EXHIBIT 34

INTERNAL CORRESPONDENCE

WYETH AYERST

Breast ca file

To: Leslie Hatch
From: Neal Wasserman
Subject: Dr. Wile's Breast Cancer Presentation and current Premarin situation.
Date: 6/19/95

Dear Leslie,

With the situation that has developed this week regarding Premarin and breast cancer, the publiication Dr. Wile's grand rounds presentation in the Bellevue Ob-Gyn Journal has come at an opportune time.

As a result of our relationship with this department, and the journal's editor, Jon Synder we were able to arrange to have his talk published in this year's journal. As a result, the Wile data on Premarin will be seen by several hundred ob-gyns who currently practice and are affiliated with the NYU system, or have trained there and now practice elsewhere.

The key points that are presented are:

1. Premarin is an anti-promoter of breast cancer, and estradiol based products are potent promoters of breast cancer.
2. There is a better survival rate in breast cancer patients on Premarin. (aka non-estradiol estrogen)
3. The new data on a larger number of patients shows the data is reproducible and therefore more valid.

This whole concept of the "breast cancer protective" effects of Premarin cannot be reproduced by our competition. It is a very powerful statement and a strong medical reason that Premarin should be the first and only choice for HRT for women. In fact, it could be argued that because the majority of the women in the Nurses' study were on Premarin, Premarin is the reason the breast cancer death rate went up from 2 to 3. If an estradiol based product was used, the potential for many more breast cancers is there based on Wile's data.

As you requested, I am sending a copy of this journal to the cc: list below.

6/27/95

To: Carrie Smith Cox
I don't know if Nick passed this information on to you but I don't want you to miss some of this "grassroots" support for Premarin. Please pass on to David Dodd if possible.
Sincerely,
Dave

Sincerely,

Neal Wasserman

cc: John Davis
Nick Marmontello
Jim Meyer
Howard Salik
Dan Shephard

6135B (5/88)

Confidential Pursuant to Confidentiality Order

PANAA025-001122