# EXHIBIT 35

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **ALABAMA CALL NOTES** | | | | | |
| | | | **(Wile paper)** | | | | | |
| | | | | | | | | |
| **NoteID** | **Call_ID** | **Call_Date** | **Note** | **LName** | **FName** | **Name** | **City** | **State** |
| | | | | | | | | |
| 230797 | 146800957 | 12/10/1996 | DISC. THE WILE PAPER ON BREAST CANCER ON 17-A ESTRADIOL AS O GROWTH FACTOR. | Sells | Steven | CARMICHAEL, DANL | BIRMINGHAM | AL |
| 230468 | 146800758 | 11/14/1996 | USE THE HMO COVERAGE TO SHOW PRO\PHASE 3-MO. WITH 1 CO-PAY.ALSO REFER TO THE PREM.COMP.NEXT TIME DISC.M.D. ANDERSON DATA AND WILE | Sells | Steven | CARMICHAEL, DANL | BIRMINGHAM | AL |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | **Plaintiff's Trial Ex. # 890E** | | | | | |

| PHYS_Last | Address1 | City | State | Call_Date | Call_ID | LName | FName | Note | SalesCalls |
|---|---|---|---|---|---|---|---|---|---|
| BRODERICK-THOMAS | BRODERICK THOMAS J PRIV PRACTICE | PLANO | TX | 11-Nov-97 | 275776408 | Christensen | G Andrew | Dr. enjoyed Dr. Wiles talk at Mortons.I told her to stay away fom Estrace and stick with the gold standard, Premarin. She agreed to use 0.3mg for Breast tenderness. I also discussed XXXXXX,and left the Archer paper for her to review. She agreed to try AIX | 35 |
| DIAZ | DIAZ M PRIV PRACTICE | PLANO | TX | 17-Nov-97 | 275776505 | Christensen | G Andrew | She did well on her boards. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXX I also left her a copy of Dr. Wiles study of ERT and Breast Ca. and I invited her to the Crinone program with Dr. Chantilis. | 49 |
| ELKINS | ELKINS T PRIV PRACTICE | PLANO | TX | 17-Nov-97 | 275776506 | Christensen | G Andrew | I left her a copy of Dr. Wiles study on ERT and Breast Cancer. | 9 |
| ENGELSGJER | ENGELSGJER, L - PRIV. PRACTICE | SAN ANTONIO | TX | 13-Feb-98 | 532416637 | Oefinger | Ashley | Detailed Prem and Fosamax-gave me article on Prem Cited Record-she said Dr. Wiles talk about breast cancer influenced her to use more Premarin. | 29 |
| HARLE | HARLE, B - PRIV. PRACTICE | SAN ANTONIO | TX | 20-Jan-98 | 532416250 | Oefinger | Ashley | Told him about Dr.Wiles study--asked him abou the pdexa and he said he would like to have it in the office for a week. Need to show him the XXXXXXXXXXXXXXXXXX study. | 11 |
| HASAN | HASAN, S - PRIV. PRACTICE | BAYTOWN | TX | 05-Jun-97 | 1000132 | Galera | Homer | | 8 |
| IVEY | IVEY J PRIV PRACTICE | PLANO | TX | 05-Nov-97 | 275776343 | Christensen | G Andrew | Would like to see some of Dr. Wiles work on ERT and Breast Cancer. | 9 |
| JACOBS | JACOBS A PRIV PRACTICE | PLANO | TX | 17-Nov-97 | 275776507 | Christensen | G Andrew | I left her a copy of Dr. Wiles study on ERT and Breast Cancer. | 11 |
| KALINOWSKI | KALINOWSKI J PRIV PRACTICE | DALLAS | TX | 12-Nov-97 | 275776435 | Christensen | G Andrew | He enjoyed Dr. Wile at Mortons, I left him Dr. Wiles study. | 12 |
| MC CULLOUG | MC CULLOUG J PRIV PRACTICE | DALLAS | TX | 07-Nov-97 | 275776373 | Christensen | G Andrew | He forgot about Dr. Wiles program at Mortons. Using alot of Fosamax | 35 |
| NOBLES | NOBLES, W - PRIV. PRACTICE | BRENHAM | TX | 05-May-97 | 1161716 | Cervenka | Diane | | 11 |
| OLIVER | OLIVER F PRIV PRACTICE | DALLAS | TX | 07-Nov-97 | 275776374 | Christensen | G Andrew | Enjoyed Dr. Wiles presentation. I emphasized that estradiol is a promoter, abd Premarin is not. Bring a copy of Dr. Wiles study next visit. | 3 |
| SMREKAR | SMREKAR J PRIV PRACTICE | PLANO | TX | 17-Nov-97 | 275776496 | Christensen | G Andrew | Left him Dr. Wiles study on ERT and Breast Cancer. | 55 |
| VALDEZ | VALDEZ, R - PRIV. PRACTICE | SAN ANTONIO | TX | 19-Jan-98 | 532416220 | Oefinger | Ashley | I left him the info. about Prem vs the other estrogens in Dr. Wiles study. | 19 |
| VARADI | VARADI K PRIV PRACTICE | PLANO | TX | 17-Nov-97 | 275776497 | Christensen | G Andrew | She had a great time at Mortons. i left her a copy of Dr. Wiles study | 59 |
| VARADI | VARADI K PRIV PRACTICE | PLANO | TX | 30-Oct-97 | 275776251 | Christensen | G Andrew | left Breast-cancer tear-off sheets, She is coming to Dr. Wiles talk at Mortons. Sussan said she has FINNALLY Rxing XXXXXXX! | 59 |
| WHITTED | WHITTED, R - PRIV. PRACTICE | SAN ANTONIO | TX | 20-Jan-98 | 532416272 | Oefinger | Ashley | Detailed OC'S and talked about Prem vs other estrogens. Told him about Dr. Wiles program. Showed him the XXXXXXXXXXXXXXXXXX strudy and showed him the XXXXXinfo -- why use mega dose when it is not necessary. | 35 |