# EXHIBIT 36

Breast Cancer

# Confidential Memorandum

| | |
|---|---|
| Date: | 05/30/95 |
| To: | Nick Marmontello, John Weber |
| CC: | Carrie Smith Cox, Ray Klein, Dave Colasante, Howard Rofsky, Mollie Shields, Audrey Ashby, Trudi Schutz |
| From: | Shellie Winkler, Eleanor Petigrow, Gloria C. Stone, Dana Kahn Cooper, Andy Tamulevich |
| Subject: | NEJM Breast Cancer Strategy -- Refinements to Plan |

As discussed in the 5/23 and 5/24 meetings, the following outlines a revised strategy to manage the upcoming release of the most recent Nurses' Health Study breast cancer data:

*To recap, our primary goal is:*

- Balance anticipated negative coverage by attempting to shift media focus from study data alone to a broader story on the lack of consistent data on the subject

As stressed in previous memoranda, we cannot counsel you enough to expect that headlines will read along the lines of "ERT Causes Breast Cancer, Increases Mortality." To reiterate, our efforts to gain balanced coverage within the body of the story must be predicated on one or both of the following options:

- Dissent by another study contributor, e.g., Meir Stampfer, re: results and confirmed agreement to participate as a media spokesperson
- Editorial by opinion leader physician, e.g., Leon Speroff, to accompany study that is very clear in balancing the data and providing a credible, well thought-out perspective on how physicians should counsel their patients, re: ERT



Confidential Pursuant to Confidentiality Order

Confidential Memorandum

*Our recommended strategies are:*

Undermine/cast doubt on validity of data by raising concerns, via credible third party, regarding such issues as:

- inclusion criteria (e.g., exclusion of alcoholic beverage consumers)
- heterogeneity of population studied and applicability of data to "average" menopausal women
- dosing and regimens prescribed during course of study
- issue of statistical power
- weaknesses of meta-analyses
- contradictory results of various observational breast cancer studies
- implications for physician-patient counseling and public health
- communicate estrogen's benefits in osteoporosis, heart disease and its promising implications for treatment/prevention of Alzheimer's disease.

*Our suggested messages are:*

- No definitive answer regarding ERT's impact on breast cancer after 40 observational studies. When there's a definitive causal relationship, as there is between ERT and cardiovascular disease, we find uniform, consistent data
- Given the data and the overwhelming positive impact ERT has on a variety of diseases that impact women -- osteoporosis, heart disease, Alzheimer's disease -- it's appropriate, fair and accurate for physicians to counsel patients that there's no definitive link between ERT and breast cancer (e.g., the danger of dying from heart disease is 5 times that of breast cancer -- hence a 50% reduction in heart disease is more important than a possible 50% increase in breast cancer; ERT has recently been shown to reduce the risk of dying after bypass surgery by XX%)
- Meta-analyses magnify erroneous results from smaller trials and can lead to misleading information
- Breast cancer incidence peaked in the 1980s and is now decreasing; if there were a causal relation, we would not see rates of breast cancer go down
- Only properly performed randomized trials will answer the question of whether there's a definitive link between ERT and breast cancer, and there are ethical issues associated with such a trial
- Problem of heterogeneity in this study -- the cohort was comprised entirely of nurses who took higher doses of estrogen and were on different regimens than those that are prescribed today



Confidential Pursuant to Confidentiality Order

Confidential Memorandum

*The specific tactics are as follows:*

**Audience: Media (Pre-Publication)**

1) NEJM editorial that places study findings in proper benefits vs. risk perspective

*Next Steps:*
- B-M (D. Kahn Cooper) to contact NEJM regarding publication schedule, procedures regarding editorials
- Based on above information, N. Marmontello and C. Smith Cox to make appropriate contacts

June 15

2) Address with authors (G. Colditz, MD and M. Stampfer, MD) potential for media to sensationalize findings

*Next Steps:*
- R. Klein to arrange meeting with report authors ASAP to discuss:
  - Potential for media to sensationalize findings, which would result in hysteria among women regarding ERT. W-A participants to be decided.
  - How University public relations department will refer media calls regarding the report. R. Klein will recommend that inquiries be directed to M. Stampfer as well as G. Colditz.
- B-M to assemble sensational press clippings and provide to R. Klein for meeting with report authors

3) Communicate importance of balanced reporting (print and broadcast) on study findings. Recommended tactics:

- Third-Party Spokespeople - Speroff, Stampfer, potentially Trudy Bush
- W-A Statement - Emphasizing ERT's benefits/risks, etc.
- Q&A - Primarily for A. Ashby to field calls as company spokesperson
- Pre-emptive Media Briefings - Background key influencer media, specifically, AP, *New York Times*, *Wall Street Journal*, evening network news, CNN, morning shows -- prior to publication, and on issue of contradictory data, study weaknesses. Provide Speroff white paper, other information.
- Videotaped Interview - "Packaged" video interview with Speroff from Houston presentation. Distribute Tuesday prior to NEJM publication (Thursday) to best balance TV coverage of study.
- Position statement - from third-party association (ACOG)
- White Paper - Speroff presentation from ACOG, adapted and provided to media

*Next Steps:*

- B-M coordinating taping of L. Speroff interview, including:
  - Q&A for Speroff
  - Logistical Requirements
- N. Marmontello to follow-up with Oregon State University public relations office as to their willingness to be contact for issuance of L. Speroff white paper and satellite interview.
- N. Marmontello to investigate breast cancer awareness grant.
- B-M to prepare:
  - Condensed L. Speroff white paper and cover letter
  - W-A press release
  - Q&A for A. Ashby
- W-A to determine availability of spokespeople: M. Stampfer; T. Bush, L. Speroff
- N. Marmontello to determine whether ACOG will provide position statement

<u>**Audience: Internal (Upon-Publication)**</u>

1) <u>W-A sales force and internal women's health care employees to be advised of pending report</u>

*Next Steps:*

- B-M to draft voicemail script with key messages

<u>**Audience: External (Upon-Publication)**</u>

1) <u>Advise appropriate allies of pending report and W-A position</u>

*Next Steps:*

- B-M to draft letters to clinicians
- B-M to draft letters to third-party ally groups
- W-A (R. Klein) to advise clinical study investigators (e.g., HERS and Women's Health Initiatives)



Confidential Pursuant to Confidentiality Order

**Audience: Media (Upon-Publication)**

1) Communicate importance of balanced coverage to trade and general consumer, e.g., women's health and general women's publications, medical newsletters

*Next Steps:*

- B-M to follow-up after report issued with media regarding upcoming editorial/news editorial schedules

2) Present clinical/physician response to any negative coverage. Appropriate authors will depend on media coverage and location

*Next Steps:*

- B-M to draft either complete or guidelines for letters to editors and/or Op/Ed pieces
- W-A to recommend appropriate authors based on top ADI list provided previously to N. Marmontello in conjunction with physician information sessions

All *Next Steps* are considered actionable immediately.



Confidential Pursuant to Confidentiality Order