# EXHIBIT 37

Breast Cancer

# Confidential Memorandum

Date: 06/02/95

To: Nick Marmontello, John Weber

CC: Carrie Smith Cox, Ray Klein, Dave Colasante, Howard Rofsky, Mollie Shields, Audrey Ashby, Suzanne Joyner, Trudi Schutz

From: Shellie Winkler, Eleanor Petigrow, Gloria C. Stone, Dana Kahn Cooper, Andy Tamulevich

Subject: NEJM Breast Cancer Strategy -- Refinements to Plan Based on 5/30/95 Meeting

As discussed in the 5/30 meeting and based on recent information, the following re-confirms our strategy regarding the most recent Nurses' Health Study breast cancer data:

*Our primary goal is:*

- Balance anticipated negative coverage by attempting to shift media focus from study data alone to a broader story on the lack of consistent data on the subject

As stressed previously, headlines will read along the lines of "ERT Causes Breast Cancer, Increases Mortality." Based on our recent meeting in which N. Marmontello stated that Dr. Davidson will be preparing the editorial, our efforts to gain balanced coverage within the body of the story must be predicated on the following:

- Dissent by another study contributor, e.g., Meir Stampfer, re: results and confirmed agreement to participate as a media spokesperson
- Dissent by opinion leaders/physician, e.g., Leon Speroff, Trudy Bush, etc. to help balance the data and provide credible, well thought-out perspective on how physicians should counsel their patients, re: ERT and the larger issue of interpreting epidemiological data.

<u>Recent information provided is based on a publication date of either June 15 or June 22.</u> Suzanne Joyner joined the discussions with specific interest in the impact of the report on the international market.

Confidential Memorandum

*Our recommended strategies are:*

Undermine/cast doubt on validity of data by raising concerns, via credible third party, regarding such issues as:

- inclusion criteria (e.g., exclusion of alcoholic beverage consumers)
- heterogeneity of population studied and applicability of data to "average" menopausal women
- dosing and regimens prescribed during course of study
- issue of statistical power
- contradictory results of various observational breast cancer studies
- implications for physician-patient counseling and public health
- communicate estrogen's benefits in osteoporosis, heart disease

*Our suggested messages are:*

- No definitive answer regarding ERT's impact on breast cancer after 40 observational studies. When there's a definitive causal relationship, as there is between ERT and cardiovascular disease, we find uniform, consistent data
- Given the data and the overwhelming positive impact ERT has on a variety of diseases that impact women -- osteoporosis, heart disease -- it's appropriate, fair and accurate for physicians to counsel patients that there's no definitive link between ERT and breast cancer (e.g., the danger of dying from heart disease is 5 times that of breast cancer -- hence a 50% reduction in heart disease is more important than a possible 50% increase in breast cancer; ERT has recently been shown to reduce the risk of dying after bypass surgery by XX%)
- Only properly performed randomized trials will answer the question of whether there's a definitive link between ERT and breast cancer, and there are ethical issues associated with such a trial



Confidential Pursuant to Confidentiality Order
CHOOM057-000834

*The specific tactics are as follows:*

**Audience: Media (Pre-Publication)**

1) Address with authors (G. Colditz, MD and M. Stampfer, MD) and/or press relations department potential for media to sensationalize findings

*Next Steps:*

- R. Klein to speak with M. Stampfer and discuss:
  - Whether G. Colditz has interest in presentation training
  - Whether direct contact can be made with Brigham & Women's press relations department. If not - R. Klein will determine overall press strategy, focus and how media inquiries will be referred.
  - R. Klein to inquire as to whether M. Stampfer can be referred inquiries based on inclusion in W-A press release.

2) Communicate importance of balanced reporting (print and broadcast) on study findings. Recommended tactics:

  - Third-Party Spokespeople - Speroff, Stampfer, potentially Trudy Bush and an international medical expert
  - W-A Statement - Emphasizing ERT's benefits/risks, etc.
  - Q&A - Primarily for A. Ashby to field calls as company spokesperson
  - Pre-emptive Media Briefings - Background key influencer media, specifically, AP, *New York Times*, *Wall Street Journal*, evening network news, CNN, morning shows -- prior to publication, and on issue of contradictory data, study weaknesses. Provide Speroff white paper, other information.
  - Videotaped Interview - "Packaged" video interview with Speroff from Houston presentation. Distribute prior to NEJM publication (Thursday) to best balance TV coverage of study.
  - Position statement - from third-party association (ACOG)
  - White Paper - Speroff presentation from ACOG, adapted and provided to media



Confidential Pursuant to Confidentiality Order 

Confidential Memorandum

*Next Steps:*

- B-M coordinating L. Speroff packaged interview, including:
  - Prepare 6/1 interview for distribution
- B-M to coordinate with Oregon State University public relations office for issuance of satellite interview and L. Speroff white paper
- N. Marmontello to investigate breast cancer awareness grant
- B-M prepared:
  - Condensed L. Speroff white paper and cover letter
  - W-A press release
- B-M to prepare:
  - Q&A for A. Ashby
- W-A to determine availability of spokespeople based on publication dates: M. Stampfer; L. Speroff
- N. Marmontello to determine in conversation with L. Speroff as to whether an international physician shares his viewpoints on the data
- B-M to determine availability of spokespeople based on publication dates: T. Bush
- N. Marmontello awaiting word from ACOG on their position statement/release

**Audience: Internal (Upon-Publication)**

1) W-A sales force and internal women's health care employees to be advised of pending report

*Next Steps:*

- B-M to draft voicemail script with key messages
- W-A to determine appropriate "training" of sales force on issuance of report (e.g., Speroff video and SGI audiotape)

**Audience: External (Upon-Publication)**

1) Advise appropriate allies of pending report and W-A position

*Next Steps:*

- B-M to draft letters to clinicians
- B-M to draft letters to third-party ally groups
- W-A (R. Klein) to advise clinical study investigators (e.g., HERS and Women's Health Initiatives)



Confidential Pursuant to Confidentiality Order

Confidential Memorandum

**Audience: Media (Upon-Publication)**

1) Communicate importance of balanced coverage to trade and general consumer, e.g., women's health and general women's publications, medical newsletters

*Next Steps:*

- B-M to follow-up after report issued with media regarding upcoming editorial/news editorial schedules

2) Present clinical/physician response to any negative coverage. Appropriate authors will depend on media coverage and location

*Next Steps:*

- B-M to draft either complete or guidelines for letters to editors and/or Op/Ed pieces
- W-A to recommend appropriate authors based on top ADI list provided previously to N. Marmontello in conjunction with physician information sessions

All *Next Steps* are considered actionable immediately.



Confidential Pursuant to Confidentiality Order
CHOOM057-000837