# EXHIBIT 38

00676/00671

First Class
U.S. Postage
PAID
Wyeth-Ayerst
Laboratories

WYETH-AYERST
LABORATORIES
P.O. BOX 8299, PHILADELPHIA, PA 19101-8299

*WYETH-AYERST LABORATORIES*

*P.O. BOX 8299, PHILADELPHIA, PA 19101-8299*

*Division of American Home Products Corporation*

*MARC W. DEITCH, M.D.*
*VICE PRESIDENT, MEDICAL AFFAIRS*
*AND MEDICAL DIRECTOR*

June 9, 1995

Dear Health Care Professional:

A study examining the possible relationship between postmenopausal estrogen replacement therapy (ERT) and breast cancer risk is expected to be published in a forthcoming issue of the *New England Journal of Medicine (NEJM)*. The *NEJM* data is the latest in a series of observational studies evaluating the benefits and risks of ERT.

One of the authors of the study, Meir Stampfer, M.D., Dr.P.H., of Harvard University, stated: "I would not recommend that a woman change her current use of estrogen therapy based on these data alone. While this study expands the information we have available, I would caution physicians and patients not to draw premature and possibly inappropriate conclusions from the findings."

Leon Speroff, M.D., a leading research expert from Oregon Health Sciences University, commented on the data at the March 1995 meeting of the Society of Gynecologic Investigation, saying that despite some 40 observational studies, no consistent data linking estrogen use and breast cancer exist, and none of these studies have ever shown causality between ERT and mortality due to breast cancer. He further added that the data from the studies have been inconsistent and ultimately inconclusive, which is unlike the relationship between ERT and cardiovascular benefits where there is uniform and consistent data. For further information, enclosed is a summary of a review by Dr. Speroff to be published in *Obstetrics & Gynecology*.

**Important Long-term Benefits**

The evaluation of the benefits and risks of ERT use is ongoing and a large body of evidence continues to indicate that the health benefits far outweigh the risks. This is supported by many recent papers including an analysis by the Centers for Disease Control and Prevention [Gorsky, et al. Obstetrics & Gynecology, Vol. 83, No. 2, February 1994], as well as a position paper published by the American College of Physicians [Grady, et al. Annals of Internal Medicine, Vol. 117, No. 12, December 1992.]

The medical community has long recognized the long-term benefits of HRT including the prevention of osteoporosis and a reduction in the incidence of associated hip and wrist fractures by 60%. Currently, two clinical trials are in progress to assess definitively the cardiovascular benefits and potential breast cancer risks with ERT: the Heart and Estrogen-Progestin Replacement Study (HERS) and the Women's Health Initiative (WHI).

**Breast Cancer Risk in Perspective**

While some studies have suggested a possible increased incidence of breast cancer, it has been in those women on estrogen therapy taking higher doses for prolonged periods of time. The majority of studies have not shown an association between ERT use and increased breast cancer risk at the most commonly prescribed dosage of 0.625 mg conjugated estrogens per day.

A meta-analysis of 28 studies funded by the National Cancer Institute provides strong evidence that menopausal therapy consisting of 0.625 mg conjugated estrogens per day does not increase breast cancer risk [Dupont, et al. Archives of Internal Medicine, Vol. 151, January 1991]. In addition, the results of the 3-year Prospective Postmenopausal Estrogen/Progestin Intervention (PEPI) trial, published in the *Journal of the American Medical Association* in January 1995, indicated no increased risk of breast cancer in study participants.

Given this large body of scientific data, you can appreciate how important it is to counsel patients on the overall benefits and risks of HRT, and how studies of this kind need to be evaluated in the proper perspective.

Estrogens should not be used in women (or men) with any of the following conditions: known or suspected 1) pregnancy, 2) breast cancer, 3) estrogen-dependent neoplasia, 4) undiagnosed abnormal genital bleeding, 5) active thrombophlebitis or thromboembolic disorders.

Note: Estrogens have been reported to increase the risk of endometrial carcinoma in postmenopausal women.

We hope this information will benefit you in discussing any concerns with your colleagues and patients. If you have any questions, please call our medical information line at 1-800-934-5556.

Sincerely,

Marc W. Deitch, M.D.
Vice President, Medical Affairs
and Medical Director

See enclosed prescribing information.