# EXHIBIT 40

Wyeth

# internal correspondence

| | | | |
|---|---|---|---|
| to : | Wyeth & Praxis Fieldforce | from : | Stephen Flint |
| department : | | department : | |
| subject : | **Breast Cancer Study** | date : | 6 October, 1997 |

Dear All,

A number of stories have appeared in national newspapers this week concerning possible links between HRT and breast cancer. The reports are based on a re-analysis of 51 epidemiological studies and are not based on new data.

The newspaper reports follow leaks of a study co-ordinated by Valerie Beral, Director of Imperial Cancer Research Fund (ICRF) cancer epidemiology unit in Oxford. The study which is yet unpublished, is due to appear in the Lancet later this month.

The re-analysis of the data is consistent with previous studies which have shown a small potential risk of breast cancer with long term use of HRT, although the authors acknowledge the fact that women on HRT are more likely to have a breast examination than women not taking HRT.

The ICRF have stated that the media reports are seriously misleading and are not based on the full and final research paper.

**ACTION**

Do not raise these articles with your doctors unless they mention them to you. If mentioned, highlight that these reports say nothing new about HRT and breast cancer and that the long term benefits of HRT still by far outweigh any risks.

We will keep you updated once the study is published.

Regards,

Stephen

Stephen Flint
**Product Manager**

c.c. U.Wiinberg/K.James/P.Brock/D.Barrett/P.Reacher/CD's/D.McCormack/C.Hubball/K.Jones A.Beadman/J.Yonge/RBM's/S.Wineberg/FT's/K.Halfacre/CL's

DOCS/01190SF

X:\WP51\01190SF.DOC

06-OCT-1997 15:06 FROM WYETH CORPORATE AFFAIRS TO 90016109953415 P.03