# EXHIBIT 42

APPROVED VOICE MAIL SCRIPT
LANCET META-ANALYIS
10/8/97

GOOD MORNING, THIS IS JEFF BUCHALTER, GROUP PRODUCT DIRECTOR, WOMEN'S HEALTH CARE MARKETING, WITH AN IMPORTANT VOICE MAIL TO WYETH-AYERST ACCOUNT MANAGEMENT SALES FORCES AND SALES MANAGEMENT.

THE OCTOBER 11 ISSUE OF THE *LANCET* INCLUDES AN ANALYSIS ENTITLED "BREAST CANCER AND HORMONE REPLACEMENT THERAPY." THE ANALYSIS RE-EXAMINES DATA FROM 51 EPIDEMIOLOGICAL STUDIES PRIOR TO 1995 ON BREAST CANCER RISK AND HRT.

BECAUSE YOU MAY RECEIVE QUESTIONS FROM PHYSICIANS, A BRIEF ANALYSIS OF THE LANCET ARTICLE ALONG WITH A WYETH-AYERST PRESS RELEASE AND Q&A ARE BEING SENT TO YOU VIA GROUPWISE. **YOU SHOULD NOT ENGAGE PHYSICIANS IN A DISCUSSION ABOUT THE *LANCET* ARTICLE.** HOWEVER, YOU NEED TO REVIEW THE INFORMATION BEING SENT TO YOU SO THAT YOU ARE FULLY INFORMED AND APPROPRIATELY PREPARED SHOULD QUESTIONS ARISE FROM HEALTH CARE PROVIDERS.

PLEASE REFER TO YOUR EXISTING TRAINING MATERIALS FOR BACKGROUND INFORMATION.

- GUIDE TO UNDERSTANDING STUDIES ON ERT/HRT AND BREAST CANCER RISK
- CONTEMPORARY OB/GYN SUPPLEMENT ON "POSTMENOPAUSAL HORMONE THERAPY AND BREAST CANCER" SENT TO YOU TWO WEEKS AGO
- DUPONT REPRINT "MENOPAUSAL ESTROGEN REPLACEMENT THERAPY AND BREAST CANCER"

THIS INFORMATION WILL HELP YOU PUT THE ISSUES SURROUNDING THE LANCET ARTICLE IN PERSPECTIVE SO THAT YOU CAN CONTINUE TO FOCUS YOUR PRESENTATION ON THE BENEFITS OF HRT.

IN ADDITION I AM SENDING YOU COPIES OF TWO OTHER ARTICLES WHICH PRESENT VERY IMPORTANT AND BALANCED PERSPECTIVES ON THE BREAST CANCER ISSUE AND META ANALYSIS TECHNIQUES.

IF YOU HAVE ANY QUESTIONS ABOUT THIS ISSUE, PLEASE CONTACT YOUR MANAGER. THANK YOU.

45358-05