# EXHIBIT 43

# Key Campaigns and Message Tracks

## Myths and Misperceptions

**Strategy:** Raise awareness and concern about various age-related diseases to netralize fear of breast cancer by launching a national education campaign spearheaded by the National Council on the Aging in association with other relevant third-party groups.

**Media Execution/Extensions:**

<u>Myths and Misperceptions Launch and Media Event</u>

- Work with NCOA to convene a task force/coalition to identifiy issues associated with the greatest health risks women face. Based on input from coalition, NCOA will comission a national survey to reveal concerns women have regarding their health.
- Potential coalition members include the Alzheimer's Association, American Medical Women's Associaiton (AMWA), Older Women's League (OWL), Wellness Councils of America (WELCOA), National Osteoporisis Foundation (NOF), and American Association for Macular Diseases. Two criteria for joining the coalition will be willingness to take the position that HRT does not cause breast cancer, and the structure/avialibility of local chapters through which and education program could be run.
- Announce survey results and initiation of a national education campaign at a press briefing featuring physician and/or representative speakers from key organizations in the coalition.
- Produce VNR, ANR, press kit, mini-press release.
- Pitch to media nationwide.
- Distribute findings to women's health-releted third-party organizations for use in newsletters.
- Advertorial Campaign

<u>Myths and Misperceptions Roll Out</u>

- BPW Seminars
  - Develop a speakers education kit (ala Understanding Menopause) with materials from disease groups in the NCOA-led coalition for use by BPW and local chapters of NCOA and other organizations (e.g., AMA Auxillary). Kit will provide overviews on the various diseases women should be concerned about as they age (e.g., heart disease, Alzhiemer's disease, colon cancer, macular disease) and the role of estrogen in preventing/managing them.
  - Use AMWA physicians to present the contents of the kit and communicate the message that HRT does not cause breast cancer.
  - Conduct publicity in local markets surrounding presentations.

- Setting the Record Straight



Confidential Pursuant to Confidentiality Order

- Pitch "package of panelists" to women's talk shows -- representatives from each of disease organization in the NCOA-led coalition
- Use Trudy Bush as breast cancer representative

- Trudy Bush Media Preparedness Campaign
  - Develop b-roll and audio tape of Dr. Bush refuting claims that HRT causes breast cancer
    - use on reactive basis to support opportunistic media efforts
    - distribute as background to TV and radio stations
  - Conduct satellite media tour featuring Dr. Bush, October, 1998, National Breast Cancer Awareness Month and Breast Cancer Control Month, revisiting the Myths and Misperceptions theme to put the breast cancer issue into perspective
  - Develop boiler plate response letters-to-the-editors

- Covello Editorial Board Meetings
  - Conduct editorial board meetings with Vincent Covello, Ph.D., to discuss study, communicate breast cancer risk is over-estimated, risk of other age-related diseases under-estimated in media -- misleading women, public health concern
  - Target influential consumer media (e.g., NYT, USA Today, women's magazines)

**Message Track:**

- Women should recognize the importance of preventing/reducing the risks of diseases other than breast cancer as they age.
- Menopausal women are at an increased risk for osteoporosis, heart disease, Alzheimer's disease and colon cancer. Estrogen replacement therapy has been shown to help prevent and/or treat all of these diseases.
- Menopausal women should talk to their doctors about HRT.

**Take-Away:**

Women should recognize they are at risk for diseases other than breast cancer as they age and it's important to look for ways to prevent these diseases, specifically estrogen replacement therapy.



Confidential Pursuant to Confidentiality Order

**Shadow Glasses Campaign**

**Strategy:** Leverage potential 1998 publication of Leisure World study with a national awareness campaign about macular degeneration and the role of estrogen replacement therapy to reduce the risk of the disease by partnering with the American Association for Macular Diseases or Recording for the Blind and Dyslexic.

**Media Execution/Extensions:**

- Create paper glasses which gives a virtual experience of macular degeneration to reporters and consumers
- Create and distribute a brochure via an 800#
- VNR/b-roll package
- Mini Press Release
- Audio News Release

**Message Track:**

- Macular degeneration is the leading cause of blindness in the industrial world
- About 13 million Americans suffer from macular degeneration; a disease that most often strikes people after the age of 60
- According to a study conducted in 1992, women who have ever used estrogen replacement therapy have a 40% reduction in developing the disease, for current users that number jumps to 70%
- Tamoxifene has a warning label that it may cause retinal damage -- will raloxifene have the same effects?

**Take-Away:** Macular degeneration is the leading cause of blindness, affecting more than 13 million people and estrogen replacement therapy may be able to help reduce a woman's risk for developing the disease.



Confidential Pursuant to Confidentiality Order

**Caring About Colon Cancer Campaign**

**Strategy:** Conduct a national campaign to educate the public about colon cancer and that estrogen replacement therapy has been shown to reduce the risks. Campaign to be conducted with Cancer Care, Inc.

**Media Execution/Extensions:**

- Develop and run advertorial in Seven Sister Magazines
- Develop fact sheet on how many women are affected by colon cancer
- Conduct national media event to educate public about how to discuss this sensitive subject
- Use celebrity to talk about the incidence of colon cancer and how to prevent women from being embarrassed about getting screened (Cancer Care has connections with many celebrities and will assist in securing one for this campaign)
- Develop brochure on communicating about colon cancer
- Develop call to action for OB/GYNs to test for/discuss colon cancer at same time they do Pap Smears
- Conduct CME training sessions at medical conferences on how to communicate with patients about this sensitive issue (to be conducted with Klemtner)
- Develop posters to be placed in doctor's offices (to be developed with Klemtner)
- Advertorial Campaign

**Message Track:**

- Women do not have to die of colon cancer
    - It's easy to test, cure, prevent
    - There's a 95% cure rate if detected early enough; 10% cure rate if cancer is detected after it spreads
- Women don't know enough about the disease to talk about it with their doctors
- Women are embarrassed to discuss the subject with their doctors
    - Screening process can also be an embarrassing and uncomfortable situation for more women
    - as a result, women are "dying of embarrassment"
- Estrogen replacement therapy has been shown to reduce the risk of colon cancer in menopausal women

**Take-Away:** Women do not have to die of colon cancer. They need to get over the embarrassment of discussing the disease and get screened for it. Estrogen replacement therapy has been shown to reduce the risk of colon cancer in menopausal women.



Confidential Pursuant to Confidentiality Order

**WomanMind Campaign**

**Strategy:** Enhance awareness of Alzheimer's disease in women by conducting a national radio contest about famous women thinkers. Campaign to be conducted with BPW.

**Media Execution/Extensions:**

- Conduct national radio contest via 'soft rock' morning talk shows
- Conduct for two weeks. Promote during week one, conduct contest week two
- Radio hosts to be given background information on how women can preserve 'mind power' in their older years, (e.g., keep mind active, estrogen replacement therapy)
- Communicating the Estrogen Message:
  - -- Script several versions of campaign for radio hosts, for example *"Did you know Alzheimer's disease affects more than one in four women and that studies regarding estrogen replacement therapy have demonstrated potential to help reduce the risk of Alzheimer's disease by more than \ 50 %. Also, keeping an active mind helps slow the progression of Alzheimer's disease. Now, if you're a woman, here's a chance to test your great mind. Answer this question and receive a T-shirt and brochure on keeping your mind in shape. (Question about a great woman in history)"*
  - -- (Based on our experience, D.J.s will use our script because we believe they will find this contest interesting. In addition, stations are required by law to provide a certain amount of public service information, which this would constitute.)
  - -- All callers would receive a T-shirt and brochure on preserving mental abilities as they age which would include the estrogen message
- All correct responses entered into a Grand Prize sweepstakes
- Build data base by collecting names and addresses of contest entrants
- Tie-in with local pharmacy (e.g., CVS). Work with pharmacy to create in-store display with brochures. Promote on-air (e.g., "visit your local CVS pharmacy for more information").
- Refer listeners to BPW and local radio station website to enter contest
- Target stations that attract an upscale 40+ audience (e.g., new adult contemporary jazz, oldies, country – depends on market).
- Work with radio stations to have T-shirts and brochures distributed at events such as concerts (i.e., set up table with information/brochures).
- Buy segment on national program (e.g., Shadow Traffic). Set-up 800 number voice mail for contest. Use to build data base; distribute brochure.
- Post brochure on BPW and local radio station websites (brochure includes estrogen message)



Confidential Pursuant to Confidentiality Order

**Message Track:**

- Alzheimer's disease affects more than one in four women
- We are seeing a decrease in breast cancer mortality; an increase in incidence of Alzheimer's disease
- It is important for people with Alzheimer's disease to keep their minds active (hence the reason behind the famous women thinkers)
- Estrogen replacement therapy has been shown to help reduce the risk of Alzheimer's disease by more than 50%; "imitation" estrogens have not been shown to have an impact

**Take-Away:** Women are at a higher risk for Alzheimer's disease than breast cancer. Estrogen replacement therapy may help prevent and delay the onset of symptoms of Alzheimer's disease.



Confidential Pursuant to Confidentiality Order

**Not So Trivial Questions About Alzheimer's Disease**

**Strategy:** Conduct national public awareness campaign with Parker Bros. (makers of Trivial Pursuit) to raise awareness of how the loss of estrogen plays a role in the development of Alzheimer's disease. Campaign to be conducted in conjunction with the National Council on Aging (NCOA) and the Alzheimer's Association.

**Media Execution/Extensions:**

- Secure rights/permission to create Trivial Pursuit questions and make game the cornerstone of the education/awareness campaign
- Partner with Parker Brothers to create special edition of question cards pertaining to Alzheimer's disease
- Launch a public awareness campaign by distributing a Trivial Pursuit game with the new questions cards shrink-wrapped to the box to media announcing that the cards are now available and purchase of the cards will benefit NCOA and the Alzheimer's Foundation. Press materials also will be distributed to media
- Develop press packet which includes:
  - "Top 10 Not So Trivial Questions About Alzheimer's Disease"
  - Alzheimer's disease fact sheet
  - Economic costs of Alzheimer's disease fact sheet
- Produce VNR/b-roll package
- Produce audio news release
- Develop mini press release

**Message Track:**

- Alzheimer's disease affects more than one in four people; most are women because they live longer than men
- As people live longer, we are seeing an increase in incidence of Alzheimer's disease which is incurable and leads to death while we are seeing a decrease in breast cancer mortality as treatment options have improved.
- There are steps women can take to reduce their chances of Alzheimer's disease including keeping their minds active and taking estrogen replacement therapy.
- Using estrogen replacement therapy for seven or more years has been shown to help reduce the risk of Alzheimer's disease by more than 50%; "imitation" estrogens have not been shown to have an impact.

**Take-Away:** Women are at a higher risk for Alzheimer's disease than breast cancer. Estrogen replacement therapy may help prevent and delay the onset of symptoms of Alzheimer's disease.

**What's Right For Me? Booklet**

**Strategy:** Develop a booklet which clearly explains the role of estrogen replacement therapy (Premarin) versus other menopause treatments (e.g., natural alternatives, SERMs). Campaign to be conducted through WELCOA and developed and researched by Carol Landau, Ph.D., Michele Cyr, MD and Anne Multon, MD (all three doctors are affiliated with Brown University).

**Media Execution/Extensions:**

- Conduct aggressive media placement effort
- Satellite Media Tour
- VNR/b-roll package
- Mini Press Release
- Audio News Release
- Distribute booklets to consumers via an 800#
- Distribute booklets to WELCOA membership (direct mail and incorporated into monthly newsletter) and its additional mailing list of 12,500 product buyers and qualified healthcare prospects
- McCall's
  - -- Provide exclusive to McCall's magazine (doctors developing booklet write a monthly column for the publication)
  - -- Insert -- brochure bound into monthly publication for national reach (4.2 million)
  - -- Polybag -- monthly subscribers receive magazine in polybag, brochure will be included 4/5 of circulation base
- Healthy Living Program -- brochure distributed to doctor's offices, Health Expositions as part of program
- Targeted mailing to doctors with BRC
- Distribution via third-parties -- hard copy, web site
  - -- women's health, cardiology, family physician, MCO
- Pharmacy displays (CVS, Rite Aid)
- Book store displays (Barnes & Noble, Dalton)
- Insertion into community newspapers, shoppers
- Prevention magazine supplement

**Message Track:**

- Estrogen...
  - is first-line treatment for menopause and osteoporosis (refer to NOF guidelines)
  - has CVD benefits by raising a woman's HDL levels and lowering LDL levels
  - has Alzheimer's disease benefits
  - lowers overall cancer incidence and lengthens life expectancy

- Raloxifene...
  - is an "imitation" estrogen and is a limited osteoporosis drug
  - is for women who are unable to take HRT
  - has limited long-term data
- Natural alternatives are limited and untested

**Take-Away:** Estrogen replacement therapy is a more tested and safe product than raloxifene, and has many more benefits. Estrogen replacement therapy is the most effective way to manage a woman's menopausal symptoms, both for the short- and long-term.



Confidential Pursuant to Confidentiality Order

**1998 TOTAL:**

| | |
|---|---|
| **'98 Total Grants** | **$9,142,499** |
| **Total '98 B-M Cost** | **2,935,000-2,955,000** |
| **1998 TOTAL** | **$12,077,499-12,097,499*** |

*** Does not include $7.7 million retail distribution option for "What's Right for Me?" booklets**



Confidential Pursuant to Confidentiality Order