# EXHIBIT 44

B. Conner 1998

**Burson-Marsteller**

December 22, 1997 ***Highly Confidential***

**TO:** Ellen Geisel, Lesa Henry, Gerry Burr

**FROM:** Tom Barritt

**CC:** Audrey Ashby, Kate Eby Moore, Doug Petkus

**SUBJECT:** Repositioning the Breast Cancer Issue

Following up on our recent conversations, below is our point of view on repositioning the breast cancer issue given the developments of the past several weeks:

***The Issue***

In a perfect world, truth and reality reign. In the world of ERT and breast cancer, misperception and confusion dominate the emotional issues surrounding breast cancer. Capitalizing on these emotions, the brand's competition seeks to differentiate itself in terms of safety and breast cancer. The consequences for the millions of women and for the brand are significant. Managing the issue is critical to the health of menopausal women and the continued success of the brand.

***Objectives***

Our goal is to impact existing attitudes about breast cancer by promoting reality and debunking the myths surrounding this issue. We must proactively demystify the issue by getting out the facts, providing consumers with the real picture, and ultimately moving prospective or current users from a misperception linking HRT and breast cancer to a perception that will allow them to initiate or maintain therapy:

| Potential Mis-perception | | Desired Perception |
|---|---|---|
| "HRT causes breast cancer. I know I will die someday, but I absolutely don't want breast cancer. I will look for other ways to manage my menopausal symptoms" | ⟹ | "I'm not sure if HRT causes breast cancer, but I know it will make me feel better. I will live longer if I take HRT, and it may help prevent (X), which I fear more than breast cancer" |

***What are the Barriers?***

There are four primary barriers distorting reality and preventing this desired perception:

- The Nurses Health Study, which is perceived to be the conclusive link
- The media, which are reporting the possible association between HRT and breast cancer as fact. This is due to several reasons:
  - ⇒ The reporting format of the media is not conductive to a thorough and balanced treatment of such complicated issues
  - ⇒ Breast cancer is more emotionally and politically charged than other conditions
  - ⇒ Some recent epidemiological publications have highlighted an association, providing fodder for the media, while others have been ignored
  - ⇒ Drama and sensationalism sell
- The competition, which capitalizes on the media's predispositions noted above and amplifies women's concerns about breast cancer.
- The political support for breast cancer, which keeps it top of mind with women and the media, more so than other diseases

***Target Audience***

Our primary target audiences are:

- End-users of HRT
- Health care providers

The primary influencers we will use to reach the target audiences are:

- Media
- Advocacy groups

***Overall Strategy***

Our overall strategy is to create an environment that reflects the reality of the breast cancer/ERT issue by using several layers of messages. To reach the women, we must employ a variety of pipelines. In giving women a reality-based perspective, we then give them back the control they need to feel in charge of their health.

Specifically, we will:

- Conduct educational initiatives that educate women on the real risks regarding their health.
- Empower women by providing them with the correct information on the relationship between breast cancer and HRT, thereby helping them understand the consequences of estrogen deficiency.

***Message Track***

Pending our meeting with Trudy Bush on Friday and understanding they will be adapted to fit individual tactics, following are the core messages that will flow throughout the campaign:

- ***Reassure*** – "There is no definitive evidence associating breast cancer with estrogen. The science conflicts, and the majority of epidemiological studies have shown no association between the usual low doses used for ERT and breast cancer. In fact, the latest research indicates women who have a family incidence of breast cancer did not have a higher statistical risk"
- ***Replace*** – "What we do know is that women who use estrogen live longer and better than those who do not use it due to reduction in risk for cardiovascular disease, osteoporosis and other conditions. Even women with a family history of breast cancer, those who used HRT had a significantly lower risk for total mortality than did women who had never used HRT"
- ***Motivate*** – "Women who use HRT are less likely to develop Alzheimer's disease, cardiovascular disease or osteoporosis. Women are denying themselves of these benefits if they allow unfounded misperceptions to drive their decision-making process."
- ***Illuminate*** – "Dramatic efforts to promote a link between ERT and breast cancer distort reality at the expense of women's health."

***Tactical Implementation***

Several layers of tactics will help us aggressively communicate each message:

***Reassure***

1. Continue to highlight inconsistencies in the science by aggressively communicating the findings of the Iowa Study on breast cancer survivors and total mortality to members of the media:

   ⇒ Pitch and provide to media, beyond the national and top-ten market media that have received the study

2. **Myths & Misperceptions** – This media initiative is highlighting the myths and misperceptions of health reporting and women's unnecessarily heightened concerns about breast cancer:

   ⇒ To date we have received over 67,000,000 media impressions and we are still talking with reporters who are interested in covering the story. We have received national coverage in TV, radio and print and had coverage in all of the top 15 markets across the country.

⇒ In 1998 we plan to expand on this project and continue to work with the NCOA and the coalition, Dr. Covello and Dr. Bush. The main thrust of the program will be to educate women on what diseases they are most at risk for and what they can do to combat them (i.e., take HRT). We will work with the NCOA to create a turn key kit that will be distributed to local NCOA chapters and coalition members to hold seminars.

⇒ In addition, we will work with Dr. Covello to create a training package to educate current and future journalists on ways they can report news on studies/research to best inform readers. We will also use the materials to assist doctors on educating their patients and how to persuade and convince women to consider taking HRT.

⇒ We continue to work with all parties involved to generate media coverage for the national education campaign roll out and work with local chapters to generate local media coverage.

3. Continue to leverage views of T.Bush on breast cancer issue:

⇒ White paper

⇒ Op-ed

⇒ Matte release

⇒ Radio release

⇒ AOL Forum

⇒ Evening seminar program regarding Myths & Misperceptions

4. Leverage advocates in media outreach

⇒ Reactive letters

⇒ Deskside briefings of key media

* Associated Press (D.Haney, L.Neergaard)
* John Stossell (ABC)
* Oprah Winfrey

5. Develop a reporter briefing package on the breast cancer issue, incorporating.
   - ⇒ Fact sheet, summarizing the science
   - ⇒ Jane Brody, "Personal Health: Estrogen after menopause? A tough dilemma," *The New York Times*
   - ⇒ Malcom Gladwell, "The Estrogen Question; How wrong is Dr. Susan Love," *The New Yorker*
   - ⇒ Stanford et. al., "Combined Estrogen and Progestin Hormone Replacement Therapy in Relation to Risk of Breast Cancer in Middle-aged Women," *JAMA*
   - ⇒ Cancer Facts, NCI, via worldwide web on 11/24/97
   - ⇒ Creasman, "Evaluating risks of ERT in women who've had cancer," *Contemporary OB/GYN*
   - ⇒ Sellers et.al., "The Role of Hormone Replacement Therapy in the Risk for Breast Cancer and Total Mortality in Women with a Family History of Breast Cancer," *Annals of Internal Medicine*
   - ⇒ Col et. al., "Patient-Specific Decisions About Hormone Replacement Therapy in Postmenopausal Women," *Journal of the American Medical Association*
6. Identify M.D./Ph.D. advocates to speak at the national and grass-roots level:
   - ⇒ Nancy Davidson (oncologist)
   - ⇒ Melody Cobleigh
7. Conduct aggressive and proactive outreach surrounding Nachtigal study (1Q 98):
   - ⇒ Package with PEPI data

***Replace***

1. Conduct "What's Right for Me" Program, positioning estrogen as the most beneficial choice, ahead of SERMS and natural alternatives.
2. Freelancer to develop broad article for pitch to women's publication
3. Leverage third-party relationships
   - ⇒ newsletter articles, seminars

***Motivate***

1. Conduct condition-specific media efforts:
   - ⇒ Alzheimer's
     - * PRIDE launch initiative
     - * Opportunistic media
       - ◊ Greene study on CNS effects, possibly in *NEJM*

- * Advertorial Program
- ⇒ CVD
  - * AHA/Women & Heart Disease Program
  - * Use upcoming Clarkson publication to draw distinction between competition and the effects of the product
- ⇒ Osteoporosis
  - * Opportunistic Media
    - ◊ Gallagher publication regarding effect of progestin

***<u>Illuminate</u>***

1. "Shame on You" campaign – Advocates outraged and outspoken about "misleading women at the expense of their health"
   - ⇒ Identify ObGyn/physicians spokespersons who are women, users and prescribers
     - * Concerned about the consequences of breast cancer messages based in emotion and drama. Messages only serve to "scare women to death," undermine the physician-patient relationship and the physician's effort to provide health care that is based on experience and knowledge of all the data
     - * Such campaigns leave women powerless and feeling out of control of their health
   - ⇒ Potential spokespeople may include
     - * Sydney Bonnick, M.D. Director of Osteoporosis Services, Texas Women's University
       *"I've often thought, what if I got breast cancer and my physician said I should not take estrogen? I think I would take it anyway because I know how profoundly my quality of life is affected without estrogen..."*
     - * Mary K. Beard, M.D., Gynecologist; Associate Clinical Professor of Obstetrics and Gynecology, University of Utah
       *"After reading all of the research that had been published around the world, I came to the conclusion that estrogen was very beneficial, not the bad drug people said it was."*
     - * Marcelle Willock, M.D., anesthesiologist, professor and chair, Department of Anesthesiology, Boston University School of Medicine
       *"Estrogen worked like a charm, immediately. I've been taking it since then. Once, I forgot to take it on a long trip, and within a week, the hot flashes started to come back. Boy, have I been compliant about taking my medication every day since."*
     - * Valerie T. Miller, M.D. professor of medicine, George Washington University Medical Center, survivor of uterine cancer
       *"I think I will always want estrogen, at least until research shows me there is a need to stop. I believe it improves the quality of my life by completely relieving symptoms I once had."*
2. Leverage consumer advocate groups concerning competitor tactics
   - * Hold editorial briefings
   - * Issue media statements