# EXHIBIT 45

OB·GYN ROUNDS™

September 1988

Volume 2
Number 1

This activity has been planned and implemented in accordance with the Essentials and Standards of the Accreditation Council for Continuing Medical Education (ACCME) through the joint sponsorship of the Dannemiller Memorial Educational Foundation and Gardiner-Caldwell SynerMed. The Dannemiller Memorial Educational Foundation is accredited by the ACCME to provide continuing medical education for physicians.

The Dannemiller Memorial Educational Foundation designates this educational activity for up to 1 hour in Category 1 credit toward the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

This program is made possible by an unrestricted educational grant provided by Wyeth-Ayerst Laboratories.

# MYTHS AND MISPERCEPTIONS: BREAST CANCER AND HRT

(Release Date: September, 1998)

## Introduction

Breast cancer is one of the most emotionally charged topics among women and their clinicians; in fact, the vast majority of women perceive breast cancer to be their greatest health threat. However, nearly 9 times as many women will die from cardiovascular disease than from breast cancer (Figure 1). Numerous demographic trends have resulted in an increase in the absolute number of women diagnosed with breast cancer; however, the incidence rate is predicted to remain stable. There has been an increase in earlier stage breast cancer detections, and a 6% decrease in mortality rates from breast cancer from 1990 to 1994.

It is imperative for clinicians to objectively examine the literature regarding the risk of breast cancer diagnosis associated with exogenous estrogen exposure. Of particular concern is the possible relationship between estrogen or hormone replacement therapy (ERT/HRT) and breast cancer risk. The absence of consistency and uniformity among the more than 50 epidemiologic studies suggests that any association would be, at most, minor. Data indicate that short-term use of HRT has no effect on increased risk of diagnosis; in addition, HRT use appears to slightly lower the risk of fatal breast cancer. HRT is not contraindicated for women who have or have survived breast cancer; HRT may even decrease the risk of death from breast cancer in women with the disease.

FIGURE 1




National Center for Health Statistics; Monthly Vital Statistics Report; 1995;45(11)supp 2. Breast Cancer Facts and Figures; 1997; American Cancer Society, Atlanta, GA.

This issue of OB/GYN Rounds™ highlights presentations made by the faculty at a symposium entitled "Myths and Misperceptions: Breast Cancer and HRT", that was held in New Orleans, LA on May 12, 1998. The symposium was sponsored by the Dannemiller Memorial Educational Foundation, and made possible by an unrestricted educational grant provided by Wyeth-Ayerst Laboratories.

## A Comprehensive Assessment Of The Epidemiologic Literature

Women and their health care providers are understandably confused by the conflicting reports appearing in the media regarding the risk of breast cancer associated with HRT use. It is important for clinicians to be able to accurately interpret the results, as well as to explain the findings to their patients.

Dawn Willis, PhD, MPH, indicated that epidemiology is an observational science with the objective of determining patterns of disease in populations, and not in specific individuals. The criteria used to determine whether an association is statistical, as versus causal with biological meaning, include the magnitude of the risk (increases less than two-fold should be viewed with caution), dose response, consistency across the studies, and biologic plausibility of the association. The "preponderance of the evidence" enables epidemiologists to evaluate the likelihood of a causal association.

Dr. Willis acknowledged that patients do not intuitively understand the concept of relative risk, which refers to the change in risk of the exposed population as compared to the unexposed. Relative risk can be translated to absolute risk, which is then often spread out over the remaining life expectancy for the population.

### *Relative Risk of Breast Cancer Diagnosis with HRT*

The literature regarding the risk of breast cancer diagnosis includes more than 50 epidemiologic studies over the past 25 years of experience with estrogen use. The combined weight of this evidence suggests that the magnitude of the risk of having breast cancer diagnosed associated with ever use of HRT is small, approximating 1.0; this appears to increase among current users with increased duration of use (5-10 years or more). The slight increase in the risk of being diagnosed with breast cancer disappears within two to five years after HRT discontinuation.

The most well-known study of breast cancer incidence and HRT is the Harvard Nurses' Health Study of nearly 70,000 post-

*(continued on page 3)*

# OB·GYN ROUNDS

## Faculty

**Leon Speroff, MD**
**Symposium Chairperson**
Professor, Department of OB/GYN
Oregon Health Sciences University School of Medicine
Portland, Oregon

**Philip J. DiSaia, MD**
The Dorothy J. Marsh Chair in Reproductive Biology; Professor, Department of OB/GYN University of California, Irvine, College of Medicine
Orange, California

**Dawn B. Willis, PhD, MPH**
Scientific Program Director
American Cancer Society
Atlanta, Georgia

OB/GYN ROUNDS is a specialty newsletter reporting on clinical/biomedical issues. The publishers reserve copyright on all published material, and such material may not be reproduced in any form without the written permission of Gardiner-Caldwell SynerMed. This newsletter was developed and produced by Gardiner-Caldwell SynerMed in joint sponsorship with the Dannemiller Memorial Educational Foundation. This issue, "Myths and Misperceptions: Breast Cancer and HRT," reports highlights of a symposium conducted on May 12, 1998 in New Orleans, Louisiana.

The information provided in this program is intended solely for the continuing medical education needs of healthcare professionals. Individuals should not rely upon any information provided in these programs. This continuing medical education program is offered "as is." Gardiner-Caldwell SynerMed and the Dannemiller Memorial Educational Foundation jointly and individually disclaim all warranties and representations, expressed or implied, with respect to programs and the information contained therein, including without limitation any and all warranties of title, noninfringement, merchantability, or fitness for any particular purpose.

No person shall have any right to use, duplicate in hard copy, machine-readable form or any other form, distribute, modify, or create derivative versions of this program, except as necessary to complete the program for purposes of obtaining medical education credit. Any violation of this shall be prosecuted to the fullest extent of the law.

Please direct all correspondence to:

Editor, OB/GYN ROUNDS
Gardiner-Caldwell SynerMed
Dept. 109
PO Box 458
Califon, NJ 07830

Gardiner-Caldwell SynerMed

©1998 Gardiner-Caldwell SynerMed
All rights reserved (98RSWA09A) Printed in USA

## Educational Objectives

Upon completion of this program, clinicians will be able to:

- Identify common misperceptions held by women regarding breast cancer and the use of HRT
- Discuss the epidemiologic literature regarding breast cancer risk in women throughout the life cycle, and particularly the impact of HRT use on this risk
- Compare the risks and benefits of HRT in managing CVD, osteoporosis, and Alzheimer's disease in the menopausal/postmenopausal patient
- Examine the evolving research on the use of HRT in women with a history of breast cancer.

## Target Audience

This program is intended for OB/GYNs, primary care physicians, and other health care professionals who treat menopausal and post-menopausal women.

## Goals

The goals of this newsletter are to increase physician and other healthcare provider knowledge and understanding of the relationship between HRT and breast cancer, the health issues affecting menopausal and postmenopausal women, specific diseases that can be prevented and treated with HRT, and risks and benefits of HRT. EVALUATION METHOD: An evaluation form is provided that allows each participant the opportunity to comment on the extent to which educational objectives were met, the quality of the instructional process, the perception of enhanced professional effectiveness, the perception of commercial bias, and their views on future educational needs.

## Faculty Disclosure Statements

The Dannemiller Memorial Educational Foundation requires that the faculty participating in a continuing medical education activity disclose to participants any significant financial interest or other relationship (1) with the manufacturer(s) of any commercial product(s) and/or provider(s) of commercial services discussed in an educational presentation, (2) with any commercial supporters of the activity.

- Dr. Speroff has received grant/research support from Wyeth-Ayerst Laboratories, Parke-Davis (Division of Warner-Lambert Company), Novo Nordisk Pharmaceuticals Inc., and Organon, Inc.
- Dr. DiSaia is on the Speaker's Bureau for Wyeth-Ayerst Laboratories.
- Dr. Willis does not have an affiliation or financial interest in a commercial organization that poses a conflict of interest.

It should be noted that the use of estrogen to prevent and treat cardiovascular diseases and/or Alzheimer's disease is not a Food and Drug Administration (FDA) indication for this agent. Before utilizing any agent mentioned, consult the full prescribing information.

## Instructions For Continuing Education Credit

This activity should take approximately 1 hour to complete. The participant should, in order:

- read the objectives listed on page 2 of this newsletter
- read the newsletter
- answer the 10-question multiple choice post-test on page 8, and
- complete the evaluation form on page 8. The evaluation form provides each participant the opportunity to comment on the extent to which educational objectives were met, the quality of the instructional process, the perception of enhanced professional effectiveness, the perception of commercial bias, and their views on future educational needs. To receive credit for this activity, follow the instructions provided on the post-test. This credit is valid through September 1, 1999. No credit will be given after this date.

Address: The Dannemiller Memorial Educational Foundation
Attn: Myths and HRT/98-169e
12500 Network Blvd., Suite 101
San Antonio, TX 78249-3302
(800) 328-2308 or (210) 641-8311

## Needs Assessment

A recent Gallup survey found that 40% of American women perceive breast cancer to be the leading cause of death among women. Heart disease is the leading cause of death in women, with a rate that is approximately double the rate for all forms of cancer combined, including breast cancer. It is clear this statistic is not widely known by the public; surveys conducted with clinicians demonstrate a similar finding.

A survey conducted by the Centers for Disease Control and Prevention found that in women who had never used HRT, 15% did not do so because of a fear of cancer. This survey also showed that 15% of women who discontinued HRT did so because of a fear of cancer. The relationship between HRT and breast cancer has long been debated. Several recent studies indicate that there is only a small rise in breast cancer risk occurring with HRT, with improved survival rates. Death from heart disease is more likely than death from breast cancer.

Most breast cancer patients are postmenopausal, and many experience vasomotor and other troublesome symptoms associated with menopause. Evolving research is assessing the use of HRT in these patients, in terms of alleviating symptoms and on breast cancer relapse or mortality. The need is, therefore, to update the intended audience regarding breast cancer and HRT.

*(continued from page 1)*

menopausal women, with 14 years of follow-up (Table 1). The authors concluded that the relative risk of breast cancer diagnosis among current HRT users of 5 or more years duration is 1.32. However, further assessment of these findings examined the role of weight and weight gain, as determined by body mass index (BMI), in regard to breast cancer incidence, risk and mortality. Thinner women, who are naturally at lower risk of breast cancer, were the only subgroup who experienced an increased risk with HRT use. The reevaluation determined that 16% of the increased risk was attributed to weight gain alone, with HRT accounting for only 5% of the risk.

Another recent study of breast cancer risk, involving nearly 42,000 women in Iowa, examined the role of family history of breast cancer (defined as any first degree relative such as a mother or sister) and HRT use. Results showed that current users of HRT for more than five years with no family history of breast cancer, had a lower relative risk (1.10) of breast cancer diagnosis than users of less than five years duration. Current users with a family history of breast cancer had the same slight increase in relative risk (1.4) regardless of duration of use (this increase was not statistically significant) (Table 2).

There have been at least six meta-analyses examining HRT and risk of breast cancer diagnosis (Table 3). Although there are inherent problems associated with meta-analysis, which are addressed by Dr. Speroff in his presentation section, the results of these studies have been consistent, showing an overall increase of 20% to 30% in the relative lifetime risk of breast cancer diagnosis associated with HRT use of 10-15 years duration, and no increased risk with short-term (<5 years) HRT use. The 1995 update of the Nurses' Health Study found a 46% increase in relative risk of breast cancer among current users of at least five years; however, there was no increased risk among former long-term users.

The most comprehensive meta-analysis was recently performed (1997) by the Collaborative Group on Hormonal Factors in Breast Cancer, which analyzed more than 90% of the original global data on breast cancer and HRT. This study carefully adjusted and stratified for the main confounders and interactions so that accurate comparisons could be made across subgroups. Among their exclusions was time since onset of menopause, which has been identified as a confounding variable. The longer the time since menopause onset, the lower the risk of breast cancer diagnosis. The Collaborative Group concluded that there is an increased relative risk of breast cancer diagnosis of 2.3% associated with each year of hormone use. In terms of absolute risk, there would be 12 excess cases of breast cancer diagnosed among every cohort of 1000 fifty-year old women beginning hormone use at age 50 and continuing for 20 years, as compared to a similar cohort of 1000 nonusers. When examined over the 15 years of use, the absolute risk became less than 0.1% per year. In other words, Dr. Willis explained that use of HRT for approximately 13 years would result in one extra breast cancer being diagnosed among every 100 users of HRT (Table 4).

In contrast, as a result of small population sizes, little is known regarding the effects of combined estrogen-progestin therapy, risks in women over 75 years of age, or risk beyond 15 years of HRT use. Similarly, nothing is known regarding the long-term effects of the newer agents known as selective estrogen receptor modulators (SERMs), although short-term results indicate protection against breast cancer.

### *HRT Use Decreases Mortality from Breast Cancer*

Although long-term HRT appears to increase the risk of the diagnosis of breast cancer, most studies of the association of HRT with mortality indicate that ever-use of hormones may actually decrease the risk of dying from breast cancer (Table 5). Only the 1995 update of the Nurses'

**TABLE 1**

**Recent Studies – Relative Risk of Breast Cancer Incidence Among Ever Users of ERT/HRT**

| | ERT RR (95% CI) | HRT RR (95% CI) | Sample Size |
|---|---|---|---|
| Colditz et al, 1995 | 1.3 (1.1-1.5) | 1.4 (1.2-1.7) | 69,586 |
| Newcomb et al, 1995 | 1.1 (0.8-1.1) | 1.0 (0.8-1.3) | 6,828 |
| Stanford et al, 1995 | 1.0 (0.7-1.3) | 0.9 (0.6-1.2) | 1,029 |
| Persson et al, 1996 | 1.0 (0.8-1.2) | 1.4 (1.1-1.8) | 22,597 |
| Schairer et al, 1994 | 1.0 (0.9-1.2) | 1.2 (1.0-1.6) | 49,017 |

**TABLE 2**

**Relative Risk of Developing Breast Cancer in 41,837 Iowa Women by HRT and Family History***

| HRT | Years | No Family History | Family History |
|---|---|---|---|
| Current | ≤5 | 1.3 (0.9-1.8) | 1.4 (0.6-3.2) |
| Current | >5 | 1.1 (0.9-1.5) | 1.4 (0.7-2.5) |
| Former | ≤5 | 1.0 (0.9-1.2) | 1.2 (0.8-1.7) |
| Former | >5 | 0.8 (0.5-1.2) | 1.2 (0.6-2.5) |

*First degree relative such as a mother or sister

**TABLE 3**

**Meta-analysis of Breast Cancer Incidence Among Users vs. Non-users of HRT/ERT**

| Reference | Year | RR (95% CI) | Duration |
|---|---|---|---|
| Armstrong | 1988 | 1.3 | >8 years |
| Steinberg et al | 1991 | 1.3 (1.2-1.6) | 15 years |
| Sillero-Arenas et al | 1992 | 1.2 (1.1-1.4) | 12 years |
| Colditz et al | 1993 | 1.2 (1.1-1.4) | 10 years |
| Grady et al | 1993 | 1.3 (1.0-1.5) | 'long-term' |
| Collaborative Group | 1997 | 1.4 (1.2-1.5) | >5 years |

**TABLE 4**

**Cumulative Incidence of Breast Cancer Diagnoses in 1000 Hypothetical Women***

| | | Duration of HRT Use | | |
|---|---|---|---|---|
| Age | None | 5 Year | 10 Year | 15 Year |
| 50 | 18 | — | — | — |
| 60 | 37 | 39 | 41 | — |
| 70 | 63 | 65 | 69 | 75 |

*Collaborative Group on Hormonal Factors in Breast Cancer, 1997

W-HUSAK01-00001084

**TABLE 5**

**Prospective Studies Of Relative Risk of Dying From Breast Cancer Among Ever Users Of HRT/ERT**

| Reference | Year | N | RR (95% CI) |
|---|---|---|---|
| Bergkvist et al | 1989 | 6,873 | 0.7 (0.5-0.9) |
| Hunt et al | 1990 | 4,544 | 0.6 (0.3-1.0) |
| Henderson et al | 1991 | 3,8812 | 0.8 (0.7-1.0) |
| Colditz et al | 1995 | 69,586 | 1.1 (0.9-1.5) |
| Persson et al | 1996 | 22,597 | 0.8 (0.8-0.9) |
| Willis et al | 1996 | 422,373 | 0.8 (0.8-0.9) |

FIGURE 2

**Female Breast Cancer by Stage Percent Change In Incidence, 1983-1994**




FIGURE 3

**Relative Risk Of Developing Breast Cancer With ERT**




Health Study has shown an increase in mortality, which was confined to current HRT users of at least five years duration. A more recent update of the Nurses Health Study that examined all-cause mortality associated with HRT demonstrated that both current and former users had a 0.8 (0.6-1.0) relative risk of death from breast cancer.

Dr. Willis offered several possible explanations for this apparent discrepancy, in which there is increased risk of diagnosis but decreased risk of death from breast cancer associated with use of HRT. First, she explained that HRT users may be healthier than non-users, noting that women who are at high risk of breast cancer may not be prescribed HRT. Further, she suggested that HRT users are more likely to receive annual or regular mammographic screening, which can result in earlier detection. She also cited studies indicating that HRT users present with more localized, lower grade disease, even when screening rates are equal. Finally, it has been suggested that HRT may increase the risk of developing a less aggressive, hormone receptor-positive breast cancer, while decreasing the risk of developing the more virulent, receptor-negative type.

### *Changes in Breast Cancer Incidence*

The U.S. statistical data for breast cancer in women over age 50 from 1983-1995 indicate that the incidence of breast cancer leveled off in 1988, with mortality on the decline since 1992. The sharp increase in breast cancer incidence rates observed during the early 1980's has been attributed specifically to the increase in mammographic screening and subsequently to earlier detection. The increase in incidence predominantly involves cancers diagnosed at earlier stages, with a decrease in later stage diagnoses (Figure 2).

Until 1998, there was a baseline increase in incidence rates of 1-2% per year since the 1940's, which Dr. Willis explained can be accounted for by changes in reproductive factors known to increase breast cancer risk, including earlier menarche, and reduced or delayed parity. Research has shown that weight gain in young adulthood may also contribute to this increased incidence. There was also a 6% decrease in breast cancer mortality rates from 1990 to 1994. It is anticipated that the absolute number of breast cancer cases will rise as the baby boom cohort enters the postmenopausal years. However, the incidence rate is predicted to remain stable.

Dr. Willis suggested that only a large randomized, controlled clinical trial can accurately determine the true nature of the relationship between HRT and breast cancer. Results from one such study, the NIH-sponsored Women's Health Initiative, are expected in 2007-2008. Until then, the "preponderance" of the evidence indicates that there is no increased risk of breast cancer diagnosis associated with short-term use of HRT (<5 years). There may be a slight increase in the relative risk of diagnosis, of approximately 30% (or 2.3% per year), associated with longer HRT use (>5 years); however, any increased risk disappears within two to five years of HRT discontinuation. This increased risk translates to an increase in absolute risk of 3% over the remaining life expectancy of a 50-year old woman, or 0.08% per year. Finally, the epidemiologic data indicate that there is no increased risk of death from breast cancer associated with HRT; in fact, there may be a slightly lower risk of fatal breast cancer among HRT users than non-users. Dr. Willis recommended that "all patients should be counseled individually regarding their potential use of HRT, with specific attention to the medical history, risk for all hormone-related conditions, and personal attitudes concerning hormones."



W-HUSAK01-00001085

## Postmenopausal Hormone Therapy And Breast Cancer: A Clinician's Formulation

"The lack of agreement, uniformity, and consistency across the approximately 50 case-control and cohort studies indicates that the use of postmenopausal hormone therapy cannot be associated with a major impact on the risk of breast cancer", noted Leon Speroff, MD. Dr. Speroff compared the lack of uniformity and consistency of results from the observational studies (Figure 3) with the strength and consistency of the data indicating the benefits associated with use of oral contraceptives on the reduced risks of endometrial and ovarian cancer. He contended that "any impact of postmenopausal hormone therapy on the risk of breast cancer is unlikely to be great".

### *Methodologies and Statistical Interpretations of the Studies*

Dr. Speroff emphasized that misinterpretation of epidemiologic data is directly related to the interpreters of the data, and not to the epidemiologic methods. A large impact from an association is easily demonstrated with uniformity and consistency of results from case-control and cohort, or observational, studies. He cited the impressive data indicating protection against cardiovascular disease with the use of postmenopausal estrogen, in contrast to the absence of uniformity and consistency among the many observational studies on breast cancer risk from HRT. Furthermore, he noted that there are, as yet, no results from a randomized clinical trial.

Dr. Speroff addressed concerns regarding heterogeneity among the available data. In particular, he emphasized that the majority of these studies were based upon different hormonal dosages (higher) and schedules (shorter duration) than are currently utilized and recommended; as such, the results may not be as applicable to today's HRT user. Other causes of heterogeneity that might confound results include different study designs, different sources for controls, different geographic locations and populations, and even different drugs.

Individual studies lack the statistical power to overcome recognized as well as unrecognized biases. In response, meta-analysis allows the bringing together of the results of small, randomized trials in order to achieve statistical power otherwise lacking in the individual studies. Unfortunately, according to Dr. Speroff, it's use has been expanded to include observational studies, even when the individual results are contradictory. "Statistical analysis is not an appropriate method to address contradictory results; in fact, meta-analysis is weakest when it combines the results of contradictory studies" stated Dr. Speroff. He noted that even when the technique is restricted to small randomized trials, various subjective and objective problems reduce the accurate prediction of outcomes of subsequent large randomized controlled trials in 35% of cases.

Finally, meta-analysis of observational studies may be limited by selection bias, detection bias, and by the risk of positive results by chance through multiple subgroup analyses. Heterogeneity among the studies may further limit the meta-analysis. Lastly, meta-analysis does not correct for design flaws in individual studies, and may thus magnify the significance level of erroneous results. Dr. Speroff recommended that only a properly performed randomized clinical trial will yield definitive information.

### *The Paradox of Increased Incidence and Decreased Mortality*

Dr. Speroff emphasized that "almost all of the studies that have examined the mortality rates of women who were taking estrogen at the time of breast cancer diagnosis have documented improved survival rates." There is evidence that indicates that surveillance/detection bias is not the only explanation for better survival. While HRT users experience earlier diagnosis and have a lower frequency of late-stage disease, there is also evidence that suggests that estrogen users develop better differentiated tumors. This implies that hormone treatment accelerates the growth of a malignant locus already in place, and it presents clinically at a less virulent and aggressive stage.

It is well-known that hormone users enjoy increased utilization of mammography. In fact, when corrected for use of mammography, an apparent significant increase in breast cancer diagnosis among long-term estrogen users in a retrospective cohort study lost its statistical significance. Dr. Speroff suggested that surveillance/detection bias, combined with the physiologic differences in tumors found among HRT users, accounted for this apparent paradox.

The American Cancer Society 9-year prospective follow-up documented a 16% reduced risk of fatal breast cancer among postmenopausal hormone users. This supports the majority of data indicating a decreased risk of breast cancer mortality in this cohort. Dr. Speroff suggested that the mortality data support the contention that accelerated tumor growth and surveillance bias are influencing the results of observational studies.

### *The Risk of Breast Cancer and Estrogen-Progestin Therapy*

There is almost uniform agreement regarding the absence of effect on relative risk when a progestational agent is added to postmenopausal estrogen use. Furthermore, positive family history for breast cancer does not appear to be a contraindication to post-menopausal hormone therapy.

### *Clinical Ramifications and Suggestions*

Dr. Speroff acknowledged that the lack of agreement, uniformity, and consistency among the studies indicate that the use of postmenopausal hormone therapy cannot be associated with a major impact on the risk of breast cancer diagnosis. He recommended that clinicians compare this issue with three other conditions, namely 1) protection against ovarian cancer with the use of oral contraceptives, 2) protection against cardiovascular disease with post-menopausal estrogen use, and 3) the increase in lung cancer due to cigarette smoking. All three of these epidemiologic associations lack a single definitive randomized clinical trial; nevertheless, in each situation, all of the studies show impressive agreement and uniformity. In contrast, the results with postmenopausal hormone therapy and the risk of breast cancer diagnosis indicate either a small impact of estrogen use, or the effect of biases that may ultimately be eliminated by a large, randomized trial such as the ongoing Women's Health Initiative and European Wisdom Study.

Dr. Speroff concluded with a discussion concerning how clinicians can assist individual patients in determining whether or not to utilize postmenopausal hormone therapy. He recommended that it is "appropriate to emphasize the benefits of postmenopausal hormone therapy, such as protection against cardiovascular disease and osteoporosis; to acknowledge the continuing concern regarding the relationship between estrogen use and breast cancer diagnosis, especially with long-term use; and to emphasize the absence of definitive evidence linking such therapy to an increased risk of breast cancer diagnosis." In short, "it would be premature to conclude that currently recommended doses of estrogen significantly increase the risk of breast cancer."

## The Use Of HRT In Women With A History Of Breast Cancer

According to Philip DiSaia, MD, "one of the most emotionally charged subjects in the field of oncology is the issue of whether a breast cancer patient who is disease-free can be permitted to enjoy the benefits of hormone replacement therapy." Of particular concern is whether physiological dosages of HRT will produce a negative impact on the disease-free survival of this group of women. In the absence of prospective randomized trials, data regarding any association between exogenous estrogen exposure and occult breast lesions must be obtained from "indirect" evidence.

### *Epidemiology of Breast Cancer in America*

The annual incidence of breast cancer in the United States is 180,000-185,000 cases. Millions of American women have survived this disease, which currently boasts an overall disease-free survival rate at five years of greater than 70%. In addition to these survivors, the indications for chemotherapy have been liberally broadened, such that increasing numbers of younger women (aged 25-45 years) are rendered prematurely menopausal by the effect of cytotoxic drugs on ovarian function.

Dr. DiSaia discussed recent demographic changes that have facilitated greater awareness and concern regarding menopause and its health consequences. He noted the expanding life expectancy for US women, which now approaches 80 years. Today's American woman can expect to live almost 40% of her life post-menopause. The aging of the American population is another trend with important ramifications: it is anticipated that by the year 2020, 43% of the female population will be over age 45, as compared to only 34% in 1995.

**TABLE 6**

**Prognosis After Breast Cancer Diagnosis In Women Exposed To ERT**

- **261 women with breast cancer on ERT**
- **6,617 women never exposed to ERT**
- **9 years observation period**
- **Relative survival at 8 years is 10 percentage points higher for ERT group (P=0.02)**

**TABLE 7**

**Proliferative Breast Disease/Breast Cancer Risk**

- **10,366 consecutive breast biopsies - 1950-1968**
- **3,303 women with median follow-up of 17 years**
- **1,925 had proliferative disease (PD)**
- **Proliferative disease excluded cysts, fibroadenoma, papillary apocrine change or mild hyperplasia**
- **Risk in women with atypical PD: 4.5**
- **Patients on ERT: No increase in risk**

### *Studies Examining Exogenous Estrogen Exposure and Breast Cancer*

Dr. DiSaia reviewed the scientific literature that examined estrogen exposure during and/or after diagnosis of breast cancer, including pregnancy, use of oral contraception, and ERT/HRT use. His examination focused specifically on occult breast cancer, which is in the breast for approximately 8 years prior to diagnosis.

<u>Pregnancy</u>

Survival where, controlling for age of the patient, resulted in no difference between pregnant and nonpregnant women. While pregnancy has been shown to increase the estriol level by 50-fold, there is no positive effect on prognosis with termination of the pregnancy. Another study found no effect with prophylactic oophorectomy concomitant to termination of pregnancy on breast cancer.

Dr. DiSaia reviewed four studies that explored the effect of pregnancy following treatment for breast cancer survival. There is some evidence that survivors who become pregnant have a better prognosis than cohorts who decide against future pregnancies. While patients with poor prognoses or recurrent disease may be advised against pregnancy, thereby biasing the results, one large study of 5700 women with breast cancer found a reduced risk of death (.55) among the 173 women who became pregnant.

<u>Oral Contraceptives</u>

Dr. DiSaia separated out incidence data regarding breast cancer and use of oral contraceptives (OCs) from exposure data. In a study of almost 1200 women aged 16-50 years with newly diagnosed breast cancer, there was no difference in survival rate between OC users and never-users. This was substantiated by another study on 350 women under age 50 in Great Britain, in which there was no difference in disease-free survival between OC users and non-users. Recent OC use (within one year of diagnosis) had no effect on survival. In short, Dr. DiSaia noted, "there is no evidence that exposure to OCs adversely affects outcome for patients who have a breast cancer."

<u>ERT/HRT</u>

Dr. DiSaia discussed a study involving 261 women who had been diagnosed with breast cancer while taking ERT, and were compared to over 6600 women who had never been exposed to ERT (Table 6). During the nine years of observation, women with breast cancer who used ERT had a greater survival rate by 10% (P=0.02) at 8 years than did the non-user cohorts. This finding was replicated by another study of 256 postmenopausal women, in which current users enjoyed a higher survival rate than either past users or never users.

A prospective study examined more than 10,000 consecutive breast biopsies from 1950 through 1968 (Table 7). Over 3300 women were followed for a median of 17 years. Nearly two-thirds of these women (n=1925) had proliferative disease (PD). The risk of breast cancer almost doubled in women with PD. The risk in women with atypical PD, or hyperplasia, increased to 4.5, except among patients using ERT, in whom the risk was only 3.0. There did not appear to be an adverse effect on these patients with hyperplasia; many consider hyperplasia a pre-cancerous state.



W-HUSAK01-00001087

In another study involving over 23,000 women aged 35 or older, the relative risk of breast cancer diagnosis increased from a baseline of 1.1 to 1.7 for women who used estrogen for at least 9 years. There was no increased risk associated with the use of conjugated equine estrogens, in contrast to the increased risk from estradiol (Table 8).

Benefit and Risk Analysis of HRT

Any decision regarding potential HRT use must include an objective examination of both the potential risks and benefits. Dr. DiSaia enumerated the important medical benefits associated with HRT use, including a 50% reduction in coronary artery disease risk, 50% reduction in colon cancer risk, marked reductions in severity and incidence of Alzheimer's disease (50% reduction in risk), and the prevention and treatment of osteoporosis (Table 9). In general, these conditions are far more common and are associated with a greater mortality among postmenopausal women than breast cancer. Cardiovascular disease is now the leading cause of death in American women; total deaths from CVD exceed deaths from breast cancer by a factor of 10.

In addition, two recent studies both concluded that ERT use after breast cancer diagnosis appears to increase survival. Despite the lack of a prospective or randomized study, Dr. DiSaia concluded "the preponderance of evidence suggests that ERT use may be beneficial to women with breast cancer."

## Conclusions

The absence of consistency and uniformity among the numerous epidemiologic studies examining any association between HRT and breast cancer diagnosis suggests that postmenopausal hormone therapy does not have a major impact on the risk of being diagnosed with breast cancer. There appears to be a slightly increased risk of breast cancer diagnosis among long-term users, and there is no evidence of increased risk among short-term ERT users. In addition, a positive family history of breast cancer does not necessarily rule out ERT use. Epidemiologic data indicate that current ERT/HRT users may have a lower risk of fatal breast cancer. Finally, patients who have, or have survived, specific forms of breast cancer have a greater survival rate with ERT use than never-users of ERT.

Patients should be counseled individually as to whether or not ERT/HRT is appropriate. Clinicians must help patients weigh the numerous substantiated benefits of HRT, including protection against cardiovascular disease, colon cancer, osteoporosis, and Alzheimer's disease, with the, at most, slightly increased risk of breast cancer diagnosis associated only with the use of estrogen replacement therapy.

**TABLE 8**

**Risk Of Breast Cancer After ERT**

- 23,244 women – age ≥ 35 years
- Overall RR: 1.1
  - For estrogen users after 9 years: 1.7
  - Estrogen & progestin: 4.4 (small group)
- No increase in risk with use of conjugated estrogens
- Most of risk from estradiol users

**TABLE 9**

**Benefits of ERT/HRT Use**

- Decrease CVD risk by 50%
- Decrease colon cancer risk by 50%
- Decrease Alzheimer's disease risk by 50%
- Prevent and treat osteoporosis

## Suggested Readings

*American Cancer Society Facts & Figures 1998.*

Bonnier P, Romain S, Giacalone PL, et al. Clinical and biologic prognostic factors in breast cancer diagnosed during postmenopausal hormone replacement therapy. *Obstet Gynecol.* 1995;85:11.

Colditz GA, Egan KM, Stampfer MJ. Hormone replacement therapy and risk of breast cancer. Results from epidemiologic studies. *Am J Obstet Gynecol.* 1993;168:1473-1480.

Colditz GA, Hankinson SE, Hunter DJ, et al. The use of estrogens and progestins and the risk of breast cancer in post-menopausal women. *N Engl J Med.* 1995; 332:1589-1593.

Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: Collaborative reanalysis of data from 51 epidemiologic studies of 52,705 women with breast cancer and 108,411 women without breast cancer. *Lancet.* 1997; 350:1047-1059.

Grodstein F, Stampfer MJ, Colditz GA, et al. Postmenopausal hormone therapy and mortality. *N Engl J Med.* 1997;336:1769-1775.

Henderson BE, Paganini-Hill A, Ross RK. Decreased mortality in users of estrogen replacement therapy. *Arch Intern Med.* 1991;151:75-78.

Huang Z, Hankinson SE, Colditz GA, Stampfer MJ, et al. Dual effects of weight and weight gain on breast cancer risk. *JAMA.* 1997;278:1407-1411.

Hunt K, Vessey M, McPherson K. Mortality in a cohort of long-term users of hormone replacement therapy: An updated analysis. *Br J Obstet Gynaecol.* 1992;80:400.

LeLorier J, GrÇgoire G, Benhaddad A, et al. Discrepancies between meta-analyses and subsequent large randomized, controlled trials. *N Engl J Med.* 1997;337:536.

Nachtigall MJ, Smilen SW, Nachtigall RD, et al. Incidence of breast cancer in a 22-year study of women receiving estrogen-progestin replacement therapy. *Obstet Gynecol.* 1992;80:827-830.

Sellers TA, Mink PJ, Cerhan JR, et al. The role of hormone replacement therapy in the risk for breast cancer and total mortality in women with a family history of breast cancer. *Ann Intern Med.* 1997;127:973-980.

Willis DB, Calle EE, Miracle-McMahill HL, Health CW Jr. Estrogen replacement therapy and the risk of fatal breast cancer in a prospective cohort of post-menopausal women in the United States. *Cancer Causes Control.* 1996;7:449-457.

W-HUSAK01-00001088

ROUNDS™ OB•GYN

# Myths And Misperceptions: Breast Cancer And HRT
## Post-Test / Self Assessment

Answer Sheet, Program Evaluation, and CME Credit Request

Instructions: If you wish CME credit and a certificate of completion, please mail a check in the amount of $15.00, payable to "DMEF: Myths and Misperceptions: Breast Cancer and HRT", and a copy of your completed answer sheet. This is valid through September 1, 1999. No credit will be given after this date.

The Dannemiller Memorial Educational Foundation
ATTN: Myths and HRT/98-169e
12500 Network Blvd., Suite 101
San Antonio, TX 78249-3302
(800)328-2308 or (210)641-8311

**POST-TEST ASSESSMENT - PLEASE CIRCLE THE CORRECT ANSWER**

1. The use of HRT for approximately 13 years would result in ___ extra cases of breast cancer being diagnosed among every 100 users.
   a. 1 b. 5 c. 10 d. 20
2. The "preponderance of evidence" suggests that short-term ERT use (<5 years):
   a. Slightly increases risk of breast cancer diagnosis
   b. Slightly decreases risk of breast cancer diagnosis
   c. Has no effect on risk of breast cancer diagnosis
3. The "preponderance of evidence" suggests that long-term use of ERT (>5-10 years):
   a. Slightly increases risk of breast cancer diagnosis
   b. Slightly decreases risk of breast cancer diagnosis
   c. Significantly increases risk of breast cancer diagnosis
   d. Has no effect on risk of breast cancer diagnosis
4. ERT/HRT has been shown to reduce the risk of:
   a. Cardiovascular disease c. Colon cancer
   b. Alzheimer's disease d. All of the above
5. A family history of breast cancer in which relative is always a contraindication to ERT use?
   a. Mother b. Sister c. Aunt d. None of the above
6. How does discontinuation of ERT affect breast cancer risk?
   a. All current or ever-users of ERT are at increased risk
   b. Discontinuation negates any increased risk within the first year
   c. Discontinuation negates any increased risk after 2-5 years
   d. Discontinuation negates any increased risk after at least 5 years of nonuse.
7. Meta-analyses of observational studies may be limited by:
   a. Selection bias c. Heterogeneity of studies
   b. Detection bias d. All of the above
8. Documented evidence supporting increased survival rates among ERT users at time of breast cancer diagnosis has been related to:
   a. Earlier diagnosis with consistent use of mammography
   b. A lower frequency of later stage tumors
   c. Development of better differentiated tumors
   d. All of the above
9. The overall 5-year disease-free survival rate of women with breast cancer is: a. 25-33% b. 40% c. 50-66% d. Over 70%
10. Exposure to exogenous estrogens after occult breast cancer diagnosis:
   a. Decreases survival rate
   b. Increases survival rate
   c. Has no effect on survival rate
   d. Appears to increase morbidity

**EVALUATION FORM**

The Dannemiller Memorial Educational Foundation would appreciate your comments regarding the quality of the information presented, and thanks you for your participation.

1. The program objectives were fully met.
   a. Strongly agree b. Agree c. Disagree d. Strongly disagree

Comments:

2. The quality of the educational process (method of presentation and information provided) was satisfactory and appropriate.
   a. Strongly agree b. Agree c. Disagree d. Strongly disagree

Comments:

3. The educational activity has enhanced your professional effectiveness and improved your ability to:
   a. Treat/manage patients
      a. Strongly agree b. Agree c. Disagree d. Strongly disagree
   b. Communicate with patients
      a. Strongly agree b. Agree c. Disagree d. Strongly disagree
   c. Manage my medical practice
      a. Strongly agree b. Agree c. Disagree d. Strongly disagree

Comments:

4. The information presented was without promotional or commercial bias.
   a. Strongly agree b. Agree c. Disagree d. Strongly disagree

Comments:

5. The program level was appropriate.
   a. Strongly agree b. Agree c. Disagree d. Strongly disagree

Comments:

6. How do you prefer to receive continuing medical education information? (On a scale of 5 to 1, please score each of the following: 5=very useful; 3=somewhat useful; 1=don't use)
   ____a. Newsletter ____b. Videotape ____c. Audiotape
   ____d. Monograph/Journal Supplement ______e. Symposium/Conference
7. Do you believe such materials, supported by educational grants from industry, are: 10=very appropriate/useful, 0=appropriate/useful?
8. Suggestions regarding this material, or recommendations for future presentations:

______________________________

______________________________

______________________________

Answer key: 1) A 2) C 3) A 4) D 5) D 6) C 7) D 8) D 9) D 10) B

Name (please print): Degree

Street Address

W-HUSAK01-00001089

City State Zip Code

I certify that I completed this CME activity. The actual amount of time I spent in this activity was ___ hours ___ minutes.

Signature



Printed in USA © 1998 Gardiner-Caldwell SynerMed (98RSWA09A) All rights reserved