# EXHIBIT 50

# Breast Cancer Containment and Communication
**Draft 2/2/00**

Context

- Second article in a month associating HRT use with increased breast cancer risk
- Trend will continue of women demanding to be removed from therapy or declining to start therapy
- Accumulating weight of "evidence" creates uncertainty/inaction among healthcare professionals, especially those who avoid confrontation with patients

Messages

*For healthcare professionals:*
- New article presents risk that is consistent with that described in previous reports
- Risk is consistent with that presented in current Package Insert
- Put risk in perspective, i.e. absolute versus relative risk
- Mortality rate is better for breast cancer patients taking HRT

*For consumers:*
- Bundle of benefits HRT offers women
- Absolute versus relative risk
- Breast cancer mortality for women taking/not taking HRT
- Analyze carefully how media presents health stories
- Talk with your healthcare professional before making HRT decision

Audiences and Key Immediate-/Short-Term Tactics

*Sales Force:*
- Voicemail (from Medical Affairs?) (Marketing)
- Dateline video shown at Zone POA meetings (Ketchum)
- Distilled version of Speroff article for informational purposes only (Delconte)
- Iowa Health and NHANES M.A.I.L.

*Consumer/Media:*
- VNR issued by the American Council on Science and Health (Ketchum)
- Publicize position of NABCO/Amy Langer, Lauren Hutton
- Identify woman who's been on HRT for many years, perhaps generations of women within a single family for publicity purposes
- Opinion/Editorial pieces: East and West coast, Europe, Asia, Latin America (Ketchum: Consider Speroff, Nachtigal)
- Press release, press statement, Q&A (Ashby)
- Advertorial in major newspapers/other "blitz" campaign elements/forums (Ketchum evaluate: Tom Barrett)
- NCI Journal editorial (Ketchum)

*Healthcare Professionals:*
- Fax or mail vehicles, i.e. MD Alert/Pharm Alert, etc. (Include resident programs) (Brown)
- Investigate/provide perspectives for statements issued by organizations including ACOG, AANP, AMWA, etc. (Jane)
- Evaluate science of progestin impact on breast (Little)
- Additional literature search: Breast cancer, up/down progestin receptor regulation, breast mass density (Littlejohn)

Long-Term Tactics

- Convene Summit with multiple professional/advocacy organizations to foster greater understanding of issues among women
- Develop slides for menopausalhealth.com
- Cover issue in sales force journal clubs
- Review messages/platforms at congresses
- Labeling impact?

Participants

Tony DelConte
Marge Weber
Ginger Constantine
Jim Pickar
Jennifer Phillips
Mike Peskoe
Kate Eby Moore
Carol Jane
Audrey Ashby
Gerry Burr
Linda Kanamine/Ketchum
George Mills
Alice Conti
Stephanie Brown
Greg McClure
Jeff Robertson
Heidi Hunter
Joe Mahady

Confidential Pursuant to Confidentiality Order