# EXHIBIT 51

WYETH-AYERST LABORATORIES

P.O. BOX 8299, PHILADELPHIA, PA 19101

Division of American Home Products Corporation

*Philip J. de Vane, M.D.*
*Vice President, Clinical Affairs*
*North America Medical Director*

February 22, 2000

Dear Health Care Professional:

Two recent articles in the *Journal of the American Medical Association (JAMA)* and the *Journal of the National Cancer Institute (J Natl Cancer Inst)* have joined the list of epidemiologic studies examining the potential risk for breast cancer associated with estrogen replacement therapy (ERT) and hormone replacement therapy (HRT). As the recognized leader in these therapeutic categories, we would like to review these recent articles with you.

The key finding in both of these retrospective studies was the identification of a small increase in the relative risk of being diagnosed with breast cancer associated with cyclic HRT, and a small increase in risk associated with the duration of therapy.[1,2] These risks are consistent with, if not lower than, preceding studies (see "Studies Reporting Estimated Risk of Breast Cancer Associated with ERT/HRT," enclosed) and are consistent with what is reported in labeling for both ERT and HRT. Importantly, continuous combined therapy, used by most women on HRT, did not show an increased risk in either study (see ERT/HRT chart on page 2 of this letter). The difference between continuous combined and cyclic therapies appears to be a new finding. The question is: does the finding have immediate significance for you and your patients?

The available evidence does not warrant significant changes in current medical practice. The reasons are as follows:

- The increase in relative risk remains consistent with the product labeling that has guided your prescribing decisions for quite some time
- These 2 studies examine patients who were on therapy in the 1980s and 1990s. During at least part of this period, estrogen and progestin were prescribed at higher doses than today. These published studies do not specifically report this information, nor do they report the full details of the cyclic regimens evaluated
- The new findings in both studies apply to cyclic therapy. Today, however, 80% of the women on HRT follow a continuous combined regimen[3]
- Consequently, these results may reflect therapies that are different from the ones you prescribe

The chart that follows reviews these 2 latest studies together with the 2 other major, recent epidemiologic examinations of this subject.

(continued)

## ERT, HRT, and the Risk of Breast Cancer

| **Study** *Publication* **(Subjects, n)** | **Mean years of follow-up** | **Type of therapy** | **Pattern of use** | **RR (95% CI)** | **Significant increase in risk** |
|---|---|---|---|---|---|
| **USC**[1] *J Natl Cancer Inst* (n=3,534*) | Case-Controlled | ERT | Average 46.3 months | 1.06 (0.97-1.15) | NO |
| | | HRT-CC | | 1.09 (0.88-1.35) | NO |
| | | HRT-Cy | | 1.38 (1.13-1.68) | YES |
| **BCDDP**[2] *JAMA* (n=46,355) | 10 | ERT | Ever | 1.1 (1.0-1.3) | NO |
| | | ERT | Recent† | 1.2 (1.0-1.4) | NO |
| | | HRT‡ | Ever | 1.3 (1.0-1.6) | NO |
| | | HRT‡ | Recent† | 1.4 (1.1-1.8) | YES |
| **IOWA**[3] *JAMA* (n=37,301) | 11 | ERT/HRT | <5 years | 1.07 (0.94-1.22) | NO |
| | | ERT/HRT | >5 years | 1.11 (0.92-1.35) | NO |
| **NHANES-1**[4] *Am J Prev Med* (n=5,761) | 13 | ERT/HRT | Ever | 0.80 (0.6-1.1) | NO |
| | | ERT/HRT | ≥10 years | 0.80 (0.5-1.3) | NO |

USC = University of Southern California, BCDDP = Breast Cancer Detection Demonstration Project, NHANES-1 = National Health and Nutrition Examination Survey, RR = relative risk, CI = confidence interval, HRT-CC = continuous combined regimen, HRT-Cy = cyclic combined regimen.

* 1,897 postmenopausal case subjects, 1,637 postmenopausal controls.
† Current use or use within the past 4 years.
‡ Too few cases used progestins for ≥15 days per month to provide estimates of risk for continuous combined regimens according to duration of use.

These 4 studies lead to the following conclusions:

- Most of the overall risks reported lack statistical significance
- The principal statistically significant increases, those concerning the long-term use of cyclic therapy, do not warrant a significant change in your current practice
- The risk data reported in these and other studies over the preceding 25 years are conflicting and inconclusive
- More studies, and especially prospective trials, are required. Such a trial, the Women's Health Initiative (funded by the National Institutes of Health) is currently under way

(continued)

What is the potential significance of these studies for your clinical practice? Consider the largest increase in relative risk reported in the USC study: a relative risk of 1.38 associated with a 5-year use of cyclic therapy. A 50-year-old woman has a 2.4% risk of developing breast cancer by age 60.[6] If her relative risk increased by 38%, to 1.38, her risk of developing breast cancer over a 5-year period would then increase to 3.3%. This is less than 1 additional diagnosis of breast cancer per 100 women.

Your patients, however, may not have all the information to put these new and complicated articles into perspective. They especially need to understand relative risk and how that differs from absolute risk, and then to apply these numbers to their everyday lives. Many women may be confused, if not frightened, by the recent media coverage. Therefore, those already on therapy and those considering it will need education and reassurance from you. ERT and HRT protect against osteoporosis and are associated with a reduced risk for developing heart disease.[7,8] Clearly, the most reassuring message is that these long-term benefits alone far outweigh the potential increased risks reported in the studies.

Your role is critical. As the American Association of Clinical Endocrinologists (AACE) concludes in its new Guidelines for Management of Menopause, your participation sets the foundation for therapeutic success.

> ". . . [T]he primary goal . . . should be to inform the patient as completely as possible about the benefits and risks of HRT. Although HRT is preventive medicine at its best, its use—like all issues in preventive medicine—is elective. Menopausal women will comply with HRT if they are confident in their decision, receive continued support and encouragement for adherence, and accept the potential adverse effects and risks as minor in comparison with the benefits."[9]
>
> —*AACE*, 1999

**Important Product Information**

ERT is indicated for the prevention and management of osteoporosis, the treatment of moderate to severe vasomotor symptoms associated with menopause, and the treatment of vulvar and vaginal atrophy.

HRT is indicated for women with an intact uterus for the prevention and management of osteoporosis, the treatment of moderate to severe vasomotor symptoms associated with menopause, and the treatment of vulvar and vaginal atrophy.

The use of unopposed estrogen in nonhysterectomized, postmenopausal women has been reported to increase the risk of endometrial carcinoma. Concomitant therapy with a progestin may significantly reduce this risk.

The most commonly reported side effects of ERT are alopecia, metrorrhagia, and headache, and of HRT are metrorrhagia, mastalgia, and alopecia.

(continued)

**Contraindications:** ERT/HRT should not be used under any of the following conditions or circumstances: 1. Known or suspected pregnancy (see ERT Boxed Warning). Estrogen or progestin may cause fetal harm when administered to a pregnant woman. 2. Known or suspected breast cancer. 3. Known or suspected estrogen-dependent neoplasia. 4. Undiagnosed abnormal genital bleeding. 5. Active thrombophlebitis or thromboembolic disorders. HRT should also not be used under any of the following conditions or circumstances: 1. For missed abortion or as a diagnostic test for pregnancy. 2. Stroke or past history of thrombophlebitis or thromboembolic disorders. 3. Liver dysfunction or disease.

ERT/HRT should not be used in patients hypersensitive to their ingredients.

Wyeth-Ayerst Laboratories is committed to providing you and your patients with the information needed to make the right health care decisions. If you need additional support in communicating important information to your patients, please talk to your local Wyeth-Ayerst Laboratories or Lederle sales representative, or call us at **1-800-934-5556**. As with most medical issues, a well-informed patient has a better chance of achieving therapeutic success.

Sincerely,

Philip J. de Vane, M.D.

**References:** **1.** Ross RK, Paganini-Hill A, Wan PC, et al. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. *J Natl Cancer Inst.* 2000:92;328-332. **2.** Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA.* 2000;283:485-491. **3.** Data on file, Wyeth-Ayerst Laboratories, Market Research, Physician Regimen Tracking, 1999. **4.** Gatspur SM, Morrow M, Sellers TA. Hormone replacement therapy and risk of breast cancer with a favorable histology. *JAMA* 1999:281;2091-2097. **5.** Lando JF, Heck KF, Brett KM. Hormone replacement therapy and breast cancer risk in a nationally representative cohort. *Am J Prev Med.* 1999:17;176-180. **6.** Feuer EJ, Wun LM, Boring CC, et al. The lifetime risk of developing breast cancer. *J Natl Cancer Inst.* 1993:85;892-897. **7.** Menopause and postmenopausal hormone therapy. In: Speroff L, Glass RH, Kase NG. *Clinical Gynecologic Endocrinology and Infertility.* 6th ed. Baltimore, Md: Williams & Wilkins; 1999:583-649. **8.** Grodstein F, Stampfer MJ, Manson JE, et al. Postmenopausal estrogen and progestin use and the risk of cardiovascular disease. *N Engl J Med.* 1996;335:453-461. **9.** AACE Medical guidelines for clinical practice for management of menopause. *Endocrine Practice.* 1999:5;355-366.

61370-00

# Studies Reporting Estimated Risk of Breast Cancer Associated with ERT/HRT




This chart summarizes the results of many epidemiologic studies evaluating the potential risk of breast cancer with estrogen or hormone replacement therapy. The squares (■) indicate the relative risk and the lines surrounding each square (-■-) represent the 95% confidence intervals reported in each study.

A statistically significant increased risk is one where the corresponding confidence-interval does not overlap 1.0.

06793-03