# EXHIBIT 52

NDA 20-527 February 22, 1999
Prempro/Premphase (conjugated estrogens/medroxyprogesterone) Tablets Wyeth-Ayerst

## MEMORANDUM OF MEETING

*Chairperson/Recorder:* Lisa L. Stockbridge, Ph.D.
Regulatory Reviewer
Division of Drug Marketing, Advertising and Communications (DDMAC)

*Participants:*
*FDA*
R. Temple, M.D. (Director, Office of Medical Policy, CDER)
N. Drezin, R.Ph., J.D. (Deputy Director, DDMAC, HFD-40)
T. Abrams, R. Ph. (Branch Chief, DDMAC, HFD-40)
L. Stockbridge, Ph.D. (Reviewer, DDMAC, HFD-40)
J. Peterson R.Ph., J.D. (Reviewer, DDMAC, HFD-40)
L. Rarick, M.D. (Director, DRUDP, HFD-580)
S. Slaughter, M.D. (Acting Team Leader, DRUDP, HFD-580)
T. Van Der Vlugt, M.D. (Medical Officer, DRUDP, HFD-580)
P. Price, M.D. (Medical Officer, DRUDP, HFD-580)

*Industry*
H. Marder, M.D. (Senior Vice President, Medical Affairs, Wyeth-Ayerst)
P. de Vane, M.D. (Vice President, Medical Affairs, Wyeth-Ayerst)
C. Richards, M.D. (Director Clinical Research and Development, Wyeth-Ayerst)
J. Derocher (Group Product Director, Women's Health Care Products, Wyeth-Ayerst)
M. Peskoe, Esq. (Assistant General Council, Regulatory Affairs, American Home Products)
J. Sonk, Ph.D. (Senior Director, U.S. Regulatory Affairs, Wyeth-Ayerst)
J. Phillips (Director, U.S. Regulatory Affairs, Wyeth-Ayerst)

*Purpose*: To re-evaluate lipid lowering claims in Prempro/Premphase promotional materials, and to examine promotional materials that combine drug products containing Premarin (conjugated estrogens).

*Background*:

The "HERS" data ("Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women," *JAMA* **280** (7): 605-613, 1998) has raised concern about claims regarding beneficial lipid changes that have been incorporated into promotional materials for Prempro and Premphase. Furthermore, this is an example of a difference among Premarin-containing products that becomes unclear in promotional materials that combine the "Premarin Family" of products.

Wyeth-Ayerst (Wyeth) was invited to meet with the DDMAC and DRUDP representatives in order to discuss the implications of this new information. Wyeth proposed the following statements to account for the HERS findings:

Confidential Pursuant to Confidentiality Order 

*Results of a medical study of women at low risk for cardiovascular disease showed that Prempro/Premphase lowered total cholesterol, increased HDL-C and decreased LDL-C when compared to baseline. The increase in HDL-C was significantly less for Prempro/Premphase than for Premarin alone, but decreases in LDL-C were comparable to Premarin alone.*

*A recent medical study compared continuous combined conjugated estrogens/progestin therapy to placebo in treating post-menopausal women (mean starting age 66.7 years) with established coronary artery disease (CHD). Nearly all of the patients also were taking CHD medication. During an average follow-up of 4.1 years, treatment with study medication did not reduce the overall rate of CHD events.*

The first proposed paragraph is taken directly from the current approved product labeling (PI) for Prempro/Premphase.

*Discussion*

- The meeting opened with a discussion of the "Premarin Family" advertisements. Wyeth explained that the Premarin Family logo train (Premarin Tablets, Premarin Vaginal Cream, Prempro 0.625mg/2.5mg Tablets, Prempro 0.625mg/5mg Tablets, Premphase) is designed to be used in professional materials as a means of letting physicians know which products contain Premarin. DDMAC and DRUDP noted that the Agency's concern is that the logo train makes the differences and distinctions of each of the products unclear. For example, these products have different indications and different associated risks.

- Wyeth presented various permutations of the logo train for consideration. While no final decision can be made on the acceptability of the proposed logo trains until they are incorporated into materials that can be reviewed as a whole, some constructive criticism was given to Wyeth. For example, the logo train might be revised to emphasize the idea that there is a choice to be made based on the particular patient and her needs. Also, a logo train that emphasizes one particular product (i.e., Premarin) would be misleading because it implies that the others are merely subcategories with the same benefits. Furthermore, the location of the logo train would affect its acceptability. Finally, it is not clear that even a revised logo train would be acceptable in direct-to-consumer materials due to the potential product confusion it may cause.

- Dr. de Vane presented an overall summary of the HERS study. HERS was a secondary prevention study that compared Prempro with placebo in an enriched patient population. There was no active control arm (Premarin). All patients had established CHD and most were being treated with one or more concomitant medications (i.e., aspirin, beta blockers, lipid lowering drugs, calcium channel blockers). The objective of HERS was to determine any alteration of risk for new cardiovascular events. Although data analysis continues, the overall result of the study thus far is "null" (i.e., it showed no adverse

changes in this patient population compared to placebo) for the first year. There was a decrease in LDL (14%), increase in HDL (8%), and increase in triglycerides (10%) when compared to placebo. While these numbers are consistent with the PI for Prempro/Premphase, a direct comparison cannot be made because the lipid values in the PI were in comparison to Premarin, not placebo, and because the study population was different (the original study population was younger and healthier).

- The Agency noted that HERS is the hormone replacement therapy (HRT) study that failed to demonstrate that the above lipid changes, described in the Prempro/Premphase labeling, were clinically meaningful regarding cardiovascular events. Furthermore, it should have been easier to demonstrate a beneficial effect in a secondary prevention study, and yet no positive effect was shown. It was also noted that HERS is specific to Prempro and may not necessarily be generalized to other estrogens. However, the study does raise doubt about the data available for Premarin.

- It was noted that the second proposed paragraph fails to identify Prempro as the drug product that failed to show a benefit in the "overall rate of CHD events." Whereas, the positive lipid claims in the first paragraph are attributed to Prempro/Premphase.

- With respect to promotion, Wyeth was reminded that Premarin, Prempro and Premphase are not lipid lowering drugs and should not be presented as such. Revision of the lipids section of the Prempro/Premphase PI is under consideration, and will be discussed once all the HERS data is submitted. Until further notice, promotional materials should not contain claims regarding lipid or cardiovascular benefits. With respect to the possibility of presenting lipid statements with "appropriate context," Wyeth may request the Agency's comments on any proposal.

*Action Items*

- As soon as the analysis of HERS is completed, DRUDP expects the submission of the final study report with the data and, possibly, a labeling supplement from Wyeth with proposed labeling changes for Prempro/Premphase. This will be expected within the next 6-12 months.

- Until the Agency has had the opportunity to review the study data and report, Wyeth will refrain from promoting lipid changes and/or cardiovascular benefits for Prempro/Premphase.

- Claims or statements that represent Premarin or Prempro/Premphase as an alternative lipid lowering agent would be misleading and in violation of the Federal Food, Drug, and Cosmetic Act.

- As currently proposed, the "Premarin Family" ads would require further revision before they could be considered acceptable. Wyeth has suspended the use of all "Premarin Family" ads. Wyeth may choose to submit other proposals to DDMAC for review.

- The proposed paragraphs appear inadequate. Wyeth may choose to propose other wording for DDMAC to review.

Lisa L. Stockbridge, Ph.D. 3/31/99

Thomas W. Abrams 3/31/99