# EXHIBIT 53

# 45

## Epidemiology Studies that show at least a doubling of the relative risk with E+P

| # | Author | Publication | | Relative Risk |
|---|---|---|---|---|
| | | | | |
| 1 | Schairer | 1994: Cancer causes Control | In situ | **2.3** |
| 2 | Persson | 1997: Int. J. Cancer | All breast cancer | **2.4** |
| 3 | Magnusson | 1999: Int. J. Cancer | All breast cancer | **2.43** |
| 4 | Gapstur | 1999: JAMA | Invasive with favorable histology All breast cancer | **4.42**<br>**2.65** |
| 5 | Schairer | 2000: JAMA | Ductal / Lobular (> 4 years)<br>All breast cancer | **2.5**<br>**2.0** |
| 6 | Li | 2000: Cancer | Lobular | **2.6** |
| 7 | Manjer | 2001: Int. J. Cancer | Tubular<br>Lobular<br>Stage 1 tumors | **4.81**<br>**4.38**<br>**2.33** |
| 8 | Ursin | 2002: J. Clin. Oncol. | Lobular | **2.15** |
| 9 | Chen | 2002: JAMA | Lobular | **3.91** |
| 10 | Kirsh | 2002: Cancer Causes Control | All breast cancer | **3.48** |
| 11 | Daling | 2002: Cancer | Lobular | **2.2** |
| 12 | Newcomb | 2002: Cancer Epi Biomarkers | Lobular | **2.1** |
| 13 | Jernstrom | 2003: Cancer Causes Control | All breast cancer<br>Hormone Receptor **POSITIVE** | **3.7**<br>**2.0** |

| # | Author | Publication | | Relative Risk |
|---|---|---|---|---|
| | | | | |
| 14 | Olsson | 2003: Cancer | All breast cancer | **4.6** |
| 15 | Newcomer | 2003: Cancer Causes Control | Lobular | **3.6** |
| 16 | Chlebowski | 2003: JAMA | All breast cancer | **3.56** |
| 17 | Li | 2003: JAMA | Lobular | **2.7** |
| 18 | Million Women's | 2003: Lancet | All breast cancer | **2.0** |
| 19 | Stahlberg | 2004: Int. J. Cancer | All breast cancer | **2.7** |
| 20 | Holmberg | 2004: Lancet | Hormone Receptor **POSITIVE**<br>All breast cancer | **4.8**<br>**3.5** |
| 21 | Tjonneland | 2004: Cancer | Lobular<br>Ductal<br>Hormone Receptor **POSITIVE** | **3.53**<br>**2.10**<br>**2.38** |
| 22 | Stahlberg | 2004: Br. J. Cancer | Hormone Receptor **POSITIVE**<br>Low malignancy grade<br>High malignancy grade | **3.29**<br>**4.13**<br>**2.17** |
| 23 | Chen | 2004: Cancer | Hormone Receptor **POSITIVE** | **2.05** |
| 24 | Bakken | 2004: Int. J. Cancer | All breast cancer | **3.2** |
| 25 | Hwang | 2005: Arch. Surg. | Hormone Receptor **POSITIVE** | **3.89** |
| 26 | Stahlberg | 2005: Int. J. Epidemiology | All breast cancer | **2.42** |

| # | Author | Publication | | Relative Risk |
|---|---|---|---|---|
| 27 | Rosenberg | 2006: Breast Cancer Research | Tubular<br>Lobular<br>Ductal | **6.5**<br>**5.6**<br>**2.3** |
| 28 | Lee | 2006: Int. J. Cancer | All breast cancer | **2.73** |
| 29 | Rosenberg | 2006: Cancer Epidemol Biomarkers & Prevention | **Hormone Positive** (after 5 yrs) | **3.0** |
| 30 | Li | 2006: Cancer Epidemiol Biomarkers Prev. | Mixed Ductal – Lobular<br>Tubular | **2.9**<br>**3.2** |
| 31 | Rosenberg | 2006: Arch Intern Med | All breast cancer (lean women) | **3.08** |
| 32 | Li | 2006: Cancer Causes Control | All breast cancer | **2.2** |
| 33 | Anderson | 2006: Maturitas | All breast cancer | **3.08** |
| 34 | Pentti | 2006: European J of Endocrin | Death from breast cancer | **2.62** |
| 35 | Reeves | 2006: Oncology The Lancet | Lobular<br>Mixed Ductal / Lobular<br>Tubular | **2.25**<br>**2.13**<br>**2.66** |
| 36 | Corrao | 2007: European Soc for Med Oncol | All breast cancer | **2.14** |
| 37 | Borgquist | 2007: Int. J. Cancer | All Breast Cancer<br>Ductal breast cancer<br>Lobular | **3.10**<br>**2.95**<br>**4.32** |

| # | Author | Publication | | Relative Risk |
|---|---|---|---|---|
| | | | | |
| 38 | Li | 2008: Cancer Epid Biomarkers | Lobular | **4.8** |
| 39 | Flesch-Janys | 2008: Intl.J.of Cancer | All invasive<br>Lobular<br>Tubular<br>Mixed Lobular- Ductal<br>In situ | **2.10**<br>**2.95**<br>**3.75**<br>**2.69**<br>**2.08** |
| 40 | Fournier | March 2008: J of Clinical Oncology | Lobular<br>ER + / PR - | **2.0**<br>**2.6** |
| 41 | Prentice | 2008: Am J. Epidemiology | All breast cancer (> 10 yrs) | **2.19** |
| 42 | Jick | 2009: Obstetrics & Gynecology | All breast cancer (> 4 yrs) | **3.10** |
| 43 | Calle | 2009:Cancer | Lobular | **2.12** |
| 44 | Slanger | 2009: Cancer Epi Biomarkers | Ductal Grade 1<br>Lobular Grade 1<br>Mixed Lobular-Ductal | **2.60**<br>**3.22**<br>**5.62** |
| 45 | Prentice | 2009: American J. of Epi | All breast cancer (2-4 yrs)<br>All breast cancer (>5 yrs) | **2.18**<br>**3.15** |