# EXHIBIT 54

**Premarin Publication Plan**
**Meeting Recap**
**June 23/30, 1998**

## I. Publication Plan Update

- Submission letter to *J Wom Health* by M. Curtis for "SERMs· A controversial approach for managing postmenopausal health" (MS/SERMs #1) was faxed to WA, 6/22/98.
- Final draft of "Practical strategies for the diagnosis and treatment of Alzheimer's disease in women" (MS/SERMs #2) has been sent to S. Birge for approval prior to submission. Copy of letter to Birge was faxed to WA, 7/1/98.
- L. Mosca has agreed to author "Therapeutic options for prevention of postmenopausal heart disease" (MS/SERMs #4 on grid) and has suggested *Int J Ob/Gyn* as a back-up. Comments by L. Mosca were faxed to WA, 6/25/98.
- DW will move forward on pharmacy CE monograph (MS/SERMs #5 on grid)—Jeff will forward it to the WA group associated with CEs. *J Am Pharm Assn* was suggested as target journal. DW will research alternative journals as back-up.
- The paper with Dr. T. Bush that is currently in progress, "Postmenopausal estrogens and breast cancer: a differing view", will replace the "Myths and misperceptions of the role of ERT in breast cancer" manuscript (MS/BC #3).
- DW will move forward on "Role of HRT in the management of type 2 diabetes" (MS/BB #1 on grid)—Jeff will look into potential author based on Phase IV studies.
- DW will move forward on "Impact of HRT on degenerative eye disorders" (MS/BB #2 on grid)—Jeff suggested Dr. Klein as potential author.
- DW will move forward on "Asthma and Menopause" (MS/BB #3 on grid) with a focus on the problems of older persons with asthma and potential influence of HRT—Jeff suggested Dr. Prenner as chair of advisory board meeting (see below). He may also serve as potential author of paper but this wasn't discussed
- DW will move forward on "Immune function and aging: What is the impact of HRT?" (MS/BB #4 on grid). Author not discussed.
- DW will move forward on "Targeting therapies for the promotion of healthy aging" (MS/AA #1 on grid). Author not discussed.
- The SERMs Advisory Board Summary will replace the "Current strategies for a long standing treatment" manuscript (MS/Rx #2).

Plaintiffs' Exhibit # 8155B