# EXHIBIT 55

*WYETH-AYERST* W *LABORATORIES*

*P.O. BOX 8299, PHILADELPHIA, PA 19101-1245 • (215) 341-2239*

*Division of American Home Products Corporation*

*REGULATORY AFFAIRS*

December 22, 1992

**Conjugated Estrogens and Medroxyprogesterone Acetate**
**NDA No. 20-303**

Solomon Sobel, M.D., Director
Division of Metabolism and Endocrine Drug Products (HFD-510)
Center for Drug Evaluation and Research
Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

Dear Dr. Sobel:

In accordance with 21 CFR § 314.50, we are submitting herewith a new drug application for Conjugated Estrogens and Medroxyprogesterone Acetate (MPA) Tablets.

Approval is being sought for the concomitant administration of conjugated estrogens (0.625 mg) and MPA (2.5 and 5.0 mg) tablets for the treatment of vasomotor symptoms, atrophic vaginitis and urethritis, and osteoporosis associated with menopause in women with intact uteri.

Conjugated estrogens (Premarin®) tablets have been available in the United States for the treatment of menopausal-related symptoms for fifty years and were shown to be effective for the prevention and treatment of estrogen deficiency-related osteoporosis during the 1980's. Medroxyprogesterone acetate tablets have been available in the U.S. for approximately 30 years.

Beginning in 1975, reports which provided the first epidemiologic quantification of the relationship of unopposed estrogen use and an increase in endometrial cancer were published. The recognized role of progestins in reducing the risk of endometrial hyperplasia and endometrial cancer resulted in the American College of Obstetricians and Gynecologists recommending the use of a progestin such as MPA in women with intact uteri during estrogen replacement therapy (ERT). Premarin and MPA has become the most widely prescribed combination for hormone replacement therapy, both in sequential and continuous combined regimens.

**Regulatory History**

In 1978, Ayerst Laboratories submitted a labeling supplement to provide for the concomitant use of Premarin and MPA tablets based on a review of the literature suggesting that the addition of MPA attenuates the incidence of endometrial hyperplasia. This was reviewed with the Fertility and Maternal Health Drugs Advisory Committee later that year who concluded that there was inadequate evidence establishing the purported beneficial effect of the addition of a progestin and recommended that further studies be conducted. In March 1983, Ayerst Laboratories submitted an IND (21,696) to conduct a clinical study (1.25 mg Premarin for 21 days / 10 mg MPA for 10 days) to collect endometrial biopsy data in support of concomitant use of the drugs. Inadequate enrollment (investigator and patient) eventually led to the premature termination of this study.

In March 1986, an NDA based on additional literature as well as the limited data collected from the above-referenced terminated study was submitted, but again found to be non-approvable after the Agency concluded that there was inadequate evidence to support the claimed indication of reduced incidence of endometrial hyperplasia.

## Clinical Development Program

In 1988, Wyeth-Ayerst had numerous teleconferences and meetings with the Division regarding the appropriate design of the clinical study supporting the current application which are described in more detail later in this application. These discussions focussed on the number of women and study sites to be included in the trial as well as concurrence that one study of this magnitude would be adequate to support approval. The agreed-upon study design involved the evaluation of four combination HRT regimens of Premarin and MPA as well as a Premarin-alone group as described below:

| Conjugated Estrogens | | MPA |
|---|---|---|
| 0.625 mg, days 1-28 | + | placebo, days 1-28 |
| 0.625 mg, days 1-28 | + | 2.5 mg, days 1-28 |
| 0.625 mg, days 1-28 | + | 5.0 mg, days 1-28 |
| 0.625 mg, days 1-28 | + | 5.0 mg, days 15-28 |
| 0.625 mg, days 1-28 | + | 10.0 mg, days 15-28 |

Additionally, these discussions reaffirmed the earlier agreement that the currently approved indications for Premarin alone, including osteoporosis, would be applicable to the combination since it was recognized that the addition of a progestin would not attenuate Premarin's beneficial effects.

It was acknowledged during these discussions that neither this study, nor any other similar clinical trial would likely resolve the issues related to breast cancer associated with either ERT or HRT that years of epidemiologic study have been unable to completely settle. It was for this reason, as well as the fact that both Premarin and MPA are currently available and widely used by prescribing physicians, that agreement was reached that an evaluation of breast cancer risk would not be a subject of evaluation in this program.

### Dosing

Wyeth-Ayerst and FDA also recognized the impracticality of conducting clinical studies with all conceivable doses and regimens of Premarin and MPA. Consequently, the 0.625 mg dose of Premarin was selected, in part, because it was the most commonly used dose and also because this dose has been recognized as the optimal dose for prevention of postmenopausal bone loss. Additionally, a reduction in the dose of Premarin could unfavorably impact the lipid and bleeding profiles. Regarding the dosing regimen, continuous dosing with Premarin was selected to minimize bleeding and to facilitate compliance.

During our April 24, 1992 and June 23, 1992 Pre-NDA meetings, concern was expressed regarding the use of continuous ERT in our clinical study, particularly with respect to chronic use such as for prevention of osteoporosis. Dr. Linda Golden indicated that it was her understanding that both the Lindsay and Genant studies demonstrated that a 21-day regimen of Premarin 0.625 mg was the lowest effective dose for protection of against postmenopausal bone loss. In follow-up to these discussions, we subsequently confirmed that the Lindsay and Genant studies utilized continuous dosing of Premarin and that the lower continuous doses that were studied were not as effective. A recent study by Castelo-Branco also demonstrated a greater increase in bone mineral content with continuous administration of Premarin (0.625 mg) versus cyclic (25 days) administration of Premarin at the same dose.

Regarding the question of whether the addition of MPA would allow for a reduction of the dose of Premarin, Gallagher et al reported that even with the addition of 10 mg MPA for 23 days per cycle to a 0.3 mg dose of Premarin also given for 23 days, the effect on total body bone mass is not as great as that seen with 0.6 mg of Premarin given alone for 23 days. Since the regimens proposed for approval contain less than 10 mg of MPA, it is not anticipated that MPA would contribute significantly to Premarin's effect on bone. Additionally, any reduction in the dose of Premarin may affect its beneficial lipoprotein and carbohydrate profiles, as well as bleeding profiles.

**Results**

Over 1700 postmenopausal women participated in the clinical study supporting this NDA. As agreed with FDA prior to initiation of the study, all endometrial biopsies were to be read by a single, qualified pathologist. To meet this objective, Professor J. D. Woodruff of Johns Hopkins University, a preeminent gynecological pathologist, reviewed and reported on all endometrial biopsies using criteria and terminology which have been well described in the medical literature and accepted by the medical community.

The results clearly demonstrated significant reductions in the incidence of endometrial hyperplasia in all Premarin/MPA groups as compared to treatment with Premarin alone. The incidence of hyperplasia was about one percent or less in all Premarin/MPA groups. There were no statistically significant differences between any of the Premarin/MPA groups.

The direction of change in lipid parameters was essentially the same for Premarin/MPA and for Premarin alone. Although all groups demonstrated increases in HDL-cholesterol, the increase with Premarin-alone was greater than with either of the Premarin/MPA groups. The increases over the respective baseline were statistically significant in all groups except the Premarin 0.625 mg/MPA 10 mg group. Similarly, $HDL_2$-cholesterol was significantly increased in all groups although, a greater increase was seen with Premarin alone. Regarding LDL-cholesterol, all treatment groups showed significant reductions again with the greatest change occurring with Premarin alone. As expected, all groups demonstrated significant increases in triglycerides; Premarin-alone produced a significantly greater increase than the combination groups.

Evaluation of vasomotor symptoms demonstrated that, at baseline, the percentage of cycles with daytime and nocturnal hot flashes/flushes and daytime and nocturnal sweats were similar in all treatment groups. Subsequently, the incidence of these menopausal symptoms decreased in all treatment groups. Improvement in symptoms tended to be greater in the Premarin/MPA groups than in the Premarin-alone group, although these differences were not statistically significant.

As expected, women assigned to the continuous combined regimens had significantly more amenorrhea than women taking the sequential regimens. The incidence of amenorrhea was higher in the Premarin 0.625 mg/MPA 5.0 mg continuous combined regimen than the Premarin 0.625 mg/MPA 2.5 mg continuous regimen. The incidence of amenorrhea in the Premarin 0.625 mg/MPA 5.0 mg continuous combined group approximated that seen with Premarin alone. Neither sequential regimen had an advantage over the other regarding the incidence of withdrawal bleeding/spotting. Also, as expected, the continuous combined regimens had more irregular bleeding/spotting than the sequential regimens. Although the Premarin 0.625 mg/MPA 10 mg sequential regimen did not show an advantage over the Premarin 0.625 mg/MPA 5.0 mg sequential regimen, the Premarin 0.625/MPA 5.0 mg continuous combined regimen had less irregular bleeding/spotting than the Premarin 0.625 mg/MPA 2.5 mg continuous combined regimen.

The results of this large multicenter prospective double-blind randomized clinical trial clearly demonstrate the effectiveness of the addition of MPA to a regimen of Premarin in reducing the incidence of endometrial hyperplasia, in both continuous combined and sequential regimens. The combinations studied had safety profiles similar to that of Premarin alone, yet maintained much of the favorable lipoprotein benefits of Premarin alone.

Although four combination dosing regimens were studied, approval is being sought for only the two continuous combined and the lower dose sequential dosing regimens as shown below.

| Conjugated Estrogens | | MPA |
|---|---|---|
| 0.625 mg, days 1-28 | + | 2.5 mg, days 1-28 |
| 0.625 mg, days 1-28 | + | 5.0 mg, days 1-28 |
| 0.625 mg, days 1-28 | + | 5.0 mg, days 15-28 |

Although all four regimens demonstrated significant reductions in the incidence of endometrial hyperplasia when compared to Premarin alone, the higher (10 mg) MPA sequential regimen offered little advantage over the lower (5.0 mg) MPA sequential regimen. The 5.0 mg MPA continuous combined regimen did demonstrate significantly less irregular bleeding and a significantly higher incidence of amenorrhea compared with the 2.5 mg MPA continuous combined regimen. Additionally, since continuous combined regimens may not produce amenorrhea in all patients, the option of a sequential regimen should be provided. These three regimens, along with Premarin alone, will allow significant flexibility to the practicing physician in selecting therapy most appropriate for the individual patient.

## Chemistry Issues

The conjugated estrogens utilized in the pivotal clinical trial supporting this application is Premarin® (without talc triturate; supplement pending), a complex mixture of 10 conjugated (sulfated) estrogens extracted from the urine of pregnant mares. The progestin utilized in this study was medroxyprogesterone acetate, an orally active synthetic progestational agent and a derivative of progesterone, supplied as Cycrin tablets.

Both Premarin and Cycrin tablets are approved; therefore, significant reference to the approved drug applications is made within the Chemistry Section of this NDA.

Although a new molecular entity is not presented in this NDA and Wyeth-Ayerst does not anticipate that the availability of Premarin and Cycrin in one package will increase the use of either of these two compounds or the environmental burden from such use, for completeness, an Environmental Assessment has been provided in this NDA.

**Biopharmaceutical Issues**

This application provides information to support approval for the packaging (blister) together of separate tablets of conjugated estrogens and MPA. Wyeth-Ayerst is attempting to formulate a single tablet containing these two compounds. In response to a proposed bioequivalency protocol submitted to FDA for comment, the Biopharmaceutical Division requested that a conjugated estrogens and MPA interaction study be conducted as well. Since this potential interaction could occur independent of whether the drugs are administered as a single combination tablet or two separate tablets taken together, the results of this study, which demonstrate that no interaction occurs, is included in this application.

We have initiated several pharmacokinetic studies in our efforts to develop a bioequivalent combination tablet. Should these efforts be successful, we will submit this information to the Agency for review. If the required information to support combination tablets are available prior to approval of the NDA, we propose to discuss with you the possibility of amending this application. In any event, all safety information related to these pharmacokinetic studies will be included in our Safety Update, the timing of which will be discussed with you once you have determined that our NDA can be filed.

**Preclinical Issues**

Several meetings and teleconferences were held with FDA in 1988 and 1989 to define any additional preclinical studies that would be necessary to support this application. It was concluded that a two-year rat carcinogenicity study with oral MPA would be required and the doses were selected with FDA based on toxicokinetic and dose-range finding studies. The results of this study are provided herewith. An IND Safety Report was filed on August 5, 1992 when we unexpectedly found an apparent dose-related increase in the incidence of pancreatic islet cell hyperplasia and neoplasia in this two-year rat study. We believe this finding to be unique to rats given the sensitivity of their endocrine system to hormone imbalances. A discussion of these findings are presented in the Application Summary contained in this volume as well as in the Preclinical Section.

**NDA Organization**

This volume (1.1) includes a Detailed Table of Contents, or Index (Item 1), as well as the Application Summary (Item 2). In addition, a Preface is included which describes nomenclature and abbreviations as well as an overview of the organization of the application. Also included in Volume 1.1 is a Table of Studies which presents a description of all preclinical and clinical studies along with the location of their reports in the application, patent information (Item 13), and a Certification Statement required by the Generic Drugs Enforcement Act of 1992 regarding individuals that have been "debarred". A separate smaller table in which a listing of these reports are sorted by their respective number is also provided to serve as an additional location guide.

Confidential Pursuant to Confidentiality Order

The NDA is organized as follows:

| Item # | Description | Volumes |
|---|---|---|
| 1 | Index | 1.1 |
| 2 | Summary | 1.1 |
| 3 | Chemistry, Manufacturing and Controls | 1.2 - 1.3 |
| 4 | Draft Labeling | 1.4 |
| 5 | Nonclinical Pharmacology and Toxicology | 1.5 - 1.21 |
| 6 | Human Pharmacokinetics and Bioavailability | 1.22 - 1.28 |
| 8 | Clinical | 1.29 - 1.57 |
| 10 | Statistical | 1.58 - 1.77 |
| 11 | Case Report Tabulation | 1.78 - 1.166 |
| 12 | Case Report Forms | 1.167 - 1.174 |
| 13 | Patent Information | 1.1 |
| 15 | Generic Drugs Enforcement Act 1992: Certification Statement | 1.1 |

Please contact the undersigned at (215) 341-5575 or our representative Ms. JoAnne Bissinger at (215) 341-2232 if their are any questions regarding this application.

Sincerely,

WYETH-AYERST LABORATORIES

Stephen B. Sasson, Ph.D.
Director, Regulatory Affairs

SS:prempa.ltr