# EXHIBIT 56

INTERNAL CORRESPONDENCE
U.S. REGULATORY AFFAIRS

WYETH AYERST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| to | Distribution | | | from | JoAnne M. Bissinger | | |
| company | W-AR | located | Various | company | W-AR | located | 145/C-2 |
| subject | Premarin/MPA Separate Tablets<br>NDA No. 20-303<br>Medical Officer's Review (MOR) | | | date | February 16, 1995 | | |

**Distribution**

| | | | |
|---|---|---|---|
| Ms. J. Barton* | Dr. M. Deitch | Dr. R. Levy | Dr. H. Rofsky |
| Mr. J. Bathish* | Dr. R. Doyle | Mr. N. Marmontello* | Dr. S. Sasson |
| Ms. D. Bissett | Dr. M. Gast | Mr. J. Morrison | Dr. B. Schneider |
| Mr. D. Bitz* | Mr. F. Henry | Dr. A. Negro-Vilar | Mr. C. Smith Cox |
| Mr. J. Buchalter | Dr. R. Klein | Dr. J. Pickar* | Mr. J. Victoria* |
| Ms. S. Connor | Dr. V. Korba | Dr. J. Pittelli* | |
| Dr. V. DeVries* | Mr. M. Krieg | Dr. V. Ragavan | |

Attached is a copy of the Medical Officer's Review for the Premarin/MPA Separate Tablets NDA (#20-303). This review which was prepared by Linda Golden, MD, is a comprehensive evaluation of the contents of the NDA. Pertinent sections are as follows:

**Breast Cancer** (pp. 6-7)
An extensive review of the relative risk of breast cancer is given which supports FDA's relative risk range of 1.3 - 2.0.

**Lipid Metabolism** (pp. 39-43)
Overall analyses of baseline values showed no significant difference among treatment groups for all parameters measured.

**Amenorrhea** (pp. 31-33)
Defines our analysis of cycles 7 through 13 as "flawed" since the original ground rule for bleeding after biopsy was changed (i.e. 6 day window vs. the 2 day window originally proposed).

For your convenience I am also providing the location of the following:

**PEPI Trial** (pp. 7-9)
Summarizes data from the PEPI trial.

**Conclusions Regarding Efficacy Data** (p. 45)

**Overall Efficacy** (pp. 47-48)

**Conclusion** (pp. 64-66)

**Recommendations** (pp. 66-67)

* Letter only-Review previously provided

JMB/lm:259

Confidential Pursuant to Confidentiality Order

DEC 30 1994

# Medical Officer's Review of Original and Resubmitted NDA Submissions

| | | | |
|---|---|---|---|
| NDA # | 20 303 | Original submission date: | 12/22/92 |
| MOR # | 2 | Resubmission date: | [illegible] |
| Sponsor: | Wyeth Ayerst Laboratories | Date Review completed: | 12/29/94 |

1. *General Information*

Name of drug

Generic names: Conjugated estrogens (Estrone sulfate and Equilin sulfate) and Medroxyprogesterone acetate (MPA)

Proposed trade names: PREMPRO[R] [continuous combined regimen (Regimens "A" and "B"): daily Premarin[R] conjugated estrogens and Cycrin[R] MPA]

PREMPHASE[R] [continuous sequential regimen (Regimen "C"): daily Premarin[R] with MPA days 15-28 of each 28 day cycle]

Chemical names and structures:

3-Hydroxyestra-1,3,5(10)-trien-17-one 3-sulfate (Estrone sulfate)



3-Hydroxyestra-1,3,5(10),7-tetraen-17-one 3-sulfate (Equilin sulfate)



(6-α)-17-Hydroxy-6-methylpregn-4-ene-3,20-dione 17-acetate (MPA)



Pharmacologic Category: Fixed combination oral estrogen and oral progestin

Proposed Indications: In women with an intact uterus:

1. Treatment of moderate to severe vasomotor symptoms associated with the menopause.
2. Treatment of vulvar and vaginal atrophy.
3. Prevention of osteoporosis.

Dosage Form and Route of Administration:

Separate oral tablets of Premarin[R] and Cycrin[R] in combined blister packaging:

Premarin 0.625 mg/Cycrin 2.5 mg for concomitant daily administration (Regimen "A");
Premarin 0.625 mg/Cycrin 5.0 mg for concomitant daily administration (Regimen "B");
Premarin 0.625 mg for daily administration/Cycrin 5.0 mg for concomitant administration days 15-28 of each 28 day cycle (Regimen "C").

NDA Drug Classification: 4S

Related Drugs:

Conjugated estrogens (vaginal cream; injectable); Esterified estrogens (oral); Estrone (injectable); Estropipate (oral, vaginal cream); 17β-Estradiol (micronized oral, transdermal; vaginal cream; injectable); Ethinyl estradiol (oral); Progesterone (injectable and contraceptive IUD); Hydroxyprogesterone caproate (injectable); Medroxyprogesterone acetate (oral, injectable). [Unapproved progestins: Progesterone (micronized oral), Dydrogesterone (oral).]

Related Reviews: Statistical Review dated 12/23/94; Biopharm Review dated 12/23/94; Memo of Consultation from Dr. B.V. Stadel, Epidemiologist, dated 12/29/94

2. *Table of Contents*


| Section of Medical Review | Page |
|---|---|
| *Chemistry/Manufacturing Controls* | 3 |
| *Animal Pharmacology/Toxicology* | 4 |
| *Clinical Background* | 4 |
| Relevant human experience | 6 |
| Important information from related IND's and NDA's. | 7 |
| Foreign experience | 10 |
| Human Pharmacology, pharmacokinetics, pharmacodynamics | 10 |
| Other relevant background information | 11 |
| Directions for Use | 12 |
| *Description of Clinical Data Sources* | 13 |
| *Clinical Studies* | 14 |
| Indications | 14 |
| Reviewer's Trial # 1: Sponsor's protocol # 713B-300,301 | 14 |
| Protocol | 15 |
| Endpoints | 17 |
| Statistical considerations including plan for analysis | 18 |
| Efficacy endpoint outcomes: | 21 |
| Safety outcomes: | 35 |
| Conclusions regarding Efficacy Data | 45 |
| Reviewer's Trial # 2: Sponsor's protocol # 84-915-MD, 84-930-MD 82-028-MD, 84-903-MD | 46 |
| *Overview of Efficacy* | 47 |
| *Overview of Safety* | 48 |
| Significant/Potentially Significant Events | 49 |
| Deaths | 49 |
| Other Significant/Potentially Significant Events | 50 |
| Overdose Experience | 50 |
| Other Safety Findings | 50 |
| ADR Incidence Tables | 51 |
| Laboratory Findings, Vital Signs, EKGs | 51 |
| Special Studies | 51 |
| Drug-Demographic Interactions | 52 |
| Drug-Disease Interactions | 52 |
| Drug-Drug Interactions | 52 |
| Withdrawal Phenomena/Abuse Potential | 53 |
| Human Reproduction Data | 53 |
| *Labeling Review* | 53 |
| *Conclusions* | 64 |
| *Recommendations* | 66 |
| *REFERENCES* | 68 |
| *FEDERAL REGISTER NOTICES CITED* | 71 |

3. *Material Reviewed*

Volume 1.1 (Application Summary and Index; Refusal to file action letter, February 19, 1993);
Volumes 1.29-1.57 (Clinical section of original submission);
Volumes 1.78-1.166 (Case Report Tabulations) and 1.167-1.174 (Case Report Forms);
Volume 1.1A (Sponsor's response to Refusal to file letter, March 11 and September 27, 1993);
Volume 2.1 (Amendment 1: Resubmission: Table of Contents, December 30, 1993);
Volumes 2.46-2.58 (Case Report Tabulations)
Volume 3.1 (Sponsor's pre-meeting package with protocol synopsis: "A Prospective, Double-Blind, Randomized Study of Safety/Efficacy of Premarin/MPA in Postmenopausal Women", January 13, 1994;
Replacement disks for virus-infected Biopharm data disks, January 24, 1994;
Minutes of February 14, 1994, 45-day meeting of Resubmission;
Sponsor's response to DMEDP request for re-reading of endometrial biopsies, 3/29/94;
Sponsor's request for clearance of trade names, May 16, 1994, amended June 10, 1994;
Letter to sponsor confirming revised request for re-reading of 10% sample of endometrial biopsies, July 11, 1994);
Volume 5.1 (Amendment 3: Report Comparing Endometrial Biopsy Results of Two Independent Pathologists: Wyeth Ayerst Study 713B-300, -301, August 10, 1994);
Volume 7.1 (Amendment 4: Application Summary and Revised Labeling Text, September 30, 1994);
Volume 8.1 (Additional Case Report Forms, October 24, 1994);
Volume 9.1 (Amendment 5: Safety Update Report, November 29, 1994);
Amendment 6: Response to FDA Requests: Clinical, November 30, 1994);
(Amendment 8: Response to FDA Requests: Clinical, December 15, 1994).

4. *Chemistry/Manufacturing Controls*

Please refer to the Chemistry Review. The following chemistry issues are noteworthy:

The Premarin® tablet formulation studied in the pivotal clinical trial differs from marketed Premarin® by removal of talc triturate and rubidium bromide from its core. Because of this formulation change, the extended release characteristics of the Premarin tablet (related to both core and coating composition), and the extensive clinical usage of this drug, the sponsor was required to submit in-vivo bioequivalence data to demonstrate that the new and currently marketed formulations are bioequivalent (see Biopharm Review).

The proposed labeling of the blister card packaging for PREMPHASE® is unacceptable because the print size on "Card 2" containing the "Directions for Use" is too small to be adequately legible by the elderly target population for this drug. The sponsor believes this is a short term problem based on their recent submission of NDA #20-527 (filing date 1/17/95) for combination tablets containing both Premarin/MPA. If approval is received for NDA #20-527, the sponsor proposes as a permanent solution to replace the separate Premarin® and Cycrin® tablets in NDA #20-303 with combination tablets containing both Premarin and MPA; since the combination tablets take up less

space than the 2 tablets now packaged together, more space would be available on the blister card for larger printed "Directions for Use". As an interim solution, they propose to include duplicate "Directions for Use" in large print on the outside of the box holding the blister cards. In response to this reviewer's request, they have agreed to include additional notations on the box stating "Save Box for Directions for Use" (to the patient) and "Place Prescription Label Here" (to alert the pharmacist not to occlude the "Directions for Use" with the Rx label). This solution is acceptable provided the sponsor also agrees to correct the print size directly on the blister cards (either by replacing the separate Premarin and MPA tablets with a combination tablet or by modifying the blister card configuration to accommodate all tablets with legible "Directions for Use") within one calendar year following approval of NDA #20-303.

5. *Animal Pharmacology/Toxicology*

Please refer to the Pharmacology Review. MPA was reported *carcinogenic by the oral route in rats* in a 2-year oral carcinogenicity study of Cycrin[R] MPA, conducted by the sponsor in support of this NDA (refer to Statistical Review and Consultation dated 7/15/94, appended to Pharmacology review #001, confirming the sponsor's finding). Treated rats developed islet cell hyperplasia, adenomas, and carcinomas in a dose-dependent manner, some with liver metastases, at doses approximately 25 times the human dose of 10 mg/day. Immunohistochemical studies of the proliferative pancreatic islets showed staining similar to normal islets, primarily for insulin with some variable staining for glucagon and somatostatin. Plasma glucose levels were decreased in the rats treated with MPA but circulating insulin levels were not determined. The sponsor "believe[s] this finding to be unique to rats given the sensitivity of their endocrine system to hormone imbalance" (NDA vol 1.1, p 264). They suggest that the pancreatic tumors were due to high MPA levels cross-reacting with glucocorticoid receptors to provoke hyperglycemia, which overstimulated the pancreatic islets to overgrow and transform. If this hypothesis is potentially applicable to human physiology, it emphasizes the importance of minimizing MPA dosage levels to maximize the safety of chronic administration to women. However, this reviewer is aware of no conclusive clinical evidence linking glucose intolerance or insulin deficiency diabetes mellitus as a risk factor to the development of islet cell tumors or pancreatic carcinoma in humans (Warshaw, 1992).

6. ***Clinical Background***

<u>PREMARIN TABLETS:</u> In 1942, NDA #4-782 for Premarin[R] Conjugated Estrogens Tablets became effective based on a satisfactory safety review, under the original Food, Drug, and Cosmetic Act of 1938 (the Act).

In 1972, following a post-marketing efficacy review by the National Academy of Sciences National Research Council (NAS-NRC) under the Drug Efficacy Study (DESI), FDA initially classified certain estrogens including Premarin[R] Tablets as "effective" for a number of symptomatic indications and "probably effective" in selected cases of osteoporosis (DESI 1543; 37 FR 14826-9, July 25, 1972). A follow-up notice (DESI 1543; 41 FR 43114, September 29, 1976) defined the

conditions for marketing estrogens for their effective indications, reclassified all less-than-effective indications as "lacking substantial evidence of effectiveness", and published labeling requirements for the effective indications (as amended October 29, 1976; 41 FR 47573-8):

> Moderate to severe vasomotor symptoms associated with the menopause
> (There is no evidence that estrogens are effective for nervous symptoms or depression which might occur during menopause and they should not be used to treat these conditions).
> Female hypogonadism; Female castration; Primary ovarian failure.
> Atrophic vaginitis, kraurosis vulvae.
> Postpartum breast engorgement...
> Prostatic carcinoma – palliative therapy of advanced disease.
> Breast cancer (for palliation only) in appropriately selected women and men with metastatic disease.

The notice specifically excepted Premarin Tablets labeled for osteoporosis from reclassification as "lacking substantial evidence of effectiveness", stating that only Ayerst Laboratories had submitted data to support upgrading the indication to "effective" but that Ayerst's submission was found not to provide substantial evidence of Premarin's effectiveness, and that a future notice would specifically explain this conclusion. This action allowed Premarin Tablets to carry the "probably effective" indication for osteoporosis.

In 1986, based on the recommendations of two advisory committees (Endocrine and Metabolism, February 18, 1977; Obstetrics and Gynecology, July 28, 1977) and additional published literature, including clinical dose-ranging data using bone mineral density endpoints (Lindsay, 1984; Genant, 1982), non-contraceptive estrogens were reclassified as "effective" for the treatment of osteoporosis, including Premarin[R] Tablets (DESI 1543; 51 FR 12568, April 11, 1986).

In 1990, formal guideline texts were revoked for estrogen drug product professional and patient labeling, and replaced by informal labeling guidance texts (55 FR 18761, May 4, 1990). The availability of the most recently revised Labeling Guidance for Estrogen Drug Products Physician Labeling and Patient Package Insert (1992) was announced on June 28, 1994 (59 FR 33300).

<u>CYCRIN TABLETS</u>: In 1959, NDA #11-839 for Provera[R] Medroxyprogesterone Acetate (MPA) Tablets, sponsored by The Upjohn Company, became effective based on a satisfactory safety review. Following the DESI efficacy review, FDA classified Provera Tablets as "effective" for two indications:

> Secondary amenorrhea.
> Abnormal uterine bleeding in the absence of organic pathology, such as submucous fibroids or uterine cancer.

In 1977, labeling directed to the patient was required for all prescription estrogen and progestational drug products for human use, and guideline texts for professional and patient labeling were published (42 FR 37636 through 37648, July 22, 1977), and later revised (54 FR 1243, January 12, 1989).

On October 30, 1992, ANDA's #81-239 and #81-240 were approved for Cycrin[R] MPA Tablets 2.5 mg and 5.0 mg, respectively, sponsored by Wyeth-Ayerst Laboratories, as generic versions of Upjohn's Provera[R] Tablets, under the Waxman-Hatch Amendments to the Act.

To date, FDA has not approved any progestin drug product, including Provera[R] and Cycrin[R], for indicated usage in postmenopausal women. Based on accumulating epidemiologic evidence, oral MPA has been increasingly prescribed "off-label" with estrogen replacement therapy (ERT) as hormone replacement therapy (HRT) to postmenopausal women with a uterus to prevent endometrial cancer. The Fertility and Maternal Health Drugs Advisory Committee discussed this subject on February 10, 1984, and April 27, 1984, and concluded that the data were inadequate to determine the risks of concomitant progestin use with ERT. It revisited the issue on February 2, 1990, and June 20-21, 1991, and concluded: (1) that the addition of a progestin to ERT for more than 10 days each cycle greatly reduces the risk of endometrial cancer and does not reduce the protective estrogen effect on bone density; and (2) that due to the relative recency of HRT use, insufficient data were available to determine the effect of added progestins on either the risk of breast cancer or the possible cardioprotective effects associated with ERT.

### 6.1 Relevant human experience

Since the mid-1970's, observational data have consistently documented a direct relationship between unopposed ERT and increased risk of endometrial cancer, with the strength of association dependent upon dosage and duration of estrogen exposure (Ziel, 1975; Shapiro, 1985). In the 1980's, an inverse relationship was suggested between concomitant progestin use with ERT and the risk of endometrial hyperplasia, a possible precursor of endometrial cancer (Gelfand MM, 1989). The strength of this association appeared more dependent upon the monthly duration of progestin exposure than upon progestin dosage, with at least 10 days of treatment per month correlated with optimal endometrial outcomes. In the 1990's, observational data have begun to emerge reporting a reduction in endometrial cancer risk with HRT (Persson, 1989; Voigt, 1991), but the optimal progestin, its dosage, and regimen that would maximize this benefit while minimizing attendant risks remained to be determined..

Meanwhile, emerging reports in the 1980's suggested a direct relationship between ERT and increased risk of breast cancer (Hoover, 1976; Brinton, 1986), especially in long term users. Meta analyses of these observational findings failed to settle the controversy over this question (Dupont, 1991; Steinberg, 1991; Sillero-Arenas, 1992; Grady, 1992; Colditz, 1993), while observational data on prolonged estrogen usage continued to accrue (Yang, 1992; Risch, 1994). Because of the relative recency of HRT usage in the U.S., most published relative risk (RR) estimates of breast cancer and menopausal hormone use have continued to apply primarily to ERT usage, reporting overall RR's of 1.2 to 1.5 for usage of 3-5 years, and RR estimates of up to 2.0 for very prolonged usage (10-15 years or more).

In contrast to the protective effect of added progestins on the endometrium, recently reported RR estimates for HRT and breast cancer suggest that concomitant progestins do not reduce and may exacerbate the risk of breast cancer associated with ERT (Bergkvist, N Engl J Med 1989; Ewertz, 1988; Colditz, 1992; Colditz, 1993), without necessarily increasing breast cancer mortality (Bergkvist, Am J Epidemiol 1989; Yuen, 1993). Breast cancer is a major public health problem in the United States: the average American woman currently faces an approximately 1 in 10 total lifetime risk of developing breast cancer, with the vast majority of cases occurring after menopause. Thus, in the postmenopausal population, even small increments in the relative risk of breast cancer have great public health significance. Because of the long latency between exposure to promotional agents and detection of clinical tumors, however, prospective studies take many years to conduct and require extremely large sample sizes to ensure statistically meaningful treatment group comparisons. Since many more years are still needed before the relationship between HRT and breast cancer can be definitively determined, the public health impact of this safety concern increases with the growing popularity of HRT usage by a rapidly expanding population of perimenopausal "baby boom" women. As such, the true effect of HRT on breast cancer incidence and mortality must be considered the single most important safety issue concerning this class of drugs.

Although recent observational data strongly suggest that ERT reduces cardiovascular (especially coronary heart disease) morbidity and mortality (Bush, 1987; Stampfer, 1991), obvious selection bias permeates this literature, with treated women consistently slimmer, healthier, and less likely to have diabetes mellitus than untreated women. Unbiased data on the cardiovascular effects of ERT and HRT are expected to become available within the next 5-15 years from the ongoing NIH-sponsored Randomized Clinical Trial of the Women's Health Initiative (WHI/RCT: a primary/secondary prevention trial, see section 6.2 below) and the Wyeth-Ayerst-sponsored Heart and Estrogen Replacement Study (HERS: a secondary prevention trial, see section 6.2 below). Although the WHI/RCT is adequately designed to definitively answer the ERT/HRT cardiovascular question (i.e., whether drug efficacy or selection bias account for observed risk reduction), it is doubtful that even the WHI/RCT has sufficient statistical power to clearly define the relationship between HRT and breast cancer.

## 6.2 Important information from related IND's and NDA's.

IND /

The Postmenopausal Estrogen and Progestin Interventions (PEPI) trial is a recently completed, NIH-sponsored, 3-year, 7-center, randomized, placebo-controlled, parallel trial of the effects of continuous and sequential treatment with Premarin® with/without Cycrin® MPA or micronized progesterone on coronary heart disease risk factors in 875 healthy postmenopausal women, ages 45-64. Subjects were stratified by hysterectomy status and clinical center, and randomly assigned to one of 5 treatment groups: Placebo; Premarin 0.625 mg po QD alone;

Premarin 0.625 mg po QD combined with oral MPA (either continuously at 2.5 mg/day or sequentially at 10 mg/day for 12 days each month); Premarin 0.625 mg po QD combined sequentially with oral micronized progesterone 200 mg po QD for 12 days each month. Exclusion criteria included labeled contraindications, prior TIA, stroke or congestive heart failure, myocardial infarction within 6 months, severe menopausal symptoms, body mass index (BMI) > 40 kg/m², "very high" LDL levels, triglycerides > 500 mg/dl, blood pressure (BP) > 160 mmHg systolic or 95 mmHg diastolic, fasting plasma glucose > 140 mg/dl, or abnormal TSH by highly sensitive assay. The 4 primary study endpoints were HDL cholesterol (a measure of lipid metabolism), systolic blood pressure, fibrinogen (a measure of hemostasis), and 2-hour post-challenge insulin (a measure of carbohydrate metabolism). Safety endpoints included malignant neoplasms, heart disease, thromboembolism, gallbladder disease, and endometrial hyperplasia.

Preliminary results, as presented by Dr. Elizabeth Barrett-Connor at the American Heart Association Meeting in Dallas, TX, on November 17, 1994: 97% of enrolled women (a third of whom were hysterectomized) completed the 36-month study, with compliance (defined as taking over 80% of prescribed pills) rates of 80% for hysterectomized subjects and 75% for non-hysterectomized subjects. "No excess" of endometrial cancer, breast cancer, or other malignant neoplasms was observed in any treatment group. No obvious differences in heart disease, thromboembolic events, or gallbladder disease were noted by treatment group, despite 6 observed thromboembolic events during the study: 2 superficial thrombophlebitis, 2 deep vein thrombosis, 2 pulmonary emboli. A striking difference in incidence of "adenomatous or atypical" endometrial hyperplasia was noted, with "almost a third of the women who had a uterus in PEPI...not able to be on the unopposed estrogen arm by the end of the study", and "a small but significant excess of hysterectomies in the women on unopposed estrogen, most of [which]...were not medically necessary, but at that point, that is what the women selected to do." (Subjects with hyperplasia were withdrawn, per protocol, from unopposed estrogen and referred for treatment.) (Transcript of PEPI Presentation, AHA Meeting, Dallas, TX, 1994). The largest number of dropouts was from the placebo group, with most dropping out "fairly early in the trial", reportedly due to menopausal symptoms for which they sought estrogen treatment.

In intent-to-treat efficacy analyses with Bonferroni adjustment for multiple comparisons," results were unchanged on repeat analysis with stratification by hysterectomy status. HDL levels increased in all active treatment groups as compared with placebo-treated women. Separate comparisons between treatment groups showed unopposed Premarin or Premarin/micronized progesterone "caused a significantly greater elevation in HDL cholesterol than either of the estrogen/MPA regimens". All treatments caused a similar, striking, and sustained reduction in LDL cholesterol within 6 months of treatment, while the placebo group showed a much smaller fall in LDL at the beginning of therapy which leveled out to "a modest overall increase"; thus, a consistently significant difference in LDL reduction was noted in all active treatment arms compared to placebo, with a 14-16 mg/dl lower LDL level in women on every active treatment, compared to the placebo-treated women. Triglycerides increased by 12-13 mg/dl equally in all active treatment groups, which was significantly different from the placebo group. Systolic and diastolic BP increased in all groups, including the placebo group, with no statistically significant differences between groups. Fibrinogen increased cumulatively overall in the placebo group.

while remaining unchanged in the other treatment groups. Insulin levels rose slightly in the first year in some groups but were all at the same level by the end of the study; 2-hour post-challenge glucose levels fell in the placebo group, were relatively unchanged in the unopposed Premarin and Premarin/micronized progesterone groups, and rose significantly in the Premarin/MPA combination groups, with the increase significantly different from placebo only in the women receiving Premarin/MPA. All women gained weight during the study, without regard to treatment group assignment.

IND

The Women's Health Initiative/Randomized Clinical Trial (WHI/RCT) is an NIH-sponsored, 9-year, 45-center, placebo-controlled trial of the effects of continuous oral Premarin 0.625 mg and Premarin 0.625 mg/MPA 2.5 mg, as well as the effects of calcium/vitamin D supplementation and a low fat dietary pattern, on multiple disease outcomes, including cardiovascular diseases (CVD), breast and bowel malignancies, and hip fractures in postmenopausal women. 25,000 women are to be randomized to the HRT component of the trial, and 45,000 women randomized to each of the Calcium/Vitamin D and Dietary Modification components of the trial, in a 2 x 3 partial factorial design. The trial is a mixed primary and secondary prevention trial for CVD, as it will enroll women with and without stable baseline cardiovascular diseases. To increase generalizability and reduce selection bias, recruitment will target a variety of racial and ethnic groups, most weight classes, and women with stable pre-existing cardiovascular risk factors. A concurrent Observational Study is to enroll 100,000 women who are either ineligible for or refuse enrollment in the RCT. Recruitment began 9/93 and follow-up is planned to continue for 9 years after conclusion of the accrual phase. The combination Premarin/Cycrin 0.625 mg/2.5 mg tablet, which is the subject of submitted NDA # 20-527, is being studied in this trial.

IND

The Heart and Estrogen-Progestin Replacement Study (HERS) is a Wyeth-Ayerst-sponsored, multicenter, randomized, placebo-controlled, secondary prevention trial of the combination Premarin/Cycrin 0.625 mg/2.5 mg tablet in coronary heart disease recurrence in postmenopausal women. This pivotal trial for the proposed new indication of coronary heart disease prevention initiated recruitment in January 1994 for a planned 4-year follow-up of over 2000 women. The pivotal trial for this NDA was also conducted under this IND (see section 6.5, below).

IND

The Estrogen Replacement and Atherosclerosis (ERA) Trial is an investigator-sponsored (David M. Herrington, M.D., M.H.S.), NIH-funded, 3-year, 3-center, randomized, placebo-controlled, secondary prevention trial of the effects of Premarin and Premarin/Cycrin on atherosclerosis progression in postmenopausal women with angiographically documented coronary atherosclerosis. It has just begun recruiting subjects.

IND

The Estrace Atherosclerosis Regression Study is an investigator-sponsored (Howard N. Hodis, M.D.) randomized, single-center, placebo-controlled trial of cyclic Estrace 1 mg po QD for days 1-25 each month in 128 postmenopausal women with CHD to reduce atherosclerosis progression.

IND

The Women's Estrogen for Stroke Trial (WEST) is an investigator-sponsored (Ralph I. Horwitz, M.D.), NIH-funded, 4-year, Phase III randomized, multicenter, double-blind, placebo-controlled trial of continuous daily oral Estrace 1 mg in the secondary prevention of stroke in 652 postmenopausal women with recent transient ischemic attack or non-disabling stroke.

6.3 Foreign experience

The sponsor states that "information on concomitant prescribing of estrogens and MPA is not extensive" and is based on the marketing of combination packages containing separate Premarin and MPA tablets in 4 countries since 1987: Israel (Dexxon Ltd., trade name "Premaril Plus MP" for treatment of the menopause syndrome), Chile (trade name "Conpremin Pak[R]"), New Zealand and Australia (trade name "Menoprem[R]"). See Sponsor's Tables 1 and 2 (NDA vol 9.1, Amendment 5, pp 15, 17) – next 2 pages – which indicate approved regimens and launch dates. Sponsor states that the products have never been withdrawn from any country for reasons relating to efficacy or safety and that no regulatory agency has refused approval of this product for safety reasons. Prior marketing applications have been rejected in the US (paper NDA submitted March 14, 1986: non-approvable letter issued October 30, 1987) and Canada (submitted April 1985: rejected by HPB "due to a lack of sufficient safety and efficacy data"). Applications for marketing have been submitted to drug regulatory agencies in 20 additional countries since November 1992, with reported approvals in Peru (1993: 0.625/5.0 mg for 28/14 days; and 0.625/5.0 mg for 28/28 days), Colombia (1994: regimen unspecified), and Switzerland (1993: regimen unspecified). The pending applications reportedly include the United Kingdom, France, Sweden, the Netherlands, Denmark, Germany, and a resubmission to Canada in 1994.

6.4 Human **Pharmacology, pharmacokinetics, pharmacodynamics**

Please refer to the Biopharmaceutics review and section 8.1.1.4 below. A food effect study revealed that the extent of absorption and peak concentrations of both Premarin and MPA were significantly increased by administration to postmenopausal women with food. A drug interaction study in postmenopausal women revealed no significant pharmacokinetic interactions when Premarin and MPA were taken together by the oral route.

TABLE I

COMMERCIAL MARKETING HISTORY OF CONJUGATED ESTROGENS AND MEDROXYPROGESTERONE ACETATE AS SEPARATE FORMULATIONS PACKAGED TOGETHER

| Trade Name (Company) | Country | Regimens Premarin/MPA (mg)/(mg) | Application Date | Registration Date | Launch Date |
|---|---|---|---|---|---|
| PREMARIL PLUS MP (Dexxon Ltd.) | Israel | 25 days/13 days* 0.625/5.0 | unknown | 8/87 | end 1987 |
| | | 25 days/13 days* 1.25/5.0 | | | |
| CONPREMIN PAK (Laboratorios Wyeth, Inc.) | Chile | 28 days/14 days* 0.625/5.0 | 1/91 | 7/91 | 12/91 |
| | | 25 /13days days* 0.625/5.0 | | | |
| MENOPREM (Wyeth Pharmaceuticals Pty Ltd.) | New Zealand | 28 days/14 days* 0.625/10.0 | 5/91 | 5/92 | 12/92 |
| | | 28 days/14 days* 1.25/10.0 | | | |
| MENOPREM (Wyeth Pharmaceuticals Pty Ltd.) | Australia | 28 days/14 days** 1.25/10.0 | 3/92 | 9/93 | 1st half of 94 |

* Local registration
** Wyeth-Ayerst Laboratories registration

TABLE 2

PREMARIN/MPA
Separate-Tablet Package
Registration Schedule

| Country | Submission Date | Approval Date |
|---|---|---|
| Chile | | |
| 0.625/5.0 mg; 28/28 days | 7/15/93 | 8/93 |
| 0.625/2.5 mg; 28/28 days | 9/15/93 | 4/20/94 |
| 0.625/10 mg; 28/14 days | 9/15/93 | 5/17/94 |
| Australia | | |
| 0.625/10 mg; 28/14 days | 3/3/92 | 9/27/93 |
| 0.625/5.0 mg; 28/28 days | 11/26/93 | 4/13/94 |
| Peru | | |
| 0.625/5.0 mg; 28/14 days | 8/24/93 | 10/4/93 |
| 0.625/5.0 mg; 28/28 days | 1/11/93 | 2/17/94 |
| Colombia | 10/6/93 | 2/3/94 |
| Switzerland | 6/2/93 | 8/26/94 |
| Belgium | 6/11/93 | |
| France | 7/1/93 | |
| Sweden | 6/7/93 | |
| Netherlands | 6/10/93 | |
| United Kingdom | 3/10/94 | |
| Denmark | 8/11/93 | |
| United States | 12/30/93 | |
| Brazil | 8/93 | |
| Austria | 4/28/93 | |
| Spain | 6/7/93 | |
| Greece | 6/14/93 | |
| Germany | 11/25/92 | |
| Finland | 12/21/93 | |
| Italy | 4/15/93 | |
| Ireland | 4/13/94 | |
| Portugal | 5/12/93 | |
| Canada | 7/21/94 | |
| Norway | 12/27/93 | |

6.5 Other relevant background information

In 1978, Ayerst Laboratories submitted a labeling supplement for the concomitant use of Premarin and MPA tablets, based on a literature review suggesting that the addition of MPA to Premarin treatment attenuates the incidence of endometrial hyperplasia. The supplement was reviewed by the Fertility and Maternal Health Drugs Advisory Committee, which concluded that there was insufficient evidence to establish the purported beneficial effect of the added progestin and recommended that further studies be conducted. In 1983, Ayerst Laboratories submitted IND #21,696 to conduct a placebo-controlled and unopposed estrogen-controlled trial of the effects of cyclic Premarin 1.25 mg x 21 days/month with sequential MPA (Upjohn's Provera® Tablets) 10 mg x 10 days/month, on endometrial biopsy endpoints. Inadequate enrollment eventually led to the premature termination of this study.

On July 25, 1984, a meeting was held at the sponsor's request to discuss the labeled indications that would be permitted for the combination product. The Division of Metabolism and Endocrine Drug Products (DMEDP) agreed that combination product labeling could include all of Premarin's labeled indications, provided that biopsy-proven hyperplasia was shown to be reduced by the added progestin, and that the lowest effective progestin dose was determined in the clinical trial. In March 1986, an NDA was submitted, based on additional literature as well as limited data collected from the terminated study, but it was non-approvable, due to inadequate evidence to support the claimed indication of reduced incidence of endometrial hyperplasia.

In 1988, Wyeth-Ayerst had a number of teleconferences and meetings with DMEDP to discuss the design of the clinical study which would support the current NDA. These discussions focused on the number of women and study sites to be included in the trial as well as concurrence that one study of this magnitude (estimated sample size of 2080 with blocked randomization) would be adequate to support approval. The agreed-upon study design included the evaluation of 4 combination HRT regimens of Premarin and MPA compared to a Premarin-alone group, and reaffirmed the earlier agreement that all approved indications for Premarin alone, including osteoporosis, would apply to the combination, based on the assumption that the addition of MPA would not attenuate Premarin's beneficial effects. DMEDP agreed to allow the osteoporosis claim for the combination, provided the recommended combination dose of Premarin was the same as the recommended Premarin dose for osteoporosis (0.625 mg po daily administered cyclically 3 weeks on and one week off). It was acknowledged during these discussions that neither this study, nor any other similar clinical trial would likely resolve the issues related to breast cancer associated with either ERT or HRT, given that years of epidemiologic study had not completely settled them. Thus, the sponsor states that "agreement was reached that an evaluation of breast cancer risk would not be a subject of evaluation in this program" (NDA vol 1.1, cover letter, December 22, 1992, p 2).

*7. Description of Clinical Data Sources*

The primary data source for this NDA is the large-scale, multicenter, randomized, prospective, placebo-controlled safety and efficacy study of concomitant MPA at 2 dosage levels and regimens, conducted by the sponsor under Protocols 713B-300 and 713B-301. This pivotal trial studied 1724 women in Europe and the United States between May 1989 and March 1992.

Other sources of safety information include 4 small ancillary safety and efficacy studies conducted by Ayerst Laboratories under Protocols 84-915-MD and 84-930-MD (double-blind, randomized, 3-month crossover studies of fixed and phasic cyclic sequential doses of Premarin x 25 days with MPA 10 mg x 10 days, which enrolled a total of 119 women), and under Protocols 82-028-MD and 84-903-MD (double-blind, randomized, placebo- and active-controlled, parallel 6-12 month study of Premarin 1.25 mg x 21 days/MPA 10 mg x 10 days, which enrolled a total of 235 women). These studies were terminated by administrative decision of the sponsor in 1988 due to recruitment difficulties.

Additional supportive safety information is provided from biopharmaceutics studies conducted by the sponsor under the following protocols:

| | | |
|---|---|---|
| 84-280-CR: | Multiple-dose crossover of separate versus combination Premarin 2.5 mg, MPA 10 mg x 6 days | n = 6 |
| 713X-110-US: | Comparative bioavailability study of marketed and research formulations of 0.625 mg Premarin tablets | n = 6 |
| 713B-103-US: | Drug interaction study of separate versus combination doses 2 x 0.625 mg Premarin alone, 2 x 5.0 mg MPA alone, or both combined | n = 54 |
| 713-B-114-US: | Food effect study of concomitant Premarin 0.625 and MPA 2.5 | n = 20 |
| 713-B-104-US: | Bioequivalence study of separate Premarin and Cycrin tablets and a combination CE/MPA 0.625/2.5 mg tablet | |
| 713-B-107-US: | Bioequivalence study of separate Premarin and Cycrin tablets and a combination CE/MPA 0.625/2.5 mg tablet | n = 66 |
| 713-B-111-US: | Bioequivalence study of separate tablets and a combination CE/MPA 0.625/5.0 mg tablet | |
| 713-B-101-US: | Bioequivalence study of separate tablets and a combination CE/MPA 0.625/5.0 mg tablet | |
| 713-B-109-US: | Bioequivalence study of separate tablets and a combination CE/MPA 0.625/5.0 mg tablet | n = 120 |
| | | 272 |

Further safety information is provided in the Safety Update Report (NDA vol 9.1) by a review of spontaneous reports to the "WCDSS" database maintained by Wyeth-Ayerst to identify serious adverse drug experiences from clinical trials and postmarketing exposure worldwide. This report includes all adverse events reported between December 6, 1983, and October 31, 1994. In addition, at the request of this reviewer, a search was conducted of the FDA Spontaneous Reporting System since 1975 for domestic adverse drug events for the drug combination Premarin - Provera and for Premarin alone.

8. *Clinical Studies*

8.1 Indications

PREMPRO[R] (combined continuous regimen) and PREMPHASE[R] (combined sequential regimen) therapy (Premarin[R] conjugated estrogens and Cycrin[R] medroxyprogesterone acetate) are indicated in women with an intact uterus for the:

1. Treatment of moderate to severe vasomotor symptoms associated with the menopause.

2. Treatment of vulvar and vaginal atrophy.

3. Prevention of osteoporosis.

8.1.1 **Reviewer's Trial # 1:** Sponsor's protocol #713B-300, and #713B-301

8.1.1.1 Objective/Rationale

To evaluate the safety and efficacy of 4 oral combination regimens of Premarin and MPA, compared with Premarin alone, in preventing endometrial hyperplasia – as surrogate for endometrial carcinoma – in postmenopausal HRT.

8.1.1.2 Design

Two Phase III, double-blind, randomized, placebo-controlled, parallel, multicenter, 13-cycle outpatient safety and efficacy studies were conducted under nearly identical protocols (#713B-300 and #713B-301) at 99 study sites (53 in the U.S., 46 in Europe). Endometrial efficacy, bleeding pattern, and general safety data from both studies were to be pooled and reported as a single study under protocol #713B-300. Special safety (clinical pharmacology) data on lipid and carbohydrate metabolism, coagulation, and hormone levels were to be obtained and reported under protocol #713B-301 only.

8.1.1.3 Protocol

8.1.1.3.1 **Population:**

65 study sites were to be utilized for Protocol #713B-300 (including 25 for Protocol #713B-301) with each enrolling a minimum of 15 women evenly distributed among the 5 treatment groups.

DMEDP had initially requested that a minimum of 40 subjects be enrolled per site but later agreed to 15, provided that each center was a university medical center or comparable setting with investigators acceptable to FDA, and that homogeneity across centers would be assured. Sponsor agreed to utilize central facilities for endometrial biopsy readings and lipid determinations, to hold an investigator meeting before study initiation, and to closely monitor the study sites with regard to patient recruitment and the quality of data collection, to enhance homogeneity across centers.

Inclusion criteria:

- Ages 45 - 65 years;
- Last natural menstrual cycle at least 12 consecutive months before screening;
- Serum FSH level higher than the lower limit for postmenopausal women for the given laboratory;
- Intact reproductive organs.

Exclusion criteria:

History or the presence of any of the following conditions:

a. Thrombophlebitis/thromboembolic disorders related to estrogen use;
b. Myocardial infarction or ischemic heart disease;
c. Chronic renal or hepatic disease;
d. Cerebrovascular accident, stroke, or transient ischemic attack;
e. Known or suspected estrogen-dependent neoplasia;
f. Use of any oral estrogen or progestin-containing medication within the 2-week period prior to pre-study screening (Protocol #713B-300); or within the 3-month period prior to pre-study screening (Protocol #713B-301). Enrollment of patients who received estrogens by other routes of administration had to be approved by the monitor.
g. Endometrial hyperplasia;
h. Pap smear of Class III or greater, or any reported dysplasia;
i. Gallbladder disease (patients s/p cholecystectomy could be enrolled);
j. Neuro-ocular disorders, especially retinal vasculitis;
k. Known hypersensitivity to estrogens and/or progestins.

Active presence of the following at the time of entry:

a. Sitting blood pressure > 160 mmHg systolic or > 90 mmHg diastolic, or use of more than 2 antihypertensive agents;

b. Clinically significant abnormal liver function test results;
c. Endocrine disease except for controlled thyroid disease;
d. Any malignancy;
e. Thrombophlebitis, thrombosis, or thromboembolic disorders;
f. Malabsorption disorders;
g. More than 20% above ideal range for weight and height;
h. Smoking more than 15 cigarettes a day;
i. Known alcohol or drug abuse;
j. Use of an intrauterine device within the prior 3 months;
k. Evidence of pre-malignant or malignant changes on a pre-study mammogram.

Procedures:

Dosage Regimens of Premarin and MPA or placebo:

| Regimen | Premarin (Tablet) | MPA (Capsule) | Medication Days |
|---|---|---|---|
| A | 0.625 mg | 2.5 mg | 1-28 |
| B | 0.625 mg | 5.0 mg | 1-28 |
| C | 0.625 mg<br>0.625 mg | Placebo<br>5.0 mg | 1-14<br>15-28 |
| D | 0.625 mg<br>0.625 mg | Placebo<br>10.0 mg | 1-14<br>15-28 |
| E | 0.625 mg | Placebo | 1-28 |

Study drugs were packaged individually, labeled by (Wyeth-Ayerst-generated) computer-generated randomization schedule with assigned code numbers, and supplied to investigators in 28-day dose-packs consisting of Premarin tablets and capsules of MPA or its matching placebo, with double-blind precautions.

After IRB approval and written informed consent, subjects were instructed to take 1 tablet and 1 capsule daily at approximately the same time each day, without regard to meal schedule, and to begin each new pack of medication the day after completing the last pack, without interruption. Subjects were instructed to return any missed tablets or capsules to the investigator at each visit. No special diets were required.

Concomitant medications:
Investigator knowledge or permission "generally was required for the use of concomitant drugs throughout the study", except oral calcium.

Prohibited medications:

Both studies: Use of any estrogen or progestin other than the study medication, or steroid use for longer than 10 days, was grounds for patient withdrawal.

Protocol #713B-301 only: Any use of lipid-lowering agents or anticoagulants, and use of aspirin-containing products during the 2 weeks prior to blood sampling was grounds for patient withdrawal.

Pre-study screening and baseline evaluation:

Medical/gynecological history, physical examination, breast/pelvic exams, hematology, routine blood chemistries, urinalysis, serum FSH, Pap smear, endometrial biopsy, and mammogram within 6 months. Subjects in Protocol #713B-300 reported menopausal symptoms and vaginal bleeding episodes on diary cards for a 7 - 28 day run-in period prior to randomization, pending review of pre-study laboratory results.

Study visits:

Study nurse was to attempt to collect diary cards monthly, with visits scheduled during cycles 3, 6, 9, and 13, as well as post-study if medically indicated. Subjects participating in the special studies (Protocol #713B-301) also returned on days 22-28 of cycles 3, 6, and 13 for special metabolic laboratory evaluations.

Withdrawal from study (Dropouts):

Subjects who developed endometrial hyperplasia or other serious medical condition were to be withdrawn from the study and treated as clinically indicated. Efforts were to be made to determine why a subject failed to return or was dropped from the study. If more than 3 cycles had elapsed since last evaluation, PE, lab safety screen, Pap smear and biopsy were to be attempted; if the subject had participated for more than 6 months, mammography was to be performed.

**8.1.1.3.2 Endpoints:**

Efficacy:

**Primary:**

12-month incidence of endometrial hyperplasia, as determined by central reading of endometrial biopsy material obtained during days 22-28 of cycle 13, by a single gynecological pathologist blinded to treatment assignment.

Secondary:

6-month incidence of endometrial hyperplasia, as determined by central reading of endometrial biopsy material obtained during days 22-28 of cycle 6, by a single gynecological pathologist blinded to treatment assignment.

Safety:

Protocol #713B-300 (all subjects):
- Vital signs @ cycles 3, 6, 9, and 13;
- PE, routine clinical labs (hematology, fasting blood chemistries, urinalysis), and
  - Pap smears @ cycles 6 and 13;
- Mammography @ cycle 13.

Protocol #713B-301 subjects only: Special safety evaluations performed pretreatment and @ cycles 3, 6, and 13 during cycle day 22-28, after a 12-hour fast:

Hormone levels: FSH, 17-β estradiol, estrone, prolactin;

Coagulation: Prothrombin time (PT), Partial thromboplastin time (PTT), Factors VII and X, Antithrombin III (AT-III) activity, Plasminogen activity;

Carbohydrate metabolism:
- 3-hour oral glucose tolerance test (oGTT) utilizing 100 gm glucose, with serial serum glucose and insulin determinations;

Lipid profiles (using the mean of duplicate baseline levels drawn one week apart; all samples drawn with patient in sitting position for at least 10 minutes):
- Total, HDL, LDL, and VLDL cholesterol;
- $HDL_2$ and $HDL_3$ cholesterol;
- Triglycerides;
- Apolipoproteins A-I and B.

**8.1.1.3.3 Statistical considerations including plan for analysis:**

Efficacy and safety analyses were to be performed using pooled data from Protocols #713B-300 and #713B-301, except for special safety parameters measured in the latter study only. Statistical analysis was to include one-way ANOVA and Fisher's Exact Test or a Chi-Square Test (i.e., Mantel Haenszel), respectively, to evaluate baseline comparability of treatment groups on continuous and categorical demographic variables. Incidence rates of endometrial hyperplasia were to be compared using Fisher's Exact Test between Premarin alone and each Premarin/MPA combination. Continuous safety variables were to be analyzed by two-way or one-way ANOVA, depending upon the sample sizes among the various investigational sites, using paired t-tests to analyze within group changes from baseline. The four pairwise efficacy comparisons were to be made using two-sided tests, with Bonferroni adjustment for multiple comparisons between each Premarin/MPA combination and Premarin alone, using a 1.25% level of significance for each comparison to achieve an overall 5% significance level in the efficacy analysis. Qualitative safety variables were to be analyzed using a Chi-Square Test or Fisher's Exact Test, at the 5% level of significance.

With assumptions of a 7.5% incidence of endometrial hyperplasia in the Premarin alone group and 2% in the Premarin/MPA groups, a sample size of 215 patients per group was calculated to provide 80% power to detect at least one significant difference at the $p < 0.0125$ level. Allowing for a 20% dropout rate, an enrollment of 1350 patients was required, with 375 in Protocol #713B-301 and 975 in Protocol #713B-300. No interim analyses were planned.

8.1.1.4 Results

8.1.1.4.1 Populations enrolled/analyzed:

1724 generally healthy postmenopausal women (mean age 54.0 years +/- SD 4.6) participated in the study, of whom 1361 women completed the study. Sponsor explains that because of slow initial enrollment, additional commitments were made to study sites (NDA vol 1.40 p 27).

Dropouts for any reason by treatment group included the following:

| | Enrolled subjects | Dropouts |
|---|---|---|
| Group A: | 340 | 59 (17%) |
| Group B: | 338 | 61 (18%) |
| Group C: | 351 | 72 (21%) |
| Group D: | 348 | 79 (23%) |
| Group E: | 347 | 92 (27%) |
| | 1724 | 363 (21%) |

Although differences between groups were statistically significant when looked at this way, it is notable that subjects who dropped out because of endometrial hyperplasia were not dropouts in the usual sense, since they reached the study's efficacy endpoint and "completed" the study. Thus, it is appropriate to remove them from the dropout totals. When 26 of the 92 listed dropouts from Group E who were withdrawn because of hyperplasia are removed from the analysis (along with 2 of the 72 from Group C and 1 of the 59 from Group A), the differences between treatment groups are no longer statistically significant (refer to Statistical Review and Memo of Consultation from Dr. Stadel).

DEMOGRAPHICS:
No statistically significant differences were noted between treatment groups in age (mean 54.0 years, range 44-65), age at menopause (mean 48.8 years, range 30-61), years since menopause (mean 5.3 years, range 0-33), weight (mean 64.5 kg, range 42-91), and race (mean 97% white, range 96-98). The study population was overwhelmingly Caucasian and at low baseline cardiovascular risk, since the exclusion criteria effectively screened out obese women and those with significant pre-existing risk factors for cardiovascular disease (diabetes mellitus, poorly controlled hypertension, heavy cigarette smoking).

Demographics of the special safety study subpopulation (Protocol #713B-301) were similar to the overall study population except by years since menopause (mean 6.0 years, range 0-25). More than 80% of this subpopulation completed the study in all active treatment groups, with 77% completers in Group E:

Protocol #713B-301: Special Safety Studies

| | Enrolled subjects | Completers | Dropouts |
|---|---|---|---|
| Group A: | 103 | 85 (83%) | 18 (17%) |
| Group B: | 101 | 84 (83%) | 17 (17%) |
| Group C: | 107 | 96 (90%) | 11 (10%) |
| Group D: | 108 | 89 (82%) | 19 (18%) |
| Group E: | 106 | 82 (77%) | 24 (23%) |
| | 525 | 436 (83%) | 89 (17%) |

CONCURRENT MEDICATIONS:
Concurrent medications were used by 82% of patients in all treatment groups, including (most common categories) analgesic/antipyretic and analgesic/antipyretic/anti-inflammatory agents, non-steroidal anti-inflammatory agents (NSAIDs), antibiotics, and vitamin/mineral supplements. Although statistically significant differences between treatment groups were observed in the percentage of patients taking antiemetic/antihistamines ($p=0.018$) and diuretics ($p=0.039$), the total number of patients involved were 9 (Group B: 6; Groups C, D, E: 1 each) and 5 (Group D: 4; Group A: 1), respectively, and these findings had no discernable clinical significance. A few subjects took concomitant corticosteroids (Group-A: 4; Group B: 4; Group C: 7; Group D: 7; Group E: 3), estrogens (Group B: 1; Group C: 1; Group D: 1), progestins (Group A: 1; Group E: 1), cholesterol reducers (Group E: 1), lipotropics (Group A:1; Group C:1; Group E: 2), and anticoagulants (Group D: 2; Group C: 1).

PROTOCOL VIOLATORS:
The sponsor's analyses included some but not all protocol violators, with inclusion or exclusion from efficacy analyses dependent upon the results of their efficacy outcome (positive findings included, negative findings excluded from the analyses for subjects who took estrogen or progestin concurrently with study medication; NDA vol 1.40, p 37). Thus, while 10 women used prohibited estrogens and progestins during the study (Group A: 2; Group B: 2; Group C: 1; Group D: 2; Group E: 3), efficacy data from 2 women in Group E (with positive hyperplasia) were included in the analysis, while the other 8 (negative for hyperplasia) were excluded from the efficacy analysis. Although this analytic methodology appears questionable to this reviewer (it would have been preferable to either retain or drop all violators without regard to their efficacy outcome), it appears unlikely that alternate handling of these 2 cases would significantly alter the overall efficacy outcome.

A larger issue of protocol violation is that the study failed to enroll the required minimum number of 15 subjects per study center. Of 53 US centers (n=1115 US women), 20 centers enrolled fewer than 15 subjects each. Of 46 European centers (n=609 European women), 30 centers enrolled fewer than 15 subjects each. The 50 "small" centers included 16 that each enrolled 5 or fewer subjects. Because the European centers contributed a disproportionately higher number of "small" centers to the efficacy and safety analyses, the sponsor was requested to provide key efficacy and safety analyses (endometrial hyperplasia and selected lipid profile outcomes) for the US population only. These analyses were submitted (NDA Amendment 8: vol 9.1) and were generally consistent with the results of lipid analyses in the total study population. See below (section 8.1.1.4.2) for discussion of the primary efficacy analysis for US subjects.

8.1.1.4.2 Efficacy endpoint outcomes:

The efficacy data for protocols #713B-300 and #713B-301 were pooled for analysis, yielding efficacy populations of 1,469 and 1,385 at the 6- and 12-month evaluations, respectively. Although any medically accepted procedure for obtaining an endometrial tissue specimen was permitted, approximately 75% of the biopsies were performed using the Pipelle endometrial suction curette, the Novak curette, or the Vabra aspirator. As agreed between DMEDP and the sponsor, a strict intent-to-treat analysis for efficacy was not done, since it could be misleading, for dropouts, to make assumptions about hyperplasia status at 1 year on the basis of endometrial biopsy results obtained at an earlier time point.

PRIMARY EFFICACY ENDPOINT: ENDOMETRIAL HYPERPLASIA

Efficacy was primarily determined by the incidence of endometrial hyperplasia at the 12-month evaluation. To be considered evaluable, a subject must have had a pre-treatment biopsy and taken at least one dose of study medication. For the 12-month analysis, she must also have had a biopsy during cycles 12, 13, or 14 or developed endometrial hyperplasia in an earlier cycle. No patient was counted more than once in the analysis. Subjects who had repeat biopsies for follow-up of questionable hyperplasia had only the result of the later date biopsy counted.

The 12-month incidence of hyperplasia was determined by the number of evaluable subjects with biopsies positive for endometrial hyperplasia at any time during the study (numerator) as a fraction of the total number of subjects with biopsies during cycles 12 through 14 + all subjects with positive biopsies before cycle 12 (denominator). The 6-month incidence of hyperplasia was determined by the number of subjects with on-treatment biopsies positive for endometrial hyperplasia during the first 7 cycles (numerator) as a fraction of the total number of subjects with biopsies during cycles 5 through 7 + all patients with biopsies positive for hyperplasia before cycle 5 (denominator).

ASCERTAINMENT OF PRIMARY EFFICACY ENDPOINT:
At the time the protocol was being developed, DMEDP and the sponsor agreed that a single, well-qualified, gynecological pathologist, blinded to treatment assignment, should read all endometrial biopsy slides to assure consistency in the application of histopathologic criteria for the diagnosis of endometrial hyperplasia. The central reader (John Donald Woodruff, M.D., Richard W. TeLinde Professor Emeritus of Gynecologic Pathology, Johns Hopkins University) read the biopsy dataset using criteria determined at his own discretion (cystic hyperplasia, adenomatous hyperplasia, cystic hyperplasia with atypia, adenomatous hyperplasia with atypia).

At the Fertility and Maternal Health Drugs Advisory Committee discussion of HRT on June 20-21, 1991, it was noted that significant variability existed among the histopathological criteria in common use by gynecological pathologists for the diagnosis of endometrial hyperplasia. It was further suggested that transvaginal ultrasonography might soon replace endometrial biopsy as the clinical standard for ruling out endometrial hyperplasia. To clarify these questions, DMEDP held a Working Group meeting of the Fertility and Maternal Health Drugs Advisory Committee with Invited Speakers on November 14, 1991. After expert presentations on the topic, the Working Group discussed generally accepted diagnostic standards for the clinical diagnosis of endometrial hyperplasia, including the available data to define the clinical significance (i.e., malignant potential) of various histopathologic abnormalities identified on biopsy specimens. During this discussion, DMEDP was advised that the nomenclature of endometrial pre-malignant pathology had until recently included a variety of poorly standardized terms (including cystic and adenomatous hyperplasia and many others), and that the World Health Organization (WHO) had recently developed a simple classification system (Kurman, 1994) based on published clinical-pathologic correlative data. However, because the ultimate cause for the great variability in biopsy readings lay in the technical difficulty of reading endometrial biopsy material, quality control procedures were considered essential to assure standardized application of the WHO nomenclature to the actual reading of biopsy specimens.

DMEDP was also advised that 23% of patients with atypical hyperplasia, as defined by the WHO criteria, progressed to invasive carcinoma while only 2% of patients without atypia so progressed; furthermore, progressive cases of simple or complex hyperplasia progressed via atypical hyperplasia to invasive carcinoma, in a time frame measured in years. Based on these data (Colgan, 1983; Kurman, 1985; Norris, 1986), it was concluded that only atypia has clinical significance, and that "borderline" lesions without atypia – including "disordered proliferative phase," "proliferative endometrium with focal hyperplasia," and "hyperplastic endometrial polyps" – have no malignant potential and must be distinguished from the pre-malignant lesion of endometrial hyperplasia. Despite the low malignant potential of simple hyperplasia, however, a discussion of surrogate endpoints for clinical trials of HRT drugs (for endometrial cancer prevention) resulted in the recommendation that simple hyperplasia should be accepted as the most feasible primary efficacy endpoint for such trials, due to the rarity of atypical lesions.

Following these deliberations and the submission of this NDA, DMEDP determined that the previously agreed procedure for histopathologic assessment of biopsy material in the pivotal trial was incompatible with the recommendations of the Working Group. In utilizing only a single reader whose diagnostic criteria differed from the WHO classification system, DMEDP was concerned that Wyeth-Ayerst's pivotal efficacy data might not be reproducible if reevaluated by a second, independent reader.

RE-READ OF ENDOMETRIAL BIOPSIES:
Because of the public health importance of this class of drugs, which are increasingly prescribed to larger, more diverse populations of healthy women, DMEDP further determined that additional quality control measures were necessary to assure the validity of the submitted efficacy findings in this NDA. Thus, on March 10, 1994, the sponsor was requested to have the entire biopsy dataset reread by a second independent and blinded pathologist, with correlation of findings to the first reader, using the standardized terminology of the WHO system (simple hyperplasia, complex hyperplasia, simple atypical hyperplasia, complex atypical hyperplasia). The sponsor requested reconsideration of this request, based on the large magnitude of the claimed efficacy differential between treated and control groups in the primary analysis. Their arguments suggested that even large shifts in the readings which might increase or decrease the hyperplasia rates overall in the dataset would be unlikely to alter the outcome of the trial, because such a shift would be overwhelmed by the efficacy differential between groups. After preliminary review of the submitted efficacy data, DMEDP accepted the sponsor's argument and revised the request accordingly. Thus, on July 11, 1994, the sponsor was asked to conduct a reread of only 10% of the dataset as a quality control check, with the reread subset to include all biopsy slides from subjects who developed hyperplasia and neoplasia, as well as a randomly selected subset of subjects equally representing all treatment groups, to total 10% of subjects enrolled in the trial. This second reading was conducted by James E. Wheeler, M.D., Professor of Pathology and Laboratory Medicine and Professor of Obstetrics and Gynecology, University of Pennsylvania School of Medicine, using the WHO classification system as described in the 1987 edition of Blaustein's Pathology of the Female Genital Tract, Kurman RJ, ed., Springer-Verlag (NDA vol 5.1).

The results of the two analyses are not directly comparable because they utilized different nomenclature for classification, including the use of different case report forms (the second was created for coding results by the WHO terminology). Also, in the biopsies read by the second reader, hyperplasia could be reported in more than one cycle per subject, whereas the first reader could only report hyperplasia once for any given subject (she was then withdrawn and treated for hyperplasia). Also, the two pathologists could have identified hyperplasia at different cycles for the same patient. For these reasons, the comparisons differ when presented by biopsy or by patient. The randomly selected slides (472 biopsies, including pretreatment, for 174 subjects) were provided to the second reader in random order and he was blinded as to date of biopsy, treatment group, and the biopsy result reported by the first reader.

Despite these controls and the differences described above, the overall comparison of positive hyperplasia results by pathologist showed surprisingly close agreement on whether or not endometrial hyperplasia was present. The two readers agreed in 438 (sponsor states 434) of the total 471 (sponsor states 466) (93%) endometrial biopsies, which corresponds to 156 out of 172 (91%) patients. They disagreed on the diagnosis of hyperplasia in 33 (sponsor states 32) biopsies representing 16 (sponsor states 26) patients, for a Kappa statistic of 0.72 (denoting "good reproducibility", see Statistical Review).

PRIMARY EFFICACY RESULTS (All Focal and Non-Focal Hyperplasia):

12-month Analysis derived from the First Reader: Among 1385 evaluable patients, 62 cases of endometrial hyperplasia were reported at the 12-month evaluation:

| | |
|---|---|
| Group A: | 2 cases (< 1%) of hyperplasia among 279 subjects; |
| Group B: | 0 cases among 274 subjects; |
| Group C: | 3 cases (1%) among 277 subjects; |
| Group D: | 0 cases among 272 subjects; |
| Group E: | 57 cases (20%) among 283 subjects. |

The incidence of endometrial hyperplasia was significantly higher by Fisher's Exact Test with Premarin alone (Group E) than with each of the Premarin/MPA regimens. with $p < 0.001$ for the comparison of each combination group to Group E. There were no statistically significant differences in incidence of endometrial hyperplasia between any of the four Premarin/MPA groups.

Although no cases of hyperplasia were reported by the first reader in the higher dose MPA groups (Groups B and D), the second reader reported a single case of endometrial hyperplasia in each of Groups B, C, and D, and no cases in Group A. Thus, due to the modest but important variability between readers in diagnosing hyperplasia, there is no clinical significance to the sponsor's claim that the difference in hyperplasia incidence between the higher dose (B and D) and lower dose (A and C) MPA groups approached statistical significance ($p = 0.06$ by Fisher's Exact Test).

PRIMARY EFFICACY RESULTS (All Focal and Non-Focal Hyperplasia):

6-month Analysis derived from the First Reader: Among 1469 evaluable patients, 23 cases of endometrial hyperplasia were reported at the 6-month evaluation:

| | |
|---|---|
| Group A: | 1 case (< 1%) of hyperplasia among 295 subjects; |
| Group B: | 0 cases among 291 subjects; |
| Group C: | 1 cases (< 1%) among 293 subjects; |
| Group D: | 0 cases among 292 subjects; |
| Group E: | 21 cases (7%) among 298 subjects. |

The incidence of endometrial hyperplasia was significantly lower by Fisher's Exact Test with all Premarin/MPA regimens than with Premarin alone, with $p < 0.001$ for the comparison of each combination group to Group E. There were no statistically significant differences in incidence of endometrial hyperplasia between any of the four Premarin/MPA groups.

PRIMARY EFFICACY RESULTS (Non-Focal Hyperplasia Only):

12-month and 6-month Analyses derived from the First Reader: To address DMEDP's concern that cases of focal hyperplasia are borderline lesions without malignant potential, the sponsor also submitted an efficacy analysis excluding subjects with focal cystic hyperplasia (Addendum II, NDA vol 1.40, p 114). When focal cystic hyperplasia was excluded from the group considered to have positive biopsies, a total of 28 cases of endometrial hyperplasia remained at the 12-month evaluation (12 cases at 6 months and 27 cases at 12 months, by this reviewer's count; NDA vol 1.40, pp 114 and 224-250):

Evaluable Cases of Non-Focal Endometrial Hyperplasia

| | 6-month | 12-month |
|---|---|---|
| Group A: | 1/295 (< 1%) | 2/279 (< 1%) |
| Group B: | 0/291 | 0/274 |
| Group C: | 0/293 | 1/277 (< 1%) |
| Group D: | 0/292 | 0/272 |
| Group E: | 11/298 (3.7%) | 25/283 (8%) per sponsor – 24/283 (8%) per MO |
| | 12/1469 (0.8%) | 28/1385 (2%) per sponsor; 27/1385 (2%) per MO |

The incidence of endometrial hyperplasia remained significantly higher by Fisher's Exact Test ($p < 0.001$) in the Premarin alone group than in each of the four Premarin/MPA regimens at the 12-month evaluation.

PRIMARY EFFICACY RESULTS (U.S. Subjects Only):

Re-analysis of the data was requested for the US centers only because of the large number of European study sites (30 of 46 centers) which enrolled less than the required minimum number of subjects (15 per center).

12-month Analysis of U.S. Data derived from the First Reader: Among 921 evaluable U.S. patients, 50 cases of endometrial hyperplasia (all focal and non-focal) were reported at the 12-month evaluation:

| | |
|---|---|
| Group A: | 1 case (0.5%) of hyperplasia among 185 subjects; |
| Group B: | 0 cases among 188 subjects; |
| Group C: | 2 cases (1.1%) among 182 subjects; |
| Group D: | 0 cases among 178 subjects; |
| Group E: | 47 cases (25%) among 188 subjects. |

The incidence of endometrial hyperplasia in the United States after 13 cycles of treatment was significantly lower with each of the Premarin/MPA regimens by Fisher's Exact Test than with Premarin alone, with $p < 0.001$ for the comparison of each combination group with Premarin alone (Group E). There were no statistically significant differences in incidence of endometrial hyperplasia between any of the four Premarin/MPA groups.

12-month Analysis of U.S. Data derived from the First Reader, Excluding Focal Hyperplasia: Among 921 evaluable U.S. patients, 24 cases of endometrial hyperplasia (non-focal only) were reported at the 12-month evaluation:

| | |
|---|---|
| Group A: | 1 case (0.5%) of hyperplasia among 185 subjects; |
| Group B: | 0 cases among 188 subjects; |
| Group C: | 1 cases (0.5%) among 182 subjects; |
| Group D: | 0 cases among 178 subjects; |
| Group E: | 22 cases (11.7%) among 188 subjects. |

The incidence of endometrial hyperplasia was still significantly lower with each of the Premarin/MPA regimens than with Premarin alone, with $p < 0.001$ for the comparison of each combination group with Premarin alone (Group E).

HIGHER INCIDENCE OF HYPERPLASIA IN U.S. THAN IN EUROPE:
While the incidence of endometrial hyperplasia (all focal and non-focal) in the active treatment groups (A through D) was similar across US and European study sites, the incidence of hyperplasia in the groups treated with Premarin alone (E) was higher (47 cases/188 subjects: 25%) in the United States than in Europe (10 cases/95 subjects: 10.5%) at the 12-month evaluation. Sponsor proposed the following explanation for this finding:

(1) They believe that the use of unopposed estrogen in postmenopausal women with a uterus is less common in Europe than in the US. Thus, although data on replacement therapy usage were collected for only 3 months prior to study start, US women may have been more likely than European women to have been treated with unopposed estrogen at baseline. Partial support for this theory is provided, they claim, by the observation that 4 times (absolute numbers: 12 to 3) as many endometrial hyperplasia diagnoses were made in pretrial biopsies in US women than in European women, although only twice as many women were screened in the US as in Europe.

(2) A mean of 5.9 years had elapsed since the onset of menopause for women in the US compared with 4.1 years for women in Europe ($p < 0.05$). This longer time since menopause would have provided greater opportunity for prior exposure to unopposed estrogen for the women in the US.

(3) Although prior unopposed estrogen use would have had a negligible effect on women randomly assigned to receive Premarin with MPA (since they received endometrial protection from the added progestin), women assigned to receive Premarin alone would be more likely to express the effects of prior unopposed estrogen therapy, thus possibly explaining the difference between the US and European data in the incidence of endometrial hyperplasia in the Premarin alone group.

CLINICAL OUTCOMES:
All subjects who developed hyperplasia were withdrawn from further trial medication and referred for treatment. They received a variety of therapies (off protocol), as follows:

| Clinical Therapies for Hyperplasia | # Women so treated |
|---|---|
| withdrawal of study drug only | 7 |
| various progestin regimens | 29 |
| unspecified "HRT" | 3 |
| sequential HRT regimens | 14 |
| continuous HRT or OC regimens | 8 |
| surgical procedures | 3 |

The 3 surgical procedures included:

Pt #30070-005 (Group E): polypectomy with benign follow-up biopsy;
Pt #30064-028 (Group E): D & C with benign histology;
Pt #30003-003 (Group C): D & C with adenomatous hyperplasia, scheduled for hysterectomy.

Follow-up biopsies were benign and negative for hyperplasia in all cases except 3 women:

Pt #30017-036 (Group E): lost to follow-up;
Pt #30028-011 (Group E): persistent cystic hyperplasia after a month off study drug, unsuccessful 2-month follow-up biopsy attempt due to cervical stenosis;
Pt #30081-007 (Group E): persistent cystic hyperplasia 5 months after treatment with injectable estradiol valerate 4 mg & Prasteronenantat 200 mg.

ENDOMETRIAL CARCINOMA: Two subjects developed endometrial adenocarcinoma during the study. They were excluded from the primary efficacy analysis and discussed separately. Although their exclusion is not justifiable, their inclusion would not have altered the outcome of the primary efficacy analysis.

Pt #30007-100 (Group D):
This 49 year old woman's baseline biopsy was read by Dr. Woodruff as "Endometrial tissue insufficient for diagnosis" with comments: "Fragments of endometrial glands, insufficient for accurate interpretation, large fragment of endocervix with squamous metaplasia, probably polyp". During the re-analysis, Dr. Wheeler read the same biopsy as "Complex hyperplasia without atypia". Her 6-month biopsy was read by both pathologists as "Endometrial tissue-Other" and Dr. Woodruff commented: "Stroma-glandular disparity, marked decidual reaction; mostly inactive glands". The 12-month biopsy was read by both pathologists as "Endometrial malignancy" and Dr. Woodruff commented: "Focal well-differentiated adenocarcinoma with squamous metaplasia." A vaginal hysterectomy was performed and the pathology specimen was reported as endometrial adenocarcinoma, endometrioid type, grade II with no myometrial or endocervical involvement. The patient's postoperative course was uneventful.

Pt #30007-095 (Group E):
This 53 year old woman's baseline biopsy was read by both pathologists as "Endometrial tissue-Other" and Dr. Woodruff commented: "Fragments of endometrial glands, one fragment of stroma, ? stromal breakdown (bleeding); no atypia". Her 6-month biopsy was read by Dr. Woodruff as

"Proliferative endometrium with focal tubal epithelium and squamous metaplasia (estrogen effect); no atypia identified", and by Dr. Wheeler as "Endometrial tissue-Other". The 12-month biopsy was read as "Endometrial malignancy; focal well differentiated endometrial cancer" by Dr. Woodruff and as "Complex hyperplasia with atypia" by Dr. Wheeler. Total abdominal hysterectomy and bilateral salpingo-oophorectomy were performed. The pathology report identified well differentiated adenocarcinoma of the endometrium, grade I, with squamous metaplasia and no myometrial invasion.

These cases reveal the following new information about endometrial cancer and HRT:

(1) The increased incidence of endometrial hyperplasia and the incident case of endometrial adenocarcinoma which were observed within one year in the Premarin alone group emphasize the need for regular surveillance when unopposed estrogen is given to women with intact reproductive organs.

(2) Endometrial malignancy is not always prevented by concomitant MPA treatment, even at the high 10 mg dose for 14 days each cycle.

(3) Endometrial malignancy that develops within one year on unopposed or MPA-opposed Premarin treatment appears to be of early stage and grade, and may be expected to be surgically curable if promptly detected.

(4) Readings of endometrial biopsy material may vary substantially, even between well-trained gynecological pathologists with the same general approach (Dr. Wheeler did his pathology residency training at Johns Hopkins University under Dr. Woodruff's supervision), such that interpretations of the same specimen can range from "insufficient tissue" to "complex hyperplasia with atypia".

SECONDARY EFFICACY OUTCOMES:
Menopausal vasomotor symptoms and vaginal bleeding episodes were recorded on daily diary cards maintained by the patient for 7 to 28 days before randomization and throughout the study (Protocol #713B-300 only). Information on bleeding patterns was derived from the diary card records, as transcribed by the investigator onto the case report forms. The frequency and duration of spotting and bleeding were recorded, and bleeding pattern characteristics were derived from the daily bleeding using the following definitions:

"Total bleeding days" = all days with any bleeding or spotting;

"Bleeding" = release of uterine blood requiring sanitary protection;

"Withdrawal bleeding" (applies to sequential regimens C and D only) =
Original definition: any bleeding that occurs from the 10th day of progestin therapy through 20 days after the initiation of progestin therapy (cycle days 24 through day 6 of the next cycle);
Revised definition, developed "to describe the data more accurately" after the unblinded data were analyzed:
any bleeding which starts between days 20 through 28 of one cycle and days 1 through 5 of the next cycle and continues for a period not to exceed 10 consecutive days;

"Irregular bleeding" = bleeding occurring any time during a continuous regimen of estrogen/progestin (regimens A and B) or estrogen alone (regimen E) and any time other than the period of expected withdrawal bleeding in sequential regimens (C and D);

"Spotting" = release of uterine blood that does not require sanitary protection;

"Withdrawal spotting" = (applies to sequential regimens C and D only) =
Original definition: any spotting that occurs from the 10th day of progestin therapy through 20 days after the initiation of progestin therapy (cycle days 24 through day 6 of the next cycle);
Revised definition, developed "to describe the data more accurately" after the unblinded data were analyzed:
any spotting which starts between days 20 through 28 of one cycle and days 1 through 5 of the next cycle and continues for a period not to exceed 10 consecutive days;

"Irregular spotting" = spotting occurring any time during a continuous regimen of estrogen/progestin (regimens A and B) or estrogen alone (regimen E) and any time other than the period of expected withdrawal bleeding in sequential regimens (C and D);

"Amenorrhea" = absence of any bleeding or spotting during the entire 28-day medication cycle.

<u>Bleeding patterns:</u>
Summary tables were used to compare the incidence and mean number of days of irregular spotting and irregular bleeding with or without spotting by cycle for all treatment groups.

Since "withdrawal bleeding" could occur only in sequential regimens C and D, its incidence and duration were compared between these groups only. While the mean duration was similar (6.5 days in Group C; 7.0 days in Group D), the overall incidence of withdrawal spotting was only slightly less with regimen C (12.9% of cycles) than with regimen D (14.4% of cycles).

The overall incidence of "irregular bleeding" was similar with both sequential regimens (8.1% of cycles in C; 8.3% of cycles in D), while the overall incidence of "irregular spotting" was slightly higher with D (11% of cycles) than C (8.7% of cycles). In the continuous regimens A and B, Group A had the higher incidence of "irregular bleeding" (22.3% versus 12.7% of cycles) and "irregular spotting" (16.2% versus 14.4% of cycles). The mean duration of "irregular bleeding with or without spotting" was greater in the Premarin alone group E (11.2 days) than with regimens A (9.8 days) and B (8.0 days), but this result partly reflects the incidence of bleeding associated with endometrial hyperplasia.

Over time, the incidence of irregular bleeding and spotting tended to decrease with the combination regimens and to increase with the Premarin alone regimen. By cycle 13, however, no statistical difference in the "incidence" (percent) of cycles with irregular bleeding or irregular spotting was detected between treatment groups A (13% of cycles with irregular bleeding, 11.9% with irregular spotting) and C (7.9% of cycles with irregular bleeding, 8.7% with irregular spotting). Overall, subjects taking Premarin alone had a high incidence of cycles without bleeding or spotting (75.5%) compared to Groups A (61.4%), B (72.8%), C (16.1%), and D (18.8%) (NDA vol 1.40 pp 255-259) (see sponsor's 2 tables and Figures 3 and 4, next four pages, NDA vol 1.40 pp 59-60 and 135-136).

<u>Amenorrhea:</u>
An analysis of the "incidence of amenorrhea for at least cycles 7 through 13" is performed for 2 groups:

(1) women who completed 13 dosage cycles valid for bleeding analysis, and

(2) women who "enrolled" in the study, with at least 1 cycle of valid dosage and bleeding data, whose subsequent cycles were all consecutive cycles valid for bleeding analysis.

Sponsor states (NDA vol 1.40, p 62): "For this analysis, the original ground rule of '2 days of bleeding after an endometrial biopsy' was established before the blind was broken. After the blind was broken and the data were analyzed, this ground rule seemed unnecessarily rigorous. The decision was then made to do an additional analysis of amenorrhea data using a 6-day window for bleeding associated with an endometrial biopsy." The submitted analysis was performed after post-hoc unblinded re-definition of the endpoint (amenorrhea as absence of bleeding or spotting minus the number of bleeding days considered secondary to endometrial biopsy). This reviewer considers such post-hoc re-definition of bleeding endpoints inappropriate. Thus, the sponsor's conclusions based on this analysis are flawed and should not be accepted to support labeling claims.

INCIDENCE (%) OF CYCLES WITH IRREGULAR BLEEDING DURING TREATMENT

| | Continuous Regimens | | | | Sequential Regimens | | | | Premarin Alone | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A: Prem/MPA (0.625 mg/2.5 mg) | | B: Prem/MPA (0.625 mg/5.0 mg) | | C: Prem/MPA (0.625 mg/5.0 mg) | | D: Prem/MPA (0.625 mg/10.0 mg) | | E: Prem/Placebo (0.625 mg) | |
| Cycle | No. of Cycles(%) | Cycles w/ Bleeding* | No. of Cycles(%) | Cycles w/ Bleeding | No. of Cycles(%) | Cycles w/ Bleeding | No. of Cycles(%) | Cycles w/ Bleeding | No. of Cycles(%) | Cycles w/ Bleeding |
| 2 | 313 | 107 (34.2)$^{BCDE}$ | 308 | 71 (23.1)$^{ACDE}$ | 322 | 36 (11.2)$^{AB}$ | 322 | 33 (10.2)$^{AB}$ | 320 | 26 ( 8.1)$^{AB}$ |
| 5 | 301 | 63 (20.9)$^{BCD}$ | 292 | 32 (11.0)$^{A}$ | 293 | 32 (10.9)$^{A}$ | 294 | 23 ( 7.8)$^{AE}$ | 300 | 47 (15.7)$^{D}$ |
| 8 | 284 | 54 (19.0)$^{BCD}$ | 264 | 23 ( 8.7)$^{AE}$ | 264 | 20 ( 7.6)$^{AE}$ | 277 | 18 ( 6.5)$^{AE}$ | 265 | 37 (14.0)$^{BCD}$ |
| 11 | 277 | 36 (13.0)$^{E}$ | 276 | 16 ( 5.8)$^{AE}$ | 277 | 22 ( 7.9)$^{E}$ | 271 | 22 ( 8.1)$^{E}$ | 255 | 45 (17.6)$^{BCD}$ |
| Total Cycles | 3782 | 844 (22.3) | 3725 | 475 (12.7) | 3772 | 307 ( 8.1) | 3732 | 211 ( 6.3) | 3639 | 532 (14.6) |

* Bleeding = Irregular bleeding with or without spotting.
A,B,C,D,E = Significantly ($p < 0.05$) different from treatment group(s) a,b,c,d,e respectively.



Confidential Pursuant to Confidentiality Order

Premarin/MPA

Protocol 7138-300, -301

GNR 21602

INCIDENCE (%) OF CYCLES WITH IRREGULAR SPOTTING DURING TREATMENT

| | --------Continuous Regimens-------- | | | | --------Sequential Regimens-------- | | | | ----Premarin Alone---- | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A: Prem/MPA (0.625 mg/2.5 mg) | | B: Prem/MPA (0.625 mg/5.0 mg) | | C: Prem/MPA (0.625 mg/5.0 mg) | | D: Prem/MPA (0.625 mg/10.0 mg) | | E: Prem/Placebo (0.625 mg) | |
| Cycle | No. of Cycles | Cycles w/ Spotting* | No. of Cycles | Cycles w/ Spotting | No. of Cycles | Cycles w/ Spotting | No. of Cycles | Cycles w/ Spotting | No. of Cycles | Cycles w/ Spotting |
| 2 | 313 | 43 (13.7)[BE] | 308 | 63 (20.5)[ACDE] | 322 | 29 (9.0)[B] | 322 | 42 (13.4)[BE] | 320 | 22 (6.[illegible])[ABD] |
| 5 | 301 | 49 (16.3)[CE] | 292 | 49 (16.8)[CE] | 293 | 26 (8.9)[AB] | 294 | 35 (11.9) | 300 | 31 (10.3)[AB] |
| 8 | 284 | 56 (19.7)[BCE] | 284 | 29 (10.2)[A] | 284 | 30 (10.6)[A] | 277 | 37 (13.4) | 265 | 3[illegible] (11.[illegible])[A] |
| 11 | 277 | 33 (11.9) | 276 | 21 (7.6) | 277 | 24 (8.7) | 271 | 23 (8.5) | 255 | 29 (11.[illegible]) |
| Total Cycles | 3[illegible]82 | 614 (16.2) | 3726 | 537 (14.4) | 3772 | 326 (8.7) | 3732 | 4[illegible]2 (11.9) | 3639 | 358 ([illegible]) |

* Spotting = spotting alone
A,B,C,D,E = Significantly (p <0.05) different from treatment group(s) a,b,c,d,e respectively.

060

Confidential Pursuant to Confidentiality Order

W-MDL303-00083724




Figure 3. Patterns of Irregular Bleeding Over the Total Treatment Period in Two Sequential Regimens. The percentage of cycles with spotting only (diagonally marked bar), bleeding with or without spotting (slack marked bar), and no bleeding or spotting (solid bar) are indicated. Treatment regimens were as follows: C) 0.625 mg Premarin + placebo on days 1-14, and 0.625 mg Premarin + 5.0 mg MPA on days 15-28 and D) 0.625 mg Premarin + placebo on days 1-14, and 0.625 mg Premarin + 10.0 mg MPA on days 15-28.



Confidential Pursuant to Confidentiality Order




Figure 4. Patterns of Irregular Bleeding Over the Total Treatment Period in Three Continuous Regimens. The percentage of cycles with spotting only (diagonally marked bar), bleeding with or without spotting (stack marked bar), and no bleeding or spotting (solid bar) are indicated. Treatment regimens were as follows: A) 0.625 mg Premarin + 2.5 mg MPA on days 1-28; B) 0.625 mg Premarin + 5.0 mg MPA on days 1-28; and E) 0.625 mg Premarin + placebo on days 1-28.



Confidential Pursuant to Confidentiality Order

Sponsor concedes that the incidence in this analysis for "completed" subjects may overestimate the true incidence because dropouts are excluded. They claim, however, that the incidence for "enrolled" subjects may underestimate the true incidence by including those who dropped out for reasons unrelated to bleeding episodes. This analysis is claimed to show that the incidence of amenorrhea for at least cycles 7 through 13 was highest for group E (48.5% of "enrolled" subjects; 53.8% of "completed" subjects) and lowest for groups C and D (4.7-4.9% of "enrolled" and 5.4-5.8% of "completed" subjects, respectively). After the first 6 cycles, sponsor claims that amenorrhea occurred in a significantly greater percentage of subjects treated with continuous regimen B (47.4% of "enrolled"; 52.6% of "completed" subjects) than continuous regimen A (37.4% of "enrolled"; 40.4% of "completed" subjects), and that no significant difference was detected in the percentage of subjects with amenorrhea for at least cycles 7 through 13 in groups B and E (see Sponsor's table below, NDA vol 1.40 p 62).

INCIDENCE OF AMENORRHEA FOR AT LEAST CYCLES 7 THROUGH 13

| | No. of Patients (%) | | | | |
|---|---|---|---|---|---|
| | Treatment Group | | | | |
| Population | A | B | C | D | E |
| Completed 13 Cycles | (n = 203) 82 (40.4)$^{BCDE}$ | (n = 192) 101 (52.6)$^{ACD}$ | (n 204) 11 (5.4)$^{ABE}$ | (n = 191) 11 (5.8)$^{ABE}$ | (n = 182) 98 (53.8)$^{ACD}$ |
| Enrolled | (n = 219) 82 (37.4)$^{BCDE}$ | (n = 213) 101 (47.4)$^{ACD}$ | (n = 233) 11 (4.7)$^{ABE}$ | (n = 226) 11 (4.9)$^{ABE}$ | (n = 202) 98 (48.5)$^{ACD}$ |

A,B,C,D,E - Significantly ($p < 0.05$) different from treatment groups a,b,c,d,e, respectively.

d: The original ground rule of "2 days of bleeding after an endometrial biopsy" was established before the blind was broken. After the blind was broken and the data were analyzed, this ground rule seemed unnecessarily rigorous. The decision was then made to do an additional analysis of amenorrhea data using a 6-day window for bleeding associated with an endometrial biopsy.

062

In an additional analysis, the frequency of non-hyperplasia biopsy diagnoses are compared by treatment group. This analysis suggests that subjects taking continuous regimens A and B had lower rates of biopsy-proven proliferative endometrium (17% and 10%, respectively, of biopsy specimens, excluding hyperplasia, in all subjects who took drug in groups A and B; 41%, 36%, and 49%, respectively, of biopsy specimens from subjects who took drug in groups C, D, and E) and had higher rates of "insufficient endometrial tissue" (57% and 60%, respectively, of biopsy specimens, excluding hyperplasia, in all subjects who took drug in groups A and B; 21%, 19%, and 31%, respectively, of biopsy specimens from subjects who took drug in groups C, D, and E) than subjects taking sequential regimens C and D or Premarin alone (see sponsor's table below, NDA vol 1.40, p 81). Sponsor states that in postmenopausal women, inability to obtain adequate endometrial tissue may be an indication of atrophy of the endometrium, suggesting that subjects taking the continuous regimens may have developed endometrial atrophy more frequently than those taking the sequential regimens. While this finding is interesting, it is not established that women with atrophic endometrium have less unscheduled bleeding than women with other benign endometrial histological findings (Sheth, 1993).

NO. (%) OF ENDOMETRIAL BIOPSIES* EXCLUDING HYPERPLASIA - ALL PATIENTS WHO TOOK DRUG (DPR 8-5A)

| Biopsy Result | ----------Treatment Groups---------- | | | | |
|---|---|---|---|---|---|
| | A (n = 544) | B (n = 531) | C (n = 553) | D (n = 529) | C (n = 486) |
| Endometrial polyp | 4 (<1) | 3 (<1) | 0 | 3 (<1) | 3 (<1) |
| Proliferative endometrium | 94 (17) | 54 (10) | 225 (41) | 190 (36) | 238 (49) |
| Secretory endometrium | 1 (<1) | 2 (<1) | 36 ( 7) | 46 ( 9) | 3 (<1) |
| Insufficient endometrial tissue | 309 (57) | 316 (60) | 117 (21) | 101 (19) | 152 (31) |
| Other endometrial tissue | 51 ( 9) | 56 (11) | 139 (25) | 155 (29) | 33 ( 7) |
| No endometrium identified | 76 (14) | 89 (17) | 34 ( 6) | 27 ( 5) | .52 (11) |
| No tissue identified | 9 ( 2) | 11 ( 2) | 2 (<1) | 6 ( 1) | 4 (<1) |
| Endometrial malignancy | 0 | 0 | 0 | 1 (<1) | 1 (<1) |
| Total number of biopsies | 544 | 531 | 553 | 529 | 486 |

* Results for cycles 1 to 14.

NOTE: "Other endometrial tissue" is a way of classifying histological specimens of endometrial tissue that do not fit into the other classifications of endometrial biopsy specimens, such as endometrial polyp, proliferative endometrium, and secretory endometrium. "Other endometrial tissue" includes interval, benign, inactive, or atrophic endometrium, or fragments of endometrial epithelium, glands, or stroma, for example.

Vasomotor symptomatology:
Although menopausal symptoms were not entrance criteria for the study, they were self-reported on diary cards (Protocol #713B-300 only). Summary tables were used to compare the incidence and mean number of days and episodes of symptoms. Fisher's Exact Test was used to compare the incidence of vasomotor symptoms ("daytime and nocturnal hot flashes/flushes and daytime and nocturnal sweats") between all treatment groups. This review will focus on the results of analyses of daytime and nocturnal sweats only, since they can be taken to represent moderate to severe symptomatology, which responds better to estrogen treatment than to placebo.

At baseline, the percentages of cycles with moderate to severe vasomotor symptoms (i.e., "daytime and nocturnal sweats") were similar (53.0 - 60.9% of symptomatic cycles) in all treatment groups. Sleep interruptions were the most commonly reported subjective menopausal symptom in all treatment groups. Although the most improvement occurred during the initial treatment cycles, the percentages of cycles with daytime and nocturnal sweats generally continued to decrease during the study. By cycle 12, improvement in daytime sweats was significantly greater in combination groups A, B, and D (daytime sweats reported in 7.6%, 11.3%, and 8.3%, respectively, of symptomatic cycles) than in the Premarin alone group (daytime sweats reported in 16.9% of symptomatic cycles); improvement was also significantly greater in the continuous combination group A (daytime sweats reported in 7.6% of cycles) than in the sequential combination group C (daytime sweats reported in 15.2% of cycles). For nocturnal sweats, however, no significant differences were observed between any treatment group at any cycle during the study (see Sponsor's table next page, NDA vol 1.40 p 66). While these between-group differences are thus of limited clinical significance, the overall results of this analysis provide evidence that concomitant MPA treatment does not reduce the efficacy of Premarin in relieving moderate to severe vasomotor symptoms associated with menopause.

PERCENT OF CYCLES* WITH MENOPAUSAL SYMPTOM EPISODES - SELECTED CYCLES

| Symptom | Cycle | Group A 2.5 mg MPA/28 days | Group B 5.0 mg MPA/28 days | Group C 5.0 mg MPA/14 days | Group D 10.0 mg MPA/14 days | Group E no MPA |
|---|---|---|---|---|---|---|
| Daytime Hot Flashes/Flushes | 0 | 71.7 | 66.4 | 62.8 | 71.1 | [illegible] |
| | 3 | 21.1 E | 23.9 E | 21.5 C | 24.8 | 35.0 [illegible] |
| | 6 | 14.5 E | 12.5 E | 14.1 E | 14.4 E | 24.[illegible] |
| | 12 | 9.9 | 10.0 | 12.5 | 13.5 | 17.[illegible] |
| Daytime Sweats | 0 | 63.9 | 53.0 | 58.6 | 60.2 | 53.8 |
| | 3 | 13.7 E | 19.6 | 16.4 | 19.2 | 22.[illegible] |
| | 6 | 11.6 | 9.9 | 12.1 | 13.9 | 16.6 |
| | 12 | 7.6 CE | 11.3 E | 15.2 A | 8.3 E | 15.9 ABD |
| Nocturnal Hot Flashes/Flushes | 0 | 53.9 | 58.4 | 57.4 | 59.1 | 61.6 |
| | 3 | 19.1 | 24.4 | 17.6 E | 22.8 | 25.[illegible] |
| | 6 | 15.0 E | 15.6 | 16.4 | 15.5 | 23.[illegible] |
| | 12 | 7.6 DE | 10.6 | 13.8 | 16.7 A | 18.[illegible] |
| Nocturnal Sweats | 0 | 63.4 | 53.0 | 54.4 | 60.2 | 55.6 |
| | 3 | 20.6 | 23.9 | 22.1 | 26.3 | 24.5 |
| | 6 | 16.1 | 17.9 | 16.4 | 23.2 | 22.2 |
| | 12 | 12.8 | 13.8 | 18.4 | 16.0 | 20.4 |

* Percentages are of cycles with symptoms.
A,B,C,D,E = Significantly ($p < .05$) different from treatment group(s) a,b,c,d,e, respectively.



Confidential Pursuant to Confidentiality Order

8.1.1.4.3 Safety outcomes:

Changes from baseline in vital signs measurements were analyzed by one-way analysis of covariance (ANCOVA) with the baseline used as a covariate and within-group changes from baseline analyzed by paired t-tests. Study events (recorded at each visit to include those spontaneously reported by the subject, observed by the investigator, and mentioned by the subject on general questioning) were categorized by COSTART terms. Treatment-emergent study events (defined as all events except those for which the start date was definitely before treatment, including any event that began after the last day of study medication (NDA vol 1.40, p 23), were summarized by severity and drug relationship, including clinically significant changes observed during a subject's physical exam. Numbers of adverse study events and numbers of dropouts for safety-related reasons were analyzed by Chi-square tests supplemented by pairwise Fisher's Exact Tests. Any study event unresolved by the end of the study was to be followed up with the investigator until the problem was resolved.

Pap smear results (performed at baseline, cycles 6 and 13, and additionally when clinically indicated) were tabulated for patients with class II through class V findings. Abnormal mammography results were tabulated. Special laboratory parameters evaluated under protocol #713B-301, with summary statistics and analyses, were presented separately (NDA vol 1.31).

See Memo of Consultation from Dr. Stadel for a detailed review and analysis of serious study events. A total of 13 cancers, 44 "noteworthy" cardiovascular events, and 46 hospitalizations were reported during the study among women who either remained in the study or dropped out. No statistically significant differences were noted in the serious event rates between individual treatment groups, between continuous versus sequential regimens, or between high-dose versus low-dose MPA-containing regimens. No deaths were reported during the study. The number and percentage of patients who withdrew from the study solely or partially because of study events were 29 (9%), 34 (10%), 42 (12%), 42 (12%), and 65 (19%) in groups A, B, C, D, and E, respectively (including dropouts for endometrial hyperplasia).

The sponsor reports that the addition of progestin to estrogen replacement therapy may contribute to breast pain, as reflected by the greater percentage of subjects with breast pain on combination therapy (groups A, B, C, or D) than on Premarin alone (group E). In fact, the most frequent treatment-emergent drug-related study event in the combination treatment groups was breast pain (breast or nipple discomfort, pain, soreness, or tenderness), reported by approximately one third of subjects in each of the 4 active treatment groups (A, B, C, and D). Significantly fewer (12%) Premarin-treated subjects reported breast pain ($p < 0.05$ for the differences between groups E and A, B, C, or D).

Headache was the most common drug-related study event in the Premarin alone group (reported by 69 (20%) subjects in group E), and the second most common event in each of the combination groups (reported by 69 (20%) subjects in group A; 54 (16%) subjects in group B; 69 (20%) subjects in group C; and 90 (26%) subjects in group D). The difference in frequency of headache reporting between combination groups B and D was statistically significant ($p < 0.05$), suggesting that higher peak MPA levels might be related to the occurrence of headache complaints (or, alternatively, that this difference may have occurred by chance).

The third most frequently reported drug-related study event was abdominal pain, which was reported by 36 (11%) subjects in group A; by 53 (16%) subjects in group B; by 60 (17%) subjects in group C; by 63 (18%) subjects in group D; and by 46 (13%) subjects in group E. Statistically significant differences in frequency of abdominal pain reporting were noted ($p < 0.05$) between group A and groups C and D, although the clinical significance of these differences is not readily apparent because of the diversity of possible etiologies of abdominal pain.

Pap smears results were either class I or II in > 97% of subjects regardless of treatment. There were no reports of class V smears. Class III smears were reported in a few subjects in each group, with generally normal follow-up findings. Class IV smears were reported in 3 subjects:

Pt #30011-014 (Group A): during cycle 6; withdrew from study and had a class I repeat smear following colposcopy;

Pt #30007-005 (Group D): during cycle 13; cervical carcinoma in situ on poststudy biopsy, treated with hysterectomy;

Pt #30062-001 (Group E): during cycle 1 following an unsatisfactory pretreatment smear; withdrawn after 14 days in the study (protocol violation) and treated with hysterectomy.

Mammograms during treatment were normal for > 96% of subjects regardless of treatment group. Five subjects with normal baseline mammograms developed breast cancer during or shortly after the study:

Group A:

Pt #30163-003: 55 year old with abnormal mammogram during cycle 13 of trial medication, with infiltrating ductal carcinoma on biopsy; treated with lumpectomy with no malignant cells in the margins of the biopsy site and 25 axillary nodes negative for malignant cells;

Pt # 30034-010: 49 year old with normal cycle 13 mammogram but diagnosed 2 months posttreatment when she detected a nodule which was malignant on needle biopsy; treated with lumpectomy;

Group B:

Pt #30139-028: 51 year old with abnormal mammogram during cycle 13 of trial medication, with infiltrating ductal carcinoma on biopsy; treated with modified radical mastectomy with 7 lymph nodes free of tumor and an "uneventful postoperative course";

Pt #30007-038: 57 year old with left breast mass detected during cycle 6 of trial medication, with study drug treatment discontinued; left breast biopsy benign 2 months later, but right breast mass detected 4 months later yet (12 months after randomization), and patient refused biopsy; routine mammogram showed a suspicious right mass 18 months after randomization, which was infiltrating ductal carcinoma on excisional biopsy; treated with modified radical mastectomy, with chemotherapy for 2 of 15 positive nodes;

Group C:

Pt #30155-019: 57 year old with right breast mass detected and abnormal mammogram during cycle 13 of trial medication; infiltrating ductal carcinoma on biopsy, treated with modified radical mastectomy.

In addition, one 58 year old subject (#30046-004, Group C) who started trial medication without a prestudy mammogram (protocol violation) had an abnormal mammogram less than one month later; trial medication was stopped after another month, biopsy revealed lobular carcinoma in situ, and she was treated with bilateral mastectomy. This reviewer does not consider this case drug-related.

Blood pressure remained normal throughout the study in at least 87% of the subjects in all 5 treatment groups. Transient elevations from baseline of 40 mmHg or more in systolic and 20 mmHg or more in diastolic were noted in approximately 1.7% and 3.7%, respectively, of all subjects. Such systolic elevations were observed in 5 (1.5%) subjects in group A; 7 (2.1%) in group B; 6 (1.7%) in group C; 6 (1.7%) in group D; and 5 (1.4%) in group E. Such diastolic elevations from baseline were noted in 10 (2.9%) subjects in group A; 12 (3.6%) in group B; 13 (3.7%) in group C; 14 (4.0%) in group D; and 14 (4.0%) in Group E.

Mean body weight changes from baseline were 1.2 kg or less during the study in all treatment groups. Small, statistically but not clinically significant differences in mean weight gain were reportedly seen among treatment groups, and most of the individual weight changes were small and unremarkable. However, 7 subjects gained 12 kg or more during the study: one each in treatment groups A, B, and D, and 4 in group E.

Overall, Premarin and Premarin/MPA treatment had minimal effects on routine clinical laboratory findings. See below for findings on the special laboratory parameters (lipids, carbohydrates, coagulation factors, and hormone levels).

SPECIAL LABORATORY PARAMETERS:

The key safety concerns with this class of drugs are the effects of added progestin on cardiovascular and breast cancer outcomes, as noted above (see section 6.1). Unopposed ERT has been associated in observational studies with a 20-50% reduction in cardiovascular disease incidence and mortality in postmenopausal women, and with even greater reductions in women with established coronary heart disease (CHD). If a causal relationship could be demonstrated, the strength and consistency of this association would suggest a fundamental role of ERT in the maintenance of cardiovascular health in postmenopausal women. Since data from large scale CVD endpoint trials will not be available for a number of years, however, clinical investigations of this question have focussed on short-term effects of ERT and HRT regimens on lipids, other cardiovascular risk factors, and direct effects on arterial structure and function. Proposed mediators of the putative cardioprotection include estrogen-associated changes in plasma lipids, blood pressure regulation, carbohydrate metabolism, hemostatic factors, plasma anti-oxidant activity, and vascular endothelial structural and/or functional changes. When the pivotal trial for this NDA was under development, the potential mediators amenable to non-invasive study were limited to the first four of these, of which only the attenuating effect of progestins on HDL cholesterol was well documented by randomized studies. Thus, emphasis in the safety assessments for this trial focussed on these four endpoints, with special emphasis on the lipid outcomes.

Several recent studies suggest, however, that only 25-50% of the potential estrogen-mediated cardiovascular benefit can be accounted for by changes in HDL (Bush, 1987; Bush, 1991; Gruchow, 1988). Also, triglycerides may play a role in heart disease determination in women (Austin, 1991), and the relative impact of progestin-mediated attenuation of "favorable" (HDL levels) and "unfavorable" (triglyceride levels) estrogen effects on CVD events remains unknown (Nabulsi, 1993). Thus, the clinical significance of observed lipid profile changes with unopposed or opposed Premarin treatment remain to be elucidated by the future results of ongoing prospective, randomized, placebo-controlled, primary and secondary prevention trials (see section 6.2, above).

Lipid Metabolism:

During the pivotal trial, lipids were measured by 2 central laboratories: Lipid Research Center (Washington University, St. Louis, MO) and the Institute of Biochemistry, Royal Infirmary (University of Glasgow, Glasgow, Scotland). Although the 2 laboratories used different methods, good correlation was shown between their findings (see Statistical Review and Evaluation). It is notable that plasma total cholesterol (TC) and triglycerides were directly measured from plasma samples collected in EDTA-containing tubes, using commercially available enzymatic kits from Technicon, Tarrytown, NY, for US studies, and from Boehringer Mannheim [UK] Ltd, Lewes, East Sussex, England, for European studies. VLDL was separated as a supernatant from LDL and HDL by ultracentrifugation at native density, and HDL was determined in a sample of infranatant using dextran sulfate magnesium (US) or heparin manganese and the cholesterol oxidase/para-amino-phenazone method at pH 7.7 (Scotland). LDL was calculated as the difference between HDL and TC in the ultracentrifugal infranatant. $HDL_3$ was then precipitated from HDL using dextran sulfate magnesium; $HDL_3$ was measured while $HDL_2$ was calculated as the difference between HDL and $HDL_3$. Apo A-I and apo B were measured by immunonephelometric assay at the US laboratory using commercially available kits from Behring Diagnostics, Somerville, NJ.

In addition, a published report of these data (Lobo, 1994) states that Lipoprotein (a) was measured at the US laboratory with an enzyme immunoassay kit from Terumo Medical Corporation, using EDTA plasma incubated in microtiter test wells with a monoclonal anti-lipoprotein (a) antibody and a polyclonal anti-lipoprotein (a) antibody conjugated with horseradish peroxidase, and read as in a standard ELISA. The report states that these assays were not part of the original protocol and were performed only for the subset of the population for whom adequate samples were available (n = 190). Results of these studies are not included in the NDA submission.

Sponsor states that all patient data (Protocol #713B-301) were used regardless of whether the subjects missed medication. Overall compliance with medication was reasonable, however, with less than 1.6% of the cycles reportedly including more than 5 missed doses. Concurrent medications, used by 82% of patients in all treatment groups, most commonly included analgesic/antipyretic and analgesic/antipyretic/anti-inflammatory agents, NSAIDs, antibiotics, and vitamin/mineral supplements. Although statistically significant differences between treatment groups were noted in the percentage of patients taking antiemetic/antihistamines ($p = 0.018$) and diuretics ($p = 0.039$), the total number of patients involved were 9 (Group B: 6; Groups C, D, E: 1 each) and 5 (Group D: 4; Group A: 1), respectively, and these findings had no discernable clinical significance. A few subjects took concomitant corticosteroids (Group A: 4; Group B: 4; Group C: 7; Group D: 7; Group E: 3), estrogens (Group B: 1; Group C: 1; Group D: 1), progestins (Group A: 1; Group E: 1), cholesterol reducers (Group E: 1) "lipotropics" (Group A: 1; Group C: 1; Group E: 2), and anticoagulants (group D: 2; Group C: 1).

Overall analyses of baseline values showed no significant differences among treatment groups for all parameters measured. Remarkable on-treatment lipid results included the following (see Statistical Review and Evaluation for details):

**Total Cholesterol** decreased from baseline levels 3.5% to 7.4% in all active treatment groups (A, B, C, and D), a significant lowering compared with Premarin alone (Group E).

**HDL Cholesterol** concentrations increased significantly compared to baseline values for Group E, with mean increases in the range of 14% to 16%. Groups A, B, and C had mean increases from baseline of 2.1% to 5.4%, which were significantly smaller than those in Group E at all cycles evaluated. Group D had no change from baseline.

**$HDL_2$ Cholesterol** concentrations increased significantly from baseline for all treatment groups, with significantly smaller increases in all active treatment groups (range 16% to 40%) than in the Premarin alone group (61% to 71%).

**$HDL_3$ Cholesterol** concentrations increased significantly from baseline in the Premarin alone group, in the range of 3.3% to 5.2%, which was significantly different from the slight decreases observed in Groups A, B, & D. Group C results were unchanged from baseline.

**LDL Cholesterol** concentrations decreased significantly from baseline, with mean decreases in the range of 7.7% to 12.4% for all five treatment groups (see next page for Sponsor's display of these data, NDA vol 1.31 p 27).

**VLDL Cholesterol** concentrations increased significantly from baseline in all groups by cycle 13, with mean increases of 28% to 31% for Groups A, C, and E, about 22% for Group D, and about 12% for Group B. These differences were not statistically significant, however.

**Triglyceride** concentrations increased significantly from baseline in all five treatment groups, with significantly higher elevations in Group E (29% to 39%) compared with Groups A, B, C, and D (12.4% to 27.5%).

**Apolipoprotein A-I** concentrations increased significantly from baseline for all treatment groups, with a significantly higher mean percent increase in Group E (17.4% to 18.3%) than in the other 4 groups, which had similar results (6.6% to 10.4%).

LDL-Cholesterol

Changes in LDL-C concentrations were similar in all five treatment groups; there were statistically significant decreases (7.7% to 12.4%) in LDL-C compared with baseline at all cycles evaluated.

LDL-CHOLESTEROL [Mean Percent Change From Baseline (n)]

| Cycle | Group A 7.5 mg/28 days | Group B 5.0 mg/28 days | Group C 5.0 mg/14 days | Group D 10.0 mg/14 days | Group E no MPA |
|---|---|---|---|---|---|
| Baseline† (mg/dl) | 138.4 ± 30.7 | 136.3 ± 28.6 | 140.5 ± 26.8 | 141.1 ± 28.5 | 136.8 ± 24.1 |
| 3 | -10.6 (95)* | -11.0 (91)* | -12.4 (100)* | -11.4 (101)* | -11.3 (101)* |
| 6 | -12.4 (92)* | -11.3 (89)* | -12.0 (99)* | -12.0 (94)* | -9.9 (95)* |
| 13 | -10.3 (98)* | -8.8 (84)* | -8.7 (95)* | -12.1 (90)*e | -7.7 (84)*d |

† Baseline mean ± SD for patients with data at cycle 13; Baseline means ± SD for cycles 3 and 6 are in Table 6.
* Significantly ($p \leq .05$) different from baseline value.
d,e = Significantly different from treatment group D and E, respectively.






Confidential Pursuant to Confidentiality Order W-MDL303-00083737

Apolipoprotein B concentrations decreased slightly but significantly from baseline in all treatment groups (0.6% to 5.9%), with no significant differences between groups (see Sponsor's display of these data from NDA vol 1.31 p 31, below).

The incongruence between the small reported decreases in apo B and the larger reported decreases in LDL may be related the methodologies used to measure these parameters: as noted above, apo B levels were directly measured from EDTA-plasma samples in the US laboratory, while LDL levels were calculated as the difference between measured HDL and TC in both US and Scottish laboratories.

APOLIPOPROTEIN B [Mean Percent Change From Baseline (n)]

| Cycle | Group A 2.5 mg/28 days | Group B 5.0 mg/28 days | Group C 5.0 mg/14 days | Group D 10.0 mg/14 days | Group E no MPA |
|---|---|---|---|---|---|
| Baseline† (mg/dL) | 113.9 ± 23.8 | 112.6 ± 23.9 | 114.1 ± 22.4 | 114.8 ± 23.2 | 112.0 ± 21.0 |
| 3 | -4.4 (97)* | -3.6 (90)* | -4.9 (100)* | -3.8 (99)* | -5.9 (100)* |
| 6 | -4.7 (91)* | -2.4 (87)* | -4.4 (98)* | -4.9 (97)* | -3.8 (95)* |
| 13 | -3.1 (87)* | -0.6 (84) | -2.1 (95) | -4.1 (91)* | -1.8 (86) |

† Baseline mean ± SD for patients with data at cycle 13; Baseline means ± SD for cycles 3 and 6 are in Table 6.

* Significantly ($p \le .05$) different from baseline value.



The published data (Lobo, 1994) on lipoprotein (a) are included here for completeness, although they represent only 190 subjects, and comparability data with the rest of the #713B-301 study population are not available:

Table 2. Lipoprotein (a) Levels at Cycle 13 in Women Receiving Conjugated Estrogens Plus Medroxyprogesterone Acetate or Conjugated Estrogens Alone*

| | Treatment group | | | | |
|---|---|---|---|---|---|
| | A ($n$ = 37) | B ($n$ = 38) | C ($n$ = 36) | D ($n$ = 40) | E ($n$ = 29) |
| Baseline median | 10.0 | 13.2 | 11.2 | 9.2 | 5.5 |
| On-therapy median | 7.0 | 10.0 | 9.0 | 8.0 | 5.0 |
| Median % change | −19.4† | −16.9† | −11.3† | −15.3† | −14.2 |

* All values are expressed in mg/dL.
† Significantly ($P \leq .05$) different from baseline value.

Lobo et al *CE/MPA Metabolic Impact* 991

## Carbohydrate Metabolism:

Glucose tolerance test results are reported for all patients with complete data, i.e., with no missing glucose or insulin values during the study. See Statistical Review and Evaluation for graphical displays and specific data.

**Glucose levels:**
Mean fasting and 30-minute levels tended to be slightly lower than at baseline, while the levels at 60-, 120-, and 180-minutes were slightly higher than the baseline levels. Group E tended to have the lowest glucose levels at all time points, while Group D tended to have the highest levels, with 10-15% elevations over baseline values at the 120- and 180-minute timepoints.

**Insulin levels:**
Mean insulin levels were significantly lower during treatment than at baseline in all treatment groups, with the greatest mean decreases from baseline values occurring during the first hour of the test.

These data have also been published (Lobo, 1994) in an alternate format -- mean change from baseline in area under the curve (AUC) for glucose and insulin levels following glucose challenge -- which clarifies their meaning, and is therefore reproduced on the next page.




Figure 6. Mean change from baseline ± SE (mg/dL) in area under the curve for glucose following oral glucose challenge at cycles 3, 6, and 13 in women treated with continuous combined regimens of conjugated estrogens and MPA (groups A and B), with sequential regimens of conjugated estrogens and MPA (groups C and D), or with conjugated estrogens alone (group E). *Significant difference from baseline. †Significant difference from conjugated estrogens alone.




Figure 7. Mean change from baseline ± SE (µU/mL) in area under the curve for insulin following oral glucose challenge at cycles 3, 6, and 13 in women treated with continuous combined regimens of conjugated estrogens and MPA (groups A and B), with sequential regimens of conjugated estrogens and MPA (groups C and D), or with conjugated estrogens alone (group E). *Significant difference from baseline.



Confidential Pursuant to Confidentiality Order

W-MDL303-00083740

HRT Plaintiffs' Exhibit # 0288 PAGE 51 of 116

<u>Coagulation parameters:</u>

Both SmithKline Beecham and the Royal Infirmary measured prothrombin time (PT) and partial thromboplastin time (PTT) in seconds. To pool these data for the statistical analyses, the PT and PTT data were expressed as ratios calculated from the result for each sample (time in seconds to the endpoint) divided by the control times for the corresponding tests. The unit used for the analyses of factors VII and X, ATT-III activity, and plasminogen activity was percent of normal (unit used in US), which the sponsor states is equivalent to U/dL (unit used in Scotland). Conversion factors for standardizing the values from the two laboratories were determined for ATT-III and plasminogen activity by measurement of multiple US samples at the Royal Infirmary, so that the US and European data could be pooled (see NDA vol 1.31 p 124).

> PT ratios remained unchanged from baseline in all five treatment groups despite considerable variability in all groups, and no significant between-group differences were observed during the cycles evaluated.
>
> PTT time ratios increased slightly compared to baseline in Group E, but tended to decrease slightly in the other four groups. Only Group D had both statistically significant decreases from baseline and significant differences from Group E during all cycles evaluated. Most individual values were within the normal range.
>
> Factor VII levels were not significantly changed from baseline in the active treatment groups except at the 13 month cycle in Group A (20.8% increased) and during cycles 3, 6, and 13 in Group E (16.3% to 21.8% increased over baseline). Nonetheless, there was much variability in the active treatment group values and few significant differences between treatment groups. (NDA vol 1.31 p 46).
>
> Factor X concentrations increased significantly and progressively, compared to baseline, to a maximum of 12.7% to 15.7% over baseline, in all five treatment groups, with no statistically or medically important differences between groups.
>
> Antithrombin-III activity tended to decrease slightly during treatment, with no significant differences between groups and with few of the decreases from baseline achieving statistical significance.
>
> Plasminogen activity increased significantly compared to baseline (mean rises of 11% to 16%) in all groups, with no significant differences between groups, and most individual values remained within the normal range.

__Hormone levels:__

FSH levels decreased in all treatment groups, with larger decrements in the higher dose (60.9% to 67.0%) than the lower dose (49.6% to 54.1%) combination groups and smaller decrements in the Premarin alone group (37.2% to 42.5%).

Estradiol levels increased significantly from baseline in all treatment groups and remained in the range of 80 to 100 pg/ml, with no significant differences between groups.

Prolactin levels decreased slightly in Group E compared to baseline (1.0 to 1.2 ng/ml) and tended to increase slightly in the combination treatment groups (0.0 to 1.5%).

**8.1.1.5. Conclusions regarding Efficacy Data**

Sponsor concludes that the incidence of endometrial hyperplasia was much lower in women treated with the studied regimens of Premarin/MPA than in women treated with Premarin alone, with the difference statistically significant at $p < 0.001$, even after 6 months of treatment. This reviewer concurs with this conclusion, based on the results of this adequate and well-controlled study, especially the analyses in which all cases of focal hyperplasia were excluded.

Although the sponsor reports a statistically significant difference in the incidence of irregular bleeding between groups A (22% of cycles) and B (13% of cycles), this difference is not clinically significant because very few subjects withdrew from any treatment group due to bleeding complaints (see Dr. Stadel's Memo of Consultation for detailed dropout analysis).

Of the subjects who completed 13 cycles, sponsor reports that a significantly ($p < 0.05$) higher percentage of subjects in the continuous (A and B) than in the sequential (C and D) treatment groups were amenorrheic for at least cycles 7 through 13. This conclusion is flawed, being based on the sponsor's re-analysis of the unblinded bleeding data using a post-hoc re-definition of the protocol-defined bleeding criteria.

Although the sponsor reports that subjects taking the continuous regimens may have developed more endometrial atrophy, as estimated by lower rates of proliferative endometrium (17% in group A, 41% in group C, 49% in group E) and higher rates of "insufficient endometrial tissue" (57% in group A, 21% in group B, 31% in group E), this observation is not necessarily predictive of bleeding patterns. While atrophic endometrium may be associated with amenorrhea, it also occurs in association with irregular bleeding (Sheth, 1993). Thus, these data do not support the sponsor's amenorrhea claim.

8.1.2 Reviewer's Trial # 2: Sponsor's Protocol # 84-915-MD, 84-930-MD, 82-028-MD, 84-903-MD

These small, ancillary, double-blind, randomized, prospective trials were conducted by Ayerst Laboratories in the early 1980's. Their objective was to demonstrate the safety and efficacy of concomitant MPA in reducing the incidence of endometrial hyperplasia associated with unopposed Premarin treatment. Due to recruitment difficulties, they were terminated by administrative decision of the sponsor in 1988. Since insufficient data were obtained to reach any conclusions regarding efficacy of the studied regimens, the efficacy data were not evaluated.

The first 2 studies were multicenter, double-blind, single crossover trials conducted at 16 study sites in the US. Their objective was to compare the efficacy and safety of two phasic regimens of Premarin in treating vasomotor symptoms related to natural menopause. Protocol # 84-915-MD compared the effects of Premarin 1.25 mg/day with those of a high-dose phasic regimen (0.625, 0.9, 2.5 mg/day). Protocol #84-930-MD compared the effects of Premarin 0.625 mg/day with those of a low-dose phasic regimen (0.3, 0.625, 0.9 mg/day). After the study was underway, the protocol was amended to add MPA to the treatment regimen at 10 mg/day, administered concomitantly with all regimens of Premarin during days 16 to 25 of each cycle. Both studies enrolled a total of 119 women up to age 65 years. Twelve subjects withdrew from the studies, 6 because of adverse effects (one report each of endometriosis,vaginal bleeding, diarrhea, mild vision changes, severe sore nipples, anxiety, irritability, dry eyes, severe pruritic rash; 2 reports each of depression and severe headache). Thirteen subjects had intercurrent or concomitant medical conditions, none of which were reported to be treatment related. No deaths occurred and no serious or unexpected adverse reactions were reported.

Protocol #82-028-MD was for a double-blind, parallel, multicenter, randomized Phase III study of the safety and acceptability of concomitant cyclical Premarin 1.25 mg/day x 21 days/28 day cycle and MPA 10 mg/day x 10 days/cycle and its effect on the occurrence of endometrial hyperplasia. At 29 study sites, 235 postmenopausal women, aged 40 to 64, were enrolled, of whom 94 received Premarin, 104 received Premarin/MPA, and 37 received placebo. The study duration was originally planned to be 12 cycles; however, the protocol was amended to 6 cycles of treatment. Another protocol amendment during the study discontinued the placebo treatment group. 130 subjects completed 6 cycles of treatment and of these, 72 completed 12 cycles of treatment: 24, 26, and 22 in the Premarin, Premarin/MPA, and placebo groups, respectively. One or more study events were recorded for 69 patients (73%) in the Premarin group, 70 (68%) in the Premarin/MPA group, and 33 (89%) in the placebo group. The 3 most common study events were vaginal bleeding (22% of Premarin group, 23% of Premarin/MPA group, 14% of placebo group), headache (22%, 13%, and 24%, respectively), and breast tenderness (13%, 24%, and 11%, respectively). Safety-related reasons for dropout accounted for 8 dropouts in the Premarin group and 11 in the Premarin/MPA group, including vaginal bleeding, headaches, and breast tenderness. In the Premarin/MPA group, one subject withdrew because of myocardial infarction, one because of possible angina, and 3 with migraine headaches; in the Premarin group one withdrew due to superficial thrombophlebitis. Ten patients who successfully completed 12 cycles of treatment continued into the 1-year open-label extension study (Protocol #84-903-MD). Because of numerous protocol amendments and

recruitment difficulties, the study was terminated early at the sponsor's request. Efficacy findings included endometrial hyperplasia reported for 12 patients (24%) in the Premarin alone group, 4 patients (8%) in the Premarin/MPA group, and 1 patient (4%) in the placebo group, based on findings of individual pathologists at each center. There were no significant differences between the 2 active treatment groups for the incidence of endometrial hyperplasia. The incidence of hyperplasia was significantly higher in the Premarin group than in the placebo group. There were no significant differences between the placebo group and the Premarin/MPA treatment group. Re-evaluation of endometrial biopsy slides by pathologists, independently at two separate locations, following the termination of the study, indicated a much lower incidence of endometrial hyperplasia.

9. *Overview of Efficacy*

For the primary efficacy variable, the pivotal trial provides compelling evidence that concomitant MPA reduces the risk of endometrial hyperplasia induced by treatment with unopposed Premarin from a 1-year incidence of 8% (20% when focal hyperplasia is included) to 1% or less, with $p < 0.001$ for all between-group comparisons of combination therapy versus unopposed Premarin. This effect is statistically highly significant, clinically very significant, and similar in magnitude for the lower and higher MPA doses and for the sequential and continuous MPA regimens administered with Premarin 0.625 mg po daily.

The development of a case of endometrial adenocarcinoma and 5 cases of endometrial hyperplasia within 12 months of combination drug treatment clearly indicates that no concomitant estrogen/progestin regimen can completely eliminate the risk of endometrial cancer. Therefore, prescribers and users of the combined Premarin/MPA treatments must be warned that unexplained uterine bleeding in treated patients must still be evaluated with sensitive and specific endometrial diagnostic modalities to rule out the development of pre-malignant and malignant lesions.

Because the low dose MPA regimens A and C are as effective as the high dose MPA regimens (B and D), there is no justification for approval of the proposed high dose MPA regimen B. Although the incidence of irregular bleeding was lower in group B (13% of cycles) than in group A (22% of cycles), this statistically significant difference was not clinically significant because it did not lead to increased dropout or decreased compliance with study medication in group A compared with group B (or any other treatment group). In fact, the very small number of subjects who withdrew due to bleeding complications (other than due to endometrial hyperplasia) suggests that the frequent anecdotal reports of poor compliance with HRT relate more to physician displeasure than to patient intolerance of the bleeding side effects of HRT treatment.

For the secondary efficacy variables, the submitted data support the conclusion that concomitant MPA does not attenuate Premarin's efficacy in reducing moderate to severe vasomotor symptoms. However, the sponsor's conclusion is not supported that a significantly ($p < 0.05$) higher percentage of subjects in the continuous (A and B) than in the sequential (C and D) treatment groups were amenorrheic for at least cycles 7 through 13. This conclusion is based on the sponsor

re-analysis of the unblinded bleeding data using a post-hoc re-definition of the protocol-defined bleeding criteria, an unacceptable approach to data analysis. Further, the amenorrhea claim is not supported by the lower rates of proliferative endometrium and higher rates of "insufficient endometrial tissue" observed in biopsies from continuously treated women, since atrophic endometrium may be associated with both amenorrhea and irregular bleeding.

Because bone density endpoints were not evaluated in the pivotal trial, one cannot conclude with certainty that the combination regimens are equally as effective as unopposed Premarin in preserving bone mineral density and preventing osteoporotic fracture. Although available evidence suggests that low doses of added MPA neither augment nor antagonize the beneficial effect of estrogens on cortical and trabecular bone density, it remains to be determined whether concomitant MPA modifies the lowest effective dose of Premarin at bone target tissues (Ettinger, 1987; Gallagher, 1991). If MPA subtly enhances the efficacy of Premarin at bone, it might be possible to reduce the Premarin dose needed for chronic osteoporosis prevention, with potentially significant improvement in the Premarin/MPA safety profile (especially regarding breast cancer risk: see section 10, below). Because of the extensive exposure of American women to these drugs (Wysowski, 1995), even subtle reductions in chronic dosage requirements may translate into large attributable risk reductions in long-term adverse sequelae of estrogen treatment. As noted above (see section 6.5), the sponsor has agreed to conduct a Phase IV study of the bone density and endometrial effects of low dosages of Premarin (0.3 mg, 0.45 mg, and 0.625 mg) with and without concomitant MPA (1.25 mg and 2.5 mg), and has already submitted an acceptable draft protocol for the study (IND #21,696).

10. *Overview of Safety*

All treatment regimens were well tolerated, with no deaths, few hospitalizations, few malignancies, and few serious adverse events, including cardiovascular events, occurring during the study. Since the study population was 97% Caucasian, non-obese, non-diabetic, and generally healthy (with only mild, well-controlled hypertensives, light smokers, and no subjects with prevalent cardiovascular disease at baseline), this reassuring safety profile cannot necessarily be generalized to women with dissimilar racial and/or demographic characteristics.

Breast cancer developed in 5 subjects during study drug treatment, with all cases occurring in the combination treatment groups (4 of 5 in the continuous regimens A and B). Although there were no statistically significant differences in breast cancer incidence between treatment groups, the clustering of cases in the Premarin/MPA groups, (especially in the continuous treatment regimen) raises concern that concomitant progestin may exacerbate the increment in breast cancer risk that has repeatedly been observed with prolonged unopposed estrogen treatment. This concern should be addressed post-approval by the sponsor, by conducting a comprehensive Phase IV investigation of breast cancer risk in users and non-users of the approved NDA regimens. It is essential that this Phase IV study be designed with adequate statistical power to rule out relative risks close to 1.0 in the comparison of unopposed Premarin and Premarin/MPA-treated women, and ideally should be powered to evaluate differences between Premarin/MPA groups by treatment regimen.

10.1 Significant/Potentially Significant Events

See Memo of Consultation from Dr. Stadel for detailed review and analysis.
A total of 13 cancers and 3 class IV Pap smears were reported during the study:

| | |
|---|---|
| 2 | Endometrial adenocarcinoma: localized, grades I and II (Groups E and D) |
| 6 | Breast cancers: 5 localized, 1 node-positive (Groups A, B, and C) |
| 1 | Lung cancer, 1 Malignant melanoma, 1 Non-melanoma skin cancer (all Group A) |
| 1 | Ovarian cancer (Group B) |
| 1 | Colon cancer (Group D). |
| 3 | Class IV Pap smears (Groups A, D, E). |

A total of 46 "noteworthy" cardiovascular events were reported during the study, 23 of which led to early withdrawal (dropout) from the study::

| | |
|---|---|
| 13 | Hypertension with/without chest pain (Groups A:1; C:2; D:6; E:4) |
| 12 | Chest pain without hypertension |
| 4 | Venous thrombosis |
| 3 | Unspecified venous disorders |
| 3 | Mitral valve prolapse |
| 2 | Systolic murmur |
| 1 each: | Bleeding cerebral aneurysm, Cerebral ischemia, Arteritis temporalis, Vascular headache, Congestive heart failure, Extrasystoles, Abnormal t-wave on EKG, Pulmonary embolism, Viral pericarditis. |

There were no statistically significant differences between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens when all "noteworthy" cardiovascular events (i.e., combined data for events that either led to dropout or occurred among women who stayed in the study) were considered (see Memo of Consultation from Dr. Stadel for details).

10.1.1 Deaths

The sponsor reports that no deaths occurred during the study.

### 10.1.2 Other Significant/Potentially Significant Events

Gallbladder dysfunction resulting in cholecystectomy was reported in 7 subjects during the study (NDA vol 1.57 p 27): 5 in group A, one in group B (prompting early withdrawal), and one in group E. However, the "Information on Hospitalizations" (NDA vol 1.40 pp 395-400) reports only 3 cases in group A. Either way, the hospitalization rate for non-cancer, non-cardiovascular diagnoses is significantly higher for the continuous regimens A and B than for the sequential regimens C and D ($p < 0.05$) and this difference is accounted for by the gallbladder disease cases.

Exacerbation of uterine fibroid tumors was reported in 9 subjects: one each in groups A and C; 3 in group D (prompting dropout in one at cycle 8 due to vaginal bleeding); and 4 in group E (with one dropout due to coexisting endometrial hyperplasia).

See Memo of Consultation from Dr. Stadel for review and analysis of these and other noteworthy clinical events.

### 10.1.3 Overdose Experience

None was reported during the clinical trials conducted to support this NDA. Class labeling guidance for non-contraceptive estrogen drug products (August 1992 revision) states "Serious ill effects have not been reported following acute ingestion of large doses of estrogen-containing oral contraceptives by young children. Overdosage of estrogen may cause nausea and vomiting, and withdrawal bleeding may occur in females." Approved labeling for both Upjohn's Provera® and ESI-Pharma's Cycrin® MPA Tablets contain no section on Overdosage.

### 10.2 Other Safety Findings

The addition of MPA to Premarin treatment appears to exacerbate breast discomfort, since breast pain was the most common drug-related treatment-emergent study event in each of the combination treatment groups (A through D) and occurred in significantly ($p < 0.05$) more subjects than in the Premarin alone group (E).

Headache was the most common study event in the Premarin alone group and the second most common event in each of the Premarin/MPA groups.

Contrary to anecdotal reports suggesting an association of progestin-containing HRT with mood disorders, no significant differences were observed between treatment groups in the occurrence of mood disorders during the pivotal trial.

Also, no significant differences were observed between treatment groups in the occurrence of joint complaints, with 80% of subjects in all groups receiving concurrent medication during the study, especially analgesic/antipyretic/anti-inflammatory preparations, analgesic/antipyretic preparations, antibiotics, and nonsteroidal anti-inflammatory drugs.

10.2.1 ADR Incidence Tables

An overview of adverse drug experience reporting (to the "WCDSS" worldwide postmarketing database maintained by Wyeth-Ayerst from December 6, 1983, to October 31, 1994, and to the FDA Spontaneous Reporting System since 1975 for domestic ADRs for the drug combination Premarin - Provera and for Premarin alone) revealed no important findings beyond what is covered in the current product labeling for Premarin[R] Tablets and Cycrin[R] Tablets.

10.2.2 Laboratory Findings, Vital Signs, EKGs

Overall, Premarin and Premarin/MPA treatment had minimal effects on routine clinical laboratory findings, with most of the abnormal values during therapy representing either transient or minimal changes from pretreatment values without clinical significance. Eight subjects dropped out because of elevated clinical laboratory values. Four began study drug before baseline results were reviewed and were withdrawn because of protocol violation. Four others were withdrawn due to laboratory changes that occurred during treatment, which resolved after discontinuation of study treatment.

Significant blood pressure elevations developed on treatment in 11 subjects, precipitating their early withdrawal from the trial in all cases. This effect may represent a type of poorly understood and unpredictable idiosyncratic reaction in susceptible women, as has been previously reported (Mashchak, 1985). EKG changes were reported in only 2 subjects during the trial (extrasystoles and abnormal t-waves).

10.2.3 Special Studies

Lipid Effects of Treatment (compared with baseline values):

| | Premarin/MPA Groups (A, B, C, D) | Premarin alone Group E |
|---|---|---|
| TC: | Modest drop (3.5% to 7.4%) | No change |
| HDL: | Slight rise (2.1% to 5.4%) | 14% to 16% rise |
| $HDL_2$ | Moderate rise (16% to 40%) | 61% to 71% rise |
| $HDL_3$ | Slight drop | 3.3% to 5.2% rise |
| Apo-A-I: | Modest rise (6.6% to 10%) | 17% to 18% rise |
| LDL: | 8.7% to 12.4% drop | 7.7% to 11.3 % drop |
| Apo-B: | Slight (0.6% to 4.9%) drop | 1.8% to 5.9% drop |
| VLDL: | 2.6% to 31.1% rise | 23.9% to 28.5% rise |
| Triglycerides: | Moderate rise (12% to 28%) | 29% to 39% rise |

Effects on Carbohydrate Metabolism:

| | |
|---|---|
| Glucose levels during 3-hour oGTT: | AUCs increased 10% to 30% over baseline in all 5 groups. |
| Insulin levels during 3-hour oGTT: | AUCs decreased progressively 10% to 40% in all groups. |

Coagulation Effects:

| | |
|---|---|
| PT ratios: | Unchanged from baseline in all groups |
| PTT time ratios: | Decreased slightly from baseline in all Premarin/MPA groups<br>Increased slightly from baseline with Premarin alone |
| Factor X levels: | Increased progressively in all 5 groups<br>(maximum 13% to 16% over baseline) |
| ATT-III activity: | Tendency to decrease slightly in all 5 groups |
| Plasminogen activity: | Increased 11% to 16% over baseline in all 5 groups. |

Hormone levels:

| | |
|---|---|
| Similar effects in all 5 groups: | Estradiol levels averaged 80 pg/ml to 100 pg/ml<br>FSH dropped 50% to 70%<br>Prolactin levels hardly changed from baseline. |

### 10.2.4 Drug-Demographic Interactions

Since the study population was 97% Caucasian and otherwise homogeneously healthy, no conclusions could be drawn regarding drug-demographic interactions from the pivotal trial data.

### 10.2.5 Drug-Disease Interactions

Since the study population was relatively healthy, no conclusions could be drawn regarding drug-disease interactions from the pivotal trial data. Additional safety data are urgently needed in higher risk populations, especially in obese, hypertensive, and diabetic women.

### 10.2.6 Drug-Drug Interactions

None were apparent from the pivotal trial data. However, see Biopharmaceutics review for discussion of the significant food effect observed with MPA absorption. Since study drugs were administered without regard to meals in the pivotal safety and efficacy trial, this finding has limited clinical significance.

4. Table entitled "Incidence of Endometrial Hyperplasia After One Year of Treatment" should be revised by:

   A. Deleting the column for PREMPRO 0.625 mg/5.0 mg.

   B. Replacing it with a column for Premarin alone 0.625 mg: n = 283.

   C. Including under the "No. (%) of patients with biopsies indicating hyperplasia" the outcomes for both "All focal and non-focal hyperplasia" (20%) and "Excluding focal cystic hyperplasia" (8%).

5. Section on "Information regarding lipid effects" should be revised as follows:

   A. First paragraph, first sentence should read:
   The results of a clinical trial conducted in a 97% Caucasian population at low risk for cardiovascular disease show that PREMPRO (PREMPHASE) increases HDL-C and the $HDL_2$-C subfraction significantly less than Premarin alone, but decreases LDL-C comparably with Premarin alone.

   B. First paragraph, second sentence should read:
   While Total Cholesterol concentrations were significantly lower after 1 year of treatment than at baseline, the HDL/Total Cholesterol ratio showed a significantly smaller rise with PREMPRO (PREMPHASE) than with Premarin alone.

6. Table entitled "Mean Percent Change from Baseline Lipid Profile Values After One Year of Treatment" should be revised by:

   A. Deleting the column for PREMPRO 0.625 mg/5.0 mg.

   B. Replacing it with a column for Premarin alone 0.625 mg.

   C. Adding an additional Lipid Parameter: "HDL/Total Cholesterol ratio".

   D. Including a second superscript symbol to identify lipid parameters for which a significant difference between PREMPRO (PREMPHASE) and Premarin alone values have been shown (include respective p values).

7. Section on "Information regarding lipid effects" should be revised, per Biopharm recommendations, to include graphic representation of the absorption profiles of Premarin and MPA, including graphic representation of the food effects reported for both Premarin and MPA ($C_{max}$ and AUC).

10.2.7 Withdrawal Phenomena/Abuse Potential

None reported.

**10.2.8 Human Reproduction Data**

Not applicable to the post-reproductive age target population for these drugs.

11. *Labeling Review*

The proposed annotated labeling for PREMPRO and PREMPHASE, as revised September 1884 and submitted September 30, 1994 (NDA vol 7.1), was reviewed with reference to the August 1992 revision of the Labeling Guidance Text for Non-Contraceptive Estrogen Drug Products and the current approved physician and patient labeling for Premarin[R] and Cycrin[R] tablets, respectively. In addition, the sponsor's responses to these comments submitted December 29, 1994, by FAX are also addressed.

11.1 Description

1. First and third paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling, since the only approvable continuous regimen is regimen A (Premarin 0.625 mg/MPA 2.5 mg).

2. Second paragraph should incorporate changes, per Chemistry Review, to clearly identify estrone sulfate and equilin sulfate as the active ingredients, and to identify the minor estrogens as either concomitant components or other impurities, as defined in the current USP monograph.

11.2 Clinical Pharmacology

1. Second paragraph, third sentence, should be modified to read: The addition of a progestin to an estrogen replacement regimen has not been shown to interfere with the efficacy of estrogen replacement therapy for its approved indications.

2. Second paragraph, fourth sentence, should be modified to read: Data from a large clinical trial indicate ...

3. Second paragraph, last sentence, should be deleted, since the submitted data analysis supporting this claim is flawed.

11.3 Indications and Usage

1. Spelling of "vulvar" should be corrected.

2. Under "Prevention of osteoporosis":

A. Second paragraph, fourth sentence, should be revised to read: Even when started as late as 6 years after menopause, estrogen prevents further loss of bone mass...

B. Third paragraph, first sentence, should be revised to read: At skeletal maturity there are sex and race differences...

11.4 Contraindications

Number 2 should be revised to read: "Known or suspected cancer of the breast."
(i.e., Delete "except in appropriately selected patients being treated for metastatic disease" since no evidence indicates that the combination treatment is safe and effective as treatment for breast cancer).

11.5 Warnings

BOXED WARNING:

1. First section, per 8/92 revision of the Labeling Guidance Text for Non-Contraceptive Estrogen Drug Products, should be restored to the labeling for PREMPRO and PREMPHASE as the first paragraph, with the following modifications:

"ESTROGENS HAVE BEEN REPORTED TO INCREASE THE RISK OF ENDOMETRIAL CARCINOMA IN POSTMENOPAUSAL WOMEN. THIS FINDING REFERS TO ESTROGENS GIVEN WITHOUT PROGESTIN.

Progestins taken with estrogen drugs significantly reduce but do not eliminate this risk. Close clinical surveillance of all women taking estrogens is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that 'natural' estrogens are more or less hazardous than 'synthetic' estrogens at equi-estrogenic doses."

2. Under second section: "ESTROGENS/PROGESTINS SHOULD NOT BE USED DURING PREGNANCY": third paragraph, second sentence, should be revised to read: The risk of hypospadias, 5 to 8 per 1000 male births in the general population, may be approximately doubled...

WARNINGS:

1. Section on "*Induction of malignant neoplasms*":

A. Breast cancer section should be modified to read:

(1) First paragraph, first sentence: Some studies have reported a moderately increased risk of breast cancer (relative risks of 1.3 to 2.0) in those women on estrogen replacement therapy taking higher doses, or in those taking lower doses for prolonged periods of time, especially in excess of 10 years.

(2) First paragraph, second sentence: The majority of studies, however, have not shown this association in women who have ever used estrogen replacement therapy.

(3) Second paragraph, first sentence: The effect of added progestins on the risk of breast cancer is unknown, although a moderately increased risk in those taking combination estrogen/progestin therapy has been reported.

(4) Second paragraph, second sentence should be added describing the NDA findings: "In a one year clinical trial of PREMPRO, PREMPHASE, and Premarin alone, 5 new cases of breast cancer developed among 1377 women receiving the combination treatments, while no new cases developed among 347 women receiving Premarin alone."

**N.B.: Sponsor's 12/29/94 response, proposing alternate text ("were detected" instead of "developed") and an additional sentence ("The overall incidence of breast cancer in this clinical trial does not exceed that expected in the general population.") are acceptable.

(5) Third paragraph, first sentence: Women on hormone replacement therapy should have regular breast examinations and should be instructed in breast self-examination, and women over the age of 50 should have regular mammograms.

B. Endometrial cancer section should be modified to read:

(1) First paragraph, first sentence: The reported endometrial cancer risk among users of unopposed estrogen was about 2 to 12-fold or greater than in nonusers and appears dependent on duration of treatment and on estrogen dose.

(2) First paragraph, third sentence: The greatest risk appears associated with prolonged use, with increased risks of 15 to 24 fold for five years or more.

(3) Second paragraph, first sentence: "A large clinical trial has demonstrated that ...

(4) Second paragraph, a last sentence should be added: **In the large clinical trial described above, only a single case of endometrial cancer was reported** to occur **among women taking** combination Premarin/MPA **therapy.**

C. *Gallbladder disease* section should be modified to include a second sentence describing the results of the clinical trial: **In a large clinical trial, 6 of 1029 subjects taking Premarin/Cycrin at doses comparable to PREMPRO (PREMPHASE) developed cholecystitis with cholelithiasis** that required cholecystectomy.

**N.B.: Sponsor's response of 12/29/94 states that only 4 cases of 1029 were found. This is inconsistent with the statement on this subject in the Integrated Summary of Safety (NDA vol 1.57 p 27), and the sponsor should be asked to explain it.

D. *Elevated blood pressure* section should be modified to add a sentence describing the clinical trial results: **In a large clinical trial, transient elevations from baseline of 40 mmHg or more systolic and 20 mmHg or more diastolic were reported** in less than 2% and 4% of **postmenopausal** subjects, **respectively.**

E. **The section on** <u>Cardiovascular disease</u> **from the Labeling Guidance Text** for Non-Contraceptive Estrogen Drug Products should be **restored to the labeling** for PREMPRO and PREMPHASE, **with the following** modification:

> Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risks of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis. These risks cannot necessarily be extrapolated from men to women or from unopposed estrogen to **combination estrogen/progestin therapy.** However, to avoid the theoretical cardiovascular risk to women caused by high estrogen doses, the dose for estrogen replacement therapy should not exceed the lowest effective dose.

11.6 Precautions

**11.6.1 General**

1. ***Cardiovascular Risk*** section:

A. Fourth paragraph, second sentence: While the effects of added progestins on the risk of ischemic heart disease are not known, MPA at the doses in PREMPRO (PREMPHASE) attenuates most of the favorable effect of conjugated estrogens on HDL levels and the HDL/Total Cholesterol ratio, although it maintains the favorable effect of conjugated estrogens on LDL levels.

B. Add fifth paragraph: **While the effects of added progestins on the risk of breast cancer are also unknown, available epidemiologic evidence suggests that progestins do not reduce, and may enhance the moderately increased breast cancer risk that has been reported with prolonged estrogen replacement therapy (see Warnings section).**

C. Add sixth paragraph underlined or in boldface type: <u>The safety data regarding PREMPRO (PREMPHASE) were obtained primarily from clinical trials and epidemiologic studies of postmenopausal Caucasian women, who were at generally low risk for cardiovascular disease and higher than average risk for osteoporosis. The safety profile of PREMPRO (PREMPHASE) derived from these studies cannot necessarily be extrapolated to other populations of diverse racial and/or demographic composition. When considering prescribing PREMPRO, physicians are advised to weigh the potential benefits and risks of therapy as applicable to each individual patient.</u>

2. Section on *Use in hysterectomized women*:

First sentence: Existing data do not support the use of the combination of estrogen and progestin in postmenopausal women without a uterus. (Delete: "**routine**".)

Third sentence: The potential risks include some deterioration in **glucose tolerance, as reported in a large clinical trial of PREMPRO (PREMPHASE), and** adverse effects on lipid metabolism **as compared to the lipid effects of Premarin alone (see Clinical Pharmacology section).**

3. Section on "Based on experience with estrogens":

A. Delete #2 (***Impaired liver function***), since this is a contraindication to the use of the progestin in this combination product.

B. *Hypercoagulability* section: Add a sentence describing the results of the clinical trial: **In a large clinical trial of PREMPRO (PREMPHASE), Factors VII and X concentration and plasminogen activity increased approximately 20%, 13%, and 14% over baseline, respectively, and Antithrombin-III activity decreased approximately 5% from baseline.**

C. Mastodynia section: Add a second sentence: **In a large clinical trial of PREMPRO (PREMPHASE), approximately one third of the subjects reported breast pain during treatment with PREMPRO (PREMPHASE), compared to 12% during treatment with Premarin alone.**

4. Section on "Based on experience with progestins":
"*Impaired glucose tolerance*" section:
Add: See "*Use in hysterectomized women*", above.

11.6.2 **Information for Patients**

BOXED WARNING:

1. First section, per 8/92 revision of the Labeling Guidance for Estrogen Drug Products Patient Package Insert, should be restored to the labeling for PREMPRO and PREMPHASE as the first paragraph, with the following modifications:

   "ESTROGENS INCREASE THE RISK OF CANCER OF THE UTERUS IN WOMEN WHO HAVE HAD THEIR MENOPAUSE ("CHANGE OF LIFE"). THIS FINDING REFERS TO ESTROGEN GIVEN WITHOUT PROGESTIN.

   **Progestin drugs taken with estrogen-containing drugs significantly reduce but do not eliminate this risk.** If you use any estrogen-containing drug, it is important to visit your doctor regularly and report any unusual vaginal bleeding right away. Vaginal bleeding after menopause may be a warning sign of uterine cancer. Your doctor should evaluate any unusual vaginal bleeding to find out the cause.

2. First sentence of current Boxed Warning statement:
   Estrogens and progestins do not prevent miscarriage...

3. Reprint text listed under "During Pregnancy" paragraph in "Risks of Estrogens and/or Progestins" as third paragraph of Boxed Warning.

Fourth paragraph, below Boxed Warning:

1. Third sentence: If bleeding occurs, it is frequently light spotting or moderate menstrual-like bleeding, but it may be heavy.

2. Fourth sentence: If you experience vaginal bleeding while taking PREMPRO (PREMPHASE), you should discuss your bleeding pattern with your doctor and set up an appropriate schedule for follow-up care.

Section entitled "Why Your Body Now Needs Estrogen" should be changed to "Uses of Estrogen", per the Labeling Guidance for Estrogen Drug Products Patient Package Insert.

1. *"To reduce moderate to severe menopausal symptoms"* section:

   A. Second paragraph, third sentence: Delete sentence:
   "Between half and three-quarters...

   B. Second paragraph, fifth sentence:
   These symptoms may last only a few months or longer.

2. *"To prevent thinning of bones"* section:
   Second paragraph, first sentence:
   Since estrogen use has some risks, only women who are likely to develop osteoporosis... (i.e., delete "as well as benefits").

3. *"To treat vulvar and vaginal atrophy"*: Spelling of vulvar should be corrected.

Section entitled "When You Should Not Use Estrogens" should be changed to "Who Should Not Use Estrogen", per the Labeling Guidance for Estrogen Drug Products Patient Package Insert.

*"If you have had cancer"* section: Delete "unless your doctor recommends that the drug may help in the cancer treatment. (For certain patients with breast cancers, estrogens may help.)"

Section entitled "Risks of Estrogens and/or Progestins":

*"Cancer of the uterus"* section:

A. First paragraph, fourth sentence:
This combination has been show to provide the benefits of estrogen replacement therapy for the "Uses of Estrogen/Progestin Therapy" listed above, while reducing the risk of a pre-cancerous condition of the uterine lining (see Other Information, below).

B. Second paragraph, second sentence:
The possible risks include unfavorable effects on blood fats and sugars, and a possible increase in breast cancer risk (see "Cancer of the breast, below").

C. Second paragraph, third sentence:
Usually, the smaller the dose and the shorter the duration of treatment, the more these effects are minimized.

D. Second paragraph, fourth sentence:
Check with your doctor to make sure you are using the lowest effective dose and only for as long as you need it.

E. Add third paragraph: "If you have had your uterus removed, there is no risk of developing cancer of the uterus and no benefit to be gained by using a combination estrogen/progestin product."

"*Cancer of the breast*" section:

A. Fourth sentence:
Some studies have reported a somewhat increased risk, even higher than the possible risk associated with estrogens alone.

B. Add as last sentence:
Regular mammograms are recommended for all women over 50 years of age.

Section entitled "Reducing the Risks of Estrogen/Progestin":

"*Be alert for signs of trouble*": Severe headache or vomiting, dizziness, ...

Section entitled "Other Information":

1. Second paragraph: Add second sentence: Additional risks include a possible further increase in breast cancer risk which may be associated with long-term estrogen use.

2. Add fourth paragraph in part 1.: You are cautioned to discuss very carefully with your doctor or health care provider all the possible risks and benefits of long-term estrogen and progestin treatment as they affect you personally.

3. Last paragraph (part 5): Add final sentence: Generic drugs carry virtually the same labeling information as their brand name versions.

Section entitled "How Supplied":

First and second paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling.

11.6.3 Laboratory tests: Acceptable as proposed.

11.6.4 Drug Interactions: Add the statement: "Aminoglutethimide administration concomitantly with MPA may significantly depress the bioavailability of MPA."

11.6.5 Carcinogenesis, mutagenesis, impairment of fertility: Acceptable as proposed.

11.6.6 Pregnancy: Acceptable as proposed.

11.6.7 Labor and delivery: Appropriately omitted.

11.6.8 Nursing mothers: Acceptable as proposed.

11.6.9 Pediatric use: Appropriately omitted

11.7 Adverse Reactions

1. First sentence:
(See Warnings regarding induction of neoplasia, adverse effects on the fetus, increased incidence of gallbladder disease, elevated blood pressure, thromboembolic disorders, cardiovascular disease, visual abnormalities, and hypercalcemia, and Precautions for cardiovascular disease).

2. Section on *Cardiovascular*: Add "cerebral thrombosis and embolism".

**N.B.: Sponsor's response of 12/29/94 questions the rationale for this change "since these are not in the estrogen labeling guidance nor in the Cycrin labeling". However, current Cycrin labeling states "A statistically significant association has been demonstrated between use of estrogen-progestin combination drugs and the following serious adverse reactions: thrombophlebitis; pulmonary embolism; and cerebral thrombosis and embolism. For this reason, patients on progestin therapy should be carefully observed." (PDR, 48th edition, 1994, p 919). Based on this labeling, this reviewer recommends that the entire statement be included in the PREMPRO and PREMPHASE labeling.

11.8 Drug Abuse and Dependence: Appropriately omitted.

11.9 Overdosage: Acceptable as proposed.

11.10 Dosage and Administration

First paragraph should delete all references to 5.0 mg tablets in the PREMPRO labeling, since the only approvable continuous regimen is regimen A (Premarin 0.625 mg and MPA 2.5 mg).

11.11 How Supplied

First and second paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling.

11.12 Annotations

The following reference is inappropriate because of "likely confounding" (Sillero-Arenas M et al: Obstet Gynecol 1992; p 291) and should be deleted from the Annotation list:

Gambrell RD Jr et al: Reduced incidence of endometrial cancer among postmenopausal women treated with progestogens. J Am Geriatr Soc 1979; 27:389-394.

The following references are suggested as possible replacements on this topic:

Colditz GA, Egan KM, Stampfer MJ: Hormone replacement therapy and risk of breast cancer: results from epidemiologic studies. Am J Obstet Gynecol 1993; 168:1473-80.

Colditz GA, Stampfer MJ, Willett WC, Hunter DJ, Manson JE, Hennekens CH, Rosner BA, Speizer FE: Type of postmenopausal hormone use and risk of breast cancer: 12 year follow-up from the Nurses' Health Study. Cancer Causes Control 1992; 3:433-9.

Dupont WD, Page DL: Menopausal estrogen replacement therapy and breast cancer. Arch Intern Med 1991; 151:67-72.

Ewertz M: Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. Int J Cancer 1988; 42:832-8.

Grady D, Rubin SM, Petitti DB, Fox CS, Black D, Ettinger B, Ernster VL, Cummings SR: Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med 1992; 117:1016-37.

Steinberg KK, Thacker SB, Smith SJ, Stroup DF, Zack MM, Flanders WD, Berkelman RL: A meta analysis of the effect of estrogen replacement therapy on the risk of breast cancer. JAMA 1991; 265:1985-90.

Confidential Pursuant to Confidentiality Order

12. *Conclusions*

This NDA presents the currently available information from controlled trials and spontaneously reported adverse events which describes the efficacy and safety of postmenopausal combination hormone replacement therapy with continuous daily Premarin 0.625 mg and concomitant MPA at 2.5 mg, 5.0 mg or 10 mg, administered either continuously or for 14 consecutive days of each 28 day cycle. The results of the large-scale, adequate and well-controlled pivotal trial provide substantial evidence that concomitant MPA reduces the risk of endometrial hyperplasia induced by treatment with unopposed Premarin from a 1-year incidence of 8% (20% when focal hyperplasia is included) to 1% or less. The reduction in incidence of endometrial hyperplasia with Premarin/MPA HRT was clinically significant, statistically significant at the 0.1% level, and was similar in magnitude for the lower and higher dose MPA regimens, including both sequential (5.0 mg/day for 14 days/cycle) and continuous (2.5 mg/day) combined regimens with Premarin.

Despite the evidence that the HRT regimens reduce the incidence of endometrial hyperplasia, the one case of endometrial adenocarcinoma and 5 cases of endometrial hyperplasia that developed within 12 months of combination drug treatment clearly indicate that no concomitant estrogen/progestin regimen can completely eliminate the risk of endometrial cancer. Prescribers and users of the Premarin/MPA treatments must therefore be warned that unexplained uterine bleeding in treated patients must still be evaluated with sensitive and specific endometrial diagnostic modalities to rule out pre-malignant and malignant etiologies. If approval of the combination HRT regimens engenders a false sense of security such that clinicians fail to properly evaluate patients with persistent or recurring uterine bleeding, then early stage endometrial cancer may be missed until it has progressed to an advanced and incurable stage.

Because emerging epidemiologic data increasingly suggest that concomitant progestin therapy may exacerbate the increased breast cancer risk associated with long-term unopposed ERT, it is essential that the doses of both estrogen and progestin HRT components be reduced to the lowest effective dose for their respective indications. All studied regimens include the lowest Premarin dose (0.625 mg) previously shown to preserve bone mineral density and prevent osteoporosis. Regimens A (Premarin 0.625 mg/MPA 2.5 mg/day continuously) and C (Premarin 0.625 mg/MPA 5.0 mg/day x days 15-28/28 day cycle) also contain the lowest studied MPA dosage regimens which reduce the 1-year incidence of endometrial hyperplasia to 1% or less.

Given that the 1-year efficacy results with regimen B (Premarin 0.625 mg/MPA 5.0 mg/day continuously) and regimen A were indistinguishable, and that regimen B contains twice as much MPA as regimen A, there is no efficacy justification to approve regimen B. Since no compelling safety benefit of regimen B over regimen A has been shown in the NDA, there is also no safety justification to approve regimen B. Although the incidence of irregular bleeding was lower with regimen B (13% of cycles) than with regimen A (22% of cycles), this statistically significant difference was not clinically significant because it was not associated with increased dropout or decreased compliance with study medication by subjects randomly assigned to regimen A, compared with regimen B or any other treatment regimen. In fact, very few subjects withdrew from any

treatment group due to bleeding complications during the pivotal trial, except the women in Group E (Premarin alone) who developed endometrial hyperplasia. This suggests that the frequent anecdotal reports of poor compliance with HRT may relate more to physician dissatisfaction than to patient intolerance of the bleeding side effects of progestin-containing HRT.

The results of the pivotal trial also provide substantial evidence that concomitant MPA does not attenuate Premarin's efficacy in reducing moderate to severe vasomotor symptoms. The results do not support the sponsor's claim, however, that a significantly ($p < 0.05$) higher percentage of subjects on the continuous (A and B) than sequential (C and D) regimens were "amenorrheic for at least cycles 7 through 13". This claim is based on a re-analysis of the unblinded bleeding data using a revised definition of the protocol-defined bleeding criteria designed to increase the apparent rate of amenorrhea in the continuous regimen treatment groups, an unacceptable approach to data analysis. Also, the lower rates of proliferative endometrium and higher rates of "insufficient endometrial tissue" observed in biopsies from continuously treated women do not support the amenorrhea claim, since atrophic endometrium is frequently associated with irregular bleeding.

Because the pivotal trial did not evaluate bone density endpoints, it is not certain that the combination regimens and Premarin alone are equally effective in preserving bone mineral density. Although available evidence suggests that low doses of added MPA do not attenuate Premarin's efficacy in preserving cortical and trabecular bone density, it remains to be determined whether concomitant MPA treatment may enhance this efficacy. If so, the lowest effective Premarin dose to prevent osteoporosis may be reduced by concomitant MPA, with potentially significant improvement in the Premarin/MPA safety profile, especially as regards long-term breast cancer risk. Because American women are extensively exposed to these drugs, even subtle reductions in chronic dosage requirements may translate into large attributable risk reductions in the long-term adverse sequelae of estrogen treatment. To address this deficiency, the sponsor has submitted an acceptable draft protocol to IND #21,696 for the conduct of a Phase IV study of bone density and endometrial effects of low dosages of Premarin (0.3 mg, 0.45 mg, and 0.625 mg) with and without low dosages of concomitant MPA (1.25 mg and 2.5 mg).

Although all studied HRT regimens were well tolerated during the pivotal trial, it is noteworthy that the study population was 97% Caucasian, non-obese, non-diabetic, and generally healthy (with only mild, well-controlled hypertension, smokers of less than 15 cigarettes/day only, and no prevalent cardiovascular disease at baseline). Furthermore, the safety database available from epidemiologic studies of HRT usage also refers nearly exclusively to a highly selected population of postmenopausal women, who are at generally low risk for cardiovascular disease and higher than average risk for osteoporosis. Thus, the reassuring safety profile reported in this NDA cannot necessarily be extrapolated to higher risk populations of diverse racial and/or demographic composition. Given the increasing popularity of HRT usage "to prevent disease and prolong life" (Grady, 1992) in "virtually all" postmenopausal women (Fertility and Maternal Health Drugs Advisory Committee, 1991), prescribers and potential high risk users of HRT must be clearly apprised of the limitations of the current safety database.

Confidential Pursuant to Confidentiality Order

Breast cancer developed within 1 year following normal baseline exams and mammograms in five subjects during study drug treatment, with all cases occurring in the combination treatment groups (4 of 5 in the continuous regimens A and B). Although no statistically significant differences in breast cancer incidence were detected between treatment groups, the clustering of cases in the Premarin/MPA groups (especially in the continuous treatment regimen) raises concern that concomitant progestin may exacerbate the increased breast cancer risk reported with prolonged unopposed estrogen treatment. This concern should be addressed post-approval by the sponsor, by conducting a comprehensive Phase IV investigation of breast cancer risk in users and non-users of the NDA regimens. It is essential that this Phase IV study be designed with adequate statistical power to rule out relative risks close to 1.0 in the comparison of unopposed Premarin and Premarin/MPA-treated women, and it should be powered to evaluate differences between Premarin/MPA groups by treatment regimen (i.e., PREMPRO versus PREMPHASE).

13. *Recommendations*

This NDA is recommended for approval under the following conditions:

1. The sponsor will conduct a comprehensive Phase IV investigation of breast cancer risk in users and non-users of the NDA regimens.

   The most feasible approach appears to be a large-scale case-control study in areas of the U.S. where the NDA regimens are used extensively. It is essential that this Phase IV study be designed with adequate statistical power to rule out relative risks close to 1.0 in the comparison of unopposed Premarin and Premarin/MPA-treated women, and it should be powered to evaluate differences between Premarin/MPA groups by treatment regimen (i.e., PREMPRO versus PREMPHASE).

2. The sponsor expeditiously conducts the Phase IV, dose-ranging clinical trial already proposed of lower doses of PREMPRO (containing Premarin/MPA @ 0.625 mg/2.5 mg, 0.45 mg/2.5 mg, 0.45 mg/1.25 mg, and 0.3 mg/1.25 mg) on bone mineral density and endometrial histology endpoints.

   As previously agreed with Wyeth-Ayerst, it remains to be determined whether concomitant MPA may reduce the lowest effective dose of Premarin at bone target tissue when administered to calcium replete women 365 days/year. If so, the long term PREMPRO/PREMPHASE safety profile could be substantially improved, especially with regard to breast cancer risk with chronic usage. Because American women are extensively exposed to these drugs, even subtle reductions in dosage requirements may yield significant reductions in attributable risk for long-term adverse treatment sequelae.

3. All required modifications to the labeling, as detailed in section 11 above and FAX'ed to the sponsor on 12/28/94, are made prior to launch of the new products.

The approval letter should state that Wyeth-Ayerst's 12/29/94 FAX indicating agreement with these labeling changes is acceptable except for the following:

A. Since current Cycrin labeling states "**A statistically significant association** has been **demonstrated between use of estrogen-progestin combination drugs** and the following serious adverse reactions: **thrombophlebitis; pulmonary** embolism; and cerebral thrombosis and **embolism. For this reason, patients on progestin** therapy should be carefully observed." (PDR, 48th edition, 1994, p 919), this entire statement must also be included in the PREMPRO and PREMPHASE labeling.

B. The *Gallbladder disease* section of the Warnings section should accurately describe the results of the clinical trial. Wyeth-Ayerst should explain their statement that they found "only 4 cases of 1029, not 6 of 1029", given that the Integrated Safety Summary of the NDA states "**seven (7) patients in the multicenter study**, 5 in **group A, 1 in group B and 1 in group E, developed cholecystitis with cholelithiasis that required cholecystectomy**" (NDA vol 1.57 p 27).

4. The sponsor agrees to enlarge the print size of the "Directions for Use" package labeling on Card 2 of the PREMPHASE blister package to match that on Card 1 within one year following approval of this NDA.

[signature] 12/29/94
Linda J. Golden, M.D., Medical Officer - Date

[signature] 12/30/94

Attachment: Sponsor's Table 1, NDA vol 1.40 pp 137-145 (Investigators for Pivotal Trial)

[signature] 12/30/94

[signature] 12.30.94

*REFERENCES*

Austin MA: Review. Plasma triglyceride and coronary heart disease. Arteriosclerosis and Thrombosis 1991; 1991; 11:2-14.

Bergkvist L, Adami HO, Persson I, Bergstrom R, Krusemo UB: Prognosis after breast cancer diagnosis in women exposed to estrogen and estrogen-progestogen replacement therapy. Am J Epidemiol 1989; 130:221-8.

Bergkvist L, Adami HO, Persson I, Hoover R, Schairer C: The risk of breast cancer after estrogen and estrogen-progestin replacement 1989;

Brinton LA, Hoover R, Fraumeni JF Jr.: Menopausal oestrogens and breast cancer risk: an expanded case-control study. Br J Cancer 1986; 54:825-32.

Bush T: The epidemiology of cardiovascular disease in postmenopausal women. Ann N Y Acad Sci 1991; 592:263-271.

Bush T, Barrett-Connor E, Cowan DL, et al: Cardiovascular mortality and noncontraceptive use of estrogen in women: results from the Lipid Research Clinics Program Follow-up Study. Circulation 1987; 75:1102-1109.

Colditz GA, Egan KM, Stampfer MJ: Hormone replacement therapy and risk of breast cancer: results from epidemiologic studies. Am J Obstet Gynecol 1993; 168:1473-80.

Colditz GA, Stampfer MJ, Willett WC, Hunter DJ, Manson JE, Hennekens CH, Rosner BA, Speizer FE: Type of postmenopausal hormone use and risk of breast cancer: 12-year follow-up from the Nurses' Health Study. Cancer Causes Control 1992; 3:433-9.

Colgan TJ, Norris HJ, Foster W, Kurman RJ, Fox CH: Predicting the outcome of endometrial hyperplasia by quantitative analysis of nuclear features using a linear discriminant function. Int J Gynecol Path 1983; 1:347-52.

Dupont WD, Page DL: Menopausal estrogen replacement therapy and breast cancer. Arch Intern Med 1991; 151:67-72.

Ettinger B, Genant HK, Cann CE: Postmenopausal bone loss is prevented by treatment with low-dosage estrogen with calcium. Ann Intern Med 1987; 106:40-5.

Ewertz M: Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. Int J Cancer 1988; 42:832-8.

Gallagher JC, Kable WT, Goldgar D: Effect of progestin therapy on cortical and trabecular bone: comparison with estrogen. Am J Med 1991; 90:171-8.

Gelfand MM, Ferenczy A: A prospective 1-year study of estrogen and progestin in postmenopausal women: effects on the endometrium. Obstet Gynecol 1989; 74:398-402.

Genant HK, Cann CE, Ettinger B, Gordon GS: Quantitated computed tomography of vertebral spongiosa: a sensitive method for detecting early bone loss after oophorectomy. Ann Intern Med 1982; 97:699-705.

Grady D, Rubin SM, Petitti DB, Fox CS, Black D, Ettinger B, Ernster VL, Cummings SR: Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med 1992; 117:1016-37.

Gruchow HW, Anderson AJ, Barboriak JJ, Sobocinski KA: Postmenopausal use of estrogen and occlusion of coronary arteries. Am Heart J 1988; 115: 954-963.

Hoover R, Gray LA Sr., Cole P, MacMahon B: Menopausal estrogens and breast cancer. N Engl J Med 1976; 295:401-5.

Kurman RJ, Kaminski PF, Norris HJ: The behavior of endometrial hyperplasia. A long-term study of "untreated" hyperplasia in 170 patients. Cancer 1985; 56:403-12.

Kurman RJ, Norris HJ: Endometrial Hyperplasia and Related Cellular Changes. Blaustein's Pathology of the Female Genital Tract, fourth edition, Kurman RJ, ed. Springer-Verlag, 1994: pp 411-417.

Lindsay R, Hart DM, Clark DM: The minimum effective dose of estrogen for prevention of postmenopausal bone loss. Obstet Gynecol 1984; 63:759-763.

Lobo RA, Pickar JH, Wild RA, Walsh B, Hirvonen E: Metabolic impact of adding medroxyprogesterone acetate to conjugated estrogen therapy in postmenopausal women. Obstet Gynecol 1994; 84:987-95.

Mashchak CA, Lobo RA: Estrogen replacement therapy and hypertension. J Reprod Med 1985; 30:805-10.

Nabulsi AA, Folsom AR, White A, Patsch W, Heiss G, Wu KK, Szklo M: Association of hormone replacement therapy with various cardiovascular risk factors in postmenopausal women. N Engl J Med 1993; 328:1069-1075.

Norris HJ, Connor MP, Kurman RJ: Pre-invasive lesions of the endometrium. Clin Obstet Gynaecol 1986; 13:725-38.

Persson I, Adami HO, Bergkvist L, Lindgren A, Pettersson B, Hoover R, Schairer C: Risk of endometrial cancer after treatment with oestrogens alone or in conjunction with progestogens: results of a prospective study. BMJ 1989; 298:147-51.

Risch HA, Howe GR: Menopausal hormone usage and breast cancer in Saskatchewan: a record linkage cohort study. Am J Epidemiol 1994; 139:670-83.

Shapiro S, Kelly JP, Rosenberg L, et al: Risk of localized and widespread endometrial cancer in relation to recent and discontinued use of conjugated estrogens. N Engl J Med 1985; 313:969-972.

Sheth S, Hamper UM, Kurman RJ: Thickened endometrium in the postmenopausal woman: sonographic-pathologic correlation. Radiology 1993; 187:135-9

Sillero-Arenas M, Delgado-Rodriguez M, Rodrigues-Canteras R, Bueno-Cavanillas A, Galvez-Vargas R: Menopausal hormone replacement therapy and breast cancer: a meta analysis. Obstet Gynecol 1992; 79:286-94.

Stampfer MJ, Colditz GA, Willett WC, Manson JE, Rosner B, Speizer FE, Hennekens CH: Postmenopausal estrogen therapy and cardiovascular disease. Ten-year follow-up from the Nurses' Health Study. N Engl J Med 1991; 325:756-62.

Steinberg KK, Thacker SB, Smith SJ, Stroup DF, Zack MM, Flanders WD, Berkelman RL: A meta analysis of the effect of estrogen replacement therapy on the risk of breast cancer. JAMA 1991; 265:1985-90.

Voigt LF, Weiss NS, Chu J, Daling JR, McKnight B, van Belle G: Progestogen supplementation of exogenous oestrogens and risk of endometrial cancer. Lancet 1991; 338:274-7.

Warshaw AL, Fernandez-del Castillo, F: Medical Progress: Pancreatic Carcinoma. N Engl J Med 1992; 326:455-465

Wysowski DK, Golden L, Burke L: Use of menopausal estrogens and medroxyprogesterone in the United States, 1982-1992. Obstet Gynecol 1995; 85:6-10.

Yang CP, Daling JR, Band PR, Gallagher RP, White E, Weiss NS: Noncontraceptive hormone use and risk of breast cancer. Cancer Causes Control 1992; 3:475-9.

Yuen J, Persson I, Bergkvist L, Hoover R, Schairer C, Adami HO: Hormone replacement therapy and breast cancer mortality in Swedish women: results after adjustment for a healthy drug-user effect. Cancer Causes Control 1993; 4:369-74.

Ziel HK, Finkle WD: Increased risk of endometrial carcinoma among users of conjugated estrogens. N Engl J Med 1975; 293:1167-1170.

*FEDERAL REGISTER NOTICES CITED*

DESI 1543; 37 FR 14826-9, July 25, 1972 (Notice): Certain Estrogen-containing Drugs for Oral or Parenteral Use; Drug Efficacy Study Implementation.

41 FR 43108, September 29, 1976 (proposed rule): Estrogens for General Use: Requirement for Labeling Directed to the Patient.

DESI 1543; 41 FR 43114, September 29, 1976 (Notice): Certain Estrogen-containing Drugs for Oral or Parenteral Use: Followup Notice and Opportunity for Hearing.

DESI 740, 1543, 2238, and 7661; 41 FR 43117, September 29, 1976 (Notice): Physician Labeling and Patient Labeling for Estrogens for General Use.

DESI 740, 1543, 2238, and 7661; 41 FR 47573, October 29, 1976 (Notice): Physician Labeling and Patient Labeling for Estrogens for General Use: Amendment.

42 FR 37636, July 22, 1977 (Final rule): Requirement for Labeling Directed to the Patient.

42 FR 37643, July 22, 1977 (Proposed rule): Progestational Drug Products for Human Use: Requirements for Labeling Directed to the Patient.

DESI 740, 1543, 2238, and 7661; 42 FR 37645, July 22, 1977 (Notice): Patient Labeling for Estrogens for General Use.

DESI 9238 and 11839; 42 FR 37646, July 22, 1977 (Notice): Physician Labeling and Patient Labeling for Progestational Drug Products; Warnings and Contraindications.

54 FR 1243 (Notice): Guideline Labeling Texts for Progestational Drug Products for Human Use.

DESI 1543; 51 FR 12568, April 11, 1986 (Notice): Oral estrogens for menopausal osteoporosis; Drug Efficacy Study Implementation; Reevaluation.

cc: Original NDA Arch
HFD-510
HFD-510/SSobel/PCorfman/LGolden/CKish
HFD-510/LGolden 12/29/94

INVESTIGATORS

Protocol 713B 300, -301

UNITED STATES

Eli Y. Adashi, M.D. (30003) n=8
Division of Reproductive
Endocrinology
University of Maryland
School of Medicine and
Hospital
655 W. Baltimore Street
Baltimore, MD 21201

Sezer Aksel, M.D. (30004) n=15
University of South Alabama
Division of Reproductive
Endocrinology
CCCB Building, Room 326
Mobile, AL 36688

Rudi Ansbacher, M.D. (30005) n=11
Medical Professional Bldg.
Room D 2205
University of Michigan Med
Center
Ann Arbor, MI 48109-0718

David F. Archer, M.D. (30134) n=44
Eastern Virginia Medical
School
Dept. of OB/GYN
601 Colley Avenue
Norfolk, VA 23507

Mathias Backer, M.D. (30018) n=17
Dept. of OB/GYN 4th Floor
University Hospital
3635 Vista Ave. at Grand Blvd.
St. Louis, MO 63110-0250

John A. Board, M.D. (30015) n=17
Department of OB/GYN
Medical College of Virginia
Virginia Commonwealth
University
Marshall & 11th Street, Box 34
Richmond, VA 23298-0034

Jeanette S. Brown, M.D.* n=4
(30025)
University of California
San Francisco,
400 Parnassus Ave.
San Francisco,
CA 94143-0146

Regula E. Burkhi, M.D. (30062) n=19
Gynecology and Obstetrics
Highland Plaza, Suite 302
3450 Highland Drive
Salt Lake City, UT 84106

Kenneth A. Burry, M.D. (30017) n=42
Oregon Health Sciences
University
Department of OB/GYN
3181 S.W. Sam Jackson Park Road
Portland, OR 97201

Bruce R. Carr, M.D. (30021) n=27
Department of OB/GYN
J 6114
5323 Harry Hines Boulevard
University of Texas
Southwestern Medical Center
Dallas, TX 75235

*Site discontinued after 5 cycles.



Confidential Pursuant to Confidentiality Order 

INVESTIGATORS

Protocol 2138-300, -301

UNITED STATES (Cont'd)

| | | | |
|---|---|---|---|
| Linda Carson, M.D. (30024)<br>Box 395, Mayo Memorial Bldg.<br>420 Delaware Street, S.E.<br>Minneapolis, MN 55455 | n=27 | Alan H. DeCherney, M.D. (30127)<br>Yale University<br>School of Medicine<br>Department of OB/GYN<br>333 Cedar Street<br>New Haven, CT 06510 | n=12 |
| C. Brandon Chenault, M.D. (30015)<br>600 Oak Hills Medical Building<br>7711 Louis Pasteur Drive<br>San Antonio, TX 78229 | n=25 | Maxine Dorin, M.D. (replaced Gloria E. Sarto, M.D.) (30084)<br>University of New Mexico<br>2211 Lomas NE, Suite 605<br>Albuquerque, NM 87131 | n=14 |
| Christine L. Cook, M.D. (30064)<br>Department of OB/GYN<br>University of Louisville<br>School of Medicine<br>Louisville, Kentucky 40292 | n=27 | David C. Foster, M.D. (30137)<br>Johns Hopkins Hospital<br>600 N. Wolf Street<br>Harvey Bldg. 319<br>Baltimore, MD 21205 | n=15 |
| Carolyn B. Coulam, M.D. (30006)<br>Center for Reproduction<br>and Transplantation<br>Immunology<br>1701 N. Senate Boulevard<br>Indianapolis, IN 46202 | n=11 | Celso Ramon Garcia, M.D. (30133)<br>Hospital of The University of<br>Pennsylvania<br>Department of OB/GYN<br>Dulles Building - Suite 106<br>3400 Spruce Street<br>Philadelphia, PA 19104 | n=8 |
| Bryan D. Cowan, M.D. (30072)<br>Dept. of OB/GYN<br>University Mississippi<br>Medical Center<br>2500 N. State Street<br>Jackson, MS 39216 | n=14 | Bryan Hecht, M.D. (30007)<br>Prentice Woman's Hospital<br>Suite 1513<br>333 E. Superior Street<br>Chicago, IL 60611 | n=58 |
| William T. Creasman, M.D. (30010)<br>Department of OB/GYN<br>Medical University of South Carolina<br>171 Ashley Avenue<br>Charleston, SC 29245 | n=15 | Howard D. Homesley, M.D. (30023)<br>Bowman Gray School of Medicine<br>Section on Gynecologic Oncology<br>300 S. Hawthorne Road<br>Winston-Salem, NC 27103 | n=73 |
| Mohamed Yusoff Dawood, M.D.*(30012)<br>Dept. of OB/GYN<br>University of Illinois<br>College of Medicine at<br>Chicago<br>840 South Wood St.<br>Chicago, IL 60612 | n=7 | | |

*Patients transferred to Bryan Hecht, M.D. (30007)



Confidential Pursuant to Confidentiality Order 

INVESTIGATORS

Protocol 0713B-900 301

UNITED STATES (Cont'd.)

Frederick R. Jelovsek, M.D.* (30071) n=2
(replaced Dr. London)
Dept. of Ob/Gyn
University of Arkansas
College of Medicine
4301 W. Markham, Box 518
Little Rock, AR 72205

Kirtly Parker Jones, M.D. (30139) n=26
University of Utah Health
Science Center
Department of OB/GYN,
Suite 2B200
50 North Medical Drive
Salt Lake City, UT 84132

Moon H. Kim, M.D. (30028) n=13
Department of OB/GYN
The Ohio State University
535 Means Hall
1654 Upham Drive
Columbus, OH 43210

Joel S. Krasnow, M.D. (30009) n=24
(replaced Dr. Kubik)
Magee Woman's Hospital
Department of OB/GYN
Forbes and Halket Streets
Pittsburgh, PA 15213

James Liu, M.D. (30083) n=15
Dept. of OB/GYN
University of Cincinnati
Medical Center
231 Bethesda Avenue
Mail Location #526
Cincinnati, OH 45267-0526

Rogerio A. Lobo, M.D. (30136) n=19
LAC/USC Medical Center
Woman's Hospital
Dept. of OB/GYN, Rm. No. 1M2
1240 North Mission Road
Los Angeles, CA [illegible]

Anthony A. Luciano, M.D. (30157) n=56
Dept. of OB/GYN, Room L7081
University of Connecticut
Health Center
263 Farmington Avenue
Farmington, CT 06032

Edgar L. Makowski, M.D. (30070) n=30
Dept. of OB/GYN
University of Colorado
Medical Center, Room 2101
4200 E. Ninth Avenue, Box B-198
Denver, CO 80262

George B. Maroulis, M.D. (30135) n=20
Harbour Side Medical Tower
Suite 420
4 Columbia Drive
Tampa, FL 33606

Donald C. McEwen, M.D. (30068) n=15
Eisenhower Medical Center
Clinical Research Dept.
Suite 203, Probst Building
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Richard Moretuzzo, M.D. (30158) n=10
Northeastern Ohio University
Dept. of OB/GYN
400 Wabash Ave
Akron, OH 44307

Kenneth N. Muse, M.D. (30067) n=9
University of Kentucky
800 Rose Street, Room C-312
Lexington, KY 40536

Janelle Odom, M.D. (30160) n=34
Dept. of OB/GYN
Texas Tech University School
of Medicine
3502 9th St, #150
Lubbock, TX 79430

INVESTIGATORS

[illegible]

UNITED STATES (Cont'd)

Steven [illegible], M.D. (30129) n=3[illegible]
Mayo Clinic, Charlton 4A
200 First Street, S.W.,
Room 4S-315
Rochester, MN 55901

Leo Plouffe, Jr., M.D.* (30132) n=5
Dept. of Ob/Gyn
Medical College of Georgia
Reprod. Endocrinology Sec.,
Rm. CK 159
Augusta, GA 30912

Alfred N. Poindexter, III, M.D. (30014) n=30
(30164) n=5
[Replaced Dr. Gibbons]
Baylor College of Medicine,
Dept. of OB/GYN
Smith Tower - Suite 801
One Baylor Plaza
Houston, TX 77030

Richard H. Reindollar, M.D.** n=2
(30157)
New England Medical Center
750 Washington Street
Box 36
Boston, MA 02111

Richard T. Scott, Jr., M.D. (30066) n=17
Department of OB/GYN
Wilford Hall
U.S. Air Force Medical Center
Lackland Air Force Base, TX 78236

Marguerite K. Shepard, M.D. (30163) n=8
Dept. of OB/GYN
Indiana University Medical
Center
[illegible] Michigan Street
Indianapolis, IN 46223

*Site discontinued after 5 cycles.
**Site discontinued after 4 cycles.

Charles F. Shipley, III, M.D. (30069) n=45
Dept. of OB/GYN
University of South Carolina
School of Medicine
Two Richland Medical Park
Suite 302
Columbia, SC 29203

Robert J. Stillman, M.D. (30131) n=15
Department of OB/GYN
George Washington University
2150 Pennsylvania Ave, N.W.
Washington, DC 20037

Paul G. Stumpf, M.D. (30026) n=13
Jersey Shore Medical Center
Dept. of OB/GYN
1945 Corlies Avenue
Neptune, NJ 07753

Samuel S. Thatcher, M.D., Ph.D. (30013) n=24
(Replaced Dr. Dodson)
Department of OB/GYN
East Tennessee State University
P.O. Box 19570A
Johnson City, TN 37614

Paul B. Underwood, M.D. (30020) n=[illegible]5
Department of OB/GYN
University of Virginia
School of Medicine
Charlottesville, VA 22908

Wulf H. Utian, M.D. (30130) n=[illegible]
University OB/GYN
Specialties, Inc.
29001 Cedar Road
Suite 500
Lyndhurst, OH 44124

Brian W. Walsh, M.D. (30155) n=[illegible]
Dept. of OB/GYN
Brigham and Woman's Hospital
75 Francis Street, ASB1-2
Boston, MA 02115



Confidential Pursuant to Confidentiality Order 

INVESTIGATOR

Protocol [illegible]

UNITED STATES (Cont'd)

| | |
|---|---|
| Louis Weinstein, M.D. (30008)<br>University Medical Center<br>Department of OB/GYN<br>1501 N. Campbell Avenue<br>Room 8326<br>Tucson, AZ 85724 | n=15 |
| Robert A. Wild, M.D. (30140)<br>920 Stanton L. Young Blvd<br>4 SP 720<br>Oklahoma City, OK 73104 | n=75 |
| Craig A. Winkel, M.D.*<br>(30027)<br>Dept. of OB/GYN<br>Jefferson Medical College<br>1025 Walnut Street<br>Room 310<br>Philadelphia, PA 19107 | n=2 |
| J. Benjamin Younger, M.D. (30013)<br>University of Alabama Medical Center<br>619 S. 20th Street<br>Department of OB/GYN<br>OHB 547<br>Birmingham, AL 35294 | n=74 |

*Site discontinued after 9 cycles

[illegible]

[illegible]

Europe

Prof. G. Benagiano (30150) n=3
Istituto di I Clinica Ostetrica
e Ginecologica
Università degli Studi di Roma
"La Sapienza"
Policlinico Umberto I
00100 ROMA RM
Italy

Prof. F. Bottiglioni (30040) n=29
III Clinica Ostetrica e
Ginecologica
Università degli Studi di Bologna
Via Massarenti 13
40170 Bologna BO (Bologna)
Italy

Dr. P.X.J.M. Bouckaert (30029) n=17
St. Elisabeth Kliniek
Zandweg 180
6319 PB HEERLEN
Netherlands

Dr. G.M. Bouw, (30167) n=13
Ziekenhuis de Gelderse Vallei
Stationsweg 86
6711 PV EDE
Netherlands

Prof. J. Bretscher (30042) n=14
Chefarzt
Maternite Inselhof Triemli
Birmensdorferstr. 501
8063 Zurich
Switzerland

Dr. [illegible] (30044) n=5
[illegible] im Park
Seestr. [illegible]
8002 Zurich
Switzerland

Prof. P.H. Buytaert (30058) n=10
Universitair Ziekenhuis
Wilrijkstraat 10
2650 EDEGEM (Antwerp)
Belgium

Prof. V. Danesino (30051) n=5
Clinica Ostetrica e Ginecologica
Università degli Studi di Pavia
Policlinico S. Matteo
Piazzale Golgi, 25
27100 Pavia PV (Milano)
Italy

Dr. J.L.P. Bosch van Drakenstein (30142) n=13
Delfzicht Ziekenhuis
Jachtlaan 50
9934 JD DELFZIJL
Netherlands

Dr. A. van Enk (30143) n=15
(30073) n=10
(Replaced Dr. Bakker [30073])
Slotervaart Ziekenhuis
Louwseweg 6
1066 EC AMSTERDAM
Netherlands

Dr. B. Fauser (30032) n=14
(30140) n=7
(Replaced Dr. Pijpers)
Academisch Ziekenhuis Dijkzigt
Dept. Gynaecology
Dr. Molewaterplein 40
3015 GD ROTTERDAM
Netherlands

Prof. P. Fioretti (30052) n=13
Clinica Ostetrica e Ginecologica
Università degli Studi di Pisa
Via Roma, 67
56100 Pisa PI (Pisa)
Italy



Confidential Pursuant to Confidentiality Order 

[illegible]

[illegible]

EUROPE (Cont'd.)

Dr. E. Florek (30070) n=12
(Replaced Dr. Morf)
Weite Gasse 14
CH 5400 Baden
Switzerland

Prof. R. Forleo (30053) n=3
Ospedale Fatebenefratelli
Centro per la Menopausa
Piazza Fatebenefratelli
Isola Tiberina
00153 Roma RM (Roma)
Italy

Dr. K. Geerinckx (30070) n=9
St Niklaaskliniek
Houtmarkt 33
8500 Kortrijk
Belgium

Prof. A.R. Genazzani (30082)* n=6
Istituto di Clinica Ostetrica e
Ginecologica
Università degli Studi di Modena
Via del Pozzo 71
41100 Mondena (MO)
Italy

Dr. R.W. de Haan (30030) n=10
Nij Smellinghe
Compagonsplein 1
9202 NN DRACHTEN
Netherlands

Dr. J. C. Hage (30065) n=11
St. Franciscus Gasthuis
Dept Gynaecology
Kleiweg 500
3045 PM ROTTERDAM
Netherlands

Dr. J. Heikkinen (30031) n=30
Isokatu 47B3
90100 Oulu
Finland

Dr. E. Hirvonen (30125) n=25
Deaconess Institute
Alppikatu 2
00530 HELSINKI
Finland

Prof. R. von Hugo (30086) n=7
Universitats-Frauenklinik
Bugerstr. 80
8600 Bamberg
Germany

Prof. P. Ide (30077) n=15
Universitair Ziekenhuis
Gasthuisberg
Herestraat 49
3000 Leuven
Belgium

Dr. R.J. Iding (30165) n=20
Elizabeth Ziekenhuis
Herseloseweg 59
5801 CE Venray
Netherlands

Dr. D. Keil (30080)** n=2
Gynaekologische Praxis
Amselweg 2
7060 Schorndorf
Germany

Dr. U. Kohoutek (30081) n=20
Diakonissenstr. 1
7500 Karlsruhe 51 Rupour
Germany

Prof. H. L'Hermite (30059) n=3
Hopital Brugmann
Place A. Van Gehuchten
1020 Bruxelles (Brussels)
Belgium

*Site discontinued after 4 cycles
** Site discontinued after 12 cycles

Premarin/MPA Table 1 (Continued) GMR 21002

[illegible]

[illegible]

EUROPE (cont'd.)

Dr. E. Lehmann-Willenbrock (30040) n=9
Universitats-Frauenklinik
Michaelisstr. 16
2300 KIEL
Germany

Dr. T. Locher (30045) n=15
Schwyzerstrasse 17
5430 Wettingen
Switzerland

Dr. G. J. A. Matheussens (30031) n=13
Sint Elisabeth Ziekenhuis
S. Smitweg 1
2353 GA LEIDERDORP
Netherlands

Prof. U. Montemagno (30055) n=9
Istituto di Ostetrica, Ginecologica e
Fisiopatologia dell Reproduzione
Universita degli Studi di Napoli
II Policlinico
Via Pansini, 5
80100 Napoli NA (Napoli)
Italy

Dr. U. Omodei (30085) n=12
Clinica Ostetrica e Ginecologica
Spedali Civili
Piazzale Spedali Civili, 2
25100 BRESCIA (BS)
Italy

Dr. H. Orye (30078) n=2
F. de Geerlachestraat 2
3500 Hasselt
Belgium

Prof. [illegible] (30056) n=13
Istituto di Ginecologica
Universita degli Studi
Policlinico [illegible]
Via Consolare [illegible]
98100 Messina ME (Catania)
Italy

*Site discontinued after 12 cycles

Prof. H. Randow (30166)* n=1
Stadt Krankenhaus
Im Friedrichshain
Frauenklinik
Leninalle 49, 0-017 Berlin
Germany

Prof. R. Rolland (30155) n=11
St. Radboud Ziekenhuis
Geert Grooteplein Zuid 14
6525 GA NIJMEGEN
Netherlands

Prof. R. Schrage (30041) n=5
Univ. Frauenklinik
Schleichstr. 4
7400 Tubingen (Stuttgart)
Germany

Prof. J. Schwers (30154) n=17
Hôpital Erasme
Route de Lennick 808
1070 BRUXELLES
Belgium

Dr. A. L. Simpanen (30075) n=20
Tulliportinkatu 26B
70100 KUOPIO
Finland

Dr. E. Slager (30034) n=15
Ijsselland Ziekenhuis
Dept. Gynaecology
Pr. Constantijnweg 2
2906 ZC Capelle AD Ijssel
Netherlands

Prof. K. Thomas (30060) n=3
U.C.L.
Avenue Hippocrate 10
1200 BRUXELLES (Brussels)
Belgium

Dr. Tuimala (30074) n=[illegible]
Suitvitie 1
SF 33200 Tampere
Finland



Confidential Pursuant to Confidentiality Order

[illegible]

[illegible]

EUROPE (Cont'd.)

| | |
|---|---|
| Dr. [illegible] [illegible] ([illegible])<br>[illegible] Gynekologikeskus<br>Aurakatu 14B<br>[illegible] Turku (Helsinki)<br>Finland | n=18 |
| Prof. J.M. Wenderlein (30149)<br>Universitäts-Frauenklinik<br>Prittwitzstr. 43<br>7900 ULM<br>Germany | n=4 |
| Dr. [illegible] Ykma (30038)<br>Scheper Ziekenhuis<br>Boermarkeweg 60<br>7824 AA EMMEN<br>Netherlands | n=39 |
| Dr. J.A. Zandvoort (30036)<br>De Wever Ziekenhuis<br>H. Dunantstraat 5<br>6419 PC HEERLEN<br>Netherlands | n=14 |
| Dr. A.Fr. Zurcher (10037)<br>Westfries Gasthuis<br>Fr. Madisonstraat 3<br>1642 NP HOORN<br>Netherlands | n=13 |



Confidential Pursuant to Confidentiality Order

I N T E R O F F I C E   M E M O R A N D U M

DATE: 25 December 1994

FROM: Bruce V. Stadel, MD, MPH
Medical Officer/Epidemiology

SUBJECT: NDA 20-303/Wyeth-Ayerst Laboratories
Conjugated Estrogens and Medroxyprogesterone Acetate
Protocols 713B-300 & -301

TO: Linda Golden, MD
Medical Officer/Fertility & Maternal Health Group

This replies to your request for consultation regarding study dropouts and methodologic issues pertaining to the safety results of the clinical trial conducted under the protocols cited above.

## BACKGROUND

This was a one-year, randomized, double-blind, parallel group, outpatient trial conducted at 99 sites in the United States and Europe between May 1989 and March 1992. The study was designed to compare the efficacy and safety of conjugated estrogens and medroxyprogesterone acetate for hormone replacement therapy in generally healthy postmenopausal women, especially with regard to the incidence of endometrial hyperplasia.

The NDA presents a generally clear description of: the study design and criteria for selection of patients; the drug supplies, dosage schedule, and criteria for use of concomitant medications; the procedures for collecting data in the pre-trial, trial, and post-trial periods; the procedures for evaluating efficacy, menopausal symptoms, vaginal bleeding, safety outcomes, and data quality; the criteria for removing patients from the study or analysis; and the methods of statistical analysis and data presentation. (NDA vol 1.40, pp 11-27)

In total, 1724 women were randomized to five treatment groups. Women in all groups received conjugated estrogens 0.625 mg/day for 13 28-day cycles, and they received medroxyprogesterone acetate as follows:

| Group | N | Medroxyprogesterone Acetate |
|---|---|---|
| A | 340 | 2.5 mg/day for 13 28-day cycles |
| B | 338 | 5.0 mg/day for 13 28-day cycles |
| C | 351 | 5.0 mg/day for the last 14 days in each of 13 28-day cycles |
| D | 348 | 10.0 mg/day for the last 14 days in each of 13 28-day cycles |
| E | 347 | None |
| | 1724 | |

Confidential Pursuant to Confidentiality Order

Although this review is focused primarily on study dropouts and safety issues, we have discussed some inconsistencies in the efficacy data which should be noted. In particular:

- I found discrepancies in the denominators used for the one-year efficacy analysis. (attachment 1),

- The statistical reviewer noted that "all biopsies of the patients who took estrogen or progestin concurrently with study medication were counted in the statistical analyses it the diagnosis was endometrial hyperplasia. However, biopsies of these patients diagnosed as other than endometrial hyperplasia were not counted in the evaluation of endometrial biopsies for other histological classifications." (attachment 2)

While these inconsistencies are small, I find it disconcerting that the main efficacy analysis is imprecise with regard to both the denominator and the relationship of numerator to denominator.

DROPOUTS
(NDA vol 1.40, pp 203-17)

Table 1 shows, by treatment group, the number of women who were randomized, the number who completed the study, and the number and percent of dropouts. The dropouts are further tabulated by:

1) The seven categories that used in the NDA for dropout classification: Protocol Violation, Adverse Reaction, Unsatisfactory Response, Other Medical Event, Patient Request, Failed to Return, and Other Non-medical Event. The counting of women in the seven dropout categories is mutually exclusive, i.e., the 363 dropouts are each counted in only one category.

2) The number of "verbatim" reasons for dropout which are cited in the NDA, within each of the seven categories, as the primary reasons. However,

   - The counting of women by "verbatim" reasons is not mutually exclusive, i.e., more than one reason per dropout may be cited within a category.

   - The "verbatim" reasons are not themselves mutually exclusive across the seven dropout categories, in terms of their meanings medically. For example, the category "Adverse Reaction" includes the "verbatim" terms "abnormal bleeding," "bleeding," and "blood loss," while the category "Patient Request" includes the "verbatim" terms "bleeding pattern not acceptable," "bleeding/spotting 8-10 days," and "did not like bleeding and cramps."

Because the tabulations of "verbatim" reasons for dropout are not mutually exclusive, the analyses which follow may sometimes count the same woman more than once, although I have tried to minimize this by cross-checking data from the main listing of dropouts, described above, with case report data on the (1) "reasons for discontinuation by patient" (NDA vol 1.85, pp 1-96), and the "patients who developed endometrial hyperplasia during treatment." (NDA vol 1.40, pp 224-50)

1. Endometrial Hyperplasia

In total, 29 women dropped out due to endometrial hyperplasia. When these women are excluded, the dropout rates range from a low of 17.1% in Group A to a high of 22.7% in Group D, and the differences between groups are not statistically significant.

| Group | N | Dropouts: Including Hyperplasia n (%) | Dropouts: Excluding Hyperplasia n (%) |
|---|---|---|---|
| A | 340 | 59 (17.4) | 58 (17.1) |
| B | 338 | 61 (18.0) | 61 (18.0) |
| C | 351 | 72 (20.5) | 70 (19.9) |
| D | 348 | 79 (22.7) | 79 (22.7) |
| E | 347 | 92 (26.5) | 66 (19.0) |
| | 1724 | 363 | 334 |

2. Protocol violation

Table 2 shows that dropout due to protocol violation was less frequent for the sequential regimens C & D (9/699 or 1.3%) than for the continuous regimens A & B (20/678 or 3.0%), or for estrogen alone (14/347 or 4.0%), and that these differences are statistically significant.

The "verbatim" reasons for dropout due to protocol violation indicate that lack of compliance accounts for six of the 20 among women on the continuous regimens A & B and six of the 14 among women on estrogen alone, versus none of the nine among women on the sequential regimens C & D.

When the dropouts due to lack of compliance are subtracted from the total numbers of dropouts due to protocol violation in the continuous, sequential, and estrogen-alone groups, the remaining differences in dropout rates are not significant statistically. This suggests that women in the study may have found compliance with treatment somewhat easier for the sequential regimens than for either the continuous regimens or estrogen alone, although the differences are not large.

3. Adverse Reaction, Patient/Subject Request, Unsatisfactory Response, and other Medical Event

These categories include all dropouts due primarily to medical problems, and contain "verbatim" reasons which often overlap in meaning. Based on our discussions, I have tried to reduce the "verbatim" reasons to patient counts for vaginal bleeding, breast pain, headache, and depression or other mood changes. My findings for vaginal bleeding, breast pain, and headache are similar to those in the NDA (vol 1.40, p 91), although there are small discrepancies that I have not been able to reconcile. The NDA does not present findings for dropouts due to depression or other mood changes.

3.1 Vaginal Bleeding

The "verbatim" reasons indicate that vaginal bleeding accounts for the following dropout rates:

| Group: | | | |
|---|---|---|---|
| | A | 8/ 340 | = 2.4% |
| | B | 4/ 338 | = 1.2% |
| | C | 10/ 351 | = 2.8% |
| | D | 8/ 348 | = 2.3% |
| | E | 11/ 347 | = 3.2% |
| | | 41/1724 | = 2.4% |

Although the estrogen-alone group (E) had the highest dropout rate for vaginal bleeding (3.2%) and the high-dose continuous regimen (B) had the lowest rate (1.2%), the difference is not statistically significant (95% CI: -0.2% - 4.2%).

3.2 Breast Pain

The "verbatim" reasons indicate that breast pain accounts for the following dropout rates:

| Group: | | | |
|---|---|---|---|
| | A | 3/ 340 | = 0.9% |
| | B | 3/ 338 | = 0.9% |
| | C | 9/ 351 | = 2.6% |
| | D | 7/ 348 | = 2.0% |
| | E | 2/ 347 | = 0.6% |
| | | 24/1724 | = 1.4% |

The dropout rate for breast pain is higher for the sequential regimens C & D (16/699 or 2.3%) than the continuous regimens A & B (6/678 or 0.9%) or estrogen alone (2/357 or 0.6%), and these differences are statistically significant:

(C+D) - (A+B) = 16/699 - 6/678
= 1.4% (95% CI: 0.1% - 2.7%)

(C+D) - E = 16/699 - 2/347
= 1.7% (95% CI: 0.3% - 3.1%)

3.3 Headache

The "verbatim" reasons indicate that headache accounts for the following dropout rates:

| Group: | | |
|---|---|---|
| | A | 2/ 340 = 0.6% |
| | B | 7/ 338 = 2.1% |
| | C | 8/ 351 = 2.3% |
| | D | 5/ 348 = 1.4% |
| | E | 5/ 347 = 1.4% |
| | | 27/1724 = 1.6% |

There are no statistically significant differences between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens.

3.4 Depression or other mood changes

The "verbatim" reasons indicate that depression or other mood changes account for the following dropout rates:

| Group: | | |
|---|---|---|
| | A | 5/ 340 = 1.5% |
| | B | 7/ 338 = 2.1% |
| | C | 7/ 351 = 2.0% |
| | D | 13/ 348 = 3.7% |
| | E | 3/ 347 = 0.9% |
| | | 35/1724 = 2.0% |

The dropout rates for depression or other mood changes are higher for the regimens with medroxyprogesterone acetate than estrogen alone, but only the high-dose sequential regimen D has a rate that is significantly higher statistically:

D E = 13/348 - 3/347
= 2.9% (95% CI: 0.7% - 5.1%)

SAFETY

Study Population Compared to U.S. Population

Women were excluded from the study according to a list of 22 clinical disorders, disease risk factors, and prior medical treatments. (NDA vol 1.40, pp 14-15) These exclusion criteria seem appropriate for minimizing risk to patients in the study, but the exclusion of women according to them also means that the study provides no information about the benefits and risks of the treatments studied for women who have the listed disorders, risk factors, and treatments. It would be useful to know how many women were prevented from enrolling in the study according to the exclusion criteria, in order to place the findings of the study in perspective with regard to postmenopausal women as a whole. However, I cannot find this data in the NDA.

2. Cancer

In total, 12 women in the study developed cancer (including six women who dropped out), and four women had class IV Pap smears (including one dropout.

Of the 12 cancers, one was malignant melanoma (group A), one lung cancer (group A), one ovarian cancer (group B), one colon cancer (group D), two were endometrial cancer (groups D & E), and six were breast cancers.

Of the four class IV Pap smears, two were in group A, one in group D, and one in group E.

Detailed analyses of the six breast cancers are presented in Table 3. Briefly, the observation of these cases in the study population is compatible with the number of cases expected from the age-specific incidence of breast cancer in white women, and there are no statistically significant differences in incidence between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimes.

The original NDA submission was deficient in presenting no analyses of breast cancer incidence by treatment group, and further information was therefore requested. (attachment 3) Amendment No. 8 of the NDA, dated 15 December 1994, has corrected this deficiency. (pp 21-25)

3. Cardiovascular Disorders

3.1 Background

Women who participated in the study should have been at very low risk for disorders of the cardiovascular system, because:

Women were excluded from enrollment if they had: "A history or the presence of...Thrombophlebitis or thromboembolic disorders related to estrogen use...Myocardial infarction and ischemic heart disease...Cerebrovascular accident, stroke or transient ischemic attack...Neuro-ocular disorders, especially retinal vasculitis..."

In addition: "The following conditions or circumstances at the time of initiation of the study also prevented enrollment: Elevated sitting blood pressure (>160 mm Hg systolic or >90 mm Hg diastolic). Patients could not be using more than two antihypertensive agents...Thrombophlebitis, thrombosis or thromboembolic disorder...Obesity (exceeding 20% of ideal range for weight and height)...Smoking more than 15 cigarettes a day...Known alcohol or drug abuse..."

[illegible].2 Clinical Cardiovascular Events

The NDA "Information on Patient Withdrawals due to Noteworthy Study Events" and "Information on Hospitalizations" indicate that "noteworthy" cardiovascular disorders account for the following dropout rates and numbers of hospitalizations (all patients hospitalized with cardiovascular disorders dropped out of the study):

| | | Dropout Rate | Hospitalized |
|---|---|---|---|
| Group | A | 3/ 340 = 0.9% | 0 |
| | B | 2/ 338 = 0.6% | 2 |
| | C | 4/ 351 = 1.1% | 3 |
| | D | 6/ 348 = 1.7% | 1 |
| | E | 8/ 347 = 2.3% | 2 |
| | | 23/1724 = 1.3% | |

There are no statistically significant differences between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens.

The NDA "Information on "Patients with Noteworthy Study Events" indicates that "noteworthy" cardiovascular disorders among women who stayed in the study account for the following event rates:

| | | |
|---|---|---|
| Group | A | 6/ 340 = 1.8% |
| | B | 8/ 338 - 2.4% |
| | C | 3/ 351 = 0.9% |
| | D | 5/ 348 = 1.4% |
| | E | 1/ 347 - 0.3% |
| | | 23/1724 = 1.3% |

The event rate for "noteworthy" cardiovascular disorders among women who stayed in the study is higher for the continuous regimens A & B than the sequential regimens C & D or estrogen alone, but the difference is not statistically significant. The individual rate for the high-dose continuous regimen B is significantly higher, statistically, that the rate for estrogen alone:

B - E = 8/338 - 1/347
- 2.1% (95% CI: 0.4% - 3.8%)

However, there are no statistically significant differences between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens when the data are combined for "noteworthy" cardiovascular disorders that either led to dropout or occurred among women who stayed in the study:

| | | | |
|---|---|---|---|
| Group | A | 9/ 340 | = 2.6% |
| | B | 10/ 338 | = 3.0% |
| | C | 7/ 351 | = 2.0% |
| | D | 12/ 348 | = 3.2% |
| | E | 9/ 347 | = 2.6% |
| | | 46/1724 | = 2.7% |

Of the total of 46 women with "noteworthy" cardiovascular disorders, the diagnoses were: hypertension with or without chest pain-13, chest pain without hypertension-12, venous thrombosis-4, mitral prolapse-3, unspecified venous disorders-3, systolic murmur-2, and one each for bleeding cerebral aneurysm, cerebral ischemia, pulmonary embolism, congestive heart failure, viral pericarditis, arteritis temporalis, vascular headache, extrasystoles, and abnormal t-wave on EKG.

All but two of the 13 women with "noteworthy" hypertension dropped out of the study, compared to 13 (37.5%) of the 33 women with other "noteworthy" cardiovascular disorders, and this difference is statistically significant: 11/13 - 13/33 = 48.3% (95% CI 22.7% - 73.8%). However, dropout rates for "noteworthy" hypertension were not significantly different, statistically, between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimes.

4. Other Clinical Disorders

4.1 "Information on Patient Withdrawals Due to Noteworthy Study Events" (NDA vol 1.40, pp 94-99)

In total, there were 43 "noteworthy" dropouts, of which the preceding analyses account for 29 -- five with cancer, one with a class IV Pap smear, and 23 with cardiovascular disorders. The remaining 13, by treatment group, were as follows:

| | | | |
|---|---|---|---|
| Group A | 0/ 340 | | |
| B | 3/ 338 | = 0.9% | - benign ovarian cyst |
| | | | gallbladder disease |
| | | | abnormal GTT |
| C | 2/ 351 | = 0.6% | - breast tenderness |
| | | | diplopia |
| D | 1/ 348 | - 0.3% | - elevated lipids |
| E | 7/ 347 | = 2.0% | - endometrial hyperplasia |
| | | | endometrial hyperplasia |
| | | | vaginal bleeding |
| | | | intraductal papilloma of breast |
| | | | mucinous cystadenoma of ovary |
| | | | eosinophilic fascitis |
| | | | elevated SGOT |
| | 13/1724 | = 0.9% | |

When endometrial hyperplasia is excluded, in the data shown above, no statistically significant differences remain in the dropout rates, between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens.

4.2 "Information on Hospitalizations" (NDA vol 1.40, pp 395-400)

In total, 46 women were hospitalized, of which the preceding analyses account for 17 -- nine with cancer and eight with cardiovascular disorders. The remaining 29, by treatment group, were as follows:

| | | |
|---|---|---|
| Group A | 10/ 340 | - 2.9% |
| B | 5/ 338 | - 1.5% |
| C | 3/ 351 | = 0.9% |
| D | 3/ 348 | - 0.9% |
| E | 7/ 347 | - 2.0% |
| | 25/1724 | - 1.5% |

The hospitalization rate for non-cancer, non-cardiovascular diagnoses is significantly higher, statistically, for the continuous regimens A & B than the sequential regimes C & D:

(A+B) - (C+D) = 16/678 - 6/699
= 1.5% (0.2% - 2.8%)

This difference appears to be accounted for by gallbladder disease/cholecystectomy: three cases is group A, one in Group B none in Group C or D, and one in group E. These numbers are statistically significant for the continuous versus sequential regimens: 5/678 - 0/699 = 0.6% (95% CI: 0 - 1.2%) -- and, when gallbladder disease is excluded, no statistically significant difference remains.

Note: According to the Integrated Safety Summary, there were five patients in group A with gallbladder disease/cholecystectomy (NDA vol 1., p 27). I have been unable to resolve this discrepancy.

4.3 "Information on Patients with Noteworthy Study Events" (NDA vol 1.40, Table 26, pp 395-400)

In total, there were 100 women with "noteworthy" clinical disorders who stayed in the study, of which the preceding analyses account for 39 -- seven with cancer, one with a class IV Pap smear, 23 with cardiovascular disorders, five with gallbladder disease/cholecystectomy, and one hospitalization each for a fractured elbow, endometritis, and uterine bleeding. The remaining 61, by treatment group, were as follows:

| | | | |
|---|---|---|---|
| Group A | 12/ 340 | - | [illegible].5% |
| B | 12/ 338 | - | 3.6% |
| | 14/ 351 | = | 4.0% |
| | 15/ 348 | = | 4.3% |
| | 7/ 347 | - | 2.0% |
| | 61/1724 | = | 3.5% |

There are no statistically significant differences between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens, in the rates of "noteworthy" clinical events among women who stayed in the study, after the exclusion of cancer, class IV Pap smear, cardiovascular disorders, gallbladder disease/cholecystectomy, and other hospitalizations.

Of the 61 "noteworthy" clinical events referred to above, 14 were paresthesias, 16 visual disturbances, 12 benign breast disorders, five benign adnexal masses, four benign axillary, groin, or thigh masses, three episodes of tremor, and there was one each of uterine fibroid, retroflexed uterus, pneumonia, syncope, chest pain that pre dated the study and continued during it, and an episode of fibrillation after the study was over. These were no statistically significant differences in the distribution of these events between the individual treatment groups, the continuous versus sequential regimens, or the high-dose versus low-dose regimens.

cc:

NDA 20 303
HFD-510 Sobel/Corfman/Kish/Stadel
HFD-510 /

12/29/94

Solomon Sobel

TABLE 1

| | Treatment Group | | | | | All Groups |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | |
| Randomized | 340 | 338 | 351 | 348 | 347 | 1724 |
| Completed | 281 | 277 | 279 | 269 | 255 | 1361 |
| Dropouts | 59 | 61 | 72 | 79 | 92 | 363 |
| (%) | (17.4) | (18.0) | (20.5) | (22.7) | (26.5) | (21.0) |
| **Dropouts by Category and Number of "Verbatim" Reasons** | | | | | | |
| Protocol Violation | 10 | 10 | 3 | 6 | 14 | 43 |
| (%) | (2.9) | (3.0) | (0.9) | (1.7) | (4.0) | (2.5) |
| # Reasons | 11 | 10 | 3 | 6 | 17 | 47 |
| Adverse Reaction | 20 | 19 | 26 | 24 | 42 | 131 |
| (%) | (5.9) | (5.6) | (7.4) | (6.9) | (12.1) | (7.6) |
| # Reasons | 32 | 40 | 49 | 51 | 53 | 225 |
| Unsatisfactory Response | 1 | 2 | 1 | 1 | 0 | 5 |
| (%) | (0.3) | (0.6) | (0.3) | (0.3) | 0 | (0.1) |
| # Reasons | 1 | 2 | 1 | 2 | 0 | 6 |
| Other Medical Event | 5 | 8 | 4 | 8 | 14 | 39 |
| (%) | (1.5) | (2.4) | (1.1) | (2.3) | (4.0) | (2.3) |
| # Reasons | 5 | 12 | 10 | 9 | 15 | 51 |
| Patient Request | 12 | 10 | 25 | 27 | 15 | 89 |
| (%) | (3.5) | (3.0) | (7.1) | (7.8) | (4.3) | (5.2) |
| # Reasons | 14 | 11 | 30 | 27 | 19 | 101 |
| Failed to Return | 6 | 8 | 7 | 6 | 6 | 33 |
| (%) | (1.8) | (2.4) | (2.0) | (1.7) | (1.7) | (1.9) |
| # Reasons | 6 | 8 | 7 | 6 | 6 | 33 |
| Other Non-medical Event | 5 | 4 | 6 | 7 | 1 | 23 |
| (%) | (1.5) | (1.2) | (1.7) | (2.0) | (0.3) | (1.3) |
| # Reasons | 5 | 4 | 6 | 8 | 1 | 24 |

Source: NDA Volume 1.40, pages 203-17.

TABLE 2

| | Treatment Group | | | | | All Groups |
|---|---|---|---|---|---|---|
| | A | B | C | D | E | |
| Protocol violation | 10 | 10 | 3 | 6 | 14 | 43 |
| (%) | (2.9) | (3.0) | (0.9) | (1.7) | (4.0) | (2.5) |
| # Reasons | 11 | 10 | 3 | 6 | 17 | 47 |

| Difference in rates of dropout for protocol violation | (95% CI)/ Significance |
|---|---|
| Estrogen alone versus Continuous<br>E - (A+B) = 14/347 - 20/678 = 1.1% | (-1.4% - 3.5%)/ NS |
| Estrogen alone versus Sequential<br>E - (C+D) = 14/347 - 9/699 = 2.8% | ( 0.6% - 5.0%)/ P< 0.05 |
| Continuous versus Sequential<br>(A+B) - (C+D) = 20/678 - 9/699 = 1.7% | ( 0.1% - 3.2%)/ P< 0.05 |

| Difference in rates of dropout for protocol violation excluding lack of compliance | (95% CI)/ Significance |
|---|---|
| Estrogen alone versus Continuous<br>E - (A+B) = 8/347 - 14/678 = 0.2% | (-1.7% - 2.2%)/ NS |
| Estrogen alone versus Sequential<br>E - (C+D) = 8/347 - 9/699 = 1.0% | (-0.8% - 2.8%)/ NS |
| Continuous versus Sequential<br>(A+B) - (C+D) = 14/678 - 9/699 = 0.8% | (-0.6% - 2,1%)/ NS |

Table 3 - Page 1 of 3

BREAST CANCER CASES

| Group | Patient # | Age/Country | Comment |
|---|---|---|---|
| A | 30163-003 | 55/U.S | Cycle 13 mammogram of right breast suspicious, biopsy done and diagnosis made. |
| A | 30034-010 | 49/Nether-lands | Cycle 13 mammogram normal. Found nodule two months later (location not noted), biopsy done and diagnosis made. |
| B | 30139-028 | 51/U.S. | Cycle 13 mammogram of left breast suspicious, biopsy done and diagnosis made. |
| B | 30007-038 | 57/U.S. | Mass found in left breast at cycle 6, biopsied and diagnosed as benign. Treatment stopped. Mass found in right breast four months later, but patient refused biopsy. Mammogram of right breast seven months after mass found revealed that mass had micro-calcifications, biopsy was done and diagnosis made. |
| C | 30155-019 | 57/Nether-lands | Developed tumor in cycle 13, mammogram suspicious, biopsy done & diagnosis made. |
| C | 30046-004 | 58/Switzer-land | No pretrial mammogram (protocol violation). Mammogram at one month suggestive, treatment stopped at two months, biopsy done & diagnosis made. NOTE: This cases is excluded from the breast cancer analyses because it is likely that cancer was present when treatment was started. |

POPULATION COMPARISON

The study was conducted between 1988 and 1992. A total of 1724 women were randomized. The mean age was 54.0 years ± 4.6 (SD), AND 97% of the women were white. There were 1115 U.S. women at 53 sites and 609 European women at 46 sites. Of the 609 European women, 251 (41%) were from 18 sites in the Netherlands.

| | NUMBER RANDOMIZED/ NUMBER COMPLETED | WOMEN-YEARS | BREAST CANCER CASES OBSERVED | BREAST CANCER CASES EXPECTED |
|---|---|---|---|---|
| Group A | 340/ 279 (82.1%) | 310 | 2 | 0.8 |
| B | 338/ 274 (81.1%) | 306 | 2 | 0.8 |
| C | 351/ 277 (79.9%) | 314 | 1 | 0.8 |
| D | 348/ 272 (78.2%) | 310 | 0 | 0.8 |
| E | 347/ 283 (81.6%) | 315 | 0 | 0.8 |
| | 1724/1385 (80.3%) | 1555 | 5 | 4 |

Based upon women-years (WY) of actual drug exposure, the rate of breast cancer for women in the study is 5 cases/1555 WY.

The expected rate of breast cancer, 4 cases/1555 WY, is based upon U.S. (California) data for the annual incidence of breast cancer in white women 54 years of age, during the years 1988-89. (Kelsey JL, Horn-Ross, PL. Breast cancer: magnitude of the problem and descriptive epidemiology. Epidemiologic Reviews. 1993;15:716)

This comparison is intended to provide an "order of magnitude" perspective on the occurrence of breast cancer in the study population versus the general population. A precise comparison is not possible because no information is available about the extent of similarity or difference, between women in the study and in the general popopulation, with regard to breast cancer risk factors such as family history, age at first term pregnancy, and history of benign breast disease.

Table 3 - Page 3 of 3

INTENT-TO-TREAT ANALYSES

1. All MPA+Premarin vs. Premarin alone (A,B,C,D vs. E)
   5 cases/1377 women vs. 0 cases/347 women

   RR = 2.8 (95% CI 0.2 - 50.1)
   FISHER'S EXACT: 1-SIDE = 0.3, 2-SIDE = 0.6

2.1 All high-dose MPA+Premarin vs. Premarin alone (B,D vs. E)
    2 cases/686 women vs. 0 cases/347 women

    RR = 2.5 (95% CI 0.1 - 52.6)
    FISHER'S EXACT: 1-SIDE = 0.4, 2-SIDE = 0.6)

2.2 All low-dose MPA+Premarin vs. Premarin alone (A,C vs. E)
    3 cases/ 691 women vs. 0 cases/347 women

    RR = 3.5 (95% CI 0.2 - 68.0)
    FISHER'S EXACT: 1-SIDE = 0.3, 2-SIDE = 0.6

2.3 All high-dose MPA+Premarin vs.
    all low-dose MPA+Premarin (B,D vs. A,C)
    2 cases/686 women vs. 3 cases/691 women

    RR FOR LOW-DOSE/HIGH DOSE = 1.5 (95% CI 0.3 - 8.9)
    FISHER'S EXACT: 1-SIDE = 0.5, 2-SIDE = 1.0)

3.1 All continuous MPA+Premarin vs. Premarin alone (A,B vs. E)
    4 cases/678 women vs. 0 cases/347 women

    RR = 4.6 (95% CI 0.3 - 85.4)
    FISHER'S EXACT: 1-SIDE = 0.2, 2-SIDE = 0.3)

3.2 All sequential MPA+Premarin vs. Premarin alone (C,D vs. E)
    1 case/699 women vs. 0 cases/347 women

    RR = 1.5 (95% CI 0.1 - 36.5)
    FISHER'S EXACT: 1-SIDE = 0.7, 2-SIDE = 1.0)

3.3 All continuous MPA+Premarin vs.
    all sequential MPA+Premarin (A,B vs. C,D)
    4 cases/678 women vs. 1 case/699 women

    RR = 4.1 (95% CI 0.5 - 36.8)
    FISHER'S EXACT: 1-SIDE = 0.2, 2-SIDE = 0.2)

Attachment 1
Page 1 of 2

13 December 1994

Telecon with Wyeth-Ayerst

HFD 510: Dr. Stadel

Wyeth Ayerst: Ms. Bissinger
Dr. Korba
Dr. Goyle
Mr. Gottshall
Mr. Hansen

Re: NDA 20-303
Studies 713B-300 & 301
Discrepancies in denominators for 1-year efficacy evaluation

The attached table was faxed to Wyeth-Ayerst prior to the telecon. During the call, Wyeth-Ayerst staff explained that the discrpancies are due to small variations in the definitions of "dropout" and "pretreatment" at different phases of the data collection, processing, and analysis. The explanations were plausible and will be followed by the submission of a document which shows precisely now the denominators for the 1-year efficacy evaluation relate to the numbers of women randomized and the numbers of dropouts.

Bruce Stadel

Attachment 1
Page 2 of 2

| | -------Treatment Group------ | | | | |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| 1. Randomized (vol 1.40, p 032) | 340 | 338 | 351 | 348 | 347 |
| 2. Non-hyperplasia Dropouts (vol 1.40, p 047) | 58 | 61 | 70 | 79 | 66 |
| 3. Completers + all hyperplasia (1 - 2 above) | 282 | 277 | 281 | 269 | 281 |
| 4. Denominator for 1-year efficacy * (vol 1.40, p 052) | 279 | 274 | 277 | 272 | 283 |
| 5. 3 - 4 above | 3 | 3 | 4 | -3 | -2 |

* Defined as all patients with biopsies during cycles 12 through 14 + all patients with biopsies positive for endometrial hyperplasia before cycle 12.

**Re Groups D & E:**

**How can the denominators for 1-year efficacy be <u>larger</u> than the (completers + all hyperplasia)?**

Note: The NDA tables entitled "summary tabulation of all patients valid for 12-month efficacy analysis" do not give the numbers of patients with "biopsies during cycles 12 through 14" -- they only give the numbers of patients with "any biopsy (one or more)" that was "pretreatment" or at "cycles 1-14." (vol 1.40, pp 251 - 52).

Bruce Stadel

Confidential Pursuant to Confidentiality Order

Attachment 2
Page 1 of 2



* A patient was considered to have completed a cycle unless she discontinued the study during that cycle and her last day of study medication was before day 15 of that cycle.

**Concomitant Medications:**

In protocol 713B-301, The medications which were not ordinarily permitted during the study and would necessitate withdrawal of the patient from the study were as follows:

a. Chronic therapy with steroids other than study medication (longer than 10 days).
b. The use of estrogens or progestins other than study medication.
c. Lipid lowering agents and anticoagulants.
d. aspirin containing products may not be taken during the two weeks prior to blood sampling.

In protocol 713B-300, only medications of a, and b were prohibited (not c or d).

Out of the enrolled 1,724 patients 1,378 patients (80%) took concomitant medications during the study. The most common categories of concomitant medication were analgesic/antipyretic/anti-inflammatory and analgesic/antipyretic preparations, antibiotics, and nonsteroidal anti-inflammatory drugs. The sponsor reported treatment groups were comparable with respect to these medications.

For chronic therapy with steroids (a), there were 70 patients used corticosteroid preparations. Three (3) patients treated for eosinophilic fasciitis (300007-075, Group E), asthma (30081-016, Group C) or arthritis (30157-060, Group A) were withdrawn from the study.

Thirty-three (33) of these 70 patients took steroids longer than 10 days. The majority of the preparations were vaginal or dermatologic creams. Two patients (30136-022 and 30157-060) from Group A were withdrawn from the study. The number of completers by treatment groups for patient who used anti-inflammatory steroids longer than 10 days was as follows:

| Group | A | B | C | D | E |
|---|---|---|---|---|---|
| Number | 2 | 7 | 7 | 9 | 6 |

Total 31

Patient 30032-001 had a 1% testosterone cream generalized pruritus for approximately 2 months and remained in the study.

Ten (10) patients used estrogens and progestins (b) during the trial, two (Group E) developed endometrial hyperplasia and began estrogen/progestin therapy on the same day that study medication was discontinued. The other 8 patients remained in the study.

Attachment 2
Page 2 of 2



Seven (7) patients took taking a progestin concomitantly with the study medication. Five were given a progestin for the treatment of endometrial hyperplasia the same day that trial medication was terminated (1, in Group A, and 4 in Group E). The other two patients remained in the study.

It was noted that all biopsies of the patients who took estrogen or progestin concurrently with study medication were counted in the statistical analyses if the diagnosis was endometrial hyperplasia. However, biopsies of these patients diagnosed as other than endometrial hyperplasia were not counted in the evaluation of endometrial biopsies for other histological classifications.

A total of 22 patients took a cholesterol reducer concurrently with study medication. However, 17 of these patients were in study 713B-300 and such therapy was not a protocol violation. Of the 5 patients in 713B-301 who took lecithin (4) or lipotropic (1), 4 remained in the study and 1 was withdrawn from the study.

Ten patients took anticoagulants. Seven were in study 713B-300 and consequently were not protocol violators. The 3 patients in the 713B-301 protocol study were remained in the study.

Attachment 3

8 November Telecon: Wyeth-Ayerst, Linda, Chris, Me

WA will submit:

1. Frequency distributions for systolic and diastolic blood pressure (10 mm hg intervals), at baseline, 3, 6, 9, and 13 months.

2. Analyses collapsed on high vs. low dose and continuous vs. sequential regimen which replicate the findings for lipids CHO metabolism, and coagulation which are presented on pp 22-49 of vol. 1.31.

15 November internal meeting: Ed Nevius, Lee Pian, Linda, Me

WA should submit:

1. Analyses for U.S. alone on:
   A) Efficacy for (1) All hyperplasia/neoplasia
   (2) Excluding focal lesions
   These analyses should include comment on information about the endometrial status of dropouts as of the end of the end of the trial.
   B) Lipids - replicate findings on pp 22-35 of vol. 1.31.
   Reason: Incidence of hyperplasia in estrogen alone group is 20% for U.S. vs. 10% for Europe.

2. U.S. vs. Europe for rates of "specimen insufficient," as possible explanation for difference in endometrial hyperplasia rates.

3. Analyses of breast cancer:

   A) Comparisons between treatment groups, with comment on information about breast ca status of dropouts as of the end of the trial.

   B) Plan for development of Phase IV studies.

I will look further at dropouts, protocol violations, and other structural issues.

22 November Telecon: Wyeth-Ayerst, Linda, Chris, Me

Above issues communicated.

ORIGINAL MAR - 2 1993

| | | | |
|---|---|---|---|
| NDA: | # 20-303 | Date Submitted: | 12/22/92 |
| Drugs: | Conjugated estrogens and Medroxyprogesterone acetate | Date Received: | 12/22/92 |
| | | Filing Date: | 2/20/93 |
| Sponsor: | Wyeth Ayerst Laboratories | Date Reviewed: | 2/19/93 |

Medical Officer's Preliminary Review of Original NDA Submission (MOR #1)

1. General Information
   a. Names of drugs
      (1) Generic: Conjugated estrogens (CE) and Medroxyprogesterone acetate (MPA)

      (2) Trade: Premarin[R] and Cycrin[R]

      (3) Chemical: Sodium estrone sulfate and sodium equilin sulfate; Pregn-4-ene-3,20-dione

   b. Pharmacologic Category: Oral estrogen and oral progestin

   c. Proposed indications:
      (1) Treatment of vasomotor symptoms associated with menopause in women with intact uteri.

      (2) Treatment of atrophic vaginitis associated with menopause in women with intact uteri.

      (3) Treatment of urethritis associated with menopause in women with intact uteri. (NOT an estrogen class labeling indication)

      (4) Treatment of osteoporosis associated with menopause in women with intact uteri.

   d. Dosage form and route of administration:
      Separate oral tablets blister packaged together; Sponsor states that a combination oral tablet is currently under development, and proposes to amend the NDA with required bioequivalency data if available prior to approval of the NDA.

   e. Related drugs (all currently approved):
      (1) Abbott Ogen[R] and RW Johnson Ortho-est[R] estropipate (piperazine estrone sulfate) oral tablets;

      (2) Solvay Estratab[R] and Beecham Menest[R] esterified estrogens (estrone sulfate and equilin sulfate, in different chemical ratio than conjugated estrogens) oral tablets. Wyeth Ayerst's Premarin[R] is the only approved formulation of conjugated estrogens.

      (3) Upjohn Provera[R] medroxyprogesterone acetate oral tablets and parenteral formulation (Depo-Provera[R] DMPA); Wyeth Ayerst Cycrin[R] tablets.

N 20303 Vol 1.1 1 of 4

Confidential Pursuant to Confidentiality Order

2. <u>Manufacturing Controls</u>
Please refer to the Chemistry Review. Notable problems with clinical implications include the following:

A. The 0.625 mg CE tablet that was used in the NDA studies (both clinical and biostudies), and that is proposed for marketing ("new"), is slightly different from the currently marketed 0.625 mg Premarin tablet ("current"). The new formulation contains no talc triturate or rubidium bromide, while the current formulation contains 0.351 mg talc and 0.009 mg rubidium. Since the submitted clinical studies (#713B-300 and #713B-301) were designed to evaluate the combination drug's efficacy in the prevention of endometrial hyperplasia, but not to establish the combination drug's safety and efficacy for the labeled estrogen indications, one can only extrapolate Premarin's labeled indications to the new NDA formulation if it and the current marketed formulation are adequately shown to be bioequivalent.

B. The MPA formulations used in the 2 submitted clinical studies and the bioavailability/drug-drug interaction study (#713B-103) are not the formulations that are to be marketed. The NDA tablets proposed for marketing are the approved 2.5 and 5.0 mg Cycrin[R] tablets, while the tablets used in the clinical trials were Cycrin[R] tablets which were encapsulated with the added excipients lactose, microcrystalline cellulose, and magnesium stearate. Since encapsulation with varying amounts of the added excipients may alter the absorption profile of MPA or its interaction with CE, the encapsulated MPA formulation must be adequately shown to be bioequivalent to the MPA tablets proposed for marketing.

3. <u>Pharmacology</u>
Please refer to the Pharmacology Review.

a. Pharmacodynamics
(1) Primary pharmacologic classification and mechanism of action: Estrogens and progestins are steroid hormones which act by interaction with specific estrogen receptors (ER) and progestin receptors (PR) at local target tissue sites. High concentrations of ER and PR have been demonstrated in human female sex organs, liver, and bone, and estrogen administration induces the production of PR.

Confidential Pursuant to Confidentiality Order

(2) Other actions: Estrogens stimulate hepatic secretory production, including lipoprotein particles, coagulation factors, and serum binding proteins. Estrogens have anti-resorptive activity at bone which may be mediated indirectly, e.g. by local autocrine and growth factors. Progestins induce glucose intolerance and antagonize estrogen effects on the lipoprotein profile. Estrogens and progestins are postulated to produce local effects on arterial vasomotion, with estrogens proposed to have vasodilatory and progestins proposed to have vasoconstrictor activity.

(3) Results of human studies: None submitted.

b. Pharmacokinetics

(1) Blood level data in humans:
Sponsor has presented bioavailability data to 3 FDA Advisory Committees (Fertility and Maternal Health Drugs AC 1/89 and 5/90; Generic Drugs AC 2/91) and to the USP demonstrating that the currently marketed Premarin[R] formulation is a non-immediate release type dosage form, with a Cmax occurring 8-10 hours after oral dosing in postmenopausal women. Because of the modified release characteristics of the Premarin[R] products, the Office of Generic Drugs Guidance on Conjugated Estrogen Tablets (8/21/91 version) requires full scale in-vivo bioequivalence studies on both the 0.625 and the 1.25 mg strength tablets, as well as a small scale nonfasting study on the 1.25 mg strength tablet, for approval of any proposed generic CE product. For consistency in approval requirements for the new CE formulation studied in this NDA, the bioequivalence study and the food effect study should be required for approval of the new Premarin[R] formulation.

(2) Excretion: CE and MPA undergo enterohepatic recycling and hepatic conjugation, and are excreted as glucuronide and sulfate conjugates primarily via the kidneys.

(3) Distribution and Metabolism: There is no known accumulation of intact drug, but CE ingestion results in a circulating reservoir of estrone sulfate and its active metabolite, 17-beta-estradiol, both of which circulate largely bound to serum proteins, especially sex hormone binding globulin and albumin. Equilin sulfate also circulates with its active metabolite, 17-beta-dihydroequilin, both of which also bind to SHBG and albumin, but the clearance of equilin sulfate is more more rapid than that of estrone sulfate.

c. Toxicology: Subacute and Chronic:

(1) General toxicology
Estrogens alter the composition of the bile and may induce gallstone formation; estrogens and progestins may induce thrombotic or thromboembolic disorders.

(2) Reproduction and teratology
Both estrogen and progestin usage during pregnancy may be associated with birth defects in the developing fetus, e.g. DES-daughter syndrome, progestin-induced virilization of female infants.

(3) Carcinogenicity
A 2-year study in rats revealed a dose-related increase in pancreatic islet cell hyperplasia, adenoma, and carcinoma in MPA-treated animals compared with controls. For islet cell carcinomas, the relative risk was increased 2-fold at 10 times the proposed human dose; at higher doses, a 3-fold relative risk was observed.

High dose estrogen administration is tumorigenic in multiple organs of multiple animal species and in human endometrium; estrogens also appear to have tumor promotional activity in human breast tissue, especially after long term usage.

Progestins are tumorigenic in beagle mammary tissue and in certain rodent species. Human toxicology data from the WHO multinational trial of DMPA for contraception suggests that MPA given alone to premenopausal women confers approximately equivalent breast cancer risk as commonly used combination oral contraceptives. The applicability of these data to the postmenopausal population are unknown.

4. <u>Clinical Background</u>

a. Previous similar human studies and their results: None submitted.

b. Literature references: 7 studies are cited to support efficacy of the combined CE-MPA regimens in osteoporosis:

o McNeeley et al: Int J Gynecol Obstet. 1991;34:253.
o Gallagher et al: Am J Med. 1991:90:171.
o Huppert et al: Med Clinic North Am. 1987;71:23.
o Mugglestone et al: Acta Obstet Gynecol Scand. 1980;59:327.
o Castelo-Branco et al. Eur J Obstet Gynecol Reprod Med. 1992;44:131.
o Minkoff et al: Maturitas. 1986;8:35.
o Barzel US: Am J Med. 1988;85:847.

Please refer to Dr. Dutta's 45-Day Safety Review (dated 2/8/93) for details of these studies. Only the Gallagher study prospectively evaluated adequate bone density endpoints over 2 years in a randomized, placebo-controlled design. In that study, despite small sample sizes (n=65 completers among 4 treatment groups), the group receiving Premarin® 0.3 mg with concomitant MPA 10 mg (daily combination x 23 days/cycle) had radial and spinal bone density outcomes which were statistically indistinguishable from the outcomes observed in the unopposed Premarin® 0.6 mg (23 days/cycle) group. The group receiving unopposed MPA 20 mg/day had bone density outcomes generally indistinguishable from the placebo group. Any of the following hypotheses are consistent with these data:

(1) Since MPA alone at 20 mg/day is clearly ineffective in preserving bone density, MPA 10 mg/day must also lack efficacy, even when combined with conjugated estrogens; therefore, the efficacy demonstrated in the Premarin® 0.3 mg/MPA 10 mg group is attributable solely to the CE component, and the 0.3 mg dose is apparently as effective as the 0.6 mg dose in preserving bone density;

(2) Although MPA alone is ineffective, it preserves bone density when combined with estrogen, as an additive or synergistic effect (perhaps due to estrogen's priming effect in inducing progestin receptor production); this combined activity renders the otherwise ineffective Premarin® 0.3 mg dose effective;

(3) MPA is ineffective at bone at both studied dosages, with or without concomitant CE, but calcium supplementation in all groups (to 1 gram/day) interacts with Premarin® to render the 0.3 mg dosage effective;

(4) The Premarin® 0.3 mg/MPA 10 mg group retained bone density because the current formulation of Premarin® is more potent or more bioavailable than the formulation which was studied in the pivotal dose-ranging study of Lindsay et al (Obstet Gynecol 1984); neither the concomitant MPA nor the calcium supplementation affected the outcomes.

Whatever explanation these findings may have, the Gallagher data certainly cast doubt on the assumption that 0.625 mg is the lowest effective dose of Premarin® to preserve bone density, when given 23 days/cycle in combination with MPA 10 mg and calcium supplementation to 1 gram/day.

Thus, all the dosage combinations studied in the current NDA clinical trials (Premarin® 0.625 mg daily continuously with various doses and regimens of added MPA) clearly contain more than the lowest effective dose of Premarin® for osteoporosis prevention. Because the minimum effective dose of Premarin®, in combination with MPA, for preserving bone density still remains to be delineated, the NDA is not evaluable for this indication.

c. Important information from related IND's and NDA's:
No combination estrogen/progestin drug has been approved to date for postmenopausal hormone replacement therapy.

5. Controlled Clinical Studies

a. Protocol 713B-300/713B-301: Pivotal Safety and Efficacy Trial

(1) Objective: To evaluate the efficacy and safety of 4 oral combination regimens of Premarin® and MPA (sequential MPA 5 or 10 mg/day x 14 days/cycle or continuous MPA 2.5 or 5 mg/day added to continuous daily Premarin® 0.625 mg) in comparison with that of Premarin® 0.625 mg/day alone in preventing endometrial hyperplasia in postmenopausal women with intact uteri.

(2) Rationale for study: To demonstrate that concomitant MPA treatment reduces the estrogen-induced risk of endometrial hyperplasia, as a surrogate endpoint for endometrial cancer.

(3) Experimental Design: This prospective, multicenter, parallel study, conducted at 99 study sites in the US and Europe, randomized at least 338 postmenopausal women to each of 5 double-blind treatment groups (1724 women took at least one dose of a study regimen; 1361 women completed at least 13 28-day cycles) and evaluated endometrial biopsies at 6 month intervals.

(4) Sponsor's stated results: Over the total treatment period, sponsor states that a total of 62 subjects developed endometrial hyperplasia (57 in the Premarin®-alone group), and 2 developed endometrial malignancy (1 in the Premarin®-alone group; 1 in the sequential 10 mg Cycrin® group).

b. Protocol 713B-301: Clinical Pharmacology Substudy

(1) Objective: Part of the above pivotal efficacy and safety study, with pharmacologic evaluation of lipid and carbohydrate metabolism, coagulation values, and hormone levels.

(2) Rationale for study: To evaluate the clinical pharmacologic effects of added MPA to Premarin® treatment.

(3) Experimental Design: This prospective, double-blind, randomized, parallel study, conducted at 30 sites in the US and Europe, evaluated blood samples taken before treatment and once during days 22-28 of cycles 3, 6, and 13.

c. Protocol 713B-103:
Pharmacokinetics, Bioavailability, and Drug-Drug Interaction Study

(1) Objective: To evaluate any potential pharmacokinetic interaction between Premarin® and MPA.

(2) Experimental Design: This open-label, 3-period crossover study, conducted in the US, evaluated blood hormone levels collected before and up to 144 hours following oral administration of single doses of Premarin® alone, MPA alone, and MPA concomitantly with Premarin®.

(3) Sponsor's stated results: Sponsor states that 17-beta-estradiol levels, as assessed by AUC, were lower with concomitant administration of Premarin® (1.25 mg) and MPA (10 mg) than with administration of Premarin® (1.25 mg) alone, and did not meet traditional bioequivalence criteria.

Since 17-beta-estradiol is the most potent endogenous estrogen, estrogenic efficacy would be expected to be directly related to its circulating levels. Therefore, if correct, these results suggest that MPA may diminish Premarin®'s efficacy for its labeled indications. If so, required dosing levels may rise when Premarin® is given with MPA, with longterm safety consequences.

6. Summary and Evaluation

This submission contains a single large controlled safety and efficacy tri[illegible] combination regimens of Premarin® and MPA compared with P[illegible] alone for prevention of estrogen-induced endometrial h[illegible]. The size of the trial and the reported number of observed e[illegible] make it likely that the trial has adequate statistical power to a[illegible] primary objective. In addition, the assessed safety par[illegible] appear adequate to generate a reasonable impression of the short term safety profile of the combination treatment.

However, because the trial neither evaluated bone density endpoints in comparison with placebo treatment, nor delineated the lowest effective doses of the estrogen or progestin treatment components for preservation of bone density, the NDA is unevaluable for the indication of osteoporosis prevention. Furthermore, the submitted literature references describe clinical studies which evaluated different dosage regimens of Premarin® (23 days/cycle, 25 days/cycle, continuous daily

dosing) than that approved for osteoporosis prevention (Premarin® 0.625 mg/day x 21 days/28 day cycle).

Also, because the requested indication of treatment of urethritis is not an approved indication in the estrogen class labeling, the NDA must contain specific evidence of efficacy from adequate and well controlled trials to be evaluable. Since such evidence is not included in the current submission, the NDA is not evaluable for this indication.

In addition, the long term safety profile of combination Premarin®/MPA treatment, especially regarding breast cancer and cardiovascular disease incidence, are not evaluable from the data here submitted. However, significant long term tumorigenic toxicity at pancreatic islet cells is certainly suggested by the submitted preclinical studies. Thus, the long term safety of the combination treatment for human use cannot be assured based on the current submission.

Lastly, per the Division of Biopharmaceutics preliminary review, the NDA lacks essential bioequivalence data linking the studied formulations of both Premarin® and MPA to the respective formulations proposed for marketing.

7. <u>Recommended regulatory action</u>

Because of the Biopharmaceutics deficiencies, it is recommended that the NDA not be filed. Please refer to Mr. Hunt's 2/12/93 memo to Dr. Sobel for details of the additional studies needed for filing.

After the Biopharmaceutics deficiencies are corrected, however, the NDA will remain unevaluable for the indications of prevention of osteoporosis and treatment of atrophic urethritis, as described above, unless additional Phase III clinical studies are submitted which assess appropriate bone density and urologic endpoints. Therefore, after the Div[illegible] of Biopharmaceutics recommends filing, it is recommended that th[illegible]ly be filed for the indications of treatment of moderate-to-se[illegible] vasomotor symptoms and vaginal atrophy associated with menopause.

Linda J. Golden, M.D. 2/19/93
Medical Officer
Date

cc: Orig NDA Arch.
HFD-510/
HFD-510/LGolden/PCorfman/SDutta/LLutwak/SMoore
HFD-426/JHunt
Div Sci Investigations