# EXHIBIT 59

12. 28. 94 05:18 PM *FDA/CDER/DMEDP P02

JNB, JRV, DWB, JMB, NDA# 20-303

Page 1

Date: 28 December 1994

From: Ms. Christina Kish, CSO, DMEDP

Subject: NDA 20-303/ Prempro/Premphase (conjugated estrogen tablets and medroxyprogesterone acetate tablets) Labeling Changes

To: Ms. Joanne Bissinger

The following are the required labeling changes for your NDA. The revisions can be made by taking your last submitted draft labeling, and striking out or annotating as required (Handwritten changes will be acceptable.) Once the changes are made, please fax us that working draft as soon as possible. **You can then send a clean revised draft by Federal Express.**

**The labeling changes are as follows:**

**PACKAGE INSERT (PI):**

**BOXED WARNING:**

1. **First section, per 8/92 revision of the Labeling Guidance Text for Non-Contraceptive Estrogen Drug Products, should be restored to the labeling for PREMPRO and PREMPHASE as the first paragraph, with the following modifications:**

   W.A Concurs

   **"ESTROGENS HAVE BEEN REPORTED TO INCREASE THE RISK OF ENDOMETRIAL CARCINOMA IN POSTMENOPAUSAL WOMEN. THIS FINDING REFERS TO ESTORGENS GIVEN WITHOUT PROGESTIN.**

   **Progestins taken with estrogen drugs significantly reduce but do not eliminate this risk. Close clinical surveillance of all women taking estrogens is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that 'natural' estrogens are more or less hazardous than 'synthetic' estrogens at equi-estrogenic doses."**

2. **Under second section "ESTROGENS/PROGESTINS SHOULD NOT BE USED DURING PREGNANCY": third paragraph, second sentence, should be revised to read: The risk of hypospadias, 5 to 8 per 1000 male births in the general population, may be approximately doubled...**

   W.A Concurs -

**DESCRIPTION:**

1. The second sentence in the second paragraph of this section for both Prempro and Premphase should be revised to read as follows: "It is a

Confidential Pursuant to Confidentiality Order

W-MDL303-00083351

DX00221.0002

mixture of sodium estrone sulfate and sodium equilin sulfate. It contains as concomitant components sodium sulfate conjugates 17α-dihydroequilin, 17α-estradiol and 17β-dihydroequilin. ~~It contains as minor impurities sodium sulfate conjugates equilenin, 17α-dihydroequilenin, 17β-dihydroequilenin, 17β-estradiol and δ8,9-dehydroestrone."~~ Alternatively, the listing of impurities may be omitted, however, in no case should any of the other estrogenic substances appear in the same sentence with sodium estrone sulfate and sodium equilin sulfate.

This is consistent with Premarin

W-A concurs

2. First and third paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling, since the only approvable continuous regimen is regimen A (Premarin 0.625 mg/MPA 2.5 mg).

**CLINICAL PHARMACOLOGY:**

W-A concurs

1. Second paragraph, third sentence, should be modified to read: "The addition of a progestin to an estrogen replacement regimen has not been shown to interfere with the efficacy of estrogen replacement therapy for its approved indications."

2. Second paragraph, fourth sentence, should be modified to read: "Data from a large clinical trial indicate . . . ."

3. Second paragraph, last sentence, should be deleted, since the submitted data analysis supporting this claim are flawed.

4. Table entitled "Incidence of Endometrial Hyperplasia After One Year of Treatment" should be revised by:

   A. Deleting the column for PREMPRO 0.625 mg/5.0 mg.

   B. Replacing it with a column for Premarin alone 0.625 mg: n = 283.

   C. Including under the "No. (%) of patients with biopsies indicating hyperplasia" the outcomes for both "All focal and non-focal hyperplasia" (20%) and "Excluding focal cystic hyperplasia" (8%)."

W-A concurs

5. Section on "Information regarding lipid effects" should be revised as follows:

   A. First paragraph, first sentence should read:

   "The results of a clinical trial conducted in a 97% Caucasian population at low risk for cardiovascular disease show that PREMPRO (PREMPHASE) increases HDL-C and the $HDL_2$-C subfraction significantly less than Premarin alone, but decreases LDL-C comparably with Premarin alone."

   B. First paragraph, second sentence should read:

Confidential Pursuant to Confidentiality Order

W.A. concurs

"While Total Cholesterol concentrations were significantly lower after 1 year of treatment than at baseline, the HDL/Total Cholesterol ratio showed a significantly smaller rise with PREMPRO (PREMPHASE) than with Premarin alone."

6. Table entitled "Mean Percent Change from Baseline Lipid Profile Values After One Year of Treatment" should be revised by:

W.A. concurs

A. Deleting the column for PREMPRO 0.625 mg/5.0 mg.

B. Replacing it with a column for Premarin alone 0.625 mg.

C. Adding an additional Lipid Parameter: "HDL/Total Cholesterol ratio."

D. Including a second superscript symbol to identify lipid parameters for which a significant difference between PREMPRO (PREMPHASE) and Premarin alone values have been shown (include respective p values).

7. Section on "Information regarding lipid effects" should be revised, per Division of Biopharmaceutics' recommendations, to include graphic representation of the absorption profiles of Premarin and MPA, including graphic representation of the food effects reported for both Premarin and MPA ($C_{max}$ and AUC).

W-A concurs

8. The "Clinical Pharmacokinetics" section must be renamed "Pharmacokinetics", and be reorganized to present appropriate information/data under four new subheadings of "Absorption," "Distribution," "Metabolism," and "Excretion." The next two new subheadings should be "Drug-Drug Interactions" and "Food-Drug Interactions." The section should end with a table containing mean (SD) pharmacokinetic parameters for $T_{max}$, $C_{max}$, Oral Clearance, and Half-Life for the estrogenic components of Premarin (i.e., estrone, adjusted estrone, equilin, total estrone, adjusted total estrone, and total equilin). A similar table must also be made for the medroxyprogesterone acetate tablets.

For the mean pharmacokinetic parameter values, all the relevant and appropriate data from across the different studies should be used. The additional information for the package insert may be obtained both from your own studies, and from published references.

Once you have reorganized the pharmacokinetic section as required please resubmit the package insert for review.

## INDICATIONS AND USAGE:

W-A concurs

1. Change the spelling of "vulval" to "vulvar."

Confidential Pursuant to Confidentiality Order

2. Under "Prevention of osteoporosis:"

W-A Concurs

A. Second paragraph, fourth sentence, should be revised to read: "Even when started as late as 6 years after menopause, estrogen may prevent further loss of bone mass. . . ."

B. Third paragraph, first sentence, should be revised to read: "At skeletal maturity there are sex and race differences. . . ."

CONTRAINDICATIONS:

W-A Concurs

Number 2 should be revised to read: "Known or suspected cancer of the breast." (I.e., delete "except in appropriately selected patients being treated for metastatic disease" since no evidence indicates that the combination treatment is safe and effective as treatment for breast cancer).

WARNINGS:

1. Section on "*Induction of malignant neoplasms*":

A. Breast cancer section should be modified to read:

W-A Concurs

(1) First paragraph, first sentence: "Some studies have reported a moderately increased risk of breast cancer (relative risks of 1.3 to 2.0) in those women on estrogen replacement therapy taking higher doses, or in those taking lower doses for prolonged periods of time, especially in excess of 10 years."

(2) First paragraph, second sentence: "The majority of studies, however, have not shown this association in women who have ever used estrogen replacement therapy."

(3) Second paragraph, first sentence: "The effect of added progestins on the risk of breast cancer is unknown, although a moderately increased risk in those taking combination estrogen/progestin therapy has been reported."

Note Addition

(4) Second paragraph, the following should be inserted as the second sentence to describe the NDA findings: "In a one year clinical trial of PREMPRO, PREMPHASE, and Premarin alone, 5 new cases of breast cancer developed [were detected] among 1377 women [who were] receiving the combination treatments, while no new cases developed [were detected] among 347 women receiving Premarin alone."

This finding is generally consistent with the expected background incidence.

WA-Crenner GK

(5) Third paragraph, first sentence: "Women on hormone replacement therapy should have regular breast examinations and should be instructed in breast self-examination, and women over the age of 50 should have regular mammograms."

B. Endometrial cancer section should be modified to read:

W-A Crenner

(1) First paragraph, first sentence: "The reported endometrial cancer risk among users of unopposed estrogen was about 2- to 12-fold or greater than in nonusers and appears dependent on duration of treatment and on estrogen dose."

(2) First paragraph, third sentence: "The greatest risk appears associated with prolonged use, with increased risks of 15 to 24 fold for five years or more."

(3) Second paragraph, first sentence: "A large clinical trial has demonstrated that . . . ."

(4) Second paragraph, the following sentence should be added to the end: "In the large clinical trial described above, only a single case of endometrial cancer was reported to occur among women taking combination Premarin/MPA therapy."

W-A Crenner Wrong found 4

C. *Gallbladder disease* section should be modified to include a second sentence describing the results of the clinical trial: "In a large clinical trial, 6 of 1029 subjects taking Premarin/Cycrin at doses comparable to PREMPRO (PREMPHASE) developed cholecystitis with cholelithiasis that required cholecystectomy."

W-A Crenner

D. *Elevated blood pressure* section should be modified to add a sentence describing the clinical trial results: "In a large clinical trial, transient elevations from baseline of 40 mm Hg or more systolic and 20 mm Hg or more diastolic were reported in less than 2% and 4% of postmenopausal subjects, respectively."

E. The section on Cardiovascular disease from the Labeling Guidance Text for Non-Contraceptive Estrogen Drug Products should be restored to the labeling for PREMPRO and PREMPHASE, with the following modifications:

W-A Crenner

"Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risks of nonfatal myocardial infarction, pulmonary embolism, and

W/A comment OK

thrombophlebitis. These risks cannot necessarily be extrapolated from men to women or from unopposed estrogen to combination estrogen/progestin therapy. However, to avoid the theoretical cardiovascular risk to women caused by high estrogen doses, the dose for estrogen replacement therapy should not exceed the lowest effective dose."

PRECAUTIONS:

1. Section on "General" precautions:

*Cardiovascular Risk* section:

W/A comment

A. Replace the fourth paragraph, second sentence with: "While the effects of added progestins on the risk of ischemic heart disease are not known, MPA at the doses in PREMPRO (PREMPHASE) attenuates much of the favorable effect of conjugated estrogens on HDL levels and the HDL/Total Cholesterol ratio, although it maintains the favorable effect of conjugated estrogens on LDL levels."

B. Add fifth paragraph: "While the effects of added progestins on the risk of breast cancer are also unknown, available epidemiologic evidence suggests that progestins do not reduce, and may enhance, the moderately increased breast cancer risk that has been reported with prolonged estrogen replacement therapy (see Warnings section)."

C. Add sixth paragraph underlined or in boldface type: "The safety data regarding PREMPRO were obtained primarily from clinical trials and epidemiologic studies of postmenopausal Caucasian women, who were at generally low risk for cardiovascular disease and higher than average risk for osteoporosis. The safety profile of PREMPRO derived from these study populations cannot necessarily be extrapolated to other populations of diverse racial and/or demographic composition. When considering prescribing PREMPRO, physicians are advised to weigh the potential benefits and risks of therapy as applicable to each individual patient."

2. Section on *Use in hysterectomized women*:

W/A comment

The first sentence should be modified as follows: "Existing data do not support the use of the combination of estrogen and progestin in postmenopausal women without a uterus." (Delete: "routine".)

Replace the third sentence with the following: "The potential risks include some deterioration in glucose tolerance, as reported in a large

W-A covers

clinical trial of PREMPRO (PREMPHASE), and adverse effects on lipid metabolism as compared to the lipid effects of Premarin alone (see Clinical Pharmacology section).

3. Section on "Based on experience with estrogens":

W A OK Covers

ok A. Delete #2 (*Impaired liver function*), since this is a contraindication to the use of the progestin in this combination product. Renumber following sections.

ok B. *Hypercoagulability* section: Add the following sentence to describe the results of the clinical trial: "In a large clinical trial of PREMPRO (PREMPHASE), Factors VII and X concentration and plasminogen activity increased approximately 29%, 13%, and 14% over baseline, respectively, and Antithrombin-III activity decreased approximately 5% from baseline."

ok C. Mastodynia section: Add a second sentence, "In a large clinical trial of PREMPRO (PREMPHASE), approximately one third of the subjects reported breast pain during treatment with PREMPRO (PREMPHASE), versus 12% for Premarin alone.

WA- OK Covers

4. Section on "Based on experience with progestins":

"*Impaired glucose tolerance*" section, add, 'See "*Use in hysterectomized women*", above.'

5. Laboratory tests: Acceptable as proposed.

OK will add as #3

6. Drug Interactions: Add the statement: "Aminoglutethimide administered concomitantly with MPA may significantly depress the bioavailability of MPA." #8

ok 7. Carcinogenesis, mutagenesis, impairment of fertility: Acceptable as proposed.

ok 8. Pregnancy: Acceptable as proposed.

ok 9. Labor and delivery: Appropriately omitted.

ok 10. Nursing mothers: Acceptable as proposed.

ok 11. Pediatric use: Appropriately omitted.

ADVERSE REACTIONS:

W-A Concurs 1. Replace the first sentence with the following:
(See Warnings regarding induction of neoplasia, adverse effects on the fetus, increased incidence of gallbladder disease, elevated blood pressure, thromboembolic disorders, cardiovascular disease, visual abnormalities, and hypercalcemia, and Precautions for cardiovascular disease). No data to support?

accept 2. Section on *Cardiovascular*, Add "cerebral thrombosis and embolism" to the end. Not in estrogen guidance or in Cycrin labeling.

OK 3. Drug Abuse and Dependence: Appropriately omitted.

**ACUTE OVERDOSAGE:**

OK Overdosage: Acceptable as proposed.

**DOSAGE AND ADMINISTRATION:**

W-A Concurs First paragraph should delete all references to 5.0 mg tablets in the PREMPRO labeling, since the only approvable continuous regimen is regimen A (Premarin 0.625 mg and MPA 2.5 mg).

**HOW SUPPLIED:**

W-A Concurs First and second paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling.

**ANNOTATIONS:** We will delete regimen but references do NOT appear in final labels

OK W-A Concurs The following reference is inappropriate because of "likely confounding" (Sillero-Arenas M et al: Obstet Gynecol 1992; p 291) and should be deleted from the Annotation list:

Gambrell RD Jr et al: Reduced incidence of endometrial cancer among postmenopausal women treated with progestogens. J Am Geriatr Soc 1979; 27:389-394.

The following references are suggested as possible replacements on this topic:

Colditz GA, Egan KM, Stampfer MJ: Hormone replacement therapy and risk of breast cancer: results from epidemiologic studies. Am J Obstet Gynecol 1993; 168:1473-80.

Colditz GA, Stampfer MJ, Willett WC, Hunter DJ, Manson JE, Hennekens CH, Rosner BA, Speizer FE: Type of postmenopausal hormone use and risk of breast cancer: 12-year follow-up from the Nurses' Health Study. Cancer Causes Control 1992; 3:433-9.

Dupont WD, Page DL: Menopausal estrogen replacement therapy and breast cancer. Arch Intern Med 1991; 151:67-72.

Confidential Pursuant to Confidentiality Order

Ewertz M: Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. Int J Cancer 1988; 42:832-8.

Grady D, Rubin SM, Petitti DB, Fox CS, Black D, Ettinger B, Ernster VL, Cummings SR: Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med 1992; 117:1016-37.

Steinberg KK, Thacker SB, Smith SJ, Stroup DF, Zack MM, Flanders WD, Berkelman RL: A meta analysis of the effect of estrogen replacement therapy on the risk of breast cancer. JAMA 1991; 265:1985-90.

**PATIENT LABELING (PPI):**

**BOXED WARNING:**

W.A. Greaves

1. First section, per 8/92 revision of the Labeling Guidance for Estrogen Drug Products Patient Package Insert, should be restored to the labeling for PREMPRO and PREMPHASE as the first paragraph, with the following modifications:

   "ESTROGENS INCREASE THE RISK OF CANCER OF THE UTERUS IN WOMEN WHO HAVE HAD THEIR MENOPAUSE ("CHANGE OF LIFE"). THIS FINDING REFERS TO ESTROGEN GIVEN WITHOUT PROGESTIN.

   "Progestin drugs taken with estrogen-containing drugs significantly reduce but do not eliminate this risk. If you use any estrogen-containing drug, it is important to visit your doctor regularly and report any unusual vaginal bleeding right away. Vaginal bleeding after menopause may be a warning sign of uterine cancer. Your doctor should evaluate any unusual vaginal bleeding to find out the cause."

2. Modify the first sentence of current Boxed Warning statement as follows: "Estrogen and progestins do not prevent miscarriage. . . ."

3. Reprint the text listed later under "During Pregnancy" paragraph in "Risks of Estrogens and/or Progestins" of PPI as third paragraph of Boxed Warning.

Fourth paragraph, below Boxed Warning:

W.A. Greaves

Ok 1. Modify the third sentence: "If bleeding occurs, it is frequently light spotting or moderate menstrual-like bleeding, but it may be heavy."

Ok 2. Replace the fourth sentence: "If you experience vaginal bleeding while taking PREMPRO (PREMPHASE), you should discuss your bleeding pattern with your doctor and set up an appropriate schedule for follow-up care."

Section entitled "Why Your Body Now Needs Estrogen" should be changed to "Uses of Estrogen", per the Labeling Guidance for Estrogen Drug Products Patient Package Insert.

W-A concurs

1. *"To reduce moderate to severe menopausal symptoms"* section:

   A. Second paragraph, third sentence: Delete sentence: "Between half and three-quarters. . . ."

   B. Change the second paragraph, fifth sentence to: "These symptoms may last only a few months or longer."

W-A concur

2. *"To prevent thinning of bones"* section:

   Change the second paragraph, first sentence to: "Since estrogen use has some risks, only women who are likely to develop osteoporosis. . . ." (I.e., delete "as well as benefits").

W-A OK

3. *"To treat vulvar and vaginal atrophy"*; the word "vulval" should be replaced with "vulvar."

W-A concur

Section entitled "When You Should Not Use Estrogens" should be changed to "Who Should Not Use Estrogen", per the Labeling Guidance for Estrogen Drug Products Patient Package Insert.

*"If you have had cancer"* section: Delete "unless your doctor recommends that the drug may help in the cancer treatment. (For certain patients with breast cancers, estrogens may help.)"

Section entitled "Risks of Estrogens and/or Progestins":

*"Cancer of the uterus"* section:

W-A concurs

A. Replace first paragraph, fourth sentence:

"This combination has been shown to provide the benefits of estrogen replacement therapy for the "Uses of Estrogen/Progestin Therapy" listed above, while reducing the risk of a pre-cancerous condition of the uterine lining (see Other Information, below).'

B. Replace second paragraph, second sentence:

'The possible risks include unfavorable effects on blood fats and sugars, and a possible increase in breast cancer risk (see "Cancer of the breast, below").'

C. Replace second paragraph, third sentence: -p.6

"Usually, the smaller the dose and the shorter the duration of treatment, the more these effects are minimized."

D. Replace the second paragraph, fourth sentence:

"Check with your doctor to make sure you are using the lowest effective dose and only for as long as you need it."

E. Add third paragraph:

"If you have had your uterus removed, there is no risk of developing cancer of the uterus and no benefit to be gained by using a combination estrogen/progestin product."

"*Cancer of the breast*" section:

A. Replace the fourth sentence:

"Some studies have reported a somewhat increased risk, even higher than the possible risk associated with estrogens alone."

B. Add as last sentence:

"Regular mammograms are recommended for all women over 50 years of age."

Section entitled "Reducing the Risks of Estrogen/Progestin":

"*Be alert for signs of trouble*", third bullet, replace with: "Severe headache or vomiting, dizziness, . . . ."

Section entitled "Other Information":

1. Second paragraph: Add a second sentence: "Additional risks include a possible further increase in breast cancer risk which may be associated with long-term estrogen use."

2. Add fourth paragraph in part 1: "<u>You are cautioned to discuss very carefully with your doctor or health care provider all the possible risks and benefits of long-term estrogen and progestin treatment as they affect you personally</u>"

Handwritten margin notes: OK; W-A Comment; OK; OK; OK; W-A Comment; W-A Comment OK; W.A Comment

Confidential Pursuant to Confidentiality Order

delete - [redacted]



3. Last paragraph (part 5): Add final sentence: "Generic drugs carry virtually the same labeling information as their brand name versions."

**HOW SUPPLIED:**

**First and second paragraphs should delete all references to 5.0 mg tablets in the PREMPRO labeling.**

CARTONS

In accordance with 21 CFR 207.35, since the NDC numbers are shown on the cartons, they must also be included on the immediate containers.

Not consistent with 201.

Cleared for FAXing EMGollins per SSobel
12-28-94