# EXHIBIT 60

***FACSIMILE TRANSMISSION***
***WYETH-AYERST RESEARCH***

*DATE:* *December 29, 1994*

*TO:* ***Christina Kish***
*Division of Metabolic and Endocrine Drug Products*

*FACSIMILE No:* ***1-301-443-9282***

*FROM:* *JoAnne M. Bissinger*
*U.S. Regulatory Affairs*
*(610) 341-2232*

*No. of PAGES:* *13 (including cover page)*

*Christina,*

*Attached is your fax of 12/28/94 on which we have indicated Wyeth-Ayerst's agreement with the changes proposed. Wyeth-Ayerst concurs with all changes included in your 12/28/94 fax except the following:*

1. *The listings of impurities will be omitted in the description of Premarin. (fax letter page 2)*

2. *Under WARNINGS: I. Induction of malignant neoplasms: A. Breast Cancer your modification (4) we suggest:*
   *"In a one year clinical trial of PREMPRO and Premarin alone, 5 new cases of breast cancer were detected ~~developed~~ among 1377 women who received~~-ing~~ the combination treatments, while no new cases were detected ~~developed~~ among 347 women received ~~-ing~~ Premarin alone. The overall incidence of breast cancer in this clinical trial does not exceed that expected in the general population" (Dr. Sobel has agreed to this sentence on 12/29/94).*

3. *Gallbladder disease (fax letter page 5). We can find only 4 cases of 1029, not 6 of 1029, thus we propose that 4 is the correct number*

4. *We do not understand the rationale for the addition of "cerebral thrombosis and embolism" (fax letter page 8, #2) since these are not in the estrogen labeling guidance nor in the Cycrin labeling.*

5. *Annotation (fax letter page 8) will be deleted. References will not be included in final labeling.*

6. *The generic statement given under "Other Information" has been deleted (fax letter page 12).*

7. *According to 21 CFR 201.10 (h) (2) (i), the minimum information required on a small immediate container does not include the NDC number. The information required is the proprietary name, the established name, an identifying or control no. and the name of the manufacturer, packager or distributer. All other information must be on the outer container or the carton.*

*JoAnne M. Bissinger* *Justin R. Victoria*