# EXHIBIT 61

**From:** USFF01@WEBERM.WAFF06
**Sent:** Wednesday, January 10, 2001 5:02 PM
**To:** Burka; Maida
**Subject:** Breast Cancer - PEPI data

Maida,
With the revision of the breast cancer labeling (using the FDA wording plus our sentences defining the absolute risk) it is my recommend that we do not include the paragraph in the Premarin or Prempro labeling that describes the reports of breast cancer that occurred during the PEPI trial . My rationale is that this information does not add any information to physicians or patients above our revised wording, particularly since PEPI was not designed to evaluate the risk or incidence of breast cancer (The study was not powered to answer this question; n per treatment group was approx 175.)

Can you please forward my opinion to the rest of the labeling team.
Thanks,
Marge



Confidential Pursuant to Confidentiality Order

WEBEM015-009222