# EXHIBIT 63

# CORE SPC FOR HORMONE REPLACEMENT THERAPY

Explanatory Notes:

**This core SPC for Hormone Replacement Therapy products is intended for treatment of post-menopausal women.**

1. When the CPMP Points to Consider on HRT is due for revision, the following recommendation is proposed for inclusion in order to emphasise the current statement included on this point: When the indication for a HRT product is extended to include perimenopausal women, the studies must include symptomatic women who have not yet reached menopause but are in the perimenopausal transitional years, marked by irregularity of menstrual cycles and symptoms of oestrogen deficiency. Separate analysis of the benefit/risk is recommended, as in perimenopausal women endogenous oestrogen production has not yet ceased.[1,2]

2. The following sources were used to accomplish this concept core SPC for HRT products:

- SPCs of some mutually agreed HRT products (recent applications);
- Published literature;
- Notice to applicants, A guideline on the SPC (included in The Rules governing Medicinal Products in the European Community Volume 2A and 2B The Notice to Applicants)
- CPMP Note for Guidance on postmenopausal osteoporosis in women (CPMP/EWP/552/95, revision 1 adopted January 2001);
- CPMP Points to Consider on Hormone Replacement Therapy (CPMP/EWP/021/97).

## 4.1 Therapeutic Indications

- Hormone replacement therapy for oestrogen deficiency symptoms in postmenopausal women. For continuous combined oestrogen + progestagen HRT, the trial population should be qualified as, more than x years post menopause (depending on the inclusion criteria of the studies submitted in support of this indication).

(When the indication for a HRT product is extended to include perimenopausal women, the studies must include symptomatic women who have not yet reached menopause but are in the perimenopausal transitional years, marked by irregularity of menstrual cycles and symptoms of oestrogen deficiency. Separate analysis of the benefit/risk is recommended, as in perimenopausal women endogenous oestrogen production has not yet ceased.[1,2]

- Prevention of postmenopausal osteoporosis in women with an increased risk of future osteoporotic fractures.

When the target population is wider than the clinical trial population included in the main efficacy studies, this should be mentioned here. For instance: "The experience treating women older than 65 years is limited."[3]

---

[1] Santoro et al. Clin Endocrinol Metab 1996;81:1495. Rannevik et al. Maturitas 1995;21:103
[2] CPMP Points to Consider on HRT
[3] Revised Note for Guidance on the summary of product characteristics, adopted by the CPMP in December 1999

## 4.2 Posology and method of administration

The method of administration should be described as briefly as possible.

- The terminology for dosing of HRT products should be the following:
  •**Cyclic**•: When the oestrogen is dosed cyclically with a treatment-free interval, usually 21 days on and 7 days off. The progestagen is usually added for 12-14 days of the cycle.
  •**Continuous sequential**•: The oestrogen is dosed continuously. The progestagen is usually added for 12-14 days (or more) of every 28 day cycle, in a sequential manner.
  •**Continuous combined**•: The oestrogen and the progestagen are given every day without interruption.

- Advice on how to initiate treatment should be given for treatment naive patients and for patients changing from other HRTs (cyclic, sequential or continuous combined).

- When more than one combination of progestagen and oestrogen is available for the same product, advice should be given on a suitable starting dose combination and criteria given for selecting another dose combination. Such advice should preferably be based on results of clinical studies.

- The section should include the statement:
  "For treatment of postmenopausal symptoms, the lowest effective dose should be used".

- For **oestrogen-only products** the indication section should make clear whether the product is indicated only for women without a uterus. For oestrogen-only products licensed for women with a uterus, advice on the addition of a gestagen should be given in section 4.2. Only progestagens approved for addition to oestrogen treatment should be recommended. Generally a progestagen should be added for at least 12-14 days every month/28 day cycle. Depending on the range of progestagen doses licensed for addition in the CMS, the advice could give examples of suitable products and doses. For oral doses of estradiol >2mg, conjugated equine oestrogens >1.25 mg and patches >50 ug/day the endometrial safety of added gestagens have not been studied. This should be explicitly stated for such products. Unless there is a previous diagnosis of endometriosis, it is not recommended to add a progestagen in hysterectomised women.

- Advice on how to act if a dose is forgotten should be given, including a statement that forgetting a dose may increase the likelihood of break-through bleeding and spotting.

### 4.3. Contra-indications

- Known, past or suspected breast cancer
- Known or suspected oestrogen dependent ~~tumours~~ neoplasia (eg, endometrial cancer),
- Undiagnosed genital bleeding
- ~~Untreated endometrial hyperplasia~~
- Current or previous idiopathic venous thromboembolism (deep venous thrombosis, pulmonary embolism)[4]

---

[4] SPC wording for medicinal products used in hormone replacement therapy with regard to venous thromboembolism as agreed by the PhVWP in September 2001

- Active or recent arterial thromboembolic disease,[5]
- ~~Acute liver disease, or a history of liver disease as long as liver function tests have failed to return to normal.~~
- Known hypersensitivity to the active substances or to any of the excipients
- ~~Porphyria~~[6]

**Wyeth-Ayerst Comments:**
Untreated endometrial hyperplasia
Untreated endometrial hyperplasia is covered under the proposed second contraindication "Known or suspected oestrogen-dependent neoplasia." The term "neoplasia" is proposed instead of "tumors" so that it covers all proliferative conditions possibly related to estrogen use, including endometrial cancer and endometrial hyperplasia. We propose dividing the first contraindication into two separate contraindications to clarify the term "past" which applies only to women with a history of breast cancer. A past history of endometrial hyperplasia, or even endometrial cancer, should not preclude a woman from treatment with estrogens.
Endometrial hyperplasia is also addressed under **Special Warnings and Precautions**.

Acute liver disease, or a history of liver disease as long as liver functions tests have failed to return to normal
Because estrogens are metabolized through the liver, it has been hypothesized that their administration in women with hepatic disorders could further aggravate their conditions. Most of the literature referencing the use of hormones as a contraindication in women with liver disease is based on data from the 1960's generated from experience with high dose oral contraceptives pills. The theoretical risk is an increased risk of cholestasis.
However, there is evidence that some of the therapeutic benefits of ERT are important in women with primary biliary cirrhosis and other hepatic conditions. Specifically, women with liver disease are at increased risk for osteoporosis.
ERT is well tolerated by the liver and women with liver disease have not been shown to have a progression of their disease. In rare cases, the liver function tests may be elevated.

Wyeth proposes removing the contraindication "Acute liver disease, or a history of liver disease as long as liver function tests have failed to return to normal" based on the above information, because this is prohibiting a specific population of women that may benefit with therapy, the benefit outweighs the risk.

Porphyria
Wyeth-Ayerst proposes Porphyria to be removed from the contraindication list and relocated to section 4.4 *Special Warning and Precaution for Use*. A review of the literature noted a causal association with estrogens and porphyria. However, this relationship is more clearly documented with oral contraceptives than ERT/HRT. In certain cases, hormones have even been used to treat exacerbations of porphyria.

---

[5] Heart and Estrogen/progestagen Replacement study (HERS). JAMA 1998;280:605-613. Reportage of the US National Institutes of Health that early observations suggest a small initial increase in cardiovascular events in the ongoing Women's Health Initiative (WHI) trial (unpublished). Grodstein et al. Circulation 1999;10:I-1I-1052. Herrington et al. NEJM 2000;343:522-529. Grodstein et al. Ann Intern 2001;135:1-8
[6] Wetterberg et al. Läkartidningen 1995;92:2197-2001. Byrne et al. Postgrad Med J 1976;52:535-538. Haberman et al. CMA Journal 1975;113:653-655.

**4.4 Special warnings and precautions for use**

Medical examination/follow-up[7]

- Before initiating or reinstituting HRT, a complete personal and family medical history should be taken. Physical (including pelvic and breast) examination should be guided by this and by the contraindications and warnings for use. During treatment, periodic check-ups are recommended of a frequency and nature adapted to the individual woman. Women should be advised what changes in their breasts should be reported to their doctor or nurse. Investigations, including mammography, should be carried out in accordance with currently accepted screening practices, modified to the clinical needs of the individual. A careful appraisal of the risks and benefits should be undertaken over time in women treated with hormone replacement therapy.

Conditions which need supervision

- If any of the following conditions are present, have occurred previously, and/or have been aggravated during pregnancy or previous hormone treatment, the patient should be closely supervised. It should be taken into account that these conditions may recur or be aggravated during treatment with X, in particular:
  - Leiomyoma (uterine fibroids) or endometriosis,
  - ~~A history of~~, ~~or~~ Risk factors for~~,~~ thromboembolic disorders (see below)
  - Hypertension
  - Liver disorders (eg liver adenoma)
  - Diabetes mellitus with vascular involvement
  - Cholelithiasis
  - ~~Sudden hearing loss~~
  - Migraine or (severe) headache
  - Systemic lupus erythematosis.
  - Hyperplasia of the endometrium (see below)

**Wyeth-Ayerst Comments:**
History of, or risk factors for, thromboembolic disorders
Only risk factors for thromboembolic disorders should be mentioned in this section since a history of thromboembolic disorders is already a contraindication (see section *4.3. Contraindications*).

Sudden hearing loss
Sudden hearing loss has not been associated with estrogen use. Otosclerosis has been reported to have a possible association with oral contraceptive use, but this association is even less clear with ERT/HRT. Due to the sparse amount of literature available for ERT/HRT, Wyeth-Ayerst proposes that this statement be removed.
Otosclerosis is not a common disease. The prevalence of stapedial otosclerosis is 3 to 5 cases per 1,000 in a Caucasian population and even less in Oriental and Black populations.[8] Cochlear

---

[7] SPC wording for medicinal products used in hormone replacement therapy with regard to increased risk of breast cancer as agreed by the PhVWP in July 2001
[8] Knijff SCM et al. In: Summary of Contraindications to Oral Contraceptives. Parthenon Publishing Group Inc. Pearl River, NY. 2000.

otosclerosis is found less frequently in Caucasian adults, affecting only 4 per 10,000.[9] Furthermore, women are 2-fold more likely to develop otosclerosis compared to men, and 50% to 70% of all otosclerosis patients report a family history of hearing disturbances.[9,10]

Clinical otosclerosis is a familial disease that is more frequent among women in their reproductive years and is aggravated by pregnancy.[9] Because endocrinologic variables may influence the time of onset and the course of disease, it has been suspected that OCs might stimulate the onset of disease.[11] To date, however, prolonged OC use has not been clearly or causally associated with the development or aggravation of otosclerosis.[11,12,13]

Endometrial hyperplasia

- The risk of endometrial hyperplasia and carcinoma is increased when oestrogens are administered alone for prolonged periods. To reduce this risk, it is therefore essential to combine the oestrogen therapy with a progestagen for at least 12 days per cycle in non-hysterectomised women.

- Breakthrough bleeding and spotting may occur during the first months of treatment. If break-through bleeding or spotting appears after some time on therapy, or continues after treatment has been discontinued, the reason should be investigated, which may include endometrial biopsy to exclude endometrial malignancy.

- **Additional warning to be included only in the SPC of oestrogen-only products:** Combination therapy with progestagens is also strongly recommended in hysterectomised women with a history of endometriosis. Cancer development in extra-uterine endometriotic implants in women on oestrogen-only therapy has been reported.[14]

Reasons for immediate withdrawal of therapy:

- Venous or arterial thromboembolic disorders
- Arterial disease including myocardial infarction or angina
- Jaundice or deterioration in liver function
- Significant increase in blood pressure
- Sudden partial or complete loss of vision or a sudden onset of proptosis or diplopia
- New onset of migraine-type headache
- Pregnancy

---

[9] Gussman D. Otosclerosis. Am J Matern Child Nurs 1980; 5:408-411.
[10] Morrison AW. Otosclerosis: a synopsis of natural history and management. Br Med J, 1970; 2:345-348.
[11] Samani F, Bolzonello P, Fior R, et al. Effects on hearing during prolonged oral contraceptive use. Contraception, 1987;35:41-47.
[12] Podoshin L, Gertner R et al. Oral contraceptive pills and clinical otosclerosis. Int J Gynaecol Obstet, 1978;15:554-555.
[13] The Royal College of General Practitioners. Psychiatric and neurological diseases. Diseases of the sense organs. In: The Royal College of General Practitioners. Oral contraceptives and health. An interim report from the Oral Contraceptive Study of the Royal College of General Practitioners. London: Pitman Medical Publishers, 31-36, 1974.
[14] McCluggage et al. Br J Obstet Gynecol 1996; 103: 1252-53. Zanetta et al. Gynecol Oncol 2000; 79: 18-22. Gucer et al. Eur J Gynaecol Oncol 1998; 19: 39-41.

# EXHIBIT 64

Breast cancer[7]

- Epidemiological studies have reported ~~an increased risk~~ a small or moderate increase in the probability of having breast cancer diagnosed in women taking oestrogens or oestrogen-progestagen combinations for HRT (see Section 4.8). This excess risk increases with duration of intake of HRT and seems to return to baseline in the course of about five years after stopping treatment. ~~Women using oestrogen-progestagen combined HRT had a similar or possibly higher risk as compared with women who used oestrogens alone.~~ The addition of a progestin may increase the risk of breast cancer although this is based on epidemiological studies, and definitive conclusions await prospective, controlled clinical trials. Unless there is a previous diagnosis of endometriosis, combinations of a progestagen and oestrogen in HRT are therefore not recommended for women who have had their uterus removed.

**Wyeth-Ayerst Comments:**
Revised wording: Wyeth-Ayerst proposes some editorial changes in the Breast Cancer statement, more in accordance with the findings and conclusions of the meta-analysis from the Lancet. In addition Wyeth-Ayerst disagrees with the recommendation to split the information regarding Breast cancer into two different sections (section 4.4. *Warnings and Precaution for Use* and section 4.8. *Undesirable Effects*). Complete and comprehensive information regarding breast cancer should be provided in only one location (see also Wyeth-Ayerst comments on section 4.8. *Undesirable Effects*).

Addition of a progestin: The proposed wording reflects more accurately the current knowledge regarding the addition of a progestin. The potential excess risk induced by the addition of the progestin is a new finding based on 2 recent epidemiological studies[15,16] even though a previous Swedish study had already suggested a role of the progestin.[17] Although based on few epidemiological studies, this new information adequately completes the already approved wording regarding the potential risk of breast cancer in women treated by ERT/HRT, but definitive conclusions should await the results of additional epidemiological studies and/or prospective controlled clinical trials.

This increased risk was found mostly for women with a lean or normal body build, rather than for obese women. Breast cancers diagnosed in current or recent users of HRT were less likely to have spread outside the breast than those found in non-users. Women whose breast cancers developed after HRT tended to have less aggressive tumor characteristics and possibly better survival compared with women with breast cancer who had not received HRT.
The reported associations between long-term HRT exposure and an increased risk of breast cancer may be due to an earlier diagnosis, an actual effect of HRT or a combination of both.

---

[15] Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer. JAMA 2000; 283: 485-491.
[16] Ross R, Paganini-Hill A, Wan P, Pike M. Effects of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. J Natl Cancer Inst 2000; 92: 328-332.
[17] Magnusson C, Baron J, Correia N, et al. Breast-cancer risk following long-term estrogen and estrogen-progestin replacement therapy. Int J Cancer 1999, 81:339-344.

**Wyeth-Ayerst Comments:**

Body Mass Index

A possible relation between body mass index and risk of breast cancer is mainly based on results from a recent study[15] which found that women with a body mass index (BMI) ≤ 24.4 kg/m$^2$ had a significant increased risk to have a breast cancer diagnosed when using estrogens, while there was no significant relationship of hormone use with a BMI > 24.4 kg/m$^2$. In response to these results, the authors stated that heavier postmenopausal women have higher circulating endogenous estrogen levels than lean women and, therefore may not be influenced as significantly as thin women by the addition of estrogen replacement therapy.

The meta-analysis of 51 epidemiological studies[18] also found that the relative risk of breast cancer in postmenopausal women was related to body-mass index, increasing by 3.1% (0.4) per kg/m$^2$. Furthermore, the magnitude of the reduction in the relative risk of breast cancer after menopause was related to body-mass index, the difference between postmenopausal and premenopausal women being substantially greater for women of low body-mass index than for those of higher body-mass index. In discussing the issue of BMI in relation to breast cancer, the authors noted that there is a "potential for confounding between BMI and use of HRT, since lighter postmenopausal women are more likely than heavier women to use HRT and are at an otherwise lower risk of breast cancer than heavier women of the same age and childbearing history." Postmenopausal women with a higher BMI have a greater risk of breast cancer than women with lower BMI, as has been demonstrated in previous studies.[19,20,21,22]

More definitive information regarding the risk of breast cancer with estrogen or estrogen-progestin therapy is anticipated at the conclusion in 2006 of the National Institutes of Health: Women's Health Initiative, the largest prospective clinical trial of postmenopausal women and estrogen use, which is looking at the effects of estrogen on the brain, heart, breast, and other tissues.

Venous thromboembolism[4]

- HRT is associated with a higher relative risk of developing venous thromboembolism (VTE), i.e. deep vein thrombosis or pulmonary embolism. The studies found a two- to threefold higher risk for users compared with non-users, which for healthy women amounts to 1 to 2 additional cases of VTE in 10,000 patient years of treatment with HRT. The occurrence of such an event is more likely in the first year of HRT than later.
- Generally recognised risk factors for VTE include a personal history or family history, severe obesity (BMI > 30 kg/m$^2$) and systemic lupus erythematosus (SLE). There is no consensus about the possible role of varicose veins in VTE.

---

[18] Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. Lancer 1997; 350: 1047-1059.

[19] La Vecchia, C et al. Body mass index and post-menopausal breast cancer: an age-specific analysis. Br J of Cancer 1997; 75: 441-444.

[20] Francheschi, S et al: Body size indices and breast cancer risk before and after menopause. Internat J of Cancer 1996; 67: 181-186.

[21] Galanis, DJ et al: Anthropometric predictors of breast cancer incidence and survival in a multi-ethnic cohort of female residents of Hawaii, United States. Cancer Causes & Control 1998; 9: 217-24.

[22] Van den Brandt, PA et al: Height, weight change and postmenopausal breast cancer risk: The Netherlands Cohort Study. Cancer Causes & Control 1997; 8: 39-47.

- Patients with a history of recurrent VTE or known thrombophilic states have an increased risk of VTE. HRT may add up to this risk. Personal or strong Family history of recurrent thromboembolism or personal history of recurrent spontaneous abortion should be investigated, prior to the use of HRT, in order to exclude a thrombophilic predisposition. Until a thorough evaluation of thrombophilic factors has been made or anticoagulant treatment initiated, use of HRT in patients should be viewed as contraindicated. Those women already on anticoagulant treatment require careful consideration of the benefit-risk of use of HRT.
- The risk of VTE may be temporarily increased with prolonged immobilisation, major trauma or major surgery. As in all postoperative patients, scrupulous attention should be given to prophylactic measures to prevent VTE following surgery. Where prolonged immobilisation is liable to follow elective surgery, particularly abdominal or orthopaedic surgery to the lower limbs, consideration should be given to temporarily stopping HRT 4 to 6 weeks earlier, if possible. Treatment should not be restarted until the woman is completely mobilised.
- If VTE develops after initiating therapy, the drug should be discontinued. Patients should be told to contact their doctors immediately when they are aware of a potential thromboembolic symptom (eg, painful swelling of a leg, sudden pain in the chest, dyspnea).

**Wyeth-Ayerst comment**:
History of recurrent VTE and Anticoagulant therapy
Previous idiopathic venous thromboembolism is a contraindication (See section 4.3.). Therefore, patients with a history of recurrent VTE should not be prescribed ERT/HRT, and no additional information is needed to address this population. In addition, the available literature on the use of ERT/HRT in women on anticoagulant therapy is very sparse. The main reason for a woman to be on anticoagulant is either treatment of a recent thromboembolic event or a condition with a temporarily increased risk of thromboembolism. Both cases represent by themselves a contraindication for ERT/HRT.

Other conditions

- Oestrogens may cause fluid retention, and therefore patients with cardiac or renal dysfunction should be carefully observed. Patients with terminal renal insufficiency should be closely observed, since it is expected that the level of circulating active ingredients in X is increased.

- In women with asthma, epilepsy, or diabetes mellitus whose conditions have worsened during HRT therapy, the need for HRT should be reconsidered.

- In women with familial hypertriglyceridaemia rare cases of massive elevations of plasma triglycerides, leading to pancreatitis and other complications, have been described with oestrogen therapy. Caution should be exercised in patients with pre-existing hypertriglyceridemia since rare cases of large increases of plasma triglycerides leading to pancreatitis have been reported with estrogen therapy in this population. Women with pre-exiting hypertriglyceridemia should be followed closely during estrogen replacement or hormone replacement therapy.

**Wyeth-Ayerst Comments:**
Most of the literature regarding hypertriglyceridemia and subsequent pancreatitis among women using estrogen is based on case reports. Therefore, the true incidence of massive hypertriglyceridemia associated with an increased risk of pancreatitis, as well as the definition of the exact sub-population of women at risk to develop pancreatitis, are not actually known. The assessment is further confounded by the fact that severe cases of hypertriglyceridemia, such as those leading to pancreatitis, would be more likely to be reported and published than mild cases. In patients with normal triglyceride levels at baseline, estrogen administration elevates triglycerides (+20-40%, depending on estrogen dose), but these increases usually do not lead to massive hypertriglyceridemia[23,24].
The reason why some patients show massive hyperlidemia when given estrogens is unknown, although most such patients have had pre-existing hyperlipoproteinemia, particularly covert type IV and V hyperliproteinemia, before initiation of estrogen therapy[25]. Furthermore, there may be other factors, such as glucose intolerance, contributing to the occurrence of pancreatitis in women with pre-existing dyslipidemia. As estrogen-induced pancreatitis develops most commonly in moderately obese women who may also have impaired glucose tolerance, the suggestion has been made that hyperinsulinemia was necessary for the development of hypertriglyceridemia, since diabetics with low serum insulin usually do not develop hypertriglyceridemia when given estrogens[25].Therefore, the risk of massive hypertriglyceridemia is not limited to women with familial hypertriglyceridemia. The proposed wording extends the precaution for use to all women with pre-existing hypertriglyceridemia and recommends these women to be followed when using estrogens.

- The use of oestrogen may influence the laboratory results of certain endocrine tests and liver enzymes.

  Estrogens increase thyroid-binding globulin (TBG) leading to increased circulating total thyroid hormone, as measured by protein-bound iodine (PBI), T4 levels (by column or by radioimmunoassay) or T3 levels by radioimmunoassay. T3 resin uptake is decreased, reflecting the elevated TBG. Free T4 and free T3 concentrations are unaltered.

  Other binding proteins may be elevated in serum, i.e., corticosteroid binding globulin (CBG), sex hormone –binding globulin (SHBG) leading to increased circulalting corticosteroid and sex steroids respectively. Free or biologically active hormone concentrations are unchanged. Other plasma proteins may be increased (angiotensinogen/renin substrate, alpha-1-antitrysin, ceruloplasmin).

**Wyeth-Ayerst Comments:**
These above added statements are supported by the results of several studies utilizing estrogen formulations.[26] Patients dependent on thyroid hormone replacement therapy may require

---

[23] Walsh B. et al. Effects of postmenopausal estrogen replacement therapy on the concentration and metabolism of plasma lipoproteins. NEJM 1991; 325: 1196-1204.
[24] The Writing Group for the PEPI Trial. Effects of estrogen or estrogen/progestin regimenson heart disease risk factors in postmenopausal women. JAMA 1995; 273: 199-208.
[25] Parker W. Estrogen-induced pancreatitis. Clin Pharm 1983; 2:75-79.
[26] Heath et al: Conjugated estrogen therapy and tests of thyroid function. Ann Intern Med 1974; 81:351-354. Walden et al: Effect of estrogen/progestin potency on clinical chemistry measures. The Lipid

increased doses to maintain free thyroid levels.[27,28]

Arafah et al. evaluated the need to adjust thyroxine dose when initiating ERT/HRT in 25 postmenopausal women with hypothyroidism treated with thyroxine compared to 11 women with normal thyroid function.[27] All women received Premarin 0.625 mg and those with an intact uterus also received MPA 5 mg daily for 12 days each month. Thyroid function was assessed before starting ERT and every 6 weeks for 48 weeks. Seven women with hypothyroidism had increases in serum thyrotropin that required an increase in thyroxine dose. Women with no thyroid disease appeared to adapt quickly to estrogen-induced increases in serum TBG. In contrast, in women with hypothyroidism on ERT, decreased serum free thyroxine levels leading to increased serum thyrotropin resulted in an increased need for thyroxine. The author recommends measuring serum thyrotropin 12 weeks after initiating ERT in women with hypothyroidism.

Due to the high prevalence of thyroid disease at the time of menopause, Meinichenko and Berketova assessed the value of baseline thyroid function screening in 116 menopausal women without a history.[28] The baseline work-up included a medical history, physical exam, and thyroid function tests, with a repeat thyroid-stimulating hormone (TSH) level drawn after 1 month of HRT use. Thyroid disease at baseline was noted in 28 % of the women, primarily thyroid nodule (9.4 %) and hypothyroidism (5.2 %). After administration of HRT (regimen unknown), an elevated TSH was noted in 40% of the women with hypothyroidism and 7.7 % of women with normal baseline levels. The increase in TSH levels required increasing the dose in women currently taking levothyroxine or initiating treatment in women not currently being treated.

Coronary artery disease (CAD)

- ***For conjugated oestrogen products, the following warning should be included:*** •
  "One large prospective, randomised, placebo-controlled study with an average follow-up of 4.1 years observed an increase in cardiovascular morbidity and mortality in postmenopausal women with established CAD during the first year of treatment with conjugated oestrogens. The effects of long-term treatment with conjugated oestrogens on the incidence of cardiovascular morbidity and mortality in postmenopausal women suffering from CAD remain unclear. Physicians should carefully weigh the benefit against the increased risk in postmenopausal women with CAD.[5]

- ***For other HRTs, the following warning should be included:***
  The effects of long-term treatment with oestrogens on the incidence of cardiovascular morbidity and mortality in postmenopausal women suffering from CAD remain unclear.

---

Research Clinics Program Prevalence Study. Am J Epidemiol 1986; 123:517-53. Schoutens et al: Serum triiodothyronine, bone turnover, and bone mass changes in euthyroid pre- and postmenopausal women. Calcif Tissue Int 1991; 49: 5-100. Chetkowski, RJ et al: Biologic effects of transdermal estradiol. N Engl J Med 1986; 314:1615-1620. Miyamoto. Sex steroids and thyroid function tests: The role of estrogen and progestogen. Int J Gynaecol Obstet 1978; 16:28-33. Marqusee et al. The effect of droloxifene and estrogen on thyroid function in postmenopausal women. J Clin Endocrinol Metab 2000;85:4407-441.

[27] Arafah, BM: Increased need for thyroxine in women with hypothyroidism during estrogen therapy. N Engl J Med 344:1743-1749, 2001.

[28] Meinichenko, GA and Berketova, TY: The advisability of screening for thyroid disease in peri- and postmenopausal women prior to HRT. Pinchera, AM et al, eds. The thyroid and age. Merck European Thyroid Symposium, Pisa, Italy, 1998; [Abstract] p.369.

**Wyeth-Ayerst Comments:** The proposed wording does not accurately relate the findings from the HERS trial, whose main result was an overall no benefit of estrogen and/or estrogen/progestin on the risk of recurrent events in women with established coronary heart disease. The following wording summarizes.

> The effects of estrogen replacement on the risk of cardiovascular disease have not been adequately studied. However, data from the Heart and Estrogen/progestin Replacement Study (HERS), a controlled clinical trial of secondary prevention in 2,763 post-menopausal women (average age 66.7 years) with documented heart disease demonstrated no overall benefit. During an average follow-up of 4.1 years, treatment with oral conjugated equine estrogen plus medroxyprogesterone acetate did not reduce the rate of recurrent events in postmenopausal women with established coronary heart disease (CHD). There were more CHD events in the hormone-treated group than in the placebo group in year 1, but fewer events in years 3 through 5.
>
> From a large ongoing randomized placebo-controlled trial, preliminary observations suggest that there is a small increase in the number of heart attacks, stroke and VTE in women without established CHD on estrogen alone or estrogen plus progestin compared with those on placebo.
>
> Physicians are advised to weigh the potential benefits and risks of therapy for each individual patient.

**4.5 Interactions**

See the SPC guideline.
The following is a model paragraph, which may be modified if interaction studies of the steroids included in the product indicate differences. The magnitude of effect observed for a specific product/type of product could be included. For combination products, specific information for the progestagen should be added.

"The metabolism of oestrogens [and progestagens] may be increased by concomitant use of substances known to induce drug-metabolising enzymes, specifically cytochrome P450 enzymes, such as anticonvulsants (e.g. phenobarbital, phenytoin, carbamezapin) dexamethasone and anti-infectives (e.g. rifampicin, rifabutin, nevirapine, efavirenz).

Ritonavir and nelfinavir, although known as strong inhibitors, by contrast exhibit inducing properties when used concomitantly with steroid hormones. Herbal preparations containing St John's wort (Hypericum Perforatum) may induce the metabolism of oestrogens [and progestagens][29].
Clinically, an increased metabolism of oestrogens and progestagens may lead to decreased efficacy ~~effect~~ and changes in the uterine bleeding profile.

**4.6 Pregnancy and lactation**

---

[29] It is suggested to specifically mention induction by St Johns wort, since herbal preparations do not have a SPC providing information on the inducing effects. This is in line with what has been agreed on other groups of drugs. Although the clinical consequences of increased metabolism of hormones for HRT are less severe than for the groups identified by the PhVWP and for which warnings and contra-indications are suggested, information on St Johns wort is considered relevant in section 4.5 for HRT.

**1. Products with oestrogens only**

*1.1 Indicated for women without uterus*

Not applicable, because [Tradename] is only indicated in women without uterus

*1.2 Indicated for women with uterus*

[Tradename] is not indicated during pregnancy. If pregnancy occurs during medication with [Tradename] treatment should be withdrawn immediately.
The results of most epidemiological studies to date relevant to inadvertent fetal exposure to oestrogens indicate no teratogenic or fetotoxic effects

**2. Products with oestrogens/progestagens**

*2.1 Known progestagen (i.e. human data on exposed pregnancies), no particular effect*

[Tradename] is not indicated during pregnancy. If pregnancy occurs during medication with [Tradename] treatment should be withdrawn immediately.
Clinically, data on a limited/large number of exposed pregnancies indicate no adverse effects of [progestagen] on the fetus.
The results of most epidemiological studies to date relevant to inadvertent fetal exposure to combinations of oestrogens + progestagens indicate no teratogenic or fetotoxic effect

*2.2 Known progestagen (i.e. human data on exposed pregnancies), particular effect*

[Tradename] is not indicated during pregnancy. If pregnancy occurs during medication with [Tradename] treatment should be withdrawn immediately.
Data on a limited/large number of exposed pregnancies indicate adverse effects of [progestagen] on the fetus [to be specified].
The results of most epidemiological studies to date relevant to inadvertent fetal exposure to combinations of oestrogens + progestagens indicate no teratogenic or fetotoxic effect.

*2.3 New progestagen or progestagen without human data; no relevant effects in animal studies*

[Tradename] is not indicated during pregnancy. If pregnancy occurs during medication with [Tradename] treatment should be withdrawn immediately.
For [name of the progestagen] no clinical data on exposed pregnancies are available. Studies in animals have not shown reproductive toxicity.
The results of most epidemiological studies to date relevant to inadvertent fetal exposure to combinations of oestrogens with other progestagens indicateno teratogenic or fetotoxic effect

*2.4 New progestagen or progestagen without human data; potentially relevant effects in animal studies*

[Tradename] is not indicated during pregnancy. If pregnancy occurs during medication with [Tradename] treatment should be withdrawn immediately.
For [name of the progestagen] no clinical data on exposed pregnancies are available. Studies in animals have shown reproductive toxicity (see 5.3). The potential risk for humans is unknown.
The results of most epidemiological studies to date relevant to inadvertent fetal exposure to combinations of oestrogens with other progestagens indicate no teratogenic or fetotoxic effect

<u>Lactation</u>:

There is no indication for prescribing HRT (oestrogens alone or in combination with a progestagen) during lactation.

**4.8. Undesirable effects**

This section should follow the CPMP Note for Guidance on the SPC. Specifically it should contain:

- An introductory paragraph providing an estimate of the overall percentage of treated patients expected to experience adverse reactions and a mention of all adverse reactions appearing in ≥10% of patients in clinical trials.

- Following the introductory paragraph, a table should be included, in which all Adverse Drug Reactions (ADRs) found in clinical trials of the product should be noted.. This table should have the following format:

| Organ system class (e.g. MedDRA SOC level) | Common ADRs, >1/100, < 1/10 | Uncommon ADRs, >1/1,000, <1/100 | Rare ADRs >1/10,000, <1/1000 |
|---|---|---|---|
| | | Breast cancer* | |

MedDRA High Level Terms and specific Preferred Term ADRs can be used in this table. ADRs to be included under •rare events• are to be found among class-effects of oestrogens.

*The risk of breast cancer increases with the number of years of HRT intake. According to data from epdemiological studies - 51 epidemiological studies performed during 1970s to the early 1990s and reported in a re-analysis, and from more recent studies - the best estimate of the risk is for women not using HRT, in total about 45 women in every 1000 women are expected to have breast cancer diagnosed over the period from ages 50 to 70 years. It is estimated that, among those with current or recent use of HRT, the total number of additional cases during the corresponding period will be between 1 and 3 (best estimate =2) extra cases per 1000 for those using HRT for 5 years, between 3 and 9 (best estimate =6) extra cases per 1000 for those using HRT for 10 years, and between 5 and 20 (best estimate =12) extra cases per 1000 treated women for those using HRT for 15 years.[7]

**Wyeth-Ayerst Comments**:
The above statements with dotted underlines in Section 4.8. *Undesirable Effects*, should be relocated to Section 4.4. *Special Warnings and Precautions for use*. This would provide complete and comprehensive information regarding breast cancer in one location. According to CIOMS[30], Section 4.4. should warn prescribers of the possibility of class or drug related adverse reactions occurring under normal conditions of use.
The adverse reaction of breast cancer should be listed in the Section 4.8.

- The table is to be followed by very rare ADRs, (usually class-effects), common to all HRT products and specific texts generated by the PhVWP or other relevant groups. Example of a post-tabular text: Other adverse reactions have been reported in association with oestrogen/progestagen treatment:

[30] Report of the CIOMS Working Groups III and V, 1999.

- Neoplasms benign and malignant: i.e., endometrial cancer.
- Venous thromboembolism, i.e., deep leg or pelvic venous thrombosis and pulmonary embolism, is more frequent among hormone replacement therapy users than among non-users. For further information, see section 4.3 Contraindications and 4.4 Special warnings and precautions for use.
- Gall bladder disease.
- Skin and subcutaneous disorders: chloasma, erythema multiforme, erythema nodosum, vascular purpura.

**5.1 Pharmacodynamic properties**

- **Estradiol/Estradiol valerate:** The active ingredient, estradiol, is chemically and biologically identical to endogenous human estradiol. It substitutes for the loss of oestrogen production in menopausal women, and alleviates menopausal symptoms. Oestrogens prevent bone loss following menopause or ovariectomy.

or:

**Conjugated equine oestrogens:** The active ingredients are primarily the sulphate esters (of estrone, equilin sulphates and 17)αβ-estradiol[31]. These substitute for the loss of) oestrogen production in menopausal women, and alleviate menopausal symptoms. Oestrogens prevent bone loss following menopause or ovariectomy.

- **Progestagen:**

As oestrogens promote the growth of the endometrium, unopposed oestrogens increase the risk of endometrial hyperplasia and cancer. The addition of a progestagen reduces the oestrogen-induced risk of endometrial hyperplasia in non-hysterectomised women.

***Additional statement to be included in the SPC of oestrogen-only products:***
Combined therapy with progestagens is also recommended in hysterectomised women with a history of endometriosis as cancer development in extra-uterine endometriotic implants in women on oestrogen-only therapy has been reported (see section 4.4 Special warnings and precautions).

***All other information in this section should be restricted to the indications approved (see comment below on lipids).***

Clinical trial Information

Relief of oestrogen-deficiency symptoms and bleeding patterns

- Relief of menopausal symptoms was achieved during the first few weeks of treatment.
- Regular withdrawal bleeding occurred in x% of women with a mean duration of x days. Withdrawal bleeding usually started x days before/after the last pill of the progestagen phase. Breakthrough bleeding and/or spotting appeared in x% of the women during the first three months of therapy and in x% during months 10-12 of treatment. Amenorrhoea occurred in x% of the cycles during the first year of treatment (for cyclic or sequential products).
- or: Amenorrhoea was seen in x% of the women during months 10-12 treatment. Break through bleeding and/or spotting appeared in x% of the women during the first three months of treatment and in x% during months 10-12 of treatment (for continuous combined products).

---

[31] Goodman and Gilman™ The pharmacological basis of Therapeutics, 9th edition.

- Prevention of osteoporosis

- Oestrogen deficiency at menopause is associated with an increasing bone turnover and decline in bone mass. Therefore, if possible, treatment for prevention of osteoporosis should start as soon as possible after the onset of menopause in women with increased risk for future osteoporotic fractures. The effect of oestrogens on the bone mineral density is dose-dependent. Protection appears to be effective for as long as treatment is continued.

- After … years of treatment with X, the increase in lumbar spine bone mineral density (BMD) was x ± x % (mean ± SD). The percentage of women who maintained or gained BMD in lumbar zone during treatment was x%.

- X also had an effect on hip BMD. The increase after … years was x% ± x% (mean ± SD) at femoral neck and x ± x% (mean ± SD) at total hip. The percentage of women who maintained or gained BMD in hip zone during treatment was x%.

- Information on biochemical markers of bone resorption and formation should not be included. BMD is considered a better surrogate endpoint for fracture than biochemical markers.

- Information on serum lipids (all products)
  Changes in lipids should not be included, as this information is not related to any of the present indications for HRT. Considering that no benefit has been demonstrated in primary and secondary prevention of coronary artery disease, the clinical relevance of lipid changes is unknown and the relevance for the safety of the product therefore highly questionable.

**Wyeth-Ayerst comments:** Although lipid changes are not related to any of the present indication for HRT products, this information represents an important part for the evaluation the safety and tolerance of HRT products. These data are recommended for the development of HRT products[2] and should be mentioned in the labeling. As long as no interpretation regarding the possible significance of lipid changes is made, there is no reason to deprive physicians of an information which may take place in the decision to prescribe one formulation rather than another.

**5.2 Pharmacokinetic properties**
See the Note for Guidance on the SPC.

- For all HRT products, this section should include figures on $C_{max}$, $C_{average}$, $C_{min}$ (trough) plasma levels on the oestrogen and progestagen.

**5.3 Preclinical safety data**
No specific recommendations. This section should conform with the CPMP Guideline on the Summary of Product Characteristics. Only results relevant to the prescriber should be mentioned. When animal studies have indicated embryotoxic or other effects, this observation should be discussed here, with cross-reference to section 4.6.