# EXHIBIT 65

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

BB
JRV
RJB
DCM
JWP
DL
MAD
JES
Compliance
File (2)
FDA Log

NDA 20-303

AUG 16 2000

Wyeth-Ayerst Research
Attention: Joseph S. Sonk, Ph.D.
Senior Director, Women's Health Care Products
U.S. Regulatory Affairs
P.O. Box 8299
Philadelphia, PA 19101-8299

Dear Dr. Sonk:

Please refer to your new drug application (NDA) for Prempro/Premphase

The Division of Reproductive and Urologic Drug Products (DRUDP) has conducted an extensive review of the Heart and Estrogen/Progestin Replacement Study (HERS). As a result, the **WARNINGS** and **PRECAUTIONS** sections of estrogen drug labeling that refer to the risk of breast cancer and cardiovascular effects are being revised in accordance with the updated information regarding this risk. We request that the following changes be made to your labeling so as to furnish adequate information for the safe and effective use of your drug product. (These changes will be requested for all approved estrogen replacement therapy (ERT) and estrogen/progestin combination hormonal replacement therapy (HRT) products.):

.032/00006681R

**Physician Package Insert:**

WARNINGS

1. Induction of malignant neoplasms

*Breast Cancer.*

While some epidemiologic studies suggest a very modest increase in breast cancer risk for estrogen alone users versus non-users, other studies have not shown any increased risk. The addition of progestin to estrogen may increase the risk for breast cancer over that noted in non-hormone users more significantly (by about 24-40%), although this is based solely on epidemiologic studies, and definitive conclusions await prospective, controlled clinical trials.

Women without a uterus who require hormone replacement should receive estrogen-alone therapy, and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term combination estrogen/progestin therapy (for relief of vasomotor symptoms) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long-term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for an increased risk of breast cancer). All women should receive yearly breast exams by a health-care provider and perform monthly breast-self examinations. In addition, mammography examinations should be scheduled as suggested by providers based on patient age and risk factors.

RECEIVED
AUG 28 2000
Joseph S. Sonk, Ph.D.
U.S. Regulatory Affairs

**PRECAUTIONS**

General

The effects of estrogen replacement on the risk of cardiovascular disease have not been adequately studied. However, data from the Heart and Estrogen/Progestin Replacement Study (HERS), a controlled clinical trial of secondary prevention of 2,763 post-menopausal women with documented heart disease, demonstrated no benefit. During an average follow-up of 4.1 years, treatment with oral conjugated estrogen plus medroxyprogesterone acetate did not reduce the overall rate of coronary heart disease (CHD) events in post-menopausal women with established coronary disease. There were more CHD events in the hormone treated group than in the placebo group in year 1, but fewer events in years 3 through 5.

**Patient Package Insert:**

**Risks of Estrogens** section

*Cancer of the breast:* Studies examining the risk of breast cancer among women using estrogen alone and combined estrogen/progestin therapy have suggested that there may be a mildly increased risk of breast cancer in women taking the combined therapy.

If you do not have your uterus, there is no need for combined estrogen/progestin therapy since estrogen alone therapy is sufficient and may pose less risk for breast cancer.

If you do have your uterus, you should discuss the benefits and risks of combined estrogen/progestin therapy with your health care provider. Regular breast exams by a health professional and monthly self-exams are recommended for all women. Mammography may also be recommended depending on your age and risk factors.

To assure that this safety information is included in your label, these changes must be implemented within 90 days of this letter or at the next printing, whichever comes first.

Please submit 20 copies of the final printed labeling, ten of which are individually mounted on heavy weight paper or similar material, exactly as specified above as a "Supplement – Changes Being Effected." In addition, please submit the FPL electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDAs* (January 1999). To facilitate review of your submission, please provide a highlighted or marked-up copy that shows the changes that are being made.

If you have any questions, call Diane Moore, BS, MT (ASCP), Regulatory Project Manager, at (301) 827-4260.

Sincerely,

Daniel A. Shames MD for Susan Allen MD 2/8/01

Susan Allen, M.D., M.P.H.
Director, Division of Reproductive and
Urologic Drug Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research