# EXHIBIT 66

**From:** Phillips, Jennifer (Lynn Wages) (Lynn Wages)
**To:** Acri, Patricia M., Bissinger, JoAnne, Brady, Kev...
**Date:** Thu, Aug 3, 2000 3:33 PM
**Subject:** ***FDA Telephone Contact***

This memo details several telephone calls with the Agency regarding Wyeth-Ayerst's request for a teleconference to discuss FDA's proposed class labeling revisions to the Breast Cancer Warning for estrogen and estrogen/progestin drug products. The points below summarizes these calls.

- On August 1st Dr. Susan Allen, Division Director, DRUDP, denied our request for a teleconference until the letter to industry is issued regarding class labeling changes for breast cancer and HERS.

- The letter to industry will be sent to sponsors of estrogen and estrogen/progestin drug products in approximately 2 weeks and will contain class labeling text for breast cancer and HERS but it is not known if the the WHI labeling will be incorporated. The industry will be given 90-days to implement the new class labeling.

- The Agency intends to issue the letter to industry at the same time that an approvable letter is issued to Wyeth Ayerst for the labeling supplements that incorporated the 1999 draft guidance text for breast cancer and the information regarding HERS and WHI into the Premarin insert. The labeling text for breast cancer and HERS will be identical in both the approvable letter to Wyeth Ayerst and the letters to industry.