# EXHIBIT 67

## Proposed Draft Labels for "Breast Cancer Warning"

The following boxed text identifies the draft labeling guidance for the Breast Cancer Warning proposed by the FDA and Wyeth-Ayerst Laboratories.

### Draft FDA Proposed Labeling for Breast Cancer Warning

While some epidemiology studies suggest a very modest increase in breast cancer risk for estrogen alone users vs. non-users, other studies have not shown any increased risk. The addition of progestin to estrogen may increase the risk for breast cancer over that noted for non-hormone users more significantly (by about 24-40%), although this is based solely on epidemiological studies and definitive conclusions await prospective controlled clinical trials.

Women without a uterus who require HRT should receive ERT alone therapy and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term estrogen/progestin combination therapy (for relief of VMS) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for increased risk of breast cancer). All women should receive yearly breast exams by a health care provider and perform monthly self-breast examinations. In addition, mammography examinations should be scheduled as suggested by healthcare providers based on the patient's age and risk factors.

### Draft Wyeth-Ayerst Proposed Labeling for Breast Cancer Warning

While some epidemiologic studies suggest a very modest increase in breast cancer diagnosis for ERT users versus non-users, especially when used in excess of 10 years, other studies have not shown any increased risk. The vast majority of these studies have looked at any estrogen use (ERT and HRT). Of the recent studies that specifically evaluated HRT ~~use~~, some suggest an increased risk with HRT **but not with ERT** compared to non-users ~~while at the same time showing no increased risk with ERT alone compared to non-users~~[3,4] **.** ~~while~~ **A**nother **study** suggests no difference in the risk ~~of breast cancer~~ for HRT ~~users as~~ compared to ~~the risk with~~ ERT ~~users~~[5]. Epidemiologic studies also suggest that breast cancer diagnosed in women with a history of current or past use of ERT/HRT is less likely to have spread outside the breast compared to breast cancer found in non-users (ref) and more likely to be of a favorable histology. This finding may be due to increased surveillance, a biological effect of ERT/HRT or both.

A recent combined analysis of 51 epidemiologic studies reported a relative risk of 1.35 for estrogen (**ERT or HRT**) users versus non-users[5] The absolute increase in risk reported is small to moderate and appears to be dependent upon duration of use. For example, during the period between 50 and 70 years of age about 45 in every 1,000 women (who never used **ERT or HRT**) would have breast cancer diagnosed. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 extra cases of breast cancer in every 1,000 women. For those who use ERT/HRT for 10-15 years, there would be 6 to 12 extra cases of breast cancer respectively in every 1,000 women.

Women who are candidates for short-term use (<5 years) of **ERT or HRT** are not thought to be at a ~~substantially~~ **significantly** increased risk for breast cancer. Women who are candidates for long term use of ERT/HRT should be advised of the potential risks and benefits. All women should receive yearly breast exams by a health care provider and perform monthly ~~self~~-breast- **self** examinations. In addition, mammography examinations should be performed as suggested by healthcare providers based on the patient's age and risk factors.

**DRAFT GUIDANCE TEXT, PARAGRAPH 1, SENTENCE 1:**

**Proposed Labeling:** "While some epidemiology studies suggest a very modest increase in breast cancer risk for estrogen alone users vs. non-users, especially when used in excess of 10 years, other studies have not shown any increased risk."

**Wyeth-Ayerst Comments:** *We recommend adding the phrase "especially when used in excess of 10 years" to this sentence to quantify the RR of breast cancer among estrogen alone users.*

As Tables 1-5 illustrate, studies have consistently shown small (non-statistically significant) increases in the risk of breast cancer in current or recent users of ERT users compared to non-users with increasing duration of use, but if significant increases in risk are observed, they are largely restricted to long-term ERT use (≥10 years). Three studies that particularly highlight these trends are the Collaborative Study (1997), Schairer et al. (2000), and Ross et al. (2000).

- ***Beral's Collaborative Group.*** In this reanalysis of >50 different epidemiological studies between 1980-1995 involving more than 160,000 women worldwide (Tables 1-2), the overall RR of breast cancer among ever HRT users who had taken HRT for ≥5 years compared to never users was 1.35 (1.21-1.49).[3] This is a particularly positive rate given that (1) the average duration of use in this group was 11 years; (2) >52,000 women with breast cancer and >108,000 women without breast cancer were analyzed; (3) >900 women eligible for analysis had been taking HRT for ≥15 years; and (4) ever HRT use included multiple HRT regimens such as estrogen only (primarily conjugated equine estrogens), other estrogens, estrogen/progestin combinations, and progestins only.

- ***Schairer et al. (2000).*** In this study (Tables 3-4), a total of 2,082 of breast cancer cases were diagnosed among 43,355 postmenopausal women in the U.S. between 1980-1995. Of these breast cancer cases, 805 were diagnosed in ever ERT users [RR: 1.1 (95% CI: 1.0-1.3)].[1] The RR of breast cancer among ERT users of ≥16 years was 0.8 (0.6-1.3) for those with a BMI >24.4 $kg/m^2$ (n=32) compared to a RR of 1.6 (1.2-2.2) among ERT users of ≥16 years with a BMI ≤24.4 $kg/m^2$ (n=72).[3]

- ***Ross et al. (2000).*** This study reported a similar trend among ERT users (Table 5). In this study, 648 ever ERT users were diagnosed with breast cancer (average duration of use 43 and 46 months among cases and controls, respectively). ERT use was not associated with breast cancer risk except in long-term users of ≥15 years. For example, the RR of breast cancer among ERT users of >10-15 years was 0.93, and the RR associated with ERT use of >15 years was 1.24, for a per 5-year risk of 1.06 (95% CI: 0.97-1.15).[2]



Confidential Pursuant to Confidentiality Order BURKM029-030494

**DRAFT GUIDANCE TEXT, PARAGRAPH 1, SENTENCE 2:**

**Proposed Labeling:** "~~The addition of progestin to estrogen may increase the risk for breast cancer over that noted for non-hormone users more significantly (by about 24-40%), although this is based solely on epidemiological studies and definitive conclusions await prospective controlled clinical trials~~. The vast majority of these studies have looked at any estrogen use (ERT and HRT). Of the recent studies that specifically evaluated HRT ~~use~~, some suggest an increased risk with HRT **but not with ERT** compared to non-users.~~users while at the same time showing no increased risk with ERT alone compared to non-users.~~[1,2] ~~while~~ **A**nother **study** suggests no difference in the risk ~~of breast cancer~~ for HRT ~~users as~~ compared to the risk with ERT ~~users~~[3]."

**Wyeth-Ayerst Comments:** *We suggest deleting the first sentence because it can be too easily misinterpreted as currently written and is based solely on the findings of two recent epidemiologic studies, which are preliminary, limited in size (i.e., representative of only 4.9% and 22.0% of their total ERT/HRT user populations, respectively), and provide little or no HRT-specific type, dosage, or regimen data (particularly progestin type, dosage, and regimen) sufficient for analyses.[1,2]*

*Because these studies are not definitive, have limited sample sizes, and little or no HRT-specific data, definitive-sounding statements regarding any possible association between breast cancer risk and HRT use should* not *be generalized to millions of potential or existing HRT users until the results of a randomized, prospective controlled study are available (e.g., the Women's Health Initiative Study which is scheduled for completion in 2005). Furthermore, breast cancer risk and HRT use must be presented in context to duration of use and recency (similar to ERT use and breast cancer risk) if physicians and patients are to better understand the possible association between breast cancer risk and HRT use. Finally, while there are several ways to present risk data, presenting RR estimates in provider/physician labeling as a percentage may be misleading, and it is standard in scientific literature to present risk data in terms of RR.*

**[NOTE: Reviewers, perhaps this next paragraph and two points might be best presented in a cover letter?]**

Our primary concern is that as currently written, healthcare providers and/or patients may falsely believe that 24%-40% of all HRT users will develop breast cancer. This misinterpreted fear of breast cancer could result in a number of significantly negative events for patients including:

(1) Underutilizing HRT, thereby depriving this population of the known protective effects and benefits of HRT use such as prevention/maintenance of osteoporosis, reduction in osteoporotic fractures, reduction in coronary heart disease, and decreased mortality (all causes). Because cardiovascular disease remains the leading cause of death among women >50 years of age, accounting for more deaths than all types of cancer deaths combined, it would be unfair to bias such an at-risk CHD and osteoportic population from a therapy that has such protective effects.

(2) Misuse of ERT among this population, thereby increasing their risk for endometrial cancer.



Confidential Pursuant to Confidentiality Order BURKM029-030495

Since 1997, five studies have evaluated the association between breast cancer risk and HRT use (Table 6).[1-3,52,53] Findings from these studies have consistently suggested a breast cancer risk association very similar to that of ERT use regarding duration use and recency of use. Each of these studies has reported small increases in breast cancer risk among short-term HRT users (<5 years) compared to non-users, and significant increases in breast cancer among long-term HRT users compared to non-users (Table 6). Moreover, like ERT use and breast cancer association, small increases in breast cancer risk have been reported for current HRT users compared to non-users, and for long-term users whose last use was ≥5 years, breast cancer risks return to pre-HRT use risk levels.

*We recommend adding the second underscored sentence to let physicians/patients know that the majority of studies that have evaluated an association between breast cancer risk and ERT or HRT use have overwhelming analyzed ERT use only (Tables 1-6).*[1,2,3]

Of note, the Collaborative Study published in 1997, evaluated 51 different epidemiologic studies involving >50,000 women with breast cancer and >108,000 women without breast cancer worldwide between 1980-1995. However, data were available from only 39% of the study population regarding type of ERT or HRT use, and from this 39%, approximately 80% included ERT only use.[3] Likewise, the majority of ERT or HRT users in the recent Schairer et al. study used ERT only (38%), and 63.6% of all users in the Ross et al. study were ERT only users.

*We recommend adding the third and fourth underscored sentences because it is important that physicians and patients understand that based upon the existing epidemiologic data to date, the association between breast cancer risk and HRT use is similar to the one observed in ERT use and breast cancer risk in that increases in breast cancer risk are associated with duration of use and recency of use.*

As shown in Tables 2-6, findings from the existing studies have consistently suggested that small (non-statistically significant) increases in breast cancer risk occur in HRT users of <5 years compared to non users or ERT users of similar durations. These findings also suggest that breast cancer risk increases significantly in HRT users of ≥5 years compared to non-users and sometimes (but not always) to ERT users of similar durations.[1-3,52,53] Like ERT use, recency of use appears to affect breast cancer risk. Like current ERT users, current or recent (<5 years) HRT users have a small (non-statistically significant) increased risk of breast cancer compared to non-HRT users, HRT users whose last use was <5 years duration, or ERT users of similar recency status.[1-3,52,53] Likewise, breast cancer risk returns to (non-statistically significant) pre-HRT use levels following last HRT use of ≥5 years.[1-3,52,53]

**DRAFT GUIDANCE TEXT, PARAGRAPH 2, SENTENCE 1:**

**Proposed Labeling:** "~~Women without a uterus who require HRT should receive ERT alone therapy and should not be exposed unnecessarily to progestins.~~"

**Wyeth-Ayerst Comments:** *We suggest deleting this sentence because this is a definitive sentence and there may be indications for which women without a uterus should receive HRT compared to ERT.*[54-61]



Confidential Pursuant to Confidentiality Order BURKM029-030496

**DRAFT GUIDANCE TEXT, PARAGRAPH 2, SENTENCE 2:**

**Proposed Labeling:** "Women ~~with a uterus~~ who are candidates for short-term use (<5 years) of **ERT or HRT** ~~estrogen/progestin combination therapy (for relief of VMS)~~ of ERT/HRT are not ~~felt~~ thought to be at a ~~substantially~~ **significantly** increased risk for breast cancer."

**Wyeth-Ayerst Comments:** *We suggested modifying this sentence because as the studies presented in Tables 1-6 suggest, ERT or HRT use of <5 years does not result in a statistically significant increase in breast cancer risk.*

**DRAFT GUIDANCE TEXT, PARAGRAPH 2, SENTENCE 3:**

**Proposed Labeling:** "Women ~~with a uterus~~ who are candidates for long term use of ~~estrogen/progestin therapy~~ ERT/HRT should be advised of potential ~~benefits and risks~~ risks and benefits. ~~(including the potential for increased risk of breast cancer)~~."

**Wyeth-Ayerst Comments:** *We suggest modifying this sentence as indicated above because regardless of replacement therapy under consideration, physicians should counsel potential and existing replacement therapy users on an individual basis, keeping in mind each patient's unique medical history, genetic factors, and lifestyle factors so that each patient's best benefit:risk analysis may be considered.*

**DRAFT GUIDANCE TEXT, PARAGRAPH 2, SENTENCE 5:**

**Proposed Labeling:** "In addition, mammography examinations should be ~~scheduled~~ performed as suggested by healthcare providers based on the patient's age and risk factors."

**Wyeth-Ayerst Comments:** *We suggest changing "scheduled" to "performed" to ensure that women understand the importance of having mammograms "performed" (as opposed to just scheduling them) as suggested by their healthcare providers based upon their age and specific risk factors.*

**APPENDIX 1: REFERENCES:**

Appendix 1 contains copies of the following references to support our comments and proposed labeling.

1. Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA*, 2000; 283(4):485-491.

2. Ross RK, Paganini-Hill A, Wan PC, et al. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. *J Natl Cancer Inst*, 2000; 92:328-332.

3. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,075 women with breast cancer and 108,411 without breast cancer. *Lancet*, 1997; 350:1047-1059.

4. LaCroix AZ, Burke W. Breast cancer and hormone replacement therapy [commentary]. *Lancet*, 1997; 350:1042-1043.

5. Miller AB, Baines CJ, To T, et al. Canadian national breast screening study I: breast cancer detection and death rates among women aged 40 -49 years. *Can Med Assoc J*, 1992; 147:1459-1476.

6. Schairer C, Byrne C, Keyl PM, et al. Menopausal estrogen and estrogen-progestin replacement therapy and risk of breast cancer (United States). *Cancer Causes Control*, 1994; 5:491-500.

7. Colditz GA, Hankinson SE, Hunter DJ, et al. The use of estrogens and progestins and the risk of breast cancer in postmenopausal women. *N Engl J Med*, 1995; 332:1589-1593.

8. Schuurman AG, van den Brandt PA, Goldbohm RA. Exogenous hormones and the risk of postmenopausal breast cancer: results from the Netherlands cohort study. *Cancer Causes Control*, 1995; 6:416-424.

9. Folsom AR, Mink PJ, Sellers TA, et al. Hormonal replacement therapy and morbidity and mortality in a prospective study of postmenopausal women. *Am J Public Health*, 1995; 85:1128-1132.

10. Thomas DB, Persing JP, Hutchinson WB. Exogenous oestrogens and other risk factors for breast cancer in women with benign breast diseases. *J Natl Cancer Inst*, 1982; 69:1017-1025.

11. Hiatt RA, Bawol R, Friedman GD, et al. Exogenous estrogen and breast cancer after bilateral oophorectomy. *Cancer*, 1984; 54:139-144.

12. Alexander FE, Roberts MM, Huggins A. Risk factors for breast cancer with applications to selection for the prevalence screen. *J Epidemiol Commun Health*, 1987; 41:101-106.

13. Wang PA, Layde PM, Lee NC, et al. The relationship between blood prolactin levels and risk of breast cancer in premenopausal women. *Eur J Clin Oncol*, 1987; 23:1541-1548.

14. Kay CR, Hannaford PC. Breast cancer and the pill - a further report from the Royal College of General Practitioners' oral contraception study. *Br J Cancer*, 1988; 58:675-680.

15. Bergkvist L, Adami H-O, Persson I, et al. The risk of breast cancer after estrogen and estrogen-progestin replacement. *N Engl J Med*, 1989; 321:293-297.

16. Mills PK, Beeson WL, Phillips RL, et al. Prospective study of exogenous hormone use and breast cancer in seventh-day adventists. *Cancer*, 1989; 64:591-597.

17. Vessey MP, McPherson K, Villard-Mackintosh L, et al. Oral contraceptives and breast cancer: latest findings in a large cohort study. *Br J Cancer*, 1989; 59:613-617.

18. Willis DB, Calle EE, Miracle-McMahill HL, et al. Estrogen replacement therapy and risk of fatal breast cancer in a prospective cohort of postmenopausal women in the United States. *Cancer Causes Control*, 1996; 7: 449-457.



Confidential Pursuant to Confidentiality Order BURKM029-030498

19. Goodman MT, Cologne J, Moriwaki H, et al. Risk factors for primary breast cancer in Japan: 8-year follow-up of atomic-bomb survivors. *Prevent Med*, 1997; 26:144-153.

20. Brinton LA, Hoover RM, Szklo M, et al. Menopausal estrogen use and risk of breast cancer. *Cancer*, 1981; 47:2517-2522.

21. Wingo PA, Layde PM, Lee NC, et al. The risk of breast cancer in postmenopausal women who have used estrogen replacement therapy. *JAMA*, 1987; 257:209-215.

22. Hislop TG, Coldman AJ, Elwood JM, et al. Childhood and recent eating patterns and risk of breast cancer. *Cancer Detect Prevent*, 1986; 9:47-59.

23. Siskind V, Schofield F, Rice D, et al. Breast cancer and breast cancer feeding: results from an Australian case-control study. *Am J Epidemiol*, 1989; 130:229-236.

24. Ewertz M. Influence of non-contraceptive exogenous and endogenous sex hormones on breast cancer risk in Denmark. *Int J Cancer*, 1988; 42:832-838.

25. Weinstein AL, Mahoney MC, Nasca PC, et al. Oestrogen replacement therapy and breast cancer risk: a case-control study. *Int J Epidemiol*, 1993; 22:781-789.

26. Newcomb PA, Longnecker MP, Storer BE, et al. Long-term hormone replacement therapy and risk of breast cancer in postmenopausal women. *Am J Epidemiol*, 1995; 142:788-795.

27. Yang CP, Daling JR, Band PR, et al. Noncontraceptive hormone use and risk of breast cancer. *Cancer Causes Control*, 1992; 3:475-479.

28. Stanford JL, Weiss NS, Voight LF, et al. Combined estrogen and progestin hormone replacement therapy in relation to breast cancer in middle-aged women. *JAMA*, 1995; 274:137-142.

29. Ross RK, Paganini-Hill A, Gerkins VR, et al. A case-control study of menopausal estrogen therapy and breast cancer. *JAMA*, 1980; 243:1635-1639.

30. Nomura AMY, Kolonel LN, Hirohata T, et al. The association of replacement estrogens with breast cancer. *Int J Cancer*, 1986; 37:49-53.

31. Lee NC, Rosero-Bixby L, Oberle MW, et al. A case-control study of breast cancer and hormonal contraception in Costa Rica. *J Natl Cancer Inst*, 1987; 79:1247-1254.

32. Rohan TE, McMichael AJ. Non-contraceptive exogenous oestrogen therapy and breast cancer. *Med J Aust*, 1988; 148:217-221.

33. Paul C, Skegg DCG, Spears GFS. Oral contraceptives and risk of breast cancer. *Int J Cancer*, 1990; 61: 110-119.

34. Palmer JR, Rosenberg L, Clarke EA, et al. Breast cancer risk after estrogen replacement therapy: results from the Toronto Breast Cancer Study. *Am J Epidemiol*, 1991; 134:1386-1395.

35. Ursin G, Aragaki CC, Paganini-Hill A, et al. Oral contraceptives and premenopausal bilateral breast cancer. *Cancer Causes Control*, 1992; 3:414-419.

36. Rookus MA, van Leeuwen FE, for the Netherlands Oral Contraceptives and Breast Cancer Study Group. Oral contraceptives and risk of breast cancer in women age 20-54 years. *Lancet*, 1994; 344:844-851.

37. White E, Malone KE, Weiss NS, et al. Breast cancer among young US women in relation to oral contraceptive use. *J Natl Cancer Inst*, 1994; 86:505-514.

38. Brinton LA, Daling JR, Liff JM, et al. Oral contraceptives and breast cancer risk among younger women. *J Natl Cancer Inst*, 1995; 87:827-835.

39. Morabia A, Szklo M, Stewart W, et al. Consistent lack of association between breast cancer and oral contraceptives using either hospital or neighbourhood controls. *Prevent Med*, 1993; 22:178-186.

40. Vessey M, Baron J, Doll R, et al. Oral contraceptives and breast cancer: final report of an epidemiologic study. *Br J Cancer*, 1983; 47:455-462.

41. McPherson K, Vessey MP, Neil A, et al. Early oral contraceptive use and breast cancer: results of another case-control study. *Br J Cancer*, 1987; 56:653-660.

42. LaVecchia C, Negri E, Franceschi S, et al. Non-contraceptive oestrogens and breast cancer. *Int J Cancer*, 1992; 50:161-162.

43. Lipworth L, Katsouyanni K, Stuver S, et al. Oral contraceptives, menopausal estrogens, and the risk of breast cancer: a case-control study in Greece. *Int J Cancer*, 1995; 62:548-551.

44. La Vecchia C, Negri E, Franceschi S, et al. Hormone replacement treatment and breast cancer risk: a cooperative Italian study. *Br J Cancer*, 1995; 72:244-248.

45. Talamini R, La Vecchia C, Franceschi S, et al. Reproductive and hormonal factors and breast cancer in a Northern Italian population. *Int J Epidemiol*, 1985; 14:70-74.

46. Marubini E, Decarli A, Costa A, et al. The relationship of dietary intake and serum levels of retinol and beta-carotene with breast cancer: results of a case-control study. *Cancer*, 1988; 61:173-180.

47. Ravnihar B, Primic Zakelj M, Kosmelj K, et al. A case-control study of breast cancer in relation to oral contraceptive use in Slovenia. *Neoplasma*, 1988; 35:109-121.

48. Hulka BS, Chambless LE, Deubner DC, et al. Breast cancer and estrogen replacement therapy. *Am J Obstet Gynecol*, 1992; 143:638-644.

49. WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Breast cancer and combined oral contraceptives: results form a multinational study. *Br J Cancer*, 1990; 61:110-119.

50. Ngelangel CA, Lacaya LB, Cordero C, Laudico AV. Risk factors for breast cancer among Filipino women. *Phil J Intern Med*, 1994; 32:231-236.

51. Levi F, Lucchini F, Pasche C, et al. Oral contraceptives, menopausal hormone replacement therapy and breast cancer risk. *Eur J Cancer Prevent*, 1996; 5:259-266.

52. Magnusson C, Baron JA, Correia N, et al. Breast-cancer risk following long-term oestrogen- and oestrogen-progestin replacement therapy. *Int J Cancer*, 1999; 81:339-344.

53. Persson I, Weiderpass E, Bergkvist L, et al. Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. *Cancer Causes and Control*, 1999; 10:252-260.

54. American College of Obstetricians & Gynecologists: Endometriosis. *ACOG Technical Bulletin*, 1993; 184.

55. Brough RJ, Flynn O. Recurrent pelvic endometriosis and bilateral ureteric obstruction associated with hormone replacement therapy. *BMJ*, 1996; 312:1221.

56. Chinegwundoh FI, et al. Renal and diaphragmatic endometriosis de novo associated with hormone replacement therapy. *J Urol*, 1995; 153(2):380-381.

57. Frohlich EP, et al. Adenocarcinoma from endometriosis causing urinary tract obstruction in a patient on oestrogen replacement therapy after hysterectomy. *S Afr Med J*, 1988; 74:638-639.

58. Goh JTW, Hall BA. Postmenopausal endometrioma and hormonal replacement therapy. *Aust NZ J Obstet Gynaecol*, 1992; 32(4):384-385.

59. Gucer F, et al. Malignancy arising in extraovarian endometriosis during estrogen stimulation. *Eur J Gynaecol Oncol*, 1998; 19(1):39-41.



Confidential Pursuant to Confidentiality Order BURKM029-030500

60. Goodman HM, et al. Postmenopausal endometriosis associated with hormone replacement therapy. A case report. *J Reprod Med*, 1989; 34(3): 231-233.

61. Heaps JM, et al. Malignant neoplasms arising in endometriosis. *Obstet Gynecol*, 1990; 75(6):1023-1028.

62. Hextall A, et al. Endometriosis and atypical complex hyperplasia associated with unopposed oestrogen therpay. *Br J Obstet Gynaecol*, 1994; 101(12):1091-1092.

63. Hickman TN, et al. Timing of estrogen replacement therapy following hysterectomy with oophorectomy for endometriosis. *Obstet Gynecol*, 1998; 91(5):673-677.

64. Kapadia SB, et al. Postmenopausal ureteral endometriosis with atypical adenomatous hyperplasia following hysterectomy, bilateral oophorectomy, and long-term estrogen therapy. *Obstet Gynecol*, 1984; 64(3 Suppl):60S-63S.

65. Madgar I, et al. Ureteral endometriosis in postmenopausal women. *Urology*, 1982; 20(2):174-176.

66. Remnitz C, et al. Malignancy arising in endometriosis associated with unopposed estrogen replacement. *Obstet Gynecol*, 1988; 71(3 Part 2):444-447.

## APPENDIX 2: ADDITIONAL INFORMATION

The following information is text that Wyeth-Ayerst believes should be incorporated into the FDA's proposed labeling guidance.

### DRAFT GUIDANCE TEXT, (INSERTION OF TWO NEW SENTENCES AT THE END OF PARAGRAPH 1):

Epidemiologic studies also suggest that breast cancer diagnosed in women with a history of current or past use of ERT/HRT is less likely to have spread outside the breast compared to breast cancer found in non-users (ref) and more likely to be of a favorable histology. This finding may be due to increased surveillance, a biological effect of ERT/HRT or both.

*We recommend adding these sentences because numerous studies conducted between the late 1980's to the present have suggested that HRT users, particularly current or recent users, have an increased risk for being diagnosed with more favorable tumor biologies and prognoses (Table 8).*

Some of the documented histologic and prognostic characteristics of breast cancer diagnoses among HRT (or ERT) users compared to non users are that HRT/ERT users have been shown to have (1) significantly smaller tumors (<2 cm); (2) steroid receptor positive tumors; (3) less nodal involvement; and (4) tumors more often localized in the breast (Tables 8-10).[55-60]

### DRAFT GUIDANCE TEXT, (INSERTION OF A NEW PARAGRAPH AFTER PARAGRAPH 1):

**Proposed Labeling:** "A recent combined analysis of 51 epidemiologic studies reported a relative risk of 1.35 for estrogen (ERT/HRT) users versus non-users. (ref) The absolute increase in risk reported is small to moderate and appears to be dependent upon duration of use. For example, during the period between 50 and 70 years of age about 45 in every 1,000 women (who never used ERT/HRT) would have breast cancer diagnosed. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 extra cases of breast cancer in every 1,000 women For those who use ERT/HRT for 10-15 years, there would be 6 to 12 extra cases of breast cancer respectively in every 1000 women."

**Wyeth-Ayerst Comments:** We suggest the addition of the above paragraph because to date, Beral's Collaborative Group reanalysis is the largest summary of epidemiological data evaluating breast cancer risk associated with ERT/HRT. These data have been accepted by much of the scientific and regulatory community throughout the world. Furthermore, this reanalysis is currently being adopted by international regulatory agencies for class labeling. Until the results of a randomized, prospective, controlled study are available (e.g., the Women's Health Initiative Study), we believe this reanalysis best represents the scientific community's understanding of the association between breast cancer risk and ERT/HRT use. Moreover, sentences 2-4 place the RR of breast cancer in relation to ERT/HRT use in context to a woman's natural incidence of developing breast cancer. Understanding RR in context with absolute risk is necessary in evaluating a patient's potential or continued use of ERT/HRT.



Confidential Pursuant to Confidentiality Order BURKM029-030502

Confidential Pursuant to Confidentiality Order

## Appendix 3: Tables and Graphs

Appendix 3 contains the tables cited in the text used to substantiate Wyeth-Ayerst's proposed revisions to the FDA's proposed labeling guidance.

**Table 1. Relative risk of breast cancer diagnosis in ever-users compared to never-users of HRT*.[5]**

| Median Year of Diagnosis | Study | HRT Ever-Use Cases/Controls | HRT Never-Use Cases/Controls | RR (SE) of Breast Cancer in Ever-Users of HRT vs. Never-Users of HRT |
|---|---|---|---|---|
| **Prospective studies** | | | | |
| 1985 | Canadian NBSS[7] | 205/954 | 243/976 | 1.01 (0.118) |
| **1985** | **Schairer[8]** | **341/1,418** | **370/1,422** | **0.97 (0.098)** |
| 1986 | Nurses' Health[9] | 618/2,442 | 714/3,084 | 1.20 (0.134) |
| **1988** | **Netherlands Cohort[10]** | **30/125** | **306/1,076** | **0.98 (0.236)** |
| 1991 | Iowa Women's Health[11] | 355/1,338 | 178/702 | 1.20 (0.134) |
| | **Other[12-21]** | **427/1,521** | **240/887** | **0.62 (0.196)** |
| All prospective studies | | 1,976/7,7798 | 2,051/8,147 | 1.09 (0.047) |
| **Case-control with population controls** | | | | |
| 1976 | Brinton[22] | 808/932 | 714/869 | 1.09 (0.085) |
| **1981** | **CASH[23]** | **437/542** | **335/420** | **1.20 (0.127)** |
| 1981 | Hislop[24] | 86/84 | 275/282 | 1.15 (0.245) |
| **1983** | **Bain[25]** | **39/86** | **226/458** | **1.33 (0.352)** |
| 1983 | Ewertz[26] | 136/109 | 400/414 | 1.35 (0.226) |
| **1984** | **Long Island[27]** | **157/122** | **519/547** | **1.49 (0.218)** |
| 1988 | 4 State Study[28] | 604/720 | 1,892/2,297 | 1.17 (0.090) |
| **1989** | **Yang/Gallagher[29]** | **132/148** | **269/277** | **1.29 (0.242)** |
| 1989 | Stanford[30] | 117/134 | 149/161 | 0.75 (0.208) |
| | **Other[31-40]** | **297/485** | **783/1,155** | **0.96 (0.152)** |
| All case-control studies with population controls | | 2,813/3,362 | 5,562/6,880 | 1.15 (0.046) |
| **Case-control with hospital controls** | | | | |
| 1974 | Morabia[41] | 80/144 | 104/178 | 1.41 (0.376) |
| **1982** | **Vessey[42]** | **47/51** | **369/411** | **1.21 (0.345)** |
| 1987 | La Vecchia[43] | 119/64 | 1,496/1,386 | 1.67 (0.247) |
| **1990** | **Katsouyanni[44]** | **42/70** | **404/770** | **1.16 (0.312)** |
| 1992 | Franceschi[45] | 151/132 | 1,265/1,379 | 1.37 (0.174) |
| | **Other[46-52]** | **254/727** | **1,216/4,417** | **1.03 (0.143)** |
| All case-control studies with hospital controls | | 693/1,188 | 4,854/8,541 | 1.27 (0.091) |
| **All studies** | | **5,482/12,348** | **12,467/23,568** | **1.14 (0.031)** |

*HRT = hormone replacement therapy (including ever use of estrogen only and/or estrogen/progestin combination therapy). RR to never-users stratified by study, age at diagnosis, time since menopause, BMI, parity, and age at first full-term pregnancy. SE and CI are not floated. Test for heterogeneity between study designs $x^2$ (2 df) 3.2, $P = 0.20$. Test for heterogeneity between studies $x^2$ (21 df) 26.3, $P = 0.20$.

**Table 2. Relative risk of breast cancer by time since last use, duration of use, and type and dose of preparation mainly used.**[5]

| | Current use or last use 1–4 years before diagnosis | | | | Last use ≥5 years before diagnosis | |
|---|---|---|---|---|---|---|
| | Duration <5 years | | Duration ≥5 years | | | |
| Type and dose of HRT | RR (SE)* | Cases/Controls | RR (SE)* | Cases/Controls | RR (SE)* | Cases/Controls |
| ***Estrogen Only*** | | | | | | |
| Total | 0.99 (0.18) | 498/993 | 1.34 (0.09) | 558/951 | 1.12 (0.11) | 310/451 |
| **Conjugated** | | | | | | |
| **≤0.625 mg** | **0.77 (0.13)** | **108/270** | **1.64 (0.25)** | **97/159** | **1.45 (0.22)** | **119/159** |
| **≥1.85 mg** | **0.94 (0.17)** | **100/173** | **1.42 (0.16)** | **163/320** | **0.90 (0.24)** | **35/70** |
| **Unknown dose** | **1.18 (0.18)** | **130/254** | **1.18 (0.14)** | **191/315** | **0.82 (0.19)** | **61/101** |
| Other Estrogen | 1.15 (0.17) | 160/296 | 1.26 (0.21) | 107/157 | 1.22 (0.21) | 95/121 |
| ***Estrogen and progestagen, or Progestagen Only*** | 1.15 (0.19) | 136/212 | 1.53 (0.33) | 58/86 | 1.30 (0.46) | 21/24 |
| ***Estrogen and Other, or Other*** | 0.88 (0.26) | 34/74 | 2.57 (0.38) | 71/91 | 0.99 (0.32) | 30/42 |

*Relative to never-users, stratified by study, age at diagnosis, time since menopause, BMI, parity, and the age at first birth. SE not floated. Tests for heterogeneity: Current use or last use 1–4 years before diagnosis, duration <5 years, duration ≥5 years, and last use≥5 years previously, respectively: between estogen groups $\chi^2$ (3 df) 4.7, p=0.19; $\chi^2$ (3 df) 2.5, p=0.48; $\chi^2$ (3 df) 5.2, p=0.16; between hormone types: $\chi^2$ (2 df) 0.9, p=0.64; $\chi^2$ (2 df) 7.4, p=0.03; $\chi^2$ (2 df) 0.3, p=0.86.



Confidential Pursuant to Confidentiality Order

**Table 3. Relative risk of breast cancer diagnosis associated with use of ERT and HRT use .*[3]**

| Ever use | No. of Person-Years | No. of Cases | RR (95% CI) |
|---|---|---|---|
| **Ever use** | | | |
| No use | 196,666 | 761 | 1.0 (Referent) |
| **Estrogen only** | **179,401** | **805** | **1.1 (1.0-1.3)** |
| **Estrogen-progestin only** | **17,428** | **101** | **1.3 (1.0-1.6)** |
| Estrogen alone and estrogen-progestin | 29,564 | 162 | 1.2 (1.0-1.5) |
| Progestin only | 3,048 | 11 | 0.9 (0.5-1.6) |
| Estrogen (progestin unknown) | 24,757 | 130 | 1.3 (1.0-1.5) |
| Progestin (estrogen unknown) | 151 | 0 | . . . ‡ |
| Unknown use | 22,669 | 112 | 1.3 (1.0-1.5) |
| **Years since last use** | | | |
| ***Estrogen only*** | | | |
| **Current** | **55,008** | **243** | **1.1 (1.0-1.3)** |
| 1-2 years | 15,533 | 77 | 1.4 (1.1-1.8) |
| **>2-4 years** | **12,171** | **55** | **1.2 (0.9-1.6)** |
| >4-6 years | 10,463 | 35 | 0.9 (0.6-1.3) |
| **>6 years** | **67,836** | **309** | **1.1 (0.9-1.2)** |
| ***Estrogen-progestin only*** | | | |
| **Current** | **11,780** | **77** | **1.4 (1.1-1.9)** |
| 1-2 years | 1,899 | 9 | 1.2 (0.6-2.4) |
| **>2-4 years** | **1,388** | **7** | **1.2 (0.5-2.5)** |
| >4-6 years | 579 | 2 | 0.6 (0.2-2.6) |
| **>6 years** | **1,779** | **6** | **0.6 (0.3-1.6)** |

*Data were adjusted for attained age, education, BMI, age at menopause, and mammographic screening. Adjustments for race, period of follow-up, age at first live birth, family history of breast cancer, history of benign breast disease, and clinical breast examinations did not alter these estimates. †Adjusted for age in 5-year intervals, type of menopause, parity, age at first delivery, age at menarche, family history of breast cancer, and history of benign breast disease. ‡Ellipses indicate data not applicable.

**Table 4. Relative risk of breast cancer associated with duration of ERT and HRT use among recent users by body mass index.*[3]**

| | Body Mass Index (BMI) | | | |
|---|---|---|---|---|
| | ≤24.4 kg/m$^2$ | | >24.4 kg/m$^2$ | |
| **Duration of Use** | **No. of Cases** | **RR (95% CI)*** | **No. of Cases** | **RR (95% CI)*** |
| ***Estrogen Only*** | | | | |
| No use | 351 | 1.0 (Referent) | 379 | 1.0 (Referent) |
| **<8 years** | **80** | **1.0 (0.8-1.3)** | **55** | **1.0 (0.7-1.3)** |
| **8-<16 years** | **82** | **1.5 (1.2-2.0)** | **40** | **1.0 (0.7-1.4)** |
| **≥16 years** | **72** | **1.6 (1.2-2.2)** | **32** | **0.8 (0.6-1.3)** |
| Increase in RR/year of use | 0.03 (0.01-0.06) | | -0.01 (-0.02 to 0.10) | |
| *P* value for trend | 0.001 | | 0.46 | |
| ***Estrogen-Progestin Only*** | | | | |
| No use | 351 | 1.0 (Referent) | 379 | 1.0 (Referent) |
| **<2 years** | **14** | **1.0 (0.6-1.8)** | **12** | **1.3 (0.7-2.3)** |
| **2-<4 years** | **12** | **1.1 (0.6-2.0)** | **10** | **1.5 (0.8-2.9)** |
| **≥4 years** | **26** | **2.0 (1.3-3.0)** | **13** | **1.3 (0.7-2.4)** |
| Increase in RR/year of use | 0.12 (0.02-0.25) | | -0.04 (-0.03 to 0.17) | |
| *P* value for trend | 0.01 | | 0.28 | |

*Data were adjusted for attained age, education, BMI, age at menopause, and mammographic screening.

†Ellipses indicate data not applicable.



Confidential Pursuant to Confidentiality Order

**Table 5. Odds ratio (95% CI) for breast cancer in relation to duration of use of any HRT and to duration of use of ERT and CHRT*.[4]**

| HRT Type | Duration of Use | No. of Cases/Controls | RR (95% CI) | Two-sided *P*† |
|---|---|---|---|---|
| No HRT | | 873/784 | 1.00 (Referent) | |
| Any HRT‡ | ≤5 yrs | 475/406 | 1.07 | |
| | 6-10 yrs | 236/186 | 1.21 | |
| | **11-15 yrs** | **151/140** | **1.14** | |
| | **>15 yrs** | **162/121** | **1.36** | |
| | | Per 5 yrs use | 1.10 (1.02-1.18) | .015 |
| Any ERT§ | ≤5 yrs | 353/304 | 1.02 | |
| | 6-10 yrs | 151/136 | 0.94 | |
| | **11-15 yrs** | **105/105** | **0.93** | |
| | **>15 yrs** | **133/103** | **1.24** | |
| | | Per 5 yrs use | 1.06 (0.97-1.15) | .018 |
| Any CHRT§ | ≤5 yrs | 277/224 | 1.11 | |
| | **6-10 yrs** | **98/66** | **1.51** | |
| | **>11 yrs** | 50/34 | **1.51** | |
| | | Per 5 yrs use | 1.24 (1.07-1.45) | .005 |

*HRT = hormone replacement therapy; ERT = estrogen replacement therapy; and CHRT = combination hormone replacement therapy. †*P* value ascertained from the difference in log-liklihood with and without variable of interest. ‡Adjusted for type of menopause and age at menopause, age at menarche, family history of breast cancer, history of benign breast disease, nullparity, age at first full-term pregnancy, use of oral contraceptives, body weight, and alcohol use. §Additionally adjusted simultaneously for ERT and CHRT use.

**Table 6. Summary of studies since 1997 that have analyzed estrogen-progestin-use and breast cancer risk.**

| Study | Years of Data Collection | Type of Study | Total No. of Estrogen Only Cases/Controls | No. of Estrogen-Progestin Cases/Controls | No. of Person-Years | RR of Breast Cancer Compared to Never-Users (95% CI) |
|---|---|---|---|---|---|---|
| Collaborative Study 1997[5] **(p. 1056)** | 1975-1995 | Reanalysis of >90% worldwide epidemiology data (51 studies from 21 countries; majority from North America/Europe)<br>(52,705 women with breast cancer and 108,411 women without breast cancer) | 1,366/2,395 | 215/322† | not specified | Current use: (Duration <5 yrs)<br>Estrogen only 0.99 (0.8); E-P only 1.15 (0.19)<br>Current use: (Duration ≥5 yrs)<br>Estrogen only 1.34 (0.09); E-P only 1.53 (0.33)<br>Last use ≥5 yrs:<br>Estrogen only 1.12 (0.11); E-P only 1.30 (0.46) |
| Schairer et al. 2000[3] **(p. 488)** | 1980-1995 | Cohort of follow-up data from the U.S. BCDDP‡<br>(46,355 women/ 473,687 person-years) | 805 cases (38.7% total) | 101 cases (4.9% total) | 38% vs. 4% of 473,687 person-years | Ever use:<br>Estrogen only 1.1 (1.0-1.3); E-P only 1.3 (1.0-1.6)<br>Current use:<br>Estrogen only 1.1 (1.0-1.3); E-P only 1.4 (1.1-1.9)<br>Last use >6 years:<br>Estrogen only 1.1 (0.9-1.2); E-P only 0.6 (0.3-1.6) |
| Ross et al. 2000[4] **(p. 330)** | 1987-1989; 1992; 1995-1996 | Population-based, case-control, U.S.<br>(Total cases/controls: 1,897/1,637) | 742/648 | 425/324 | Average duration of use: 42 to 46 months | <5 years use:<br>Estrogen only* 1.02; E-P only** 1.11<br>5-10 years:<br>Estrogen only* 0.94; E-P only** 1.51 |

†Includes estrogen-progestagen combination or progestagen alone. ‡BCDDP: Breast Cancer Detection Demonstration Project, a nationwide breast cancer screening program. *The majority of HRT use was unopposed estrogen, with CE 25 mg/d being the most popular formulation and dose. **Combination therapy was more commonly prescribed sequentially, usually in combination with 0.625 mg/d CEE. Sequential use was roughly 50% more common among control wome pared to continuous combined therapy. MPA comprised the majority of all progestin use. ***Actually represents ≥11 years of use.

**Table 6. Summary of studies since 1997 that have analyzed estrogen-progestin-use and breast cancer risk. (Continued)**

| Study | Years of Data Collection | Type of Study | Total No. of Estrogen Only Cases/Controls | No. of Estrogen-Progestin Cases/Controls | No. of Person-Years | RR of Breast Cancer Compared to Never-Users (95% CI) |
|---|---|---|---|---|---|---|
| Magnusson et al. 1999[53] **(p. 341)** | 1993-1995 | Population-based, case-control, Sweden<br><br>(Total cases/controls: 2,563/2,845) | 150/106 | 409/295 | 22% vs.14% of total person-years | ≤2 years use:<br>Estrogen only 1.72 (1.13-2.62); E-P only 1.25 (0.96-1.63)<br>>2-5 years use:<br>Estrogen only 1.49 (0.85-2.63); E-P only 1.40 (1.01-1.94)<br>>5-10 years use:<br>Estrogen only 2.18 (1.07-4.45); E-P only 2.43 (1.72-3.44)<br>>10 years:<br>Estrogen only 2.70 (1.47-4.96); E-P only 2.95 (1.84-4.72) |
| Persson et al. 1999[54] **(p. 257)** | 1987-1995 | Follow-up cohort study, Sweden<br><br>(Total observed cases: 198) | 58 | 72 | | 1-6 years use:<br>Estrogen only 1.0 (0.6-1.7); E-P only§ 1.4 (0.9-2.3)<br>6+ years:<br>Estrogen only 1.1 (0.7-1.7); E-P only§ 1.7 (1.1-2.6) |

†Includes estrogen-progestagen combination or progestagen alone. ‡BCDDP: Breast Cancer Detection Demonstration Project, a nationwide breast cancer screening program. *The majority of HRT use was unopposed estrogen, with CEE ≤0.625 mg/d being the most popular formulation and dose. **Combination therapy was more commonly prescribed sequentially, usually in combination with 0.625 mg/d CEE. Sequential use was roughly 50% more common among control women compared to continuous combined therapy. MPA comprised the majority of all progestin use. ***Actually represents ≥11 years of use. §Adjusted for age, follow-up time, age at first full pregnancy, BMI, education, menopausal age/status.



Confidential Pursuant to Confidentiality Order

**Table 7. Odds ratio (95% CI) for breast cancer in relation to duration of use of SEPRT and CCRT*.[4,6]**

| | SEPRT†‡ | | CCRT†‡ | |
|---|---|---|---|---|
| **Source, Duration** | **No. of Cases/Controls** | **OR (95% CI)** | **No. of Cases/Controls†** | **OR (95% CI)** |
| Ross et al. 2000*[5] | | | | |
| No HRT use | 873/784 | 1.00 (Referent) | 873/784 | 1.00 (Referent) |
| **≤5 yrs** | **218/166** | **1.19** | **59/58** | **0.88** |
| 6-10 yrs | 75/48 | 1.58 | 23/18 | 1.28 |
| **>11 yrs** | **27/14** | **1.79** | **23/20** | **1.23** |
| Per 5 yrs use | | 1.38 (1.13-1.68) | Per 5 yrs use | 1.09 (0.88-1.35) |
| Magnusson et al. 1999†[6] | | | | |
| **No HRT use** | **1,739/2,202** | **1.00 (Referent)** | **1,739/2,202** | **1.00 (Referent)** |
| <2 yrs | 51/36 | 1.58 (1.01-2.46) | 51/66 | 0.93 (0.63-1.36) |
| **>2-<5 yrs** | **23/18** | **1.34 (0.71-2.54)** | **33/31** | **1.26 (0.76-2.09)** |
| >5-10 yrs | 18/11 | 1.89 (0.88-4.09) | 40/20 | 2.89 (1.66-5.00) |
| **>11 yrs** | **10/5** | **2.45 (0.82-7.30)** | **11/13** | **5.36 (1.47-19.56)** |
| Per 5 yrs use‡ | | 1.16 (0.72-1.87) | Per 5 yrs use | 2.44 (1.53-3.88) |

*Estimates adjusted for type of menopause and age at menopause, age at menarche, family history of breast cancer, history of benign breast disease, nullparity, age at first full-term pregnancy, use of oral contraceptives, body weight, and alcohol use, and adjusted simultaneously for SEPRT, CCRT, and ERT. "No use" denotes never users of any HRT.

†Groups contained women who were exclusively exposed to the specific types of combined estrogen-progestin treatment (apart from oral estriol/topical treatment). "No use" denotes never users of any HRT (apart from oral estriol/topical treatment). Estimates adjusted for age, parity, age at first birth, age at menopause, type of menopause, and BMI.

‡Never users were excluded.



Confidential Pursuant to Confidentiality Order BURKM029-030511

**Table 8. ORs (95% CIs) for breast cancer per 5 years of use of different types of HRT in relation to pathologic stage at diagnosis*.[4]**

| | Stage | | | |
|---|---|---|---|---|
| **HRT Use** | **All** | **In situ** | **Localized** | **Advanced** |
| No. of case patients† | 1,897 | 186 | 1,116 | 566 |
| HRT (any), OR (95% CI)‡ | 1.10 (1.02-1.18) | 1.36 (1.15-1.61) | 1.08 (0.99-1.18) | 1.03 (0.92-1.15) |
| ERT, OR (95% CI)‡ | 1.06 (0.97-1.15) | 1.41 (1.18-1.69) | 1.03 (0.94-1.13) | 0.98 (0.87-1.11) |
| CHRT, OR (95% CI)‡ | 1.24 (1.07-1.45) | 1.10 (0.76-1.60) | 1.26 (1.06-1.49) | 1.22 (0.98-1.51) |
| SEPRT, OR (95% CI)‡ | 1.38 (1.13-1.68) | 1.07 (0.64-1.79) | 1.44 (1.16-1.78) | 1.32 (0.99-1.76) |
| CCRT, OR (95% CI)‡ | 1.009 (0.88-1.35) | 1.14 (0.69-1.88) | 1.03 (0.80-1.33) | 1.12 (0.83-1.52) |

*HRT = hormone replacement therapy; ERT = estrogen replacement therapy; CHRT = combination hormone replacement therapy; SEPRT = sequential estrogen plus progestin replacement therapy; CCRT = continuous combined replacement therapy.

†Twenty-nine patients had disease of unknown origin.

‡Adjusted for type of menopause and age of menopause, age at menarche, family history of breast cancer, history of benign breast disease, nulliparity, age at first full-term pregnancy, use of oral contraceptives, body weight, and alcohol consumption.

§Additionally adjusted simultaneously for ERT and CHRT use.

¶Additionally adjusted simultaneously for ERT, SEPRT, and CCRT use.



Confidential Pursuant to Confidentiality Order BURKM029-030512

**Table 9. Duration of past and current postmenopausal hormone use and multivariate-adjusted RR of breast cancer stratified by histologic type.*[3]**

| Duration of Hormone Use | Ductal Carcinoma In Situ, RR (95% CI) | Favorable Histologic Type, RR (95% CI) | Invasive Ductal and/or Lobular, RR (95% CI) |
|---|---|---|---|
| Never | 1.0 | 1.0 | 1.0 |
| Past user | | | |
| ≤5 years | 0.91 (0.61-1.34) | 1.44 (0.80-2.58) | 1.01 (0.87-1.18) |
| **>5 years** | 0.29 (0.07-1.18) | **2.68 (1.08-6.69)** | 0.92 (0.65-1.28) |
| **Current user** | | | |
| **≤5 years** | 0.94 (0.41-2.16) | **4.42 (2.00-9.76)** | 1.38 (1.03-1.85) |
| **>5 years** | 1.35 (0.77-2.36) | **2.63 (1.18-5.89)** | 1.16 (0.90-1.49) |

*Adjusted for age (continuous variable), BMI, BMI at 18 years of age, waist-to-hip ratio, age at menarche, age at menopause, age at first birth, parity, family history of breast cancer in a first-degree relative, type of menopause, and alcohol intake using Cox proportional hazards regression.

**Table 10. Association of HRT use with established prognostic factors in a population-based set of 477 consecutive postmenopausal patients with breast cancer.*[5]**

| Prognostic Factor | Odds Ratio (95% CI)* | | | P-value |
|---|---|---|---|---|
| Tumor size (>2 cm vs <2 cm) | 0.47 (0.31-0.72) | | | 0.0005† |
| Lymph nod status (–ve/+ve) | 0.73 (0.47-1.2) | | | 0.2† |
| Histological grade (I vs II vs III) | | | | 0.04‡ |
| Estrogen receptor | 0.76 (0.46-1.2) | | | 0.31† |
| Progesterone receptor | 1.01 (0.85-1.5) | | | 0.99‡ |
| C-erB$_2$ oncoprotein (–ve/+ve) | 1.60 (0.85-2.9) | | | 0.15† |
| Ploidy (diploid vs aneuploid) | 0.69 (0.45-1.1) | | | 0.11† |
| Tumor proliferation rate¶ | Never users (n=228) | Ex-users (n=27) | Current users n=91) | |
| | 10.3 (7.4) | 9.4 (5.8) | 7.8 (5.9) | 0.0001§ |

*Never user vs HRT users; †$x^2$ test; ‡$x^2$ test for trend; §Wilcoxon test for trend; ¶mean s-phase fraction (%) (SD). Never user = no user of HRT; ex-user = use of HRT for over 3 months but stopped at least 3 months before diagnosis of breast cancer; current user = current user or use of HRT over 3 months and until diagnosis of breast cancer; +ve = positive; –ve = negative.