# EXHIBIT 68

# COMBINED ESTROGEN–PROGESTOGEN MENOPAUSAL THERAPY (Group 1)

**VOL**: 91

## 5. Summary of Data Reported and Evaluation

### 5.1 Exposure data

Combined estrogen–progestogen menopausal therapy involves co-administration of an estrogen and a progestogen to peri- or postmenopausal women. These hormones may be given as individual compounds administered simultaneously or as combination preparations. Early treatment regimens included estrogen only. After a substantial increase in the 1960s and early 1970s, the use of these regimens declined after 1975 when a strong association with endometrial cancer was found. When the addition of a progestogen was introduced as a strategy to reduce this risk, the use of hormonal menopausal therapy again increased steadily in the 1980s, particularly in developed countries. Combined estrogen–progestogen menopausal therapy is now administered to women who have not undergone a hysterectomy, whereas estrogen-only menopausal treatment tends to be prescribed to hysterectomized women. Although combined hormonal therapy was initially indicated for the control of menopausal symptoms, its application was expanded in the 1990s to include treatment or prevention of a range of conditions related to aging. However, since 2002, dramatic declines in use followed the report of a broad range of adverse effects in the Women's Health Initiative Estrogen Plus Progestin Trial in the USA. Reflecting this new evidence, practices are returning to a more narrow set of indications directed at the short-term treatment of menopausal symptoms.

Combined estrogen–progestogen formulations are frequently used in hormonal menopausal therapy, although separate administration of each hormonal component is still prevalent. Commercial preparations are available for oral, vaginal and transdermal administration. Currently, continuous exposure to both hormones (both estrogen and progestogen at fixed daily doses) is common, particularly in the USA, whereas cyclical dosing, in which progestogen is added periodically to daily estrogen, is prevalent in other countries. Other scheduling strategies are also used occasionally. Some formulations and doses that are currently available for combined hormonal therapy are new and their possible long-term adverse effects have not been evaluated.

Combined hormonal therapy is much more commonly used in developed countries than in developing countries. At the peak of use in 1999, approximately 20 million women in developed countries used combined hormonal therapy, including 50% of women aged 50–65 years in the USA. Use has fallen by more than 50% since 2002, particularly for continuous combined hormonal therapy. Use in some developing countries also has declined modestly, although the data are more limited. Among peri- and postmenopausal women in developed countries, current users of combined hormonal therapy tend to be younger and more highly educated, to have a lower body mass and to use health care more regularly than non-users. The characteristics of users are known to vary between countries and to change over time.

### 5.2 Human carcinogenicity data

*Breast cancer*

Two large randomized trials, 10 cohort studies and seven case–control studies reported on the relationship between the use of combined estrogen–progestogen menopausal therapy and breast cancer in postmenopausal women. The studies consistently reported an increased risk for breast cancer in users of combined estrogen–progestogen therapy compared with non-users. The increased risk was greater than that in users of estrogen alone. The available evidence was inadequate to evaluate whether or not the risk for breast cancer varies according to the progestogenic content of the therapy, or its dose, or according to the number of days each month that the progestogens are added to the estrogen therapy. Observational studies showed that the relative risk was greater for lobular than for ductal cancers. The increase in the risk for breast cancer was largely confined to current or recent users, and the risk increased with increasing duration of use of the combined hormonal therapy.

*Endometrial cancer*

One randomized trial, four cohort studies and eight case–control studies reported on the relationship between use of combined estrogen–progestogen menopausal therapy and the risk for endometrial cancer in postmenopausal women. The risk for endometrial cancer was inversely associated with the number of days per month that progestogens were added to the regimen. The addition of progestogens to estrogen therapy for less than 10 days per month was associated with a significantly higher risk for endometrial cancer than never use of hormonal therapy, and the risk increased with increasing duration of use with that regimen. Estrogen therapy with daily progestogens was associated with a risk for endometrial cancer similar to, and possibly lower than, that found in women who had never used hormonal therapy. In contrast, the use of estrogens alone was associated with a considerably higher risk than that of any combined estrogen–progestogen regimen. Use of combined estrogen–progestogen menopausal therapy began relatively recently, and as yet there is little information on its effects on the risk for endometrial cancer many years after cessation of use. The available evidence was inadequate to evaluate whether or not the risk for endometrial cancer varies according to the type or daily dose of progestogen.

*Cervical cancer*

The data from two randomized trials were inadequate to suggest that combined estrogen–progestogen hormonal therapy alters the risk for human papillomavirus infection or cervical cancer, and are of limited statistical power.

*Ovarian cancer*

Data from one randomized trial and two cohort and four case–control studies were inadequate to evaluate an association between ovarian cancer and combined estrogen–progestogen hormonal therapy.

*Colorectal cancer*

Two randomized trials and four cohort and three case–control studies provided information on the use of combined estrogen–progestogen hormonal therapy and the risk for colorectal cancer. None showed significantly elevated risks in women who had used these

preparations for any length of time. Seven studies showed relative risks below 1.0 and the risk was [statistically] significantly reduced in two, suggesting a potential protective effect. The reduced risk tended to be observed among recent users and did not appear to be related to duration of use.

*Other cancers*

Large randomized trials provided the only substantial data on risk for lung cancer, which was slightly but not statistically significantly elevated in users of combined estrogen–progestogen hormonal therapy. Observational data on lung cancer include both slightly increased and slightly reduced rates in users of such combined hormonal therapy. Data on cancer at other sites, including the liver, were too limited for evaluation

### 5.3 Carcinogenicity in experimental animals

Relatively few studies have been carried out to examine the tumorigenic effects of combined hormonal therapy in animals.

Oral administration of combined hormonal therapy in mice that are prone to develop mammary tumours resulted in similar incidences of mammary tumours in controls and in animals treated with conjugated equine estrogens alone and with conjugated equine estrogens plus medroxyprogesterone acetate. However, tumour latency was reduced in animals treated with conjugated equine estrogens plus medroxyprogesterone acetate. Conjugated equine estrogens plus medroxyprogesterone acetate suppressed the development of uterine adenomyosis.

Oral administration of conjugated equine estrogens alone or with medroxyprogesterone acetate to ovariectomized rats pretreated with the carcinogen, 7,12-dimethylbenz[*a*]anthracene, increased the incidence of mammary tumours with equal frequency and to a level equal to that in non-ovariectomized controls.

Subcutaneous implantation of estradiol into rats induced mammary tumours, including ductal adenocarcinomas, and pituitary hyperplasias in ovary-intact and but not in ovariectomized rats, suggesting a possible role of progesterone in tumour development. In the same study, comparable doses of the genotoxic estrogen metabolites 2-hydroxyestradiol, 2-hydroxyestrone, 4-hydroxyestradiol or 16α-hydroxyestradiol did not induce tumours.

### 5.4 Other relevant data

*Absorption, distribution, metabolism, and excretion*

Various combinations of estrogens and progestogens are used for hormonal menopausal therapy. Since steroids penetrate normal skin easily, a variety of systems have been developed that deliver estrogens and progestogens parenterally (e.g. transdermal patches), thus by-passing the liver.

While the mechanisms of absorption and distribution of estrogens and progestogens have been known for a number of years, only recently has an understanding of the genes encoding the enzymes that control the enzymatic steps involved in steroid metabolism been

acquired. This applies especially to the oxidative metabolism of estrogen. The phase I enzymes cytochrome P450 1A1 and 1B1 catalyse the production of catechol estrogen and metabolites of estrogen quinone that can induce the formation of DNA adducts. This is counteracted by the phase II enzymes, catechol-*O*-methyltransferase and glutathione *S*-transferase P1, which reduce the levels of catechol and quinones by forming methoxyestrogens and glutathione conjugates. Polymorphic variants of these and other enzymes occur frequently in the population and several are associated with altered enzyme function. A large body of epidemiological data has failed to identify a consistent association of exposure to hormones and risk for cancer with any single enzyme variant. However, possible interactions between these genes need to be examined.

Progestogens are discussed in the Monograph on combined estrogen–progestogen contraceptives.

*Receptor-mediated effects*

The use of combined estrogen–progestogen menopausal therapy increases the rate of cell proliferation in the postmenopausal human breast, and appears to enhance significantly the modest increase in breast-cell proliferation induced by estrogen alone. Oral administration of conjugated equine estrogens alone or in combination with medroxyprogesterone acetate to ovariectomized monkeys resulted in an increase in epithelial cell proliferation and epithelial density in the mammary gland, as determined histologically, whereas, in the same study, the combination of conjugate equine estrogens and norethisterone acetate did not. The effects were greater with conjugated equine estrogens plus medroxyprogesterone acetate than with conjugated equine estrogens or medroxyprogesterone alone. Subcutaneous implantation of 17β-estradiol alone or in combination with progesterone for 3 days into ovariectomized monkeys resulted in a slight increase in epithelial cell proliferation in the mammary gland as did intraperitoneal administration of 17β-estradiol alone or in combination with progesterone to ovariectomized mice; the effect in mice was greater with 17β-estradiol plus progesterone than with 17β-estradiol alone. Approximately one third of women treated with daily estrogen (by any route) plus daily oral progestogen develop increased mammographic breast density. In contrast, following treatments with daily estrogen plus progestogen less frequently than daily, a smaller proportion of women develop increased breast density. Addition of progestogens to estrogen therapy for the menopause prevents the development of endometrial hyperplasia and reduces the increased rate of endometrial cell proliferation caused by treatment with estrogen only. This effect has been found for all progestogens studied, regardless of the route of administration or dose. Inadequate data were available to the Working Group on duration of treatment or time since cessation of treatment.

*Cardiovascular effects of estrogen and progestogen*

Randomized trials that studied comined hormonal menopausal therapy did not show a protective effect of a fixed single dose of conjugated equine estrogens with or without medroxyprogesterone acetate on the incidence of coronary heart disease, although a large body of literature from observational studies suggests benefits for this disease. These discrepancies have not been fully resolved but may arise from methodological limitations in some observational studies. Randomized trials have consistently reported a small adverse effect of combined hormonal therapy on the incidence of stroke, which is generally supported

by observational studies. Evidence of an increase in the incidence of venous thromboembolism with hormonal therapy, particularly with estrogen plus progestogen, has been found in both randomized trials and observational studies, and mechanistic studies support this adverse effect. The overall evidence relies heavily on studies of conjugated equine estrogens and medroxyprogesterone acetate, and data from these studies suggest a small increase in risk for broadly defined cardiovascular disease as a whole. The extent to which these results apply to other estrogens and progestogens, doses or routes of administration is not known.

*Other effects*

The beneficial effects of combined hormonal menopausal therapy have been established unambiguously for vasomotor symptoms, osteoporosis and fractures, with moderate evidence for a reduced risk for non-insulin-dependent diabetes. The evidence for an increase in breast density and an increase in the prevalence of breast tenderness and vaginal bleeding is also unambiguous. There is strongly suggestive evidence of an interference with mammographic screening associated with breast density and an increase in problems of urinary incontinence. There is consistent evidence for an increase in risk for gall-bladder disease. Results for cognitive function and dementia are less clear. In women who initiate therapy later in life ($\geq$ 65 years of age), randomized trials have provided evidence of a small deleterious effect on cognitive function and an increased risk for dementia. The cognitive effects in women who initiate therapy at younger ages are still unclear. Randomized trials did not show substantial effects on mortality or on quality of life, other than relief of symptoms related to the menopause.

*Genetic and related effects*

The data on genetic effects of estrogens and derivatives indicate that these compounds can give rise to reactive metabolites and reactive oxygen species that can induce DNA damage. The new evidence reported since the previous Monograph further substantiates the assertion that these mechanisms could contribute to the induction of cancer by estrogens. New evidence demonstrates that DNA adducts expected to result from metabolites of catechol estrogen can be found in humans, experimental animals and in-vitro systems and that exposure to estrogens generates reactive oxygen species. While these new findings make these pathways more plausible as mechanisms of estrogen-related carcinogenesis, they do not prove that these are the major pathways to estrogen-related cancers. The way in which progestogens might influence the genotoxicity of estrogens is not known.

Receptor-mediated responses to hormones are a plausible and probably necessary mechanism for hormonal carcinogenesis. The research results of the past few years greatly add support for a direct genotoxic effects of hormones or their associated by-products such as reactive oxygen species. Current knowledge does not allow a conclusion of whether either of these mechanisms is the major determinant of hormonally induced cancer. It is entirely possible that both mechanisms contribute to and are necessary for the formation of cancer. Cessation of hormonal treatment may reduce the receptor-mediated effects while gene damage may be more persistent.

## 5.5 Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of combined estrogen–progestogen menopausal therapy in the breast.

There is *evidence suggesting lack of carcinogenicity* in humans for combined estrogen–progestogen menopausal therapy in the colorectum.

There is *sufficient evidence* in humans for the carcinogenicity of combined estrogen–progestogen menopausal therapy in the endometrium when progestogens are taken for fewer than 10 days per month, and there is *evidence suggesting lack of carcinogenicity* in the endometrium when progestogens are taken daily. The risk for endometrial cancer is inversely associated with the number of days per month that progestogens are added to the regimen.

There is *limited evidence* in experimental animals for the carcinogenicity of conjugated equine estrogens plus medroxyprogesterone acetate.

**Overall evaluation**

Combined estrogen–progestogen menopausal therapy is *carcinogenic to humans (Group 1)*.

## References

Anderson, G.L., Judd, H.L., Kaunitz, A.M., Barad, D.H., Beresford, S.A., Pettinger, M., Liu, J., McNeeley, S.G. & Lopez, A.M. for the Women's Health Initiative Investigators (2003). Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: The Women's Health Initiative randomized trial. *J. Am. med. Assoc.*, **290**, 1739–1748

Anderson, G.L., Limacher, M., Assaf, A.R., Bassford, T., Beresford, S.A., Black, H., Bonds, D., Brunner, R., Brzyski, R., Caan, B., Chlebowski, R., Curb, D., Gass, M., Hays, J., Heiss, G., Hendrix, S., Howard, B.V., Hsia, J., Hubbell, A., Jackson, R., Johnson, K.C., Judd, H., Kotchen, J.M., Kuller, L., LaCroix, A.Z., Lane, D., Langer, R.D., Lasser, N., Lewis, C.E., Manson, J., Margolis, K., Ockene, J., O'Sullivan, M.J., Phillips, L., Prentice, R.L., Ritenbaugh, C., Robbins, J., Rossouw, J.E., Sarto, G., Stefanick, M.L., Van Horn, L., Wactawski-Wende, J., Wallace, R. & Wassertheil-Smoller, S. for the Women's Health Initiative Steering Committee (2004) Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: The Women's Health Initiative randomized controlled trial. *J. Am. med. Assoc.*, **291**, 1701–1712

Bakken, K., Alsaker, E., Eggen, A.E. & Lund, E. (2004) Hormone replacement therapy and incidence of hormone-dependent cancers in the Norwegian Women and Cancer study. *Int. J. Cancer*, **112**, 130–134

Banks, E., Beral, V., Cameron, R., Hogg, A., Langley, N., Barnes, I., Bull, D., Elliman, J., & Harris, C.L. (2001) Agreement between general practice prescription data and self-reported use of hormone replacement therapy and treatment for various illnesses. *J. Epidemiol. Biostat.*, **6**, 357–363

Banks, E., Reeves, G., Beral, V., Bull, D., Crossley, B., Simmonds, M., Hilton, E., Bailey, S., Barrett, N., Briers, P., English, R., Jackson, A., Kutt, E., Lavelle, J., Rockall, L., Wallis, M.G., Wilson, M. & Patnick, J. (2004) Influence of personal characteristics of individual women on

sensitivity and specificity of mammography in the Million Women Study: Cohort study. *Br. med. J.*, **329**, 477

Beral, V. and the Million Women Study Collaborators (2003) Breast cancer and hormone-replacement therapy in the Million Women Study. *Lancet*, **362**, 419–427

Beral, V., Hermon, C., Kay, C., Hannaford, P., Darby, S. & Reeves, G. (1999) Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. *Br. med. J.*, **318**, 96–100

Beresford, S.A., Weiss, N.S., Voigt, L.F. & McKnight, B. (1997) Risk of endometrial cancer in relation to use of oestrogen combined with cyclic progestagen therapy in postmenopausal women. *Lancet*, **349**, 458–461

Bosetti, C., Negri, E., Franceschi, S., Trichopoulos, D., Beral, V. & La Vecchia, C. (2001) Relationship between postmenopausal hormone replacement therapy and ovarian cancer. *J. Am. med. Assoc.*, **285**, 3089

Bray, F., Loos, A.H., Tognazzo, S. & La Vecchia, C. (2005) Ovarian cancer in Europe: Cross-sectional trends in incidence and mortality in 28 countries, 1953–2000. *Int. J. Cancer*, **113**, 977–990

Brinton, L.A. & Hoover, R.N. (1993) Estrogen replacement therapy and endometrial cancer risk: unresolved issues. The Endometrial Cancer Collaborative Group. *Obstet. Gynecol.*, **81**, 265–271

Chlebowski, R.T., Wactawski-Wende, J., Ritenbaugh, C., Hubbell, F.A., Ascensao, J., Rodabough, R.J., Rosenberg, C.A., Taylor, V.M., Harris, R., Chen, C., Adams-Campbell, L.L. & White, E. for the Women's Health Initiative Investigators (2004) Estrogen plus progestin and colorectal cancer in postmenopausal women. N. Engl. J. Med., **350**, 991–1004

Chlebowski, R.T., Hendrix, S.L., Langer, R.D., Stefanick, M.L., Gass, M., Lane, D., Rodabough, R.J., Gilligan, M.A., Cyr, M.G., Thomson, C.A. &. (2003) Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: The Women's Health Initiative Randomized Trial. *J. Am. med. Assoc.*, **289**, 3243–3253

Collaborative Group on Hormonal Factors in Breast Cancer (1997) Breast cancer and hormone replacement therapy: Collaborative reanalysis of data from 51 epidemiological studies of 52,705 women with breast cancer and 108,411 women without breast cancer. *Lancet*, **350**, 1047–1059

Coughlin, S.S., Giustozzi, A., Smith, S.J. & Lee, N.C. (2000) A meta-analysis of estrogen replacement therapy and risk of epithelial ovarian cancer. *J. clin. Epidemiol*., **53**, 367–375

Csizmadi, I., Collet, J.-P., Benedetti, A., Boivin, J.-F. & Hanley, J.A. (2004) The effects of transdermal and oral oestrogen replacement therapy on colorectal cancer risk in postmenopausal women. *Br. J. Cancer*, **90**, 76–81

Daling, J.R., Malone, K.E., Doody, D.R., Voigt, L.F., Bernstein, L., Coates, R.J., Marchbanks, P.A., Norman, S.A., Weiss, L.K., Ursin, G., Berlin, J.A., Burkman, R.T., Deapen, D., Folger, S.G., McDonald, J.A., Simon, M.S., Strom, B.L., Wingo, P.A. & Spirtas, R. (2002) Relation of regimens of combined hormone replacement therapy to lobular, ductal, and other histologic types of breast carcinoma. *Cancer*, **95**, 2455–2464

Ewertz, M., Mellemkjaer, L., Poulsen, A.H., Friis, S., Sorensen, H.T., Pedersen, L., McLaughlin, J.K. & Olsen, J.H. (2005) Hormone use for menopausal symptoms and risk of breast cancer. A Danish cohort study. *Br. J. Cancer*, **92**, 1293–1297

Fernandez, E., Gallus, S., Bosetti, C., Franceschi, S., Negri, E. & La Vecchia, C. (2003) Hormone replacement therapy and cancer risk: A systematic analysis from a network of case-control studies. *Int. J. Cancer*, **105**, 408–412

Fournier, A., Berrino, F., Riboli, E., Avenel, V. & Clavel-Chapelon, F. (2005) Breast cancer risk in relation to different types of hormone replacement therapy in the E3N-EPIC cohort. *Int. J. Cancer*, **114**, 448–454

Gambrell, R.D. (1986) Prevention of endometrial cancer with progestogens. *Maturitas*, **8**, 159–168

Garg, P.P., Kerlikowske, K., Subak, L. & Grady, D. (1998) Hormone replacement therapy and the risk of epithelial ovarian carcinoma: a meta-analysis. *Obstet. Gynecol.*, **92**, 472–479

Glud, E., Kjaer, S.K., Thomsen, B.L., Hogdall, C., Christensen, L., Hogdall, E., Bock, J.E. & Blaakaer, J. (2004) Hormone therapy and the impact of estrogen intake on the risk of ovarian cancer. *Arch. intern. Med.*, **164**, 2253–2259

Hammond, C.B., Jelovsek, F.R., Lee, K.L., Creasman, W.T. & Parker, R.T. (1979) Effects of long-term estrogen replacement therapy. II. Neoplasia. *Am. J. Obstet. Gynecol.,* **133**, 537–547

Hannaford, P. & Elliot, A. (2005) Use of exogenous hormones by women and colorectal cancer: Evidence from the Royal College of General Practitioners' Oral Contraception Study. *Contraception*, **71**, 95–98

Hays, J., Hunt, J.R., Hubbell, F.A., Anderson, G.L., Limacher, M., Allen, C. & Rossouw, J.E. (2003) The Women's Health Initiative recruitment methods and results. *Ann. Epidemiol.*, **13**, S18–S77

Hill, D.A., Weiss, N.S., Beresford, S.A., Voigt, L.F., Daling, J.R., Stanford, J.L. & Self, S. (2000) Continuous combined hormone replacement therapy and risk of endometrial cancer. *Am. J. Obstet. Gynecol.*, **183**, 1456–1461

Hulley, S., Grady, D., Bush, T., Furberg, C., Herrington, D., Riggs, B., and Vittinghoff, E. (1998) Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group. *J. Am. Med. Assoc.*, **280**, 605–613

Hulley, S., Furberg, C., Barrett-Connor, E., Cauley, J., Grady, D., Haskell, W., Knopp, R., Lowery, M., Satterfield, S., Schrott, H., Vittinghoff, E., Hunninghake, D. for the HERS Research Group (2002) Noncardiovascular disease outcomes during 6.8 years of hormone therapy: Heart and Estrogen/progestin Replacement Study follow-up (HERS II). *J. Am. med. Assoc.*, **288**, 58–66

IARC (1999) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*, Vol. 72, *Hormonal Contraception and Post-menopausal Hormonal Therapy*, Lyon, IARC*Press*

Jacobs, E.J., White, E., Weiss, N.S., Heckbert, S.R., LaCroix, A. & Barlow, W.E. (1999) Hormone replacement therapy and colon cancer among members of a health maintenance organization. *Epidemiology*, **10**, 445–451

Jain, M.G., Rohan, T.E. & Howe, G.R. (2000) Hormone replacement therapy and endometrial cancer in Ontario, Canada. *J. clin. Epidemiol.*, **53**, 385–391

Jernstrom, H., Bendahl, P.O., Lidfeldt, J., Nerbrand, C., Agardh, C.D. & Samsioe, G. (2003) A prospective study of different types of hormone replacement therapy use and the risk of subsequent breast cancer: The Women's Health in the Lund area (WHILA) study (Sweden). *Cancer Causes Control*, **14**, 673–680

Jick, S.S., Walker, A.M. & Jick, H. (1993) Estrogens, progesterone, and endometrial cancer. Epidemiology, **4**, 20–24

Kirsh, V. & Kreiger, N. (2002) Estrogen and estrogen–progestin replacement therapy and risk of postmenopausal breast cancer in Canada. *Cancer Causes Control*, **13**, 583–590

Kumle, M., Weiderpass, E., Braaten, T., Adami, H.O. & Lund, E. for the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. (2004) Risk for invasive and borderline

epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. *Br. J. Cancer*, **90**, 1386–1391

Lacey, J.V., Jr, Mink, P.J., Lubin, J.H., Sherman, M.E., Troisi, R., Hartge, P., Schatzkin, A. & Schairer, C. (2002) Menopausal hormone replacement therapy and risk of ovarian cancer. *J. Am. med. Assoc.*, **288**, 334–341

La Vecchia, C. (2004) Estrogen and combined estrogen–progestogen therapy in the menopause and breast cancer. *Breast*, **13**, 515–518

La Vecchia, C., Brinton, L.A. & McTiernan, A. (2001). Menopause, hormone replacement therapy and cancer. *Maturitas*, **39**, 97–115

Li, C.I., Weiss, N.S., Stanford, J.L. & Daling, J.R. (2000) Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women. *Cancer*, **88**, 2570–2577

Li, C.I., Malone, K.E., Porter, P.L., Weiss, N.S., Tang, M.T., Cushing-Haugen, K.L. & Daling, J.R. (2003) Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. *J. am. med. Assoc.*, **289**, 3254–3263

Magnusson, C., Baron, J.A., Correia, N., Bergstrom, R., Adami, H.O. & Persson, I. (1999) Breast-cancer risk following long-term oestrogen– and oestrogen–progestin-replacement therapy. *Int. J. Cancer*, **81**, 339–344

McKnight, B., Voigt, L.F., Beresford, S.A. & Weiss, N.S. (1998) Re: estrogen-progestin replacement therapy and endometrial cancer. *J. natl Cancer Inst.*, **90**, 164–166

Mills, P.K., Riordan, D.G. & Cress, R.D. (2004) Epithelial ovarian cancer risk by invasiveness and cell type in the Central Valley of California. *Gynecol. Oncol.*, **95**, 215–225

Mills, P.K., Riordan, D.G. & Cress, R.D. (2005) Hormone replacement therapy and invasive and borderline epithelial ovarian cancer risk. *Cancer Detect. Prev.* (in press)

Mizunuma, H., Honjo, H., Aso, T., Urabe, M., Ohta, H., Kobayashi, S., Sagara, Y., Sanada, M., Tanaka, K., Dobashi, K., Hayashi, K., and Ohama, K. (2001) Postmenopausal hormone replacement therapy use and risk of endometrial cancer in Japanese women. *Climacteric.,* **4**, 293–298

Nachtigall, L.E., Nachtigall, R.H., Nachtigall, R.D. & Beckman, E.M. (1979) Estrogen replacement therapy I: A 10 year prospective study in the relationship to osteoporosis. *Obstet. Gynecol.*, **53**, 277–281

Negri, E., Tzonou, A., Beral, V., Lagiou, P., Trichopoulos, D., Parazzini, F., Franceschi, S., Booth, M. & La Vecchia, C. (1999) Hormonal therapy for menopause and ovarian cancer in a collaborative re-analysis of European studies. *Int. J. Cancer*, **80**, 848–851

Newcomb, P.A., Kim, H., Trentham-Dietz, A., Farin, F., Hunter, D. & Egan, K.M. (2002) Vitamin D receptor polymorphism and breast cancer risk. *Cancer Epidemiol. Biomarkers Prev.*, **11**, 1503–1504

Newcomb, P. A. & Trentham-Dietz, A. (2003) Patterns of postmenopausal progestin use with estrogen in relation to endometrial cancer (United States). *Cancer Causes Control*, **14**, 195–201

Nichols, H.B., Trentham-Dietz, A., Hampton, J.M. & Newcomb, P.A. (2005) Oral contraceptives use, reproductive factors, and colorectal cancer risk: Findings from Wisconsin. *Cancer Epidemiol. Biomarkers Prev.*, **14**, 1212–1218

Olsson, H.L., Ingvar, C. & Bladstrom, A. (2003) Hormone replacement therapy containing progestins and given continuously increases breast carcinoma risk in Sweden. *Cancer*, **97**, 1387–1392

Paganini-Hill, A. (1999) Estrogen replacement therapy and colorectal cancer risk in elderly women. *Dis. Colon Rectum*, **42**, 1300–1305

Persson, I., Adami, H.O., Bergkvist, L., Lindgren, A., Pettersson, B., Hoover, R. & Schairer, C. (1989) Risk of endometrial cancer after treatment with oestrogens alone or in conjunction with progestogens: results of a prospective study. *Br. med. J.*, **298**, 147–151

Persson, I., Yuen, J., Bergkvist, L. & Schairer, C. (1996) Cancer incidence and mortality in women receiving estrogen and estrogen-progestin replacement therapy-longterm follow-up of a Swedish cohort. *Int. J. Cancer*, **67**, 327–332

Persson, I., Weiderpass, E., Bergkvist, L., Bergstrom, R. & Schairer, C. (1999) Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. *Cancer Causes Control*, **10**, 253–260

Pike, M.C., Peters, R.K., Cozen, W., ProbstHensch, N.M., Felix, J.C., Wan, P.C. & Mack, T.M. (1997) Estrogen-progestin replacement therapy and endometrial cancer. *J. natl Cancer Inst.*, **89**, 1110–1116

Pike, M.C., Pearce, C.L., Peters, R., Cozen, W., Wan, P. & Wu, A.H. (2004) Hormonal factors and the risk of invasive ovarian cancer: A population-based case–control study. *Fertil. Steril.*, **82**, 186–195

Prihartono, N., Palmer, J.R., Louik, C., Shapiro, S. & Rosenberg, L. (2000) A case–control study of use of postmenopausal female hormone supplements in relation to the risk of large bowel cancer. *Cancer Epidemiol. Biomarkers Prev.*, **9**, 443–447

Pukkala, E., Tulenheimo-Silvast, A. & Leminen, A. (2001) Incidence of cancer among women using long versus monthly cycle hormonal replacement therapy, Finland 1994–97. *Cancer Causes Control*, **12**, 111–115

Purdie, D.M., Bain, C.J., Siskind, V., Russell, P., Hacker, N.F., Ward, B.G., Quinn, M.A. & Green, A.C. (1999) Hormone replacement therapy and risk of epithelial ovarian cancer. *Br. J. Cancer*, **81**, 559–563

Riman, T., Dickman, P.W., Nilsson, S., Correia, N., Nordlinder, H., Magnusson, C.M. & Persson, I.R. (2001) Risk factors for epithelial borderline ovarian tumors: Results of a Swedish case-control study. *Gynecol. Oncol.*, **83**, 575–585

Riman, T., Dickman, P.W., Nilsson, S., Correia, N., Nordlinder, H., Magnusson, C.M., Weiderpass, E. & Persson, I.R. (2002) Hormone replacement therapy and the risk of invasive epithelial ovarian cancer in Swedish women. *J. natl Cancer Inst.*, **94**, 497–504

Risch, H.A. (1996) Estrogen replacement therapy and risk of epithelial ovarian cancer. *Gynecol. Oncol.*, **63**, 254–257

Risch, H.A. & Howe, G.R. (1995) Menopausal hormone use and colorectal cancer in Saskatchewan: A record linkage cohort study. *Cancer Epidemiol. Biomarkers Prev.*, **4**, 21–28

Rodriguez, C., Patel, A.V., Calle, E.E., Jacob, E.J. & Thun, M.J. (2001) Estrogen replacement therapy and ovarian cancer mortality in a large prospective study of US women. *J. Am. med. Assoc.*, **285**, 1460–1465

Ross, R.K., Paganini-Hill, A., Wan, P.C. & Pike, M.C. (2000) Effect of hormone replacement therapy on breast cancer risk: Estrogen versus estrogen plus progestin. *J. natl Cancer Inst.*, **92**, 328–332

Rossouw, J.E., Anderson, G.L., Prentice, R.L., LaCroix, A.Z., Kooperberg, C., Stefanick, M.L., Jackson, R.D., Beresford, S.A., Howard, B.V., Johnson, K.C., Kotchen, J.M. & Ockene, J for the Writing Group for the Women's Health Initiative Investigators (2002) Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. *J. Am. med. Asooc.*, **288**, 321–333

Salazar-Martinez, E., Lazcano-Ponce, E.C., Gonzalez Lira-Lira, G., Escudero-De los Rios, P., Salmeron-Castro, J. & Hernandez-Avila, M. (1999). Reproductive factors of ovarian and endometrial cancer risk in a high fertility population in Mexico. *Cancer Res*., **59**, 3658–3662

Schairer, C., Lubin, J., Troisi, R., Sturgeon, S., Brinton, L. & Hoover, R. (2000) Menopausal estrogen and estrogen–progestin replacement therapy and breast cancer risk. *J. Am. med. Assoc.*, **283**, 485–491

Sit, A.S., Modugno, F., Weissfeld, J.L., Berga, S.L.& Ness, R.B. (2002) Hormone replacement therapy formulations and risk of epithelial ovarian carcinoma. *Gynecol. Oncol*., **86**, 118–123

Smith, E.M., Johnson, S.R., Figuerres, E.J., Mendoza, M., Fedderson, D., Haugen, T.H. & Turek, L.P. (1997) The frequency of human papillomavirus detection in postmenopausal women on hormone replacement therapy. *Gynecol. Oncol.*, **65**, 441–446

Stahlberg, C., Pedersen, A.T., Lynge, E., Andersen, Z.J., Keiding, N., Hundrup, Y.A., Obel, E.B. & Ottesen, B. (2004) Increased risk of breast cancer following different regimens of hormone replacement therapy frequently used in Europe. *Int. J. Cancer*, **109**, 721–727

Stefanick, M.L., Cochrane, B.B., Hsia, J., Barad, D.H., Liu, J.H. & Johnson, S.R. (2003) The Women's Health Initiative postmenopausal hormone trials: Overview and baseline characteristics of participants. *Ann. Epidemiol.*, **13**, S78–S86

The Million Women Study Collaborators (2005) Endometrial cancer and hormone-replacement therapy in the Million Women Study. *Lancet*, **365**, 1543–1551

The Women's Health Initiative Study Group (1998) Design of the Women's Health Initiative clinical trial and observational study. *Control clin. Trials.*, **19**, 61–109

Tjonneland, A., Christensen, J., Thomsen, B.L., Olsen, A., Overvad, K., Ewertz, M. & Mellemkjaer, L. (2004) Hormone replacement therapy in relation to breast carcinoma incidence rate ratios: A prospective Danish cohort study. *Cancer*, **100**, 2328–2337

Voigt, L.F., Weiss, N.S., Chu, J., Daling, J.R., McKnight, B. & van Belle, G. (1991) Progestagen supplementation of exogenous oestrogens and risk of endometrial cancer. *Lancet*, **338**, 274–277

Weiderpass, E., Adami, H.O., Baron, J.A., Magnusson, C., Bergstrom, R., Lindgren, A., Correia, N. & Persson, I. (1999) Risk of endometrial cancer following estrogen replacement with and without progestins. *J. natl Cancer Inst.*, **91**, 1131–1137

Weiss, L.K., Burkman, R.T., Cushing-Haugen, K.L., Voigt, L.F., Simon, M.S., Daling, J.R., Norman, S.A., Bernstein, L., Ursin, G., Marchbanks, P.A., Strom, B.L., Berlin, J.A., Weber, A.L., Doody, D.R., Wingo, P.A., McDonald, J.A., Malone, K.E., Folger, S.G. & Spirtas, R. (2002) Hormone replacement therapy regimens and breast cancer risk(1). *Obstet. Gynecol.*, **100**, 1148–1158

Women's Health Initiative Steering Committee (2004) Effects of conjugated equine estrogen in postmenopausal women with hysterectomy. *J. Am. med. Assoc.,* **291**, 1701–1712

Writing Group for the Women's Health Initiative Investigators (2002) Risks and benefits of estrogen plus progestin in healthy postmenopausal women: Principal results from the Women's Health Initiative randomized controlled trial. *J. Am. med. Assoc.,* **288**, 321–333

Ziel, H.K., Finkle, W.D. & Greenland, S. (1998) Decline in incidence of endometrial cancer following increase in prescriptions for opposed conjugated estrogens in a prepaid health plan. *Gynecol Oncol.*, **68**, 253–255