# EXHIBIT 69

## PROPOSED LABELING FOR BREAST CANCER WARNING

The following text identifies the draft labeling guidance for the Breast Cancer Warning proposed by the FDA and Wyeth-Ayerst Laboratories.

## FDA PROPOSED LABELING FOR BREAST CANCER WARNING

While some epidemiology studies suggest a very modest increase in breast cancer risk for estrogen alone users vs. non-users, other studies have not shown any increased risk. The addition of progestin to estrogen may increase the risk for breast cancer over that noted for non-hormone users more significantly (by about 24-40%), although this is based solely on epidemiological studies and definitive conclusions await prospective controlled clinical trials.

Women without a uterus who require HRT should receive ERT alone therapy and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term estrogen/progestin combination therapy (for relief of VMS) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for increased risk of breast cancer). All women should receive yearly breast exams by a health care provider and perform monthly self-breast examinations. In addition, mammography examinations should be scheduled as suggested by healthcare providers based on the patient's age and risk factors.

## DRAFT WYETH-AYERST PROPOSED LABELING FOR BREAST CANCER WARNING

While some epidemiology studies suggest a very modest increase in breast cancer risk for estrogen alone users versus non-users, other studies have not shown any increased risk. Epidemiological studies suggest that the addition of a progestin to estrogen therapy may enhance this risk. Definitive conclusions await prospective controlled clinical trials.

Women who are candidates for short-term use (<5 years) of ERT/HRT are not thought to be at a substantially increased risk for breast cancer. Women who are candidates for long term use of ERT/HRT should be advised of the potential risks and benefits of estrogen and progestin therapy. All women should receive yearly breast exams by a health care provider and perform monthly self-breast examinations. In addition, mammographic examinations should be performed as suggested by health care providers based on the patient's age and risk factors.

**PARAGRAPH 1, SENTENCE 2:**

**FDA Proposed Labeling:** "The addition of progestin to estrogen may increase the risk of breast cancer over that noted for non-hormone users more significantly (by about 24-40%), although this is based solely on epidemiological studies and definitive conclusions await controlled clinical trials."

**Wyeth-Ayerst Labeling:** *"Epidemiological studies suggest that the addition of progestin to estrogen therapy may enhance this risk. Definitive conclusions await prospective controlled clinical trials."*

**Wyeth-Ayerst Comments:** We strongly disagree with the presentation of the risk attributable to progestin use as 24-40%. First, we believe it is questionable for increases in risk to be stated only in percentages because this tends to exaggerate risk, particularly when absolute risk is small. Secondly, when stated only in this manner, the information is easily misinterpreted, i.e., one may interpret that 24-40% of all HRT users will develop breast cancer, a clearly inappropriate conclusion. We therefore propose the two sentences shown above to replace the Agency's sentence. Should the FDA feel it is imperative to include a specific numerical risk, Wyeth-Ayerst believes that it is most appropriate to include baseline risk, relative risk, and absolute risk; therefore, we are proposing alternative labeling language for FDA consideration.

The FDA's draft labeling relies on two recent epidemiological studies[1,2] that evaluate the risk of breast cancer which reported a 24-40% increased incidence of breast cancer in women on HRT compared to nonusers (Tables 1 and 2). These two recent studies, however, have significant limitations. They include (1) small HRT sample sizes, (2) little or no HRT-specific data on hormonal components and dosage, and (3) HRT regimens which are compromised of predominantly sequential regimens, rather than the continuous combined regimens which are widely in use today.

With respect to the HRT sample sizes from the Schairer and Ross studies, HRT users represented only 4.9% and 22.0% of the total ERT and HRT user populations, respectively.[1,2] Secondly, the sample sizes in these two studies were small, with 101 breast cancer cases among HRT users in the Schairer study and 425 breast cancer cases among HRT users in the Ross study (Tables 1 and 2).[1,2] Generalizing an increased risk of breast cancer attributable to progestin use based upon only two epidemiological studies with this limitation, as well as others, is not justifiable.

These studies failed to identify HRT-specific data on hormonal components, dosage, or regimen, and the data reflect predominantly sequential regimens.[1,2] Cyclic regimens comprised 75.3% (320 of 425) of HRT breast cancer cases in the Ross study and also characterized the majority of HRT regimens in the Schairer study.[1,2] Thus, the hormonal use patterns of these two studies are not representative of the current hormonal use pattern in the U.S., in which up to 79% of all new HRT users are prescribed continuous combined regimens. In addition, there may be a difference in the breast cancer risk for continuous combined versus sequential HRT users.[3]

Finally, to base breast cancer risk on the results of these two studies alone ignores the results of the numerous other studies that have evaluated breast cancer risk for ERT or HRT, often with inconsistent results (Tables 3-5).[4-6] These other studies, as reanalyzed by Beral[4], form the basis for breast cancer warnings now being incorporated by several regulatory agencies as mandated in June 1999 by the Pharmacovigilance Working Party of the Committee for Proprietary Medicinal Products of the European Medicinal Agency (EMEA)[9] Thus, should the FDA feel it is imperative to include a specific numerical risk, Wyeth-Ayerst requests the inclusion of the following alternative labeling language:

> "A recent combined analysis of 51 epidemiologic studies reported a relative risk of 1.35 for estrogen (ERT or HRT) users versus non-users[4]. The absolute increase in risk reported is small to moderate and appears to be dependent upon duration of use. For example, during the period between 50 and 70 years of age about 45 in every 1,000 women (who never used ERT or HRT) would have breast cancer diagnosed. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 extra cases of breast cancer in every 1,000 women.[4] For those who use ERT/HRT for 10-15 years, there would be 6 to 12 extra cases of breast cancer respectively in every 1,000 women.[4]"

With the addition of the above language, the labeling would read as follows:

While some epidemiology studies suggest a very modest increase in breast cancer risk for estrogen alone users versus non-users, other studies have not shown any increased risk. Epidemiological studies suggest that the addition of a progestin to estrogen therapy may enhance this risk. Definitive conclusions await the results of prospective controlled clinical trials.

A recent combined analysis of 51 epidemiologic studies reported a relative risk of 1.35 for estrogen (ERT or HRT) users versus non-users[5]. The absolute increase in risk reported is small to moderate and appears to be dependent upon duration of use. For example, during the period between 50 and 70 years of age about 45 in every 1,000 women (who never used ERT or HRT) would have breast cancer diagnosed. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 extra cases of breast cancer in every 1,000 women. For those who use ERT/HRT for 10-15 years, there would be 6 to 12 extra cases of breast cancer respectively in every 1,000 women.

Women who are candidates for short-term use (<5 years) of ERT/HRT are not thought to be at a substantially increased risk for breast cancer. Women who are candidates for long term use of ERT/HRT should be advised of the potential risks and benefits of estrogen and progestin therapy. All women should receive yearly breast exams by a health care provider and perform monthly self-breast examinations. In addition, mammographic examinations should be performed as suggested by health care providers based on the patient's age and risk factors.

**PARAGRAPH 2, SENTENCE 1:**

**FDA Proposed Labeling:** "Women without a uterus who require HRT should receive ERT alone therapy and should not be exposed unnecessarily to progestins."

**Wyeth-Ayerst Comments:** Wyeth-Ayerst proposes the deletion of this sentence as there may be medical indications for the use of a progestin along with estrogen in women without a uterus such as the case of a history of severe endometriosis. There have been reports in the literature of endometroid carcinoma arising in women with a history of endometriosis on unopposed estrogen replacement therapy.[8-20]

**PARAGRAPH 2, SENTENCES 2 AND 3**

**FDA Proposed Labeling:** "Women with a uterus who are candidates for short-term estrogen/progestin combination therapy (for relief of VMS) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for increased risk of breast cancer)."

**Wyeth-Ayerst Proposed Labeling:** *"Women who are candidates for short-term use (<5 years) of ERT/HRT are not thought to be at a substantially increased risk for breast cancer. Women who are candidates for long term use of ERT/HRT should be advised of the potential risks and benefits of estrogen and progestin therapy."*

**Wyeth-Ayerst Comments:** The proposed statements as drafted by the FDA are applicable to women either with a uterus or without a uterus. We believe that "(for relief of VMS)" should be deleted, as this is not the only indication for short-term use. All women regardless of whether they do or do not have a uterus should be advised of the potential benefits and risks of therapy with estrogen and progestin. Wyeth-Ayerst believes it is not necessary to repeat "(including the potential for increased risk of breast cancer)", as this places undue emphasis on this risk.

**PARAGRAPH 2, SENTENCE 5**

**FDA Proposed Labeling:** "In addition, mammography examinations should be scheduled as suggested by healthcare providers based on the patient's age and risk factors."

**Wyeth-Ayerst Proposed Labeling:** *"In addition, mammographic examinations should be performed as suggested by health care providers based on the patient's age and risk factors."*

**Wyeth-Ayerst Comments:** Wyeth-Ayerst suggests changing "scheduled" to "performed" to reinforce the importance of having mammograms "performed" as suggested by their healthcare providers.

## APPENDIX 1: REFERENCES


1. Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA*, 2000; 283(4):485-491.
2. Ross RK, Paganini-Hill A, Wan PC, et al. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. *J Natl Cancer Inst*, 2000; 92:328-332.
3. Speroff L. A clinician's response to the epidemiological data linking post-menopausal estrogen-progestin therapy with increased risk of breast cancer. *American Society of Reproductive Medicine: Menopausal Medicine* 8(1): Spring, 2000.
4. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,075 women with breast cancer and 108,411 without breast cancer. *Lancet*, 1997; 350:1047-1059.
5. Persson I, Weiderpass E, Bergkvist L, et al. Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. *Cancer Causes and Control*, 1999; 10:252-260.
6. Magnusson C et al: Breast cancer risk following long-term oestrogen-and oestrogen-progestin replacement therapy. *Int J Cancer* 81: 339-344, 1999.
7. European Agency for the Evaluation of Medical Products, June 1999 SPC Wording for Estrogen Containing Medical Products Used for Hormone Replacement Therapy with Regard to Increased Risk of Breast Cancer as Agreed by the PLVWF in April 1999.
8. American College of Obstetricians & Gynecologists: Endometriosis. *ACOG Technical Bulletin*, 1993; 184.
9. Brough RJ, Flynn O. Recurrent pelvic endometriosis and bilateral ureteric obstruction associated with hormone replacement therapy. *BMJ*, 1996; 312:1221.
10. Chinegwundoh FI, et al. Renal and diaphragmatic endometriosis de novo associated with hormone replacement therapy. *J Urol*, 1995; 153(2):380-381.
11. Frohlich EP, et al. Adenocarcinoma from endometriosis causing urinary tract obstruction in a patient on oestrogen replacement therapy after hysterectomy. *S Afr Med J*, 1988; 74:638-639.
12. Goh JTW, Hall BA. Postmenopausal endometrioma and hormonal replacement therapy. *Aust NZ J Obstet Gynaecol*, 1992; 32(4):384-385.
13. Gucer F, et al. Malignancy arising in extraovarian endometriosis during estrogen stimulation. *Eur J Gynaecol Oncol*, 1998; 19(1):39-41.
14. Goodman HM, et al. Postmenopausal endometriosis associated with hormone replacement therapy. A case report. *J Reprod Med*, 1989; 34(3): 231-233.
15. Heaps JM, et al. Malignant neoplasms arising in endometriosis. *Obstet Gynecol*, 1990; 75(6):1023-1028.
16. Hextall A, et al. Endometriosis and atypical complex hyperplasia associated with unopposed oestrogen therpay. *Br J Obstet Gynaecol*, 1994; 101(12):1091-1092.
17. Hickman TN, et al. Timing of estrogen replacement therapy following hysterectomy with oophorectomy for endometriosis. *Obstet Gynecol*, 1998; 91(5):673-677.
18. Kapadia SB, et al. Postmenopausal ureteral endometriosis with atypical adenomatous hyperplasia following hysterectomy, bilateral oophorectomy, and long-term estrogen therapy. *Obstet Gynecol*, 1984; 64(3 Suppl):60S-63S.
19. Madgar I, et al. Ureteral endometriosis in postmenopausal women. *Urology*, 1982; 20(2):174-176.
20. Remnitz C, et al. Malignancy arising in endometriosis associated with unopposed estrogen replacement. *Obstet Gynecol*, 1988; 71(3 Part 2):444-447.

## APPENDIX 2: TABLES

Appendix 2 contains the tables cited in the text that substantiate Wyeth-Ayerst's proposed revisions to the FDA's proposed labeling guidance.

**Table 1. Relative risk of breast cancer associated with use of ERT and HRT.*[1]**

| Ever use | No. of Person-Years | No. of Cases | RR (95% CI) |
|---|---|---|---|
| **Ever use** | | | |
| No use | 196,666 | 761 | 1.0 (Referent) |
| **Estrogen only** | **179,401** | **805** | **1.1 (1.0-1.3)** |
| **Estrogen-progestin only** | **17,428** | **101** | **1.3 (1.0-1.6)** |
| Estrogen alone and estrogen-progestin | 29,564 | 162 | 1.2 (1.0-1.5) |
| Progestin only | 3,048 | 11 | 0.9 (0.5-1.6) |
| Estrogen (progestin unknown) | 24,757 | 130 | 1.3 (1.0-1.5) |
| Progestin (estrogen unknown) | 151 | 0 | . . . ‡ |
| Unknown use | 22,669 | 112 | 1.3 (1.0-1.5) |
| **Years since last use** | | | |
| ***Estrogen only*** | | | |
| **Current** | **55,008** | **243** | **1.1 (1.0-1.3)** |
| 1-2 years | 15,533 | 77 | 1.4 (1.1-1.8) |
| **>2-4 years** | **12,171** | **55** | **1.2 (0.9-1.6)** |
| >4-6 years | 10,463 | 35 | 0.9 (0.6-1.3) |
| **>6 years** | **67,836** | **309** | **1.1 (0.9-1.2)** |
| ***Estrogen-progestin only*** | | | |
| **Current** | **11,780** | **77** | **1.4 (1.1-1.9)** |
| 1-2 years | 1,899 | 9 | 1.2 (0.6-2.4) |
| **>2-4 years** | **1,388** | **7** | **1.2 (0.5-2.5)** |
| >4-6 years | 579 | 2 | 0.6 (0.2-2.6) |
| **>6 years** | **1,779** | **6** | **0.6 (0.3-1.6)** |

*Data were adjusted for attained age, education, BMI, age at menopause, and mammographic screening. Adjustments for race, period of follow-up, age at first live birth, family history of breast cancer, history of benign breast disease, and clinical breast examinations did not alter these estimates.

†Adjusted for age in 5-year intervals, type of menopause, parity, age at first delivery, age at menarche, family history of breast cancer, and history of benign breast disease.

‡Ellipses indicate data not applicable.

Source: Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA*. 2000; 283(4):485-491.

Confidential Pursuant to Confidentiality Order

**Table 2. Odds ratio (95% CI) for breast cancer in relation to duration of use of any HRT and to duration of use of ERT and CHRT*.[2]**

| HRT Type | Duration of Use | No. of Cases/Controls | OR (95% CI) | Two-sided P† |
|---|---|---|---|---|
| No HRT | | 873/784 | 1.00 (Referent) | |
| Any HRT‡ | ≤5 yrs | 475/406 | 1.07 | |
| | 6-10 yrs | 236/186 | 1.21 | |
| | **11-15 yrs** | **151/140** | **1.14** | |
| | **>15 yrs** | **162/121** | **1.36** | |
| | | Per 5 yrs use | 1.10 (1.02-1.18) | .015 |
| Any ERT§ | ≤5 yrs | 353/304 | 1.02 | |
| | 6-10 yrs | 151/136 | 0.94 | |
| | **11-15 yrs** | **105/105** | **0.93** | |
| | **>15 yrs** | **133/103** | **1.24** | |
| | | Per 5 yrs use | 1.06 (0.97-1.15) | .018 |
| Any CHRT§ | ≤5 yrs | 277/224 | 1.11 | |
| | **6-10 yrs** | **98/66** | **1.51** | |
| | **>11 yrs** | 50/34 | **1.51** | |
| | | Per 5 yrs use | 1.24 (1.07-1.45) | .005 |

*HRT = hormone replacement therapy; ERT = estrogen replacement therapy; and CHRT = combination hormone replacement therapy.

†P value ascertained from the difference in log-liklihood with and without variable of interest.

‡Adjusted for type of menopause and age at menopause, age at menarche, family history of breast cancer, history of benign breast disease, nullparity, age at first full-term pregnancy, use of oral contraceptives, body weight, and alcohol use.

§Additionally adjusted simultaneously for ERT and CHRT use.

Source: Ross RK, Paganini-Hill A, Wan PC, et al. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. *J Natl Cancer Inst*. 2000; 92:328-332.

**Table 3. Relative risk of breast cancer diagnosis in ever-users compared to never-users of HRT*.[4]**

| Median Year of Diagnosis | Study | HRT Ever-Use Cases/Controls | HRT Never-Use Cases/Controls | RR (SE) of Breast Cancer in Ever-Users of HRT vs. Never-Users of HRT |
|---|---|---|---|---|
| **Prospective studies** | | | | |
| 1985 | Canadian NBSS | 205/954 | 243/976 | 1.01 (0.118) |
| **1985** | **Schairer** | **341/1,418** | **370/1,422** | **0.97 (0.098)** |
| 1986 | Nurses' Health | 618/2,442 | 714/3,084 | 1.20 (0.134) |
| **1988** | **Netherlands Cohort** | **30/125** | **306/1,076** | **0.98 (0.236)** |
| 1991 | Iowa Women's Health | 355/1,338 | 178/702 | 1.20 (0.134) |
| | **Other** | **427/1,521** | **240/887** | **0.62 (0.196)** |
| All prospective studies | | 1,976/7,7798 | 2,051/8,147 | 1.09 (0.047) |
| **Case-control with population controls** | | | | |
| 1976 | Brinton | 808/932 | 714/869 | 1.09 (0.085) |
| **1981** | **CASH** | **437/542** | **335/420** | **1.20 (0.127)** |
| 1981 | Hislop | 86/84 | 275/282 | 1.15 (0.245) |
| **1983** | **Bain** | **39/86** | **226/458** | **1.33 (0.352)** |
| 1983 | Ewertz | 136/109 | 400/414 | 1.35 (0.226) |
| **1984** | **Long Island** | **157/122** | **519/547** | **1.49 (0.218)** |
| 1988 | 4 State Study | 604/720 | 1,892/2,297 | 1.17 (0.090) |
| **1989** | **Yang/Gallagher** | **132/148** | **269/277** | **1.29 (0.242)** |
| 1989 | Stanford | 117/134 | 149/161 | 0.75 (0.208) |
| | **Other** | **297/485** | **783/1,155** | **0.96 (0.152)** |
| All case-control studies with population controls | | 2,813/3,362 | 5,562/6,880 | 1.15 (0.046) |
| **Case-control with hospital controls** | | | | |
| 1974 | Morabia | 80/144 | 104/178 | 1.41 (0.376) |
| **1982** | **Vessey** | **47/51** | **369/411** | **1.21 (0.345)** |
| 1987 | La Vecchia | 119/64 | 1,496/1,386 | 1.67 (0.247) |
| **1990** | **Katsouyanni** | **42/70** | **404/770** | **1.16 (0.312)** |
| 1992 | Franceschi | 151/132 | 1,265/1,379 | 1.37 (0.174) |
| | **Other** | **254/727** | **1,216/4,417** | **1.03 (0.143)** |
| All case-control studies with hospital controls | | 693/1,188 | 4,354/8,541 | 1.27 (0.091) |
| **All studies** | | **5,482/12,348** | **12,467/23,568** | **1.14 (0.031)** |

*HRT = hormone replacement therapy (including ever use of estrogen only and/or estrogen/progestin combination therapy). RR to never-users stratified by study, age at diagnosis, time since menopause, BMI, parity, and age at first full-term pregnancy. SE and CI are not floated. Test for heterogeneity between study designs $\chi^2$ (2 df) 3.2, $P = 0.20$. Test for heterogeneity between studies $\chi^2$ (21 df) 26.3, $P = 0.20$.

Source: Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52,075 women with breast cancer and 108,411 without breast cancer. *Lancet*. 1997; 350:1047-1059.

**Table 4. Relative risk of breast cancer associated with duration of ERT and HRT use among recent users by body mass index.*[1]**

| | Body Mass Index (BMI) | | | |
|---|---|---|---|---|
| | ≤24.4 kg/m² | | >24.4 kg/m² | |
| **Duration of Use** | **No. of Cases** | **RR (95% CI)*** | **No. of Cases** | **RR (95% CI)*** |
| ***Estrogen Only*** | | | | |
| No use | 351 | 1.0 (Referent) | 379 | 1.0 (Referent) |
| **<8 years** | **80** | **1.0 (0.8-1.3)** | **55** | **1.0 (0.7-1.3)** |
| **8-<16 years** | **82** | **1.5 (1.2-2.0)** | **40** | **1.0 (0.7-1.4)** |
| **≥16 years** | **72** | **1.6 (1.2-2.2)** | **32** | **0.8 (0.6-1.3)** |
| Increase in RR/year of use | 0.03 (0.01-0.06) | | -0.01 (-0.02 to 0.10) | |
| *P* value for trend | 0.001 | | 0.46 | |
| ***Estrogen-Progestin Only*** | | | | |
| No use | 351 | 1.0 (Referent) | 379 | 1.0 (Referent) |
| **<2 years** | **14** | **1.0 (0.6-1.8)** | **12** | **1.3 (0.7-2.3)** |
| **2-<4 years** | **12** | **1.1 (0.6-2.0)** | **10** | **1.5 (0.8-2.9)** |
| **≥4 years** | **26** | **2.0 (1.3-3.0)** | **13** | **1.3 (0.7-2.4)** |
| Increase in RR/year of use | 0.12 (0.02-0.25) | | -0.04 (-0.03 to 0.17) | |
| *P* value for trend | 0.01 | | 0.28 | |

*Data were adjusted for attained age, education, BMI, age at menopause, and mammographic screening. †Ellipses indicate data not applicable.

Source: Schairer C, Lubin J, Troisi R, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. *JAMA*, 2000; 283(4):485-491.

**Table 5. Summary of studies since 1997 that have analyzed estrogen-progestin-use and breast cancer risk.**

| Study | Years of Data Collection | Type of Study | Total No. of Estrogen Only Cases/Controls | No. of Estrogen-Progestin Cases/Controls | No. of Person-Years | RR of Breast Cancer Compared to Never-Users (95% CI) |
|---|---|---|---|---|---|---|
| Collaborative Study 1997[4] **(p. 1056)** | 1975-1995 | Reanalysis of >90% worldwide epidemiology data (51 studies from 21 countries; majority from North America/Europe)<br><br>(52,705 women with breast cancer and 108,411 women without breast cancer) | 1,366/2,395 | 215/322† | not specified | Current use: (Duration <5 yrs)<br>Estrogen only 0.99 (0.8); E-P only 1.15 (0.19)<br>Current use: (Duration ≥5 yrs)<br>Estrogen only 1.34 (0.09); E-P only 1.53 (0.33)<br>Last use ≥5 yrs:<br>Estrogen only 1.12 (0.11); E-P only 1.30 (0.46) |
| Schairer et al. 2000[1] **(p. 488)** | 1980-1995 | Cohort of follow-up data from the U.S. BCDDP‡<br><br>(46,355 women/ 473,687 person-years) | 805 cases (38.7% total) | 101 cases (4.9% total) | 38% vs. 4% of 473,687 person-years | Ever use:<br>Estrogen only 1.1 (1.0-1.3); E-P only 1.3 (1.0-1.6)<br>Current use:<br>Estrogen only 1.1 (1.0-1.3); E-P only 1.4 (1.1-1.9)<br>Last use >6 years:<br>Estrogen only 1.1 (0.9-1.2); E-P only 0.6 (0.3-1.6) |
| Ross et al. 2000[2] **(p. 330)** | 1987-1989; 1992; 1995-1996 | Population-based, case-control, U.S.<br><br>(Total cases/controls: 1,897/1,637) | 742/648 | 425/324 | Average duration of use: 42 to 46 months | <5 years use:<br>Estrogen only* 1.02; E-P only** 1.11<br>5-10 years:<br>Estrogen only* 0.94; E-P only** 1.51 |

†Includes estrogen-progestagen combination or progestagen alone. ‡BCDDP: Breast Cancer Detection Demonstration Project, a nationwide breast cancer screening program. *The majority of HRT use was unopposed estrogen, with CE 25 mg/d being the most popular formulation and dose. **Combination therapy was more commonly prescribed sequentially, usually in combination with 0.625 mg/d CEE. Sequential use was roughly 50% more common among control wome pared to continuous combined therapy. MPA comprised the majority of all progestin use. ***Actually represents ≥11 years of use.

**Table 5. Summary of studies since 1997 that have analyzed estrogen-progestin-use and breast cancer risk. (Continued)**

| Study | Years of Data Collection | Type of Study | Total No. of Estrogen Only Cases/Controls | No. of Estrogen-Progestin Cases/Controls | No. of Person-Years | RR of Breast Cancer Compared to Never-Users (95% CI) | |
|---|---|---|---|---|---|---|---|
| Magnusson et al. 1999[6] **(p. 341)** | 1993-1995 | Population-based, case-control, Sweden<br><br>(Total cases/controls: 2,563/2,845) | 150/106 | 409/295 | 22% vs.14% of total person-years | ≤2 years use:<br>Estrogen only<br>1.72 (1.13-2.62) | <br>E-P only<br>1.25 (0.96-1.63) |
| | | | | | | >2-5 years use:<br>Estrogen only<br>1.49 (0.85-2.63) | <br>E-P only<br>1.40 (1.01-1.94) |
| | | | | | | >5-10 years use:<br>Estrogen only<br>2.18 (1.07-4.45) | <br>E-P only<br>2.43 (1.72-3.44) |
| | | | | | | >10 years:<br>Estrogen only<br>2.70 (1.47-4.96) | <br>E-P only<br>2.95 (1.84-4.72) |
| Persson et al. 1999[5] **(p. 257)** | 1987-1995 | Follow-up cohort study, Sweden<br><br>(Total observed cases: 198) | 58 | 72 | | 1-6 years use:<br>Estrogen only<br>1.0 (0.6-1.7) | <br>E-P only§<br>1.4 (0.9-2.3) |
| | | | | | | 6+ years:<br>Estrogen only<br>1.1 (0.7-1.7) | <br>E-P only§<br>1.7 (1.1-2.6) |

†Includes estrogen-progestagen combination or progestagen alone. ‡BCDDP: Breast Cancer Detection Demonstration Project, a nationwide breast cancer screening program. *The majority of HRT use was unopposed estrogen, with CEE ≤0.625 mg/d being the most popular formulation and dose. **Combination therapy was more commonly prescribed sequentially, usually in combination with 0.625 mg/d CEE. Sequential use was roughly 50% more common among control women compared to continuous combined therapy. MPA comprised the majority of all progestin use. ***Actually represents ≥11 years of use. §Adjusted for age, follow-up time, age at first full pregnancy, BMI, education, menopausal age/st