# EXHIBIT 70

# Conjugated Estrogens / Trimegestone

## Breast Cancer

Prepared by:

Marie E. Pinizzotto, MD, FACOG
Senior Director, Report Evaluation and Safety Surveillance
Global Safety Surveillance and Epidemiology

Adam Cui, MD, PhD, MPH
Senior Epidemiologist, Epidemiology
Global Safety Surveillance and Epidemiology

07 January 2003



Confidential Pursuant to Confidentiality Order ZUCAV008-019693

## TABLE OF CONTENTS

EXECUTIVE SUMMARY....3
I. INTRODUCTION:....5
II. BACKGROUND:....5
Hormone Therapy....5
Trimegestone....5
Pre-Clinical Studies for Trimegestone....6
Epidemiology of Breast Cancer....6
Etiology....7
Pathology of Breast Cancer....7
Mammography....8
Risk Factors....8
Epidemiologic Studies of Hormone Therapy and Breast Cancer....10
Clinical Trials of Hormone Therapy and Breast Cancer....11
III. EVALUATION OF WYETH CLINICAL TRIALS:....11
Conjugated Estrogens/Trimegestone (CE/TMG) Trial (300)....12
Statistical Analysis –Treatment arms of CE/TMG....14
Women's HOPE Trial (CE/MPA) 309....15
Statistical Analysis- Treatment arms HOPE Trial....17
Menopause Study Group 300/301....17
Statistical Analysis –Treatment arms of Menopause Study Group....18
17-β Estradiol (1mg)/Trimegestone (301/302/303)....18
Statistical Analysis- Treatment arms of E2/TMG Trial....21
Comparison of CE/TMG Trial to other Trials....21
Summary of Results of Comparisons of CE/TMG to:....22
Conclusion of Internal Comparisons....22
Comparison of Wyeth HT Trials with the General Population Databases (SEER/BCSC)....23
IV. DISCUSSION:....24
V. OVERALL SUMMARY AND CONCLUSIONS:....24
APPENDIX I - Summary of Breast Cancers....26
APPENDIX II - Evaluation of incidence of breast cancer in CE/TMG 300 study, internal and external comparisons....29
REFERENCES:....41

## EXECUTIVE SUMMARY

**Background**

- Breast cancer is the most frequently diagnosed cancer in women in the United States and one of the greatest health concerns women have in this country.
- The specific etiology of breast cancer is unknown, but we do know that environmental, hormonal and genetic factors influence the risk of breast cancer.
- There has been an increase in the incidence of breast cancer since from the 1970's-1990. This may be secondary to increased screening.
- Mammography is an effective screening tool for breast cancer, generally diagnosing breast cancers two years before clinically evident (palpable masses/metastatic disease).

**Epidemiologic Analysis of Wyeth Clinical Trials**:

- Clinical assessment of four Wyeth Hormone Therapy clinical trials revealed the following: Some of the women enrolled had risk factors for breast cancer, such as family history, abnormal mammograms at screening and prior hormone use. In addition, it appears four women may have had breast cancer at the time of enrollment missed on screening mammography.
- Internal comparison of treatment groups in each clinical trial with placebo suggests there is an elevated risk of breast cancer in treatment groups, but it is not statistically different from the risk in placebo group.
- The incidence rates in the placebo groups in the HOPE and CE/TMG studies are very close to that in SEER (0.29/100PR), (0.28/100PR), (0.27/100PR) respectively.
- Though the incidence of breast cancer in CE/TMG treatment groups appears higher than that in the CE/MPA groups (HOPE or Menopause Study Group) or that in the E2/TMG groups, the difference is not statistically significant, RR = 1.54 (95%CI, 0.73-3.02) for the CE/TMG compared to all other treatment groups combined.



Confidential Pursuant to Confidentiality Order ZUCAV008-019695

- If all the TMG treatment groups are pooled and compared to pooled MPA treatment groups, the incidence of breast cancer with TMG is numerically greater than with MPA, but the difference is not statistically significant, RR=1.50 (95% CI, 0.78-2.88).
- The incidence of breast cancer in the CE/TMG trial appears to be numerically greater than would be expected using rates from the general population (SEER), SIR=2.51(95% CI, 1.25-4.49), but are not higher than would be expected from a screened population (BCSC), SIR=1.00(95% CI, 0.50-1.79).
- Based on the epidemiological analysis, there is insufficient evidence to suggest an increased risk of breast cancer with CE/TMG and does not represent a safety signal.
- It should be kept in mind that these comparisons are not from the same randomized clinical trial and therefore, results should be interpreted cautiously.



Confidential Pursuant to Confidentiality Order ZUCAV008-019696

## I. INTRODUCTION:

GSSE has undertaken a review of breast cancer cases reported during the Premarin/Trimegestone (CE/TMG) clinical trial at the request of the Executive Safety Committee. Breast cancer cases from this trial were compared to the results of other Wyeth trials investigating hormone therapy (HOPE, Menopause Study Group, 17-β estradiol/TMG), as well to external databases such as the SEER database and the Breast Cancer Surveillance Consortium (BCSC). In addition, individual cases of breast cancer which were diagnosed during the clinical trials were reviewed.

## II. BACKGROUND:

### Hormone Therapy

Conjugated estrogens and trimegestone combination has been studied for the indication of hormone therapy for estrogen deficiency symptoms in postmenopausal women and prevention of osteoporosis in postmenopausal women.

### Trimegestone

Trimegestone (TMG) is a novel 19-norpregnane progestin being developed, in combination with an estrogen, for the treatment of postmenopausal symptoms. TMG binds to the human progesterone receptor (PR) with an affinity greater than medroxyprogesterone acetate (MPA), norethindrone (NE) and levonorgestrel. In contrast, TMG binds with low affinity to the androgen, glucocorticoid and mineralocorticoid receptor and has no measurable affinity for the estrogen receptor. Therefore, in comparison with other synthetic progestins, TMG demonstrates an improved separation of PR affinity compared to other classical steroid hormone receptors. However, at the doses used in humans the androgen, glucocorticoid and mineralocorticoid effects are not generally manifested clinically.[1]



Confidential Pursuant to Confidentiality Order ZUCAV008-019697

**Pre-Clinical Studies for Trimegestone**

TMG has not been extensively evaluated in preclinical models of relevance to breast cancer. The limited data available suggest that TMG does not act dramatically different from MPA in either in vitro or in vivo models using human breast cancer cells.

The progestin activity of TMG was compared with that of MPA.[2,3] In the T47D human breast cancer cell line , progestins are known to stimulate alkaline phosphatase activity and induce cellular proliferation. TMG induced alkaline phosphatase activity dose dependently with a 50% effective concentration ($EC_{50}$) of 0.09 nM. It was as potent as MPA and about 8 times more potent than progesterone. In the T47D cell proliferation assay, TMG has an $EC_{50}$ of 0.02 nM and its potency was comparable to that of MPA. These results demonstrate that TMG is a potent progestin in T47D cells.

**Epidemiology of Breast Cancer**

Breast cancer is the most frequently diagnosed female cancer in the United States, accounting for 31% of all cancers in women. Breast cancer is also responsible for 15% of cancer deaths in women making it the second most common cause of cancer death.[4] The National Cancer Institute Report estimates that about 1 in 8 women in the US (approx. 13.3 percent) will develop breast cancer during her lifetime based on cancer rates from 1997-1999.[5] Breast cancer increases with increasing age, so as women live to older ages the risk of developing breast cancer increases.[6] For example the number of women that will develop breast cancer is:

from age 30 to age 40 …………..1 out of 252
from age 40-50 …………………1 out of 68
from age 50-60 ………………...1 out of 35
from age 60-70 …………………1 out of 27
Ever ……………………………1 out of 8

Caucasian women have a higher overall rate of breast cancer than African American women; this difference is not apparent until age 50 and is marked only after menopause. The incidence of breast cancer in US Asian and Hispanic women is approximately half that in US Caucasian women. Breast cancer incidence rates can vary nearly five-fold between populations; the highest rates are in Western countries and the lowest are in Asian countries.[4]

**Etiology**

Like most cancers, the specific etiology of breast cancer is unknown. Several important relationships are known about the malignant transformation of normal breast ductal epithelium to malignancy. One of the most important of these is the dependence of breast cancer cells on estrogen for growth. Alterations in hormone levels are thought to influence breast carcinogenesis through several mechanisms, the most important is uncontrolled proliferation. Estrogen exposure may contribute to carcinogenesis by increasing the rate of cell division and proliferation, allowing an increase in the accumulation of random genetic errors[6] Because of the relationship of estrogen and cell proliferation, high levels of estrogen are thought to be one of the principal risk factors for breast cancer. Endogenous estrogen from multiple ovulatory cycles causes continued cell division and proliferation and may increase the susceptibility of breast tissue to carcinogenic environmental insults. The duration of exposure to both endogenous and exogenous estrogens has been related to the risk of developing breast cancer.[7]

The role progesterone plays in the pathogenesis of breast cancer is less clear than that of estrogen. It is known that progestins play a role in normal breast growth and development by augmenting proliferation of epithelial cells. Maximum mitotic activity in breast tissue occurs in the mid to late luteal phase of the menstrual cycle, at the time of maximum progesterone levels.[8]

**Pathology of Breast Cancer**

The doubling time of breast cancer cells is variable, but in general, a tumor doubles in size every 100 days. Thus, it takes a single malignant cell approximately 10 years to grow to a 1cm clinically palpable detectable mass. The average size at which tumors are detected by palpation is 2.5cm, a tumor of this size has a 50% incidence of lymph node involvement.[9]

The most common type of invasive breast cancer is invasive (infiltrating) ductal carcinoma with invasive lobular carcinoma (5%-10%) as the second most frequently diagnosed breast cancer. These two types of tumors account for 85% of all breast cancers.[6] Invasive lobular carcinoma has a better survival rate at 5 and 10 years than infiltrating ductal. Survival rates are based on the stage of cancer at diagnosis. The five year survival in the US for the following Stages are: Stage I –89.7%, Stage II- 77%, Stage III-49.7% and Stage IV-14.5%.[4]



Confidential Pursuant to Confidentiality Order ZUCAV008-019699

In addition to the stage of the cancer, there are certain biomarkers that are prognostic indicators for the disease. These include estrogen receptor protein (ER) and progesterone receptor protein (PR) status. These biomarkers are present in approximately 60%-75% of breast cancers. When these markers are present patients have a better survival rate. HER-2/neu is a growth factor receptor which is present in 20-30% of invasive carcinomas. The presence of this marker is associated with a worse prognosis.[10]

**Mammography**

Mammography is a means of detecting a nonpalpable breast cancer and has become accepted as the single most effective technique to detect breast cancer before it becomes palpable.[6] Mammography can usually detect 1 mm to a 1 cm masses and this is generally before masses are clinically detectable. Masses greater than 1 cm are usually palpable and therefore discoverable during a clinical examination. Usually, with routine mammography, cases are detected an average of two years prior to any signs or symptoms.[9] The routine use of screening mammography in women 50 years or older reduces mortality from breast cancer by approximately one third.[11]

Since mammography cannot detect all breast cancers, breast exam plays an important role in breast cancer detection. Screening mammography has a sensitivity of 85% - 90%, and, therefore, 10-15% of tumors are missed. Missed breast cancers have been attributed to several causes:[9]

- Technical faults-improper positioning, inadequate compression
- Observer error-misread mammograms
- Intrinsic limitations of mammography itself 80%-85% sensitivity, missed areas due to breast density, small lesions

Mammographic features suggestive of malignancy include breast asymmetry, microcalcifications, a mass and/or architectural distortion and breast density. Greater mammographic density increases the risk for breast cancer and this increased risk exceeds that which can be ascribed to poorer detection.[12]

**Risk Factors**

Numerous risk factors have been associated with the development of breast cancer (Table One), including genetic, environmental, hormonal, and nutritional influences. Hereditary forms of

breast cancer constitute only 5-7% of breast cancer cases overall. Of note, 75% of breast cancers occur in women with no risk factors.[4]

**TABLE ONE**

**BREAST CANCER RISK FACTORS[11]**

| **Risk Factor** | **RR** |
|---|---|
| Age (≥ 50 yr vs. < 50 yr) | 6.5 |
| Family History | |
| First degree relative | 1.4 – 13.6 |
| Second degree relative | 1.5 – 1.8 |
| Age at Menarche (< 12 yr vs. ≥ 14 yr) | 1.2 - 1.5 |
| Age at Menopause (≥ 55 yr vs. < 55 yr) | 1.5 - 2.0 |
| Age at first live birth (> 30 yr vs. <20 yr) | 1.3 – 2.2 |
| Benign Breast Disease | |
| Breast biopsy (any histologic finding) | 1.5-1.8 |
| Atypical Hyperplasia | 4.0-4.4 |

**Epidemiologic Studies of Hormone Therapy and Breast Cancer**

Many studies have evaluated the possible association between hormone therapy and breast cancer.[13,14,15,16,17] The Collaborative Group on Hormonal Factors in Breast Cancer reanalyzed approximately 90% of the worldwide epidemiological evidence on the risk of breast cancer and use of hormone therapy until 1996. The study reported a relative risk (RR) of 1.35 (1.21-1.49,2p = 0.00001) for current or recent use of 5 or more years (mean duration = 11yrs) of estrogen/hormone therapy. This suggests that the relative risk of breast cancer increases 1% - 3% for each year of use. For current users or women who stopped HT use 1-4 years previously, the relative risk of having breast cancer diagnosed is 1.023 (95% CI, 1.011-1.036) for each year of use. This increase is comparable to the risk of breast cancer by delaying menopause; since among never-users of HT the RR of breast cancer is 1.028 (CI 95%, 1.021-1.034) for each year of delaying menopause.[13]

Some recent studies have looked at estrogen alone versus combination therapy, concluding the addition of a progestin increases the risk of breast cancer.[14,15,18,19] There are conflicting data regarding the use of sequential or continuous therapy and risk of breast cancer.[14,15,18,19]

A recent cohort study found that increases in breast cancer risk were restricted to use of treatment within the four previous years.[15] This is consistent with the findings from the Collaborative group. For estrogen therapy (ET) the relative risk was 1.2 (95% CI, 1.0-1.4) and for HT the relative risk was 1.4 (95% CI, 1.1-1.8).[15] In addition, a case control study by Ross concluded that the addition of a progestin to ET increases the risk of breast cancer to that of estrogen alone for greater than five years of use; ET odds ratio (OR) of 1.06 (95% CI, 0.97-1.15): HT OR = 1.24 (95% CI,1.07-1.45 ); and the risk was higher for sequential treatment, OR=1.38 (95% CI, 1.13-1.68) than continuous combined, OR = 1.05(95% CI, 0.88-1.35).[14] This is in conflict with a recent epidemiologic study evaluating HT regimens with relation to duration and recency of use.[19] The authors concluded that continuous combined HT, but not sequential, was associated with increased breast cancer risk among current users of five or more years of use RR=1.54 (95% CI, 1.10-2.17).[19] The Women's Health Study had similar results with HT of RR=1.37 (1.05-1.78) combined >5 years.

**Clinical Trials of Hormone Therapy and Breast Cancer**

The WHI is a large, randomized primary prevention trial whose primary outcome is coronary heart disease, with breast cancer as the primary adverse outcome. The group reported an overall increase in the incidence of breast cancer in the HT group (CE/MPA) compared to placebo. After 5.2 years of follow-up the relative risk (RR) was 1.26 (95% CI, 1.00-1.59). The increase in risk begins to become evident about four years after randomization. In women who had not received prior HT, the RR =1.06 (95%. CI, 0.81-1.38).[17] This is consistent with other studies which demonstrated duration of use as a factor in the increased risk of developing breast cancer.[14,15,16,17,18,19]

## III. EVALUATION OF WYETH CLINICAL TRIALS:

The following clinical trials conducted by Wyeth were evaluated:

- CE/TMG Trial (300)
- Women's HOPE Trial (309) (CE/MPA)
- 17-β estradiol(E2)/TMG Trial (301/302/303)
- The Menopause Study Group (300/301) (CE/MPA)

For this evaluation, individual cases of breast cancer reported were reviewed to identify risk factors for breast cancer and prior HT use. In addition, when available, baseline mammograms at enrollment and subsequent mammograms were reviewed. For each set of trials, the incidence of breast cancer in the active treatment arms is compared to that in the placebo (or comparator) arm. In addition the incidence is compared to the incidence from several external databases. The comparisons are as follows:

The combined CE/TMG groups are compared to all other HT treatment groups combined.

The combined TMG studies (E2/TMG/ CE/TMG) are compared to the combined MPA treatment groups( HOPE/ Menopause Study Group).

Treatment specific comparisons are also made to population-based breast cancer registries (SEER, BCSC).

In every case incidene rates are calculated using person-years in the denominator. Relative risk calculations for external comparisons are age adjusted. (see Appendix II for methodology)

**Conjugated Estrogens/Trimegestone (CE/TMG) Trial (300)**

The 300 study was a one-year, double-blind, randomized, placebo- and historic-controlled, outpatient study to evaluate the safety and efficacy of continuous combined and sequential regimens of CE/TMG in preventing endometrial hyperplasia when used in postmenopausal women. In the continuous combined regimen, subjects received CE/TMG for cycle days 1 to 28. In the sequential regimen, subjects received CE for cycle days 1 to 28, and received TMG for cycle days 17 to 28. The effects of the CE/TMG combination on metabolic, bleeding, and side effect profiles, and on bone mineral density and QoL indicators were also evaluated.

Subject participation was extended to approximately 24 months (twenty-six 28-day cycles) to evaluate bone mineral density changes over 2 years. Not all patients in the one-year study continued treatment into year two.

There were five arms in this study: CE/TMG

| **Year One** | |
|---|---|
| *Dose* | *n* |
| 0.625/0.0625 | 316 |
| 0.625/0.125 | 314 |
| 0.625/0.125 s | 324 |
| 0.625/0.250 s | 306 |
| Placebo | 311 |
| **Year Two** | |
| 0.625/0.0625 | 145 |
| 0.625/0.125 | 151 |
| 0.625/0.125 s | 152 |
| 0.625/0.250 s | 132 |
| Placebo | 120 |

*s=sequential*

There were a total of 2,247 subjects who were screened with 592 women failing to meet study inclusion criteria. Two of these screen failures were due to breast cancer. A total of 1,655 women were randomized into 5 arms. (See Appendix I)

The protocol required a mammogram at screening or the results of a mammogram if one h ad been done within the six months prior to enrollment. Exclusion criteria included evidence of malignant changes on pre-study mammogram or use of HT within eight weeks prior to enrollment.



Confidential Pursuant to Confidentiality Order ZUCAV008-019704

Twelve cases of breast cancer were diagnosed during the two years of the study; eleven in the treatment arms and one in the placebo arm. There were 1,571 women in the year one treatment group vs. 311 in the placebo arm. In year two, 580 were still enrolled in the treatment arm and 120 in the placebo group. Review of the individual cases revealed the following:

Two patients most likely had breast cancer prior to enrollment, they are discussed below.
One subject, (HQ8340113DEC1999), was a 57-year old woman who received 0.625/0.0625CE/TMGcc, had a baseline mammogram read as abnormal. The mammogram revealed nodular densities with dense fibroglandular tissue; therefore, additional views were recommended. The additional studies were within normal limits but recommended re-evaluation in six months. Six months into the study the patient felt a breast mass. A mammogram revealed increased density and biopsy was recommended. The biopsy revealed a poorly differentiated infiltrating ductal carcinoma, one lymph node was positive.

Based on the stage of disease at diagnosis it is highly probable that a biopsy done six months prior would have revealed carcinoma.

The second case (HQ7720922JUN2000) describes a 51-year-old woman who received 0.625/0.125CE/TMGcc. She had a positive family history for breast cancer (sister). Her initial mammogram was not available for review, but the report stated that three radiologists reviewed the study and read the mammogram as normal. Generally, mammograms are read by two radiologists. Since a third reviewed this study, it would suggest there was a questionable area. Six months later a mammogram was repeated and a breast biopsy performed which revealed invasive breast cancer. Metastatic disease was present. The patient expired six months after the diagnosis. Due to the progression of disease, it is likely the cancer was present at screening.

In addition to the two cases described above, three of the other women who developed breast cancer in this trial had risk factors such as prior breast biopsies, however the results were not available. Having a breast biopsy for any suspicious lesion is an independent a risk factor for breast cancer.[11]



Confidential Pursuant to Confidentiality Order ZUCAV008-019705

In summary, review of breast cancer cases diagnosed during this trial suggest two women most likely had breast cancer at enrollment. In addition, other patients who were diagnosed with breast cancer had risk factors for the disease.

**Statistical Analysis –Treatment arms of CE/TMG**

A statistical analysis for internal comparison with placebo in the CE/TMG (300) trial was carried out. In addition, an epidemiology review/analysis was done to compare data in this trial with other trials and also with external population. For both internal comparison and comparison with other trials, a relative risk and 95% confidence internal (95% CI) was calculated. For the external comparison, a standardized incidence ratio (SIR) was calculated. Specifically, the SIR method compares the observed number in the CE/TMG groups with the expected number of cases of breast cancer based on age specific incidence rate of the standard population. The expected number of cases is determined by multiplying the age-specific breast cancer rate from external population by the person years of exposure in the corresponding age group in the CE/TMG group.

Person-year based incidence rates of invasive breast cancer for each treatment arm were calculated (Table 2). There was no significant difference between placebo group and each of the 4 treatment groups, or between placebo and the 4 treatment groups combined. Although the relative risks (RR) are higher than unity (RR=2.50), statistical tests did not reach significance level in all cases (all p's >0.2), as reflected by the very wide 95% confidence intervals (95% CI, 0.32-19.35).

| TABLE 2<br>COMPARISON OF PERSON-YEAR BASED INCIDENCE RATE OF INVASIVE BREAST CANCER IN THE STUDY (FIRST YEAR AND SECOND YEAR COMBINED) | | | | |
|---|---|---|---|---|
| | Person-years | No. cases | Incidence Rate per 100 PY | RR (95% CI) |
| Placebo | 361.4 | 1 | 0.28 | 1.0 (Ref.) |
| TMG 0.0625 mg (CC) | 393.4 | 2 | 0.51 | 1.84 (0.17-20.26) |
| TMG 0.125 mg (CC) | 406.5 | 3 | 0.74 | 2.67 (0.28-25.64) |
| TMG 0.125 mg (SEQ) | 413.8 | 2 | 0.48 | 1.75 (0.16-19.26) |
| TMG 0.250 mg (SEQ) | 377.3 | 4* | 1.06 | 3.83 (0.43-34.28) |
| TMG groups combined | 1591.1 | 11 | 0.69 | 2.50 (0.32-19.35) |

** Invasive or in-situ unknown for one case (aged 54, second year, group D, TMG 0.250 SEQ).*

The lack of significant difference in incidence rates between the treatment groups and the placebo group in this study does not support an association between treatment and invasive breast cancer during 2 years of follow-up.

Comparison between each treatment arm to evaluate a possible dose effect was not calculated due to the small sample size.

**Women's HOPE Trial (CE/MPA) 309**

The 309 study was a prospective, double-blind, randomized study evaluating the safety and efficacy of lower doses of CE and MPA in postmenopausal women. The study was a one-year trial, with a two-year sub-study. The primary objective of Study Year 1 (the basic study) was to evaluate the efficacy of lower doses of CE and MPA in reducing the incidence of endometrial hyperplasia associated with the use of unopposed estrogen. The secondary objective was to evaluate the efficacy of lower doses of CE and MPA in relieving menopausal vasomotor symptoms and the effects on vaginal maturation index were also assessed. Study Year 2 (sub-study) evaluated the safety and efficacy of these regimens in preventing postmenopausal osteoporosis and in maintaining an acceptable metabolic profile.



Confidential Pursuant to Confidentiality Order 

There were a total of 4,512 subjects screened with 1,708 women failing to meet study inclusion criteria. Nine of these were due to the discovery of breast cancer. A total of 2,804 women were randomized to enrollment into one of 8 arms. All HT regimens were continuous combined.

The treatment arms consisted of: CE/MPA or CE alone:

| **Year One** | |
|---|---|
| *Dose* | *n* |
| 0.625 | 348 |
| 0.625/2.5 | 331 |
| 0.45 | 338 |
| 0.45/2.5 | 340 |
| 0.45/1.5 | 331 |
| 0.3 | 326 |
| 0.3/1.5 | 327 |
| Placebo | 332 |
| **Year Two** | |
| 0.625 | 97 |
| 0.625/2.5 | 86 |
| 0.45 | 95 |
| 0.45/2.5 | 96 |
| 0.45/1.5 | 94 |
| 0.3 | 89 |
| 0.3/1.5 | 98 |
| Placebo | 94 |

The protocol required a baseline mammogram prior to enrollment unless a mammogram was done within six months of enrollment. Exclusion criteria included evidence of malignant changes on mammogram, as well as use of any HT within eight weeks.

There were eleven cases of breast cancer diagnosed in the two-year trial: ten in the treatment group and one in the placebo group.

Review of the cases of breast cancer revealed the following: Six of the women (86%) diagnosed with breast cancer in this study had abnormal mammograms at baseline, but no evidence of malignancy. These abnormalities include simple cysts, microcalcifications and dense breasts. Proliferative lesions without atypia are associated with a two-fold increase in risk in breast cancer.[7]



Confidential Pursuant to Confidentiality Order ZUCAV008-019708

The following summary describes a patient with the history of atypical lobular hyperplasia

Subject 39-0047 was a 60-year-old woman, who received 0.625/2.5CE/MPA. She had a prior breast biopsy in July of 1995 that revealed atypical lobular hyperplasia, which is a significant risk factor for breast cancer. Atypical hyperplasia is associated with an approximately five-fold increase in breast cancer risk.[20] However, she still met criteria and was enrolled in the trial. Her baseline mammogram was read as normal. A six-month follow-up mammogram in May of 1996 (Cycle 7), revealed a mass, which was biopsied and revealed fibrocystic changes. Another follow-up mammogram in 6 months revealed dense tissue. In July of 1997, during a six-month follow-up, an abnormality was seen and biopsied. She was diagnosed with infiltrating ductal carcinoma.

In summary, seven of the eight women who developed breast cancer had risk factors for the disease.

**Statistical Analysis- Treatment arms HOPE Trial**

Overall in the two year follow-up period, the incidence rate was 0.39 per 100 PY in the treatment groups and 0.29 per 100 PY in placebo group yielding a RR of 1.37, (95% CI 0.18-10.69). (See Table 4, Appendix II).

**Menopause Study Group 300/301**

The 300/301 studies were prospective, randomized, double-blind, parallel studies evaluating the safety and efficacy of CE and MPA for postmenopausal hormone therapy. Four oral combinations of CE and MPA were compared to that of CE alone for the prevention of endometrial hyperplasia. In addition, the safety of the five regimens was compared. Subjects received treatment for thirteen 28-day cycles.



Confidential Pursuant to Confidentiality Order ZUCAV008-019709

There were a total of 1,724 women randomized into five arms for up to 13 cycles. The arms consisted of: CE/MPA:

| *Dose* | *n* |
|---|---|
| 0.625/2.5 | 340 |
| 0.625/5.0 | 330 |
| 0.625/5.0 C | 351 |
| 0.625/10.0 C | 348 |
| 0.625 | 347 |

The protocol required a baseline mammogram prior to enrollment unless a mammogram was done within six months of enrollment. Exclusion criteria included evidence of malignant changes on mammogram, as well as use of any HT within twelve weeks.

Five patients were diagnosed with breast cancer during the clinical trial. Three patients had normal mammograms at screening and were subsequently diagnosed with breast cancer (infiltrating ductal) at the cycle 13 screening. Mammograms were not available for review and minimal information was available.

**Statistical Analysis –Treatment arms of Menopause Study Group**

Since there was not a placebo group in this trial, internal comparison was done with the estrogen/progestin arm (CE/MPA) and the SEER database placebo group. Overall, the incidence rate was 0.41 per 100 PY in CE/MPA arm and 0.29 per 100 PY from the SEER database placebo group giving a SIR=1.47(95% CI, 0.47-3.43). (See Table 5, Appendix II)

**17-β Estradiol (1mg)/Trimegestone (301/302/303)**

The 301 study was a prospective, double-blind, randomized study of the safety and efficacy of continuous combined regimens of 17β-$E_2$ 1 mg/TMG compared with of Kliogest (continuous combined 17β-$E_2$ 2 mg/(norethindrone acetate (NETA) 1 mg) in postmenopausal women with a dose range evaluation at 6 months. In the continuous combined regimen, subjects received 17β-$E_2$ 1 mg/TMG for cycle days 1 to 28. Study 301-EU was divided into 2 parts. For part 1, the primary objective was to determine the optimal dose of TMG combined with 17β-$E_2$ 1 mg that

would effectively prevent the incidence of endometrial hyperplasia while providing an acceptable bleeding profile. Secondary objectives included the evaluation of the safety and efficacy of 17β-$E_2$ 1 mg/TMG in the treatment of vasomotor symptoms. For part 2, the primary objective was to evaluate the efficacy and safety of 17β-$E_2$ 1 mg/TMG 0.125 mg in relieving menopausal vasomotor symptoms and preventing endometrial hyperplasia relative to Activelle (continuous combined 17β-$E_2$ 1 mg/NETA 0.5 mg). In addition, secondary objectives included the evaluation of bleeding and side-effect profiles and the metabolic profile of the 17β-$E_2$ 1 mg/TMG 0.125 mg compared with Activelle. Subjects participating in study 301-EU received treatment for up to 26 cycles.

The 302 study was a prospective, double-blind, randomized study of the safety and efficacy of sequential regimens of 17β-$E_2$ 1 mg/TMG compared with Climagest ($E_2$ valerate 1 mg/norethindrone [NETA] 1 mg) in postmenopausal women over a period of 1 year with a 1 year extension. In the sequential regimen, subjects received 17β-$E_2$ 1 mg for cycle days 1 to 14, and received 17β-$E_2$ 1 mg/TMG for cycle days 15 to 28. The primary objective was to evaluate the efficacy of the sequential regimens of 17β-$E_2$ 1 mg/TMG compared with Climagest in relieving menopausal vasomotor symptoms and producing an acceptable incidence of endometrial hyperplasia

The 303-study was a prospective, double-blind, placebo-controlled, randomized, 2-year study. The primary objective was to evaluate the efficacy of a continuous combined regimen of 17β-$E_2$ 1 mg/TMG 0.125 mg in the prevention of postmenopausal bone loss. The secondary objective was to evaluate the safety profile of a continuous regimen of 17β-$E_2$ 1 mg/TMG 0.125 mg. Subjects participating in study 303-EU received treatment for up to 26 cycles. There were no cases of breast cancer reported during this trial.

These studies were conducted in Europe. There were 1,324 women randomized in the 301 study, 1,218 and 360 randomized in the 302 study and 360 in the 303 study.

| 301 Study | |
|---|---|
| Dose | N |
| 1/0.0625 | 210 |
| 1/0.125 | 462 |
| 1/0.250 | 203 |
| Kliogest | 200 |
| Activelle | 249 |
| 302 Study | |
| 1/0.125 | 405 |
| 1/0.250 | 409 |
| Climagest | 404 |
| 303 Study | |
| 1/0.125 | 158 |
| Placebo | 155 |

The protocol required a mammogram at screening, or the results of a mammogram if one had been done within the 12 months prior to enrollment. Note that this is different criteria from the US studies which required a mammogram within 6 months of enrollment. Therefore, it is possible women may go up two years between "baseline" and follow-up mammogram. Exclusion criteria included evidence of malignant changes on pre-study mammogram or use of HT within four weeks prior to enrollment.

During the trial there were twelve cases of breast cancer diagnosed in the treatment groups. Mammograms were not available for review.

Review of the case summaries revealed the following information:

> In this study, 73% of the women enrolled had prior HT exposure. The range of HT use was four months to ten years with an average duration of use of 2.3 years.



Confidential Pursuant to Confidentiality Order ZUCAV008-019712

Based on the time of diagnosis from enrollment, it is probable that two patients had pre-existing carcinomas.

The following two cases describe the women who most likely had breast cancer at enrollment.

Patient 0009 describes a 62-year-old woman who received 1mg/0.125 E2/TMG. Three weeks after enrollment she had a breast biopsy that revealed infiltrating ductal carcinoma. The baseline mammogram was read as normal and the reason for the biopsy was not specified. She had used HT for four years prior to enrollment.

The second women, 0001, a 63-year-old, received 1mg/0.0625 E2/TMGcc, had a normal mammogram at enrollment. After two months of therapy she developed a bloody nipple discharge and was then diagnosed with invasive carcinoma. One lymph node was positive at the time of surgery.

In summary, a review of the cases suggests a number of women had risk factors for breast cancer.

**Statistical Analysis- Treatment arms of E2/TMG Trial**

The incidence rate was 0.54 per 100 PY in the treatment groups and 0.32 per 100 PY in the comparator group giving a SIR=1.72 (95%CI, 0.55-5.34). There is a higher incidence

- Internal comparison of treatment groups with placebo suggests that there is an elevated risk of breast cancer in treatment groups than the comparator, that it is not statistically different.

**Comparison of CE/TMG Trial to other Trials**

The GSSE Epidemiology group conducted an analysis comparing the incidence of breast cancer from the CE/TMG study to other Wyeth HT trials. The calculations were made by comparing the incidence rate of breast cancer in the treatment groups in the CE/TMG study to the incidence rate in the treatment groups other Wyeth trials. In a separate calculation, the incidence rate of breast cancer in the pooled TMG treatment groups (CE/TMG, E2/TMG) was compared to the pooled MPA (HOPE, Menopause Study Group) treatment groups.



Confidential Pursuant to Confidentiality Order ZUCAV008-019713

**Summary of Results of Comparisons of CE/TMG to:**

| Internal Comparison | RR (95%CI) |
|---|---|
| Placebo in CE/TMG | 2.5 (0.32-19.35) |
| HOPE Trial | 1.75 (0.74-4.11) |
| Menopause Study Group | 1.67 (0.60-5.29) |
| E2/TMG | 1.30 (0.62-5.52) |
| Combined Trials (above) | 1.54 (0.73-3.02) |
| Pooled TMG vs Pooled MPA | 1.50 (0.78-2.88) |

In a separate comparison, all TMG arms (CE/TMG and E2/TMG) were compared to all MPA arms (HOPE, Menopause Study Group) yielding a RR=1.50 (95% CI, 0.78-2.88).

It should be kept in mind that these comparisons are not from the same randomized clinical trial and, therefore, results should be interpreted cautiously.

**Conclusion of Internal Comparisons**

- The incidence of breast cancer in CE/TMG treatment groups appears higher than that in the CE/MPA groups (HOPE or Menopause Study) or that in the E2/TMG group, but the difference is not statistically significant.
- Compared to the pooled breast cancer rates with the combined trials (CE/MPA clinical trial groups and E2/TMG treatment groups), the breast cancer incidence rates in the CE/TMG treatment group are not significantly different.
- Compared to the pooled breast cancer rates with CE/MPA, the breast cancer incidence rates in the pooled TMG trials (CE/TMG and E2/TMG) treatment groups are not significantly different.



Confidential Pursuant to Confidentiality Order ZUCAV008-019714

**Comparison of Wyeth HT Trials with the General Population Databases (SEER/BCSC)**

The Surveillance, Epidemiology, and End Results (SEER) Program of the National Cancer Institute is an authoritative source of information on cancer incidence and survival in the United States. The SEER Program currently collects and publishes cancer incidence and survival data from 11 population-based cancer registries and three supplemental registries covering approximately 14 percent of the US population. Information on more than 3 million in situ and invasive cancer cases are included in the SEER database, and approximately 170,000 new cases are accessioned each year within the SEER catchment areas. The SEER Registries routinely collect data on patient demographics, primary tumor site, morphology, stage at diagnosis, first course of treatment, and follow-up for vital status.

The NCI Breast Cancer Surveillance Consortium (BCSC) is a cooperative agreement between the NCI and investigators at medical research centers across the country. This research collaboration links data from mammography registries with data on cancer outcomes from pathology laboratories or cancer registries. The consortium consists of eight research sites in seven states. As of April, 2001, the Consortium's database contains information on 2.2 million screening mammographic examinations and 28,000 breast cancer cases. This database allows for the calculation of a breast cancer rate per/mammograms performed/year. This rate would be expected to be higher than in SEER because both breast cancer cases are detected using highly sensitive mammography. The clinical trial population is similar to the BCSC population because the trial participants are all screened for breast cancer with mammography at baseline and during the study. However, it is important to keep in mind that the rate of breast cancer in the clinical trial represents incident cases only, as any woman who had breast cancer detected at baseline would have been excluded from study participation. Thus, the clinical trial population would be expected to have a lower rate than that in the BCSC. On the other hand, the clinical trial population, with mandatory screening would be expected to have a higher rate than SEER where only a portion of women are screened.



Confidential Pursuant to Confidentiality Order ZUCAV008-019715

| External Comparison | |
|---|---|
| CE/TMG to SEER | SIR=2.51 (95%CI, 1.25-4.49) |
| CE/TMG to BCSC | SIR=1.00 (95%CI, 0.50-1.79) |
| HOPE to SEER | SIR=1.43 (95%CI, 0.68-8.84) |
| Menopause Study Group to SEER | SIR=1.47 (95%CI, 0.68-8.84) |
| E2/TMG to SEER | SIR=1.94 (95%CI, 1.00-3.39) |

It should be kept in mind that external comparisons with other trials are not from the same randomized clinical trial although these trials had similar age distribution. Therefore, results should be interpreted cautiously. In addition, comparison with external population data using the SIR method also needs to be interpreted with caution. The national SEER data may not be very comparable to the study population in terms of characteristics, detection and incidence of breast cancer. Both BCSC and CE/TMG represent screening populations and therefore BCSC may represent a more useful comparison than the SEER rates. However, BCSC may overestimate the rate of breast cancer detection expected in the clinical trial population since prevalent cases of breast cancer are excluded from the clinical trial at baseline.

## IV. DISCUSSION:

Our analysis did not reveal scientific evidence that CE/TMG has an increased risk of breast cancer over products for hormone therapy studied in other Wyeth Clinical Trials. Even though the relative risks were greater for CE/TMG verses other Wyeth clinical trials, the risk was not statistically significant. However, there may be limitations to the analysis. First, the increased risk of breast cancer with HT is generally not seen until after five years or more of use. Therefore, these trials may be too short in duration to see an increased risk. Also, the number of subjects in the trial was small and may not be powered to detect an increase. Of note, these studies were not controlled for breast cancer risk factors. Lastly, another factor not controlled was the variability in mammographic technique and diagnosis. In fact, women may have been enrolled with suspicious mammographic findings that may have been misread as benign.

## V. OVERALL SUMMARY AND CONCLUSIONS:

GSSE has undertaken a review of breast cancer cases reported during the Premarin/Trimegestone (CE/TMG) clinical trial at the request of the Executive Safety Committee. Breast cancer cases



Confidential Pursuant to Confidentiality Order ZUCAV008-019716

from this trial were compared to the results of other Wyeth trials investigating hormone therapy (HOPE, Menopause Study Group, 17-β estradiol/TMG), as well to external databases such as the SEER database and the Breast Cancer Surveillance Consortium (BCSC). In addition, individual cases of breast cancer which were diagnosed during the clinical trials were reviewed.

The following conclusions are based on this overall review.

- Clinical assessment of the four Wyeth Hormone Therapy Clinical Trials revealed the following: Some of the women enrolled had risk factors for breast cancer, such as family history, abnormal mammograms at screening and prior hormone use. In addition, it appears that four women may have had breast cancer at the time of enrollment missed on screening mammography.
- Internal comparison of treatment groups in each clinical trial with placebo suggests there is an elevated risk of breast cancer in treatment groups, but it is not statistically different from the risk in placebo group.
- The incidence rates in the placebo group in the HOPE and CE/TMG studies are very close to that in SEER (0.29/100PR), (0.28/100PR), (0.27/100PR) respectively.
- Though the incidence of breast cancer in CE/TMG treatment groups is numerically greater than that in the CE/MPA groups (HOPE or Menopause Study Group) or that in the E2/TMG groups, the difference is not statistically significant, RR= 1.54 (95% CI, 0.73-3.02) for CE/TMG compared to all other treatment groups combined.
- If all the TMG treatment groups are pooled and compared to pooled MPA treatment groups, the incidence of breast cancer with TMG is numerically greater than with MPA, but the difference is not statistically significant, RR=1.50 (95% CI, 0.78-2.88).
- The incidence of breast cancer in the CE/TMG trial appears to be numerically greater than would be expected using rates from the general population (SEER), SIR=2.51 (95% CI, 1.25-4.49), but are not higher than would be expected from a screened population (BCSC), SIR=1.00 (95% CI, 0.50-1.79).
- Based on the epidemiological analysis, evidence is insufficient to suggest an increased risk of breast cancer with CE/TMG and does not represent a safety signal.
- It should be kept in mind that these comparisons are not from the same randomized clinical trial and therefore, results should be interpreted cautiously.



Confidential Pursuant to Confidentiality Order ZUCAV008-019717

# APPENDIX I - Summary of Breast Cancers

# Appendix I

## Summary of Breast Cancers

| Study | Treatment | N | Invasive |
|---|---|---|---|
| 300 (Prem/TMG) (Year 1) | 0.625/0.0625 | 316 | 2 |
| | 0.625/0.125 | 314 | 1 |
| | 0.625/0.125 [s] | 324 | 0 |
| | 0.625/0.250 [s] | 306 | 0 |
| | Placebo | 311 | 1 |
| | | | |
| 300 (Prem/TMG) (Year 2) | 0.625/0.0625 | 145 | 0 |
| | 0.625/0.125 | 151 | 2 |
| | 0.625/0.125 [s] | 152 | 2 |
| | 0.625/0.250 [s] | 132 | 4 |
| | Placebo | 120 | 0 |
| | | | |
| 301 (E2/TMG) | 1/0.0625 | 210 | 3 |
| | 1/0.125 | 462 | 2 |
| | 1/0.250 | 203 | 3 |
| | Kliogest | 200 | 2 |
| | Activelle | 249 | 0 |
| | | | |
| 302 (E2/TMG) | 1/0.125 [s] | 405 | 2 |
| | 1/0.250 [s] | 409 | 1 |
| | Climagest | 404 | 2 |
| | | | |
| 303 (E2/TMG) | 1/0.125 | 158 | 0 |
| | Placebo | 155 | 0 |

[s] *Sequential regimen.*

# Appendix I
# Summary of Breast Cancers

| Study | Treatment | N | Invasive |
|---|---|---|---|
| 309 HOPE (Year 1) | 0.625 | 348 | 1 [A] |
| | 0.625/2.5 | 331 | 1 |
| | 0.45 | 338 | 0 |
| | 0.45/2.5 | 340 | 0 |
| | 0.45/1.5 | 331 | 1 [B] |
| | 0.3 | 326 | 0 |
| | 0.3/1.5 | 327 | 4 |
| | Placebo | 332 | 1 |
| | | | |
| 309 HOPE (Year 2) | 0.625 | 97 | 0 |
| | 0.625/2.5 | 86 | 0 |
| | 0.45 | 95 | 1 |
| | 0.45/2.5 | 96 | 0 |
| | 0.45/1.5 | 94 | 1 |
| | 0.3 | 89 | 1 |
| | 0.3/1.5 | 98 | 0 |
| | Placebo | 94 | 0 |
| | | | |
| 300/301 (Prem/MPA) | 0.625/2.5 | 340 | 1 |
| | 0.625/5.0 | 330 | 2 |
| | 0.625/5.0 [s] | 351 | 1 |
| | 0.625/10.0 [s] | 348 | 0 |
| | 0.625 | 347 | 0 |

[A] *Patient completed 15 cycles of therapy. Mammogram at cycle 13 abnormal. Breast diagnosed at cycle 15.*

[B] *Patient completed 13 cycles of therapy. Breast cancer was diagnosed approximately 1 year after last day of therapy.*

[s] *Sequential regimen.*



Confidential Pursuant to Confidentiality Order ZUCAV008-019720

# APPENDIX II - Evaluation of incidence of breast cancer in CE/TMG 300 study, internal and external comparisons



Confidential Pursuant to Confidentiality Order ZUCAV008-019721

# APPENDIX II

Evaluation of incidence of breast cancer in CE/TMG 300 study, internal and external comparisons

A draft summary by epidemiology group, GSSE

1. Internal comparison of incidence of invasive breast cancer between treatment groups and placebo group.

In this trial, there were 11 cases of invasive breast cancer in 4 treatment groups, and 1 case in placebo. The incidence of invasive breast cancer during each year of the study for each of the treatment groups is presented in Table 1.

There was no significant difference in the number of cases of invasive breast cancer between each of the CE/TMG treatment groups and the placebo group as determined using Fisher's exact test for either year or overall (two year data combined). In addition, there was no significant difference between placebo and all 4 treatment groups combined for either year or overall.

Table 1. Incidence of invasive breast cancer reported during the first and second year of CE/TMG study

| | Year 1 | | | Year 2 | | |
|---|---|---|---|---|---|---|
| | Total No. | No. cases | Incidence (%) | Total No. | No. cases | Incidence (%) |
| Placebo | 311 | 1 | 0.32 | 120 | 0 | 0 |
| TMG 0.0625 mg (CC) | 316 | 2 | 0.63 | 145 | 0 | 0 |
| TMG 0.125 mg (CC) | 314 | 1 | 0.32 | 151 | 2 | 1.32 |
| TMG 0.125 mg (SEQ) | 324 | 0 | 0 | 152 | 2 | 1.32 |
| TMG 0.250 mg (SEQ) | 306 | 0 | 0 | 132 | 4* | 3.03 |

* Invasive or in situ unknown for one case (aged 54, second year, group TMG 0.250 mg SEQ).

In addition, person-year based incidence rates of invasive breast cancer for each group were calculated (Table 2). There was no significant difference between placebo group and each of 4 treatment groups, or between placebo group and the 4 treatment groups combined. Although the relative risks (RR) are higher than unity (RR=2.50), statistical



Confidential Pursuant to Confidentiality Order ZUCAV008-019722

tests did not reach significance level in all cases (all p values >0.2), as reflected by the very wide 95% confidence intervals (95% CI: 0.32-19.35). Excluding the unknown case resulted in an RR of 2.27 (95% CI 0.29-17.74).

Table 2. Comparison of person-year based incidence rate of invasive breast cancer in the study (first year and second year combined)

| | Person-years | No. cases | Incidence Rate per 100 PY | RR (95% CI) |
|---|---|---|---|---|
| Placebo | 361.4 | 1 | 0.28 | 1.0 (Ref.) |
| TMG 0.0625 mg (CC) | 393.4 | 2 | 0.51 | 1.84 (0.17-20.26) |
| TMG 0.125 mg (CC) | 406.5 | 3 | 0.74 | 2.67 (0.28-25.64) |
| TMG 0.125 mg (SEQ) | 413.8 | 2 | 0.48 | 1.75 (0.16-19.26) |
| TMG 0.250 mg (SEQ) | 377.3 | 4* | 1.06 | 3.83 (0.43-34.28) |
| All TMG groups combined | 1591.1 | 11 | 0.69 | 2.50 (0.32-19.35) |

* Invasive or in situ unknown for one case (aged 54, second year, group TMG 0.250 mg SEQ).
PY = person-years.

The lack of significant difference in incidence rates between the treatment groups and the placebo group in this study does not support an association between treatment and invasive breast cancer during 2 years of follow-up.

2. External comparison with previous trials conducted by Wyeth.

Several clinical trials conducted by Wyeth have information on incidence of breast cancer in both active treatment groups and comparison groups. The study populations are considered to be comparable with that of the CE/TMG study (300). For further evaluation of the breast cancer incidence in the clinical trials, incidence rates in the CE/TMG study were compared to the incidence rates in previous trials. Table 3 presents the incidence rate of breast cancer by age and follow-up year in the CE/TMG 300 study.

2.1 Comparison with Women's HOPE study

The Women's HOPE study has a similar age distribution (40-<70y) to that of the CE/TMG trial. A total of 2,763 women were followed for one year. Among them, a subset (N=697) were followed for a second year (the HOPE sub-study, with a few in the sub-study having a short additional follow-up beyond second year). In the first follow-up year, the incidence rate of breast cancer in the 7 treatment groups combined was 0.34 per 100 PY vs. 0.35 per 100 PY in placebo group. In the second year, the incidence rate was 0.63 per 100 PY in treatment groups vs 0 in placebo group. Overall in the two year follow-up period, the incidence rate was 0.39 per 100 PY in the treatment groups and 0.29 per 100 PY in placebo group (RR 1.37, 95% CI 0.18-10.69, Table 4).

The overall incidence rate in the placebo group from the HOPE study (0.29 per 100 PY) is very close to that in the placebo group in the CE/TMG trial (0.28 per 100 PY) and is also very close to that from the national SEER data (0.276 per 100 PY for women aged 45-64 years). Using the SIR method (standardized incidence ratio, SIR), the incidence rate of breast cancer in treatment groups from the HOPE study was higher but not statistically different from SEER (SIR=1.43, 95% CI 0.68-2.63).

The incidence rate in treatment groups in the CE/TMG trial is 1.51 per 100 PY in the second year, and 0.69 per 100 PY overall (Table 3). When compared with the incidence rate in the treatment groups in HOPE (Table 4), the CE/TMG rates were numerically greater, but not statistically different (for second year, RR=2.32, 95% CI 0.61-8.84, overall RR=1.75, 95% CI 0.74-4.11, both adjusted for age).

Whether breast cancer is invasive or in situ is unknown for one case in the second year in the CE/TMG trial (aged 54, group TMG 0.250 SEQ). If this case is excluded, the incidence rate in the treatment groups in CE/TMG trial is 1.32 per 100 PY, and 0.63 per 100 PY overall. When compared with the treatment groups in HOPE study, the RR is 2.10 (95% CI 0.51-7.86) for the second year, and 1.59 (95% CI 0.66-3.82) overall.

2.2 Comparison with Menopause Study (300/301)

Menopause Study (300 and 301 combined) is a one year trial, with a few subjects having a short follow-up after one year. The age distribution is also similar to the study population in the CE/TMG trial. There were 5 cases of breast cancer in the treatment groups. One of the 5 cases had no information regarding whether it was invasive or in situ unknown in one case. There were no cases of breast cancer in the estrogen only group (Table 5).

The incidence rate in the treatment groups in the CE/TMG trial was 0.69 per 100 PY, while it was 0.41 (or 0.33 if excluding one unknown case) per 100 PY in the CE/MPA groups in the Menopause Study. If we compare the overall incidence rate in the CE/TMG 300 trial with that in the Menopause Study (assuming the fewest number of cases, ie, 0.69 per 100 PY vs 0.33 per 100 PY), the age adjusted RR is 2.10 (95% CI 0.67-6.60). Including this unknown case in Menopause Study would yield an age adjusted RR of 1.67 (95% CI 0.60-5.29).

2.3 Comparison with E2/TMG studies (301/302/303 combined)

Three trials of 1mg E2 with different doses of TMG were done previously by Wyeth. The data regarding breast cancer are summarized in Table 6. These trials were 2-year trials but a few subjects had a few days of follow-up after the second year. All additional follow-up times were included in person-year calculation. In trial 301, there were 6 invasive and 2 unknown cases in active treatment groups, while in trial 302, there were 2 invasive and 2 unknown cases in active groups. There was no breast cancer case in trial 303. Thus taken together, there were 12 cases (invasive or unknown) in active groups in these trials, which are used in the rate calculation herein.

The incidence rate was 0.54 per 100 PY in active groups in these 3 trials combined. If we compare the overall incidence rate in the CE/TMG 300 trial with this (0.69 per 100 PY vs 0.54 per 100 PY), the age-adjusted RR is 1.30 (95% CI 0.56-2.96). For the second year only, the age-adjusted RR is 1.80 (95% CI 0.62-5.52).

2.4 Comparison with all studies (HOPE, Menopause Study and studies of E2/TMG (301/302/303) combined)

In addition, a comparison was made between CE/TMG treatment group (overall 2 years) and the treatment groups in HOPE study (overall 2 years) and Menopause Study (1 year data) (CE/MPA) combined. The age adjusted RR is 1.73 (95% CI 0.77-3.74). When the CE/TMG treatment group is compared with all active treatment groups in the HOPE study, the Menopause Study and the E2/TMG studies combined, the age adjusted RR is 1.54 (95% CI 0.73-3.02)

To further explore whether combination of estrogen with TMG had higher rate than combination of estrogen with MPA, a comparison was made between CE/TMG 300 and E2/TMG trials combined with the HOPE study and Menopause Study combined. The age-adjusted RR comparing estrogen-TMG combination with estrogen-MPA combination is 1.50 (95% CI 0.78-2.88).

The external comparison with previous trials conducted could be summarized as follows:

- The incidence rates in the placebo group in the HOPE study and in the placebo group in CE/TMG 300 study are very close to that in SEER.
- For the Women's HOPE study, the incidence rate in the treatment groups was numerically greater than in the placebo group, but the rates were not statistically different.
- Compared with treatment groups in Women's HOPE study, the incidence rate of breast cancer in the treatment groups in the CE/TMG trial is numerically greater, but not statistically different.
- Compared with CE/MPA groups in the Menopause Study, the incidence rate of breast cancer in the treatment groups in the CE/TMG trial is numerically greater, but not statistically different.
- Compared with E2/TMG groups in trials 301/302/303, the incidence rate of breast cancer in the treatment groups in the CE/TMG trial is somewhat greater, but not statistically different.
- It should be kept in mind that these comparisons are not from the same randomized clinical trial and therefore, results should be interpreted cautiously.
- In conclusion, although the incidence of breast cancer in CE/TMG treatment groups appears higher than that in the CE/MPA groups (the Women's HOPE study or Menopause Study) or that in the E2/TMG groups (E2/TMG 301/302/303) in previous trials, the difference is not statistically significant.

DRAFT

Table 3. Incidence of breast cancer by age and follow-up year in CE/TMG 300 study

| | Overall | | | | | Year 1 | | | | | Year 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY |
| Treatment group (4 groups combined) | | | | | | | | | | | | | | | |
| <50 | 0 | 247 | 324.5 | 0.00 | 0.00 | 0 | 247 | 209.3 | 0.00 | 0.00 | 0 | 126 | 115.2 | 0.00 | 0.00 |
| 50-59 | 10 | 874 | 1107.1 | 1.14 | 0.90 | 3 | 874 | 733.6 | 0.34 | 0.41 | 7* | 406 | 373.5 | 1.72 | 1.87 |
| 60-69 | 1 | 139 | 159.5 | 0.72 | 0.63 | 0 | 139 | 118.3 | 0.00 | 0.00 | 1 | 48 | 41.2 | 2.08 | 2.43 |
| All | 11 | 1260 | 1591.1 | 0.87 | 0.69 | 3 | 1260 | 1061.2 | 0.24 | 0.28 | 8 | 580 | 530.0 | 1.38 | 1.51 |
| Placebo | | | | | | | | | | | | | | | |
| <50 | 0 | 67 | 80.1 | 0.00 | 0.00 | 0 | 67 | 53.4 | 0.00 | 0.00 | 0 | 30 | 26.7 | 0.00 | 0.00 |
| 50-59 | 0 | 213 | 243.2 | 0.00 | 0.00 | 1 | 213 | 175.7 | 0.47 | 0.57 | 0 | 76 | 67.5 | 0.00 | 0.00 |
| 60-69 | 1 | 31 | 38.1 | 3.23 | 2.62 | 0 | 31 | 25.1 | 0.00 | 0.00 | 0 | 14 | 13.0 | 0.00 | 0.00 |
| All | 1 | 311 | 361.4 | 0.32 | 0.28 | 1 | 311 | 254.2 | 0.32 | 0.39 | 0 | 120 | 107.2 | 0.00 | 0.00 |

* Invasive or in situ unknown for one case (aged 54, second year, group TMG 0.250 mg SEQ).

- Comparison with Women's HOPE study: second year, RR=2.32, 95% CI 0.61-8.84, overall RR=1.75, 95% CI 0.74-4.11, both adjusted for age).
- Comparison with Menopause Study: age adjusted RR = 1.67 (95% CI 0.60-5.29).
- Comparison with E2/TMG studies: second year, RR=1.80, 95% CI 0.62-5.52, overall RR=1.30, 95% CI 0.56-2.96, both adjusted for age).

Table 4. Incidence of breast cancer by age and follow-up year in Women's HOPE study

| | Overall | | | | | Year 1 | | | | | Year 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY |
| Treatment group (7 groups combined) | | | | | | | | | | | | | | | |
| <50 | 0 | 486 | 538.1 | 0.00 | 0.00 | 0 | 486 | 425.8 | 0.00 | 0.00 | 0 | 136 | 112.3 | 0.00 | 0.00 |
| 50-59 | 9 | 1578 | 1762.1 | 0.57 | 0.51 | 6 | 1578 | 1406.8 | 0.38 | 0.43 | 3 | 439 | 355.3 | 0.68 | 0.84 |
| 60-69 | 1 | 277 | 248.5 | 0.36 | 0.40 | 1 | 277 | 238.8 | 0.36 | 0.42 | 0 | 23 | 9.6 | 0.00 | 0.00 |
| All | 10 | 2341 | 2548.8 | 0.43 | 0.39 | 7 | 2341 | 2071.5 | 0.30 | 0.34 | 3 | 598 | 477.3 | 0.50 | 0.63 |
| Placebo | | | | | | | | | | | | | | | |
| <50 | 0 | 80 | 83.3 | 0.00 | 0.00 | 0 | 80 | 65.1 | 0.00 | 0.00 | 0 | 23 | 18.2 | 0.00 | 0.00 |
| 50-59 | 1 | 217 | 228.0 | 0.46 | 0.44 | 1 | 217 | 184.6 | 0.46 | 0.54 | 0 | 58 | 43.5 | 0.00 | 0.00 |
| 60-69 | 0 | 35 | 37.4 | 0.00 | 0.00 | 0 | 35 | 33.3 | 0.00 | 0.00 | 0 | 6 | 4.1 | 0.00 | 0.00 |
| All | 1 | 332 | 348.7 | 0.30 | 0.29 | 1 | 332 | 283.0 | 0.30 | 0.35 | 0 | 87 | 65.8 | 0.00 | 0.00 |

Table 5. Incidence of breast cancer by age in Menopause Study (300 and 301)

| | No. Cases | Total No. | PY | % | Rate per 100 PY |
|---|---|---|---|---|---|
| E+P group (4 groups combined) | | | | | |
| <50 | 1* | 248 | 218.1 | 0.40 | 0.46 |
| 50-59 | 4 | 938 | 828.4 | 0.43 | 0.48 |
| 60-69 | 0 | 191 | 159.5 | 0.00 | 0.00 |
| All | 5 | 1377 | 1206.3 | 0.36 | 0.41 |
| Premarin only group | | | | | |
| <50 | 0 | 57 | 48.4 | 0.00 | 0.00 |
| 50-59 | 0 | 241 | 205.1 | 0.00 | 0.00 |
| 60-69 | 0 | 49 | 41.6 | 0.00 | 0.00 |
| All | 0 | 347 | 295.1 | 0.00 | 0.00 |

* Invasive or in situ unknown for one case (aged 49, E+P group)



Confidential Pursuant to Confidentiality Order ZUCAV008-019728

DRAFT

Table 6. Incidence of breast cancer by age and follow-up year in E2/TMG studies (301/302/303)

| | Overall | | | | | Year 1 | | | | | Year 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY | No. Cases | Total No. | PY | % | Rate per 100 PY |
| Treatment group | | | | | | | | | | | | | | | |
| <50 | 3 | 341 | 387.9 | 0.88 | 0.77 | 1 | 341 | 285.2 | 0.35 | 0.35 | 2 | 133 | 102.7 | 1.50 | 1.95 |
| 50-59 | 6 | 1296 | 1545.6 | 0.46 | 0.39 | 4 | 1296 | 1086.5 | 0.37 | 0.37 | 2 | 594 | 459.1 | 0.34 | 0.44 |
| 60-69 | 3 | 214 | 271.8 | 1.40 | 1.10 | 1 | 214 | 177.2 | 0.56 | 0.56 | 2 | 117 | 94.6 | 1.71 | 2.11 |
| All | 12 | 1851 | 2205.3 | 0.65 | 0.54 | 6 | 1851 | 1548.9 | 0.39 | 0.39 | 6 | 844 | 656.4 | 0.71 | 0.91 |
| Comparison group | | | | | | | | | | | | | | | |
| <50 | 0 | 184 | 212.8 | 0.00 | 0.00 | 0 | 184 | 160.4 | 0.00 | 0.00 | 0 | 73 | 52.4 | 0.00 | 0.00 |
| 50-59 | 4 | 716 | 881.5 | 0.56 | 0.45 | 2 | 716 | 626.6 | 0.32 | 0.32 | 2 | 326 | 254.9 | 0.61 | 0.78 |
| 60-69 | 0 | 120 | 165.9 | 0.00 | 0.00 | 0 | 120 | 99.1 | 0.00 | 0.00 | 0 | 74 | 66.8 | 0.00 | 0.00 |
| All | 4 | 1020 | 1260.2 | 0.39 | 0.32 | 2 | 1020 | 886.1 | 0.23 | 0.23 | 2 | 473 | 374.1 | 0.42 | 0.53 |



Confidential Pursuant to Confidentiality Order

3. External comparison with national SEER data

The national SEER data provides breast cancer incidence rates in the general population. Using the SIR method, the incidence of breast cancer in the 4 CE/TMG treatment groups combined was compared with the age specific incidence rate from SEER, 1995-1999. Specifically, the SIR method compares the expected number of cases of breast cancer in the CE/TMG groups based on SEER incidence data. The expected number of breast cancer cases in the CE/TMG groups is determined by multiplying the breast cancer rate from SEER by the person years of exposure in the CE/TMG groups. Applying the SEER incidence rate, the expected number of cases in the CE/TMG group is 4.38, giving a standardized incidence ratio (SIR) of 2.51 (95% CI 1.25-4.49) (Table 7).

Table 7. Comparison of CE/TMG trial data with national SEER data by calculation of standardized incidence ratio (SIR)

| | Obs. # | P-Y | SEER rate (%) | Exp. # |
|---|---|---|---|---|
| 40-49 | 0 | 324.5 | 0.1537 | 0.50 |
| 50-59 | 10 | 1107.1 | 0.2945 | 3.26 |
| 60-69 | 1 | 159.5 | 0.3867 | 0.62 |
| All | 11 | 1591.1 | | 4.38 |

Using SEER data as standard: SIR= 2.51 (95% CI 1.25-4.49).

The incidence rate in the placebo group of the CE/TMG trial is 0.2767%, very close to that the of SEER data (age 45-64: 0.2761%).

Estimates of SIR suggest that the treatment groups combined in the trial have higher incidence of breast cancer than would be expected based on rates from SEER. Though the internal comparison (CE/TMG vs. placebo) showed previously that the increased RR (2.5) is not statistically different from unity, this relative risk is consistent with comparisons to the SEER.

4. External comparison with BCSC data

The NCI Breast Cancer Surveillance Consortium (BCSC) is a cooperative agreement between the NCI and investigators at medical research centers across the country. This research collaboration links data from mammography registries with data on cancer outcomes from pathology laboratories or cancer registries. The consortium consists of eight research sites in seven states. As of April, 2001, the Consortium's database contains information on 2.2 million screening mammographic examinations and 28,000 breast cancer cases. This database allows for the calculation of a breast cancer rate per/mammograms performed/ year. This rate would be expected to be higher than that in SEER because both prevalent and incident breast cancer cases are detected using highly

sensitive mammography. SEER represents cases of breast cancer that are brought to medical attention that may or may not have been detected through screening mammography. The clinical trial population is similar to the BCSC population because the trial participants are all screened for breast cancer with mammography at baseline and during the study. However, it is important to keep in mind that the rate of breast cancer in the clinical trial represents incident cases only, as any woman who had breast cancer detected at baseline would have been excluded from study participation. Thus, the clinical trial population would be expected to have a lower rate than that in the BCSC .

The BCSC rates are presented here along with the SEER rates to provide additional external comparisons to the rates found in the clinical trial populations. Overall among women aged 40-69 years, the rate was 0.69%. Table 8 presents the age specific rate used as an external standard. Eleven cases would be expected using BCSC data as standard, giving an SIR of 1.00 (95% CI 0.50-1.79).

The study population in current trial might be more similar to the BCSC population if we add these cases found in screening. As there were two cases of breast cancer identified at screening in the CE/TMG 300 study, if we add them to other cases in the follow-up period (ie, in total N=13), the SIR is 1.18 (95% CI 0.62-2.01).

Table 8. Comparison of CE/TMG trial data with BCSC by calculation of standardized incidence ratio (SIR)

| | Obs. # | P-Y | BCSC rate (%) | Exp. # |
|---|---|---|---|---|
| 40-49 | 0 | 324.5 | 0.53 | 1.72 |
| 50-59 | 10 | 1107.1 | 0.71 | 7.86 |
| 60-69 | 1 | 159.5 | 0.92 | 1.47 |
| All | 11 | 1591.1 | | 11.05 |

Using BCSC data as standard: SIR=1.00 (95% CI 0.50-1.79).

Discussion/Interpretation:

Treatment groups have a higher incidence of breast cancer with that of placebo, but none are statistically different. Women in CE/TMG groups have a higher incidence of breast cancer than women in the CE/MPA groups, but the difference is not statistically significant. As stated earlier, although these trials had similar age distribution, it should be kept in mind that these comparisons are not from the same randomized clinical trial and therefore, results should be interpreted cautiously.

Comparison with national SEER data using the SIR method suggests a higher incidence of rof breast cancer in the CE/TMG treatment arms. Although SIR has the same magnitude of increased risk as the relative risk from the internal comparison, the SIR is

significant while RR is not. This is due to the method for external comparison. Methodologically, SIR method might be less reliable than the RR method. In addition, national SEER data may not be very comparable to the study population in terms of characteristics, detection and incidence of breast cancer.

Comparison with BCSC using the SIR methods suggests that there is no increase in the risk of breast cancer with CE/TMG. Both BCSC and CE/TMG represent screened populations and therefore BCSC may represent a more useful comparison than the SEER rates. However, for reasons outlined above, BCSC may overestimate the rate of breast cancer detection expected in the clinical trial population since prevalent cases of breast cancer are excluded from the clinical trial at baseline.

Conclusion

The incidence of breast cancer in CE/TMG treatment groups are numerically greater than that in placebo group, but the difference is not statistically significant. When compared to breast cancer rates in the CE/MPA clinical trial treatment groups and E2/TMG treatment groups, the breast cancer incidence rates in the CE/TMG treatment groups do not appear significantly different. Overall, the incidence of breast cancer in the CE/TMG trial appears to be higher than would be expected using rates from the general population (SEER) but are not higher than would be expected from a screened population.



Confidential Pursuant to Confidentiality Order ZUCAV008-019732

**REFERENCES:**


[1] Winneker R, et al. The preclinical biology of a new progestin: trimegestone. Women's Health Research Institute, Wyeth Research, Collegeville PA & Dept of Psychology, College of the Holy Cross, Worcester MA.

[2] Zhang Z, Zhu Y. Effects of trimegestone on alkaline phosphatase activity and BrdU incorporation in T47D human breast cancer cell line. Wyeth-Ayerst GTR-33960, 1998.

[3] Lundeen, S. Evaluation of trimegestone in a human endometrial stromal cell line, HECS-T. Wyeth-Ayerst GTR-33891, 1998.

[4] Jardines L, Haffty BG, et al. Breast cancer overview. Risk factors, screening, genetic testing and prevention. In: Pazduk, R, et al. Cancer Management: a multidisciplinary approach (6th ed). Melville: PRR; 2002. pp149-162.

[5] National Cancer Institute website accessed 12/4/202: http://cis.nci.nih.gov/fact/5-6.htm.

[6] Spicer DV, Pike MC. Risk factors. In: Roses, DF, Editor. Breast Cancer. New York: Churchill Livingstone; 1999. p. 49.

[7] Clemons M, Goss P. Estrogen and the risk of breast cancer. NEJM Jan 25, 2001; 344(4): pp 276-285.

[8] Persson I, Thurfjell E, et al. Hormone replacement therapy and the risk of breast cancer. Nested case-control study in a cohort of Swedish women attending mammography screening. Int J Cancer 1997; 72: pp 758-761.

[9] Speroff L, et al. The breast. In: Clinical Gynecologic Endocrinology an d Infertility. 5th ed. Baltimore: Williams & Wilkins; 1994. pp 547-576.

[10] Abeloff MD, Lichter AS, et al. Breast. In: Abeloff MD, Lichter AS, et al, Editors. Clinical Oncology. New York: Churchill Livingstone; 2000. Accessed on 12/4/02 at: http://home.mdconsult.com/das/book/body/146792718/897/1136.html.

[11] Armstrong K, Eisen A, Weber B. Assessing the risk of breast cancer. NEJM Feb 24, 2000; 342(8). pp 564-571.

[12] Greendate GA, Reboussin BA, et al. Ann Intern Med 1999; 130: pp 262-269.

[13] Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormone replacement therapy: collaborative reanalyses of data from 51 epidemiological studies of 52,705 women with breast cancer and 180,411 women without breast cancer. Lancet Oct 11, 1997: 350. pp 1047-1059.

[14] Ros RK, Paganini-Hill A, et al. Effect of hormone replacement therapy on breast cancer risk: estrogen versus estrogen plus progestin. J Nat Cancer Inst Feb 16, 2002: 92(4). pp328-332.

[15] Schairer C, Lubin J, et al. Menopausal estrogen and estrogen-progestin replacement therapy and breast cancer risk. JAMA Jan 26, 2000: 283(4). pp485-491.

[16] Persson I, Weiderpass E, et al. Risks of breast and endometrial cancer after estrogen and estrogen-progestin replacement. Cancer causes and control: 1999: 10. pp 253-260.

[17] Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women. Principal results from the women's health initiative randomized controlled trial. JAMA July 17, 2002: 288(3). pp321-333.




Confidential Pursuant to Confidentiality Order ZUCAV008-019733

[18] Porch JV, Lee, I-M, et al. Estrogen-progestin replacement therapy and breast cancer risk: the Women's Health Study (United States). Cancer causes and control 2002: 13. pp 847-854.

[19] Weiss LK, Burkman RT, et al. Hormone replacement therapy regimens and breast cancer risk. Obstet Gynecol Dec 2002: 100(6). pp1148-1158.

[20] DuPont W, Page P, et al. Atypical hyperplastic lesions of the female beast. Cancer 1985: 556. pp 2698-2708.