# EXHIBIT 71

# Continuing Medical Education

Wyeth-Ayerst Laboratories
P.O. Box 8299
Philadelphia, PA 19101
(215)688-4400

To: Jeff Buchalter

From: Libby Brown SWB

Subject: Consultants' Meeting

Date: December 1, 1994

Enclosed are the following items related to the above-named meeting: An overview statement of objectives; tentative workshops/chairs; a tentative agenda. I am providing these for you to react to so that we can continue to move forward on this event.

My concerns about the program are as follows, not necessarily in order of priority.

1) Time is very short
2) Dr. Lobo is unable to chair*
3) We need to determine topics and faculty ASAP
4) Until we are agreed upon workshops we cannot invite workshop chairs, and probably cannot invite attendees since we want to hand pick certain workshop attendees, e.g., put several strong continuous combined advocates in the continuous combined workshop
5) The contract needs to be signed with the hotel
6) I am out of the office--though not out of touch--from 12/6 to 12/14, and can't wait until I return to finalize all of the above.

So...please give this your attention, and get back to me as soon as possible.

Thanks!

*I know that you're not a big Dan Mishell fan, but he chaired the program like this we did for Norplant, and did a great (if expensive) job.

LTH-496-1

Plaintiff's Exhibit # 8022A

# "CUTTING EDGE" CONSULTANT CONFERENCE ON HORMONE REPLACEMENT THERAPY

"Advances in Hormone Replacement Therapy"

## Conference Objectives

The above-named conference will bring together 20 influential academic obstetricians/gynecologists (plus additional faculty) to participate in a meeting wherein they are exposed to some of the most recent findings on the effects of postmenopausal estrogens and progestins. Further, the attendees will take part in workshops which will create slides on topics of importance to practicing family physicians and OB/GYN's, which can be utilized in educational forums subsequent to the conference.

As follow-up to this conference medical center managers will work with various attendees to establish continuing education programs at their institutions, which are intended to elevate the understanding of primary care physicians about the value of hormone replacement therapy in general and the merits of the continuous combined regimen, in particular.

One of the faculty, or attendees, will also be asked to prepare (with the help of a professional writer) an accredited slide kit and monograph which will be sent by his/her institution to a list of physician educators, for their use in conducting educational events among private practice physicians and residents.

## WORKSHOPS AND CHAIRS

?, Is he strong enough?

**Workshop #1:** Rationale for Intervention
Bill Andrews

wrong topic – M16 PEPI and more appropriate

**Workshop #2:** Rationale for the Continuous Combined Regimen
Trudy Bush

? wulf's views? other choice? (ask Ray)

**Workshop #3:** ~~Counseling Patients~~ About HRT
~~David Archer~~

NO – he is more cyclic

**Workshop #4:** Monitoring Patients on Continuous Combined Therapy
Ian Thorneycroft

Friday, February 10, 1995

| | | |
|---|---|---|
| Arrivals | | |
| Reception/Buffet | | 6:00 - 9:00 |

Saturday, February 11,1995

| | | |
|---|---|---|
| Breakfast | | 7:00 - 8:00 |
| Welcome | Deitch/Rofsky/Klein? TBD | 8:00 - 8:05 |
| Introduction | Chair | 8:05 - 8:15 |
| Hormones and the Central Nervous System | Howard Fillet | 8:15 - 8:45* |
| Hormones (estrogen?) as Lipid-Lowering Agents | Thomas Knowland (Jay Sullivan) | 8:45 - 9:15* |
| Antioxidant Effects of Estrogen | Bruce Kessel | 9:15 - 9:45* |
| Break | | 9:45 - 10:15 |
| Estrogen Differentiation | Mike Dey | 10:15 - 10:45* |
| Workshops | Participants | 11:00 - 12:00 |
| Lunch | | 12:00 - 1:00 |
| Workshops | | 1:00 - 3:00+ |
| Afternoon at Leisure | No time? | |
| Reception and Dinner | | 6:30 |

Is this his specialty?

?

Make sure you are on Mike's Calender!!

*time for discussion included
+may well end earlier

# Continuing Medical Education

Wyeth-Ayerst Laboratories
P.O. Box 8299
Philadelphia, PA 19101
(215)688-4400

To: Jeff Buchalter

From: Libby Brown

Subject: Agenda Changes, Consultant Meeting

Date: December 2, 1994

Accompanying this note are changes, or suggested changes, to the proposed agenda for the consultants" meeting, which are the outgrowth of my meeting this morning with Jim Pickar.

Jim admits that his choice of Arthur Herbst ~~may~~ seem a strange one, but he feels that he is a person of stature, who could help set a high tone for the meeting. He is basically an oncologist, though he is Chair of OBG at the University of Chicago. ~~He also~~ felt that Isaac Schiff would be a very good choice--certainly one more related to HRT--if he will "work with us." I can talk to the Medical Center Manager if you like.

At any rate, I reiterate. **TIME IS SHORT**.

NO!

Please see if Schiff can work M/G for a workshop. No way having an oncologist chair this NO NO NO NO & NO

P.S. — whats happening with the Orlando Marriott?

LTH-496-1