# EXHIBIT 73

SCHOOL OF MEDICINE

DEPARTMENT OF EPIDEMIOLOGY AND PREVENTIVE MEDICINE

UNIVERSITY OF MARYLAND

CONFIDENTIAL

DRAFT

September 26, 2000

Susan Allen, M.D., M.P.H.
Director, Division of Reproductive and
Urologic Drug Products
Food and Drug Administration
5600 Fishers Lane, Room 17B45
Rockville, MD 20857

Dear Dr. Allen:

It has come to our attention that the F.D.A. is requiring pharmaceutical companies who manufacture menopausal hormone therapy to include in their package insert the following statement regarding the use of combined (estrogen + progestin) therapy and risk of breast cancer:

> *Women without a uterus who require hormone replacement should receive estrogen-alone therapy, and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term combination estrogen/progestin therapy (for relief of vasomotor symptoms) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long-term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for an increased risk of breast cancer).*

We respectfully disagree with the statement for two major reasons. First, the body of literature on combined estrogen/progestin therapy and breast cancer risk is very inconsistent; the enclosed figure summarizes all studies on combined therapy and breast cancer risk since 1980. Second, an epidemiologic/methodologic issue may explain some, if not all, of the increased risk seen in recent studies of women using combined estrogen/progestin therapy (Magnusson et al., 1999; Persson et al., 1999; Schairer et al., 2000; Ross et al., 2000).

This methodologic issue can be summarized as follows: 1) women using combined estrogen/progestin therapy almost always have their uterus and ovaries (i.e., that is why they are using combined therapy instead of unopposed estrogen); 2) women using estrogen only or using no hormone therapy may or may not have intact ovaries; 3) oophorectomy is protective against breast cancer; therefore 4) women taking combined therapy will almost always have higher rates of breast cancer when compared to women using estrogen only or no therapy simply because these comparison groups include oophorectomized women who have a lower risk of breast cancer.

660 West Redwood Street • Baltimore, Maryland 21201-1596

CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER
In re Prempro Products Liability Litigation
MDL 4:03CV1507 (August 2004)

Given the inconsistency in the published literature, this troubling methodologic issue, and the general confusion regarding hormone therapy and breast cancer risk, we are very concerned about the proposed wording for the package insert. It is likely that the proposed wording would be unnecessarily confusing to physicians and frightening to women. Further, we believe the question regarding combined therapy and breast cancer risk should be debated publicly before any specific changes in the current package insert are made.

Thank you very much for your consideration.

Sincerely,

Trudy L. Bush, Ph.D., M.H.S.
Graduate Program Director

William C. Andrews, M.D.
Professor Emeritus of Obstetrics & Gynecology
Eastern Virginia Medical School
Past-President, The American College of Obstetricians and Gynecologists

Enclosure

CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER
In re Prempro Products Liability Litigation
MDL 4:03CV1507 (August 2004) VOLPE-G 0006206