# EXHIBIT 75

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 4-782/S-112, S-114, S-117, S-118, S-119

Wyeth-Ayerst Laboratories
Attention: Nanette E. Holston
Director, Global Brand Management
Worldwide Regulatory Affairs
P.O. Box 8299
Philadelphia, PA 19101-8299

EXHIBIT
Fontaine-39
DEBRA J. WEAVER
5-30-06

Dear Ms. Holston:

Please refer to your supplemental new drug applications dated May 1, June 19, and December 22, 2000; and January 19 and 22, 2001, received May 2, June 20, and December 26, 2000; and January 23, 2001, respectively, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Premarin® (conjugated estrogens tablets, USP).

We acknowledge receipt of your submissions dated July 12 and August 11, 2000.

These "Changes Being Effected" supplemental new drug applications propose the following labeling changes:

1. Revisions to strengthen the **WARNINGS** and **PRECAUTIONS** sections regarding the risk of breast cancer and cardiovascular effects,

2. addition of information regarding endometriosis to the **PRECAUTIONS** section,

3. revision of the **ADVERSE REACTIONS** section to include anaphylactoid/anaphylactic reactions,

4. addition of information regarding the Heart and Estrogen/Progestin Replacement Study (HERS) and the recently published abstract from the Nurses Health Study, and

5. revisions to strengthen the information regarding thromboembolic disorders in the **CONTRAINDICATIONS, WARNINGS, PRECAUTIONS, ADVERSE REACTIONS** and **INFORMATION FOR THE PATIENT** sections of the labeling.

We have completed the review of these applications, as amended, and they are approvable. Before these applications may be approved, however, it will be necessary for you to submit draft labeling revised according to the revisions incorporated in the enclosed Physician Package Insert and Patient Information labeling. Additions have been noted with double underlining. Deletions have been noted with ~~strikeouts.~~ Additional comments requiring response are in **14 point bold face type.** 74

To facilitate review of your submission, please provide a highlighted or marked-up copy that shows the changes that are being made.

Please submit the copies of draft labeling electronically (to each application) according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDA* (January 1999).

If additional information relating to the safety or effectiveness of these drugs becomes available, revision of the labeling may be required.

Within 10 days after the date of this letter, you are required to amend the supplemental applications, notify us of your intent to file amendments, or follow one of your other options under 21 CFR 314.110. In the absence of any such action FDA may proceed to withdraw the applications. Any amendment should respond to all the additional comments and revisions listed. We will not process a partial reply as a major amendment nor will the review clock be reactivated until all revisions have been addressed.

If you have any questions, call Diane Moore, BS, Regulatory Project Manager, at (301) 827-4260.

Sincerely,

*{See appended electronic signature page}*

Susan Allen, M.D.
Director
Division of Reproductive and Urologic Drug Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research

Enclosure:
Revised draft labeling

NDA 4-782/S-119
Date of Original resubmission: May 25, 2000
Date of Amendment: January 22, 2001
Labeling for Premarin
Sponsor: Wyeth-Ayerst
FDA additions are noted with double underlines
FDA deletions are noted as ~~strikeouts~~

**Premarin®**
(conjugated estrogens tablets, USP)

**Rx only**

~~1.~~ **ESTROGENS ~~HAVE BEEN REPORTED TO~~ INCREASE THE RISK OF ENDOMETRIAL ~~CARCINOMA~~ CANCER ~~IN POSTMENOPAUSAL WOMEN.~~**

Close clinical surveillance of all women taking estrogens is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that ~~"natural" estrogens are more or less hazardous than "synthetic" estrogens at equi-estrogenic doses~~. the use of natural estrogens results in a different endometrial risk profile than synthetic estrogens of equivalent estrogen dose.

~~2. ESTROGENS SHOULD NOT BE USED DURING PREGNANCY.~~

~~There is no indication for estrogen therapy during pregnancy or during the immediate postpartum period. Estrogens are ineffective for the prevention or treatment of threatened or habitual abortion. Estrogens are not indicated for the prevention of postpartum breast engorgement.~~

~~Estrogen therapy during pregnancy is associated with an increased risk of congenital defects in the reproductive organs of the fetus, and possibly other birth defects. Studies of women who received diethylstilbestrol (DES) during pregnancy have shown that female offspring have an increased risk of vaginal adenosis, squamous cell dysplasia of the uterine cervix, and clear cell vaginal cancer later in life; male offspring have an increased risk of urogenital abnormalities and possibly testicular cancer later in life. The 1985 DES Task Force concluded that use of DES during pregnancy is associated with a subsequent increased risk of breast cancer in the mothers, although a causal relationship remains unproven and the observed level of excess risk is similar to that for a number of other breast cancer risk factors.~~



76

Confidential Pursuant to Confidentiality Order ROSSC003-001845

## DESCRIPTION

Premarin (conjugated estrogens tablets, USP) for oral administration contains a mixture of estrogens obtained exclusively from natural sources, occurring as the sodium salts of water-soluble estrogen sulfates blended to represent the average composition of material derived from pregnant mares' urine. It is a mixture of sodium estrone sulfate and sodium equilin sulfate. It contains as concomitant components, as sodium sulfate conjugates, 17 α-dihydroequilin, 17 α-estradiol, and 17 β-dihydroequilin. Tablets for oral administration are available in 0.3 mg, 0.625 mg, 0.9 mg, 1.25 mg, and 2.5 mg strengths of conjugated estrogens.

Premarin Tablets contain the following inactive ingredients: calcium phosphate tribasic, calcium sulfate, carnauba wax, cellulose, glyceryl monooleate, lactose, magnesium stearate, methylcellulose, pharmaceutical glaze, polyethylene glycol, stearic acid, sucrose, titanium dioxide.

-0.3 mg tablets also contain: D&C Yellow No. 10, FD&C Blue No. 1, FD&C Blue No. 2, FD&C Yellow No. 6; these tablets comply with USP Drug Release Test 1.
-0.625 mg tablets also contain: FD&C Blue No. 2, D&C Red No. 27, FD&C Red No. 40; these tablets comply with USP Drug Release Test 1.
-0.9 mg tablets also contain: D&C Red No. 6, D&C Red No. 7; these tablets comply with USP Drug Release Test 2.
-1.25 mg tablets also contain: black iron oxide, D&C Yellow No. 10, FD&C Yellow No. 6; these tablets comply with USP Drug Release Test 3.
-2.5 mg tablets also contain: FD&C Blue No. 2, D&C Red No. 7; these tablets comply with USP Drug Release Test 3.

## CLINICAL PHARMACOLOGY

Endogenous estrogens are largely responsible for the development and maintenance of the female reproductive system and secondary sexual characteristics. Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than its metabolites, estrone and estriol at the receptor level. The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 micrograms of estradiol daily, depending on the phase of the menstrual cycle. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone by peripheral tissues. Thus, estrone and the sulfate conjugated form, estrone sulfate, are the most abundant circulating estrogen in postmenopausal women.

Estrogens act through binding to nuclear receptors in estrogen-responsive tissues. To date, two estrogen receptors have been identified. These vary in proportion from tissue to tissue.

Circulating estrogens modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (FSH) through a negative feedback mechanism. Estrogen replacement therapy acts to reduce the elevated levels of these hormones seen in postmenopausal women.

Estrogen drug products act by regulating the transcription of a limited number of genes. Estrogens diffuse through cell membranes, distribute themselves throughout the cell, and bind to and activate the nuclear estrogen receptor, a DNA-binding protein which is found in estrogen responsive tissues. The 77

activated estrogen receptor binds to specific DNA sequences, or hormone response elements, which enhance the transcription of adjacent genes and in turn lead to the observed effects. Estrogen receptors have been identified in tissues of the reproductive tract, breast, pituitary, hypothalamus, liver, and bone of women.

Estrogens are important in the development and maintenance of the female reproductive system and secondary sex characteristics. By a direct action, they cause growth and development of the uterus, fallopian tubes, and vagina. With other hormones, such as pituitary hormones and progesterone, they cause enlargement of the breasts through promotion of ductal growth, stromal development, and the accretion of fat. Estrogens are intricately involved with other hormones, especially progesterone, in the processes of the ovulatory menstrual cycle and pregnancy, and affect the release of pituitary gonadotropins. They also contribute to the shaping of the skeleton, maintenance of tone and elasticity of urogenital structures, changes in the epiphyses of the long bones that allow for the pubertal growth spurt and its termination, and pigmentation of the nipples and genitals.

Estrogens occur naturally in several forms. The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 micrograms of estradiol daily, depending on the phase of the menstrual cycle. This is converted primarily to estrone, which circulates in roughly equal proportion to estradiol, and to small amounts of estriol. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone by peripheral tissues. Thus, estrone — especially in its sulfate ester form — is the most abundant circulating estrogen in postmenopausal women. Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than estrone or estriol at the receptor.

**Information Regarding Lipid Effects**

The results of a clinical trial conducted in a 97% Caucasian population at low risk for cardiovascular disease show that Premarin significantly increases HDL-C and the $HDL_2$-C subfraction and significantly decreases LDL-C.

The following table summarizes mean percent changes from baseline lipid parameter values after 1 year of treatment with Premarin.

Table 1. MEAN PERCENT CHANGE FROM BASELINE LIPID PROFILE VALUES AFTER ONE YEAR OF TREATMENT

| Lipid Parameter | Premarin 0.625 mg Dose |
|---|---|
| Total Cholesterol | 0.2 |
| HDL-C | 14.1* |
| $HDL_2$-C | 70.8* |
| LDL-C | 7.7* |
| Triglycerides | 39.4* |



78

Confidential Pursuant to Confidentiality Order

• Significantly ($p \leq 0.05$) different from baseline value.

## PHARMACOKINETICS

### Absorption

Conjugated estrogens used in therapy are soluble in water and are well absorbed from the gastrointestinal tract after release from the drug formulation. The Premarin tablet releases conjugated estrogens slowly over several hours. Maximum plasma concentrations of the various conjugated and unconjugated estrogens are attained within 4 to 10 hours after oral administration.

Estrogens used in therapy are also well absorbed through the skin and mucous membranes. When applied for a local action, absorption is usually sufficient to cause systemic effects. When conjugated with aryl and alkyl groups for parenteral administration, the rate of absorption of oily preparations is slowed with a prolonged duration of action, such that a single intramuscular injection of estradiol valerate or estradiol cypionate is absorbed over several weeks.

### Distribution

The distribution of exogenous estrogens is similar to that of endogenous estrogens. Estrogens are widely distributed in the body and are generally found in higher concentration in the sex hormone target organs. Estrogens circulate in the blood largely bound to sex hormone binding globulin (SHBG) and albumin. Although naturally occurring estrogens circulate in the blood largely bound to sex hormone binding globulin (SHBG) and albumin, only unbound estrogens enter target tissue cells. (Conjugated estrogens bind mainly to albumin; unconjugated estrogens bind to both albumin and SHBG.) The apparent terminal-phase disposition half life ($t_{1/2}$) of the various estrogens is prolonged by the slow absorption from Premarin and ranges from 10 to 24 hours.

### Metabolism

Administered estrogens and their esters are handled within the body essentially the same as the endogenous hormones. Metabolic conversion of estrogens occurs primarily in the liver (first pass effect), but also at local target tissue sites. Complex metabolic processes result in a dynamic equilibrium of circulating conjugated and unconjugated estrogenic forms which are continually interconverted, especially between estrone and estradiol and between esterified and non-esterified forms. A significant proportion of the circulating estrogen exists as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogenic species. A certain proportion of the estrogen is excreted into the bile, then reabsorbed from the intestine and returned to the liver through the portal venous system. During this enterohepatic recirculation, estrogens are desulfated and resulfated and undergo degradation through conversion to less active estrogens (estriol and other estrogens), oxidation to nonestrogenic substances (catecholestrogens, which interact with catecholamine metabolism, especially in the central nervous system), and conjugation with glucuronic acids (which are then rapidly excreted in the urine).

When given orally, naturally occurring estrogens and their esters are extensively metabolized (first pass effect) and circulate primarily as estrone sulfate, with smaller amounts of other conjugated and unconjugated estrogenic species. This results in limited oral potency. By contrast, synthetic estrogens, such as ethinyl estradiol and the nonsteroidal estrogens, are degraded very slowly in the liver and other 79



Confidential Pursuant to Confidentiality Order ROSSC003-001848

tissues, which results in their high intrinsic potency. Estrogen drug products administered by non-oral routes are not subject to first-pass metabolism, but also undergo significant hepatic uptake, metabolism, and enterohepatic recycling.
Exogenous estrogens are metabolized in the same manner as endogenous estrogens. Circulating estrogens exist in a dynamic equilibrium of metabolic interconversions. These transformations take place mainly in the liver. Estradiol is converted reversibly to estrone, and both can be converted to estriol, which is the major urinary metabolite. Estrogens also undergo enterohepatic recirculation via sulfate and glucuronide conjugation in the liver, biliary excretion of conjugates into the intestine, and hydrolysis in the gut followed by reabsorption. In postmenopausal women a significant portion of the circulating estrogens exist as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogens.

**Excretion**
Water-soluble estrogen conjugates are strongly acidic and are ionized in body fluids, which favor excretion through the kidneys since tubular reabsorption is minimal. Estradiol, estrone, and estriol are excreted in the urine along with glucuronide and sulfate conjugates.

TABLE 1. PHARMACOKINETIC PARAMETERS FOR PREMARIN
**Add standard deviation values to Table 1.**

Pharmacokinetic Profile of Unconjugated Estrogens Following a Dose of 2 x 0.625 mg

| Drug | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{½}$ (h) | AUC (pg•h/mL) |
|---|---|---|---|---|
| estrone | 139 | 8.8 | 28.0 | 5016 |
| baseline-adjusted estrone | 120 | 8.8 | 17.4 | 2956 |
| equilin | 66 | 7.9 | 13.6 | 1210 |

Pharmacokinetic Profile of Conjugated Estrogens Following a Dose of 2 x 0.625 mg

| Drug | $C_{max}$ (ng/mL) | $t_{max}$ (h) | $t_{½}$ (h) | AUC (ng•h/mL) |
|---|---|---|---|---|
| total estrone | 7.3 | 7.3 | 15.0 | 134 |
| baseline-adjusted total estrone | 7.1 | 7.3 | 13.6 | 122 |
| total equilin | 5.0 | 6.2 | 10.1 | 65 |

**Special Populations**
*Geriatric:* There have not been sufficient numbers of geriatric patients involved in clinical studies utilizing Premarin to determine whether those over 65 years of age differ from younger subjects in their response to Premarin.



80

*Pediatric:* No pharmacokinetic study for Premarin has been conducted in a pediatric population.

*Gender:* Premarin is indicated in women only.

*Race:* No studies were done to determine the effect of race on the pharmacokinetics of Premarin.

*Renal Insufficiency:* No pharmacokinetic study for Premarin has been conducted in postmenopausal women with renal insufficiency.

*Hepatic Insufficiency:* No pharmacokinetic study for Premarin has been conducted in postmenopausal women with hepatic insufficiency.

**Drug Interactions:**

**Give findings of specific drug interaction studies conducted or indicate that no drug interaction studies have been conducted.**

CLINICAL STUDIES

**Information Regarding Osteoporosis**

In the 3-year, randomized, double-blind, placebo-controlled Postmenopausal Estrogen/Progestin Interventions (PEPI) trial, the effect of Premarin 0.625 mg (conjugated estrogens tablets, USP), given alone or in combination with medroxyprogesterone acetate (MPA), on bone mineral density (BMD) was evaluated in postmenopausal women. One of the regimens evaluated was continuous combined Premarin 0.625 mg/MPA 2.5 mg, a regimen similar to Prempro.

Intent to treat subjects

In the intent-to-treat subjects, BMD increased significantly ($p<0.001$) compared to baseline or placebo at both the hip and the spine in women assigned to Premarin or the continuous Premarin/MPA regimen. Spinal BMD increased 3.46% among women assigned to Premarin, increased 4.87% in women assigned to the Premarin/MPA regimen and decreased 1.81% in women assigned to placebo. At the hip, women assigned to Premarin gained 1.31%, women assigned to Premarin/MPA gained 1.94%, while women assigned to placebo lost 1.62%.

Adherent subjects

In the adherent subjects, BMD also increased significantly ($p<0.001$) compared to baseline or placebo at both the hip and the spine in women assigned to Premarin or continuous Premarin/MPA. Spinal BMD increased 5.16% among women assigned to Premarin, increased 5.49% in women assigned to Premarin/MPA and decreased 2.82% in women assigned to placebo. At the hip, women assigned to Premarin gained 2.60%, women assigned to Premarin/MPA gained 2.23% while women assigned to placebo lost 2.17%.

These results are summarized in Table 2 and 3 below.



81

Confidential Pursuant to Confidentiality Order ROSSC003-001850

| Table 2. MEAN PERCENTAGE CHANGE FROM BASELINE IN BMD AT 36 MONTHS IN INTENT-TO-TREAT SUBJECTS** | | | | | | |
|---|---|---|---|---|---|---|
| | Spine | | | Hip | | |
| Regimen | n | Mean % Change | 95% CI | n | Mean % Change | 95% CI |
| Premarin 0.625 mg | 175 | +3.46%*† | 2.78, 4.14 | 175 | +1.31%*† | 0.76, 1.86 |
| Premarin 0.625mg/ MPA 2.5 mg | 174 | +4.87%*† | 4.21, 5.52 | 174 | +1.94%*† | 1.50, 2.39 |
| Placebo | 174 | -1.81%* | -2.51, -1.12 | 173 | -1.62%* | -2.16, -1.08 |

* denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes mean percentage change from baseline is significantly different from placebo at the 0.001 level.
** Includes all 523 women who were randomized to either Premarin, Premarin/MPA or Placebo whether or not they completed the study. If BMD was not available at 36 months, then the 12 months value was carried forward and analyzed. Baseline values were carried forward if 12 months and 36 months data were unavailable. Most patients who discontinued study medication were followed through month 36 and could have been off therapy for an extended period prior to their month 36 evaluation.

| Table 3. MEAN PERCENTAGE CHANGES FROM BASELINE IN BMD AT 36 MONTHS IN ADHERENT SUBJECTS** | | | | | | |
|---|---|---|---|---|---|---|
| | Spine | | | Hip | | |
| Regimen | n | Mean % Change | 95% CI | n | Mean % Change | 95% CI |
| Premarin 0.625 mg | 95 | +5.16%*† | 4.32, 6.00 | 95 | +2.60%*† | 1.97, 3.23 |
| Premarin 0.625mg/ MPA 2.5 mg | 144 | +5.49%*† | 4.79, 6.18 | 144 | +2.23%*† | 1.75, 2.71 |
| Placebo | 124 | -2.82* | -3.54, -2.10 | 123 | -2.17* | -2.78, -1.56 |

* denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes mean percentage change from baseline is significantly different from placebo at the 0.001 level.
** Women who completed the study, had BMD reported at month 36, and took 80% or more of their prescribed medication.

In general, older women (55-64 years of age) taking placebo in the PEPI study lost bone at a lower rate than younger women (45-54 years of age). Conversely, older women receiving Premarin or Premarin 0.625mg/MPA 2.5 mg had greater increases in BMD than younger women. Tables 4 and 5 present data for women 45 to 54 years of age and women 55 to 64 years of age.

| Table 4. MEAN PERCENT CHANGE FROM BASELINE IN BMD FOR WOMEN 45 TO 54 YEARS OF AGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Intent-To-Treat Subjects | | | | Adherent Subjects | | | |
| Regimen | n | Mean % Change at the Spine | n | Mean % Change at the Hip | n | Mean % Change at the Spine | n | Mean % Change at the Hip |
| Premarin 0.625 mg | 74 | +2.45%†** | 74 | +1.37%†** | 43 | +3.73%†** | 43 | +2.20%†** |
| Premarin 0.625mg/ MPA 2.5 mg | 69 | +3.53%†** | 69 | +1.26%†** | 58 | +3.97%†** | 58 | +1.48%†** |
| Placebo | 78 | -2.82%** | 78 | -2.23%** | 50 | -4.02%** | 50 | -3.04%** |

** denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes the mean percent change from baseline is significantly different from placebo at the 0.001 level.

| Table 5. MEAN PERCENT CHANGE FROM BASELINE IN BMD FOR WOMEN 55 TO 64 YEARS OF AGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Intent-To-Treat Subjects | | | | Adherent Subjects | | | |
| Regimen | n | Mean % Change at the Spine | n | Mean % Change at the Hip | n | Mean % Change at the Spine | n | Mean % Change at the Hip |
| Premarin 0.625 mg | 101 | +4.21%†‡** | 101 | +1.27%†** | 52 | +6.34%†‡** | 52 | +2.93%†** |
| Premarin 0.625mg/ MPA 2.5 mg | 105 | +5.75%†‡** | 105 | +2.39%†** | 86 | +6.51%†‡** | 86 | +2.73%†** |
| Placebo | 95 | -1.01%* | 94 | -1.14%* | 73 | -2.04%‡** | 72 | -1.60%** |

* denotes a statistically significant mean change from baseline at the 0.05 level.
** denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes the mean percent change from baseline is significantly different from placebo at the 0.001 level.
‡ denotes the mean percent change from baseline in the older age group is significantly different from the mean percent change in the younger age group at the 0.05 level.

**Information Regarding Lipid Effects**
The results of a clinical trial conducted in a 97% Caucasian population at low risk for cardiovascular disease show that Premarin significantly increases HDL-C and the $HDL_2$-C subfraction and significantly decreases LDL-C.

The following table summarizes mean percent changes from baseline lipid parameter values after 1 year of treatment with Premarin.

83

Table 6. MEAN PERCENT CHANGE FROM BASELINE LIPID PROFILE VALUES AFTER ONE YEAR OF TREATMENT

| Lipid Parameter | Premarin 0.625 mg Dose |
|---|---|
| Total Cholesterol | 0.2 |
| HDL-C | 14.1* |
| $HDL_2$-C | 70.8* |
| LDL-C | -7.7* |
| Triglycerides | 39.4* |

* Significantly ($p \leq 0.05$) different from baseline value.

INDICATIONS AND USAGE

~~Estrogen drug products are~~ Premarin therapy is indicated in the:

1. Treatment of moderate to severe vasomotor symptoms associated with the menopause. ~~There is no adequate evidence that estrogens are effective for nervous symptoms or depression which might occur during menopause and they should not be used to treat these conditions.~~

2. Treatment of vulvar and vaginal atrophy.

3. Treatment of hypoestrogenism due to hypogonadism, castration or primary ovarian failure.

4. Treatment of breast cancer (for palliation only) in appropriately selected women and men with metastatic disease.

5. Treatment of advanced androgen-dependent carcinoma of the prostate (for palliation only).

6. Prevention of osteoporosis. ~~Since estrogen administration is associated with risk, selection of patients ideally should be based on prospective identification of risk factors for developing osteoporosis. Unfortunately, there is no certain way to identify those women who will develop osteoporotic fractures. Most prospective studies of efficacy for this indication have been carried out in white menopausal women, without stratification by other risk factors, and tend to show a universally salutary effect on bone. Thus, patient selection must be individualized based on the balance of risks and benefits. A more favorable risk/benefit ratio exists in a hysterectomized woman because she has no risk of endometrial cancer (see Boxed Warning).~~

Estrogen replacement therapy reduces bone resorption and retards ~~or halts~~ postmenopausal bone loss. ~~Case-control studies have shown an approximately 60 percent reduction in hip and wrist fractures in women whose estrogen replacement was begun within a few years of menopause. Studies also suggest that estrogen reduces the rate of vertebral fractures. Even when started as late as 6 years after menopause, estrogen prevents further loss of bone mass for as long as the treatment is continued.~~

84



Confidential Pursuant to Confidentiality Order ROSSC003-001853

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0011

When estrogen therapy is discontinued, bone mass declines at a rate comparable to the immediate postmenopausal period. There is no evidence that estrogen replacement therapy restores bone mass to premenopausal levels.

At skeletal maturity there are sex and race differences in both the total amount of bone present and its density, in favor of men and blacks. Thus, women are at higher risk than men because they start with less bone mass and, for several years following natural or induced menopause, the rate of bone mass decline is accelerated. White and Asian women are at higher risk than black women.

Early menopause is one of the strongest predictors for the development of osteoporosis. In addition, other factors affecting the skeleton which are associated with osteoporosis include genetic factors (small build, family history), endocrine factors (nulliparity, thyrotoxicosis, hyperparathyroidism, Cushing's syndrome, hyperprolactinemia, Type I diabetes), lifestyle (cigarette smoking, alcohol abuse, sedentary exercise habits), and nutrition (below average body weight, dietary calcium intake).

The mainstays of prevention and management of osteoporosis are estrogen, weight-bearing exercise, an adequate lifetime calcium intake, and when indicated, exercise estrogen. Postmenopausal women absorb dietary calcium less efficiently than premenopausal women and require an average of 1500 mg/day of elemental calcium to remain in neutral calcium balance. By comparison, premenopausal women require about 1,000 mg/day and the average calcium intake in the USA is 400-600 mg/day. The average calcium intake in the USA is 400-600 mg/day. Therefore, when not contraindicated, calcium supplementation may be helpful for women with suboptimal dietary intake.

Studies have shown an approximately 60 percent reduction in hip and wrist fractures in women whose estrogen replacement was begun a few years after menopause. When estrogen therapy is discontinued, bone mass declines at a rate comparable to the immediate postmenopausal period.

Early menopause is one of the strongest predictors for the development of osteoporosis in all women. Other factors associated with osteoporosis include genetic factors, lifestyle and nutrition.

Weight-bearing exercise and nutrition may be important adjuncts to the prevention and management of osteoporosis. Immobilization and prolonged bed rest produce rapid bone loss, while weight bearing exercise has been shown both to reduce bone loss and to increase bone mass. The optimal type and amount of physical activity that would prevent osteoporosis have not been established, however in two studies an hour of walking and running exercises twice or three times weekly significantly increased lumbar spine bone mass.

CONTRAINDICATIONS

Estrogens should not be used in individuals with any of the following conditions:

1. Known or suspected pregnancy. (see Boxed Warning).
   Estrogens may cause fetal harm when administered to a pregnant woman.

2. Undiagnosed abnormal genital bleeding.



85

3. Known or suspected cancer of the breast (except in appropriately selected patients being treated for metastatic disease).

4. Known or suspected estrogen-dependent neoplasia.

5. Active or past history of thrombophlebitis or thromboembolic disorders.

6. Premarin Tablets should not be used in patients hypersensitive to their ingredients.

## WARNINGS

1. *Induction of malignant neoplasms.*

a. *Endometrial cancer.* The reported endometrial cancer risk among unopposed estrogen users is about 2- to 12-fold greater than in non-users, and appears dependent on duration of treatment and on estrogen dose. Most studies show no significant increased risk associated with use of estrogens for less than one year. The greatest risk appears associated with prolonged use, with increased risks of 15- to 24-fold for five to ten years or more, and this risk has been shown to persist for at least 8-15 years after estrogen therapy is discontinued.

b. *Breast cancer.* ~~While the majority of studies have not shown an increased risk of breast cancer in women who have ever used estrogen replacement therapy some studies have reported a moderately increased risk (relative risks of 1.3 to 2.0) in those women taking higher doses or those taking lower doses for prolonged periods of time, especially in excess of 10 years. Other studies have not shown this relationship.~~

~~In the three year clinical Postmenopausal Estrogen-Progestin Intervention (PEPI) trial of 875 women to assess differences among placebo, unopposed Premarin, and three different combination hormone therapy regimens, one (1) new case of breast cancer was detected in the placebo group (n=174), one in the Premarin alone group (n=175), none in the continuous Premarin plus continuous medroxyprogesterone acetate group (n=174), and two (2) in the continuous Premarin plus cyclic medroxyprogesterone acetate group (n=174).~~

~~Women on this therapy should have regular breast examinations and should be instructed in breast self examination, and women over the age of 50 should have regular mammograms.~~

While some epidemiologic studies suggest a very modest increase in breast cancer risk for estrogen alone users versus non-users, other studies have not shown any increased risk. The addition of progestin to estrogen may increase the risk of breast cancer over that noted in non-hormone users more significantly (by about 20-40%), although this is based solely on epidemiologic studies, and definitive conclusions await prospective, controlled clinical trials. In terms of absolute breast cancer risk, approximately 45 in every 1000 women between 50 to 70 years of age (who never used ERT/HRT) will be diagnosed with breast cancer. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 additional cases of breast cancer diagnosed, and for those who used ERT/HRT for 10-15 years, there would be 6 to 12 additional cases diagnosed.

Women without a uterus who require hormone replacement should receive estrogen-alone therapy, and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term combination estrogen/progestin therapy (for relief of vasomotor symptoms) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long-term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for an increased risk of breast cancer). All women should receive yearly breast exams by a healthcare provider and perform monthly breast-self examinations. In addition, mammography examinations should be scheduled as suggested by providers based on patient age and risk factors.

~~*Endometrial cancer.* The reported endometrial cancer risk among unopposed estrogen users is about 2- to 12-fold greater than in non-users, and appears dependent on duration of treatment and on estrogen dose. Most studies show no significant increased risk associated with use of estrogens for less than one year. The greatest risk appears associated with prolonged use, with increased risks of 15- to 24-fold for five to ten years or more. In three studies, persistence of risk was demonstrated for 8 to over 15 years after cessation of estrogen treatment. In one study a significant decrease in the incidence of endometrial cancer occurred six months after estrogen withdrawal. Concurrent progestin therapy may offset this risk but the overall health impact in postmenopausal women is not known (see **PRECAUTIONS**).~~

~~*Congenital lesions with malignant potential.* Estrogen therapy during pregnancy is associated with an increased risk of fetal congenital reproductive tract disorders, and possibly other birth defects. Studies of women who received DES during pregnancy have shown that female offspring have an increased risk of vaginal adenosis, squamous cell dysplasia of the uterine cervix, and clear cell vaginal cancer later in life; male offspring have an increased risk of urogenital abnormalities and possibly testicular cancer later in life. Although some of these changes are benign, others are precursors of malignancy.~~

~~2. *Gallbladder disease.* Two studies have reported a 2- to 4-fold increase in the risk of gallbladder disease requiring surgery in women receiving postmenopausal estrogens.~~

2. *Thromboembolic disorders.*

The physician should be aware of the possibility of thrombotic disorders (thrombophlebitis, retinal thrombosis, cerebral embolism, and pulmonary embolism) during estrogen replacement therapy and be alert to their earliest manifestations. Should any of these occur or be suspected, estrogen replacement therapy should be discontinued immediately. Patients who have risk factors for thrombotic disorders should be kept under careful observation.

*Venous thromboembolism.* Several epidemiologic studies have found an increased risk of venous thromboembolism (VTE) in users of estrogen replacement therapy (ERT) who did not have predisposing conditions for VTE, such as past history of cardiovascular disease or a recent history of pregnancy, surgery, trauma, or serious illness. The increased risk was found only in




Confidential Pursuant to Confidentiality Order

current ERT users; it did not persist in former users. The risk appeared to be higher in the first year of use and decreased thereafter. The findings were similar for ERT alone or with added progestin and pertain to commonly used oral and transdermal doses, with a possible dose-dependent effect on risk. The studies found the VTE risk to be about one case per 10,000 women per year among women not using ERT and without predisposing conditions. The risk in current ERT users was increased to 2-3 cases per 10,000 women per year.

~~*Cardiovascular disease.* Embolic cerebrovascular events have been reported in women receiving postmenopausal estrogens.~~
~~Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risk of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis. The physician should be aware of the possibility of thrombotic disorders (thrombophlebitis, retinal thrombosis, cerebral embolism, and pulmonary embolism) during estrogen replacement therapy and be alert to their earliest manifestations. Should any of these occur or be suspected, estrogen replacement therapy should be discontinued immediately. Patients who have risk factors for thrombotic disorders should be kept under careful observation.~~

*Cerebrovascular disease.* Embolic cerebrovascular events have been reported in women receiving postmenopausal estrogens.

*Cardiovascular disease.* Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risks of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis.

3. ~~*Thromboembolic disorders and other vascular problems.* In some studies, women on estrogen replacement therapy, given alone or in combination with a progestin, have been reported to have an increased risk of thrombophlebitis, and/or thromboembolic disease. Large doses of estrogens (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risk of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis. The physician should be aware of the possibility of thrombotic disorders (thrombophlebitis, retinal thrombosis, cerebral embolism, and pulmonary embolism) during estrogen replacement therapy and be alert to their earliest manifestations. Should any of these occur or be suspected, estrogen replacement therapy should be discontinued immediately. Patients who have risk factors for thrombotic disorders should be kept under careful observation.~~

3. *Gallbladder disease.* A 2- to 4-fold increase in the risk of gallbladder disease requiring surgery in women receiving postmenopausal estrogens has been reported.

~~4. *Elevated blood pressure.* Occasional blood pressure increases during estrogen replacement therapy have been attributed to idiosyncratic reactions to estrogens. More often, blood pressure has remained the same or has dropped. One study showed that postmenopausal estrogen users have higher blood pressure than nonusers. Two other studies showed slightly lower blood~~



Confidential Pursuant to Confidentiality Order ROSSC003-001857

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0015

~~pressure among estrogen users compared to nonusers. Blood pressure should be monitored at regular intervals with estrogen use.~~

~~5.~~4. *Hypercalcemia.* Administration of estrogens may lead to severe hypercalcemia in patients with breast cancer and bone metastases. If this occurs, the drug should be stopped and appropriate measures taken to reduce the serum calcium level.

PRECAUTIONS

A. General

1. *Addition of a progestin* *when a woman has not had a hysterectomy*. Studies of the addition of a progestin for 10 or more days of a cycle of estrogen administration or daily with estrogen in a continuous regimen, have reported a lowered incidence of endometrial hyperplasia than would be induced by estrogen treatment alone. ~~Morphological and biochemical studies of endometria suggest that 10 to 14 days of progestin are needed to provide maximal maturation of the endometrium and to reduce the likelihood of hyperplastic changes~~. Endometrial hyperplasia may be a precursor to endometrial cancer.

There are, however, possible risks ~~which~~ that may be associated with the use of progestins in estrogen replacement regimens. ~~The potential risks~~ These include (a.) adverse effects on lipoprotein metabolism, (e.g., lowering HDL, raising LDL); and (b.) impairment of glucose tolerance~~;~~. ~~and possible enhancement of mitotic activity in breast epithelial tissue, although few epidemiological data are available to address this point (see PRECAUTIONS below).~~

The choice of progestin, its dose, and its regimen may be important in minimizing these adverse effects~~, but these issues will require further study before they are clarified~~.

2. *Cardiovascular risk.* The effects of estrogen replacement on the risk of cardiovascular disease have not been adequately studied. However, data from the Heart and Estrogen/Progestin Replacement Study (HERS), a controlled clinical trial of secondary prevention of 2,763 post-menopausal women with documented heart disease, demonstrated no benefit. During an average follow-up of 4.1 years, treatment with oral conjugated estrogen plus medroxyprogesterone acetate did not reduce the overall rate of coronary heart disease (CHD) events in postmenopausal women with established coronary disease. There were more CHD events in the hormone-treated group than in the placebo group in year 1, but fewer events in years 3 through 5.

~~A causal relationship between estrogen replacement therapy and reduction of cardiovascular disease in postmenopausal women has not been proven. Furthermore, the effect of added progestins on this putative benefit is not yet known.~~

~~In recent years many published studies have suggested that there may be a cause-effect relationship between postmenopausal oral estrogen replacement therapy *without added progestins* and a decrease in cardiovascular disease in women. Although most of the~~



89

observational studies which assessed this statistical association have reported a 20% to 50% reduction in coronary heart disease risk and associated mortality in estrogen takers, the following should be considered when interpreting these reports:

(1) Because only one of these studies was randomized and it was too small to yield statistically significant results, all relevant studies were subject to selection bias. Thus, the apparently reduced risk of coronary artery disease cannot be attributed with certainty to estrogen replacement therapy. It may instead have been caused by life-style and medical characteristics of the women studied with the result that healthier women were selected for estrogen therapy. In general, treated women were of higher socioeconomic and educational status, more slender, more physically active, more likely to have undergone surgical menopause, and less likely to have diabetes than the untreated women. Although some studies attempted to control for these selection factors, it is common for properly designed randomized trials to fail to confirm benefits suggested by less rigorous study designs. Thus, ongoing and future large-scale randomized trials may fail to confirm this apparent benefit

(2) Current medical practice often includes the use of concomitant progestin therapy in women with intact uteri (see PRECAUTIONS and WARNINGS). While the effects of added progestins on the risk of ischemic heart disease are not known, all available progestins reverse at least some of the favorable effects of estrogens on HDL and LDL cholesterol levels.

(3) While the effects of added progestins on the risk of breast cancer are also unknown, available epidemiological evidence suggests that progestins do not reduce, and may enhance, the moderately increased breast cancer incidence that has been reported with prolonged estrogen replacement therapy (see WARNINGS).

*Because relatively long-term use of estrogens by a woman with a uterus has been shown to increase the risk of endometrial cancer, physicians often recommend that these women should take progestins as well as estrogens. When considering prescribing concomitant estrogens and progestins for hormone replacement therapy, physicians and patients are advised to carefully weigh the potential benefits and risks of the added progestin. Large-scale randomized, placebo-controlled, clinical trials and future epidemiological studies are required to clarify these issues.*

3. *Physical examination.* A complete medical and family history should be taken prior to the initiation of any estrogen therapy. The pretreatment and periodic physical examinations should include special reference to blood pressure, breasts, abdomen, and pelvic organs, and should include a Papanicolaou smear. As a general rule, estrogen should not be prescribed for longer than one year without reexamining the patient.

3. *Elevated blood pressure.* In a small number of case reports, substantial increases in blood pressure during estrogen replacement therapy have been attributed to idiosyncratic reactions to estrogens. In a large, randomized, placebo-controlled clinical trial, a generalized effect of estrogen therapy on blood pressure was not seen.

4. ~~*Hypercoagulability.* Some studies have shown that women taking estrogen replacement therapy have hypercoagulability, primarily related to decreased antithrombin activity. This effect appears dose- and duration-dependent and is less pronounced than that associated with oral contraceptive use. Also, postmenopausal women tend to have increased coagulation parameters at baseline compared to premenopausal women. There is some suggestion that low dose postmenopausal mestranol may increase the risk of thromboembolism. There is insufficient information on hypercoagulability in women who have had previous thromboembolic disease.~~

4. *Familial hyperlipoproteinemia.* In patients with familial defects of lipoprotein metabolism, estrogen therapy may be associated with elevations of plasma triglycerides leading to pancreatitis and other complications.

~~5. *Thromboembolism.* Based on data obtained with oral contraceptives, estrogens should be discontinued at least four weeks before surgery of the type associated with an increased risk of thromboembolism if feasible, or during periods of prolonged immobilization (see WARNINGS).~~

**(Note: references and/or clinical trial data should be submitted to substantiate this statement for estrogen dosages used in the context of ERT therapy.**

5. *Impaired liver function.* Estrogens may be poorly metabolized in patients with impaired liver function and should be administered with caution.

~~6. *Familial hyperlipoproteinemia.* In patients with familial defects of lipoprotein metabolism, estrogen therapy may be associated with elevations of plasma triglycerides leading to pancreatitis and other complications.~~

6. Hypothyroidism. Estrogen administration leads to increased thyroid-binding globulin (TBG) levels. Patients with normal thyroid function can compensate for the increased TBG by making more thyroid hormone, thus maintaining free T4 and T3 serum concentrations in the normal range. Patients dependent on thyroid hormone replacement therapy, however, may require increased doses in order to maintain their free thyroid hormone levels in an acceptable range.

7. *Fluid retention.* Because estrogens may cause some degree of fluid retention, conditions which might be ~~exacerbated~~ influenced by this factor, such as asthma, epilepsy, migraine, and cardiac or renal dysfunction, ~~require careful observation~~ warrant careful observation when estrogens are prescribed.

~~7. *Uterine bleeding and mastodynia.* Certain patients may develop undesirable manifestations of estrogenic stimulation, such as abnormal uterine bleeding and mastodynia.~~



Confidential Pursuant to Confidentiality Order
ROSSC003-001860

8. *Exacerbation of endometriosis.* Endometriosis may be exacerbated with administration of estrogen therapy.

~~9. *Uterine bleeding and mastodynia.* Certain patients may develop undesirable manifestations of estrogenic stimulation, such as abnormal uterine bleeding and mastodynia.~~

~~10. *Impaired liver function.*~~ Estrogens may be poorly metabolized in patients with impaired liver function and should be administered with caution.

~~11. *Uterine fibroids.* Pre-existing uterine leiomyomata may increase in size during estrogen use.~~

9. *Hypocalcemia.* Estrogens should be used with caution in individuals with severe hypocalcemia.

B. ~~**Information for the Patient.**~~ **Patient Information.** See text of Patient ~~Package~~ Information Insert which appears after the **HOW SUPPLIED** section.

C. **Laboratory Tests.** Estrogen administration should generally be guided by clinical response at the smallest dose, rather than laboratory monitoring, for relief of symptoms for those indications in which symptoms are observable. For prevention of osteoporosis, however, see **DOSAGE AND ADMINISTRATION** section.

D. **Drug/Laboratory Test Interactions.**

1. Accelerated prothrombin time, partial thromboplastin time, and platelet aggregation time; increased platelet count; increased factors II, VII antigen, VIII antigen, VIII coagulant activity, IX, X, XII, VII-X complex, II-VII-X complex, and beta-thromboglobulin; decreased levels of anti-factor Xa and antithrombin III, decreased antithrombin III activity; increased levels of fibrinogen and fibrinogen activity; increased plasminogen antigen and activity.

2. Increased thyroid-binding globulin (TBG) leading to increased circulating total thyroid hormone, as measured by protein-bound iodine (PBI), T4 levels (by column or by radioimmunoassay) or T3 levels by radioimmunoassay. T3 resin uptake is decreased, reflecting the elevated TBG. Free T4 and free T3 concentrations are unaltered.

3. Other binding proteins may be elevated in serum, i.e., corticosteroid binding globulin (CBG), sex hormone-binding globulin (SHBG), leading to increased circulating corticosteroids and sex steroids respectively. Free or biologically active hormone concentrations are unchanged. Other plasma proteins may be increased (angiotensinogen/renin substrate, alpha-1-antitrypsin, ceruloplasmin).



Confidential Pursuant to Confidentiality Order
ROSSC003-001861

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0019

4. Increased plasma HDL and $HDL_2$ subfraction concentrations, reduced LDL cholesterol concentration, increased triglyceride levels.

5. Impaired glucose tolerance.

6. Reduced response to metyrapone test.

7. Reduced serum folate concentration.

E. **Carcinogenesis, Mutagenesis, and Impairment of Fertility.** Long term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breast, uterus, cervix, vagina, testis, and liver. See CONTRAINDICATIONS ~~and WARNINGS~~.

F. **Pregnancy Category X.** ~~Estrogens~~ Premarin should not be used during pregnancy. See CONTRAINDICATIONS. ~~and Boxed Warning~~.

G. **Nursing Mothers.** ~~As a general principle, the~~ The administration of any drug to nursing mothers should be done only when clearly necessary since many drugs are excreted in human milk. In addition, estrogen administration to nursing mothers has been shown to decrease the quantity and quality of the milk. Estrogens are not indicated for the prevention of postpartum breast engorgement.

H. **Pediatric Use**. ~~See DOSAGE AND ADMINISTRATION~~.
Estrogen replacement therapy has been used for the induction of puberty in adolescents with some forms of pubertal delay. Safety and effectiveness in pediatric patients have not otherwise been established.

Large and repeated doses of estrogen over an extended time period have been shown to accelerate epiphyseal closure, which could result in short adult stature if treatment is initiated before the completion of physiologic puberty in normally developing children. If estrogen is administered to patients whose bone growth is not complete, periodic monitoring of bone maturation and effects on epiphyseal centers is recommended during estrogen administration.

Estrogen treatment of prepubertal girls also induces premature breast development and vaginal cornification, and may induce vaginal bleeding. In boys, estrogen treatment may modify the normal pubertal process and induce gynecomastia. (See INDICATIONS and DOSAGE AND ADMINISTRATION section).

I. Geriatric Use. There have not been sufficient numbers of geriatric patients involved in studies utilizing Premarin to determine whether those over 65 years of age differ from younger subjects in their response to Premarin.

ADVERSE REACTIONS





Confidential Pursuant to Confidentiality Order 

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice. The adverse reaction information from clinical trials does, however, provide a basis for identifying the adverse events that appear to be related to drug use and for approximating rates.

The following ~~additional~~ adverse reactions have been reported with estrogen therapy (see **WARNINGS** regarding induction of malignant neoplasia, ~~increased incidence of~~ gallbladder disease, thromboembolic disorders, cardiovascular disease, ~~elevated blood pressure~~, and hypercalcemia; see **PRECAUTIONS** regarding cardiovascular risk and elevated blood pressure).

1. *Genitourinary system.*
   Changes in vaginal bleeding pattern and abnormal withdrawal bleeding or flow; breakthrough bleeding, spotting.
   Increase in size of uterine leiomyomata.
   Vaginal candidiasis.
   Change in amount of cervical secretion.

2. *Breasts.*
   Tenderness, enlargement.

3. *Gastrointestinal.*
   Nausea, vomiting.
   Abdominal cramps, bloating.
   Cholestatic jaundice.
   Increased incidence of gallbladder disease.
   Pancreatitis.

4. *Skin.*
   Chloasma or melasma that may persist when drug is discontinued.
   Erythema multiforme.
   Erythema nodosum.
   Hemorrhagic eruption.
   Loss of scalp hair.
   Hirsutism.

5. *Cardiovascular.*
   Venous thromboembolism.
   Pulmonary embolism.

6. *Eyes.*
   Steepening of corneal curvature.
   Intolerance to contact lenses.

7. *Central Nervous System.*



Confidential Pursuant to Confidentiality Order ROSSC003-001863

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0021

Headache.
Migraine.
Dizziness.
Mental depression.
Chorea.

8. *Miscellaneous.*
Increase or decrease in weight.
Reduced carbohydrate tolerance.
Aggravation of porphyria.
Edema.
Changes in libido.
Anaphylactoid/anaphylactic reactions.

## OVERDOSAGE

Serious ill effects have not been reported following acute ingestion of large doses of estrogen-containing oral contraceptives by young children. Overdosage of estrogen may cause nausea and vomiting, and withdrawal bleeding may occur in females.

## DOSAGE AND ADMINISTRATION

1. For treatment of moderate to severe vasomotor symptoms, and/or vulvar and vaginal atrophy associated with the menopause, the lowest dose and regimen that will control symptoms should be chosen and the need for medication should be ~~discontinued as promptly as possible~~ reevaluated periodically. Attempts to discontinue or taper medication should be made at 3 to 6 month intervals.

Vasomotor symptoms--0.625 mg daily.

Vulvar and vaginal atrophy--0.3 mg to 1.25 mg or more daily, depending upon the tissue response of the individual patient.

Premarin® therapy may be given continuously with no interruption in therapy, or in cyclical regimens (regimens such as 25 days on drug followed by five days off drug) as is medically appropriate on an individualized basis.

~~Attempts to discontinue or taper medication should be made at 3-month to 6-month intervals.~~

2. For treatment of female hypoestrogenism due to hypogonadism, castration, or primary ovarian failure:

Female hypogonadism--0.3 mg to 0.625 mg daily, administered cyclically (e.g., three weeks on and one week off). Doses are adjusted depending on the severity of symptoms and responsiveness of the endometrium.

In clinical studies of delayed puberty due to female hypogonadism, breast development was induced by doses as low as 0.15 mg. The dosage may be gradually titrated upward at 6 to 12 month



95

intervals as needed to achieve appropriate bone age advancement and eventual epiphyseal closure. Clinical studies suggest that doses of 0.15 mg, 0.3 mg, and 0.6 mg are associated with mean ratios of bone age advancement to chronological age progression (ΔBA/ΔCA) of 1.1, 1.5, and 2.1, respectively. (Premarin in the dose strength of 0.15 mg is not available commercially). Available data suggest that chronic dosing with 0.625 mg is sufficient to induce artificial cyclic menses with sequential progestin treatment and to maintain bone mineral density after skeletal maturity is achieved.

Female castration or primary ovarian failure--1.25 mg daily, cyclically. Adjust dosage, upward or downward, according to severity of symptoms and response of the patient. For maintenance, adjust dosage to lowest level that will provide effective control.

3. For treatment of breast cancer, for palliation only, in appropriately selected women and men with metastatic disease:

Suggested dosage is 10 mg three times daily for a period of at least three months.

4. For treatment of advanced androgen-dependent carcinoma of the prostate, for palliation only:

1.25 mg to 2.5 mg three times daily. The effectiveness of therapy can be judged by phosphatase determinations as well as by symptomatic improvement of the patient.

5. For prevention of osteoporosis:

0.625 mg daily. Premarin therapy may be given continuously with no interruption in therapy, or in cyclical regimens (regimens such as 25 days on drug followed by five days off drug) as is medically appropriate on an individualized basis.

## HOW SUPPLIED

Premarin® (conjugated estrogens tablets, USP)

- Each oval purple tablet contains 2.5 mg, in bottles of 100 (NDC 0046-0865-81) and 1,000 (NDC 0046-0865-91).
- Each oval yellow tablet contains 1.25 mg, in bottles of 100 (NDC 0046-0866-81); 1,000 (NDC 0046-0866-91); 5,000 (NDC 0046-0866-95); and Unit-Dose packages of 100 (NDC 0046-0866-99).
- Each oval white tablet contains 0.9 mg, in bottles of 100 (NDC 0046-0864-81).
- Each oval maroon tablet contains 0.625 mg, in bottles of 100 (NDC 0046-0867-81); 1,000 (NDC 0046-0867-91); 5,000 (NDC 0046-0867-95); and Unit-Dose Packages of 100 (NDC 0046-0867-99).
- Each oval green tablet contains 0.3 mg, in bottles of 100 (NDC 0046-0868-81) and 1,000 (NDC





Confidential Pursuant to Confidentiality Order ROSSC003-001865

0046-0868-91).

The appearance of these tablets is a trademark of Wyeth-Ayerst Laboratories.

Store at room temperature (approximately 25°C)

Dispense in a well-closed container as defined in the USP.

~~INFORMATION FOR THE PATIENT~~
INTRODUCTION
PATIENT INFORMATION

This leaflet describes when and how to use ~~estrogens~~ Premarin®, and the risks and benefits of ~~estrogen~~ Premarin® treatment.

Estrogens have important benefits but also some risks. You must decide, along with your ~~doctor,~~ healthcare provider, whether the risks ~~to you of estrogen use~~ are acceptable ~~because of their~~ in comparison to the benefits. If you ~~decide to start taking~~ use estrogens, ~~check with your doctor to~~ make sure you are using the lowest possible ~~effective~~ dose that works, and that you ~~use them for only as long as necessary~~ don't use them longer than needed. How long you need to use estrogens will depend on the ~~reason~~ reasons for use.

1. ESTROGENS INCREASE THE RISK OF CANCER OF THE UTERUS ~~IN WOMEN WHO HAVE HAD THEIR MENOPAUSE ("CHANGE OF LIFE").~~

If you use any ~~estrogen-containing~~ drug that contains estrogen, it is important to visit your doctor or healthcare provider regularly and report any unusual vaginal bleeding right away. Vaginal bleeding after menopause may be a warning sign of uterine cancer. Your doctor or healthcare provider should evaluate any unusual vaginal bleeding to find out the cause. Women who do not have a uterus have no risk of endometrial cancer.

~~2. ESTROGENS SHOULD NOT BE USED DURING PREGNANCY.~~

~~Estrogens do not prevent miscarriage (spontaneous abortion) and are not needed in the days following childbirth. If you take estrogens during pregnancy, your unborn child has a greater than usual chance of having birth defects. The risk of developing these defects is small, but clearly larger than the risk in children whose mothers did not take estrogens during pregnancy. These birth defects may affect the baby's urinary system and sex organs. Daughters born to mothers who took DES (an estrogen drug) have a higher than usual chance of developing cancer of the vagina or cervix when they become teenagers or young adults. Sons may have a higher than usual chance of developing cancer of the testicles when they become teenagers or young adults.~~



Confidential Pursuant to Confidentiality Order ROSSC003-001866

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0024

What is Premarin?

Your healthcare provider has prescribed Premarin, a mixture of estrogens obtained from natural sources for use once a day. This insert describes the major benefits and risks of your treatment, as well as how and when treatment may be taken. If you have any questions, please contact your physician, nurse or pharmacist.

Premarin is approved for use in the following ways:

- To reduce moderate to severe menopausal symptoms. Estrogens are hormones produced by the ovaries of menstruating women. When a woman is between the ages of 45 and 55, the ovaries normally stop making estrogens. This drop in body estrogen levels causes the "change of life" or menopause, the end of monthly menstrual periods. If both ovaries are removed during an operation before natural menopause takes place, the sudden drop in estrogen levels causes "surgical menopause."

  When estrogen levels begin dropping, some women develop very uncomfortable symptoms, such as feelings of warmth in the face, neck, and chest, or sudden intense episodes of heat and sweating ("hot flashes" or "hot flushes"). In some women the symptoms are mild; in others they can be severe. These symptoms may last only a few months or longer. Taking Premarin can help reduce these symptoms. If you are not taking Premarin for the prevention of osteoporosis, you should take Premarin only as long as you need it for relief from your menopausal symptoms. Be sure to work with your doctor or healthcare provider to find your ideal treatment regimen.

~~USES OF ESTROGEN~~

~~(Not every estrogen drug is approved for every use listed in this section. If you want to know which of these possible uses are approved for the medicine prescribed for you, ask your doctor or pharmacist to show you the professional labeling. You can also look up the specific estrogen product in a book called *The Physician's Desk Reference*, which is available in many book stores and public libraries. Generic drugs carry virtually the same labeling information as their brand-name versions.)~~

~~*To reduce moderate to severe menopausal symptoms.*~~

~~Estrogens are hormones made by the ovaries of normal~~ menstruating ~~women. Between ages 45 and 55, the ovaries normally stop making estrogens. This leads to a drop in body estrogen levels which causes the "change of life" or menopause (the end of monthly menstrual periods). If both ovaries are removed during an operation before natural menopause takes place, the sudden drop in estrogen levels causes "surgical menopause."~~

~~When the estrogen levels begin dropping, some women develop very uncomfortable symptoms, such as feelings of warmth in the face, neck, and chest, or sudden intense episodes of heat and sweating ("hot flashes" or "hot flushes"). Using estrogen drugs can help the body adjust to lower estrogen levels and reduce these symptoms. In some women the symptoms are mild; in others they can be severe. These symptoms may last only a few months or longer. Taking Premarin can alleviate these symptoms. If you are not taking estrogen for other reasons, such as the prevention of osteoporosis, you should take Premarin only as long as you need it for relief from your menopausal symptoms.~~

- To treat vulvar and vaginal atrophy (itching, burning, dryness in or around the vagina, difficulty or burning on urination) associated with the menopause.

- To treat certain conditions in which a young woman's ovaries do not produce enough estrogen naturally.

~~*To treat certain types of abnormal uterine bleeding due to hormonal imbalance when your doctor has found no serious cause of the bleeding.*~~

- To treat certain cancers in special situations, in men and women.

- To prevent thinning of bones (osteoporosis)
Osteoporosis is a thinning of the bones that makes them weaker and allows them to break more easily. The bones of the spine, wrists and hips ~~break most often in~~ may be affected by osteoporosis. ~~Both men and women start to lose bone mass after about age 40, but women lose bone mass faster after the menopause.~~ Using estrogens after the menopause slows down bone thinning and may prevent bones from breaking. ~~Lifelong adequate calcium intake, either in the diet (such as dairy products) or by calcium supplements (to reach a total daily intake of 1000 milligrams per day before menopause or 1500 milligrams per day after menopause), may help to prevent osteoporosis. Regular weight-bearing exercise (like walking and running for an hour, two or three times a week) may also help to prevent osteoporosis. Before you change your calcium intake or exercise habits, it is important to discuss these lifestyle changes with your doctor to find out if they are safe for you.~~ Premarin may be used as part of a program including weight-bearing exercise, such as walking or running, and calcium supplements. Since ~~estrogen use~~ treatment with Premarin has ~~some~~ risks, only women who are likely to develop osteoporosis should use ~~estrogens~~ Premarin for the prevention of osteoporosis. Women who are likely to develop osteoporosis often have one or more of the following characteristics: white or Asian race, slim body frame, cigarette smokers, and a family history of osteoporosis in a mother, sister, or aunt. ~~Women who have relatively early menopause, often because their ovaries were removed during an operation ("surgical menopause"), are more likely to develop osteoporosis than women whose menopause happens at the average age.~~ Women who have menopause at an earlier age, either naturally or because their ovaries were removed during an operation, are more likely to develop osteoporosis than women whose menopause happens later in life.

~~WHO SHOULD NOT USE ESTROGENS~~
~~Estrogens should not be used:~~

**Who should not take Premarin?**
Premarin should not be taken in the following situations:

*During pregnancy* ~~*(see Boxed Warning).*~~
If you think you may be pregnant, do not ~~use any form of estrogen-containing drug~~ take Premarin. ~~Using~~ Taking estrogens while you are pregnant may cause your unborn child to have birth defects.



99

Confidential Pursuant to Confidentiality Order
ROSSC003-001868

Estrogen estrogens not prevent miscarriage. Do not take Premarin to prevent miscarriage.

*If you have unusual vaginal bleeding which has not been evaluated checked by your doctor healthcare provider (see Boxed Warning).*
Unusual vaginal bleeding can be a warning sign of a serious condition including cancer of the uterus, especially if it happens after menopause. Your doctor healthcare provider must find out the cause of the bleeding so that he or she can recommend the proper treatment. Taking estrogens without visiting your doctor healthcare provider can cause you serious harm if your vaginal bleeding is caused by cancer of the uterus.

*If you have had cancer.*
Since estrogens Estrogens increase the risk of certain types of cancer including cancer of the breast and uterus. you should not use estrogens if you have ever had cancer of the breast or uterus, unless your doctor recommends that the drug may help in the cancer treatment. (For certain patients with breast or prostate cancer, estrogens may help.) If you have had cancer, talk with your healthcare provider about whether you should take Premarin.

*If you have any circulation problems.*
Estrogen drugs should not be used except in unusually special situations in which your doctor judges that you need estrogen therapy so much that the risks are acceptable. Men and women with abnormal blood clotting conditions should avoid estrogen use (see **RISKS OF ESTROGENS**, below). Treatment with Premarin should only be used after talking with your healthcare provider. Women with abnormal clotting conditions should not take Premarin.

*When they do not work.*
During menopause, some women develop nervous symptoms or depression. Estrogens do not relieve these symptoms. You may have heard that taking estrogens for years after menopause will keep your skin soft and supple and keep you feeling young. There is no evidence for these claims and such long-term estrogen use may have serious risks.

*After childbirth or when breastfeeding a baby.*
Estrogens Premarin should not be used taken to try to stop the breasts from filling with milk after a baby is born. Such treatment Taking Premarin may increase the your risk of developing blood clots (see **RISKS OF ESTROGENS, What are the possible risks and side effects of Premarin,** below).

If you are breastfeeding, you should avoid using any drugs because many drugs pass through to the baby in the milk. While nursing a baby, you should take drugs only on the advice of your health care provider.

*If you are allergic to Premarin or any of the ingredients in it.*

**How should I take Premarin?**
Take one Premarin tablet each day at about the same time. If you miss a dose, take it as soon as you remember. However, if it is almost time for your next dose, skip the missed dose and take only your next regularly scheduled dose. Do not take two doses at the same time.





Confidential Pursuant to Confidentiality Order
ROSSC003-001869

The length of treatment with Premarin varies from woman to woman. You and your healthcare provider should reevaluate every 3 to 6 months whether or not you still need Premarin to control your hot flashes and to treat vaginal symptoms associated with the menopause.

~~RISKS OF ESTROGENS~~ What are the possible risks and side effects of Premarin?
*Cancer of the uterus.*
~~Your risk of developing cancer of the uterus gets higher the longer you use estrogens and the larger doses you use. One study showed that after women stop taking estrogens, this higher cancer risk quickly returns to the usual level of risk (as if you had never used estrogen therapy). Three other studies showed that the cancer risk stayed high for 8 to more than 15 years after stopping estrogen treatment. Because of this risk, **IT IS IMPORTANT TO TAKE THE LOWEST DOSE THAT WORKS AND TO TAKE IT ONLY AS LONG AS YOU NEED IT.**~~ Vaginal bleeding after menopause may be a warning sign of a serious condition, including cancer of the uterus. Your doctor or healthcare provider should identify the cause of any unusual vaginal bleeding. The risk of cancer of the uterus increases the longer estrogens are taken and when larger doses are taken.

~~Using progestin therapy together with estrogen therapy may reduce the higher risk of uterine cancer related to estrogen use (but see **OTHER INFORMATION**, below).~~

If you have had your uterus removed (total hysterectomy), there is no risk of developing cancer of the uterus.



101

*Cancer of the breast.*
~~Most studies have not shown a higher risk of breast cancer in women who have ever used estrogens. However, some studies have reported that breast cancer developed more often (up to twice the usual rate) in women who used estrogens for long periods of time (especially more than 10 years), or who used higher doses for shorter time periods.~~

~~Regular breast examinations by a health professional and monthly self examination are recommended for women receiving estrogen therapy, as they are for all women. Regular mammograms are recommended for all women over 50 years of age.~~
Studies examining the risk of breast cancer among women using estrogen alone and combined estrogen/progestin therapy have suggested that there may be a mildly increased risk of breast cancer in women taking the combined therapy.

If you do not have your uterus, there is no need for combined estrogen/progestin therapy since estrogen alone therapy is sufficient and may pose less risk for breast cancer.

If you do have a uterus, you should discuss the benefits and risks of combined estrogen/progestin therapy with your health care provider. Regular breast exams by a health professional and monthly self-exams are recommended for all women. Mammography may also be recommended depending on your age and risk factors.

*Gallbladder disease.*
Women who use estrogens after menopause are more likely to develop gallbladder disease needing surgery than women who do not use estrogens.

~~*Inflammation of the pancreas (Pancreatitis).*~~
~~Women with high triglyceride levels may have an increased risk of developing inflammation of the pancreas.~~

*Abnormal blood clotting.*
Taking estrogens may cause changes in your blood clotting system. These changes allow the blood to clot more easily, possibly allowing clots to form in your bloodstream. If blood clots do form in your bloodstream, they ~~can cut off the blood supply to vital organs, causing serious problems~~ can cause serious problems by cutting off the blood supply to vital organs. These problems may include a stroke ~~(cutting off blood to the brain)~~ (if the clot is in a blood vessel of the brain), a heart attack ~~(cutting off blood to the heart)~~ (if the clot is in a blood vessel of the heart), a pulmonary embolus ~~(cutting off blood to the lungs)~~ (if the clot forms in the legs or pelvis, then breaks off and travels to the lungs), retinal thrombosis ~~(cutting off blood vessels in the eye)~~ (if the clot is in a blood vessel of the eye), or other problems. Any of these conditions may cause death or serious long term disability.

*Heart disease.*
A recent 4-year study suggest that women with a history of coronary heart disease may have an increased risk of serious cardiac events during the first year of treatment with estrogen/progestin therapy. Therefore, if you have had a heart attack, or you have been told you have blocked arteries

(arteries to your heart) or have any heart problem, you should consult your physician regarding the potential benefits and risks of estrogen/progestin therapy.

*Endometriosis.*
Administration of Taking estrogens may worsen endometriosis. If you have had endometriosis, speak with your health professional. Talk with your healthcare provider if you have had endometriosis.

*Inflammation of the pancreas (Pancreatitis).*
Women with high triglyceride levels may have an increased risk of developing inflammation of the pancreas

SIDE EFFECTS
**In addition to the risks listed above, the following side effects have been reported with estrogen use:**

Nausea and vomiting.
Hair loss
Breast tenderness or enlargement.
Enlargement of benign tumors ("fibroids") of the uterus.
Retention of excess fluid (edema). This may make some conditions worsen, such as asthma, epilepsy, migraine, heart disease, or kidney disease.
A spotty darkening of the skin, particularly on the face.

**REDUCING RISK OF ESTROGEN USE How can I reduce the risks associated with taking Premarin?**
If you use estrogens take Premarin, you can reduce your risks by doing these things:

*See your doctor healthcare provider regularly.*
While you are using estrogens taking Premarin, it is important to visit your doctor *healthcare provider* at least once a year for a check-up. If you develop vaginal bleeding while taking estrogens Premarin, you may need further evaluation. If members of your family have had breast cancer or if you have ever had breast lumps or an abnormal mammogram (breast x-ray), you may need to have more frequent breast examinations.

*Reassess your need for estrogens.*
You and your doctor should reevaluate whether or not you still need estrogens at least every six months. Every 3-6 months you and your healthcare provider should discuss whether or not you still need Premarin to control your hot flushes and vaginal symptoms.

*Be alert for signs of trouble.*
If any of these warning signals (or any other unusual symptoms) happen while you are using estrogens taking Premarin, call your doctor healthcare provider immediately right away:

- Abnormal bleeding from the vagina (possible uterine cancer)
- Pains in the calves or chest, sudden shortness of breath, or coughing blood (possible clot in the



Confidential Pursuant to Confidentiality Order ROSSC003-001872

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0030

legs, heart, or lungs)

- Severe headache or vomiting, dizziness, faintness, changes in vision or speech, weakness or numbness of an arm or leg (possible clot in the brain or eye)
- Breast lumps (possible breast cancer). Check your breasts every month. Ask your ~~doctor or health professional~~ healthcare provider to show you how to examine your breasts ~~monthly)~~
- Yellowing of the skin or whites of the eyes (possible liver problem)
- Pain, swelling, or tenderness in the abdomen (stomach area; possible gallbladder problem)

**Other Information**

1. Estrogens increase the risk of ~~developing~~ getting a condition (endometrial hyperplasia) that may lead to cancer of the lining of the uterus. Taking progestins, another hormonal drug, with estrogens lowers the risk of ~~developing~~ getting this condition. Therefore, if your uterus has not been removed, your ~~doctor~~ healthcare provider may prescribe a progestin for you to take together with the ~~estrogen~~ Premarin.

~~You should know, however, that taking estrogens *with* progestins may have additional risks. These may include unhealthy effects on blood fats (especially the lowering of HDL blood cholesterol, the "good" blood fat which protects against heart disease). However, while it has been reported that some estrogen and progestin combinations have an unfavorable effect on blood fats, studies of Premarin given with medroxyprogesterone acetate (MPA) (0.625 mg Premarin with either 2.5 mg MPA continuously or 5 mg of MPA cyclically) have shown decreases in LDL ("bad" cholesterol) and increases in HDL ("good" cholesterol). Other risks include unhealthy effects on blood sugars, which might make a diabetic condition worse, and a possible further increase in breast cancer risk which may be associated with long-term estrogen use.~~

~~Some research has shown that estrogens taken *without* progestins may protect women against developing heart disease. However, this is not certain. The protection shown may have been caused by the characteristics of the estrogen-treated women, and not by the estrogen treatment itself. In general, treated women were slimmer, more physically active, and were less likely to have diabetes than the untreated women. These characteristics are known to protect against heart disease.~~

~~**You are cautioned to discuss very carefully with your doctor or health care provider all the possible risks and benefits of long-term estrogen and progestin treatment as they affect you personally.**~~

2. Your ~~doctor~~ healthcare provider has prescribed this drug for you and you alone. Do not give the drug to anyone else.

3. If you will be taking calcium supplements as part of ~~the~~ your treatment to help prevent osteoporosis, ~~check with your doctor~~ please ask your healthcare provider about the amounts recommended.

4. Keep this and all drugs out of the reach of children. In case of overdose, call your doctor or healthcare provider, hospital or poison control center ~~immediately~~ right away.



Confidential Pursuant to Confidentiality Order
ROSSC003-001873

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0031

~~5. This leaflet provides a summary of the most important information about estrogens. If you want more information, ask your doctor or pharmacist to show you the professional labeling. The professional labeling is also published in a book called *The Physicians' Desk Reference*, which is available in bookstores and public libraries. Generic drugs carry virtually the same labeling information as their brand name versions.~~

**HOW SUPPLIED**

Premarin® (conjugated estrogens tablets, USP) - tablets for oral administration.

Each oval purple tablet contains 2.5 mg.
Each oval yellow tablet contains 1.25 mg.
Each oval white tablet contains 0.9 mg.
Each oval maroon tablet contains 0.625 mg.
Each oval green tablet contains 0.3 mg.
The appearance of these tablets is a trademark of Wyeth-Ayerst Laboratories.

W Ayerst Laboratories Inc.
A Wyeth-Ayerst Company
Philadelphia, PA 19101

CI 6045-~~2~~ Revised



Confidential Pursuant to Confidentiality Order
ROSSC003-001874

HRT PLAINTIFFS' EXHIBIT # 6766 PAGE 0032

/s/

---------------------

Susan Allen
2/21/01 04:28:04 PM



Confidential Pursuant to Confidentiality Order ROSSC003-001875

WYETH AYERST

INTERNAL CORRESPONDENCE

| | | | | | |
|---|---|---|---|---|---|
| TO | List | | FROM | Ms. Nancy Holston NH | |
| COMPANY | W-AR | LOCATED Various | COMPANY | WAR | LOCATED 150/B3 |
| SUBJECT | *Contact Report–Premarin/Prempro/Premphase Labeling* | | DATE | February 22, 2001 | |

*FDA Telephone Contact Report*

| | |
|---|---|
| **Date of Telephone Call:** | February 22, 2001 |
| **Topic Discussed:** | Premarin/Prempro/Premphase Labeling |
| **NDA No.:** | 04-782 and 20-527 |
| **Person Calling:** | Ms. Nancy Holston |
| **Person Called:** | Ms. Diane Moore, Project Manager, DRUDP |

I telephoned Diane Moore this morning to thank her for responding within our timeframe to the labeling submissions we made regarding breast cancer (CBE-30) and several other safety changes (CBE-0). Ms. Moore said that since the fax had been sent, they noted a few additional changes that weren't on the previous fax. They were minor in nature and will be included in the analysis of the FDA labeling response being prepared for release this afternoon.

Ms. Moore expressed her appreciation for our patience in awaiting their response and not asking for information to be released to us prematurely.

NEH:jad:1304

cc: Ms. Abrams, Ms. Burka, Dr. Burlington, Ms. Cobb, Ms. Durocher, Dr. Fontaine, Ms. Littlejohn, Ms. Mitrione, Mr. Panagy, Mr. Parker, Ms. Rosser, Dr. Sonk, Mr. Victoria, Dr. Weber

168-F

24

Confidential Pursuant to Confidentiality Order

## *DISTRIBUTION LIST*

TABLETS

| | | | |
|---|---|---|---|
| *Ms. Abrams* | *150/B3* | *Mr. Mahady* | *555/6* |
| *Ms. Burka* | *150/B1* | *Ms. Mitrione* | *150/B3* |
| *Dr. Burlington* | *150/B3* | *Mr. Panagy* | *555/6* |
| *Ms. Cobb* | *555/3* | *Mr. Parker* | *170/1* |
| *Ms. Conaboy* | *555/6* | *Ms. Pinizzotto* | *201/5112* |
| *Dr. de Vane* | *555/3* | *Mr. Poussot* | *555/6* |
| *Dr. Dey* | *130/2* | *Ms. Rosser* | *150/B3* |
| *Ms. Durocher* | *555/6* | *Dr. Rhudy* | *150/A2* |
| *Mr. Essner* | *MAD/3E* | *Dr. Sonk* | *170/2* |
| *Dr. Fontaine* | *150/B1* | *Mr. Tasher* | *MAD/2A* |
| *Dr. Hall* | *150/B3* | *Mr. Victoria* | *MAD/2E* |
| *Ms. Hunter* | *170/1* | *Dr. Weber* | *555/3* |
| | | *Mr. Zucal* | *201/5110* |

# INTERNAL CORRESPONDENCE

WYETH AYERST

| | | | |
|---|---|---|---|
| to | Distribution List | from | N.E. Holston |
| company | W-AR located Various | company | W-AR located 150/3 |
| subject | *Premarin Tablets NDA 04-782* | date | February 23, 2001 |

On Thursday February 22, 2001 the attached fax (Attachment A) was received from FDA providing their response to our supplemental New Drug Applications dated May 1, 2000 (S-112), June 19, 2000 (S-114), December 22, 2000 (S-117), January 19, 2001 (S-118), and January 22, 2001 (S-119). FDA informed us that they found these supplemental applications approvable as amended by the Agency. For additional information regarding the content of these supplements, please see Attachment B.

FDA has accepted our proposed breast cancer language, including the information regarding absolute breast cancer risk. Issues to be addressed include the cardiovascular language, from which a significant amount of information has been deleted, and the deletion of the indication for management of osteoporosis. Please refer to Attachment C for a detailed description of the changes made to the draft labeling. It should be noted that FDA used as a basis for the labeling the PEPI labeling draft provided in their November 29, 2000 letter.

We are notifying the Division of our intent to amend the application and propose revisions as appropriate. This labeling will be discussed at the next Labeling Committee Meeting to discuss all changes made by the Agency and to craft a counterproposal where appropriate.

NH/CR:tabletsmemo2001feb23