# EXHIBIT 76

06/07/02

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

.032/00114601R

NDA 20-527/S-011, S-016, S-019, S-020, S-022, S-023,

RECEIVED

JUN 17 2002

NANETTE E. HOLSTON
U.S. REGULATORY AFFAIRS

Wyeth-Ayerst Laboratories
Attention: Nanette Holston
Director, Worldwide Regulatory Affairs
P.O. Box 8299
Philadelphia, PA 19101-8299

Dear Ms. Holston:

Please refer to your supplemental new drug applications dated June 4, 1997 (S-011) September 27, 1999 (S-016) January 19, 2001 (S-019) and January 22, 2001 (S-020) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Prempro/premphase (conjugated estrogen/medroxyprogesterone acetate) tablets, 0.625 mg/2.5 mg, and 0.625 mg/5 mg.

Your submission dated May 17, 2001 constituted a complete response to our November 29, 2000, action letter for Supplement S-011 and our February 21, 2001, action letter for Supplements S-016, S-019, and S-020.

We also acknowledge receipt of your submissions dated September 7, 2001 (S-022), October 26, 2001 (S-023), November 8, 2001 (S-011, S-016, S-019, S-020) and February 19, 2002 (S-023).

The supplemental new drug applications (serial numbers 011, 016, 019, and 020) provide for:

Changes to the **DESCRIPTION, CLINICAL PHARMACOLOGY, PHARMACOKINETICS, CLINICAL STUDIES, WARNINGS, PRECAUTIONS, ADVERSE REACTIONS** and **PATIENT INFORMATION** sections of the labeling (S-011, S-016, S-019, S-020).

The "Changes Being Effected" supplemental new drug applications (serial number 022 and 023) provides for:

1. Changes to the **WARNINGS AND ADVERSE REACTIONS** sections of the labeling (S-022).
2. Revisions to the text of the Physician Package Insert to update the safety information under the **PRECAUTIONS/General** section and in the Patient labeling section **INFORMATION FOR THE PATIENT/RISKS OF ESTROGENS AND OR PROGESTINS.** (S-023)

We have completed the review of these applications, as amended, and they are approvable. Before these applications may be approved, however, it will be necessary for you to submit final printed labeling (FPL) for the drug. The labeling should be identical in content to the enclosed labeling (text for the package insert, text for the patient package insert). Additions are delineated with double underlining, deletions are delineated with ~~strikeouts~~ and comments are delineated with **14-Font BOLD** script.

In addition, all previous revisions as reflected in the most recently approved labeling must be included. To facilitate review of your submission, please provide a highlighted or marked-up copy that shows the changes that are being made.

EXHIBIT
Fontaine-32
DEBRA J. WEAVER
5-30-06

Confidential Pursuant to Confidentiality Order

Please submit the copies of final printed labeling (FPL) electronically (to each application) according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDA* (January 1999). Alternatively, you may submit 20 paper copies of the FPL (to each application), ten of which individually mounted on heavy weight paper or similar material.

If additional information relating to the safety or effectiveness of these drugs becomes available, revision of the labeling may be required.

Within 10 days after the date of this letter, you are required to amend the supplemental applications, notify us of your intent to file amendments, or follow one of your other options under 21 CFR 314.110. In the absence of any such action FDA may proceed to withdraw the applications. Any amendment should respond to all the deficiencies listed. We will not process a partial reply as a major amendment nor will the review clock be reactivated until all deficiencies have been addressed.

If you have any questions, call Dornette Spell-LeSane, Regulatory Project Manager, at (301) 827-4260.

Sincerely,

*{See appended electronic signature page}*

Daniel Shames, M.D.
Acting Director
Division of Reproductive and Urologic Drug Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research

Enclosure



Confidential Pursuant to Confidentiality Order 

**PREMPRO™**
(conjugated estrogens tablets/medroxyprogesterone acetate tablets)

**PREMPHASE®**
**(conjugated estrogens tablets/medroxyprogesterone acetate tablets)**

**℞ only**

**DESCRIPTION**
~~PREMPRO~~ PREMPRO™ therapy consists of a single tablet containing 0.625 mg of the conjugated estrogens found in Premarin® tablets and 2.5 mg or 5 mg of medroxyprogesterone acetate (MPA) for oral administration.

~~PREMPHASE~~ PREMPHASE® therapy consists of two separate tablets, a maroon Premarin tablet containing 0.625 mg of conjugated estrogens which is taken orally on days 1 through 14 and a light-blue tablet containing 0.625 mg of the conjugated estrogens found in Premarin tablets and 5 mg of medroxyprogesterone acetate (MPA) which is taken orally on days 15 through 28.

The conjugated estrogens found in Premarin tablets ~~include~~ are a mixture of ~~the~~ sodium ~~sulfate conjugates of~~ estrone sulfate and sodium equilin sulfate. They contain as concomitant components, as sodium sulfate conjugates, 17 α- dihydroequilin, 17β-dihydroequilenin, 17 α-estradiol, ~~17α-dihydroequilenin~~ and 17 β-dihydroequilin. ~~, equilenin, 17β-estradiol and $\Delta^{8,9}$-dehydroestrone.~~

Medroxyprogesterone acetate is a derivative of progesterone. It is a white to off-white, odorless, crystalline powder, stable in air, melting between 200°C and 210°C. It is freely soluble in chloroform, soluble in acetone and in dioxane, sparingly soluble in alcohol and in methanol, slightly soluble in ether, and insoluble in water. The chemical name for MPA is pregn-4-ene-3,20-dione, 17-(acetyloxy)-6-methyl-, (6α)-. Its molecular formula is $C_{24}H_{34}O_4$, with a molecular weight of 386.53. Its structural formula is:



PREMPRO 2.5 mg
Each peach tablet for oral administration contains 0.625 mg conjugated estrogens, 2.5 mg of medroxyprogesterone acetate and the following inactive ingredients: calcium phosphate tribasic,



Confidential Pursuant to Confidentiality Order W-MDL527-00044498

calcium sulfate, carnauba wax, cellulose, glyceryl monooleate, lactose, magnesium stearate, methylcellulose, pharmaceutical glaze, polyethylene glycol, sucrose, povidone, titanium dioxide, red ferric oxide.

PREMPRO 5 mg
Each light-blue tablet for oral administration contains 0.625 mg conjugated estrogens, 5 mg of medroxyprogesterone acetate and the following inactive ingredients: calcium phosphate, tribasic, calcium sulfate, carnauba wax, cellulose, glyceryl monooleate, lactose, magnesium stearate, methylcellulose, pharmaceutical glaze, polyethylene glycol, sucrose, povidone, titanium dioxide, FD&C Blue No. 2.

PREMPHASE
Each maroon Premarin tablet for oral administration contains 0.625 mg of conjugated estrogens and the following inactive ingredients: calcium phosphate tribasic, calcium sulfate, carnauba wax, cellulose, glyceryl monooleate, lactose, magnesium stearate, methylcellulose, pharmaceutical glaze, polyethylene glycol, stearic acid, sucrose, titanium dioxide, FD&C Blue No.2, D&C Red No.27, FD&C Red No. 40. These tablets comply with USP Drug Release Test 1.

Each light-blue tablet for oral administration contains 0.625 mg of conjugated estrogens and 5 mg of medroxyprogesterone acetate and the following inactive ingredients: calcium phosphate tribasic, calcium sulfate, carnauba wax, cellulose, glyceryl monooleate, lactose, magnesium stearate, methylcellulose, pharmaceutical glaze, polyethylene glycol, sucrose, povidone, titanium dioxide, FD&C Blue No.2.

**CLINICAL PHARMACOLOGY**

Endogenous estrogens are largely responsible for the development and maintenance of the female reproductive system and secondary sexual characteristics. ~~By a direct action, they cause growth and development of the uterus, fallopian tubes, and vagina. With other hormones, such as pituitary hormones and progesterone, they cause enlargement of the breasts through promotion of ductal growth, stromal development, and the accretion of fat. Estrogens are intricately involved with other hormones, especially progesterone, in the processes of the ovulatory menstrual cycle and pregnancy and affect the release of pituitary gonadotropins. They also contribute to the shaping of the skeleton, maintenance of tone and elasticity of urogenital structures, changes in the epiphyses of the long bones that allow for the pubertal growth spurt and its termination, and pigmentation of the nipples and genitals.~~

Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than its metabolites, estrone and estriol at the receptor level. The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 µg of estradiol daily, depending on the phase of the menstrual cycle. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone by peripheral tissues. This, estrone and the sulfate conjugated form, estrone sulfate, are the most abundant circulating estrogens in postmenopausal women.



Confidential Pursuant to Confidentiality Order W-MDL527-00044499

Estrogens ~~are thought to~~ act through binding to nuclear receptors in estrogen-responsive tissues. To date, two estrogen receptors have been identified. These vary in proportion from tissue to tissue.

Circulating estrogens modulate the pituitary secretion of gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (FSH) through a negative feedback mechanism. Estrogen replacement therapy acts to reduce the elevated levels of these gonadotropins seen in postmenopausal women.

Parenterally administered MPA inhibits gonadotropin production, which in turn prevents follicular maturation and ovulation, although available data indicate that this does not occur when the usually recommended oral dosage is given as single daily doses. MPA may achieve its beneficial effect on the endometrium in part by decreasing nuclear estradiol receptors and suppression of epithelial DNA synthesis in endometrial tissue. Androgenic and anabolic effects of medroxyprogesterone acetate (MPA) have been noted, but the drug is apparently devoid of significant estrogenic activity.

~~**PHARMACOKINETICS**~~ **Pharmacokinetics**

~~**Absorption**~~ ***Absorption***

Conjugated estrogens are soluble in water and are well absorbed from the gastrointestinal tract after release from the drug formulation. However, PREMPRO and PREMPHASE contain a formulation of MPA that is immediately released and conjugated estrogens that are slowly released over several hours. ~~Maximum plasma concentrations of the various conjugated and unconjugated estrogens are attained within 4 to 10 hours after dose oral administration.~~ MPA is well absorbed from the gastrointestinal tract. ~~, and maximum MPA plasma concentrations are attained within 2 to 4 hours after oral administration.~~ Table 1 summarizes the mean pharmacokinetic parameters for unconjugated and conjugated estrogens, and medroxyprogesterone acetate following administration of 0.625 mg/2.5 mg and 0.625 mg/5 mg tablets to healthy postmenopausal women.

*Food-Effect*: Single dose studies in healthy, postmenopausal women were conducted to investigate any potential drug interaction when PREMPRO or PREMPHASE is administered with a high fat breakfast. Administration with food decreased the $C_{max}$ of total estrone by 18 to 34% and increased total equilin $C_{max}$ by 38% compared to the fasting state, with no other effect on the rate or extent of absorption of other conjugated or unconjugated estrogens. Administration with food approximately doubles MPA $C_{max}$ and increases MPA AUC by approximately 20 to 30%.

*Dose Proportionality*: The $C_{max}$ and AUC values for MPA observed in two separate pharmacokinetic studies conducted with PREMPRO or PREMPHASE 2 x 0.625 mg/2.5 mg and 2 x 0.625 mg/5 mg tablets exhibited nonlinear dose proportionality; doubling the MPA dose from 2x2.5 to 2x5.0 mg increased the mean $C_{max}$ and AUC by 3.2 and 2.8 folds, respectively. The apparent clearance (CL/F) of MPA obtained with 2 x 0.625 mg/5 mg tablets were lower than that observed with 2 x 0.625 mg/2.5 mg tablets.

**Table 1. PHARMACOKINETIC PARAMETERS FOR UNCONJUGATED AND CONJUGATED ESTROGENS (CE), AND MEDROXYPROGESTERONE ACETATE (MPA)**

| DRUG 2x 0.625 mg CE/2.5 mg MPA Combination Tablets (n=54) | 2 x 0.625 mg CE/5mg MPA Combination Tablets (n=51) |
|---|---|



Confidential Pursuant to Confidentiality Order 

| PK Parameter Geometric Mean (SD) | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | AUC (pg•h/mL) | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | AUC (pg•h/mL) |
|---|---|---|---|---|---|---|---|---|
| *Unconjugated Estrogens* | | | | | | | | |
| Estrone | 175 (41) | 7.6 (1.8) | 31.6 (7.4) | 5358 (1840) | 124 (53) | 10 (3.5) | 62.2 (85.2) | 6303 (2542) |
| BA*-Estrone | 159 (41) | 7.6 (1.8) | 16.9 (5.8) | 3313 (1310) | 104 (51) | 10 (3.5) | 26.0 (25.9) | 3136 (1598) |
| Equilin | 71 (22) | 5.8 (2.0) | 9.9 (3.5) | 951 (413) | 54 (23) | 8.9 (3.0) | 15.5 (8.2) | 1179 (540) |
| **PK Parameter** Geometric Mean (SD) | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | AUC (pg•h/mL) | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | AUC (pg•h/mL) |
| *Conjugated Estrogens* | | | | | | | | |
| Total Estrone | 6.6 (2.5) | 6.1 (1.7) | 20.7 (7.0) | 116 (68) | 6.3 (3.0) | 9.1 (2.6) | 23.6 (8.4) | 151 (63) |
| BA* -Total Estrone | 6.4 (2.5) | 6.1 (1.7) | 15.4 (5.2) | 100 (57) | 6.2 (3.0) | 9.1 (2.6) | 20.6 (7.3) | 139 (56) |
| Total Equilin | 5.1 (2.3) | 4.6 (1.6) | 11.4 (2.9) | 50 (35) | 4.2 (2.2) | 7.0 (2.5) | 17.2 (22.6) | 72 (36) |
| ***Medroxyprogesterone Acetate*** | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | Cl/F (L/h/kg) | $C_{max}$ (pg/mL) | $t_{max}$ (h) | $t_{1/2}$ (h) | Cl/F (L/h/kg) |
| MPA | 1.5 (0.6) | 2.8 (1.5) | 37.6 (11.2) | 2.3 (0.7) | 4.8 (1.5) | 2.4 (1.2) | 46.3 (18.0) | 1.6 (0.5) |

BA* = Baseline Adjusted $t_{1/2}$ = terminal-phase disposition half-life ($0.693/\gamma_z$)
$C_{max}$ = peak plasma concentration AUC = total area under the curve
$t_{max}$ = time peak concentration occurs Cl/F = apparent oral clearance

**~~Distribution~~** ***Distribution***

The distribution of exogenous estrogens is similar to that of endogenous estrogens. Estrogens are widely distributed in the body and are generally found in higher concentrations in the sex hormone target organs. Estrogens circulate in the blood largely bound to sex hormone binding globulin (SHBG) and albumin. MPA is approximately 90% bound to plasma proteins but does not bind to SHBG.

**~~Metabolism~~** ***Metabolism***

Exogenous estrogens are metabolized in the same manner as endogenous estrogens. Circulating estrogens exist in a dynamic equilibrium of metabolic interconversions. These transformations take place mainly in the liver. Estradiol is converted reversibly to estrone, and both can be converted to estriol, which is the major urinary metabolite. Estrogens also undergo enterohepatic recirculation via sulfate and glucuronide conjugation in the liver, biliary secretion of conjugates into the intestine, and hydrolysis in the gut followed by resorption. In postmenopausal women a significant proportion of the circulating estrogens exists as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogens. Metabolism and elimination of MPA occurs primarily in the liver via hydroxylation, with subsequent conjugation and elimination in the urine.

**~~Excretion~~** ***Excretion***

Estradiol, estrone, and estriol are excreted in the urine along with glucuronide and sulfate conjugates. Most metabolites of MPA are excreted as glucuronide conjugates with only minor amounts excreted as sulfates.

Special Populations

~~***Geriatric:*** **There have not been sufficient numbers of geriatric patients involved in clinical studies utilizing Premarin and medroxyprogesterone acetate to determine whether those over 65 years of age differ from younger subjects in their response to PREMPRO or PREMPHASE.**~~

~~***Pediatric:*** **PREMPRO and PREMPHASE are not indicated in children.**~~

~~*Gender*: PREMPRO and PREMPHASE are indicated in women only. No studies were done to determine the effect of gender on the pharmacokinetics of PREMPRO and PREMPHASE.~~

~~***Race*: No studies were done to determine the effect of race on the pharmacokinetics of PREMPRO and PREMPHASE.**~~

~~***Renal Insufficiency*: No pharmacokinetic studies for PREMPRO and PREMPHASE have been conducted in postmenopausal women with renal insufficiency.**~~

~~***Hepatic Insufficiency*: No pharmacokinetic studies for PREMPRO and PREMPHASE have been conducted in postmenopausal women with hepatic insufficiency.**~~

**No pharmacokinetic studies were conducted in special populations, including patients with renal or hepatic impairment.**

**Drug Interactions**

Data from a single dose drug-drug interaction study involving conjugated estrogens and medroxyprogesterone acetate indicate that the pharmacokinetic disposition of both drugs are not altered when the drugs are coadministered. ~~Other~~ No other clinical drug-drug interaction studies have ~~not~~ been conducted with conjugated estrogens.

In vitro and in vivo studies have shown that ~~17 β-estradiol, one of the components of conjugated estrogens, is~~ estrogens are metabolized partially by cytochrome P450 3A4 (CYP3A4). Therefore, ~~strong CYP3A4~~ inducers or inhibitors of CYP3A4 may affect estrogen drug metabolism. Inducers of CYP3A4 such as St. John's Wort preparations (Hypericum perforatum), phenobarbital, carbamazepine, and rifampicin may reduce plasma concentrations of ~~17 β-estradiol~~ estrogens, possibly resulting in a decrease in therapeutic effects and/or changes in the uterine bleeding profile. Inhibitors of CYP3A4 such as erythromycin, clarithromycin, ketoconazole, itraconazole, ritonavir and grapefruit juice may increase plasma concentrations of estrogens and may result in side effects.

~~**CLINICAL STUDIES**~~ **Clinical Studies**

~~***Information Regarding Effects on the Endometrium***~~ **Effects on the endometrium.**

In a 1-year clinical trial of 1376 women randomized to PREMPRO 0.625 mg/2.5 mg (~~Regimen~~ Group A, n=340), PREMPRO 0.625 mg/5 mg (~~Regimen~~ Group B, n=338), PREMPHASE 0.625 mg/5 mg (~~Regimen~~ Group C, n=351), or Premarin 0.625 mg alone (n=347), results of evaluable biopsies at 12 months (n=279 for ~~Regimen~~ Group A, 274 for ~~Regimen~~ Group B, 277 for ~~Regimen~~ Group C, and 283 for Premarin alone) showed a reduced risk of endometrial hyperplasia in the two PREMPRO treatment groups (less than 1%) and in the PREMPHASE treatment group (less than 1%; 1% when focal hyperplasia was included) compared to the Premarin group (8%; 20% when focal hyperplasia was included). See Table 2.

Table 2. INCIDENCE OF ENDOMETRIAL HYPERPLASIA AFTER ONE YEAR OF TREATMENT

| ----------------Groups----------------- | | | |
|---|---|---|---|
| PREMPRO | PREMPRO | PREMPHASE | Premarin |



Confidential Pursuant to Confidentiality Order

| Patient | 0.625 mg/2.5 mg | 0.625 mg/5ml | 0.625 mg/5mg | 0.625 mg |
|---|---|---|---|---|
| Total number of patients | 340 | 338 | 351 | 347 |
| Number of patients with evaluable biopsies | 279 | 274 | 277 | 283 |
| No. (%) of patients with biopsies | | | | |
| •all focal and non-focal hyperplasia | 2 (<1)* | 0(0)* | 3(1)* | 57 (20) |
| •excluding focal cystic hyperplasia | 2 (<1)* | 0(0)* | 1(<1)* | 25 (8) |

* Significant (p < 0.001) in comparison with Premarin (0.625 mg) alone.

~~Information Regarding Control of Bleeding~~ *Effects on uterine bleeding or spotting.*
~~In this clinical trial the incidence of amenorrhea increased over time in both PREMPRO groups. Seventeen percent of the patients randomized to Regimen Group A experienced amenorrhea during the entire 13 cycles of the study, and 15 percent of the patients on Regimen Group B experienced amenorrhea during the entire 13 cycles of the study. The following two figures describe cumulative amenorrhea which is defined as amenorrhea continuing from a given cycle to the end of the study.~~
The effects of PREMPRO on uterine bleeding or spotting, as recorded on daily diary cards, were evaluated in this same clinical trial. Results are shown in Figure 1.

**NOTE: Please retitle Figure 1 to read "Patients With Cumulative Amenorrhea Over time (Percentage of Women With No Bleeding or Spotting At A Given Month Through Month 12), Intent-to-Treat Population"**



Confidential Pursuant to Confidentiality Order W-MDL527-00044503

Patients with Cumulative Amenorrhea Over Time
All Enrolled Patients




Group A: PREMARIN 0.625 mg + MPA 2.5 mg
Group B: PREMARIN 0.625 mg + MPA 5.0 mg

Note: At each cycle, the percentage of women who were amenorrheic in that cycle and through cycle 13 is shown.

**NOTE: Please delete Figure 2.**



Confidential Pursuant to Confidentiality Order W-MDL527-00044504




Group A: PREMARIN 0.625 mg + MPA 2.5 mg
Group B: PREMARIN 0.625 mg + MPA 5.0 mg

Note: At each cycle, the percentage of women who were amenorrheic in that cycle and through cycle 13 is shown.

~~**Information Regarding Osteoporosis**~~ ***<u>Effects on bone mineral density.</u>***

In the 3-year, randomized, double-blind, placebo-controlled Postmenopausal Estrogen/Progestin Interventions (PEPI) trial, the effect of Premarin 0.625 mg (conjugated estrogens tablets, USP), given alone or in combination with medroxyprogesterone acetate (MPA), on bone mineral density (BMD) was evaluated in postmenopausal women. One of the regimens evaluated was continuous combined Premarin 0.625 mg/MPA 2.5 mg.

*Intent to treat subjects*

In the intent-to-treat subjects, BMD increased significantly ($p<0.001$) compared to baseline or placebo at both the hip and the spine in women assigned to Premarin or the continuous Premarin/MPA regimen. Spinal BMD increased 3.46% among women assigned to Premarin, increased 4.87% in women assigned to the Premarin/MPA regimen, and decreased 1.81% in women assigned to placebo. At the hip, women assigned to Premarin gained 1.31%, women assigned to Premarin/MPA gained 1.94% while women assigned to placebo lost 1.62%.

*Adherent subjects*

In the adherent subjects, BMD also increased significantly (p<0.001) compared to baseline or placebo at both the hip and the spine in women assigned to Premarin or continuous Premarin/MPA. Spinal BMD increased 5.16% among women assigned to Premarin, increased 5.49% in women assigned to Premarin/MPA and decreased 2.82 % in women assigned to placebo. At the hip, women assigned to Premarin gained 2.60%, women assigned to Premarin/MPA gained 2.23% while women assigned to placebo lost 2.17%.

~~The addition of MPA did not attenuate and may have enhanced the beneficial effects of estrogen on mean percent change in BMD. The addition of MPA did not attenuate the effects of estrogen on mean percent change in BMD.~~ These results are summarized in Table 3 and 4 below.

**Table 3. MEAN PERCENTAGE CHANGE FROM BASELINE IN BMD AT 36 MONTHS IN INTENT-TO-TREAT SUBJECTS****

| | **Spine** | | | **Hip** | | |
|---|---|---|---|---|---|---|
| Regimen | n | Mean % Change | 95% CI | n | Mean % Change | 95% CI |
| Premarin 0.625 mg | 175 | +3.46%*† | 2.78, 4.14 | 175 | +1.31%*† | 0.76, 1.86 |
| Premarin 0.625mg/ MPA 2.5 mg | 174 | +4.87%*† | 4.21, 5.52 | 174 | +1.94%*† | 1.50, 2.39 |
| Placebo | 174 | -1.81%* | -2.51, -1.12 | 173 | -1.62%* | -2.16, -1.08 |

* denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes mean percentage change from baseline is significantly different from placebo at the 0.001 level.
** Includes all 523 women who were randomized to either Premarin, Premarin/MPA or Placebo whether or not they completed the study. If BMD was not available at 36 months, then the 12 months value was carried forward and analyzed. Baseline values were carried forward if 12 months and 36 months data were unavailable. Most patients who discontinued study medication were followed through month 36 and could have been off therapy for an extended period prior to their month 36 evaluation.

**Table 4. MEAN PERCENTAGE CHANGES FROM BASELINE IN BMD AT 36 MONTHS IN ADHERENT SUBJECTS****

| | **Spine** | | | **Hip** | | |
|---|---|---|---|---|---|---|
| Regimen | n | Mean % Change | 95% CI | n | Mean % Change | 95% CI |
| Premarin 0.625 mg | 95 | +5.16%*† | 4.32, 6.00 | 95 | +2.60%*† | 1.97, 3.23 |
| Premarin 0.625mg/ MPA 2.5 mg | 144 | +5.49%*† | 4.79, 6.18 | 144 | +2.23%*† | 1.75, 2.71 |
| Placebo | 124 | -2.82* | -3.54, -2.10 | 123 | -2.17* | -2.78, -1.56 |

* denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes mean percentage change from baseline is significantly different from placebo at the 0.001 level.
**** Women who completed the study, had BMD reported at month 36, and took 80% or more of their prescribed study medication.**

In general, older women (55-64 years of age) taking placebo in the PEPI study lost bone at a lower rate than younger women (45-54 years of age). Conversely, older women receiving Premarin or Premarin 0.625mg/MPA 2.5 mg had greater increases in BMD than younger women. Tables 5 and 6 present data for women 45 to 54 years of age and women 55 to 64 years of age.

**Table 5. MEAN PERCENT CHANGE FROM BASELINE IN BMD FOR WOMEN 45 TO 54 YEARS OF AGE**

| | Intent-To-Treat Subjects | Adherent Subjects |
|---|---|---|



Confidential Pursuant to Confidentiality Order 

| Regimen | n | Mean % Change at the Spine | n | Mean % Change at the Hip | n | Mean % Change at the Spine | n | Mean % Change at the Hip |
|---|---|---|---|---|---|---|---|---|
| Premarin 0.625 mg | 74 | +2.45%†** | 74 | +1.37%†** | 43 | +3.73%†** | 43 | +2.20%†** |
| Premarin 0.625mg/ MPA 2.5 mg | 69 | +3.53%†** | 69 | +1.26%†** | 58 | +3.97%†** | 58 | +1.48%†** |
| Placebo | 78 | -2.82%** | 78 | -2.23%** | 50 | -4.02%** | 50 | -3.04%** |

** denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes the mean percent change from baseline is significantly different from placebo at the 0.001 level.

| Table 6. MEAN PERCENT CHANGE FROM BASELINE IN BMD FOR WOMEN 55 TO 64 YEARS OF AGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Intent-To-Treat Subjects | | | | Adherent Subjects | | | |
| Regimen | n | Mean % Change at the Spine | n | Mean % Change at the Hip | n | Mean % Change at the Spine | n | Mean % Change at the Hip |
| Premarin 0.625 mg | 101 | +4.21%†‡** | 101 | +1.27%†** | 52 | +6.34%†‡** | 52 | +2.93%†** |
| Premarin 0.625mg/ MPA 2.5 mg | 105 | +5.75%†‡** | 105 | +2.39%†** | 86 | +6.51%†‡** | 86 | +2.73%†** |
| Placebo | 95 | -1.01%* | 94 | -1.14%* | 73 | -2.04%‡** | 72 | -1.60%** |

* denotes a statistically significant mean change from baseline at the 0.05 level.
** denotes a statistically significant mean change from baseline at the 0.001 level.
† denotes the mean percent change from baseline is significantly different from placebo at the 0.001 level.
‡ denotes the mean percent change from baseline in the older age group is significantly different from the mean percent change in the younger age group at the 0.05 level.

~~**Information Regarding Lipid Effects**~~ ***Effects on lipids.***

The results of a clinical trial conducted in a 97% Caucasian population at low risk for cardiovascular disease showed that the increases in HDL-C and the $HDL_2$-C subfraction were significantly less for PREMPRO and PREMPHASE than Premarin alone, but decreases in LDL-C were comparable with Premarin alone. Compared with Premarin, total Cholesterol concentrations were significantly lower after 1 year of treatment than at baseline among patients receiving PREMPRO or PREMPHASE.

The following table summarizes mean percent changes from baseline lipid parameter values after 1 year of treatment with the combined regimens.

Table 7. MEAN PERCENT CHANGE FROM BASELINE LIPID PROFILE VALUES AFTER ONE YEAR OF TREATMENT

| | ---------------- Treatment Groups | ---------------- | | |
|---|---|---|---|---|
| | PREMPRO | PREMPRO | PREMPHASE Premarin | |
| | 0.625 mg/2.5 mg n=90 | 0.625 mg/5mg n=84 | 0.625 mg/5mg n=95 | 0.625 mg n=86 |
| Lipid Parameter | | | | |
| Total Cholesterol | -4.7,† | -4.2† | -3.5† | ±0.2 |
| HDL-C | | ±3.5,† | ±3.7† | ±4.4† |
| | | | | ±14.1 |
| $HDL_2$-C | ±34.7† | ±40.1 | ±30.3† | ±70.8 |

| | | | | |
|---|---|---|---|---|
| LDL-C | -10.3 | -8.8 | -8.7 | -7.7 |
| Triglycerides | +24.1† | +19.1† | +27.5† | +39.4 |

† Significantly ($p \leq 0.05$) different from Premarin alone.

For Information regarding cardiovascular effects in the general population, as well as in women with documented coronary heart disease, see **PRECAUTIONS**, **General** – *Cardiovascular Risk*.

**INDICATIONS AND USAGE**

PREMPRO (conjugated estrogens/medroxyprogesterone acetate tablets) or PREMPHASE (conjugated estrogens/medroxyprogesterone acetate tablets) therapy is indicated in women with an intact uterus for the:

1. Treatment of moderate to severe vasomotor symptoms associated with the menopause. There is no adequate evidence that estrogens are effective for nervous symptoms or depression which might occur during menopause and they should not be used to treat these conditions.

2. Treatment of vulvar and vaginal atrophy.

3. Prevention of postmenopausal osteoporosis.

Estrogen replacement therapy reduces bone resorption and retards postmenopausal bone loss. When estrogen therapy is discontinued, bone mass declines at a rate comparable to that of the immediate postmenopausal period.

The mainstays of prevention of postmenopausal osteoporosis are weight-bearing exercise, adequate calcium and vitamin D intake, and when indicated, estrogen. Postmenopausal women absorb dietary calcium less efficiently than premenopausal women and require an average of 1500 mg/day of elemental calcium to remain in neutral calcium balance. The average calcium intake in the USA is 400-600 mg/day. Therefore, when not contraindicated, calcium supplementation may be helpful for women with suboptimal dietary intake. Vitamin D supplementation of 400-800 IU/day may also be required to endure adequate daily intake in postmenopausal women.

Studies have shown an approximately 60% reduction in hip and wrist fractures in women whose estrogen replacement was begun within a few years after menopause. When estrogen therapy is discontinued, bone mass declines at a rate comparable to the immediate postmenopausal period.

Early menopause is one of the strongest predictors for the development of osteoporosis in all women. Other factors associated with osteoporosis include genetic factors, lifestyle and nutrition.

Risk factors for postmenopausal osteoporosis include early menopause, moderately low bone mass, thin body build, Caucasian or Asian race, family history of osteoporosis and lifestyle (sedentary exercise habits, cigarette smoking and alcohol abuse).



Confidential Pursuant to Confidentiality Order 

**CONTRAINDICATIONS**
Estrogens/progestins combined should not be used in women under any of the following conditions or circumstances:

1. Known or suspected pregnancy. , including use for missed abortion or as a diagnostic test for pregnancy. Estrogen or progestin may cause fetal harm when administered to a pregnant woman. See **PRECAUTIONS.**

2. Known or suspected cancer of the breast. Undiagnosed abnormal genital bleeding.

3. Known or suspected estrogen-dependent neoplasia. Known or suspected cancer of the breast.

4. Undiagnosed abnormal genital bleeding. Known or suspected estrogen-dependent neoplasia.

5. Active or past history of thrombophlebitis or thromboembolic disorders, or stroke deep vein thrombosis/pulmonary embolism or a history of these conditions.

6. Liver dysfunction or disease.

7. PREMPRO or PREMPHASE therapy should not be used in patients hypersensitive with known hypersensitivity to the ingredients contained in the tablets.

**WARNINGS**
**ALL WARNINGS BELOW PERTAIN TO THE USE OF THIS COMBINATION PRODUCT. Based on experience with estrogens and/or progestins:**

1. *Induction of malignant neoplasms* **Induction of Malignant Neoplasms.**
*a. Endometrial cancer.* The reported endometrial cancer risk among users of unopposed estrogen was about 2- to 2 to 12-fold greater than in nonusers and appears dependent on duration of treatment and on estrogen dose. Most studies show no significant increased risk associated with the use of estrogens for less than one year. The greatest risk appears associated with prolonged use, with increased risks of 15- to 15 to 24-fold for five years or more, and this risk has been shown to persist for at least 8 to 15 years after estrogen therapy is discontinued.

Clinical surveillance of all women taking estrogen/progestin combinations is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that the use of natural estrogens results in a different endometrial risk profile than synthetic estrogens of equivalent estrogen dose. Adding a progestin to estrogen replacement therapy has been shown to reduce the risk of endometrial hyperplasia, which may be a precursor to endometrial cancer (see **PRECAUTIONS**).

Endometrial hyperplasia (a possible precursor of endometrial cancer) has been reported in a large clinical trial to occur at a rate of approximately 1% or less with PREMPRO or



Confidential Pursuant to Confidentiality Order W-MDL527-00044509

DX00277.0014

PREMPHASE. In this large clinical trial, only a single case of endometrial cancer was reported to occur among women taking combination Premarin/MPA therapy.

***b. Breast cancer.*** ~~Some studies have reported a moderately increased risk of breast cancer (relative risk of 1.3 to 2.0) in those women on estrogen replacement therapy taking higher doses, or in those taking lower doses for prolonged periods of time, especially in excess of 10 years. The majority of studies, however, have not shown an association in women who have ever used estrogen replacement therapy.~~

~~The effect of added progestins on the risk of breast cancer is unknown, although a moderately increased risk in those taking combination estrogen/progestin therapy has been reported. Other studies have not shown this relationship. In a one year clinical trial of PREMPRO, PREMPHASE® and Premarin alone, 5 new cases of breast cancer were detected among 1377 women who received the combination treatments, while no new cases were detected among 347 women who received Premarin alone. The overall incidence of breast cancer in this clinical trial does not exceed that expected in the general population.~~

~~In the three year clinical Postmenopausal Estrogen Progestin Intervention (PEPI) trial of 875 women to assess differences among placebo, unopposed Premarin, and three different combination hormone therapy regimens, one (1) new case of breast cancer was detected in the placebo group (n=174), one in the Premarin alone group (n=175), none in the continuous Premarin plus continuous medroxyprogesterone acetate group (n=174), and two (2) in the continuous Premarin plus cyclic medroxyprogesterone acetate group (n=174).~~

~~Women on hormone replacement therapy should have regular breast examinations and should be instructed in breast self-examination, and women over the age of 50 should have regular mammograms.~~

While some epidemiologic studies suggest a very modest increase in breast cancer risk for ~~estrogen alone~~ estrogen-alone users versus non-users, other studies have not shown any increased risk. The addition of progestin to estrogen may increase the risk of breast cancer over that noted in non-hormone users more significantly (by about ~~24-~~ 24 to 40%), although this is based solely on epidemiologic studies, and definitive conclusions await prospective, controlled clinical trials. In terms of absolute breast cancer risk, approximately 45 in every 1000 women between 50 to 70 years of age (who never used ERT/HRT) will be diagnosed with breast cancer. It is estimated that among women in this age group who used ERT/HRT for 5 years, there would be 2 additional cases of breast cancer diagnosed, and for those who used ERT/HRT for ~~10-15~~ 10 to 15 years, there would be 6 to 12 additional cases diagnosed.

Women without a uterus who require hormone replacement should receive estrogen-alone therapy and should not be exposed unnecessarily to progestins. Women with a uterus who are candidates for short-term combination estrogen/progestin therapy (for relief of vasomotor symptoms) are not felt to be at a substantially increased risk for breast cancer. Women with a uterus who are candidates for long-term use of estrogen/progestin therapy should be advised of potential benefits and risks (including the potential for an increased risk of breast cancer). All



Confidential Pursuant to Confidentiality Order 

women should receive yearly breast exams by a ~~health-care~~ healthcare provider and perform monthly breast-self examinations. In addition, mammography examinations should be scheduled as suggested by providers based on patient age and risk factors.

~~2. *Thromboembolic Disorders and Other Vascular Problems*.~~ 2. ~~*Venous thromboembolism*~~
2. ~~*Thromboembolic Disorders*~~ **Thromboembolic Disorders.**

The physician should be aware of the possibility of thrombotic disorders (thrombophlebitis, retinal thrombosis, cerebral embolism, and pulmonary embolism) during estrogen replacement therapy and be alert to their earliest manifestations. Should any of these occur or be suspected, estrogen replacement therapy should be discontinued immediately. Patients who have risk factors for thrombotic disorders should be kept under careful observation.

***a. Venous thromboembolism.*** Several epidemiologic studies have found an increased risk of venous thromboembolism (VTE) in users of estrogen replacement therapy (ERT) who did not have predisposing conditions for VTE, such as past history of cardiovascular disease or a recent history of pregnancy, surgery, trauma, or serious illness. The increased risk was found only in current ERT users; it did not persist in former users. The risk appeared to be higher in the first year of use and decreased thereafter. The findings were similar for ERT alone or with added progestin and pertain to commonly used oral and transdermal doses, with a possible dose-dependent effect on risk. The studies found the VTE risk to be about one case per 10,000 women per year among women not using ERT and without predisposing conditions. The risk in current ERT users was increased to ~~2-3~~ 2 to 3 cases per 10,000 women per year.

~~*Cardiovascular disease.* Embolic cerebrovascular events have been reported in women receiving postmenopausal estrogens.~~
Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risk of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis. ~~The physician should be aware of the possibility of thrombotic disorders (thrombophlebitis, retinal thrombosis, cerebral embolism, and pulmonary embolism) during estrogen replacement therapy and be alert to their earliest manifestations. Should any of these occur or be suspected, estrogen replacement therapy should be discontinued immediately. Patients who have risk factors for thrombotic disorders should be kept under careful observation.~~

***b. Cerebrovascular disease.*** Embolic cerebrovascular events ~~and myocardial infarctions~~ have been reported in postmenopausal women receiving ~~postmenopausal~~ estrogens.

***c. Cardiovascular disease.*** Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risk of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis.

**NOTE: references and/or clinical data should be submitted to substantiate deletion of the word "nonfatal".**



Confidential Pursuant to Confidentiality Order W-MDL527-00044511

**Please provide appropriate language for adding myocardial infarctions in postmenopausal women receiving estrogens to this section.**

3. **Gallbladder Disease.**
A 2-to 4-fold 2 to 4-fold increase in the risk of gallbladder disease requiring surgery in postmenopausal women receiving postmenopausal estrogens has been reported.

4. **Hypercalcemia.**
Administration of estrogens Estrogen administration may lead to severe hypercalcemia in patients with breast cancer and bone metastases. If this hypercalcemia occurs, the drugs use of the drug should be stopped and appropriate measures taken to reduce the serum calcium level.

5. **Visual abnormalities.**
Discontinue medication pending examination if there is sudden partial or complete loss of vision, or a sudden onset of proptosis, diplopia, or migraine. If examination reveals papilledema or retinal vascular lesions, medication PREMPRO or PREMPHASE should be withdrawn discontinued.

PRECAUTIONS
**A. General**
Based on experience with estrogens and/or progestins:

1. *Addition of a progestin when a woman has not had a hysterectomy.* ***Addition of a progestin when a woman has not had a hysterectomy.***
Studies of the addition of a progestin for 10 or more days of a cycle of estrogen administration, or daily with estrogen in a continuous regimen, have reported a lowered incidence of endometrial hyperplasia than would be induced by estrogen treatment alone. Endometrial hyperplasia may be a precursor to endometrial cancer.

There are, however, possible risks that may be associated with the use of progestins in estrogen replacement regimens compared to estrogen-alone regimens. These include: (a) adverse effects on lipoprotein metabolism (e.g., lowering HDL, raising LDL); and (b) impairment of glucose tolerance. The choice of progestin, its dose, and its regimen may be important in minimizing these adverse effects.

2. *Cardiovascular risk* ***Cardiovascular risk.***
The effects of estrogen replacement on the risk of cardiovascular disease have not been adequately studied. However, data from the Heart and Estrogen/Progestin Replacement Study (HERS), a controlled clinical trial of secondary prevention of 2,763 post-menopausal postmenopausal women with documented heart disease, demonstrated no benefit. During an average follow-up of 4.1 years, treatment with oral conjugated estrogen plus medroxyprogesterone acetate did not reduce the overall rate of coronary heart disease (CHD) events in postmenopausal women with established coronary disease. There were more CHD events in the hormone treated group than in the placebo group in year 1, but fewer events in years 3 through 5.

From a large ongoing randomized placebo-controlled trial, preliminary observations suggest that there is a small increase in the number of heart attacks, stroke and VTE in women without



Confidential Pursuant to Confidentiality Order W-MDL527-00044512

DX00277.0017

~~established CHD on estrogen alone or estrogen plus progestin compared to those on placebo. Physicians are advised to weight the potential benefits and risks of therapy for each individual patient.~~

3. ~~*Elevated blood pressure.*~~ ***Elevated blood pressure.***
In a small number of case reports, substantial increases in blood pressure during estrogen replacement therapy have been attributed to idiosyncratic reactions to estrogens. In a large, randomized, placebo-controlled clinical trial, a generalized effect of estrogen therapy on blood pressure was not seen. ~~Blood pressure should be monitored at regular intervals with estrogen use.~~

4. *Familial hyperlipoproteinemia.* ***Familial hyperlipoproteinemia.***
In patients with familial defects of lipoprotein metabolism, estrogen therapy may be associated with elevations of plasma triglycerides leading to pancreatitis and other complications.

5. ~~*Impaired liver function.*~~ ***Impaired liver function.***
Estrogens may be poorly metabolized in patients with impaired liver function.

6. ~~*Hypothyroidism.*~~ ***Hypothyroidism.***
~~Patients dependent on thyroid hormone replacement therapy, however, may require increased doses in order to maintain their free thyroid hormone levels in an acceptable range (see **Drug/Laboratory Test Interactions**).~~ Estrogen administration leads to increased thyroid-binding globulin (TBG) levels. Patients with normal thyroid function can compensate for the increased TBG by making more thyroid hormone, thus maintaining free T4 and T3 serum concentrations in the normal range. Patients dependent on thyroid hormone replacement therapy who are also receiving estrogens may require increased doses of their thyroid replacement therapy. These patients should have their thyroid function monitored in order to maintain their free thyroid hormone levels in an acceptable range.

7. ~~*Fluid retention.*~~ ***Fluid retention.***
Because estrogens/progestins may cause some degree of fluid retention, patients with conditions which might be influenced by this factor, such as asthma, epilepsy, migraine and cardiac or renal dysfunction, warrant careful observation when estrogens are prescribed.

**NOTE: references or clinical data should be provided for adding porphyria to the list.**

8. ~~*Exacerbation* of other conditions~~ ***Exacerbation of endometriosis.***
~~Estrogen replacement therapy may cause an exacerbation of asthma, epilepsy, migraine or porphyria and should be used with caution in women with these conditions.~~ Endometriosis may be exacerbated with administration of estrogen therapy.

9. ~~*Hypocalcemia.*~~ ***Hypocalcemia.***
Estrogens should be used with caution in individuals with severe hypocalcemia.



Confidential Pursuant to Confidentiality Order

10. *Thromboembolism*
If feasible, estrogens should be discontinued at least four to six weeks before surgery of the type associated with an increased risk of thromboembolism, or during periods of prolonged immobilization.

**Information For The Patient**
**B. Patient Information.**
See text of Patient Information Insert which appears after the **HOW SUPPLIED** section.

**C. Laboratory Tests.**
Estrogen administration should be guided by clinical response at the smallest dose, rather than laboratory monitoring, for relief of symptoms for those indications in which symptoms are observable. For prevention of osteoporosis, however, see **DOSAGE AND ADMINISTRATION** section. lowest dose for the treatment of vasomotor symptoms and vulvar and vaginal atrophy.

**D. Drug/Laboratory Test Interactions.**
1. Accelerated prothrombin time, partial thromboplastin time, and platelet aggregation time; increased platelet count; increased factors II, VII antigen, VIII coagulant activity, IX, X, XII, VII-X complex, II-VII-X complex, and beta-thromboglobulin; decreased levels of anti-factor Xa and antithrombin III, decreased antithrombin III activity; increased levels of fibrinogen and fibrinogen activity; increased plasminogen antigen and activity.

2. Increased thyroid-binding globulin (TBG) leading to increased circulating total thyroid hormone, as measured by protein-bound iodine (PBI), $T_4$ levels (by column or by radioimmunoassay) or $T_3$ levels by radioimmunoassay. $T_3$ resin uptake is decreased, reflecting the elevated TBG. Free $T_4$ and free $T_3$ concentrations are unaltered.

3. Other binding proteins may be elevated in serum, i.e., corticosteroid binding globulin (CBG), sex hormone-binding globulin (SHBG), leading to increased circulating corticosteroids and sex steroids respectively. Free or biologically active hormone concentrations are unchanged. Other plasma proteins may be increased (angiotensinogen/renin substrate, alpha-1-antitrypsin, ceruloplasmin).

4. Increased plasma HDL and $HDL_2$ subfraction concentrations, reduced LDL cholesterol concentration, increased triglyceride levels.

5. Impaired glucose tolerance. For this reason, diabetic patients should be carefully observed while receiving estrogen/progestin therapy.

6. Reduced response to metyrapone test.

7. Reduced serum folate concentration.

8. Aminoglutethimide administered concomitantly with MPA may significantly depress the bioavailability of MPA.



Confidential Pursuant to Confidentiality Order 

**E. Carcinogenesis, Mutagenesis, And Impairment of Fertility.**

Long term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breasts, uterus, cervix, vagina, testis, and liver. (See **CONTRAINDICATIONS**).

In a two-year oral study of MPA in which female rats were exposed to dosages of up to 5000 µg/kg/day in their diets (50 times higher -- based on AUC values -- than the level observed experimentally in women taking 10 mg of MPA), a dose-related increase in pancreatic islet cell tumors (adenomas and carcinomas) occurred. Pancreatic tumor incidence was increased at 1000 and 5000 µg/kg/day, but not at 200 µg/kg/day.

A decreased incidence of spontaneous mammary gland tumors was observed in all three MPA-treated groups, compared to controls, in the two-year rat study. The mechanism for the decreased incidence of mammary gland tumors observed in the MPA-treated rats may be linked to the significant decrease in serum prolactin concentration observed in rats.

Beagle dogs treated with MPA developed mammary nodules, some of which were malignant. Although nodules occasionally appeared in control animals, they were intermittent in nature, whereas the nodules in the drug-treated animals were larger, more numerous, persistent, and there were some breast malignancies with metastases. It is known that progestogens stimulate synthesis and release of growth hormone in dogs. The growth hormone, along with the progestogen, stimulates mammary growth and tumors. In contrast, growth hormone in humans is not increased, nor does growth hormone have any significant mammotrophic role. Therefore, the MPA-induced increase of mammary tumors in dogs probably has no significance to humans. No pancreatic tumors occurred in dogs.

**F. Pregnancy Category X.**

~~Estrogens/progestins~~ PREMPRO and PREMPHASE should not be used during pregnancy. See **CONTRAINDICATIONS.**

**G. Nursing Mothers.**

The administration of any drug to nursing mothers should be done only when clearly necessary since many drugs are excreted in human milk. Estrogen administration to nursing mothers has been shown to decrease the quantity and quality of the milk. Detectable amounts of progestin have been identified in the milk of mothers receiving the drug. The effect of this on the nursing infant has not been determined. PREMPRO and PREMPHASE are not indicated for the prevention of postpartum breast engorgement.

**H. Pediatric Use.**

PREMPRO and PREMPHASE are not indicated in children.

**I. Geriatric Use.**

There have not been sufficient numbers of geriatric patients involved in studies utilizing Premarin and



Confidential Pursuant to Confidentiality Order 

medroxyprogesterone acetate to determine whether those over 65 years of age differ from younger subjects in their response to PREMPRO or PREMPHASE.

**ADVERSE REACTIONS**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice. The adverse reaction information from clinical trials does, however, provide a basis for identifying the adverse events that appear to be related to drug use and for approximating rates.

(See **WARNINGS** regarding induction of malignant neoplasms, thromboembolic disorders, gallbladder disease, and hypercalcemia. , and visual abnormalities; see See **PRECAUTIONS** regarding cardiovascular risk and elevated blood pressure).

In a one year clinical trial that included 678 women treated with PREMPRO, 351 women treated with PREMPHASE, and 347 women treated with Premarin, the following adverse events occurred at a rate ≥5% ≥ 2% (see Table 8):



Confidential Pursuant to Confidentiality Order W-MDL527-00044516

DX00277.0021

Plaintiff Trial Exhibit 21109 Page 21 of 38

**NOTE: Table 8 should be replaced with a table showing a frequency ≥ 2%.**

Table 8. ALL TREATMENT EMERGENT STUDY EVENTS
REGARDLESS OF DRUG RELATIONSHIP
REPORTED AT A FREQUENCY ≥ ~~5%~~ 2%

| | ~~Regimen A PREMPRO 0.625 mg/2.5 m (n=340)~~ | ~~Regimen B PREMPRO 0.625 mg/5.0 m (n=338)~~ | ~~Regimen C PREMPHASE 0.625 mg/5.0 mg cyclic-sequential (n=351)~~ | ~~Regimen E PREMPRO 0.625 mg (n=347)~~ |
|---|---|---|---|---|
| ~~Body as a whole~~ | | | | |
| ~~abdominal pain~~ | ~~16%~~ | ~~21%~~ | ~~23%~~ | ~~17%~~ |
| ~~accidental injury~~ | ~~5%~~ | ~~4%~~ | ~~5%~~ | ~~5%~~ |
| ~~asthenia~~ | ~~6%~~ | ~~8%~~ | ~~10%~~ | ~~8%~~ |
| ~~back pain~~ | ~~14%~~ | ~~13%~~ | ~~16%~~ | ~~14%~~ |
| ~~flu syndrome~~ | ~~10%~~ | ~~13%~~ | ~~12%~~ | ~~14%~~ |
| ~~headache~~ | ~~36%~~ | ~~28%~~ | ~~37%~~ | ~~38%~~ |
| ~~infection~~ | ~~16%~~ | ~~16%~~ | ~~18%~~ | ~~14%~~ |
| ~~pain~~ | ~~11%~~ | ~~13%~~ | ~~12%~~ | ~~13%~~ |
| ~~pelvic pain~~ | ~~4%~~ | ~~5%~~ | ~~5%~~ | ~~5%~~ |
| ~~Digestive system~~ | | | | |
| ~~diarrhea~~ | ~~6%~~ | ~~6%~~ | ~~5%~~ | ~~10%~~ |
| ~~dyspepsia~~ | ~~6%~~ | ~~6%~~ | ~~5%~~ | ~~5%~~ |
| ~~flatulence~~ | ~~8%~~ | ~~9%~~ | ~~8%~~ | ~~5%~~ |
| ~~nausea~~ | ~~11%~~ | ~~9%~~ | ~~11%~~ | ~~11%~~ |
| ~~Metabolic and Nutritional~~ | | | | |
| ~~peripheral edema~~ | ~~4%~~ | ~~4%~~ | ~~3%~~ | ~~5%~~ |
| ~~Musculoskeletal system~~ | | | | |
| ~~arthralgia~~ | ~~9%~~ | ~~7%~~ | ~~9%~~ | ~~7%~~ |
| ~~leg cramps~~ | ~~3%~~ | ~~4%~~ | ~~5%~~ | ~~4%~~ |
| ~~Nervous system~~ | | | | |
| ~~depression~~ | ~~6%~~ | ~~11%~~ | ~~11%~~ | ~~10%~~ |
| ~~dizziness~~ | ~~5%~~ | ~~3%~~ | ~~4%~~ | ~~6%~~ |
| ~~hypertonia~~ | ~~4%~~ | ~~3%~~ | ~~3%~~ | ~~7%~~ |



Confidential Pursuant to Confidentiality Order 

| | | | | |
|---|---|---|---|---|
| Respiratory syste | | | | |
| pharyngitis | 11% | 11% | 13% | 12% |
| rhinitis | 8% | 6% | 8% | 7% |
| sinusitis | 8% | 7% | 7% | 5% |
| Skin and appendages | | | | |
| pruritus | 10% | 8% | 5% | 4% |
| rash | 4% | 6% | 4% | 3% |
| Urogenital systen | | | | |
| breast pain | 33% | 38% | 32% | 12% |
| cervix disorder | 4% | 4% | 5% | 5% |
| dysmenorrhea | 8% | 5% | 13% | 5% |
| leukorrhea | 6% | 5% | 9% | 8% |
| vaginal hemorrhage | 2% | 1% | 3% | 6% |
| vaginitis | 7% | 7% | 5% | 3% |

~~The following adverse reactions have been reported with estrogen and/or progestin therapy:~~

~~1. *Genitourinary system*~~
- ~~Changes in vaginal bleeding pattern and abnormal withdrawal bleeding or flow.~~
- ~~Breakthrough bleeding, spotting.~~
- ~~Change in amount of cervical secretion.~~
- ~~Premenstrual-like syndrome, cystitis-like syndrome, increase in size of uterine leiomyomata, vaginal candidiasis, amenorrhea, changes in cervical erosion.~~

~~2. *Breasts*~~
- ~~Tenderness.~~
- ~~Enlargement.~~
- ~~Galactorrhea.~~
- ~~Discharge.~~

~~3. *Gastrointestinal*~~
- ~~Nausea.~~
- ~~Cholestatic jaundice.~~
- ~~Changes in appetite.~~
- ~~Vomiting.~~
- ~~Abdominal cramps, bloating, increased incidence of gallbladder disease.~~
- ~~Pancreatitis.~~

~~4. *Skin*~~



Confidential Pursuant to Confidentiality Order 

- Chloasma or melasma that may persist when drug is discontinued.
- Erythema multiforme.
- Erythema nodosum.
- Hemorrhagic eruption.
- Loss of scalp hair.
- Hirsutism.
- Itching.
- Urticaria.
- Pruritus.
- Generalized rash.
- Rash (allergic) with and without pruritus.
- Acne.

5. *Cardiovascular*

In susceptible individuals: change in blood pressure, thrombophlebitis, pulmonary embolism, myocardial infarction, cerebral thrombosis and embolism.

6. *Eyes*

- Neuro-ocular lesions, e.g., retinal thrombosis and optic neuritis
- Steepening of corneal curvature
- Intolerance of contact lenses.

7. *CNS Central Nervous System.*

Headache.
- Dizziness.
- Mental depression.
- Nervousness.
- Migraine.
- Chorea.
- Insomnia.
- Somnolence.

*Eyes*

- Neuro-ocular lesions, e.g., retinal thrombosis and optic neuritis
- Steepening of corneal curvature
- Intolerance of contact lenses.

8. *Miscellaneous.*

- Increase or decrease in weight.
- Edema.
- Changes in libido.
- Fatigue.
- Backache.
- Reduced carbohydrate tolerance.



Confidential Pursuant to Confidentiality Order 

— Aggravation of porphyria.
— Pyrexia.
— Anaphylactoid / anaphylaxis reactions.



Confidential Pursuant to Confidentiality Order

**OVERDOSAGE**
Serious ill effects have not been reported following acute ingestion of large doses of estrogen/progestin-containing oral contraceptives by young children. Overdosage may cause nausea and vomiting, and withdrawal bleeding may occur in females.

**DOSAGE AND ADMINISTRATION**
PREMPRO (conjugated estrogens/medroxyprogesterone acetate tablets) therapy consists of a single tablet to be taken once daily.

1. For treatment of moderate-to-severe vasomotor symptoms and/or vulvar and vaginal atrophy associated with the menopause patients should be started at the lowest effective dose - PREMPRO 0.625 mg/2.5 mg daily. Patients should be reevaluated at 3-month to 6-month intervals to determine if treatment for symptoms is still necessary. Attempts to discontinue or taper medication should be made at 3 to 6 month intervals.

   Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in cases of undiagnosed persistent or recurring abnormal vaginal bleeding. In patients where bleeding or spotting remains a problem, after appropriate evaluation, consideration should be given to increasing the MPA dose to PREMPRO 0.625 mg/5 mg daily. This dose can be periodically reassessed by the health care healthcare provider.

2. For prevention of postmenopausal osteoporosis - PREMPRO 0.625 mg/2.5 mg daily. Patients should be monitored closely for signs of endometrial cancer, and appropriate diagnostic measures should be taken to rule out malignancy in the event of persistent or recurring abnormal vaginal bleeding. In patients where bleeding or spotting remains a problem, after appropriate evaluation, consideration should be given to increasing the MPA dose to PREMPRO 0.625 mg/5 mg daily. This dose can be periodically reassessed by the health care healthcare provider.

PREMPHASE® PREMPHASE (conjugated estrogens/medroxyprogesterone acetate tablets) therapy consists of two separate tablets; one maroon 0.625 mg Premarin tablet taken daily on days 1 through 14 and one light-blue tablet, containing 0.625 mg conjugated estrogens and 5 mg of medroxyprogesterone acetate, taken on days 15 through 28.

1. For treatment of moderate to severe vasomotor symptoms and/or vulvar and vaginal atrophy associated with the menopause. Patients should be reevaluated at 3-month to 6-month intervals to determine if treatment for symptoms is still necessary. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in cases of undiagnosed persistent or recurring abnormal vaginal bleeding. Attempts to discontinue or taper medication should be made at 3 to 6 month intervals.

2. For prevention of postmenopausal osteoporosis. Treated patients with an intact uterus should be monitored closely for signs of endometrial cancer, and appropriate diagnostic measures should be taken to rule out malignancy in the event of persistent or recurring abnormal vaginal bleeding.



Confidential Pursuant to Confidentiality Order 

**HOW SUPPLIED**

~~PREMPRO™~~ PREMPRO therapy consists of a single tablet to be taken once daily.

PREMPRO 0.625 mg/2.5 mg
Each carton includes 3 EZ DIAL™ dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 28 oval, peach tablets containing 0.625 mg of the conjugated estrogens found in ~~Premarin®~~ Premarin tablets and 2.5 mg of medroxyprogesterone acetate for oral administration.

PREMPRO 0.625 mg/5 mg
Each carton includes 3 EZ DIAL dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 28 oval, light-blue tablets containing 0.625 mg of the conjugated estrogens found in ~~Premarin®~~ Premarin tablets and 5 mg of medroxyprogesterone acetate for oral administration.

~~PREMPHASE®~~ PREMPHASE therapy consists of two separate tablets; one maroon ~~Premarin®~~ Premarin tablet taken daily on days 1 through 14 and one light-blue tablet taken on days 15 through 28.

Each carton includes 3 EZ DIAL™ dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 14 oval, maroon Premarin tablets containing 0.625 mg of conjugated estrogens and 14 oval, light-blue tablets ~~which~~ that contain 0.625 mg of the conjugated estrogens found in ~~Premarin®~~ Premarin tablets and 5 mg of medroxyprogesterone acetate for oral administration.

The appearance of ~~PREMPRO™~~ PREMPRO tablets is a trademark of Wyeth-Ayerst Laboratories.

The appearance of ~~Premarin®~~ Premarin tablets is a trademark of Wyeth-Ayerst Laboratories. The appearance of the conjugated estrogens/medroxyprogesterone acetate combination tablets is a registered trademark.

**Store at ~~controlled room temperature~~ 20°C - 25°C (68°F - 77°F); excursions permitted to 15°-30°C (59°-86°F). [see USP Controlled Room Temperature]**

~~**INFORMATION FOR THE PATIENT**~~
PATIENT INFORMATION

~~**Introduction**~~
~~Your physician has prescribed Prempro or Premphase, a combination of two hormones, an estrogen and a progestin. This insert describes when and how to use estrogens/progestins such as PREMPRO or PREMPHASE and the major benefits and risks risks and benefits of your treatment. as well as how and when treatment should be taken.~~ This leaflet describes the risks and benefits of treatment with PREMPRO or PREMPHASE. Read this information before treatment. Read the information you get each time you get medicine because there may be new information. Talk with your healthcare provider if you have any questions about this medicine.

~~PREMPRO and PREMPHASE replace the hormones in your body which naturally decrease at menopause. The hormone combination you will be taking has been shown to provide the benefits of estrogen replacement therapy while lowering the frequency of a possible precancerous condition of the uterine lining. This therapy is not intended for women who have had a hysterectomy (surgical removal of the uterus).~~

~~Estrogens have several important uses but also some risks. You must decide, along with your doctor healthcare provider, whether the risks of estrogens are acceptable when weighed against their in comparison to the benefits. The length of treatment with estrogens can vary from woman to woman. Check with your doctor to make sure you are using the lowest possible effective dose. If you use PREMPRO or PREMPHASE, make sure you are using the lowest possible dose that works, and that you don't use them longer than needed. How long you need to use estrogens will depend on the reasons for use.~~

**~~What is PREMPRO or PREMPHASE?~~ What is PREMPRO or PREMPHASE?**

~~Your healthcare provider has prescribed PREMPRO or PREMPHASE, a combination of two hormones, an estrogen and a progestin. This insert describes the major benefits and risks of your treatment, as well as how and when treatment may be taken. If you have any questions, please contact your physician, nurse or pharmacist.~~

PREMPRO or PREMPHASE is a combination of two hormones, an estrogen and a progestin.

**~~PREMPRO or PREMPHASE is approved for use in the following ways:~~**

**PREMPRO or PREMPHASE Is Used In The Following Ways:**

**• To reduce moderate to severe menopausal symptoms.** Estrogens are hormones produced by ~~the ovaries of normal menstruating women~~ a woman's ovaries. Between ages 45 and 55, ~~When a woman is between the ages of 45 and 55,~~ the ovaries normally stop making estrogens. This ~~leads to a~~ drop in body estrogen levels that causes the "change of life" or menopause (the end of monthly menstrual periods). ~~A sudden drop in estrogen levels also occurs if~~ Sometimes, both ovaries are removed during an operation before natural menopause takes place. ~~This is referred to as~~ The sudden drop in estrogen levels causes "surgical menopause."

When the estrogen levels begin dropping, some women develop very uncomfortable symptoms, such as feelings of warmth in the face, neck, and chest, or sudden intense episodes of heat and sweating ("hot flashes" or "hot flushes"). In some women the symptoms are mild~~;~~ and in others they can be severe. ~~These symptoms may last only a few months or longer.~~ Taking PREMPRO or PREMPHASE can ~~alleviate these symptoms~~ help the body adjust to lower hormone levels and reduce ~~the number and intensity of~~ these symptoms. Most women have only mild menopausal symptoms or none at all, and do not need estrogen therapy for these symptoms. Other women may need to take estrogens for a few months while their bodies adjust to lower estrogen levels. Most women do not need estrogen replacement for longer than six months for these symptoms. ~~If you are not taking hormones for other reasons, such as the~~

~~prevention of osteoporosis, you should take PREMPRO or PREMPHASE only as long as you need it for relief from your menopausal symptoms.~~

• ~~**To treat vulvar and vaginal atrophy (itching, burning, dryness in or around the vagina, difficulty or burning on urination) associated with the menopause.**~~ **To treat itching, burning, and dryness in and around the vagina due to menopause.**

• ~~**To prevent thinning of bones (osteoporosis)**~~. **To help reduce your chances of getting osteoporosis (thin weak bones).** Osteoporosis is a thinning of the bones that makes them weaker and allows them to break more easily. ~~The bones of the spine, wrists and hips break most may be affected by osteoporosis. Using estrogens after the menopause slows down bone thinning and may prevent bones from breaking.~~ Women who have menopause at an early age, are thin, smoke or have a family history of osteoporosis are more likely to develop osteoporosis.

PREMPRO or PREMPHASE may be used as part of a program ~~including~~ which includes weight-bearing exercise, ~~such as~~ like walking or running, and taking calcium vitamin D supplements to reduce your chances of getting osteoporosis. Before you change your exercise habits or calcium or vitamin D intake, it is important to discuss these lifestyle changes with your healthcare provider to find out if they are safe for you. You and your healthcare provider have agreed that you should take PREMPRO or PREMPHASE to reduce your chances of getting osteoporosis. You may need to take PREMPRO or PREMPHASE for a long period of time. Before you make any change in your use of PREMPRO or PREMPHASE, talk with your healthcare provider.

~~Since treatment with estrogens/progestins such as PREMPRO or PREMPHASE has have some risks, only women who are likely to develop osteoporosis should use PREMPRO or PREMPHASE for prevention of osteoporosis. Women who are likely to develop osteoporosis often have one or more of the following characteristics:~~

- ~~White or Asian race~~
- ~~Small, slim body frame~~
- ~~Cigarette smoking habit~~
- ~~Family history of osteoporosis (in a mother, sister, or aunt)~~
- ~~Early menopause either natural or because of surgical removal of ovaries ("surgical menopause")~~

~~Women who have menopause at an earlier age, either naturally or because their ovaries were removed during an operation, are more likely to develop osteoporosis than women whose menopause happens later in life.~~

~~*To treat vulvar and vaginal atrophy* (itching, burning, dryness in or around the vagina, difficulty or burning on urination) associated with menopause.~~

~~**Who should not take PREMPRO or PREMPHASE?**~~
**Who Should Not Take PREMPRO or PREMPHASE?**

PREMPRO or PREMPHASE should not be taken in the following situations:
**Do not take PREMPRO or PREMPHASE if you**

*1. During pregnancy*
If you think you may be pregnant, do not take estrogens/progestins such as PREMPRO or PREMPHASE. Taking estrogens while you are pregnant may cause your unborn child to have birth defects. Do not take PREMPRO or PREMPHASE to prevent miscarriage.

- **think you may be pregnant.** Taking PREMPRO or PREMPHASE while you are pregnant may harm your unborn child. Do not take PREMPRO or PREMPHASE to prevent miscarriage.

*2. If you have unusual vaginal bleeding that has not been checked by your healthcare provider*
Unusual vaginal bleeding can be a warning sign of a serious condition including cancer of the uterus, especially if it happens after menopause. Your doctor healthcare provider needs to find out the cause of the bleeding so that he or she can recommend the proper treatment. Taking estrogens without visiting your healthcare provider can cause you serious harm if your vaginal bleeding is caused by cancer of the uterus.

- **have unusual vaginal bleeding.** If you develop vaginal bleeding while taking PREMPRO or PREMPHASE talk with your healthcare provider about proper treatment.

*3. If you have had cancer*
Estrogens may increase the risk of certain types of cancer including cancer of the breast and uterus., you should not use estrogens if you have ever had cancer of the breast or uterus. If you have had cancer, talk with your healthcare provider about whether you should take PREMPRO or PREMPHASE.

- **have or have had certain cancers.** Estrogens may increase the risks of certain types of cancers, including cancer of the breast or uterus. If you have or have had cancer, talk with your healthcare provider about whether you should take PREMPRO or PREMPHASE.

*4. If you have any circulation problems*
Treatment with estrogens/progestins such as PREMPRO or PREMPHASE should only be used after talking with your healthcare provider. Women with abnormal blood clotting conditions should not use PREMPRO or PREMPHASE estrogens/progestins.

- **have circulation problems.** Talk with your healthcare provider about your condition. Do not take PREMPRO or PREMPHASE if you have blood clots or have had them in the past.

*5. After childbirth or when breastfeeding a baby*
Estrogens/progestins such as PREMPRO or PREMPHASE should not be taken to try to stop the breast from filling with milk after a baby is born. Taking estrogens/progestins such as PREMPRO or PREMPHASE may increase your risk of developing blood clots (see **What are the possible risks**



Confidential Pursuant to Confidentiality Order 

and side effects of Premarin?, below).

- **have recently had a baby.** Do not take PREMPRO or PREMPHASE to stop your breast from filing with milk after a baby is born.

*6. If you have had a hysterectomy (uterus removed)*
PREMPRO and PREMPHASE both contain a progestin to decrease the risk of developing endometrial hyperplasia (an overgrowth of the lining of the uterus that may lead to cancer). In general, if you do not have a uterus, you do not need a progestin, and you should not take PREMPRO or PREMPHASE.

- **have had your uterus removed.** PREMPRO or PREMPHASE contain a progestin to decrease the risk of developing endometrial hyperplasia (an overgrowth of the lining of the uterus that may lead to cancer). If you do not have a uterus, you do not need a progestin, and you should not take PREMPRO or PREMPHASE.

*7. If you have had liver problems*
Talk with your healthcare provider about your condition. You should not take estrogens/progestins such as PREMPRO and PREMPHASE with some types of liver problems.

- **have liver problems.** Talk with your healthcare provider about your condition.

*8. If you are allergic to PREMPRO or PREMPHASE or any of their ingredients*

- **are allergic to PREMPRO or PREMPHASE or any of their components.**

**How Should I Take PREMPRO or PREMPHASE?**

- Take 1 PREMPRO or PREMPHASE tablet each day at the same time.

- If you miss a dose, take it as soon as possible. However, if it is almost time for your next dose, skip the missed dose and go back to your normal schedule. Do not take 2 doses at the same time.

It is important to keep taking PREMPRO or PREMPHASE for as long as your healthcare provider recommends it. Your length of treatment with PREMPRO or PREMPHASE may be different than someone else's and will depend on why you are taking PREMPRO or PREMPHASE.

**What are the possible risks and side effects of PREMPRO or PREMPHASE?**

*1. Cancer of the uterus*
Estrogens increase the risk of getting a condition (endometrial hyperplasia) that may lead to cancer of the lining of the uterus. The risk of cancer of the uterus increases when estrogens are used alone, the longer they are used, and when larger doses are taken. You are more likely to get cancer of the uterus if you are overweight, diabetic, or have high blood pressure. Taking progestins, another hormonal drug, with estrogens lowers the risk of getting this condition. Therefore, since your uterus has not been removed, your doctor has prescribed PREMPRO or PREMPHASE, which includes both a progestin and estrogens.



Confidential Pursuant to Confidentiality Order 

PREMPRO and PREMPHASE contain a progestin, which reduces the estrogen-related risk of getting a condition of the uterus called endometrial hyperplasia. This condition may lead to cancer of the uterus.

However, additional risks may be associated with the inclusion of a progestin in estrogen treatment. The possible risks include less favorable effects on blood fats as compared to estrogens alone, unfavorable effects on blood sugars, and a possible increase in breast cancer risk (see *Cancer of the breast*, below). Check with your healthcare provider to make sure you are using the lowest effective dose and only for as long as you need it.

If you have had your uterus removed, there is no risk of developing cancer of the uterus and no benefit to be gained by using a combination estrogen/progestin product.

*2. Cancer of the breast*

Studies examining the risk of breast cancer among women using estrogen alone and combined estrogen/progestin therapy have suggested that there may be a mildly increased risk of breast cancer in women taking the combined therapy compared to estrogen-alone regimens.

In general, if you do not have your uterus, there is no need for combined estrogen/progestin therapy since estrogen alone therapy is sufficient and may pose less risk for breast cancer.

If you do have your uterus, you should discuss the benefits and risks of combined estrogen/progestin therapy with your healthcare provider. Regular breast exams by a health professional and monthly self-exams are recommended for all women. Mammography may also be recommended depending on your age and risk factors.

3. *Gallbladder disease*

Women who use estrogens after menopause are more likely to develop gallbladder disease needing surgery than women who do not use estrogens.

4. *Inflammation of the Pancreas (Pancreatitis)*

Women with high triglyceride levels may have an increased risk of developing inflammation of the pancreas.

5. *Abnormal blood clotting*

Taking estrogens may cause changes in your blood clotting system. These changes allow the blood to clot more easily, possibly allowing clots to form in your bloodstream. If blood clots do form in your bloodstream, they can cut off the blood supply to vital organs, causing serious problems can cause serious problems by cutting off the blood supply to vital organs. These problems may include a stroke (cutting off blood to the brain) (if the clot is in a blood vessel of the brain), a heart attack (cutting off blood to the heart) (if the clot is in a blood vessel of the heart), a pulmonary embolus (cutting off blood to the lungs) (if the clot forms in the legs or pelvis, then breaks off and travels to the lungs), retinal thrombosis (cutting off blood vessels in the eye) (if the clot is in a blood vessel of the eye), or other problems. Any of these conditions may cause death or serious long-term disability.



Confidential Pursuant to Confidentiality Order W-MDL527-00044527

6. *Heart disease*
A recent 4-year study suggests that women with a history of coronary heart disease may have an increased risk of serious cardiac events during the first year of treatment with estrogen/progestin therapy. Therefore, if you have had a heart attack, or you have been told you have blocked coronary arteries (arteries to your heart) or have any heart problem, you should consult your physician regarding the potential benefits and risks of estrogen/progestin PREMPRO or PREMPHASE therapy.

In a large, ongoing, long-term study in predominantly healthy postmenopausal women, preliminary information from the study suggests that women without coronary heart disease may have a small increase in the number of heart attacks, strokes, and blood clots with estrogen or estrogen/progestin therapy. Talk to your doctor about the potential benefits and risks of estrogen or estrogen/progestin therapy.

7. *Excess calcium in the blood*
Taking estrogens may lead to severe hypercalcemia in women with breast and/or bone cancer.

8. *Vaginal bleeding*
With PREMPRO or PREMPHASE, menstrual-like vaginal bleeding may occur. If bleeding occurs, it is frequently light spotting or bleeding, but may be moderate or heavy. If you experience vaginal bleeding while taking PREMPRO or PREMPHASE, discuss your bleeding pattern with your healthcare provider.

*During pregnancy.* There is an increased risk of birth defects in children whose mothers take this drug during the first four months of pregnancy. Several reports suggest an association between mothers who take these drugs in the first trimester of pregnancy and genital abnormalities in male and female babies. The risk to the male baby is the possibility of being born with a condition in which the opening of the penis is on the underside rather than the tip of the penis (hypospadias). Hypospadias occurs in about 5 to 8 per 1,000 male births and is about doubled with exposure to these drugs. There is not enough information to quantify the risk to exposed female fetuses. However, enlargement of the clitoris and fusion of the labia may occur, although rarely.

Therefore, since drugs of this type may induce mild masculinization of the external genitalia of the female fetus, as well as hypospadias in the male fetus, it is wise to avoid using the drug during the first trimester of pregnancy. These drugs have been used as a test for pregnancy, but such use is no longer considered safe because of possible damage to a developing baby. Also, more rapid methods for testing for pregnancy are now available. If you take PREMPRO or PREMPHASE and later find you were pregnant when you took it, be sure to discuss this with your doctor as soon as possible.

**SIDE EFFECTS WITH ESTROGENS AND/OR PROGESTINS**

**In addition to the risks listed above, the following side effects have been reported with estrogen and/or progestin use:**

- Nausea, vomiting, pain, cramps, swelling, or tenderness in the abdomen.
- Yellowing of the skin and/or whites of the eyes.
- Breast tenderness or enlargement, pain or discharge.



Confidential Pursuant to Confidentiality Order

- ~~Enlargement of benign tumors ("fibroids") of the uterus.~~
- ~~Irregular bleeding or spotting.~~
- ~~Change in amount of cervical secretion.~~
- ~~Vaginal yeast infections.~~
- ~~Retention of excess fluid (edema). This may make some conditions worsen, such as asthma, epilepsy, migraine, heart disease, or kidney disease.~~
- ~~Estrogen replacement therapy may cause an exacerbation of asthma, epilepsy, migraine, worsening of porphyria and endometriosis.~~
- ~~A spotty darkening of the skin, particularly on the face; reddening of the skin; skin rashes.~~
- ~~Worsening of porphyria.~~
- ~~Headache, migraines, dizziness, faintness, or changes in vision (including intolerance to contact lenses).~~
- ~~Mental depression.~~
- ~~Involuntary muscle spasms.~~
- ~~Hair loss or abnormal hairiness.~~
- ~~Increase or decrease in weight.~~
- ~~Changes in sex drive.~~
- ~~Possible changes in blood sugar.~~

**What Are The Possible Risks And Side Effects of PREMPRO or PREMPHASE?**

**Common side effects include:**

- Headache
- Breast pain
- Abdominal cramps
- Nausea and vomiting
- Irregular vaginal bleeding or spotting

**Less common but serious side effects include:**

- Cancer of the uterus
- Breast cancer
- Blood clots
- Gallbladder disease

**These are some of the warning signs of serious sife effects:**

- Unusual vaginal bleeding
- Breast lumps
- Pains in your legs
- Severe headaches and vomiting



Confidential Pursuant to Confidentiality Order
W-MDL527-00044529

- Dizziness and faintness
- Changes in vision or speech

If you have any of these warning signs, or other unusual symptoms that concerns you, call your healthcare provider right away.

**USE IN CHILDREN**
Safety and effectiveness in pediatric patients have not been established.

**How can I reduce the risks associated with taking PREMPRO or PREMPHASE?**
**What Can I Do to Lower My Chances of Getting a Serious Side Effect With PREMPRO or PREMPHASE?**
If you take PREMPRO or PREMPHASE, you can reduce your risks by doing these things:

*1. See your doctor healthcare provider regularly.*
- **See your healthcare provider regularly.** While you are taking estrogens/progestins such as PREMPRO or PREMPHASE, it is important to visit your healthcare provider at least once a year for a checkup. If you develop vaginal bleeding while taking estrogens PREMPRO or PREMPHASE, you may need further evaluation. If members of your family have had breast cancer or if you have ever had breast lumps or an abnormal mammogram (breast X ray), you may need to have more frequent breast examinations. Examine your breasts for changes every month.

*2. Reassess your need for treatment.*
You and your doctor should reevaluate whether or not you still need estrogens at least every six months. Every 3 to 6 months you and your healthcare provider should discuss whether or not you still need PREMPRO or PREMPHASE to control your hot flushes and vaginal symptoms.

2. *Be alert for signs of trouble.*
- **Be alert to signs of trouble.** Report any unusual symptoms to your healthcare provider right away.

Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. Your healthcare provider has prescribed this drug for you and you alone. Do not give the drug to anyone else. Do not take PREMPRO or PREMPHASE for conditions for which they were not prescribed.

This leaflet summarizes the most important information about PREMPRO or PREMPHASE. If you would like more information, talk with your healthcare provider. You can ask for information about PREMPRO or PREMPHASE that is written for health professionals.

If any of these warning signals (or any other unusual symptoms) happen while you are using estrogen/progestin estrogens/progestins such as PREMPRO or PREMPHASE, call your doctor immediately healthcare provider right away:

- Abnormal bleeding from the vagina (possible uterine abnormality).
- Pains in the calves or chest, a sudden shortness of breath or coughing blood (indicating possible



Confidential Pursuant to Confidentiality Order 

clots in the legs, heart, or lungs).

- Severe headache or vomiting, dizziness, faintness, or changes in vision or speech, weakness or numbness of an arm or leg (indicating possible clots in the brain or eye).
- Breast lumps (possible breast cancer). Check your breast every month. Ask your doctor or health professional healthcare provider to show you how to examine your breasts monthly).
- Yellowing of the skin and/or whites of the eyes (possible liver problems).
- Pain, swelling, or tenderness in the abdomen (possible gallbladder problem).

OTHER INFORMATION

1. Estrogens increase the risk of developing getting a condition (endometrial hyperplasia) that may lead to cancer of the lining of the uterus. Taking progestins, another hormonal drug, with estrogens lowers the risk of developing getting this condition. Therefore, since your uterus has not been removed, your doctor has prescribed PREMPRO or PREMPHASE, which includes both a progestin and estrogens.

   You should know, however, that taking estrogens *with* progestins may have unhealthy effects on blood sugar, which might make a diabetic condition worse. Additional risks include a possible further increase in breast cancer risk which may be associated with long-term estrogen use.

   Some research has shown that estrogens taken *without* progestins may protect women against developing heart disease. However, this is not certain. The protection shown may have been caused by the characteristics of the estrogen-treated women and not by the estrogen treatment itself. In general, treated women were slimmer, more physically active, and were less likely to have diabetes than the untreated women. These characteristics are known to protect against heart disease.

   **You are cautioned to discuss very carefully with your doctor or health care provider all the possible risks and benefits of long-term estrogen and progestin treatment as they affect you personally.**

2. Your doctor healthcare provider has prescribed this drug for you and you alone. Do not give the drug to anyone else.

3. If you will be taking calcium supplements as part of the your treatment to help prevent osteoporosis, check with your doctor about the amounts recommended please ask your healthcare provider about the amounts recommended.

4. Keep this and all drugs out of the reach of children. In case of overdose, call your doctor, or healthcare provider, hospital, or poison control center immediately right away.

5. This leaflet provides the most important information about PREMPRO and PREMPHASE. If you want to read more, ask your doctor or pharmacist to let you read the professional labeling. The professional labeling is also published in a book called *The Physician's Desk Reference*, which is



Confidential Pursuant to Confidentiality Order 

available in bookstores and public libraries.

## HOW SUPPLIED

PREMPRO™ (conjugated estrogens/medroxyprogestereone acetate tablets) is a combination of the conjugated estrogens found in Premarin® tablets and medroxyprogesterone acetate (MPA). Depending on the dosage strength, PREMPRO therapy consists of either a single peach tablet or a single light blue tablet to be taken once daily.

PREMPRO 0.625 mg/2.5 mg

Each carton includes 3 EZ DIAL™ dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 28 oval, peach tablets containing 0.625 mg of the conjugated estrogens found in Premarin® tablets and 2.5 mg of medroxyprogesterone acetate for oral administration.

PREMPRO 0.625 mg/5 mg

Each carton includes 3 EZ DIAL™ dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 28 oval, light blue tablets containing 0.625 mg of the conjugated estrogens found in Premarin® tablets and 5 mg of medroxyprogesterone acetate for oral administration.

The appearance of PREMPRO™ tablets is a trademark of Wyeth-Ayerst Laboratories.

PREMPHASE® (conjugated estrogens/medroxyprogestereone acetate tablets) is a combination of two separate tablets; one maroon Premarin® tablet taken daily on days 1 through 14 and one light blue tablet taken on days 15 through 28.

Each carton includes 3 EZ DIAL™ dispensers containing 28 tablets. One EZ DIAL™ dispenser contains 14 oval, maroon Premarin tablets containing 0.625 mg of conjugated estrogens and 14 oval, light blue tablets which contain 0.625 mg of the conjugated estrogens found in Premarin tablets and 5 mg of medroxyprogesterone acetate for oral administration.

The appearance of Premarin® tablets is a trademark of Wyeth-Ayerst Laboratories. The appearance of the conjugated estrogens/medroxyprogesterone acetate combination tablets is a registered trademark.

Keep out of the reach of children.

**Store at controlled room temperature, 20°C – 25°C (68°F – 77°F).**



Confidential Pursuant to Confidentiality Order
W-MDL527-00044532

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

---------------------

Daniel A. Shames
6/7/02 11:59:16 AM