# EXHIBIT 79

Ayerst.

AYERST LABORATORIES
DIVISION OF AMERICAN HOME PRODUCTS CORPORATION
MEDICAL DEPARTMENT

685 Third Avenue / New York, N.Y. 10017 / Tel: (212) 986-1000 / Cable: ALPHAMIN, New York

JOHN B. JEWELL, M.D.
EXECUTIVE VICE PRESIDENT
AND DIRECTOR OF MEDICAL AFFAIRS

December, 1975

Dear Doctor:

I'm sure you are aware of the controversy that has arisen concerning the possible association of estrogen replacement therapy with increased risk of endometrial carcinoma.

Recently an Advisory Committee to the Food and Drug Administration held a public meeting in which evidence both supporting and questioning this possible association was presented.

At this juncture, I think it is fair to state that, amid the welter of complexities surrounding this condition and including obesity, hypertension, diabetes and other endocrine imbalances, nulliparity, genetic influences, diagnostic criteria and interpretation of data, it would be simplistic indeed to attribute an apparent increase in the diagnosis of endometrial carcinoma, solely to estrogen therapy.

Obviously, as the manufacturer of PREMARIN® (Conjugated Estrogens Tablets, U.S.P.), Ayerst Laboratories is vitally concerned about the ultimate resolution of conflicting evidence in this area. We accept a responsibility to continue investigations in this area with a view to shedding additional light on this diverse, emotional and serious problem.

Of immediate concern is the question of what steps practicing physicians should take for their patients. Should estrogens be discontinued routinely ... selectively ... or not at all?

Clearly, sound principles of good medical practice should prevail, as always.

The labeling for PREMARIN recommends cyclic administration — a three week regimen with a one week rest period — to avoid prolonged stimulation of the endometrium. The lowest maintenance dosage needed to control the menopausal symptoms should be employed. Unexplained or excessive vaginal bleeding should, of course, be promptly investigated, and pelvic examinations should be performed regularly on patients being treated.

With these and other standard measures, any potential risk attendant to the use of PREMARIN will be minimized, and women may continue to receive the proven benefits of estrogen replacement therapy. Complete prescribing information is enclosed.

Sincerely yours,

JBJewell M.D.

John B. Jewell, M.D.

JBJ/cbb

AYERST LABORATORIES
685 Third Avenue • New York, N. Y. 10017

# IMPORTANT INFORMATION ON ESTROGEN REPLACEMENT THERAPY

Confidential Pursuant to Confidentiality Order