# EXHIBIT 80

INTERNAL CORRESPONDENCE

WYETH AYERST

| | | | |
|---|---|---|---|
| to | Those Listed | from | Carrie Smith Cox |
| company | located | company | WALD located 555-6 |
| subject | Presentation of Breast Cancer Study Results | date | May 31, 1990 |

A. Ashby
M. Deitch, M.D.
R. Essner
S. Gooen
B. Kriegsmann
M. Meaney

If you have any comments, suggestions or changes to the plan proposed below, please let me know as soon as possible. Thanks for your help.

**Situation Analysis:**

* New information obtained late last week finds that: Dr. Graham Colditz (a fellow investigator of Meir Stampfer) is scheduled to present the results of a study that shows that PREMARIN increases the risk of breast cancer 30 percent in current users. The meeting -- of the Society of Epidemiologic Research (SER) --is scheduled the same day as the June FDA meeting, in Snowbird, Utah. According to Burson-Marsteller contacts at SER, no media have been invited and no media attendance is expected. However, media interest in the issue is high.

* The study is expected to be published in an epidemiologic journal (further information on journal and timing not currently available).

**Proposed Strategy:**

* Be reactive on cancer issue -- Be prepared to take responsive stance toward media covering cancer story with accurate, full and balanced information on the issues presented in proper context. (Please review position paper attached)

* It is most likely that the media will not cover this story until the study is published, but we should be prepared to address it at the SER meeting.

Action Steps:

* Be prepared but unobtrusive on-site at SER meeting to react to any negative messages with spokesperson and media liaison.

* Get approval of general press kit which focuses on approved indications and effectively positions the risks vs. benefits so there is some counterbalance to potential negative news. On-site media liaison to provide press kit to media if needed.

* Further investigate plans for publishing breast cancer study. (When and where this study is published will play a major role in determining action steps down the road.)

Carrie

Carrie Smith Cox
Group Product Director

CSC/db

cc: E. Dillon
W. Pines

Attachment