# EXHIBIT 81

4/24/96 TO: J. Buchalter 74I (Cauley)
This is Cummings (abstract for the 10th Annual. Nina

Abstract

BONE MINERAL DENSITY PREDICTS THE RISK OF BREAST CANCER IN OLDER WOMEN. THE STUDY OF OSTEOPOROTIC FRACTURES.

JA CAULEY, FL LUCAS, LH KULLER, MT VOGT, WS BROWNER, SR CUMMINGS. Universities of Pittsburgh, Department of Epidemiology, and California (San Francisco).

Both breast cancer and bone mineral density (BMD) are related to exposure to estrogens. A reduced risk of breast cancer among women who fractured their hip or forearm has been reported in some (1,2) but not all studies (3). We hypothesized that BMD may be a marker of a woman's integrated lifetime exposure to estrogen and hence, be associated with the risk of developing breast cancer.

We measured BMD of the radius and calcaneus in a cohort of 8065 white women, 65 years of age or older enrolled in the Study of Osteoporotic Fractures. Information on breast cancer was collected at the Year 1 interview and an average of 3.3 years later. All breast cancer cases were confirmed by medical record review.

A total of 121 women developed breast cancer. The age-adjusted relative risk of breast cancer increased by 30 to 40% for each standard deviation increase in distal radius BMD: relative risk 1.40; 95% confidence interval, 1.16 to 1.68. Adjustment for obesity, family history of breast cancer and excluding current users of estrogen replacement therapy has little effect on our results.

Among women not on estrogen, the age adjusted incidence rate of breast cancer increased with increasing BMD (Table).

| **Distal Radius BMD ($g/cm^2$)** | **Incidence rate per 1000 Person Years** |
|---|---|
| Quartile 1 (< 0.3) | 2.46 |
| 2 (0.30-0.36) | 4.23 |
| 3 (0.36-0.42) | 4.68 |
| 4 (> 0.42) | 5.99 |

Women with the highest BMD were 2.5 to 3.0 times at increased risk of breast cancer compared with those with the lowest BMD. Results were consistent across all BMD sites.

In summary, our prospective study is the first to report an association between BMD and breast cancer linking two of the most common and important conditions affecting a woman's health. Identifying a common denominator for these conditions should substantially improve our understanding of their etiology and prevention. Our findings suggest that the risk of breast cancer associated with hormone replacement therapy may have been substantially underestimated since osteoporosis is a primary indication for its use. These findings have implications on the use and interpretation of bone densitometry and the balance of risks and benefits of hormone replacement therapy.

RECEIVED

APR 23 1996

NINA MEHTA

SOLOJ022-001373

References

1. Olsson H, Hagglund G. Reduced risk of morbidity and mortality in a prospective cohort of women with distal forearm fractures. Am J Epidemiol. 1992; 136:422-7.
2. Persson, I, Adami, HO, McLaughlin, JK, Narssen T, Fraumeni JF. Reduced risk of breast and endometrial cancer among women with hip fractures (Sweden). Cancer Causes Control. 1994; 5:523-8.
3. Utz JP, Melton III LJ, Kan SH, Riggs BL. Risk of osteoporotic fractures in women with breast cancer: A population-based cohort study. J Chronic Disease. 1987; 2:105-13.