# EXHIBIT 82

**Jeff Buchalter**
Ext. 5706

cc: CS

BCA Working Group

Please find attached 2 abstracts from Steve Cummings. Please keep these Confidential - Do not discuss c̄ Anyone outside of W-A

Ray Klein - Please have Judy Nadlener run some Statistical analysis

Jean Meany - Reps need to be capable of understanding & addressing these quantitative analysis & conclusions

Shellie Winkler - Note Conclusions - We must be prepared to deal with Press so headlines do NOT read "WARNING"

Neil Wolf - Consider a Flashcard to address this issue c̄ Points/Meta-analysis.

PREMPRO™
Proven • Convenient • HRT™

Confidential Pursuant to Confidentiality Order

SOLOJ022-001022