# EXHIBIT 83

Need Att

Breast CA Present

MD's

BCA Flash card
BCA Patient Aide
will Banks -
MD letter
in can!

→ Shelter - Headlines. (SW)

→ Need SW Network — (RK) Support
Cancer Groups.

→ Approach Dawn Willis. (AMA Release Grant)
→ Cummings.

→ Plant in Amsterdam (Leon Bob Marcus)

Cummings

NIH Study
10 year
65+
Prospective.

Dismiss / Distract

US Spokes

Nancy Davidson
Trudy Bush
Lila Nachtigall
Dawn Willis
ASCO people
Amster
Jenna

Get copy of Speroff's article Green Journal (John Weber)

→ Backgrounder.

→ Medical analysts ASCO. — use.

→ ~~Press Conf Symposium~~ in ~~Amsterdam~~

→ Security -

→ Press Release INT'L / US.

→ Hype ASCO — keep US Press Busy

↓ ACOG brochure
ACS

FIELD
Background END
Speroff Arm
ACOG Technical Bulletin W/L Approval

Cummings analysis 5/12 5/13

③ Approved
Copy of USA Today
Dawn Willis

① VM to Field.
② Sales Training Approved Response