# EXHIBIT 84

# Distribution
# Breast Cancer Working Group

To: A. Ashby
J. Buchalter
G. Burr
E. Geisel
S. Joyner
R. Klein
A. Negro-Vilar
J. Pickar
T. Schutz
S. Winkler
N. Wolf

From: G. Stone

# Confidential Memorandum

April 25, 1996

**TO:** Jeff Buchalter, Ellen Geisel
**FROM:** Shellie Winkler, Gloria Stone
**RE:** ASGO Meeting -- Strategic Recommendations

**CC:** Breast Cancer Working Group
T. Schutz

We recently reviewed the American Society of Clinical Oncology (ASCO) conference taking place in Philadelphia, PA, May 18 - 21 as part of our strategic plan to counter the potential presentation of the Cummings data in Amsterdam.

As would be expected, breast cancer is discussed at length at ASCO. One symposium is of particular interest because it discusses breast cancer and HRT. The symposium will examine current information about the role of HRT in healthy women with particular attention to cancer risk; the use of HRT in breast cancer survivors with reference to a completed case-control study; and alternatives to hormonal replacement for management of postmenopausal breast cancer survivors.

The symposium (a copy is attached) is chaired by Nancy E. Davidson, MD, from Johns Hopkins Oncology Center. As you may recall, she wrote a balanced editorial accompanying the G. Colditz' *NEJM* study published in June of 1995 (a copy is attached). Other speakers include:

- Kathy Helzlsouer, MD of Johns Hopkins School of Public Health
- John Eden, MD of the Frank Rundie House, Royal Hospital for Women in Paddington, Australia
- Charles Loprinzi, MD of the Mayo Clinic

Although it is believed that Cummings will not present in Amsterdam, it is best to be prepared in the event he does. Our goal, strategy and tactics are as follows:

*Goal*

- Overshadow Cummings data with focus on an unconventional approach to HRT therapy -- using HRT in breast cancer survivors

*Strategy*

- Draw media attention to ASGO symposium (e.g., N. Davidson/Johns Hopkins) on the use of HRT in breast cancer survivors. Prepare a press statement from N. Davidson/ Johns Hopkins on the topic

*Tactical Recommendations*

Media alert -- Craft press material, attach highlights of symposium. Pitch to top-tier media
Third-party press statement -- from N. Davidson, Johns Hopkins, make available to press upon request
Spokespeople -- N. Davidson (other presenters as appropriate)
Third-party Q&A

*Other Considerations*

- Although intelligence indicates that Cummings will not present his data in Amsterdam, a statement from N. Davidson will be valuable in helping address future study findings indicating a negative relationship between HRT and breast cancer.

*Next Steps*

- W-A contact N. Davidson as to position, willingness and availability, and media training
- B-M to develop media alert and press materials -- based on strict ASGO press guidelines

Considering the timing of all these activities, it is critical that W-A contact Dr. Davidson as quickly as possible regarding this.



Confidential Pursuant to Confidentiality Order

PICKJ007-000161

HRT Plaintiffs' Exhibit # 0347 PAGE 3 of 3