# EXHIBIT 85

First
Matt
Marge
> working on a response

Working on response.

*Arzneimitteltherapie, 1999, 17, 362-264*

# Special clinicopharmacological features of conjugated equine oestrogens

## Is there nowadays any justification for their continuing use for postmenopausal hormone replacement therapy?

Theodor H. Lippert, Harald Seeger and Alfred O. Mueck, Tübingen

Conjugated oestrogens extracted from the urine of pregnant mares have been successfully used for postmenopausal hormone replacement for several decades. The material consists of a mixture of ten metabolites, most of which occur only in horses. Recent investigations have shown evidence that the extract from mares' urine may contain still other metabolites. The spectrum of the effects of these steroids, some of which are potent oestrogens, has not yet been fully investigated, in particular as regards their carcinogenic potential. Treatment with a mixture of substances whose composition is not completely known may be considered antiquated and unacceptable at the present day. However, 17β-estradiol, a natural hormone produced by the human body, is now available. It is entirely suitable for replacement therapy during the postmenopausal phase and has done away with any need for alternative products.

Postmenopausal hormone replacement with oestrogens has been standard practice for half a century, and has proved extremely successful. Not only does it relieve postmenopausal symptoms such as hot flushes, sweating attacks, sleep disorders and depression of mood, but it may also benefit the cardiovascular system and the skeleton, systems which become increasingly susceptible to disease as age advances.

However, oestrogen treatment is still subject to one niggling uncertainty: can hormone administration be a factor in the causation of cancer, in particular *breast cancer*? Thorough investigations have been started to search for mechanisms of carcinogenic action and possible



Confidential Pursuant to Confidentiality Order

FISHG002-000004

countermeasures. Recent studies have shown that the formation and delayed excretion of certain *oestradiol metabolites* may increase the risk of cancer [10, 12].

One striking fact that emerges from a review of the literature is that almost all the patients in whom an increase in breast cancer had been noted had been treated with products containing conjugated equine oestrogens. However, not one of these studies had dealt with the analysis of these products. Conjugated equine oestrogens have been regarded as representatives of *oestrogens in general* and held responsible for an increase in the incidence of breast cancer. This raises the question whether conjugated equine oestrogens are really just the same as other available products.

Looked at from the standpoint of contemporary history, conjugated equine oestrogens were the *first* oestrogen products (Premarin®, Presomen®) which became available for both oral and parenteral administration. They show good oestrogenic effects when used for the treatment of postmenopausal women, and have therefore retained a dominant position in menopausal hormone replacement down to the present day.

Over the last fifty years there seem to have been no fundamental changes in the processes used for the manufacture of these products. They consist of extracts of oestrogenic substances produced from the urine of pregnant mares. The extraction processes have to be combined with standardisation, because oestrogen excretion by the mares is subject to individual variation and may fluctuate at different stages of gestation.

**Conjugated equine oestrogens – the facts**

In the data sheet for the commercial product Presomen® the only information on the active ingredient of the medicinal product is a statement that it consists of an extract from the urine of pregnant mares, standardised in terms of oestrogens (= conjugated oestrogens). There is also a note to the effect that a 0.6 mg coated tablet is standardised to contain 0.33 mg oestrone-3-hydrogen sulphate (sodium salt) and to contain 0.17 mg equilin-3-hydrogen sulphate (sodium salt). From a more recent study [5] it emerges that in the commercial product there are ten



Confidential Pursuant to Confidentiality Order

steroidal oestrogen substances derived from the extract of equine urine. These comprise the sulphate esters of oestrone, 17β-estradiol, 17α-oestradiol, equilin, equilenin, 17α-dihydroequilin, 17β-dihydroequilenin and delta-8-oestrone.

At first sight it seems confusing that the urine extract should contain such a multiplicity of oestrogenic substances. Close analysis shows, however, that even larger numbers of metabolites may occur in mares' urine and in extracts from it. These may include the degradation products of four oestrogenic substances, namely 17β-estradiol, 17α-oestradiol, 17β-dihydroequilin and 17α-dihydroequilin. Of these, only 17β-oestradiol is an oestrogen formed by the human body and is the only one that can be regarded as a natural human oestrogen.

One essential chemical difference of the oestrogens specific to horses, namely the *equilins*, is the fact that the B-ring of the steroid framework – in contrast to estradiol –has been converted by one or two double bonds into an unsaturated B-ring.

During the investigation of this highly complex system of metabolites, testing was confined to those oestrogens which make up the largest quantitative proportion of the extract. Taking an overall view, it becomes apparent that the equine oestrogen metabolites are qualitatively similar in their oestrogenic effects to human estradiol metabolites. However, there seem to be certain differences in so far as equine oestrogens possess *stronger oestrogenic* potency and are somewhat *more rapidly excreted* [5].

Is this true?

As regards their pharmacodynamics, all that can be said is that they arise from the summation of individual factors. This disregards the possibility that, just as in the case of the 17β-oestradiol metabolites [10], there may be degradation products having opposing activities, though because of the summation effect these do not become apparent. The overall effect of the extract of equine oestrogens can be summarised as follows: it can relieve the psychosomatic symptoms of oestradiol deficiency and it can offer some protection against cardiovascular diseases and osteoporosis.



Confidential Pursuant to Confidentiality Order

There are other metabolites of oestrogens unsaturated in the B-ring which arise from equilin and have only recently been discovered. These are 16α-hydroxy-17β-dihydroequilin and 16α-hydroxy-17β-dihydroequilenin [2]. It may reasonably be assumed that they likewise occur in mares' urine extract, though information on this point is not to be found in the literature. As regards their biological activities, there are, so far as we know, no experimental results. Because the 16α-hydroxyoestrone metabolite of the human 17β-estradiol has been identified as a powerful oestrogenic growth factor with mutagenic properties [10], these two new metabolites, if only because of their structural similarity, must be suspected of playing a part in the inception of tumours. Speculations have been voiced to the effect that the 16α-hydroxyequilin metabolites cannot form any covalent adducts and are therefore risk-free [5]; however, this point remains to be settled by carefully planned biological investigations.

**Catechol metabolites of equilin**

Damaging Speculation?

Human 17β-estradiol gives rise to an interesting fraction of metabolites, namely the catechol oestrogens. Cell growth inhibiting effects have been ascribed to the 2-hydroxy-oestrone metabolite, and cell growth stimulating effects to the 4-hydroxyoestrone metabolite [10]. The breakdown of equilin to catechol equilinins has only recently been studied. Human endometrium is claimed to be capable of forming catechol equilins from equilin [4]. The role of the catechol metabolites of oestrogens unsaturated in the B-ring has not yet been closely investigated in human beings. As regards their occurrence in mares' urine extract there are still no data; however, it would seem highly improbable that these metabolites of equine-specific oestrogen would not also be excreted in mares' urine.

Extensive recent investigations in vitro have shown that 4-catechol-equilenin, which originates from 4-catechol-equilin, can have highly toxic properties. By metabolic breakdown to quinoid compounds it may undergo transformation into highly cytotoxic substances [6, 7, 14, 16]. Biological tests against human breast cancer cell lines and against human melanoma cells showed that the cytotoxicity of 4-hydroxy-equilenin was four times greater than that of the catechol oestrogens of 17β-estradiol.



Confidential Pursuant to Confidentiality Order

The catechol metabolites of equine oestrogens are believed to exert carcinogenic effects. Animal experiments in vivo, using the hamster kidney tumour model, have also shown that, besides equilin and equilenin, hydrolysed Premarin can induce renal tumours [9].

**Evaluation of conjugated equine oestrogens**

As already stated, the oestrogen extract from mares' urine contains a mixture of various oestrogen metabolites present in sulphate-conjugated form. They originate in large part from equine-specific oestrogens, which are found only in horses and not in human beings, and hence cannot be regarded as natural oestrogens for human use.

As is nowadays known, the breakdown products of human estradiol have various other effects within the body, for example in the cardiovascular system [11] and in carcinogenesis [10]. The human metabolites 4-hydroxyoestrone and 16α-hydroxyoestrone have still stronger oestrogenic effects and have a powerful stimulating action on tumour growth; if they persist in the body for more than a short time, they can even induce mutagenic effects [10]. When administering a mixture of human oestrogen metabolites to postmenopausal women for purposes of treatment, doctors must make every effort to eliminate potentially carcinogenic metabolites beforehand. Up to the present time hardly any efforts seem to have been made to ascertain whether any metabolites having tumour growth stimulating effects or increased mutagenic potential are present in the mixture of conjugated equine oestrogens, and if so, what these metabolites are.

Recent observations on the mechanisms of gene activation by oestrogens, especially in nonreproductive tissues, suggest that oestrogen receptors, after activation by various oestrogens, are capable of influencing more than a single DNA response element [15]. Even though the proportion of an oestrogen in the oestrogen mixture may be relatively small, it might conceivably exert an effect – even a negative effect – on the body.

The development of cancer in human beings seems in general to be triggered only by *long term* exposure to carcinogenic substances. Especially when dealing with products which are used for long term treatment, it is therefore essential not to administer any hazardous substances. To



Confidential Pursuant to Confidentiality Order

identify such substances seems to be particularly necessary when using therapeutic agents, such as equine oestrogens, which constitute *foreign substances* in respect of the human body.
For hormone replacement with oestrogens in the menopause a natural substance produced by the human body is nowadays available. It is 17β-estradiol and it has all the therapeutic qualities which are claimed for other products. 17β-estradiol is even available in a special pharmaceutical form, namely the transdermal therapeutic system, by which it can be given to postmenopausal women in the concentration in which it was produced by the ovary at an earlier stage of life.

Conjugated equine oestrogens, though claimed to produce effects similar to those of 17β-oestradiol, are really no more than a substitute for estradiol and still pose many unanswered clinicopharmacological questions. There is no scientific basis for the claim that major success in postmenopausal hormone replacement therapy can be achieved only by a product containing numerous separate factors, as are present in conjugated equine oestrogens [5].

The fact that several equine oestrogen metabolites possess stronger oestrogenic properties than the structurally similar metabolites of the human hormone 17β-estradiol is not necessarily an advantage; more potent oestrogenic action also means stronger hepatotropic properties with side effects such as increased output of angiotensinogen and coagulation factors. Metabolites with powerful oestrogenic effects may possibly increase the risk of carcinogenic activity.

In conclusion it may be said that the use of oestrogen extracts from equine urine constitutes a pharmacologically antiquated system. There are hardly any other hormone deficiencies which are still treated with biological extracts.

**References**

10. Assessment of oestrogen metabolism in hormone-dependent neoplasias – clinicopharmacological aspects.