# EXHIBIT 86

WYETH AYERST

INTERNAL CORRESPONDENCE

| | | | |
|---|---|---|---|
| TO | Heidi Hunter | FROM | Justin R. Victoria |
| COMPANY | LOCATED 555/6 | COMPANY | W-AR LOCATED 170-2 |
| SUBJECT | German Anti-Premarin Article | DATE | January 13, 2000 |

Heidi,

I have read the appended article by Lippert Et. al. As we discussed at the Premarin Core Team Meeting there may be some advantage to "letting sleeping dogs lie." If we would like to respond, response might best be focused on the overall effect of estrogen replacement therapy on the incidence and mortality associated with breast cancer. As you know, that's still a topic subject to great debate. We can then add whatever information we might have regarding the effect of conjugated estrogens (Premarin) as compared to other estrogen replacement therapies on the incidence and/or mortality associated with breast cancer. I would not recommend that we engage in a discussion of the composition of conjugated equine estrogens or the metabolism of our product.

Justin R. Victoria

CC: Dr. Dey, Mr. Peskoe, Mr. Hasler, Mr. Mahady, Mr. Poussot

Attachment

JRV/lmc/JRV1999.4003