# EXHIBIT 87

**Strategic Publications Development Meeting**
**June 15, 2000**
**Meeting Recap**

**Attendees**

Wyeth-Ayerst: Jamie Durocher, Mark Barbee, Steve Strickland, Stephanie Brown, Alice Conti (Called In)
DesignWrite: Karen Mittleman, Kathy Ohleth

**Committee Objectives**

- Jamie disseminated team objectives for both the Strategic Publications Development Committee and for the Publications Management Group. These were discussed and approved.

**Strategies Based on ERT/HRT Summit**

The following **priorities** were identified:

- Koh: contact at 14th Annual Meeting to author "healthy endothelium paper"
- Breast cancer reviews based on information at meeting

**Discussion of Strategic Publications Development 2000**

The following **action steps** were identified:

- Stephanie will contact her connection at *The Female Patient* when paper is ready to be submitted by Lila Nachtigall.
- Alice will contact H. Fillit and send him the proposed outline for the "Prevention of Alzheimer's Disease" paper. This paper should also include discussion of potential markers (e.g., MMSE scores) for prevention of AD.
- Discussion in papers pertaining to cardiovascular markers should take into consideration labeling changes. Paul Ridker, an expert on C-reactive protein, was suggested as a possible author. DW will discuss with Matt Rhoa since he has a relationship with Ridker. Steve Adelman should be contacted for possible ideas on this paper.
- John Eden was suggested as the author of a breast cancer paper questioning the role of progestins as a causative factor.
- Paganini-Hill's Leisure World review should include fracture data, cognition, diabetes, and possibly defining the use of low-dose in this population. Data are still being analyzed.
- Eskin's data will be limited to 1 paper; this is not a priority at the moment.
- Rosen were suggested as author of the "Bone Markers for Osteoporosis and Fracture" paper. Wyeth will need to contact him to determine his interest.
- "Quality of Life" review paper is a priority.

**Discussion of Pre-2000 Premarin Publications**

The following **action items** were identified:

- Alice will follow-up with Raymond Ke regarding his interest in authoring the HRT and immune function paper.
- J.C. Gallagher needs to be sent outline for the review paper on HRT and osteoporosis.

Next Meeting: July 6, 2000, 11:00–12:30 PM in 555-4157.

**Strategic Publications Development Meeting**
**July 27, 2000**
**11:00 am–12:30 pm**
**Conference Room 555-6A**
**Meeting Agenda**

**I. Update of Strategic Publications Development 2000**

- Update from Telluride meeting: 1) Low-dose review paper (MS #10) author(s)? 2) Koh contacted for Healthy Endothelium paper (MS #20)?
- Breast Cancer in Perspective (MS #6) – Lila submitted to *The Female Patient*.
- Low-dose roundtable (MS #11) – Excerpted from Executive Summary for *Menopausal Medicine*? D. Archer, editor, should be contacted re: feasibility.
- J. Eden has agreed to author the Breast Cancer and Progestins paper (MS #16).
- L. Mosca's reprints for "Hormone Replacement Therapy in the Prevention and Treatment of Atherosclerosis" have been requested.
- P. Ridker was suggested as author of Relevance of Clincal Markers for CVD Outcomes (MS #13). M. Rhoa (and/or replacement) will be asked to contact him regarding this opportunity once outline is complete (8/10/00).
- Follow-up with Fillet for Role of HRT in the Prevention of Alzheimer's Disease paper (MS #7)?
- DW contacted Kate Eby-Moore who suggested we speak to Cindy Long regarding M. Curtis' Health Policy paper (Rx #1).
- *Women's Health and Primary Care* status? (Possible venue for Immune paper)

**II. Update of Pre-2000 Premarin Publications**

- Galley proofs were reviewed for Lori Mosca's paper (SERMs #4), "The Role of HRT in the Prevention of Postmenopausal Heart Disease." Publication will be in August.
- Point-Counterpoint from paper will be published in NLEC newsletter.
- Gallagher was sent the BMD and HRT outline for review (SERMs #3).
- Macular degeneration and HRT paper (BB #2) resubmitted.
- Raymond Ke had minor changes to the HRT and immune function paper (BB #4). Need selection of journal.
- Cefalu's paper on Diabetes and HRT (BB #1) has been reformatted for *Journal of Women's Health*.

**III. Additional Items**

- Dissemination of publications information

**Next Meeting: August 17, 2000**

# PROJECT ASSIGNMENT FORM

NAME: Caron Pruiett
225 SE Crestview
Pullman, WA 99163
Tel: (509) 334-4482

PROJECT: #8231: Manuscript on "Breast Cancer and Progestins" for submission to *Women's Health in Primary Care.*

DESCRIPTION: Write 8- to 10-page manuscript (not including references) based on the approved outline.

**Points to Include**
Generally points to be covered include: current literature that has indicated a role for progestins in breast cancer among postmenopausal women; mechanisms how progestins may influence breast cell development; why progestins may not be responsible for the incidence of breast cancer in hormone replacement therapy (HRT) users.

**References**
DesignWrite will provide reference materials; however, the writer is not prohibited from using other suitable references. If additional reference materials need to be ordered, please request them through DesignWrite. Writer will provide highlighted references along with the manuscript, and all reference materials provided to the writer, including those left unused, will be returned to DesignWrite upon completion of the assignment.

**Timetable**
Work will begin on Wednesday, August 23, 2000, upon receipt of instructions and any references provided by DesignWrite.

Due date of outline to DesignWrite by the writer is Wednesday, September 6, 2000.

Due date of the first full draft of the manuscript is 4 weeks from when writer receives approved outline.

When revisions to the manuscript are required, they will need to be made extremely rapidly, perhaps within 24 hours. DesignWrite will make every effort to alert the writer as to when comments/requests for revisions are expected; however, we may not be able to give prior notice at all times.
Deadlines must be strictly observed. Failure to meet deadlines may result in financial penalties.

October 3, 2000

Caron Pruiett
225 SE Crestview
Pullman, WA 99163

To Whom It May Concern:

Enclosed please find our check (No.37515) in the amount of $1,000 for the 8-10 page manuscript on *Breast Cancer and Projestins.*

Sincerely,

Rosie J. Lynch, RPh
Vice President
Scientific Affairs

Enclosure

**Strategic Publications Development Meeting**
**August 14, 2001**
**Meeting Recap**

**Attendees:**

Wyeth-Ayerst: Mark Barbee, Pam Cobb (call-in), Alice Conti, Gail Goldsmith, Jamie Durocher, Liselott Silvhed
DesignWrite (DW): Karen Mittleman

**Materials for Distribution**

- 2 papers that were published (CVD #9, OP #3), and 2 papers that were submitted for final review to journals (BC #7, CNS #4) were disseminated.

**Mechanism for Timely Article/Outline Reviews**

- Based on the workload of papers/outlines that required timely review, **Alice** suggested that responsibility for the reviews be split among the marketing and medical teams.
- It was discussed that papers be disseminated to the group in hard copy form with responses either faxed or mailed back to **DW**.

**Strategic Publications Development Grid**

- Materials for Review
  - **All comments should be provided to DW by Tuesday, August 21st.**
  - Mammographic density and HRT, **J. Fiorica (BC #5)**—Paper to be reviewed by **Jamie** prior to sending to author.
  - Do progestins have a role in breast cancer, **J. Eden (BC #6)**—Outline to be reviewed by **Mark** prior to sending to author.
  - The impact of progestins on the cardiovascular effects of HRT in postmenopausal women, **L. Speroff (CVD #3)**—Outline to be reviewed by **Mark** prior to sending to author; **Liselott** will give to **MJ** for her review since it focuses on progestins.
  - Relevance of clinical markers for CVD outcomes, **C. Rackley (CVD #4)**—Paper to be reviewed by **Pam** prior to sending to author.
  - Can a healthy endothelium influence the cardiovascular effects of HRT?, **K.K. Koh (CVD #6)**—Paper submitted to *JACC*; reviewed by **Steve Adelman**.
  - The role of HRT in the prevention of Alzheimer's disease, **H. Fillit (CNS #3)**—Paper submitted to *Arch Intern Med*. **Alice** will review for any changes that need to be made in when reviewers' comments received.
  - Clinical markers for osteoporosis outcomes, **N. Lane/Q. Rehman (OP #1)**—**Liselott** will ask **Stephanie** to review paper and provide feedback.
  - Quality of life and menopause: the role of HRT, **M. Freedman (BB #5)**—Paper to be reviewed by **Pam** prior to sending to author.

Confidential Pursuant to Confidentiality Order

- Grid Update
  - HRT and Breast Cancer: A Qualitative Review, **T. Bush, M. Whiteman, J. Flaws (BC #3)—DW** will contact journal to check on publication date.
  - The impact of progestins on the cardiovascular effects of HRT in postmenopausal women, **L. Speroff (CVD #3)**—The journal selected should target primary care physicians. **DW** will discuss journal with author once outline is sent
  - How well do clinical markers predict CVD outcomes? **(CVD #5)**—Pam Ouyang was suggested as author with journal TBD; paper will be prepared after CVD #4 is approved (a PCP verison).
  - Current issues in cardiovascular health for women, **Post et al (CVD #6)**—DW has meeting set with **Dick Karas** on 8/21/01. Extra nudging may be necessary.
  - Prevention of heart disease in women: Is postmenopausal estrogen therapy warranted? Point-Counterpoint "The HERS trial does not confute a cardioprotective effect of hormone replacement therapy," **I. Thorneycroft (CVD #9)**, *Menopause Management* 2001;July/August:16-28—**DW** will check to see if it is peer-reviewed for determination of FDAMA or MAIL distribution.
  - The role of estrogens in the management of postmenopausal bone loss, **J.C. Gallagher (OP #2)**, *Rheumatic Disease Clinics of North America* 2001;27:143-162—**Mark** will follow up with Barbara Alonzo to see if distribution can be by WLF; **DW** will send Mark final published paper.

**Ideas for Development of New Papers/Letters**

- M. Freedman's response to AHA Advisory—**Alice/DW** will follow up with Murray regarding possible venues/types of responses.
- HRT and Skin review paper—more information after the Advisory Board meeting on 8/24/01.
- Harry Burke (Georgetown) – Absolute vs. Relative Risk—It was suggested that this paper include the value of epidemiological studies. Further discussion required.

**Other Items**

- **DW** will follow up with colleague at Aventis to see if *Guidelines for Medical Writing for the Pharmaceutical Industry* has been updated; **Alice** will follow up with the internal people responsible for approving the document.

**Strategic Publications Development Committee: Action Steps 1/28/02**

| Action # | Action Description | Person Responsible | Proposed Completion Date | Comments |
|---|---|---|---|---|
| 1 | Contact appropriate author after reading acute cognitive paper (ACUTE #2, 2002 Papers grid) | A. Conti<br>M. Barbee (read only)<br>J. Durocher (read only) | 4 Feb 02 | S Shumaker identified by A Conti 1/29/02 |
| 2 | Outline for acute cognitive paper (ACUTE #2, 2002 Papers grid) to be sent to author after contact by A. Conti | DW | 8 Feb 02 | |
| 3 | Contact S. Harris regarding authorship of early bone loss paper and possible co-authorship with D. Black | A. Conti | Dec 20, 01 | Completed 1/02 |
| 4 | Contact V. Ravnikar about remaining first author on the use and persistence paper (Rx #4, Papers in progress grid) | A. Conti/DW | Dec 20, 01 | Completed 1/4/02 |
| 5 | Provide ideas for the development of a review paper that includes tibolone and other new products in development | DW | 20 Dec 01 | Completed 1/28/02 |
| 6 | Provide information for P. Raveendranath on inclusion of outside author for manuscript (E/P/C #6, Papers in progress grid). | J. Durocher | 28 Jan 02 | Completed 2/3/02 |
| 7 | Provide feedback on Progestins and Breast Cancer paper (BC #6, Papers in progress grid) | M. Barbee | 4 Feb 02 | |
| 8 | Outline to be developed for paper on Vascular Effects of Estrogens: Venous vs Arterial Vessels (CV & D #2, 2002 Papers grid [note: replaces inflammation paper covered in Karas et al (Duke) paper]); inquire whether D Karas would be interested in authoring | DW | 20 Feb 02 | |
| 9 | Outline to be developed for paper on HRT in Diabetic and Nondiabetic Women (CV & D #1, 2002 Papers grid) | DW | 20 Feb 02 | |
| 10 | Paper on patient management discussed; requires further details prior to development | SPD Committee | 20 Feb 02 | |

DWRITE 067253

DesignWrite
INCORPORATED

# Important Fax Message
# Please Deliver Immediately

| | | | |
|---|---|---|---|
| **To:** | **Veronica Hammond**<br>**Office of John Eden, MD** | **Fax:** | **011-61-2-9382-6444** |
| **Date:** | **March 7, 2002** | **Time:** | **5:50 PM EST** |
| **From:** | **Adrienne Pitrelli** | **Phone:**<br>**Fax:**<br>**E-mail:** | **609-924-1116**<br>**609-497-2304**<br>**apitrel@dwrite.com** |

**Number of pages (including cover sheet): 1**

**Re: UPS Verification**

---

Hi, Veronica.

I'm sorry I'm late in getting this to you, but please let this serve as confirmation that we are prepared to absorb the cost of the package that Dr. Eden will send to the journal. Please send the invoice to us when you receive it. If you have any questions, please do not hesitate to contact me. Thank you!

Sincerely,

Adrienne Pitrelli

February 20, 2002

James E. Dalen, MD, MPH
Editor, *Archives of Internal Medicine*
1228 E Prince Rd. Suite A
Tucson, AZ 85719

Dear Dr. Dalen:

Please consider the enclosed manuscript, "Progestins and Breast Cancer" for publication in *Archives of Internal Medicine*. This paper reviews the existing knowledge of the role of progesterone in breast cancer and pays close attention to its association with breast cancer risk, survival, and underlying cellular processes.

This article has been neither published previously nor submitted concurrently for publication elsewhere.

Enclosed are five (5) copies of the manuscript and, in accordance with *Archives of Internal Medicine*'s Instructions for Authors, the form on authorship responsibility, financial disclosure, and assignment of copyright, which I have read and signed.

If there are any other materials you require in considering my submission or if you have any questions, please feel free to contact me at 011-612-9382-6777 or at j.eden@unsw@unsw.edu.au.

Thank you for your consideration.

Sincerely,

John Eden, MD

Enclosures

October 30, 2002

Moon H. Kim, MD, Associate Editor
*American Journal of Obstetrics and Gynecology*
Department of Obstetrics/Gynecology
The Ohio State University College of Medicine
5515 Scioto-Darby Road, Suite 202
Columbus, OH 43026

Re: Manuscript #**202968**

Dear Dr. Kim:

I am pleased to learn of your intention to publish my manuscript, "Progestins and Breast Cancer," in the *American Journal of Obstetrics and Gynecology*. I thank you and the reviewers for your constructive suggestions for revision, namely, 1) to take into account the recent report from the Women's Health Initiative (*JAMA* 2002 Jul 17;288:321-33); and 2) to move the preclinical information before the discussion of clinical and epidemiologic data.

In response I now address the WHI trial in the abstract, in detail on page 10, and in the conclusion on page 15. I have also rearranged the preclinical, clinical, and epidemiologic discussions as suggested. Third, I have revised the discussion of the nested, case-controlled study in Australia (page 11), of which I am one of the authors, and which has since been published (Durna EM, et al. *Med J Aust* 2002;177:347-51).

Enclosed are the following materials:

- The revised manuscript on computer disk, prepared according to your guidelines for submitting electronic manuscripts and illustrations
- Two (2) print-outs of the manuscript, and
- The original manuscript with changes indicated in red ink.

If there are any other materials you require or if you have any questions, please contact me at 011-612-9382-6777 or j.eden@unsw.edu.au.

Sincerely,

John Eden, MD

Enclosures