# EXHIBIT 88

MARTN010-005744

Confidential Pursuant to Confidentiality Order

## STRATEGIC PUBLICATION PLAN TRACKING REPORT

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| **SERMs Message** | | | | | | | |
| 1 | SERMs #1 | Selective Estrogen Receptor Modulators: A Controversial Approach for Managing Postmenopausal Health | M.G. Curtis | *Journal of Women's Health* | Published: Apr 1999; 8(3):321-334. | | |
| 2 | SERMs #2 | Comparative Tolerability of The Selective Estrogen Receptor Modulators in Breast Cancer Treatment And Prevention | M.G. Curtis | *Drug Safety* | Submitted: 1/30/01. | | |
| 3 | SERMs #3 | SERMS as an Alternative to Hormonal Therapy? | M.G. Curtis/*Journal of Women's Health* | *Menopause Digest* | Extended abstract prepared from April 1999 paper. Published: 2000; 12(4):27-28 | | |
| **Breast Cancer Message** | | | | | | | |
| 3 | BC #1 | Is There an Association Between Hormone Replacement Therapy and Breast Cancer? | W.T. Creasman | *Journal of Women's Health* | Published: Dec 1998; 7(10):1231-1246. | M.A.I.L. Sent 8/11/99 | |
| 4 | BC #2 | Sex Hormone-Binding Globulin and Breast Cancer Risk | L.E. Nachtigall | *Primary Care Update For Ob/Gyns* | Published: Mar/Apr 1999;6(2):39-45. | | |
| 5 | BC #3 | Hormone Replacement Therapy and Breast Cancer: A Qualitative Review | T.L. Bush<br>M. Whiteman<br>J. Flaws | *Obstetrics and Gynecology* | Rejected by *JAMA*. Submitted to *Ob/Gyn:* 11/7/00. Tentative approval by *Ob/Gyn:* 1/9/01.<br><br>Publication target: May 2001. | | |
| 6 | BC #4 | Breast Cancer and HRT in Perspective | L. Nachtigall | *The Female Patient (Primary Care Edition)*<br><br>*The Female Patient (Ob/Gyn Edition; CME)* | Published: Oct 2000; 25(10):55-61.<br><br>Published: Oct 2000; 25(10):77-83 | M.A.I.L. Sent 12/5/00 | |



Plaintiffs' Exhibit # 8155G

Confidential Pursuant to Confidentiality Order

MARTN010-005745

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 7 | BC #5 | Mammographic Density and HRT | D. Fiorica | *Mayo Clinic Proceedings* | Outline approved by author: 11/30/00. Manuscript sent to author for review: 2/27/01.<br><br>Submission target: March 2001. | | |
| 8 | BC #6 | Do Progestins Have a Role in Breast Cancer? | J. Eden | *Women's Health in Primary Care* | Outline in preparation.<br><br>Submission target: April 2001. | | |
| **Cardiovascular Message** | | | | | | | |
| 9 | CVD #1 | Hormone Replacement Therapy in the Prevention And Treatment of Atherosclerosis | L. Mosca | *Current Atherosclerosis Reports* | Published: July 2000; 2(4):297-302. | | |
| 10 | CVD #2 | The Role of HRT in the Prevention of Postmenopausal Heart Disease | L. Mosca | *Archives of Internal Medicine* | Published: Aug 2000; 160:2263-2272.<br><br>Letters response sent: 10/12/00; rev. 11/1/00 | | |
| 11 | CVD #3 | The Impact of Progestins on the Cardioprotective Effects of Hormone Replacement Therapy in Postmenopausal Women | L. Speroff | *TBD* | Outline sent to author by client<br><br>Submission target: April 2001. | | |
| 12 | CVD #4 | Relevance of Clinical Markers for CVD Outcomes | C. Rackley | *Journal of the American College of Cardiology* | Outline in client review. Author needs to be confirmed.<br><br>Submission target: April 2001. | | |
| 13 | CVD #5 | How Well Do Clinical Markers Predict CVD Outcomes? | TBD | *International Journal of Clinical Practice* | Will be developed from CVD #4 with PCP focus.<br><br>Submission target: April 2001. | | |

MARTN010-005746

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 14 | CVD #6 | Can a Healthy Endothelium Influence the Cardiovascular Effects of HRT? | K. Koh | *Arteriosclerosis, Thrombosis, and Vascular Biology* | Manuscript in progress.<br><br>Submission target: March 2001. | | |
| 15 | CVD #7 | Current Issues in Cardioprotective Effects of HRT | P. de Vane | In A. R. Genazzani, ed. *Controversies in Cardiovascular Disease and HRT.* (IMS 2000 Proceedings) | Submitted: 12/5/00. Galleys sent to journal: 1/31/01.<br><br>Publication target: April 30, 2001. | M.A.I.L. when published? | |
| 16 | CVD #8 | Current Issues in Cardiovascular Health for Women | W. Post<br>R. Karas<br>M. Flather<br>R. Blumenthal<br>T. Clarkson<br>C. Rackley<br>G. Rosano | TBD | Outline reviewed by group: 2/24/01. Changes in progress. | | |
| **CNS Message** | | | | | | | |
| 17 | CNS #1 | Practical Strategies for the Diagnosis and Treatment of Alzheimer's Disease | S.J. Birge | *Clinical Geriatrics* | Published: Apr 1999; 7(4):56-74 | | |
| 18 | CNS #2 | Mild Cognitive Impairment: Potential Pharmacological Treatment Options | B. Sherwin | *Journal of the American Geriatrics Society* | Published: Apr 2000; 48(4):431-441 | | |
| 19 | CNS #3 | The Role of HRT in the Prevention of Alzheimer's Disease | H. Fillit | *Archives of Neurology* | Revised manuscript to be sent to author for review: 3/15/01.<br><br>Submission target: March 2001. | | |
| 20 | CNS #4 | Estrogens and Cognitive Function | B. Sherwin | *Endocrine Reviews* | Manuscript in progress.<br><br>Publication target: June 2001. | | |



Confidential Pursuant to Confidentiality Order

Confidential Pursuant to Confidentiality Order

MARTN010-005747

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 21 | CNS #5 | Is There a Connection Between Estrogen and Parkinson's Disease? | L. Shulman | *Parkinsonism and Related Disorders* | Rejected by *Neurology*. Revisions in progress.<br><br>Submission target: March 2001. | | |
| **Bundle of Benefits Message** | | | | | | | |
| 22 | BB #1 | The Use of Hormone Replacement Therapy in Postmenopausal Women with Type 2 Diabetes | W. Cefalu | *Journal of Women's Health and Gender Based Medicine* | Accepted: 12/15/00. Galleys sent back: 2/26/01.<br><br>Publication date: April 2001. | | |
| 23 | BB #2 | Age-Related Eye Diseases: Impact of Hormone Replacement Therapy and Other Risk Factors | K. Snow/J. Seddon | *International Journal of Fertility (Women's Medicine Edition)* | Published: Sept/Oct 2000:300-313 | | |
| 24 | BB #3 | Immune Function and Aging: What is the Impact of HRT? | R. Ke | *Journal of Reproductive Immunology* | Rejected by *Women's Health in Primary Care:* 11/14/00. Resent to author for submission to *Women's Health and Gender-Based Medicine:* 12/11/00; rejected. Preparing submission to *Journal of Reproductive Immunology*<br><br>Publication target: August 2001 | | |
| 25 | BB #4 | The Treatment of Urinary Tract Infections in Postmenopausal Women | C. Maloney | *American Journal of Nursing* | Submitted: 10/21/00. DW contacted journal: 1/22/01, 2/7/01; and 3/12/01: paper still out for review.<br><br>Publication target: June 2001. | | |

MARTN010-005748

Confidential Pursuant to Confidentiality Order

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 26 | BB #5 | Clinical Markers for Osteoporosis Outcomes | N. Lane/Q. Rehman | *Annals of Internal Medicine* | Manuscript sent to authors for review: 2/14/01.<br><br>Submission target: March 2001. | | |
| 27 | BB #6 | The Role of Estrogens in the Management of Postmenopausal Bone Loss | J.C. Gallagher | *Rheumatic Disease Clinics of North America* | Submitted: 11/13/00.<br>Galley proofs sent to journal: 1/8/00.<br>Final galleys approved: 1/30/00.<br><br>Publication date: March 2001. | WLF proposed | RSMs, AAMs |
| 28 | BB #7 | Estrogens and Osteoporosis | V. Montgomery-Rice | *International Hospital Management* | Manuscript sent to Pallavi Kumar for 600 word article.<br>Submitted: 12/00.<br><br>Publication date: March 17, 2001. | | |
| 29 | BB #8 | Quality of Life and Menopause:<br>The Role of HRT | M. Freedman | *Journal of Women's Health* | Manuscript sent to author for review: 2/15/01.<br><br>Submission target: March 2001. | | |
| 30 | BB #9 | Aging and Menopause: Targeting Strategies for Therapies (CME) | R. Daynes | *Clinical Geriatrics* | Published: Aug 1999; 7(9):56-65. | | |
| **Treatment Strategies** | | | | | | | |
| 31 | Rx #1 | Health Policy Formulation for Women's Health: Are We on Target? | M.G. Curtis | *New England Journal of Medicine* | Rejected by *JAMA*: 2/05/01.<br>Abstract submitted for review to *New England Journal of Medicine:* 2/17/01.<br><br>Publication target: September 2001. | | |

Confidential Pursuant to Confidentiality Order



| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 32 | Rx #2 | SERMs Advisory Board Summary | NA | NA | NA | | |
| 33 | Rx #3 | Effect of Local Conjugated Estrogens on Vaginal pH and Urogenital Health in Elderly Women | C. Maloney and M.L. Oliver | *Journal of the American Medical Directors Association* | Published: March 2001; 2(2):51-55 | | |
| 34 | Rx #4 | Hormone Replacement Therapy. Effect of Progestin dose and time Since Menopause on Endometrial Bleeding | D. Archer J. Pickar | *Obstetrics and Gynecology* | Published: Dec 2000; 96(6):899-905 | WLF via Ayerst/AAMs | PCPs |
| 35 | Rx #5 | The Physician's Role in the Use of ERT/HRT | V. Ravnikar G. Ludmerer | *TBD* | Outline discussed with author: 2/1/01 Changes will be made based on author's comments. | | |
| **Estrogens/Progestins/Components** | | | | | | | |
| 36 | E/P/C #1 | The New Science of Estrogen Receptors (CE Monograph) | R. Maddox | *US Pharmacist* | Published: Apr 1999; 24(4):87-98 | | |
| 37 | E/P/C #2 | The Pharmacokinetics and Efficacy of Different Estrogens Are Not Equivalent | R. Ansbacher | *American Journal of Obstetrics and Gynecology* | Accepted: 6/21/00. Galleys sent back: 1/23/01. Publication date: February 2001. | | |
| 38 | E/P/C #3 | NABP Article | R. Maddox | *NABP Newsletter* | Published in 4th Quarter 2000 National Newsletter on website: http://nabp.net | M.A.I.L. or Voicemail | AAMs Trade |
| 39 | E/P/C #4 | Progestins in HRT | F. Stanczyk | *American Journal of Obstetrics and Gynecology* | Outline sent by author. Manuscript in progress. Submission target: April 2001. | | |
| 40 | E/P/C #5 | Recent Insights into the Varying Activity of Estrogens | M. Dey, C.R. Lyttle, J.H. Picker | *Maturitas* (Supplement) | Published: Apr 2000; 34:S25-S33 | | |

Confidential Pursuant to Confidentiality Order

MARTN010-005750

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 41 | E/P/C #6 | Is Low-Dose Hormone Replacement Therapy Efficacious and Desirable? | R. Lobo<br>M. Whitehead | *Climacteric* | Submitted: 12/28/00.<br>Reviewers' comments received: 1/22/01<br>Revised paper sent to author for resubmission: 2/15/01.<br>Initial galleys sent back to journal: 3/12/01.<br><br>Publication target: June 2001. | | |
| 42 | E/P/C #7 | Roundtable on Low-Dose HRT | D. Shoupe<br>L. Mosca<br>R. Recker<br>B. Sherwin<br>D. Archer | *Menopausal Medicine* | Based on Low-Dose Advisory Board.<br><br>Submission target: March 2001. | | |
| 43 | E/P/C #8 | The Pharmacist's Role in Direct to Consumer Advertising (Dissolution Paper) | D. Baker, PharmD? | *U.S. Pharmacist* | Outline sent to client: 2/02/01. | | |
| **Women's HOPE Clinical Trial Publications** | | | | | | | |
| 44 | WHOPE #1 | Relief of Vasomotor Symptoms and Vaginal Atrophy with Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate (Lead Paper) | HOPE Investigators (Utian, Shoupe, Bachmann, Pinkerton, Pickar) | *Fertility and Sterility* | Submitted: 11/9/00.<br>Comments received: 1/3/01.<br>Revised paper sent to journal: 1/12/01.<br>Accepted: 1/26/01 (per phone conversation).<br><br>Publication target: June 2001 | | |
| 45 | WHOPE #2 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Endometrial Bleeding | HOPE Investigators (Archer, Lewis, Dorin, Schneider, Pickar) | *Fertility and Sterility* | Submitted: 11/09/00.<br>Comments received: 1/3/01.<br>Revised paper sent to journal: 1/12/01.<br>Accepted: 1/26/01 (per phone conversation). | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Publication target: June 2001 | | |



Confidential Pursuant to Confidentiality Order

MARTN010-005751

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 46 | WHOPE #3 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Plasma Lipids and Lipoproteins, Coagulation Factors, and Carbohydrate Metabolism | HOPE Investigators (Lobo, Bush, Carr, Pickar) | *Fertility and Sterility* | Submitted: 12/7/00.<br>Comments received: 2/19/01.<br>Revised paper sent to author for resubmission: 2/21/01.<br><br>Publication target: July 2001. | | |
| 47 | WHOPE #4 | Endometrial Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate | HOPE Investigators (Pickar, Yeh, Wheeler, Cunnane, Speroff) | *Fertility and Sterility* | Submitted: 12/7/00.<br>Revisions received: 2/07/01.<br>Changes made; paper resubmitted: 2/12/01.<br><br>Publication target: July 2001 | | |
| 48 | WHOPE #5 | Effects of Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate on Bone | HOPE Investigators (Lindsay, Gallagher, Pickar) | *JAMA* | Manuscript will be completed after bone data are available in 1st Qtr 2001. | | |
| 49 | WHOPE #6 | Metabolic Effects of Two Years of Treatment with Lower Doses of Conjugated Equine Estrogens and Medroxyprogesterone Acetate | HOPE Investigators (TBD) | *TBD* | Manuscript will be completed after data are available in 1st Qtr 2001. | | |
| **Associated Low-Dose Papers** | | | | | | | |
| 50 | LD #1 | Effects of Low-Dose, Continuous Combined Conjugated Estrogens and Medroxyprogesterone Acetate on Menopausal Symptoms, Body Weight, Bone Density, and Metabolism in Postmenopausal Women | M. Gambacciani, Ciaponi, Cappagli, and Genazzani | *American Journal of Obstetrics and Gynecology* | Submitted: 9/20/00.<br>Rejected by *Menopause* and resubmitted to *Am J Obstet Gynecol* (notified by author: 2/4/01).<br><br>Publication target: October 2001. | | |



MARTN010-005752

Confidential Pursuant to Confidentiality Order

| Pub. No. | MS Topic/No. | Article | Author | Journal | Status | Distribution Type | Audience |
|---|---|---|---|---|---|---|---|
| 51 | LD #2 | Modifications in Lipid Profile and Endothelial Function in Response to Low-Dose Estrogen Replacement Therapy in Menopausal Women at Risk for Coronary Artery Disease | G. Rosano<br>M. Fini<br>F. Leonardo<br>S. Zoncu<br>D. Onorati<br>C. Sarais<br>G. Mercuro | *Lancet* | GMA requested edit be done: 10/24/00.<br>Paper reviewed by author: 2/24/01.<br>Final edits in progress; paper to be given to author: 3/17/01.<br><br>Submission target: March 2001. | | |



MARTN010-005753

Confidential Pursuant to Confidentiality Order