# EXHIBIT 89

**From:** NCOOPER@dwrite.com
**Sent:** Monday, May 13, 2002 12:32 PM
**To:** USFF01@CONTIA.WAFF06
**Cc:** KMITTLE@dwrite.com
**Subject:** Menopausal Health Pub Mgt Agenda

Hi Alice:

Attached is the revised agenda for Friday's meeting. I suggest that the email you send with the agenda should read something like this:

"Attached is the agenda for the Menopausal Health Pub Management meeting that will be held on Friday, May 17, at 2:00 pm in the Executive Conference Room 150B2.
<<agenda MH 51702.doc>>
For people who do not wish to participate in the entire meeting, we have scheduled time for each of the three products. We have also allotted time to discuss issues that apply to all participants at the end of the meeting.

2:002:45: Premarin
2:453:00: TMG
3:003:15: Bazedoxifene
3:153:30: PR opportunities, CME events, potential submissions to upcoming meetings, etc

For participants who will be calling in:
* If you will be calling in from the US, the callin number is 8774558695. The participant code is 235741.
* If you will be calling in from outside the US, the callin number is 8655408745. The participant code for this number is also 235741.

Please note that Mike Dey has charged the Publication Committee with increasing the number of positive Premarinrelated publications (Mike would like us to publish at least 1 study per month). This increase in publications is necessary to challenge the media's recent focus on the HERS trial and on negative information on HRT.

At this Friday's meeting, all invited members of the Publication Planning Committee should be prepared to discuss potential opportunities for data dissemination in future publications and at upcoming conferences (please see upcoming deadlines in section X of the agenda).

I look forward to a productive meeting."

Please feel free to let me know if you would like me to make any revisions.

Thanks,


Confidential Pursuant to Confidentiality Order

Nicole Cooper
Manager, Scientific Communications
DesignWrite
Ph: 6095242329
Fax: 6094972304
ncooper@dwrite.com