# EXHIBIT 90

# TWO BENEFITS VS. A RISK OF ESTROGEN REPLACEMENT THERAPY

As this chart shows, women who take estrogen following menopause have basically no more risk of developing breast cancer than women who do not take estrogen.

In addition, estrogen users are less likely than non-users to die from complications of bone fractures due to osteoporosis. Estrogen users are also much less likely to die from heart disease, including heart attacks and strokes.

**Lives saved or lost per 100,000 women age 50 to 75 by taking 0.625 mg/day of oral conjugated estrogens**




Daniel R. Mishell, Jr., MD for OBG Management
Henderson et al, AMJ Obstetrics & Gynecology, 1986;154:1181-1185