# EXHIBIT 91

Hormone Replacement
Informational Package

# Health Care Provider "Office" Perspective

## BABY BOOM



The baby boom will bring *40 Million* newly postmenopausal women into offices in the next two decades for treatment of diseases directly related to the loss of estrogen.

## HEALTH CARE COSTS

Health care system costs of those therapies will have significant impact.



# Patient Visit Information

The diagnostic code or ICD-9 code for hormone imbalance (Endocrine) is 259.9 (unspecified) E&M codes (Evaluation and Management Codes).

**Established Patient - Visit Information**

| Type of Visit | Length of Visit | Code # | Average Charge |
|---|---|---|---|
| Extended | 15 min. | 992-14 | $56.00 |
| Follow-Up | 10 - 15 min. | 992-13 | $50.00 |
| Brief | 10 min. or less | 992-12 | $30.00 |
| Other | less than 3 min. | 332-11 | $26.00 |

- Counseling services are reimbursable
- Nurses may counsel and the office charge for the patient will be the 992-12 code
- Encourage the perimenopausal and/or menopausal patient to schedule an appointment for Hormone Replacement Counseling

# Patient Visit Information

**The diagnostic code or ICD-9 code for hormone imbalance (Endocrine) is 259.9 (unspecified) E&M codes (Evaluation and Management Codes). The ICD.9 code for Menopause is 627.2.**

**New Patient - Visit Information**

| Type of Visit | Length of Visit | Code # |
|---|---|---|
| Extended | 15 - 30 min. | 902-03 |
| Extended | 30 - 40 min. | 902.04 |

**New or Established Patient - Physician Consult**

| Type of Visit | Length of Visit | Code # |
|---|---|---|
| Consult | 30 min. | 992.42 |
| Consult | 40 min. | 992.43 |

**Miscellaneous ICD.9 Codes**

Venipuncture 364.15

FSH 830.00

# Estrogen Components

| | |
|---|---|
| 1. Estrone Sulfate)<br>(OGEN)<br>(Ortho-Est 100%)<br>(Estratab - 75%-85% | Prevents bone loss in hip and spine |
| 2. Equilin Sulfate<br>(Estratab 6 - 15%) | Relief of vasomotor symptoms |
| 3. 17 Alpha—dyhydroequilin | Tamoxifen like effect and vasodilation |
| 4. 17 Alpha estradiol Sulfate | Lowers Total Cholesterol |
| 5. Delta, 8-9 dihydroestrone | Anti-oxidant |
| 6. Equilenin Sulfate | Increases HDL-C (Good Cholesterol) |
| 7. 17 Alpha dihydroequilenin Sulfate | Lower lipids |
| 8. 17 Beta Estradiol Sulfate<br>(Estrace)<br>(Estraderm)<br>(Climara) | Protects spinal bone loss |
| 9. 17 Alpha dihydroequilenin<br>Cholesterol) | Decrease LDL and VLDL (Bad |
| 10. 17-B-dihydroequilenin | Protects bone |

Implementation

Hormone Replacement
Informational Package

# Implementation

# Office - "How to Implement"

- Identify patient
- Patient Education Materials to Patient
- Establish Separate Appointment
- Explanation Counseling Session
- Urine Tests q 6 months for markers
- Baseline Bone Densitometry
- Breast Exams/PAPS

# How to Increase Patient Compliance



More intense patient counseling efforts



Patient enrolls to receive SEASONS



Patient brings Meds with them to office visit for pill count



Patient is confronted with test results

- Chemical Markers
- Blood Tests
- Urine Tests

HRT Guide

# Hormone Replacement Informational Guide

## Menopause and the effects of Estrogen Deprivation



For Informational Purposes Only

# What is the Most Common Endocrine Disease in Women?

## *Menopause*



# Deficiency Diseases

| **Disease State** | **Replacement Needed** |
|---|---|
| Hypothyroidism | T4 T3 (Synthyroid) |
| Type I Diabetes | Insulin |
| Menopause | Estrogen Progesterone |

Patient
Propaganda

Hormone Replacement
Informational Package

# Patient Perspective

# Average Life Expectancy

81 in 2005



78.8 in 1990



# Menopausal Symptoms

**Hot Flushes (or Flashes)**

**Night Sweats**

**Vaginal Irritation or Dryness**

**Insomnia**

**Depression**

**Mood Swings**

# Bone Loss in Osteoporosis

- **Hip Fractures**
  - 300,000+ Hip Fractures per year in the U.S.
  - Rate increasing as population ages
  - Between 5% and 20% of hip fracture patients die within the first year



# CV Disease Mortality in Men vs Women




Cardiovascular disease is the leading cause of death in women of all ages and CV mortality increases significantly with the onset of menopause.

p 174 Current Problems
Obstetrics
Gynecology Fertility, Sept - Oct, 1993

# Estrogen Use

Current Estrogen users with more than 15 years of Estrogen use had a **40% REDUCTION** in their **overall MORTALITY.**

Brian Henderson, MD et al
Archives of Internal Medicine
Jan, 1991



Meta Analysis of observational studies suggest a **50% REDUCTION** in **HEART DISEASE RISK in women taking Estrogen**

PEPI Trial P 199
JAMA Jan, 1995

The **relative risk of Hip Fracture in women taking Estrogen** within the previous two years was 34% ( **66% reduction**).

Douglas Kiel, et.al
NE Journal of Medicine, November, 1987

# Cardiovascular Disease

*Responsible for* ***more deaths among women*** *than the* ***four other leading causes combined.***

Cardiovascular Disease vs Four Other Leading Causes




Adapted from Heart and Stroke Facts: 1995 Statistical Supplement. American Heart Association, 1994

# Benefits of HRT

1. Increased length and quality of LIFE
2. Decreased incidence of bone fractures
3. Decreased incidence of Heart Disease
4. Lower Total Cholesterol Levels
5. Lower Risk of Alzheimer's
6. Decreased risk of Stroke
7. Less Depression
8. Healthier appearing skin
9. Anti-Oxidant
10. Incontinence is improved
11. Lower risk for Diabetes
12. Decreased risk for Colon Cancer
13. Decreased risk for Cataracts
14. Decreased risk for Subarachnoid Hemorrhage
15. Increased HDL levels
16. Prolonged active sex life
17. Control of vasomotor symptoms

Flip Over

# Current Research



- **Less Depression**

  Obstetrics & Gynecology - L. Palinkan, July, 1992

- **Incontinence is improved/cured**

  Review Articles Volume 48 & 47
  Obstetrical & Gynecological Survey
  Giovanni Eliad
  S. California, Los Angeles

- **Healthier appearing skin**

  R. Miheuz, M.D., et al
  American Journal of Obstetric & Gynecology
  Volume 170, #2 - Feb., 1994

- **Anti-Oxidant Properties**

  Journal of Clinical Endocrinology and Metabolism, Oct., 1993

# Current Research (cont.)

- **Cut Diabetes Risk**

  Obstetrics-Gynecology News, Sept., 1993

- **Decreased Risk of Colon Cancer**

  Journal of the National Cancer Institute, Vol. 87, No. 7, April, 1995

- **Possible Benefits for Alzheimer's**

  Barbara Sherwin, M.D., University of Montreal

- **Cataracts (Decreased Incidence)**

  Beaver Dam Eye Study
  Archive of Ophthalmology

- **Subarachnoid Hemorrhage (Decreased Risk)**

  Annals of Internal Medicine, American College of Physicians, Aug., 1994

# Five Major Benefits

Decreased Incidence of Heart Attack

Decreased Incidence of Stroke

Decreased Risk of Alzheimer's Disease

Decreased Incidence of Bone Fracture

Increased Length and Quality of Life

# Information to Patients

- **Two Benefits vs a Risk of Estrogen-Replacement Therapy**
  - As this chart shows, women who take estrogen following menopause have basically no more risk of developing breast cancer than women who don't take estrogen.
  - Additionally, estrogen users are less likely than non-users to die from complications of bone fractures due to osteoporosis. Estrogen users are also less likely to die from heart disease, including heart attacks and strokes.




Daniel R. Mishell, Jr., MD for OBG Management
Source of Data, Henderson, et al. AM J Obstet GYN, 1986. 154:1181-1186

# Contraindications

- **Estrogen Replacement Therapy should not be used in women with any of the following conditions, known or suspected.**

  - Pregnancy
  - Breast Cancer
  - Estrogen-dependent neoplasia
  - Undiagnosed abnormal genital bleeding
  - Active Thrombophlebitis or thromboembolic disorders

***Physicians should exercise clinical judgment in individual specific cases.***

CA54

**CASH INVESTMENTS NOW....**

**C** olon Cancer

**A** lzheimer's Disease

**S** troke

**H** eart Attack

**...HEALTH DIVIDENDS LATER**

# Colon Cancer

- One of the most common cancers in Western World with high morbidity and high mortality
- Case-control study involving 2,316 women, Newcomb and Storer evaluated HRT and the risk of colon cancers.
- Results: A reduction of about 30% for ever and 46% for recent use in colon cancer incidence.
- A reduced risk of colon cancer was observed for both estrogen only-users as well as estrogen plus progestin-users.

# Alzheimer's Disease

- Women are three times more likely to be affected than men
- Approximately 3 million persons affected
- Number will triple by year 2020.
- Cohort trial of 8,000 women
- Risk of Alzheimer's is reduced by 30% in women who received ERT

American Journal of Epidemiology, 1994; 140: 256,261

# Stroke

- Findings: Women prescribed "potent estrogens", namely conjugated estrogens, estradiol valerate or ethinyl estradiol, perimenopausally reduced their overall risk for stroke by 30% and their risk for intracerebral hemorrhage, acute and thromboembolic stroke by 30 to 50%.

# Heart Attack

- Number one killer of women
- Over 40% reduction in mortality
- Estrogens decrease LDL lipids and increase HDL lipids.
- Estrogens are antioxidants
- Estrogens have a direct effect on Arterial walls.
- Estrogens decrease CAD as measured by artereograms
- Estrogens improve clotting factors