# EXHIBIT 94

## Dr. Lotze's Prempro 2.5-0.625 mg Prescriptions - Monthly



# Dr. Lal's Premphase 0.625 mg Prescriptions - Monthly

