# EXHIBIT 95

Filed 11 March 30 P3:42
Chris Daniel - District Clerk
Harris County
ED101J016244461
By: Wanda Chambers

CAUSE NO. 2003-49357A

P-1
MPSJY

| | | |
|---|---|---|
| SALWA CHOUEIFATI | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| WYETH PHARMACEUTICALS, INC., *et al.*, | § | |
| | § | |
| *Defendants.* | § | 151[st] JUDICIAL DISTRICT |

**PROPOSED ORDER**

On the date shown below, the Court considered Defendants' Motion for Summary Judgment on Plaintiff's Failure-To-Warn Claims. After considering the motion, response, pleadings and evidence on file, the Court concludes that the motion should be denied.

IT IS ORDERED that Defendants' Motion for Summary Judgment on Plaintiff's Failure-To-Warn Claims is DENIED.

Signed this ___ day of APR 1 2 2011, 2011.

Mike Engelhart
Harris County District Judge

Unofficial Copy Office of Chris Daniel District Clerk



RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation and/or alterations were present at the time of filming

**Filed 11 March 30 A10:37**
**Chris Daniel - District Clerk**
**Harris County**
**ED101J016243466**
**By: Wanda Chambers**

**CAUSE NO. 2003-49357A**

P-1
MPSJZ

| | | |
|---|---|---|
| **SALWA CHOUEIFATI** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **WYETH PHARMACEUTICALS, INC., *et al.*,** | § | |
| | § | |
| ***Defendants.*** | § | **151st JUDICIAL DISTRICT** |

Unofficial Copy Office of Chris Daniel District Clerk

**PROPOSED ORDER**

On the date shown below, the Court considered Defendants' Motion for Summary Judgment on Plaintiff's Design and Manufacturing Claims. After considering the motion, response, pleadings and evidence on file, the Court concludes that the motion should be denied.

IT IS ORDERED that Defendants' Motion for Summary Judgment on Plaintiff's Design and *Manufacturing Claims is DENIED.

Signed this ___ day of APR 12 2011, 2011.

[signature]

Mike Engelhart
Harris County District Judge

* Except that π was admitted she is not making a "manufacturing" claim and so summary judgment is granted as to any manufacturing claim asserted by π only. ME

RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation and/or alterations were present at the time of filming

Filed 11 March 30 P3:42
Chris Daniel - District Clerk
Harris County
ED101J016244461
By: Wanda Chambers

CAUSE NO. 2003-49357A

P-1
MPSJY

| | | |
|---|---|---|
| SALWA CHOUEIFATI | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| WYETH PHARMACEUTICALS, INC., *et al.*, | § | |
| | § | |
| *Defendants.* | § | 151st JUDICIAL DISTRICT |

**PROPOSED ORDER**

On the date shown below, the Court considered Defendants' Motion for Summary Judgment on Plaintiff's Failure-To-Warn Claims. After considering the motion, response, pleadings and evidence on file, the Court concludes that the motion should be denied.

IT IS ORDERED that Defendants' Motion for Summary Judgment on Plaintiff's Failure-To-Warn Claims is DENIED.

Signed this ___ day of APR 12 2011, 2011.

Mike Engelhart
Harris County District Judge

Unofficial Copy Office of Chris Daniel District Clerk

RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation and/or alterations were present at the time of filming

Filed 11 March 30 P3:42
Chris Daniel - District Clerk
Harris County
ED101J016244461
By: Wanda Chambers

CAUSE NO. 2003-49357A

P-1
MPSJY

| | | |
|---|---|---|
| SALWA CHOUEIFATI | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| WYETH PHARMACEUTICALS, INC., *et al.*, | § | |
| *Defendants.* | § | 151st JUDICIAL DISTRICT |

**PROPOSED ORDER**

On the date shown below, the Court considered Defendants' Motion for Summary Judgment on Plaintiff's Claims for Fraud, Misrepresentation, Breach of Warranty, and Deceptive Trade Practices. After considering the motion, response, pleadings and evidence on file, the Court concludes that the motion should be denied.

IT IS ORDERED that Defendants' Motion for Summary Judgment on Plaintiff's Claims for Fraud, Misrepresentation, Breach of *Implied (ME) Warranty, and Deceptive Trade Practices is DENIED.

Signed this ___ day of APR 1 2 2011, 2011.

*Π asserts no express warranty claims. (ME)

Mike Engelhart
Harris County District Judge

Unofficial Copy Office of Chris Daniel District Clerk



RECORDER'S MEMORANDUM:
This instrument is of poor quality and not satisfactory for photographic recordation and/or alterations were present at the time of filming