# EXHIBIT 96

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:05CV00163** |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| **LINDA REEVES** | : | **PLAINTIFF** |
| **v.** | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

**ORDER**

Pending are Defendant's Motion for Summary Judgment Re: Design Defect and to Preclude Reference to Low Dose Prempro (Doc. No.373), Motion to Strike Certain Demonstrative Slides From Use During Plaintiff's Opening Statement (Doc. No. 385), and Motion to Strike Designation and Bar Use of Thematic "Deposition Clips" (Doc. No. 382).

Based on the findings of fact and conclusions of law made in the August 22, 2006 hearing, Defendant's Motion for Summary Judgment Re: Design Defect and to Preclude Reference to Low Dose Prempro (Doc. No.373) is DENIED; Defendant's Motion to Strike Certain Demonstrative Slides From Use During Plaintiff's Opening Statement (Doc. No. 385) is GRANTED in PART and DENIED in PART; and Defendant's Motion to Strike Designation and Bar Use of Thematic "Deposition Clips" (Doc. No. 382) is GRANTED in PART and DENIED in PART.[1]

IT IS SO ORDERED this 23rd day of August, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

[1]*See* August 22, 2006 Transcript for details.