# EXHIBIT 99

page 1

- - -

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

- - -

AUDREY SINGLETON AND : JANUARY TERM, 2005
CHARLES SINGLETON, W/H :
:
:
VS. :
:
: NO. 02885
WYETH, ET AL

- - -

JURY TRIAL
MORNING SESSION

- - -

February 18, 2010
Courtroom 246, City Hall
Philadelphia, Pennsylvania

- - -

BEFORE: THE HONORABLE MARK I. BERNSTEIN, J.

- - -

page 2

- - -

APPEARANCES:

LITTLEPAGE BOOTH
BY: ZOE LITTLEPAGE, ESQUIRE
BY RAINEY BOOTH, ESQUIRE
2043 A. WEST MAIN STREET
HOUSTON, TX 77098
Attorney for Plaintiff

WILLIAMS CUKER BEREZOZSKY
BY: SAMUEL ABLOESER, ESQUIRE
1515 MARKET STREET
SUITE 1300
PHILADELPHIA, PA 19102
Attorney for Plaintiff

NELSON MULLINS
BY: DAVID E. DUKES, ESQUIRE
MERIDIAN/17TH FLOOR
1320 MAIN STREET
COLUMBIA, SC 29201
Attorney for Defendant

WILLIAMS & CONNOLLY LLP
BY: HEIDI K. HUBBARD, ESQUIRE
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

design be approved by the plaintiff. And I am quoting here from an Alabama Supreme Court case, Beech, again where the District Court certified questions to the Alabama Supreme Court.

And they responded by saying that the plaintiff's must show that their injuries would have been eliminated, or in some way reduced by the alternative design. And that taking into consideration such factors as the intended use, styling, cost, designability, safety, foreseeability, likelihood of injury, that the manufacturers ability to eliminate the defect, the use of the alternative design outweighed the design used. And for those reasons we

page 83

- - -

don't think that that has been proven, and we don't think that there is a basis for a design defect claim.

THE COURT: Okay. Now, in this case the alternative design would have been a warning that said, unambiguously, that there is a risk of breast cancer. Since the only issue that's going to the jury, and the only issue that the Supreme Court that Stone said was applicable in a drug case was the failure to appropriately warn, in my opinion in this case plaintiff has proven an alternative safer design warning, if the jury accepts plaintiff's testimony.

And with respect to some other aspects of what you said, that's covered by the question of whether Dr. Donald would have treated Mrs. Singleton, medically treated differently. I think you said something about the alternative design would have avoided the harm, right?

MISS BINIS: And that's what's not covered by the question, Your Honor. And I am going to go back to that question, because what

page 84

- - -

they must prove is that the injuries would have been eliminated, or IN some way reduced by the use of the alternative design. And the question as it's posed here does not address that issue.

And at the risk of repeating myself, I need to say again the question you asked before. If she had gotten a different warning would he have not prescribed Prempro, is more