# EXHIBIT 102

# Use of the Progestogen Challenge Test to Reduce the Risk of Endometrial Cancer

R. DON GAMBRELL, Jr, MD, FRED M. MASSEY, MD, TRISTAN A. CASTANEDA, MD, ALDONNA J. UGENAS, RN, CORRINE A. RICCI, RN, AND JEAN M. WRIGHT, RN

**In contrast to several retrospective studies reporting an increased risk of endometrial cancer during the mid-1970s, especially in estrogen-treated postmenopausal women, the number of cancers at Wilford Hall USAF Medical Center has steadily declined despite continued estrogen use. In a 4-year study from 1975 to 1978, there were 17 adenocarcinomas of the endometrium during 10,872 patient-years of observation, for an overall annual incidence of 156.4:100,000 women. The highest incidence of endometrial cancer (359.1 : 100,000) was found in those women using estrogens alone. The lowest incidence of cancer was observed in the estrogen-progestogen users (56.4:100,000) and was significantly lower ($P < .01$) than that found in the estrogen users. The incidence of corpus malignancy in the estrogen-progestogen users was also significantly lower ($P < .05$) than that observed in the untreated women (248.3:100,000). The progestogen challenge test has been devised to identify postmenopausal women at greatest risk for adenocarcinoma of the endometrium. It is concluded that the use of this test will reduce the risk of endometrial cancer in both estrogen-treated postmenopausal women and women with increased endogenous estrogens.**

Estrogen therapy for postmenopausal women has received adverse publicity since the mid-1970s because several reports have implicated estrogens with an increased risk of endometrial cancer.[1-9] The relative risk of developing adenocarcinoma of the endometrium from estrogen replacement therapy is increased from 1.7- to 8.0-fold according to these retrospective studies. Other studies have observed that the risk of endometrial malignancy is reduced when a progestogen is prescribed along with the estrogen.[10-13] Not all postmenopausal women need estrogen therapy, as many are asymptomatic, possibly because they produce sufficient endogenous estrogens.[12] Within this group may be the women at greatest risk for adenocarcinoma of the endometrium.[14] Endogenous estrogens may rise in postmenopausal women either due to an increased production rate of androstenedione or a greater peripheral conversion of this hormone to estrone.[15,16] The extraglandular aromatization of androstenedione to estrone may be increased by aging, obesity, liver disease, and several other factors. Increased androstenedione may be found in women with ovarian tumors, polycystic ovaries, and hyperthecosis. The progestogen challenge test (PCT) has been devised to identify women at greatest risk for endometrial cancer. The use of this test at Wilford Hall USAF Medical Center during the past 4 years comprises the basis for this report.

*From the Department of Obstetrics and Gynecology, Wilford Hall USAF Medical Center, Lackland Air Force Base, Texas.*

*The opinions or assertions contained herein are those of the authors and are not to be construed as official or reflecting the views of the United States Air Force or the Department of Defense.*

*Submitted for publication November 15, 1979.*

## *Materials and Methods*

A prospective study was begun early in 1976 to determine the incidence of endometrial cancer in postmenopausal women. A postmenopausal estrogen survey card was begun at the first visit and kept current on each subsequent visit. Information obtained included age, parity, blood pressure, weight, and date of hysterectomy with or without oophorectomy if previously performed. All sex hormone therapies (estrogen, progestogen, androgen) were recorded, including type, dosage, method, and duration. The age at menopause and age at initial estrogen therapy were listed. Any uterine bleeding, whether regular, irregular, or none, was recorded on each visit, as were results of endometrial curetting. Endometrial curettage was performed whenever there was any abnormal bleeding, including any heavy withdrawal bleeding; however, routine annual or semiannual endometrial sampling



HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0001

**Table 1.** Hormone Use at Wilford Hall USAF Medical Center, 1975 to 1978

| Therapy group | 1975 | 1976 | 1977 | 1978 | Patient-years of observation |
|---|---|---|---|---|---|
| 1 Estrogen-progestogen users | 1240 | 1151 | 1401 | 1531 | 5323 |
| 2 Estrogen users | 1060 | 634 | 394 | 140 | 2228 |
| 3 Estrogen vaginal cream users | — | 271 | 303 | 336 | 910 |
| 4 Progestogen or androgen users | — | 93 | 108 | 196 | 397 |
| 5 Untreated women | 510 | 531 | 474 | 499 | 2014 |
| Total patients | 2810 | 2680 | 2680 | 2702 | 10,872 |

was not done. From 1976 to 1978, 5263 postmenopausal women have been registered during this prospective survey. However, 44.8% had undergone hysterectomy, leaving 2905 women with an intact uterus and thus at risk for adenocarcinoma of the endometrium. In addition to the 3 years of prospective study conducted from 1976 to 1978, 1 year of retrospective data was obtained for 1975 from pharmacy records and review of patient charts.[11] As these data were so similar to those of the prospective study, the 4 years (1975 to 1978) are included together. The PCT was administered by giving a trial of progestogen, either Norlutate 5 mg or Provera 10 mg for 10 days, to each postmenopausal woman with an intact uterus. The progestogen was continued for 10 days each month for as long as withdrawal bleeding followed. Statistical analysis of the data was performed by the Systems and Computer Services, Medical College of Georgia, using the test for significance of differences between 2 proportions.[17]

## Results

There was a steady decline in the number of women using estrogens alone during the 4 years of the survey and there was a corresponding increase in the patients taking a progestogen along with the estrogen. In 1975, a progestogen was also prescribed for 53.9% of the estrogen users (Table 1). By 1978, 91.6% of the oral estrogen users were also receiving a progestogen. Adenocarcinoma of the endometrium was diagnosed in 17 patients during 10,872 patient-years of observation, for an incidence of 156.4 per 100,000 women per year (Table 2). The lowest incidence of endometrial cancer was observed in the estrogen-progestogen users with 3 cancers during 5323 patient-years of observation, for an incidence of 56.4 per 100,000 women per year. Five untreated women were found to have adenocarcinoma of the endometrium during 2014 patient-years of observation, for an incidence of 248.3 per 100,000 woman-years. The incidence of endometrial cancer in the estrogen-progestogen users (56.4:100,000) was significantly lower than that of the untreated women (248.3:100,000); $P < .05$. The highest incidence of endometrial malignancy was observed in women using oral estrogens only: 8 cancers during 2228 patient-years of observation, for an incidence of 359.1 per 100,000 women. The difference between the estrogen users (359.1:100,000) and the estrogen-progestogen users (56.4:100,000) was significant, $P < .01$. Only 1 adenocarcinoma of the endometrium was detected in the estrogen vaginal cream users, and no endometrial cancers were observed in either the progestogen or androgen users. This group included 182 postmenopausal women who had had a positive response to the PCT by 1978, manifested by withdrawal bleeding, and were being treated with a progestogen 10 days each month. Other than the differ-

**Table 2.** Incidence of Endometrial Cancer at Wilford Hall USAF Medical Center, 1975 to 1978

| Therapy group | Patient-years of observation | Patients with cancer | Incidence (per 100,000) |
|---|---|---|---|
| 1 Estrogen-progestogen users | 5323 | 3 | 56.4* |
| 2 Estrogen users | 2228 | 8 | 359.1† |
| 3 Estrogen vaginal cream users | 910 | 1 | 109.9 |
| 4 Progestogen or androgen users | 397 | 0 | — |
| 5 Untreated women | 2014 | 5 | 248.3 |
| Total | 10,872 | 17 | 156.4 |

* $P < .05$ (difference between group 1 and group 5).
† $P < .01$ (difference between group 1 and group 2).



HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0002




**Figure 1.** Incidence of endometrial cancer in the various treatment groups compared with untreated women from 1975 to 1978.

ence between the estrogen–progestogen users and the untreated women, and the estrogen users and the estrogen–progestogen users, the difference between all the other groups was not statistically significant.

Figure 1 illustrates the incidence of endometrial cancer in the various groups on a yearly basis from 1975 to 1978. The overall incidence of endometrial malignancy steadily declined from 249.1:100,000 in 1975 to 111.0:100,000 in 1978.

Figure 2 compares the number of endometrial cancers in estrogen users each year to the number of estrogen-treated postmenopausal women from 1975 to 1978. Estrogen users with adenocarcinoma declined from 6 in 1975 to 1 in 1978; yet the total number of estrogen users remained relatively constant. During 1975, there were 2300 women using estrogen with 53.9% also taking a progestogen. By 1978, hormone therapy was prescribed for 2203 patients, with 78.4% also taking a progestogen.

Clinical characteristics and hormone therapy of the 17 patients developing cancer are listed in Table 3. Age varied from 46 to 70 years, with a mean age of 57.1 ± 6.86 years. Parity was low in the patients with cancer; 10 of the 17 women were primiparous or nulliparous. Obesity was a factor in that 12 of the 17 patients with cancer were above their ideal weight—6 weighed 67.5 kg or more. Hypertension did not seem to be a factor, as only 2 of the 17 patients were taking antihypertensive medication, and 5 others had a slight elevation of systolic blood pressure. Estrogen therapy was cyclic in 10 of the 11 oral estrogen users. Duration of estrogen therapy was 2.5 to 12 years, with a mean duration of 6.90 ± 3.15 years. This was very similar to the mean duration of therapy (6.40 ± 3.59 years) in all the estrogen users (Table 4). In the 3 patients developing endometrial cancer while receiving estrogen–progestogen therapy, estrogens had been used for 2 to 6 years and the progestogen added for 1 to 2 years prior to diagnosis of cancer. Duration of progestogen therapy was 5 to 8 days each month and no endometrial cancers have been detected in patients treated with progestogen 10 days each month.

Because endometrial hyperplasia may be a precancerous lesion, the records of patients with adenocarcinoma were reviewed to see if any had a previous diagnosis of hyperplasia. Seven of the 17 women (41.2%) had had hyperplasia from 4 months to 8 years before endometrial cancer was detected (Table 5). Only 1 of these women was being treated with a progestogen for 5 days each month (case 9) when endometrial cancer was discovered. Another patient (case 10) was found to have benign cystic hyperplasia after 6 years of estrogen therapy. She was treated with Provera 10 mg for 7 days each month and, after 3 months of estrogen–progestogen therapy, repeat curettage revealed that the hyperplasia had reverted to normal proliferative endometrium. However, after 3 additional years of estrogen therapy without a progestogen, adenocarcinoma of the endometrium was detected.

During the 4 years of the study, endometrial curettage was performed for abnormal bleeding in 810 postmenopausal women. Endometrial curettage was indicated in 23.2% of the untreated women, 14.1% of the estrogen users, 3.9% of the estrogen–progestogen users, and 2.7% of the estrogen vaginal cream users. The pathology diagnosis was normal endometrium (proliferative or secretory) in 33.6%, atrophic endometrium in 25.4%, hyperplasia in 38.9%, and adenocarcinoma in 2.1%.

During the past 7 years, 258 patients with hyperplasia of the endometrium have been treated with progestogens. The endometrial pathology before therapy




**Figure 2.** Adenocarcinoma of endometrium in hormone users compared with number of estrogen and estrogen-progestogen-treated women from 1975 to 1978.



HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0003





**Table 3.** Clinical Characteristics and Hormonal Therapy of Patients with Endometrial Cancer

| Case | Age (years) | Parity | Weight (kg) | Blood pressure (mmHg) | Estrogen therapy | Method (days/ month) | Duration of estrogen therapy (years) | Progestogen therapy |
|---|---|---|---|---|---|---|---|---|
| 1 | 53 | 3003 | 67.5 | 140/80 | Premarin 0.625 mg | 1–25 | 7 | None |
| 2 | 55 | 1001 | 66.15 | 110/76 | Premarin 0.625 mg | 1–25 | 3 | None |
| 3 | 52 | 1001 | 57.15 | 140/90 | Premarin 0.625 mg | 1–25 | 4 | Norlutate 5 mg 18th–25th days of month for 2 years |
| 4 | 56 | 4004 | 65.25 | 130/80 | Premarin 0.625 mg | 1–25 | 10 | None |
| 5 | 70 | 0020 | 65.7 | 150/90 | Premarin 0.625 mg | 1–25 | 12 | None |
| 6 | 60 | 2002 | 59.4 | 140/80 | Premarin 0.625 mg | 1–25 | 8 | Norlutate 5 mg 19th–25th days of month for 1 year |
| 7 | 52 | 2012 | 58.5 | 150/80 | Premarin 1.25 mg | Daily | 10 | None |
| 8 | 46 | 1011 | 55.35 | 104/70 | Premarin 1.25 mg | 1–25 | 3 | None |
| 9 | 58 | 0000 | 72 | 152/86 | Premarin 1.25 mg | 1–25 | 7 | Provera 10 mg 21st–25th days of month for 2 years |
| 10 | 64 | 0000 | 53.1 | 180/85 | Estinyl 0.02 mg | 1–25 | 9 | None |
| 11 | 56 | 0000 | 76.05 | 144/90 | Estinyl 0.02 mg | 1–25 | 2.5 | None |
| 12 | 48 | 4005 | 58.5 | 140/90 | Premarin vaginal cream 1 g | 3 ×/week | 7 months | None |
| 13 | 66 | 3003 | 89.1 | 180/90 | None | — | — | None |
| 14 | 69 | 0010 | 37.35 | 150/80 | None | — | — | None |
| 15 | 49 | 1001 | 94.5 | 140/90 | None | — | — | None |
| 16 | 60 | 1001 | 90.9 | 150/86 | None | — | — | None |
| 17 | 57 | 2002 | 54.45 | 130/80 | None | — | — | None |

and after 3 to 6 months of progestogen therapy is listed in Table 6. Progestogens were effective in reversing hyperplastic endometrium to normal or atrophic endometrium in 242 of these 258 patients (93.8%). In those patients with persistent endometrial hyperplasia after 3 to 6 months of progestogen therapy, 12 of the 16 had been treated with only 7 days of progestogen each month.

## *Discussion*

The practice of adding cyclic progestogen to shed the endometrium of estrogen-treated postmenopausal women was introduced at Wilford Hall USAF Medical Center in 1971. In 1972, only 12.5% of the estrogen users at this institution were prescribed a progestogen but, by 1978, progestogens were given to 91.6% of the oral estrogen users. During the early 1970s, the number of endometrial cancers from this clinic remained constant in spite of increasing estrogen use from 1000 women with an intact uterus in 1972 to 2300 patients in 1975.[12] With ever-increasing use of progestogens, although estrogen usage remained the same, the number of endometrial cancers in estrogen users has steadily declined over the years from 1975 to 1978.

**Table 4.** Duration of Estrogen Therapy

| Duration of therapy (years) | No. of patients |
|---|---|
| <5 | 1033 |
| 5–9 | 671 |
| 10–14 | 133 |
| 15–19 | 97 |
| 20–24 | 46 |
| >24 | 27 |
| Total patients | 2007 |

Mean therapy = 6.40 ± 3.59 years.

It must now be accepted that the use of unopposed estrogens by postmenopausal women is associated with an increased risk of endometrial cancer. Numerous retrospective studies indicate that adenocarcinoma of the endometrium is increased from 1.7 to 8.0 times in estrogen-treated postmenopausal women.[1-9] None of these case–control studies gave either the natural incidence of this neoplasm in postmenopausal women or the increased incidence in estrogen users. The probability of endometrial cancer in a postmenopausal woman not using estrogens is 100 per 100,000 women per year.[18] In a subsequent report, one of the original authors estimated the annual incidence of endometrial cancer in estrogen users in his and 2 of the other retrospective studies was 300, 370, and 480 per 100,000 women, respectively.[19] These incidences are similar to what was observed in unopposed estrogen users (359.1 : 100,000) from the present study.



HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0005

**Table 5.** Patients with Endometrial Cancer Who Had Previous Hyperplasia of Endometrium

| Case | Date | Hormones | Pathology |
|---|---|---|---|
| 11 | March 1975 | E | Benign endometrial hyperplasia |
| | November 1975 | E | Grade i adenocarcinoma of endometrium |
| 1 | December 1970 | E | Benign cystic hyperplasia |
| | February 1975 | E | Grade i adenocarcinoma of endometrium |
| 10 | October 1974 | E | Benign cystic hyperplasia |
| | December 1977 | E | Grade i papillary adenocarcinoma of endometrium |
| 2 | September 1967 | None | Cystic glandular hyperplasia |
| | March 1975 | E | Grade i adenocarcinoma of endometrium |
| 9 | May 1973 | E | Focal adenomatous hyperplasia |
| | July 1975 | E + P | Grade i adenocarcinoma of endometrium |
| 16 | January 1974 | None | Adenomatous hyperplasia |
| | May 1978 | None | Grade ii adenocarcinoma of endometrium |
| 4 | February 1976 | E | Atypical adenomatous hyperplasia |
| | June 1976 | E | Grade i adenocarcinoma of endometrium |

E = estrogens only; E + P = estrogens and progestogen.

When progress was made in reducing adenocarcinoma of the endometrium in estrogen-treated postmenopausal women, attention was directed toward identifying other patients at high risk for endometrial cancer. The second highest incidence of corpus malignancy was in our untreated women (248.3 : 100,000). Within this group are the postmenopausal women who may produce sufficient endogenous estrogens so that they do not need estrogen therapy. Yet they may need progestogen therapy to shed an estrogen-primed endometrium to prevent continued growth which may lead to hyperplasia or neoplasia. Predisposing factors for adenocarcinoma of the endometrium are well known. In the formula for endometrial cancer, there are many numerators, such as obesity, low parity, diabetes, liver disease, and estrogen-secreting ovarian tumors. However, there is one common denominator: the lack of progesterone. Various tests can be performed to identify the postmenopausal woman at high risk for adenocarcinoma of the endometrium. These include vaginal hormonal cytology, endometrial biopsy, serum gonadotropins, and serum or urinary estrogen levels. Based on this experience of this clinic the PCT has been shown to be a reliable test to determine if estrogens, either endogenous or exogenous, are present in sufficient quantity to proliferate the endometrium.

Any abnormal bleeding during hormone therapy should lead to prompt and adequate endometrial sampling.[20] Routine annual endometrial biopsies were not employed in the present study, as progestogens were increasingly administered to both the estrogen-treated and untreated postmenopausal women. Progestogens are effective in reversing the majority of endometrial hyperplasias, and persistent hyperplasia or neoplasia will usually cause abnormal bleeding.[21] If the PCT is not used, periodic sampling of the endometrium should accompany the use of estrogens in postmenopausal women.

It has been well demonstrated that endometrial hyperplasia may be a precursor lesion to adenocarcinoma in some women. Among patients not treated for adenomatous hyperplasia, 18.5% with short follow-up and 30% by 10 years will subsequently develop endometrial cancer.[14] Indeed, 7 of 17 patients with endometrial cancer had hyperplasia from 4 months to 8 years before the detection of cancer. Unopposed estrogens, both endogenous and exogenous, have a role in the

**Table 6.** Effect of Progestogens on Endometrial Hyperplasia ($N = 258$)

| Pathology before therapy | No. | Endometrium after therapy | No. |
|---|---|---|---|
| Benign hyperplasia | 160 | Proliferative | 124 |
| Cystic hyperplasia | 26 | Secretory | 76 |
| Adenomatous hyperplasia | 22 | Atrophic | 42 |
| Atypical adenomatous hyperplasia | 50 | Benign hyperplasia | 10 |
| | | Adenomatous hyperplasia | 4 |
| | | Atypical adenomatous hyperplasia | 2 |



HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0006




**Figure 3.** Schematic representation of the relationship of unopposed estrogen to endometrial hyperplasia and neoplasia and the effect of progesterone on these pathologic changes.

etiology of endometrial hyperplasia and neoplasia through continued stimulation of the endometrium (Figure 3). Progestogens not only produce a more complete sloughing of the endometrium, but in adequate dosages can also reverse hyperplasia to normal endometrium in nearly all cases. The risk of endometrial cancer can be reduced by treating patients with adenomatous endometrial hyperplasia with either progestogens or by hysterectomy. Patients found to have hyperplasia at diagnostic curettage should be treated with a progestogen (Norlutate 5 mg or Provera 10 mg) for 10 days each month. Endometrial curettage should be repeated after 3 months of therapy to ensure reversal to normal endometrium; if adenomatous hyperplasia persists, a hysterectomy should be performed.

From the present study, it appears that 10 days of progestogen therapy each month or menstrual cycle is the minimum dosage of progestogen that will effectively prevent or treat the majority of endometrial hyperplasias that may lead to neoplasia. Of the 16 patients with hyperplasia that failed to respond to progestogen therapy, 12 were treated with only 7 days of therapy each month. In another study of postmenopausal bleeding, 16 of 1700 estrogen–progestogen users (0.9%) were found to have endometrial hyperplasia.[21] Fifteen of these 16 patients had been prescribed the progestogen for only 5 to 7 days each month, while only 1 was using the progestogen for 10 days each month. All 3 of the estrogen–progestogen users who developed endometrial cancer used the progestogen for only 5 to 8 days each month. No cancer has occurred to date in women given progestogen 10 days each month. All of the endometrial cancers previously reported in the United States in estrogen–progestogen users were diagnosed in patients prescribed the progestogen for only 4 to 7 days.[22-27] The majority of these occurred in young women taking the sequential oral contraceptive with a high estrogen dosage combined with only 5 days of a weak progestogen. During the normal menstrual cycle, the human corpus luteum produces progesterone for at least 10 days. Therefore, it is only logical that 10 days of progestogen is the minimum dosage necessary to prevent or treat endometrial hyperplasia that may lead to adenocarcinoma of the endometrium.

## *References*


1. Quint BC: Changing patterns in endometrial adenocarcinoma. Am J Obstet Gynecol 122:498, 1975
2. Smith DC, Prentice R, Thompson DJ, et al: Association of exogenous estrogen and endometrial carcinoma. N Engl J Med 293:1164, 1975
3. Ziel HK, Finkle WD: Increased risk of endometrial carcinoma among users of conjugated estrogens. N Engl J Med 293:1167, 1975
4. Mack TM, Pike MC, Henderson BE, et al: Estrogens and endometrial cancer in a retirement community. N Engl J Med 294:1262, 1976
5. Gray LA Sr, Christopherson WM, Hoover RN: Estrogens and endometrial carcinoma. Obstet Gynecol 49:385, 1977
6. McDonald TW, Annegers JF, O'Fallow WM, et al: Exogenous estrogen and endometrial carcinoma: Case-control and incidence study. Am J Obstet Gynecol 127:572, 1977
7. Horwitz RI, Feinstein AR: Alternative analytic methods for case-control studies of estrogens and endometrial cancer. N Engl J Med 299:1089, 1978
8. Antunes CMF, Stolley PD, Rosenshein NB, et al: Endometrial cancer and estrogen use. Report of a large case-control study. N Engl J Med 300:9, 1979
9. Jick H, Watkins RN, Hunter JR, et al: Replacement estrogens and endometrial cancer. N Engl J Med 300:218, 1979
10. Nachtigall LE, Nachtigall RH, Nachtigall RD, et al: Estrogen replacement II: A prospective study in the relationship to carcinoma and cardiovascular and metabolic problems. Obstet Gynecol 54:74, 1979
11. Gambrell RD Jr: Estrogens, progestogens and endometrial cancer. J Reprod Med 18:301, 1977
12. Gambrell RD Jr: The role of hormones in endometrial cancer. South Med J 71:1280, 1978
13. Hammond CB, Jelovsek FR, Lee KL, et al: Effects of long-term estrogen replacement therapy. II. Neoplasia. Am J Obstet Gynecol 133:537, 1979
14. Gusberg SB: The individual at high-risk for endometrial carcinoma. Am J Obstet Gynecol 126:535, 1976
15. Shoemaker ES, Forney JP, MacDonald PC: Estrogen treatment of postmenopausal women. JAMA 238:1524, 1977
16. Siiteri PK, MacDonald PC: Role of extraglandular estrogen in human endocrinology, Handbook of Physiology. Edited by RO Greep, EB Astwood. Baltimore, American Physiology Society, 1973, pp 615–629
17. Bruning JL, Kintz B: Computational Handbook of Statistics. Second edition. Glenview, IL, Scott, Foresman & Co, 1977, pp 222–224
18. Weiss NS: Risks and benefit of estrogen use. N Engl J Med 293:1200, 1975
19. Mack TM: Postmenopausal carcinoma as a result of estrogen treatment: Survey of evidence. Pediatrics 62:1104, 1978
20. Quigley MM, Hammond CB: Estrogen replacement therapy—Help or hazard? N Engl J Med 301:646, 1979

21. Gambrell RD Jr, Castaneda TA, Ricci CA: Management of postmenopausal bleeding to prevent endometrial cancer. Maturitas 1:99, 1978
22. Lyon FA: The development of adenocarcinoma of the endometrium in young women receiving long-term sequential oral contraception. Report of four cases. Am J Obstet Gynecol 123:299, 1975
23. Silverberg SG, Makowski EL: Endometrial carcinoma in young women taking oral contraceptive agents. Obstet Gynecol 46:503, 1975
24. Kelly HW, Miles PA, Buster JE, et al: Adenocarcinoma of the endometrium in women taking sequential oral contraceptives. Obstet Gynecol 47:200, 1976
25. Cohen CJ, Deppe G: Endometrial carcinoma and oral contraceptive agents. Obstet Gynecol 49:390, 1977
26. Reeves KO, Kaufman RH: Exogenous estrogens and endometrial carcinoma. J Reprod Med 18:297, 1977
27. Rosenwaks Z, Wentz AC, Jones GS, et al: Endometrial pathology and estrogens. Obstet Gynecol 53:403, 1979

Address reprint requests to:
*R. Don Gambrell, Jr, MD*
*Department of Endocrinology*
*Medical College of Georgia*
*Augusta, GA 30912*

*Accepted for publication December 13, 1979.*

Copyright © 1980 by The American College of Obstetricians and Gynecologists.


## POSTGRADUATE COURSES IN GYNECOLOGY

*Gynecologic Oncology—September 6–8, 1980*
*General Gynecology—September 9–11, 1980*
*Gynecologic Endocrinology—September 12–14, 1980*

The Vincent Memorial Hospital, the Gynecologic Service of the Massachusetts General Hospital, is sponsoring three postgraduate courses that may be taken individually or in combination. Each course combines in-depth review of advances in the field with group sessions intended to involve the participants in discussion of specific problems of interest. There will be a separate syllabus for each course. Registration is limited. The fee for any one course is $240, and $600 for all 3. Each of the 3 courses has been approved for 22 cognates by The American College of Obstetricians and Gynecologists and 22.5 credit hours in Category I of the Physicians' Recognition Award by the American Medical Association.

For further information contact Harvard Medical School, Department of Continuing Education, 25 Shattuck Street, Boston, MA 02115.




HRT PLAINTIFFS' EXHIBIT MA2216 PAGE 0009