# EXHIBIT 103

JOURNAL OF THE
american geriatrics society

VOLUME XXVI JANUARY 1978 NUMBER 1
Copyright © 1978 by the American Geriatrics Society *Printed in U.S.A.*

# The Estrogen-Cancer Controversy*

ROBERT B. GREENBLATT, MD** and LELAND D. STODDARD, MD

*Departments of Endocrinology and Pathology, Medical College of Georgia, Augusta, Georgia*

**ABSTRACT: Postmenopausal women should not be denied estrogen therapy because of the controversy about the alleged causal relationship of estrogens to endometrial cancer. A prestigious team of biostatisticians reviewed three publications that claimed this relationship and concluded that no such association could be confirmed. Although the incidence of endometrial cancer has doubled in the past 25 years, there is no valid basis for the assumption that the widespread use of estrogens is the cause. The incidence also has increased in Norway and Czechoslovakia where estrogens are rarely used. Moreover, the histologic pattern of endometrial dysplasias is such that many pathologists will make a diagnosis of endometrial cancer as a safeguard for the patient. Thus the statistics for the incidence of endometrial cancer may be inflated. As a test, the administration of 200 mg of an oral progestogen over 5–10 days will convert a histologic pattern of pseudomalignancy, but not of adenocarcinoma, into one of secretory endometrium. Unopposed endogenous or exogenous estrogens may induce hyperplasia, atypical adenomatous hyperplasia or adenocarcinoma in women who are genetically predisposed. To minimize such a possibility, it is advisable to give a 5–7 day course of an oral progestogen so that the endometrium will be shed at monthly intervals. The benefits of hormone replacement therapy for the postmenopausal woman far outweigh the putative risk of endometrial cancer.**

The estrogen-endometrial cancer controversy is of paramount concern to geriatricians. We are faced with the question: Should postmenopausal women with the physical, psychologic and metabolic manifestations of estrogen deficiency be denied estrogen therapy because of a putative risk of cancer? If so, this is the only endocrine-deficiency state in which hormone replacement therapy is not warranted.

In 1936, Novak and Yui, with more clairvoyance than factual knowledge, warned that estrogens might be carcinogenic (1). Since then, evidence has accrued that there is a slight but significant increase in the incidence of endometrial cancer among women with anovulatory bleeding, Stein-Leventhal syndrome, or granu-

* Presented at the 34th Annual Meeting of the American Geriatrics Society, Fairmont Hotel, San Francisco, CA, April 13–14, 1977.

** *Address for correspondence:* Robert B. Greenblatt, MD, Professor Emeritus of Endocrinology, Medical College of Georgia, Augusta, GA 30901.

losa theca-cell tumors (2). In 1971, Herbst et al reported that large numbers of adolescent girls exposed to stilbestrol in utero showed either vaginal adenosis or cancer (3). This was the opportunity so assiduously sought by the proponents of the estrogen-cancer hypothesis to claim: 1) that estrogens cause cancer, and 2) that there is a long latent period. Overlooked, however, is the fact that the incidence of gynecic cancer in the mothers receiving stilbestrol did not increase. Furthermore, the tumors that developed in the daughters were either vaginal adenosis alone or clear-cell carcinoma with coexisting vaginal adenosis. Nevertheless, the risk of cancer is there – estimated to be 1 in 4,000. Cancer is not a sequel of adenosis, for no case has yet been reported in which adenosis has progressed to malignancy (4). The inference may be drawn that the human fetal liver is not programmed to metabolize a foreign nonsteroidal agent. In susceptible subjects, stilbestrol may have adverse effects on certain elements of the gonadal ridge, and these effects ultimately are evident as clear-cell carcinoma, or vaginal adenosis, or both. Such unique cellular changes do not seem to occur normally despite the fact that maternal blood is surfeited with natural estrogens.

In December 1975, two studies by Smith et al (5) and by Ziel et al (6) were reported in the New England Journal of Medicine, and a third study by Mack et al (7) in June 1976. All these authors claimed that there was a relationship between exogenous estrogen and endometrial cancer (5–7). Newspaper headlines, lay magazines, television and radio exploited the reports, creating a furor and uneasiness for physicians and women alike. Several editorials in medical journals praised the studies as incontrovertible evidence that estrogens increased the risk of endometrial adenocarcinoma. At a Federal Drug Administration hearing, several experienced clinicians and statisticians condemned the retrospective studies as poorly designed; the controls, faulty; the conclusions, erroneous; and criticized the failure to have the histologic diagnoses reviewed by independent pathologists (8). Nonetheless, the FDA sent out a directive threatening curtailment of estrogen usage and urging physicians to be wary of estrogen administration. Now comes a team of authoritative statisticians who state that "The value and powerful appeal of trohoc studies (three previous case-control studies) is currently compromised by the absence of suitable analytic attention to sources of bias. With improved scientific methods no association is found between exogenous estrogens and endometrial cancer" (9). Furthermore, three pathologists examined the histologic slides of the 94 cancer cases reported by Ziel and Finkle (2), and total agreement was reached in only 66 (10). When Smith was asked to provide a breakdown by stages of the lesions in his series (5), it was noted that only 8 of 153 estrogen-treated women had stage 2 and 3 cancers and none had a stage 4 lesion, whereas 42 of 164 in the group that had not received estrogens had cancers that were classified in stage 2, 3, and 4. The remainder of the cancers in both groups were stage 0–1. It seems probable that the estrogen-treated group was more closely followed and lesions were diagnosed earlier (11).

## PATHOLOGIC CRITERIA

Among the sources of controversy about the relationship, if any, between exogenous estrogens and endometrial carcinoma, a major one concerns the pathologic criteria for the diagnosis of carcinoma. Lesions that formerly would have been diagnosed hyperplasia, today are being called carcinoma: we do not know how often, but from opportunities we have had to review histologic sections, we suspect it is frequently. The lay press and even editors of some medical journals seem to be unaware of the problem. This is a serious breach of scientific criticism. The essential elements of the problem are as follows:

In endocrine organs such as the thyroid and the adrenal cortex and in target tissues that proliferate in response to hormones, there often are no sharp anatomicopathologic characteristics to distinguish between hyperplasias and carcinoma. In the early part of the century, this was not a problem because carcinoma meant advanced, infiltrative neoplasia [for endometrial carcinoma, this is illustrated in Cullen's book on *Cancer of the Uterus* (12)]. At that time, it was believed that disease was compartmented according to rigid definitions of pathologic processes, including hyperplasia and neoplasia.

By 1948 Willis wrote that, "In the uterus various kinds of abnormal endometrial hyperplasia are frequent, and some of these pass insensibly into carcinoma" (13). Nonetheless, he insisted that hyperplasias "differ from tumours in that the proliferation is limited in amount and duration," and that in hyperplasias such as those of the endometrium which are a result of disturbed hormonal control, the proliferation progresses only so long as the hormonal stimulus which

losa theca-cell tumors (2). In 1971, Herbst et al reported that large numbers of adolescent girls exposed to stilbestrol in utero showed either vaginal adenosis or cancer (3). This was the opportunity so assiduously sought by the proponents of the estrogen-cancer hypothesis to claim: 1) that estrogens cause cancer, and 2) that there is a long latent period. Overlooked, however, is the fact that the incidence of gynecic cancer in the mothers receiving stilbestrol did not increase. Furthermore, the tumors that developed in the daughters were either vaginal adenosis alone or clear-cell carcinoma with coexisting vaginal adenosis. Nevertheless, the risk of cancer is there – estimated to be 1 in 4,000. Cancer is not a sequel of adenosis, for no case has yet been reported in which adenosis has progressed to malignancy (4). The inference may be drawn that the human fetal liver is not programmed to metabolize a foreign nonsteroidal agent. In susceptible subjects, stilbestrol may have adverse effects on certain elements of the gonadal ridge, and these effects ultimately are evident as clear-cell carcinoma, or vaginal adenosis, or both. Such unique cellular changes do not seem to occur normally despite the fact that maternal blood is surfeited with natural estrogens.

In December 1975, two studies by Smith et al (5) and by Ziel et al (6) were reported in the New England Journal of Medicine, and a third study by Mack et al (7) in June 1976. All these authors claimed that there was a relationship between exogenous estrogen and endometrial cancer (5–7). Newspaper headlines, lay magazines, television and radio exploited the reports, creating a furor and uneasiness for physicians and women alike. Several editorials in medical journals praised the studies as incontrovertible evidence that estrogens increased the risk of endometrial adenocarcinoma. At a Federal Drug Administration hearing, several experienced clinicians and statisticians condemned the retrospective studies as poorly designed; the controls, faulty; the conclusions, erroneous; and criticized the failure to have the histologic diagnoses reviewed by independent pathologists (8). Nonetheless, the FDA sent out a directive threatening curtailment of estrogen usage and urging physicians to be wary of estrogen administration. Now comes a team of authoritative statisticians who state that "The value and powerful appeal of trohoc studies (three previous case-control studies) is currently compromised by the absence of suitable analytic attention to sources of bias. With improved scientific methods no association is found between exogenous estrogens and endometrial cancer" (9). Furthermore, three pathologists examined the histologic slides of the 94 cancer cases reported by Ziel and Finkle (2), and total agreement was reached in only 66 (10). When Smith was asked to provide a breakdown by stages of the lesions in his series (5), it was noted that only 8 of 153 estrogen-treated women had stage 2 and 3 cancers and none had a stage 4 lesion, whereas 42 of 164 in the group that had not received estrogens had cancers that were classified in stage 2, 3, and 4. The remainder of the cancers in both groups were stage 0–1. It seems probable that the estrogen-treated group was more closely followed and lesions were diagnosed earlier (11).

## PATHOLOGIC CRITERIA

Among the sources of controversy about the relationship, if any, between exogenous estrogens and endometrial carcinoma, a major one concerns the pathologic criteria for the diagnosis of carcinoma. Lesions that formerly would have been diagnosed hyperplasia, today are being called carcinoma: we do not know how often, but from opportunities we have had to review histologic sections, we suspect it is frequently. The lay press and even editors of some medical journals seem to be unaware of the problem. This is a serious breach of scientific criticism. The essential elements of the problem are as follows:

In endocrine organs such as the thyroid and the adrenal cortex and in target tissues that proliferate in response to hormones, there often are no sharp anatomicopathologic characteristics to distinguish between hyperplasias and carcinoma. In the early part of the century, this was not a problem because carcinoma meant advanced, infiltrative neoplasia [for endometrial carcinoma, this is illustrated in Cullen's book on *Cancer of the Uterus* (12)]. At that time, it was believed that disease was compartmented according to rigid definitions of pathologic processes, including hyperplasia and neoplasia.

By 1948 Willis wrote that, "In the uterus various kinds of abnormal endometrial hyperplasia are frequent, and some of these pass insensibly into carcinoma" (13). Nonetheless, he insisted that hyperplasias "differ from tumours in that the proliferation is limited in amount and duration," and that in hyperplasias such as those of the endometrium which are a result of disturbed hormonal control, the proliferation progresses only so long as the hormonal stimulus which

evoked it persists (13). Furth (14) later demonstrated in experimental animals that hormonally dependent endocrine growths could, after successive transplantation, escape from hormonal dependence and in that sense become "autonomous" neoplasms, though the conditions that govern dependent proliferations and autonomous neoplasms (hyperplasias and tumors in Willis' sense) can rarely be so nicely demonstrated in human pathology. However, is that an acceptable excuse for calling any or every histologically abnormal endometrial proliferation a carcinoma? We think not. Nor evidently did Hertig et al, who in the late 1940's published evidence consistent with Willis' statements about endometrium (15, 16). What was that evidence? It was indirect, and of that indirect evidence the best was that endometrial hyperplasia may coexist with carcinomatous infiltration of the myometrium, often superficial and sometimes perplexingly equivocal.

Additional indirect evidence was offered from retrospective studies showing that abnormal hyperplasias (as identified in biopsy specimens) were sometimes followed by carcinoma (presumably infiltrative) (2, 15, 16). This concept of progression to carcinoma is cogent, but the frequency of such progression is uncertain. The distinction between hyperplasias and endometrial carcinoma was considerably blurred when in 1963 a group of lesions called adenomatous hyperplasia was re-designated as stage-0 carcinoma of the endometrium, even though in only 12 percent of the cases did lesions diagnosed as carcinoma develop after 1.5 to 9 years (2).

Administration of exogenous hormones for contraception and postmenopausal replacement therapy has resulted in an increasing number of endometrial biopsies. Concomitantly, the prevailing pathologic criteria for diagnosing endometrial carcinoma seem to have become increasingly permissive.

## DIAGNOSIS OF CANCER IN RELATION TO ESTROGEN THERAPY

As a consequence of the present dilemma, many women are now being denied hormone replacement therapy. Gordan (17) believes that the result will be greater morbidity and invalidism from collapsed vertebrae and from fractured hips with the associated mortality risk of 35 percent. In the estrogen management of 202 osteoporotic women over a period of 25 years, Gordan observed only 3 superficial endometrial cancers that were diagnosed early; all were readily amenable to treatment (17). Excellent studies have appeared which do not support the allegation that estrogens produce cancer, but such reports evidently are not newsworthy and appear not to have impressed the authorities (18–20).

Ziel and Finkle (6) claim that the increase in the frequency of endometrial cancer may be due to the widespread use of estrogens. Indeed, the National Cancer Survey reports a twofold increase in incidence over a period of 25 years (10.4 to 20.0 per 100,000 white women) in the United States. Although the report sounds alarming, the increase also may be the result of:

1. Greater availability of medical care: more women than ever are provided medical care; thus more cancers are detected.
2. More women than ever reach the critical age for development of endometrial cancer: the average life expectancy of a woman has risen from 39 years at the time of the Declaration of Independence to 49 years at the turn of the Century, to 78 years today.
3. A broadening of criteria for the diagnosis of endometrial cancer by inclusion of severe dysplasia, atypical adenomatous hyperplasia, cancer-in-situ, and so-called well differentiated endometrial cancer into the cancer registry as adenocarcinoma. This has been done reluctantly by some, inadvertently by others, and conscientiously by a few who believe these lesions to be precancerous and therefore to be catalogued as malignant neoplasms. Weiss et al (21) are of the opinion that this explanation is quite valid.
4. A worldwide increase in endometrial cancer possibly due to environmental and unknown factors: Norway and Czechoslovakia report a 50-60 percent increase despite the fact that estrogens are rarely prescribed or are not generally available (22). Factors other than estrogens, therefore, are at play, whether the reported increase is real or only a result of one or more of the reasons cited here.

The National Cancer Survey reports a greater than 50 percent reduction in mortality rates for endometrial cancer. Perhaps the decline may be attributed to the fact that many of the lesions are diagnosed early or are not, in fact, adenocarcinoma. Most experienced pathologists appreciate Willis' views, and understand that some pathologists will be more critical and others more permissive in the diagnosis of endometrial carcinoma (23) (Fig. 1A and B; and Fig. 2).

Apparently unopposed endogenous estrogen or exogenously administered estrogen may induce, provoke or promote endometrial cancer. Novak









*Fig. 1.* **A.** Uterine curettage tissue diagnosed by referring pathologist (10/6/76) as focal adenocarcinoma of endometrium and atypical glandular hyperplasia. **B.** Same patient: Endometrium from hysterectomy specimen diagnosed as atrophic; no residual tumor seen (10/29/76).



*Fig. 2.* The referring pathologist's diagnosis on review was adenomatous hyperplasia, although the original diagnosis made by another pathologist was infiltrating endometrial adenocarcinoma.

and Rutledge (24), Hertig and Sommers (15), Kistner et al (25), Ostergaard (26), and others have maintained that unopposed estrogens lead to hyperplasia, atypical adenomatous hyperplasia, carcinoma-in-situ (if one uses that term for certain lesions), and ultimately to adenocarcinoma in the cancer-prone (genetically predisposed) women. In the experience of one of us (RBG), probably 99 percent of women receiving estrogens for 10–20 years exhibit nothing more than hyperplasia, cystic glandular hyperplasia, severe dysplasia, or so-called cancer-in-situ, which readily are transformed to a secretory endometrium following a course of progestogens (Fig. 3A and B; Fig. 4A and B). Estrogen administration may uncover a latent endometrial cancer (Fig. 5).

The estrogen levels in most postmenopausal women are minimal. The postmenopausal ovary does not produce estradiol ($E_2$) de novo. The amounts of estrogen present are due to the conversion of adrenal and ovarian $\Delta^4$-androstenedione ($\Delta^4$A) and testosterone (T) to estrone ($E_1$) and $E_2$ respectively. However, obese women have a greater conversion rate of $\Delta^4$A to $E_1$ because of greater skin surface. The skin is the largest endocrine gland in the body and much of the conversion of $\Delta^4$A to $E_1$ takes place in the subcuticular fat as well as in the liver, kidney and other extragonadal sites. Although Siiteri and MacDonald (27) showed that endometrial cancer in 4 obese women was associated with higher-than-normal levels of $E_1$ due to increased conversion of $\Delta^4$A, Judd et al (28) found no significant difference in $E_2$ and $E_1$ levels compared to those in normal women. We have passed catheters



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0006



*Fig. 1.* A. Uterine curettage tissue diagnosed by referring pathologist (10/6/76) as focal adenocarcinoma of endometrium and atypical glandular hyperplasia. B. Same patient: Endometrium from hysterectomy specimen diagnosed as atrophic; no residual tumor seen (10/29/76).



*Fig. 2.* The referring pathologist's diagnosis on review was adenomatous hyperplasia, although the original diagnosis made by another pathologist was infiltrating endometrial adenocarcinoma.

and Rutledge (24), Hertig and Sommers (15), Kistner et al (25), Ostergaard (26), and others have maintained that unopposed estrogens lead to hyperplasia, atypical adenomatous hyperplasia, carcinoma-in-situ (if one uses that term for certain lesions), and ultimately to adenocarcinoma in the cancer-prone (genetically predisposed) women. In the experience of one of us (RBG), probably 99 percent of women receiving estrogens for 10–20 years exhibit nothing more than hyperplasia, cystic glandular hyperplasia, severe dysplasia, or so-called cancer-in-situ, which readily are transformed to a secretory endometrium following a course of progestogens (Fig. 3A and B; Fig. 4A and B). Estrogen administration may uncover a latent endometrial cancer (Fig. 5).

The estrogen levels in most postmenopausal women are minimal. The postmenopausal ovary does not produce estradiol ($E_2$) de novo. The amounts of estrogen present are due to the conversion of adrenal and ovarian $\Delta^4$-androstenedione ($\Delta^4$A) and testosterone (T) to estrone ($E_1$) and $E_2$ respectively. However, obese women have a greater conversion rate of $\Delta^4$A to $E_1$ because of greater skin surface. The skin is the largest endocrine gland in the body and much of the conversion of $\Delta^4$A to $E_1$ takes place in the subcuticular fat as well as in the liver, kidney and other extragonadal sites. Although Siiteri and MacDonald (27) showed that endometrial cancer in 4 obese women was associated with higher-than-normal levels of $E_1$ due to increased conversion of $\Delta^4$A, Judd et al (28) found no significant difference in $E_2$ and $E_1$ levels compared to those in normal women. We have passed catheters



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0007




*Fig. 1.* **A.** Uterine curettage tissue diagnosed by referring pathologist (10/6/76) as focal adenocarcinoma of endometrium and atypical glandular hyperplasia. **B.** Same patient: Endometrium from hysterectomy specimen diagnosed as atrophic; no residual tumor seen (10/29/76).



*Fig. 2.* The referring pathologist's diagnosis on review was adenomatous hyperplasia, although the original diagnosis made by another pathologist was infiltrating endometrial adenocarcinoma.

and Rutledge (24), Hertig and Sommers (15), Kistner et al (25), Ostergaard (26), and others have maintained that unopposed estrogens lead to hyperplasia, atypical adenomatous hyperplasia, carcinoma-in-situ (if one uses that term for certain lesions), and ultimately to adenocarcinoma in the cancer-prone (genetically predisposed) women. In the experience of one of us (RBG), probably 99 percent of women receiving estrogens for 10–20 years exhibit nothing more than hyperplasia, cystic glandular hyperplasia, severe dysplasia, or so-called cancer-in-situ, which readily are transformed to a secretory endometrium following a course of progestogens (Fig. 3A and B; Fig. 4A and B). Estrogen administration may uncover a latent endometrial cancer (Fig. 5).

The estrogen levels in most postmenopausal women are minimal. The postmenopausal ovary does not produce estradiol ($E_2$) de novo. The amounts of estrogen present are due to the conversion of adrenal and ovarian $\Delta^4$-androstenedione ($\Delta^4$A) and testosterone (T) to estrone ($E_1$) and $E_2$ respectively. However, obese women have a greater conversion rate of $\Delta^4$A to $E_1$ because of greater skin surface. The skin is the largest endocrine gland in the body and much of the conversion of $\Delta^4$A to $E_1$ takes place in the subcuticular fat as well as in the liver, kidney and other extragonadal sites. Although Siiteri and MacDonald (27) showed that endometrial cancer in 4 obese women was associated with higher-than-normal levels of $E_1$ due to increased conversion of $\Delta^4$A, Judd et al (28) found no significant difference in $E_2$ and $E_1$ levels compared to those in normal women. We have passed catheters



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0008

Case 1:03-cv-01367-MAC Document 110-105 Filed 03/16/12 Page 10 of 21 PageID #: 10299






*Fig. 3.* **A.** Diagnoses ranged from adenomatous hyperplasia, to cancer-in-situ, to well differentiated endometrial cancer. B. Same patient: Note complete change to a secretory endometrium following a 10-day course of an oral progestogen.




*Fig. 4.* **A.** Diagnoses ranged from focal area of endometrial cancer, to cancer-in-situ, to atypical adenomatous hyperplasia. B. Same patient: Secretory endometrium following a 10-day course of an oral progestogen.

to the ovarian and adrenal veins of postmenopausal women and found the levels of $E_2$, $\Delta^4A$ and T considerably below the norm for premenopausal women.

When human chorionic gonadotropin (HCG) (5,000 units intravenously) or ACTH (40 units intravenously) was administered, there was no increase in $E_2$ in ovarian, adrenal or peripheral



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0009



*Fig. 3.* **A.** Diagnoses ranged from adenomatous hyperplasia, to cancer-in-situ, to well differentiated endometrial cancer. **B.** Same patient: Note complete change to a secretory endometrium following a 10-day course of an oral progestogen.



*Fig. 4.* **A.** Diagnoses ranged from focal area of endometrial cancer, to cancer-in-situ, to atypical adenomatous hyperplasia. **B.** Same patient: Secretory endometrium following a 10-day course of an oral progestogen.

into the ovarian and adrenal veins of postmenopausal women and found the levels of $E_2$, $\Delta^4$A and T considerably below the norm for premenopausal women.

When human chorionic gonadotropin (HCG) (5,000 units intravenously) or ACTH (40 units intravenously) was administered, there was no increase in $E_2$ in ovarian, adrenal or peripheral



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0010





*Fig. 3.* **A.** Diagnoses ranged from adenomatous hyperplasia, to cancer-in-situ, to well differentiated endometrial cancer. **B.** Same patient: Note complete change to a secretory endometrium following a 10-day course of an oral progestogen.




*Fig. 4.* **A.** Diagnoses ranged from focal area of endometrial cancer, to cancer-in-situ, to atypical adenomatous hyperplasia. **B.** Same patient: Secretory endometrium following a 10-day course of an oral progestogen.

into the ovarian and adrenal veins of postmenopausal women and found the levels of $E_2$, $\Delta^4A$ and T considerably below the norm for premenopausal women.

When human chorionic gonadotropin (HCG) (5,000 units intravenously) or ACTH (40 units intravenously) was administered, there was no increase in $E_2$ in ovarian, adrenal or peripheral



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0012



*Fig. 5.* Papillary adenocarcinoma of the endometrium in a 53-year-old woman with mild uterine bleeding of several weeks' duration that started after three months of sequential estrogen-progestogen therapy. No endometrial histopathologic changes were found after a 10-day course of an oral progestogen. Thus it is assumed that a silent neoplasm was present before the start of therapy. Estrogen administration contributed to early diagnosis and an ultimate beneficial result.

vein blood, but $\Delta^4$A and T increased two- to fourfold in ovarian vein blood (following HCG) and in the adrenal vein blood (following ACTH) (Figs. 6 and 7) (29).

Some 25 percent of women do not manifest signs of an estrogen deficiency and do not require hormonal replacement therapy because of efficient conversion of these androgens to estrogen. In others, the levels of $\Delta^4$A and T are low or their conversion to $E_1$ and $E_2$ is poor; signs of defeminization become apparent and even slight masculinization (receding hair line, increased facial hair).

Hormonal replacement therapy is beneficial not only in correcting an estrogen deficiency but also in maintaining a better anabolic/catabolic ratio, lessening demineralization of bone, preventing atrophy of the vaginal mucosa, and controlling vasomotor instability. There are many other benefits such as a decrease in the intensity and frequency of heart palpitations (atrial fibrillation), amelioration of gastroesophageal and gastrointestinal spasms, improvement in mood, and lessening of depression, anxiety and insomnia. The frequency with which women claim that gonadal steroids help the various arthritides cannot be ignored, nor can it be denied that migrainoid and occipital headaches diminish, dyspareunia, vaginal leucorrhea and vulvar itch disappear, and libido improves (30).

## PATTERN FOR ESTROGEN-PROGESTOGEN THERAPY

How can the physician proceed with estrogen therapy without increasing the risk of endometrial cancer? Give the smallest dose necessary to maintain a healthy vaginal mucosa and to eliminate vasomotor disturbances. The ideal dose is 0.625–1.25 mg of estrone sulfate or conjugated estrogens (USP), or 1.0–2.0 mg of estradiol-17$\beta$ (or equivalent). The dosage may be increased if necessary to obtain results, and reduced as improvement becomes apparent. The hormonal agent is administered for three weeks each month and a progestogen is administered for the



*Fig. 5.* Papillary adenocarcinoma of the endometrium in a 53-year-old woman with mild uterine bleeding of several weeks' duration that started after three months of sequential estrogen-progestogen therapy. No endometrial histopathologic changes were found after a 10-day course of an oral progestogen. Thus it is assumed that a silent neoplasm was present before the start of therapy. Estrogen administration contributed to early diagnosis and an ultimate beneficial result.

vein blood, but $\Delta^4$A and T increased two- to fourfold in ovarian vein blood (following HCG) and in the adrenal vein blood (following ACTH) (Figs. 6 and 7) (29).

Some 25 percent of women do not manifest signs of an estrogen deficiency and do not require hormonal replacement therapy because of efficient conversion of these androgens to estrogen. In others, the levels of $\Delta^4$A and T are low or their conversion to $E_1$ and $E_2$ is poor; signs of defeminization become apparent and even slight masculinization (receding hair line, increased facial hair).

Hormonal replacement therapy is beneficial not only in correcting an estrogen deficiency but also in maintaining a better anabolic/catabolic ratio, lessening demineralization of bone, preventing atrophy of the vaginal mucosa, and controlling vasomotor instability. There are many other benefits such as a decrease in the intensity and frequency of heart palpitations (atrial fibrillation), amelioration of gastroesophageal and gastrointestinal spasms, improvement in mood, and lessening of depression, anxiety and insomnia. The frequency with which women claim that gonadal steroids help the various arthritides cannot be ignored, nor can it be denied that migrainoid and occipital headaches diminish, dyspareunia, vaginal leucorrhea and vulvar itch disappear, and libido improves (30).

## PATTERN FOR ESTROGEN-PROGESTOGEN THERAPY

How can the physician proceed with estrogen therapy without increasing the risk of endometrial cancer? Give the smallest dose necessary to maintain a healthy vaginal mucosa and to eliminate vasomotor disturbances. The ideal dose is 0.625-1.25 mg of estrone sulfate or conjugated estrogens (USP), or 1.0-2.0 mg of estradiol-17$\beta$ (or equivalent). The dosage may be increased if necessary to obtain results, and reduced as improvement becomes apparent. The hormonal agent is administered for three weeks each month and a progestogen is administered for the





*Fig. 5.* Papillary adenocarcinoma of the endometrium in a 53-year-old woman with mild uterine bleeding of several weeks' duration that started after three months of sequential estrogen-progestogen therapy. No endometrial histopathologic changes were found after a 10-day course of an oral progestogen. Thus it is assumed that a silent neoplasm was present before the start of therapy. Estrogen administration contributed to early diagnosis and an ultimate beneficial result.

vein blood, but $\Delta^4$A and T increased two- to fourfold in ovarian vein blood (following HCG) and in the adrenal vein blood (following ACTH) (Figs. 6 and 7) (29).

Some 25 percent of women do not manifest signs of an estrogen deficiency and do not require hormonal replacement therapy because of efficient conversion of these androgens to estrogen. In others, the levels of $\Delta^4$A and T are low or their conversion to $E_1$ and $E_2$ is poor; signs of defeminization become apparent and even slight masculinization (receding hair line, increased facial hair).

Hormonal replacement therapy is beneficial not only in correcting an estrogen deficiency but also in maintaining a better anabolic/catabolic ratio, lessening demineralization of bone, preventing atrophy of the vaginal mucosa, and controlling vasomotor instability. There are many other benefits such as a decrease in the intensity and frequency of heart palpitations (atrial fibrillation), amelioration of gastroesophageal and gastrointestinal spasms, improvement in mood, and lessening of depression, anxiety and insomnia. The frequency with which women claim that gonadal steroids help the various arthritides cannot be ignored, nor can it be denied that migrainoid and occipital headaches diminish, dyspareunia, vaginal leucorrhea and vulvar itch disappear, and libido improves (30).

## PATTERN FOR ESTROGEN-PROGESTOGEN THERAPY

How can the physician proceed with estrogen therapy without increasing the risk of endometrial cancer? Give the smallest dose necessary to maintain a healthy vaginal mucosa and to eliminate vasomotor disturbances. The ideal dose is 0.625-1.25 mg of estrone sulfate or conjugated estrogens (USP), or 1.0-2.0 mg of estradiol-17$\beta$ (or equivalent). The dosage may be increased if necessary to obtain results, and reduced as improvement becomes apparent. The hormonal agent is administered for three weeks each month and a progestogen is administered for the



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0016



*Fig. 5.* Papillary adenocarcinoma of the endometrium in a 53-year-old woman with mild uterine bleeding of several weeks' duration that started after three months of sequential estrogen-progestogen therapy. No endometrial histopathologic changes were found after a 10-day course of an oral progestogen. Thus it is assumed that a silent neoplasm was present before the start of therapy. Estrogen administration contributed to early diagnosis and an ultimate beneficial result.

vein blood, but $\Delta^4$A and T increased two- to fourfold in ovarian vein blood (following HCG) and in the adrenal vein blood (following ACTH) (Figs. 6 and 7) (29).

Some 25 percent of women do not manifest signs of an estrogen deficiency and do not require hormonal replacement therapy because of efficient conversion of these androgens to estrogen. In others, the levels of $\Delta^4$A and T are low or their conversion to $E_1$ and $E_2$ is poor; signs of defeminization become apparent and even slight masculinization (receding hair line, increased facial hair).

Hormonal replacement therapy is beneficial not only in correcting an estrogen deficiency but also in maintaining a better anabolic/catabolic ratio, lessening demineralization of bone, preventing atrophy of the vaginal mucosa, and controlling vasomotor instability. There are many other benefits such as a decrease in the intensity and frequency of heart palpitations (atrial fibrillation), amelioration of gastroesophageal and gastrointestinal spasms, improvement in mood, and lessening of depression, anxiety and insomnia. The frequency with which women claim that gonadal steroids help the various arthritides cannot be ignored, nor can it be denied that migrainoid and occipital headaches diminish, dyspareunia, vaginal leucorrhea and vulvar itch disappear, and libido improves (30).

## PATTERN FOR ESTROGEN-PROGESTOGEN THERAPY

How can the physician proceed with estrogen therapy without increasing the risk of endometrial cancer? Give the smallest dose necessary to maintain a healthy vaginal mucosa and to eliminate vasomotor disturbances. The ideal dose is 0.625-1.25 mg of estrone sulfate or conjugated estrogens (USP), or 1.0-2.0 mg of estradiol-17$\beta$ (or equivalent). The dosage may be increased if necessary to obtain results, and reduced as improvement becomes apparent. The hormonal agent is administered for three weeks each month and a progestogen is administered for the



HRT PLAINTIFFS' EXHIBIT MA0003 PAGE 0017




*Fig. 6.* Effect of intravenous administration of 40 IU of ACTH on levels of testosterone, $\Delta^4$-androstenedione, and estradiol in 4 postmenopausal patients (mean ± SE).




*Fig. 7.* Effect of intravenous administration of 5000 IU of hCG on levels of testosterone, $\Delta^4$-androstenedione, and estradiol in 4 postmenopausal patients (mean ± SE).

last 5–7 days of the regimen to induce uterine bleeding (sloughing of the endometrium) at regular monthly intervals.

For patients who complain of recurrence of symptoms while not taking estrogens, the hormone may be given continuously orally or by implantation of estradiol pellets (31), but it is mandatory that the progestogen be taken conscientiously for 5–7 days at regular monthly intervals. For those who oppose having a withdrawal menstrual period, the oral dosage must be cut in half and administered Monday through Friday of each week. The addition of 2.5 mg of methyltestosterone to this regimen also will tend to prevent uterine bleeding.

If abnormal spotting or bleeding should occur, with or without estrogen therapy, an endometrial biopsy specimen should be obtained by suction or dilation curretage. While awaiting the histologic report, therapy should consist of two tablets of oral progestogen every 2 or 3 hours until the bleeding diminishes (usually in 6 to 24 hours), then two tablets per day for 10 more days. If the histologic report indicates only hyperplasia, cyclic progestogen should be administered at monthly intervals. If the histologic report is equivocal, the progestogen should be continued in fractional doses until a total of 200 mg is reached. On the following day another biopsy should be performed. If a secretory endometrium is reported, the suspicion of malignancy is eliminated (Fig. 3). The patient may either undergo simple hysterectomy or continue with estrogens. If the physician recommends continuation of estrogen therapy, the monthly dosage of progestogen should be increased to two tablets per day for 7 to 10 days each month to prevent recurrence of the dysplasia. A malignant tumor may be suspected in equivocal cases if there is no change in the histopathologic picture following the course of progesterone. In such instances, standard methods of treatment should be undertaken at once, i.e., intracavitary radium therapy followed by hysterectomy (Fig. 5).

If proper attention is paid to the foregoing factors, the postmenopausal woman may receive estrogens for as long as she and her physician wish. Avoidance of estrogen therapy because of the fear of doing harm or the fear of a legal suit should a gynecic cancer develop, is tantamount to "benign neglect." To do no harm is not a mandate to avoid doing good. The putative risk of cancer is small in comparison to the benefits. The promise of a longer and more comfortable life for womankind should not be compromised




*Fig. 6.* Effect of intravenous administration of 40 IU of ACTH on levels of testosterone, $\Delta^4$-androstenedione, and estradiol in 4 postmenopausal patients (mean ± SE).




*Fig. 7.* Effect of intravenous administration of 5000 IU of hCG on levels of testosterone, $\Delta^4$-androstenedione, and estradiol in 4 postmenopausal patients (mean ± SE).

last 5–7 days of the regimen to induce uterine bleeding (sloughing of the endometrium) at regular monthly intervals.

For patients who complain of recurrence of symptoms while not taking estrogens, the hormone may be given continuously orally or by implantation of estradiol pellets (31), but it is mandatory that the progestogen be taken conscientiously for 5–7 days at regular monthly intervals. For those who oppose having a withdrawal menstrual period, the oral dosage must be cut in half and administered Monday through Friday of each week. The addition of 2.5 mg of methyltestosterone to this regimen also will tend to prevent uterine bleeding.

If abnormal spotting or bleeding should occur, with or without estrogen therapy, an endometrial biopsy specimen should be obtained by suction or dilation curretage. While awaiting the histologic report, therapy should consist of two tablets of oral progestogen every 2 or 3 hours until the bleeding diminishes (usually in 6 to 24 hours), then two tablets per day for 10 more days. If the histologic report indicates only hyperplasia, cyclic progestogen should be administered at monthly intervals. If the histologic report is equivocal, the progestogen should be continued in fractional doses until a total of 200 mg is reached. On the following day another biopsy should be performed. If a secretory endometrium is reported, the suspicion of malignancy is eliminated (Fig. 3). The patient may either undergo simple hysterectomy or continue with estrogens. If the physician recommends continuation of estrogen therapy, the monthly dosage of progestogen should be increased to two tablets per day for 7 to 10 days each month to prevent recurrence of the dysplasia. A malignant tumor may be suspected in equivocal cases if there is no change in the histopathologic picture following the course of progesterone. In such instances, standard methods of treatment should be undertaken at once, i.e., intracavitary radium therapy followed by hysterectomy (Fig. 5).

If proper attention is paid to the foregoing factors, the postmenopausal woman may receive estrogens for as long as she and her physician wish. Avoidance of estrogen therapy because of the fear of doing harm or the fear of a legal suit should a gynecic cancer develop, is tantamount to "benign neglect." To do no harm is not a mandate to avoid doing good. The putative risk of cancer is small in comparison to the benefits. The promise of a longer and more comfortable life for womankind should not be compromised

by the estrogen-cancer controversy. Estrogens will not smooth the wrinkled brow nor restore the sagging breast but may so improve the general health of women as to make the aging process gradual and more tolerable.

## REFERENCES


1. Novak E and Yui E: Relation of endometrial hyperplasia to adenocarcinoma of uterus, Am J Obst & Gynec 32: 674, 1936.
2. Gusberg SB and Kaplan AA: Precursors of corpus cancer, Am J Obst & Gynec 87: 662, 1963.
3. Herbst AL, Ulfelder H and Paskanzer DC: Adenocarcinoma of the vagina: association of maternal stilbestrol therapy with tumor appearance in young women, New England J Med 284: 878, 1971.
4. Bulletin Planned Parenthood-World Population, March 22, 1977.
5. Smith DC, Prentice R and Thompson DJ: Association of exogenous estrogen and endometrial carcinoma, New England J Med 293: 1164, 1975.
6. Ziel HK, and Finkle WD: Increased risk of endometrial carcinoma among users of conjugated estrogen, New England J Med 293: 1167, 1975.
7. Mack TM, Pike MC, Henderson BE et al: Estrogens and endometrial cancer in a retirement community, New England J Med 294: 1262, 1976.
8. FDA Hearing, 1975; Remarks by Sommers SC, Cramer DW, Greenberg B and Shanklin DR.
9. Horwitz RI and Feinstein AR: New methods of sampling and analysis to remove bias in case control research, Clin Res 25: 459, 1977.
10. Gordan GS: Letter to the Editor, J West Med 126: 153, 1977.
11. Studd JWW: Oestrogens as a cause of cancer, Brit Med J 1: 1144, 1976.
12. Cullen TS: Cancer of the Uterus. New York, D Appleton and Co, 1900.
13. Willis RA: Pathology of Tumors. St. Louis, The CV Mosby Co, 1948, p 124 and p 6.
14. Furth J: Conditioned and autonomous neoplasms: a review, Cancer Res 13: 477, 1953.
15. Hertig AT and Sommers SC: Genesis of endometrial carcinoma. I. Study of prior biopsies, Cancer 2: 946, 1949.
16. Hertig AT, Sommers SC and Bengloff H: Genesis of endometrial carcinoma. III. Carcinoma in situ, Cancer 2: 964, 1949.
17. Gordan GS: *In* Clinics in Obstetrics and Gynaecology. Philadelphia, London, WB Saunders Ltd, 1977, p 181.
18. Dunn LJ and Bradbury JT: Endocrine factors in endometrial cancer, Am J Obst & Gynec 97: 465, 1967.
19. Pacheco JC and Kempers RD: Etiology of postmenopausal bleeding, Obstet Gynec 32: 40, 1968.
20. Nachtigall L et al: Estrogens and endometrial cancer, New England J Med 294: 848, 1976.
21. Weiss NS, Stekeley DR and Austin DF: Increasing incidence of endometrial cancer in the United States, New England J Med 294: 1259, 1976.
22. Lauritzen C: *In* Clinics in Obstetrics and Gynaecology, Philadelphia, London, WB Saunders Ltd, 1977, p 145.
23. Greenblatt RB, Stoddard L and King P: New Concepts in Gynecological Oncology. Philadelphia, FA Davis Co, 1966, p 211.
24. Novak E and Rutledge F: Atypical endometrial hyperplasia simulating adenocarcinoma, Am J Obst & Gynec 55: 46, 1948.
25. Kistner RW, Griffiths CT and Craig JM: Use of progestational agents in the management of endometrial cancer, Cancer 18: 1563, 1965.
26. Ostergaard E: Malignant and pseudomalignant hyperplasia adenomatosa of the endometrium in postmenopausal women treated with oestrogen, Acta Obst Gynec Scandinav (Suppl) 29: 97-102, 1974.
27. Siiteri PK and MacDonald PC: *In* Handbook of Physiology, Vol. II, Section 7; American Physiological Society, Baltimore, Williams & Wilkins, 1973, p 615.
28. Judd HL, Lucas WE and Yen SSC: Serum 17 beta-estradiol and estrone levels in postmenopausal women with and without endometrial cancer, J Clin Endocrinol Metab 42: 272, 1976.
29. Greenblatt RB, Colle ML and Mahesh VB: Ovarian and adrenal steroid production in the postmenopausal woman, Obstet Gynec 47: 383, 1976.
30. Greenblatt RB, Mahesh VB and McDonough P (Eds): The Menopausal Syndrome. New York, Medcom, 1975.
31. Greenblatt RB and Bryner JR: Estradiol pellet implantation in the management of the menopause, J Reprod Med 18: 307, 1977.